**25-4033**

## United States Court of Appeals
## for the Fourth Circuit



UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

-against-

CHRISTOPHER KENJI BENDANN,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND AT BALTIMORE

# JOINT APPENDIX
# VOLUME II OF VI (Pages JA564-JA1127)

DAVID BORNSTEIN, ESQ.
OFFICE OF THE U.S. ATTORNEY
DISTRICT OF MARYLAND
36 S. Charles Street
Baltimore, Maryland 21201
(410) 209-4800
*david.bornstein@usdoj.gov*

*Counsel for Plaintiff-Appellee*

ALLEN H. ORENBERG, ESQ.
THE ORENBERG LAW FIRM, LLC
200-A Monroe Street, Suite 233
Rockville, Maryland 20850
(301) 807-3847
*aorenberg@orenberglaw.com*

*Counsel for Defendant-Appellant*


www.dickbailey.com

# **TABLE OF CONTENTS**

*Page(s)*

U.S. District Court Docket Sheet ....................................................JA1-JA24

Memorandum and Order, dated May 10, 2024...............................JA25-JA31

Superseding Indictment, dated May 29, 2024................................JA32-JA42

Motion to Suppress Evidence Obtained through Search
Warrants, dated February 12, 2024................................................JA43-JA48

Motion to Suppress Evidence Obtained from Cellphone,
dated February 12, 2024.................................................................JA49-JA52

Redacted Government's Consolidated Response to
Defense Pre-Trial Motions.............................................................JA53-JA76

Motion for Psychiatric Examination for the Determination
of Mental Competency to Stand Trial, dated August 21,
2024...............................................................................................JA77-JA79

Verdict Form, dated August 28, 2024............................................JA80-JA81

Sentencing Memorandum ..............................................................JA82-JA90

    Exhibit 1a – Student Notes to Mr. Bendann ....................JA91-JA128

    Exhibit 1b – Student Notes to Mr. Bendann ..................JA129-JA155

    Exhibit 1c – Student Notes to Mr. Bendann ..................JA156-JA183

    Exhibit 1d – Student Notes to Mr. Bendann ..................JA184 JA215

    Exhibit 2 – Statement of Facts .......................................JA216-JA218

    Exhibit 3 – Letters ..........................................................JA219-JA229

i

*Table of Contents(cont'd)*                                                    *Page(s)*

Memorandum and Order, dated January 17, 2025....................................JA230-JA232

Transcript of Proceedings, held on August 22, 2024...............................JA233-JA394

Transcript of Proceedings, held on August 22, 2024...............................JA395-JA705

Redacted Transcript of Proceedings, held on August 24, 2024....................................................................................JA706-JA886

Redacted Transcript of Proceedings, held on August 26, 2024....................................................................................JA887-JA1201

  *Stacey Halpert*
    Direct (by Ms. McGuinn)...............................................JA895-JA905
    Cross (by Mr. Nieto) ...................................................JA906-JA909

  *Christopher Feiss*
    Direct (by Ms. Hagan)..................................................JA910-JA916
    Cross (by Mr. Proctor) ................................................JA917-JA921

  *Jack Stuzin*
    Direct (by Ms. Hagan)..................................................JA922-JA930
    Cross (by Mr. Nieto) ...................................................JA931-JA936
    Redirect (by Ms. Hagan) ..............................................JA937-JA938

  *Tyler Witherspoon*
    Direct (by Ms. Hagan)..................................................JA939-JA947
    Cross (by Mr. Proctor) ................................................JA948-JA952
    Redirect (by Ms. Hagan) ..............................................JA953-JA954

  *DeAnna Komber-Hoyle*
    Direct (by Ms. McGuinn)...............................................JA955-JA966
    Cross (by Mr. Proctor) ................................................JA967-JA969

*Table of Contents(cont'd)*                                                             *Page(s)*

*Shannon Markel*
    Direct (by Ms. Hagan) ........................................................ JA970-JA989
    Cross (by Mr. Nieto) ........................................................... JA990-JA999

*Eric J. Oberly*
    Direct (by Ms. McGuinn) ............................................... JA1000-JA1060

*Agent Walker*
    Direct (by Ms. McGuinn) ................................................ JA1063 JA1119
    Cross (by Mr. Nieto) ....................................................... JA1120-JA1133
    Redirect (by Ms. McGuinn) ........................................... JA1134-JA1138

Transcript of Proceedings, held on August 27, 2024 ........................... JA1202-JA1504

*Wallace Halpert*
    Direct (by Ms. McGuinn) ................................................ JA1207-JA1224
    Cross (by Mr. Proctor) ................................................... JA1225-JA1230
    Redirect (by Ms. McGuinn) ........................................... JA1231-JA1232

*William Godine*
    Direct (by Ms. Hagan) .................................................... JA1233-JA1245
    Cross (by Mr. Proctor) ................................................................ JA1246
    Redirect (by Ms. Hagan) ................................................ JA1247-JA1248

*James Schloeder*
    Direct (by Ms. McGuinn) ................................................ JA1249-JA1265
    Cross (by Mr. Nieto) ....................................................... JA1266-JA1283
    Redirect (by Ms. McGuinn) ........................................... JA1284-JA1288

*Charlotte Hoffberger*
    Direct (by Ms. Hagan) .................................................... JA1289-JA1302
    Cross (by Mr. Nieto) ....................................................... JA1303-JA1304

iii

*Table of Contents(cont'd)*                                                    *Page(s)*

*Riley Seelert*
    Direct (by Ms. McGuinn)................................................JA1305-JA1323
    Cross (by Mr. Nieto) ....................................................JA1324-JA1339

*Agent Walker*
    Direct (by Ms. Hagan)..................................................JA1340-JA1408
    Cross (by Mr. Nieto) ....................................................JA1433-JA1434
    Redirect (by Ms. Hagan)..............................................JA1435-JA1437

Transcript of Proceedings, held on May 9, 2024 ................................JA1505-JA1610

*Shannon Markel*
    Direct (by Ms. Hagan)..................................................JA1511-JA1540
    Cross (by Mr. Nieto) ....................................................JA1541-JA1555
    Redirect (by Ms. Hagan)..............................................JA1556-JA1558

*Jon Shumway*
    Direct (by Ms. Hagan)..................................................JA1559-JA1569
    Cross (by Mr. Nieto) ....................................................JA1570-JA1574

*Patrick Win*
    Direct (by Ms. Hagan)..................................................JA1575-JA1578

Transcript of Proceedings, held on January 21, 2025 ..........................JA1611-JA1681

Judgment, dated January 21, 2025 ......................................................JA1682-JA1689

Notice of Appeal ...........................................................................................JA1690

**_Sealed Volume_**

Motion to Suppress Evidence Obtained through Search
Warrants ........................................................................................JA1691-JA1718

iv

*Table of Contents(cont'd)*                                                          *Page(s)*

Motion to Suppress Evidence Obtained from Cellphone ....................JA1719-JA1724

Government's Consolidated Response to Defense Pre-Trial
Motions ........................................................................................JA1725-JA1750

Transcript of Proceedings, held on August 21, 2024 ...........................JA1751-JA1796

Redacted Transcript of Proceedings, held on August 23,
2024 ..............................................................................................JA1797-JA2132

   *Ms. XXX*
      Direct (by Ms. McGuinn)...........................................................JA1836-JA1869
      Cross (by Mr. Nieto) .................................................................JA1870-JA1879
      Direct (by Ms. Hagan)..............................................................JA1880-JA1892
      Direct (by Ms. McGuinn)...........................................................JA1893-JA1978
      Cross (by Mr. Nieto) .................................................................JA1979-JA2019
      Redirect (by Ms. McGuinn) .......................................................JA2020-JA2022

   *Angela Johnson*
      Direct (by Ms. Hagan)..............................................................JA2023-JA2027
      Cross (by Mr. Proctor) ..............................................................JA2028-JA2033
      Redirect (by Ms. Hagan) ...........................................................JA2034-JA2035

   *Henry Smith*
      Direct (by Ms. McGuinn)...........................................................JA2036-JA2048
      Cross (by Mr. Nieto) .................................................................JA2049-JA2056
      Redirect (by Ms. McGuinn) .......................................................JA2057-JA2065

Transcript of Proceedings, held on August 23, 2024 ...........................JA2133-JA2431

   *Ms. XXX*
      Direct (by Ms. McGuinn)...........................................................JA2172-JA2205
      Cross (by Mr. Nieto) .................................................................JA2206-JA2215
      Direct (by Ms. Hagan)..............................................................JA2216-JA2228

*Table of Contents(cont'd)*                                           *Page(s)*

Direct (by Ms. McGuinn)................................................JA2229-JA2314
Cross (by Mr. Nieto) ...................................................JA2315-JA2355
Redirect (by Ms. McGuinn) ..........................................JA2356-JA2358

*Angela Johnson*
Direct (by Ms. Hagan)................................................JA2359-JA2363
Cross (by Mr. Proctor) ...............................................JA2364-JA2369
Redirect (by Ms. Hagan) .............................................JA2370-JA2371

*Henry Smith*
Direct (by Ms. McGuinn)................................................JA2372-JA2384
Cross (by Mr. Nieto) ...................................................JA2385-JA2392
Redirect (by Ms. McGuinn) ..........................................JA2393-JA2401

Transcript of Proceedings, held on August 24, 2024...........JA2432-JA2585

Transcript of Proceedings, held on August 26, 2024...........JA2586-JA2865

*Stacey Halpert*
Direct (by Ms. McGuinn)................................................JA2594-JA2604
Cross (by Mr. Nieto) ...................................................JA2605-JA2608

*Christopher Feiss*
Direct (by Ms. Hagan)................................................JA2609-JA2615
Cross (by Mr. Proctor) ...............................................JA2616-JA2620

*Jack Stuzin*
Direct (by Ms. Hagan)................................................JA2621-JA2629
Cross (by Mr. Nieto) ...................................................JA2630-JA2635
Redirect (by Ms. Hagan) .............................................JA2636-JA2637

*Tyler Witherspoon*
Direct (by Ms. Hagan)................................................JA2638-JA2646
Cross (by Mr. Proctor) ...............................................JA2647-JA2651

*Table of Contents(cont'd)*                                                      *Page(s)*

Redirect (by Ms. Hagan) ..............................................JA2652-JA2653

*DeAnna Komber-Hoyle*
Direct (by Ms. McGuinn)...........................................JA2654-JA2665
Cross (by Mr. Proctor) .............................................JA2666-JA2668

*Shannon Markel*
Direct (by Ms. Hagan)...............................................JA2669-JA2688
Cross (by Mr. Nieto) ...............................................JA2689-JA2698

*Eric J. Oberly*
Direct (by Ms. McGuinn)...........................................JA2699-JA2759

*Agent Walker*
Direct (by Ms. McGuinn)...........................................JA2762-JA2818
Cross (by Mr. Nieto) ...............................................JA2819-JA2832
Redirect (by Ms. McGuinn) ......................................JA2833-JA2837

Transcript of Proceedings, held on August 27, 2024 ...........JA2866-JA3133

*Wallace Halpert*
Direct (by Ms. McGuinn)...........................................JA2871-JA2888
Cross (by Mr. Proctor) .............................................JA2889-JA2894
Redirect (by Ms. McGuinn) ......................................JA2895-JA2896

*William Godine*
Direct (by Ms. Hagan)...............................................JA2897-JA2909
Cross (by Mr. Proctor) ...................................................... JA2910
Redirect (by Ms. Hagan) ..........................................JA2911-JA2912

*James Schloeder*
Direct (by Ms. McGuinn)...........................................JA2913-JA2929
Cross (by Mr. Nieto) ...............................................JA2930-JA2947
Redirect (by Ms. McGuinn) ......................................JA2948-JA2952

vii

*Table of Contents(cont'd)*                           *Page(s)*

*Charlotte Hoffberger*
    Direct (by Ms. Hagan)............................................................JA2953-JA2966
    Cross (by Mr. Nieto) ............................................................JA2967-JA2968

*Riley Seelert*
    Direct (by Ms. McGuinn)......................................................JA2969-JA2987
    Cross (by Mr. Nieto) ............................................................JA2988-JA3003

*Agent Walker*
    Direct (by Ms. Hagan)............................................................JA3004-JA3072
    Cross (by Mr. Nieto) ............................................................JA3097-JA3098
    Redirect (by Ms. Hagan) .......................................................JA3099-JA3101

Pretrial Conference, held on August 9, 2024 ......................................JA3134-JA3224

Transcript of Proceedings, held on January 21, 2025 ..........................JA3225-JA3295

Presentence Investigation Report.......................................................JA3296-JA3324

Motion to Strike Impermissible Victim Impact Statements,
dated January 8, 2025............................................................................JA3325-JA3330

Statement of Reasons ........................................................................JA3331-JA3334

viii

```
 1              PROSPECTIVE JUROR:  Probably about eight or nine
 2   years.
 3              THE COURT:  Have any kids?
 4              PROSPECTIVE JUROR:  I have four.
 5              THE COURT:  Three?
 6              PROSPECTIVE JUROR:  Four.
 7              THE COURT:  Four.  What are their ages?
 8              PROSPECTIVE JUROR:  Five, seven and 12.  The 12 year
 9   olds are twins.
10              THE COURT:  Ah, twins.  So the 12 year olds going into
11   sixth?
12              PROSPECTIVE JUROR:  Seventh.
13              THE COURT:  They're going into seventh.  Got it.  Your
14   kids are in what kind of a school environment?
15              PROSPECTIVE JUROR:  It's a public school.
16              THE COURT:  Okay.  What do you and your family do in
17   the little spare time that you have?
18              PROSPECTIVE JUROR:  Well, we're always at sports.  So
19   that takes up a lot of our time.  When we can, we like to go to
20   the beach.
21              THE COURT:  I'm going to talk with the lawyers for a
22   second.  Thank you.
23         (Whereupon, the following conference was held at the
24   bench:)
25              THE COURT:  Government have any issues or questions?
```

```
 1            MS. MCGUINN:  None for the government.

 2            THE COURT:  Mr. Nieto?

 3            MR. NIETO:  Brief clarification, Your Honor.  I'd just

 4   like to know what type of sports her children are involved in?

 5            THE COURT:  Okay.  Although I think we're talking

 6   about south Anne Arundel County but I'll ask.

 7            MR. NIETO:  Thank you, Your Honor.

 8         (Whereupon, the bench conference was concluded.)

 9            THE COURT:  Your kids' sports, what are they

10   interested in?  What do they play?

11            PROSPECTIVE JUROR:  So my girls do cheerleading.  My

12   one son does basketball and the other one does football.

13            THE COURT:  Got it.  Thank you.  One more time with

14   the lawyers.  Thank you.

15         (Whereupon, the following conference was held at the

16   bench:)

17            THE COURT:  Mr. Nieto, any issues or questions?

18            MR. NIETO:  No, Your Honor.

19            THE COURT:  Thank you.

20         (Whereupon, the bench conference was concluded.)

21            THE COURT:  Thank you, ma'am.  We're finished asking

22   you questions.  You can now return to the fourth floor jury

23   assembly area and we'll talk to you again soon.  Thank you,

24   ma'am.

25            PROSPECTIVE JUROR:  Thank you.
```

```
 1              THE COURT:  Good afternoon, ma'am.  I'm still
 2    reviewing your questionnaire and I'll be with you in a second.
 3         As I review your questionnaire, I find just one "Yes"
 4    answer among all of these questions I've asked.  Question 16C:
 5    Has you or any member of your immediate family or closest
 6    associates ever been accused of criminal conduct, been the
 7    subject of a criminal investigation or been convicted of
 8    committing a crime?  Answer:  Yes.  And then you've written
 9    "Driving over 80 in Virginia is criminal.  Who knew?"  Does
10    this pertain to you or someone in your family?
11              PROSPECTIVE JUROR:  Yes, Your Honor.  That was me.
12              THE COURT:  How long ago did this happen?
13              PROSPECTIVE JUROR:  Eight years.
14              THE COURT:  Okay.  Did you feel that you were treated
15    fairly by the criminal justice process?
16              PROSPECTIVE JUROR:  I was.
17              THE COURT:  Is there anything about that experience
18    that you think would affect your ability to be a fair and
19    impartial juror if you were selected to serve in this case?
20              PROSPECTIVE JUROR:  No, Your Honor.
21              THE COURT:  Thank you.  So you live in Cooksville?
22              PROSPECTIVE JUROR:  Yes, sir.
23              THE COURT:  And you own a business it sounds like?
24              PROSPECTIVE JUROR:  I do.
25              THE COURT:  And tell us about this business?
```

173

```
 1              PROSPECTIVE JUROR:  I own an English afternoon
 2    tearoom.  Actually, two.
 3              THE COURT:  Very nice.  I guess that explains what
 4    goes on at your business.
 5              PROSPECTIVE JUROR:  It does.
 6              THE COURT:  English afternoon tea.
 7              PROSPECTIVE JUROR:  Uh-huh.
 8              THE COURT:  Would that be a cream tea or would that be
 9    some other --
10              PROSPECTIVE JUROR:  That's one of the options, yes.
11              THE COURT:  Okay.  Yeah.  I remember asking in a cream
12    tea in Windsor England one time what the fat content was of the
13    cream and it came back 45 percent.
14              PROSPECTIVE JUROR:  Don't ask that question.
15              THE COURT:  Yeah, that was a little scary.  Sure
16    tasted good, though.  So were the scones.
17         How long have you been running a business like that?
18              PROSPECTIVE JUROR:  I've had one location for six
19    years in Westminster and one in Sykesville for one year.
20              THE COURT:  How's it going?
21              PROSPECTIVE JUROR:  Excellent.
22              THE COURT:  How did you get into that line of work?
23              PROSPECTIVE JUROR:  My daughter and I fell in love
24    with tea when she was 11 on a trip to China.  And we were
25    presented with an opportunity to take over not one but two
```

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA567**

```
 1  businesses where the business owners were retiring after 20
 2  years of building a tearoom and we picked up where they left
 3  off and here we are.
 4           THE COURT:  Got it.  Fascinating.
 5      Do you have a spouse or partner in life?
 6           PROSPECTIVE JUROR:  I have a husband of 27 years.
 7           THE COURT:  Twenty-seven years.  What does your
 8  husband do?
 9           PROSPECTIVE JUROR:  He owns his own business --
10           THE COURT:  It's a coffee shop, right?
11      (Laughter.)
12           PROSPECTIVE JUROR:  No.  A value-added reseller of
13  network services.
14           THE COURT:  A value added?
15           PROSPECTIVE JUROR:  Reseller.
16           THE COURT:  Reseller of?
17           PROSPECTIVE JUROR:  Network architecture and services.
18           THE COURT:  Okay.  So this is in the tech world?
19           PROSPECTIVE JUROR:  Uh-huh.
20           THE COURT:  And has that been the business he's owned
21  and operated for a long time?
22           PROSPECTIVE JUROR:  Yes.
23           THE COURT:  You already referenced a daughter.  First
24  of all, how many children do you have?
25           PROSPECTIVE JUROR:  I have five.
```

1        THE COURT:  Five children?

2        PROSPECTIVE JUROR:  Uh-huh.

3        THE COURT:  How old are they?

4        PROSPECTIVE JUROR:  14, 18, 21, 23, 24.

5        THE COURT:  And which daughter is in the business with

6    you?

7        PROSPECTIVE JUROR:  My 24-year-old.

8        THE COURT:  Got it.  And how are your other children

9    occupied?

10        PROSPECTIVE JUROR:  My 23 year old would love nothing

11    more than to live off the grid in the woods somewhere and helps

12    his dad out in his spare time to make money.  My 21 year old is

13    a race car driver in Indianapolis.  He's getting married next

14    month.  My 18 year old works for me full-time running the

15    Sykesville location.  And my 14 year old is in high school and

16    plays volleyball.

17        THE COURT:  Plays volleyball.

18        PROSPECTIVE JUROR:  That's it.

19        THE COURT:  Got it.  Thank you so much.  Give me a

20    second.  I want to talk to the lawyers.

21      (Whereupon, the following conference was held at the

22    bench:)

23        THE COURT:  Government have any issues or questions?

24        MS. MCGUINN:  No, Your Honor.

25        THE COURT:  Mr. Nieto, do you?

```
1              MR. NIETO:  No, Your Honor.

2              THE COURT:  Thank you.

3         (Whereupon, the bench conference was concluded.)

4              THE COURT:  Thank you, ma'am.  Those are our questions

5    and you may return to the fourth jury assembly area.  And we'll

6    talk to you more later.  Thank you, ma'am.

7              PROSPECTIVE JUROR:  Thank you, Your Honor.

8              THE COURT:  Eighty-three.  Good afternoon, sir.  I'll

9    be with you shortly.

10        Thank you for completing the juror question.  I appreciate

11   it.  And I appreciate your time and being back here a second

12   day for this process.

13        I want to talk to you about your "Yes" answers to some of

14   our questions.  Your first "Yes" answer came in response to

15   Question Number 2:  This case is styled, or titled, United

16   States of America v. Christopher Kenji Bendann.  Case Number

17   JKB-23-278.  Have you ever read or heard of this case?  And the

18   answer was "yes."  Tell me about that?

19             PROSPECTIVE JUROR:  Yeah, I think it was two or three

20   weeks ago.  I'm not sure.  There was an article on one of the

21   newspaper sites, whatever.  And it was about -- to the extent

22   of how you described the case.  But I had seen it or heard of

23   it before.

24             THE COURT:  Okay.  Do you believe that that article

25   conveyed to you a great deal of information about the case or
```

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA570**

1  not much?

2          PROSPECTIVE JUROR:  No, it just basically reiterated.

3  It was how you described the case is what I took away from what

4  I had read.

5          THE COURT:  Okay.  And of course sometimes cases that

6  are in court do draw the attention of the newspapers and media

7  outlets and so forth.  That's our free press and our system in

8  this country where we have a free flow of information so it's

9  entirely appropriate.

10         But it is important when a person is being considered for

11  service on a jury that the judge makes sure that if a person

12  has some prior knowledge about a case or has heard something,

13  that that information isn't going to influence them in their

14  work as a juror.  And that the potential juror remains able to

15  serve as a fair and impartial juror and have an open mind and,

16  essentially, disregard or put aside entirely any information

17  that they may have acquired outside of this courtroom

18  pertaining to the case.

19         Do you think you're in such a position to be able to do

20  that?

21         PROSPECTIVE JUROR:  Yes.

22         THE COURT:  Question 13:  Have you or any member of

23  your immediate family or close associates ever worked with a

24  private agency or a company, with police, security or

25  investigative functions, such as a private investigation firm,

1  or a company that provides security services?  Answer:  "Yes."

2  Can you tell me about that?

3        PROSPECTIVE JUROR:  About 20 years ago when I was in

4  college I worked for target, and I was in their loss prevention

5  department where I did investigations of theft, of internal and

6  external theft, and would actually apprehend and do the

7  charging documents and then appear in court to testify.

8        THE COURT:  Okay.  Move a little closer to the mic for

9  me if you would, thanks.  So you did go to court sometimes and

10 testify?

11       PROSPECTIVE JUROR:  Yes.

12       THE COURT:  And this is about 20 years ago?

13       PROSPECTIVE JUROR:  Correct.

14       THE COURT:  Anything about that experience that you

15 think would make it difficult for you to serve as a fair and

16 impartial juror if you were selected in this case?

17       PROSPECTIVE JUROR:  No.

18       THE COURT:  Question 16B:  Have you or any member of

19 your immediate family or closest associates ever been a witness

20 to a crime?  Well, I guess at Target you might have been a

21 witness?

22       PROSPECTIVE JUROR:  Yes.

23       THE COURT:  Beyond that?

24       PROSPECTIVE JUROR:  No.

25       THE COURT:  Do you or any member of your immediate

1  family or close associates, have you ever been a witness for
2  the prosecution, for the defense, an investigation or trial of
3  a criminal case?  At Target.
4      **PROSPECTIVE JUROR:**  Yes.
5      **THE COURT:**  Beyond that?
6      **PROSPECTIVE JUROR:**  No.
7      **THE COURT:**  Okay.  As part of the evidence in this
8  case, you may see images of a sexual nature that are graphic.
9  Is there anything about viewing some images that would make it
10 difficult for you to render a fair and impartial verdict based
11 solely on the evidence and the law?  Answer:  "Yes."
12     Do you want to tell me about your thoughts in response to
13 that question and your answer of "yes."
14     **PROSPECTIVE JUROR:**  I have three children and seeing
15 pictures of -- I don't know what the pictures would be of but
16 if it was children being harmed I would not take that well.
17     **THE COURT:**  Okay.  Let's stop for just a second.  I
18 want to talk to the lawyers for a minute and I'll come right
19 back right to you, okay.
20     (Whereupon, the following conference was held at the
21 bench:)
22     **THE COURT:**  Mr. Nieto, what's your position on my
23 describing to this potential juror the images and videos as I
24 have previously forecasted them to appear?
25     **MR. NIETO:**  We would request that, Your Honor.

1           THE COURT:  Without objection?

2           MS. MCGUINN:  Yes, Your Honor.

3       (Whereupon, the bench conference was concluded.)

4           THE COURT:  So I do anticipate that there will be some

5   images, maybe video, in this case.  And I think that in general

6   terms it will depict the following three categories:  The first

7   is -- there may be images of male genitalia and that would be

8   the male genitalia of adolescents, minors, people under the age

9   of 18.  Secondly, there may be images or video of males under

10  the age of 18 who are fully unclothed.  And then third, there

11  may be images or video of adolescent male masturbation.

12      I think that that's a fair and correct sort of definition

13  of the scope into which the images that will be presented will

14  fall into.  Each of them into broadly one of those three

15  categories.

16      So then with that more specification having been provided

17  to you, let me ask you again:  Is there anything about viewing

18  such images that would make it difficult for you to render a

19  fair and impartial verdict based solely on the evidence and the

20  law?

21          PROSPECTIVE JUROR:  I could change that to no.

22          THE COURT:  Okay.  So based on my further description

23  and elaboration, your answer to Question 16I would now be "no";

24  is that correct?

25          PROSPECTIVE JUROR:  (No audible response.)

```
 1              THE COURT:  You have to answer out loud.
 2              PROSPECTIVE JUROR:  No.
 3              THE COURT:  Now I've confused you because I said
 4    what's your answer.
 5              PROSPECTIVE JUROR:  I change my answer to no.
 6              THE COURT:  You change your answer to that question to
 7    no.
 8              THE WITNESS:  Yes.
 9              THE COURT:  Thank you.
10         Anyone in your family, close associates, you, attended law
11    school or studied law or criminal justice or had legal
12    training?  "Yes." tell me about that?
13              PROSPECTIVE JUROR:  That goes back to -- I took some
14    college classes, criminal justice.  And then when I was in loss
15    prevention I thought I might want a career in law enforcement.
16    I didn't go that route.  But even when I was doing the loss
17    prevention work through Target they had extensive training of
18    what you could and couldn't do.  Shopkeeper's law and such.
19              THE COURT:  Got it.  So if, during the course of this
20    trial, you were sitting as a juror and you received legal
21    instructions from me, that is to say legal instructions about
22    what the law is, and you were listening to that, and you
23    discovered that, wow, what the judge just told me is in
24    conflict with what I was trained previously with respect to
25    this issue.  Would you then be able to following my subsequent
```

1  instruction, which is that you must put out of your mind any

2  training or legal education that you received elsewhere when

3  you're deciding this case and, instead, follow only the

4  instructions and the law as I give it to you in this case?

5  Would you be able to do that?

6        PROSPECTIVE JUROR:  Yes.  I don't think I'd be able to

7  recall anything I learned before.

8        THE COURT:  Okay.  Got it.  22:  Would you tend to

9  give greater or lesser weight to the testimony of a law

10  enforcement officer or agent simply because that person was a

11  law enforcement officer or an agent?  And your answer was:

12  "Yes."  Can you tell me about that?

13        PROSPECTIVE JUROR:  Yes.  I respect law enforcement,

14  judges, anybody that, you know, serves, I take their word at a

15  higher level.

16        THE COURT:  Okay.  Let me ask you this question:  Do

17  you believe, though, that there are circumstances in our lives,

18  in our society, in our world where the people you just referred

19  to, law enforcement officers, judges, have sometimes not been

20  worthy of that trust and have sometimes not shown integrity and

21  sometimes have not told the truth?

22        PROSPECTIVE JUROR:  Unfortunately, yes.

23        THE COURT:  Okay.  And do you agree with the

24  proposition that in our society we have lots of different

25  checks and balances, and one of them in our system is that no

1  person is above the law, not a law enforcement officer, not a

2  judge, no one at all and, instead, we use checks like juries,

3  for instance, to ultimately ascertain the truth of a matter?

4          **PROSPECTIVE JUROR:**  Yes.

5          **THE COURT:**  And that sometimes it is the

6  responsibility and the role of people serving on a jury to be

7  the ones, to be the institution that detects and ferrets out

8  the fact that someone in a responsible position, like a law

9  enforcement officer, or a judge, is actually not telling the

10 truth, and that ultimately that's a jury responsibility to

11 think critically and to evaluate what's being presented to

12 them?

13         **PROSPECTIVE JUROR:**  Yes.

14         **THE COURT:**  Now, it gets a little tricky when we talk

15 about judges because under our law when a judge gives you the

16 law, as a jury, you have to flat follow it.  But I'm talking

17 more about the circumstance where, you know, I can't quite

18 imagine it, but a judge is testifying as a witness.  I can

19 imagine a law enforcement officer testifying as a witness, and

20 that it's the responsibility of a juror to evaluate that

21 testimony carefully, critically, in the context of all of the

22 other evidence that's been presented, and not give it weight or

23 deprive it of weight solely because the person is a law

24 enforcement officer.

25         In other words, you evaluate it critically just like you

1  evaluate the testimony and evidence of any witness regardless

2  of their title or their uniform?

3           PROSPECTIVE JUROR:  Yes.  I think I misunderstood the

4  question.  It was -- I read it more that I would -- I look at

5  those people with a sense of reverence, not necessarily that I

6  wouldn't be able to differentiate -- that I wouldn't be

7  open-minded towards their testimony.

8           THE COURT:  Okay.  Well, let me then give you the

9  opportunity to answer the question again and think critically

10 about it and then we're just looking for your absolute, you

11 know, straight correct answer that comes from your heart and

12 your mind.

13      I have spent some time in talking with you about the

14 ideals of our system, but sometimes our personalities, our

15 personal thought processes and so forth maybe don't match up

16 exactly with the design or the ideals of the system.  And in

17 this setting your responsibility, as a potential juror under

18 oath, is to just call it as it is with respect to what's inside

19 of your head and your heart.

20      So, with that in mind, would you tend to give greater or

21 lesser weight to the testimony of a law enforcement officer or

22 agent simply because that person was a law enforcement officer

23 or agent?

24           PROSPECTIVE JUROR:  No.

25           THE COURT:  Okay.  So let's talk about other elements

```
1   of your life.  You live in Ellicott City?

2              PROSPECTIVE JUROR:  Yes, Your Honor.

3         THE COURT:  You work for BGE?

4         PROSPECTIVE JUROR:  Yes.

5         THE COURT:  What do you do for them?

6         PROSPECTIVE JUROR:  I'm a principal designer,

7   engineering and design.

8              THE COURT:  So that must have something to do with the

9   utilities on a big, broad basis city-wide or maybe with respect

10  to a structure?  Or where do you -- where is your design

11  function performed, in what context?

12             PROSPECTIVE JUROR:  Mine falls in if somebody is

13  building a new building, a new shopping center, manufacturing

14  warehouse, what have you, to get the infrastructure to that new

15  facility.

16             THE COURT:  Gas and electric?

17        PROSPECTIVE JUROR:  Gas and electric, yes.

18        THE COURT:  How long you been doing this?

19        PROSPECTIVE JUROR:  Fifteen years.

20        THE COURT:  Tell me about your educational background?

21        PROSPECTIVE JUROR:  I graduated from UMBC.

22        THE COURT:  What's your degree?

23        PROSPECTIVE JUROR:  History.

24             THE COURT:  History.  Got it.  How did you learn this

25  skill that you obviously have?
```

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA579**

1          **PROSPECTIVE JUROR:**  I went from UMBC to manufacturing

2   and realized that working manufacturing was very unstable and

3   working for utility had a lot of stability for starting a

4   family at that time.  So I basically decided to start over

5   again when I was 30 and have been there since.

6          **THE COURT:**  How did you get trained?

7          **PROSPECTIVE JUROR:**  They actually -- they trained me.

8          **THE COURT:**  Great.  Got it.  You have a spouse or

9   partner in life?

10         **PROSPECTIVE JUROR:**  Yes, I'm married with three

11  children.

12         **THE COURT:**  What's your spouse do?

13         **PROSPECTIVE JUROR:**  She is a store manager for Kohl's.

14         **THE COURT:**  Got it.  You have three children.  Tell us

15  again how old they are?

16         **PROSPECTIVE JUROR:**  13, 11, and 10.

17         **THE COURT:**  Okay.  And how do you spend your time when

18  you're not at work?

19         **PROSPECTIVE JUROR:**  Taking the kids back and forth to

20  soccer practices.

21      (Laughter.)

22         **THE COURT:**  Got it.  Give me a minute.

23      (Whereupon, the following conference was held at the

24  bench:)

25         **THE COURT:**  Government got any issues or questions in

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA580**

1  light of the ones that I've asked?

2        **MS. MCGUINN:**  No, Your Honor.

3        **THE COURT:**  Mr. Nieto?

4        **MR. NIETO:**  Your Honor, no questions.  But,

5  respectfully, we would make a motion to strike for cause

6  specifically because this prospective juror had used the word

7  "reverence" with regard to law enforcement witnesses.  And

8  although he said that he would be appropriately scrutinous of

9  their testimony, there's a concern here because in this

10  particular case, for example, the evidence in this matter is

11  not necessarily driven by law enforcement.

12        **THE COURT:**  Right.

13        **MR. NIETO:**  But there are law enforcement witnesses

14  who are going to be testifying about their role in the

15  investigation.  There will be a case agent.  There is in fact

16  an FBI agent who I imagine will be testifying twice as to her

17  decisions and discoveries in support of this case.

18      So it's our concern that that reverence that he has for

19  law enforcement is going to sort of cast the Government's light

20  in a more favorable light perhaps than it should be based on

21  the totality of the testimony.  And that is our concern.

22        **THE COURT:**  Thank you, Mr. Nieto.  The motion to

23  excuse this juror for cause is denied.  I did hear him use that

24  word "reverence," and I took it in a context that is often

25  present the way in which a lot of citizens talk about persons

1  who serve in first responder roles and so forth.  But I also

2  found his discussion with me as we explored the issue in much

3  greater depth to be illuminating, and frankly far more

4  illuminating that his use of individual terms particularly at

5  the beginning of our discussion.  And I am confident after the

6  discussion that's on the record that he does have a clear

7  understanding of what the role as a juror is; and he strikes me

8  as a person who is committed to doing things according to the

9  rules and in the right way as has been, I think, laid out here.

10 And I'm confident that he's going to act and think in a manner

11 consistent with that and not afford special positive, or

12 negative, weight to the testimony of a witness simply because a

13 person is a law enforcement officer; but instead will weigh it

14 critically as he will the testimony of any other witness.

15 Motion is denied.

16        (Whereupon, the bench conference was concluded.)

17        **THE COURT:**  Thank you, sir.  Those are the questions

18 we have for you.  You may return to the fourth floor to the

19 jury assembly area and we'll talk to you more later.  Thank

20 you.

21        Good afternoon, thank you for joining us.

22        **PROSPECTIVE JUROR:**  Hello.

23        **THE COURT:**  Thank you for faithfully completing your

24 juror questionnaire.  I have it in front of me.  I've just

25 reviewed it.  As I go through it, I see that you have supplied

1  all "no" answers to every question except two questions for

2  which you supplied kind of the same answer --

3        PROSPECTIVE JUROR:  Correct.

4        THE COURT:  -- as to each.  And so we'll turn to those

5  "Yes" answers first.  You told us in response to Question

6  Number 14, with a "yes," question mark, that your best friend's

7  aunt is a judge.  Parenthesis, "I'm not sure if it is stat,"

8  closed parenthesis.  And then an arrow and then another little

9  note that says, "This feels like a stretch.  I may have

10 overinterpreted."

11      Let me tell you, there is no such thing as

12 overinterpretation in the process.

13      PROSPECTIVE JUROR:  As soon as I was writing it, I was

14 like this is ink and I can't go back.  But I wished I had an

15 eraser because when I was writing it down, I was like this is

16 not --

17      THE COURT:  Well, I'm glad you didn't because there's

18 no such thing as oversharing in this context.  We want to know

19 everything on your mind and that's what came to you mind, so we

20 want to know about it.  So you did exactly what you should have

21 done in writing in down.  That said, it's probably pretty

22 attenuated.

23      Have you ever met this person who is a judge?

24      PROSPECTIVE JUROR:  Yes.

25      THE COURT:  Have you socialized with this person?

190

1            **PROSPECTIVE JUROR:**  Yes.

2            **THE COURT:**  Have you talked with this person about

3  their cases as a judge?

4            **PROSPECTIVE JUROR:**  No.

5            **THE COURT:**  Is the person currently a judge?

6            **PROSPECTIVE JUROR:**  She's retired.  But I think she

7  still does some, maybe, like, occasionally.  She has some sort

8  of weird thing where she can still do it one day a month or

9  something.

10           **THE COURT:**  Got it.  How often do you see this person?

11           **PROSPECTIVE JUROR:**  Probably once or twice a year.

12           **THE COURT:**  Okay.  When you are together, have you

13  talked about legal matters and the law and legal instructions?

14           **PROSPECTIVE JUROR:**  I've never spoken with her about

15  anything work related which I realized after writing it.

16           **THE COURT:**  Just fine.  All good.  But it did prompt

17  you to give a "Yes" answer to Question 14.

18           **PROSPECTIVE JUROR:**  Correct.  Because she has been to

19  law school.

20           **THE COURT:**  And Question 17, somebody who has been to

21  law school?

22           **PROSPECTIVE JUROR:**  Yes.

23           **THE COURT:**  Got it.

24      You live in Ellicott City?

25           **PROSPECTIVE JUROR:**  Correct.

1          THE COURT:  Tell us what you do for a living.

2          PROSPECTIVE JUROR:  So I am a senior project manager

3   for genomics company.  I put together written materials and

4   presentations to describe in plain language scientist to

5   scientist, like, how our products work.

6          THE COURT:  Got it.

7          PROSPECTIVE JUROR:  I work with other scientists but

8   who aren't experts in that field to explain it.

9          THE COURT:  Got it.  How long have you been doing that

10  work?

11         PROSPECTIVE JUROR:  I've been at the company for five

12  years, but I've been doing it for 20 years in some capacity.

13  So previously I was an actual scientist and now I facilitate

14  other scientists.

15         THE COURT:  Got it.  Tell us about your educational

16  background?

17         PROSPECTIVE JUROR:  So I have a Ph.D. from UNC Chapel

18  Hill in genetics and molecular biology which is my furthest

19  degree that I have.

20         THE COURT:  Got it.  Do you have a spouse or partner

21  in life?

22         PROSPECTIVE JUROR:  Divorced.

23         THE COURT:  How long since the marriage ended?

24         PROSPECTIVE JUROR:  Almost exactly five years in two

25  days.

```
 1              THE COURT:  Five years and two days?
 2              PROSPECTIVE JUROR:  Not that we're counting.
 3              THE COURT:  What did that person do for a living
 4   during the marriage?
 5              PROSPECTIVE JUROR:  High school teacher.
 6              THE COURT:  Okay.  Got it.
 7         And children?
 8              PROSPECTIVE JUROR:  Yes, two.
 9              THE COURT:  How old are they?
10              PROSPECTIVE JUROR:  14 and 15.
11              THE COURT:  Do they live with you?
12              PROSPECTIVE JUROR:  50/50.
13              THE COURT:  Got it.  They're enrolled in school?
14              PROSPECTIVE JUROR:  Correct.  They're both going to be
15   starting.  One is already in high school.  The other is
16   starting high school this year.
17              THE COURT:  Got it.  What kind of school setting?
18              PROSPECTIVE JUROR:  A public school.
19              THE COURT:  A public school.
20         What are your interests?  How do you spend your free time
21   when you're not being a -- I've already lost it -- a
22   biochemist?  How would I describe what you do?
23              PROSPECTIVE JUROR:  Close enough.  So I enjoy reading
24   and running.  I'm a long-distance runner.  And then I do
25   training groups, running training groups within our community.
```

1          THE COURT:  Training groups?

2          PROSPECTIVE JUROR:  Yes.

3          THE COURT:  Got it.  Bear with me for a second while I

4    talk to the lawyers.

5       (Whereupon, the following conference was held at the

6    bench:)

7          THE COURT:  Government have any issues or questions in

8    light of the ones I asked?

9          MS. MCGUINN:  No, Your Honor.

10         THE COURT:  Mr. Nieto?

11         MR. NIETO:  Your Honor, one question, if the court

12   would be able to ask the prospective juror, with her ex-husband

13   being a high school teacher whether or not during their time

14   together whether she was involved with him in terms of high

15   school events and after-school programs, extracurricular

16   academics.

17         THE COURT:  Did she have some exposure to that or some

18   knowledge?

19         MR. NIETO:  Yes, Your Honor.

20         THE COURT:  Okay.

21      (Whereupon, the bench conference was concluded.)

22         THE COURT:  During the time of your marriage to the

23   person who was and perhaps is a high school teacher, were you

24   involved with him in his involvement, if any, in after-school

25   activities, coaching, extracurricular events?  That sort of

1   activity.

2           PROSPECTIVE JUROR:  No.  So he was and is a coach, but

3   I never went to any of the sports games or anything.

4           THE COURT:  That wasn't part of your relationship --

5           PROSPECTIVE JUROR:  No.

6           THE COURT:  -- engagement, marriage with him, that

7   wasn't part of your life?

8           PROSPECTIVE JUROR:  Correct.  Separate.

9       (Whereupon, the following conference was held at the

10  bench:)

11          THE COURT:  Mr. Nieto?

12          MR. NIETO:  Thank you, Your Honor.  Nothing

13  additional.

14      (Whereupon, the bench conference was concluded.)

15          THE COURT:  Thank you, ma'am.  We're finished asking

16  you questions.  You may go back to the fourth floor jury

17  assembly area, and we will communicate with you further down

18  the road.

19          PROSPECTIVE JUROR:  Thank you.

20          THE COURT:  Thank you.

21      Good afternoon, sir.  You are Juror No. 76?

22          PROSPECTIVE JUROR:  Yes.

23          THE COURT:  I understand that you live with an

24  impairment of your capacity to hear?

25          PROSPECTIVE JUROR:  Yes, I do.

1          THE COURT:  But you are hearing me right now as I'm

2   speaking to you through the microphone; is that correct?

3          PROSPECTIVE JUROR:  I can hear you, yes.

4          THE COURT:  You also read lips, I understand?

5          PROSPECTIVE JUROR:  I do.

6          THE COURT:  But we're at quite a distance from each

7   other right now so I would imagine it would be difficult for

8   you to read my lips from this distance?

9          PROSPECTIVE JUROR:  It is, yes.

10          THE COURT:  However, as I speak to you loudly over

11   this public address system, are you able to fully hear me as I

12   speak?

13          PROSPECTIVE JUROR:  Most of the words.  I have a word

14   recognition problem with my hearing.  It's not a volume problem

15   as much as certain words don't make sense.  It takes me a

16   little longer to process them.

17          THE COURT:  So it's not just hearing loss but it's

18   also a processing issue?

19          PROSPECTIVE JUROR:  Yes, it is.

20          THE COURT:  And is this of a condition that is -- has

21   come to you relatively recently or is this a condition that has

22   been a part of your life for a long time?

23          PROSPECTIVE JUROR:  Thirty-two years.

24          THE COURT:  Thirty-two years.  And at that time did it

25   come to you suddenly as a result of an illness or an incident

```
1   or it just evolved slowly?
2           PROSPECTIVE JUROR:  Rapidly.  I was working for the
3   U.S. government.
4           THE COURT:  Okay.  Have you ever served on a jury?
5           PROSPECTIVE JUROR:  I did.
6           THE COURT:  Was that before or after you began to live
7   with this condition?
8           PROSPECTIVE JUROR:  After.
9           THE COURT:  And how did it go?
10          PROSPECTIVE JUROR:  Not real well.  It was county jury
11  up in Washington County.
12          THE COURT:  And was the courtroom smaller than this
13  one?
14          PROSPECTIVE JUROR:  Very much.
15          THE COURT:  Did that help you in terms of your ability
16  to read lips?
17          PROSPECTIVE JUROR:  Yes.
18          THE COURT:  And did you rely on that skill to
19  comprehend what was being said in court?
20          PROSPECTIVE JUROR:  I'm sorry, did I what on a skill?
21          THE COURT:  Did you rely on that skill to help you
22  understand what was happening in court?
23          PROSPECTIVE JUROR:  Somewhat, yes.
24          THE COURT:  Did they play any tape recordings as part
25  of the evidence during that trial?
```

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA590**

1          **PROSPECTIVE JUROR:**  I don't remember.

2          **THE COURT:**  Okay.  Well, of course if there were tapes

3   played, that would make it impossible for you to read lips as

4   part of the means by which you took on board or understood what

5   was being presented.  True?

6          **PROSPECTIVE JUROR:**  True.  I have to stream music

7   through this device which then goes to my hearing aid.  I can't

8   understand music unless it's played directly into my ear.

9          **THE COURT:**  Okay.  But you have a device that can be

10  connected somehow to --

11         **PROSPECTIVE JUROR:**  Yes, yes, that's what this device

12  is (indicating).

13         **THE COURT:**  Okay.

14         **PROSPECTIVE JUROR:**  It's called a T-coil system.  They

15  have them at certain movie theaters.  And once I Bluetooth in,

16  I can hear anything that's being said into a microphone or

17  being played at the movies but not everybody has them.

18         **THE COURT:**  And once you are aided by that technology,

19  does that completely compensate for the deficit that you

20  otherwise have?  And are you able to hear and comprehend, as

21  far as you know, in the same way as a person who does not live

22  with your condition?

23         **PROSPECTIVE JUROR:**  No, it doesn't.  It's not

24  100 percent.

25         **THE COURT:**  So it's not 100 percent?

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

```
 1              PROSPECTIVE JUROR:  No.
 2              THE COURT:  What do you think about your ability to do
 3     the work a jury in the type of proceeding that we're -- that
 4     we've so far sort of revealed to you?
 5              PROSPECTIVE JUROR:  I would like to have thought ahead
 6     of time I could do it.  Just sitting in here with the five
 7     people that we come down with, trying to carry on a
 8     conversation I can't do it.  I can't comprehend, when everybody
 9     speaks when there's more than one person speaking.  And certain
10     voices, this young lady for example -- very nice young lady --
11     I can't understand her hardly at all.
12              THE COURT:  She speaks very articulately but very
13     softly in my experience.
14              PROSPECTIVE JUROR:  I just can't understand certain --
15              THE COURT:  Wavelengths.
16              PROSPECTIVE JUROR:  Very different, yes.
17              THE COURT:  Let's stop there for a second.  Let me
18     talk with the lawyers for a minute.
19              PROSPECTIVE JUROR:  I didn't want to be unfair to
20     anybody because I can't hear or understand what's going on.
21              THE COURT:  But you think there is some risk of that
22     if we were to seat you on this jury?
23              PROSPECTIVE JUROR:  Yeah, I asked if I were selected
24     do you get a copy of the transcript every day that you can
25     actually read?
```

1      **THE COURT:**  Not generally.  But we stay flexible in
2  terms of things.  I don't make flat-out rulings.
3      **PROSPECTIVE JUROR:**  I read along a lot.  The words on
4  the TV screen.  I have the hearing aid.
5      **THE COURT:**  One moment, please.
6   (Whereupon, the following conference was held at the
7  bench:)
8      **THE COURT:**  It's an interesting intersection of laws
9  and rules that we have to be careful about.  I think the
10  Americans with Disabilities Act requires us to make reasonable
11  accommodations in this kind of a setting.  It's also this
12  court's ambition to include persons who are managing certain
13  disabilities and deficiencies that their health has brought to
14  them.  But at the same time, the court has a responsibility to
15  ensure that whatever accommodations we do make are sufficient
16  to restore the juror to the point where they can do their part
17  in this process because their performance of that role is part
18  of what the Constitution requires in terms of the defendant's
19  rights as a criminal defendant.
20   I will go first and say I have some concerns here because
21  this juror, in candor, I think has signaled us pretty strongly
22  that as we are currently configured he would have difficulty
23  comprehending and understanding all that was presented to the
24  jury.  He's not going to be able to lipread any audio evidence
25  that might be a part of the proof.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA593**

1    The distances in our federal courtrooms are substantial.

2 We are going to try this case in a smaller courtroom than the

3 one we're in right now, but it's not that much smaller, and

4 there's still some significant distances involved.

5    What, Mr. Nieto, is your position with respect to this

6 potential juror?

7        **MR. NIETO:**  Your Honor, we would ask that he be struck

8 for cause, and most specifically because he seems equally

9 concerned.  And so being in a unique position that he is in to

10 know himself, better than anyone else, if he has reservations

11 about what he'll be able to do not just in terms of the

12 testimony but also in the deliberations.  It's a risk that I

13 think could run afoul of our client's constitutional rights.

14        **THE COURT:**  Ms. McGuinn?

15        **MS. MCGUINN:**  Your Honor, the Government would agree.

16 I think one of the aspects that struck me, to piggyback on what

17 Mr. Nieto said, he had trouble with the conversation with the

18 five people.  And in jury deliberation I would only imagine,

19 having not been through it, but people talk back and forth.

20 You can't be staring at each person as they're speaking.  So I

21 worry about that.

22    They're also the testimony of younger people and some

23 video and audio that involves younger people who speak rather

24 quickly.  Most things have transcripts but not everything does.

25    So we would have some concerns.  His own comment that he

1  has problems with word recognition.  So I agree that his

2  recognition that this might be a situation where he can't be

3  aided, where as Your Honor said we would normally make all

4  accommodations that we could.  I just don't think this is, to

5  use Your Honor's words from earlier, a good fit right now.

6          THE COURT:  So I'm inclined to agree with counsel and

7  we'll grant the Defendant's motion to excuse this juror for

8  cause not because he presents with a disability, but because of

9  the specific intersection between how that disability manifests

10 and the obligations that he would have as a juror, and the

11 right that the defendant has to the juror performing his duties

12 fully and adequately.  I, too, noted the point that the juror

13 volunteered on his own about not being able to manage a

14 conversation in a room with the other four prospective jurors

15 who he was brought down with, just casual conversation.  And he

16 very openly told us he couldn't track it, he couldn't follow

17 it.  And I think that would interfere with his capacity to

18 deliberate.

19     I wish we were in a situation where we had a technological

20 solution that would somehow overcome his challenge, but he's

21 offered that even these T-coil systems that he relies on in the

22 movie theater and so forth are less than 100 percent.  So even

23 if the court were to rig up such a system here, and I

24 acknowledge we don't have that, but even if we did it wouldn't

25 be an adequate accommodation or resolution of the problem that

1  he presents us with.  Accordingly, the motion to excuse for
2  cause is granted.
3      (Whereupon, the bench conference was concluded.)
4          THE COURT:  Thank you so much for your candor, but I
5  don't think it's a perfect fit.  As much as we would otherwise
6  enjoy having you serve on a jury here.  Your candid remarks
7  about how you experienced this process illuminate that there
8  would be some challenges from the standpoint of what the legal
9  system requires.
10          PROSPECTIVE JUROR:  Right.
11          THE COURT:  One of the most illuminating things you
12  told us was about your experience with the other four jurors
13  that you came down with.
14          PROSPECTIVE JUROR:  Right.
15          THE COURT:  And the fact that when you're talking with
16  them, I assume just social chitchat.
17          PROSPECTIVE JUROR:  Yes.
18          THE COURT:  You had trouble following that and
19  tracking it and couldn't successfully interact in that
20  environment.
21          PROSPECTIVE JUROR:  Yes.  My daily life.
22          THE COURT:  I see the challenge that you face and it
23  must be enormous and substantial.  But to point a finer point
24  on this, what you're describing there is a lot of what goes on,
25  we imagine, in jury deliberations where 12 people are sitting

1  around a table, we imagine, reasoning with each other and

2  talking through issues.  And perhaps there are times when many

3  are talking at once.  And I think that it would be a challenge

4  for you to perform your full duty as a juror in that

5  environment given how we are configured.

6          PROSPECTIVE JUROR:  It's a sensate overload is what

7  happens.  Too many people speaking, very much.

8          THE COURT:  I understand.  Thank you so much.  This

9  has been an illuminating discussion.  I appreciate and admire

10  your good citizenship.  You are excused.  You may depart.

11          PROSPECTIVE JUROR:  Sorry I couldn't help.  Thank you.

12          THE COURT:  Thank you.  And nothing to be sorry about.

13          MR. PROCTOR:  Judge, could we take five minutes before

14  the next set?

15          THE COURT:  We can.  One quick questions, what's our

16  number?

17          THE CLERK:  We've got 32.

18          THE COURT:  The court record indicates 32 qualified?

19          MR. PROCTOR:  You're at 53 percent.  You brought it up

20  since lunch.

21          THE COURT:  I'm a late innings guy, Mr. Proctor.

22      (Laughter.)

23          MR. PROCTOR:  The Orioles have a need for one.

24          THE COURT:  Let's say five minutes.  Five minutes.  I

25  want to keep it moving.

```
 1          THE CLERK:  All rise.  This Honorable Court now stands
 2   in recess.
 3          (There was a break at 3:35 p.m. to 3:43 p.m.)
 4          THE COURT:  Good afternoon, I'm still reviewing your
 5   questionnaire.  Bear with me for a moment, please.
 6       Clear the courtroom.
 7       I have reviewed your questionnaire.  Thank you for
 8   faithfully participating in this process and giving us your
 9   answers to the questions.  I know that some of this is a bit
10   probing, and I apologize in advance of that, but what we do
11   here is a necessary part of the process of ensuring that we are
12   following the law and making sure that we are conducting trials
13   as we should.
14       I want to direct your attention initially to your response
15   to Question 16E, that question reads:  Specifically in this
16   case the allegations include those of sexual abuse.  Has any
17   member of your immediate family or closest associates ever been
18   a victim, witness, accused or convicted of a crime of a sexual
19   nature?
20       And you've responded as follows:  Yes.  Question mark.  No
21   legal action was or will be taken, but -- and there's not a
22   word "but," it's just that we drop down, and then friend, and
23   then an arrow to the word "raped," and then the word "myself,"
24   arrow, sexually abused.
25       Did I read that correctly?
```

```
 1              PROSPECTIVE JUROR:  Yes.

 2              THE COURT:  Okay.  So let's talk about your friend

 3    first.  What can you tell me?

 4              PROSPECTIVE JUROR:  Sorry.  We were in college and she

 5    was in a bar and a couple men had taken her after she had a

 6    couple of drinks and she was raped there.  But she didn't want

 7    anybody involved or anything like that.  So nothing really came

 8    of that.

 9              THE COURT:  And how closely associated with this

10    friend were you?  Was this a close friend?  An acquaintance?

11              PROSPECTIVE JUROR:  She was my friend all throughout

12    college so we were pretty close for about three years.  And I

13    still keep in touch with her.

14              THE COURT:  Okay.  And after she went through this

15    incident, were you a confident of hers, or was this kind of

16    kept from you?

17              PROSPECTIVE JUROR:  She informed me with everything

18    going on.  She ended up getting pregnant from it, so I kind of

19    helped her through that.  Her choices she made and she kept me

20    pretty updated.

21              THE COURT:  Just based on how you are carrying

22    yourself here in court this afternoon, would it be fair to say

23    that this is a matter that triggers our emotions to this day?

24              PROSPECTIVE JUROR:  Yeah, I didn't think so, but yeah,

25    a little bit.  I'm sorry.
```

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

1          **THE COURT:**  No need for an apology whatsoever.  Once
2    again, I apologize that we're even discussing this with you.
3    But it's a necessary part of the process.  Okay.
4          Let me stop for a second and talk to the lawyers.
5          (Whereupon, the following conference was held at the
6    bench:)
7               **THE COURT:**  Mr. Nieto?
8          **MR. NIETO:**  Yes, Your Honor.  We make a motion to
9    strike for cause.
10               **MS. MCGUINN:**  The Government agrees.
11          **THE COURT:**  Thank you.  I'm going to stop.
12          (Whereupon, the bench conference was concluded.)
13          **THE COURT:**  Motion is granted.
14          Thank you, ma'am.  I don't think that this is a good
15    assignment for you.  You can serve on a jury in maybe another
16    kind of case at another time.  Does that sound good to you?
17               **PROSPECTIVE JUROR:**  Yeah.
18          **THE COURT:**  Okay.  So we're going to excuse you and
19    you may depart and thank you so much for being with us today.
20    And I'm sorry for the events in your life.
21               **PROSPECTIVE JUROR:**  Thank you.
22          **THE COURT:**  Yes.
23          Readmit the public.
24          Where's the CSO?  I can't see him.  Thank you.  Bring them
25    back in.

**JA600**

1      Good afternoon, sir.  I'm still reviewing your
2  questionnaire, but I'm almost finished.
3          PROSPECTIVE JUROR:  Okay.
4          THE COURT:  I see two "Yes" answers.  Does that sound
5  right to you?
6          PROSPECTIVE JUROR:  Yes.
7          THE COURT:  The first one is do you have a hearing or
8  sight impairment.  Tell me about it.
9          PROSPECTIVE JUROR:  It's a sight impairment that I
10 have.  It's pretty much like a -- it's caratokonis (phonetic).
11         THE COURT:  Oh, okay.
12         PROSPECTIVE JUROR:  Pretty much just a cloud in the
13 center of the eyes.
14         THE COURT:  Tell me, are you able to drive?
15         PROSPECTIVE JUROR:  Yes, I'm able to drive.  Yeah, I'm
16 able to drive.
17         THE COURT:  Are you able to read normal text?
18         PROSPECTIVE JUROR:  As long as it's not far I can
19 read.
20         THE COURT:  How about looking at a monitor of the type
21 that you see in front of you there, are you able to view
22 monitors and read what the words that come up on a monitor?
23         PROSPECTIVE JUROR:  As long as it's not far.
24         THE COURT:  As long as it's not far away?
25         PROSPECTIVE JUROR:  Yes.

1          THE COURT:  Can you see me very clearly?

2          PROSPECTIVE JUROR:  I can see you -- I can see you,

3    yes.

4          THE COURT:  But you're able to drive and that

5    certainly requires some ability to see down the road?

6          PROSPECTIVE JUROR:  Correct.

7          THE COURT:  Okay.  Thank you.  And tell me about your

8    "Yes" answer to Question 30.  I anticipate that this trial will

9    last approximately two weeks.  Is there some medical, physical

10   or other condition or reason that would make it difficult for

11   you to give your full attention and fair and impartial complete

12   consideration if you were selected to serve as a juror in this

13   case.  Your answer was "Yes."  Go ahead and tell me about it?

14         PROSPECTIVE JUROR:  Yes.  It's mostly family because I

15   have -- I'm essentially scrambling to see how I can get my two

16   kids -- I have one -- both of them actually starting school

17   next week.  And one is essentially doing like just a half day

18   and the second one is doing until the end of the day.  And my

19   wife is -- she's working in the medical field.

20         THE COURT:  She's working, I'm sorry?

21         PROSPECTIVE JUROR:  In the medical field.

22         THE COURT:  In the medical field.

23         PROSPECTIVE JUROR:  So whenever she works, I'm

24   normally able to -- I'll have to -- I'm trying to figure out

25   how I could actually get the kid picked up when she's not home.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA602**

1          THE COURT:  So you are ordinarily the children's
2    primary caregiver and the one who delivers the children to
3    school, collects them at the end of the day, that sort of
4    thing?

5          PROSPECTIVE JUROR:  Correct.  But I work from home, so
6    that's why.

7          THE COURT:  Got it.  And you've thought about your
8    options and who might be able to assist you.  And are you
9    coming up with any good alternatives?

10          PROSPECTIVE JUROR:  At this time I don't have -- I
11    haven't found an alternative.  I was looking -- I was pretty
12    much looking to see if my sister could pick them up, but she --
13    she work -- she pretty much work until 2:30.  And by that time
14    she goes out to pick up her kids.  And one of her kids is
15    actually dropping off at the same time as my kid that I have to
16    pick up later on.  So it -- it would be pretty much impossible
17    for her to be at two locations at the same time.

18          THE COURT:  And no options beyond your sister?
19          PROSPECTIVE JUROR:  No.
20          THE COURT:  Okay.  Thank you.  Let me talk to the
21    lawyers for a minute.

22       (Whereupon, the following conference was held at the
23    bench:)

24          THE COURT:  Sounds like a difficult childcare
25    challenge and problem.  What's the Government's position?

1          MS. MCGUINN:  Government would move to strike for

2   cause.

3          THE COURT:  Mr. Nieto?

4          MR. NIETO:  No objection.

5          THE COURT:  Granted.

6      (Whereupon, the bench conference was concluded.)

7          THE COURT:  Thank you, sir.  We're going to excuse you

8   because I think you have irresolvable childcare issues and we

9   have to make sure that your children are safe and provided for.

10      You are excused.  You may depart.  Thank you.

11          PROSPECTIVE JUROR:  Thank you.

12          THE COURT:  65.  Be with you in just a second.  I'm

13  still finishing reading your questionnaire.  And now I have

14  finished, and by my reading of this you supplied us with just

15  one "Yes" answer.  Is that what you remember as well?

16          PROSPECTIVE JUROR:  That's correct.

17          THE COURT:  And that was to Question 16A:  Have you or

18  has any member of your immediate family, your closest

19  associates, ever been the victim of a crime?  Answer:  Yes.  My

20  wife was mugged approximately -- with a sign to mean

21  approximately -- 20 years ago.

22          PROSPECTIVE JUROR:  Correct.

23          THE COURT:  Well, tell us about that?  Where did that

24  happen?

25          THE WITNESS:  Columbus, Ohio.

```
 1              THE COURT:  Was she injured?
 2              PROSPECTIVE JUROR:  No, she was not.
 3              THE COURT:  Were you married to her at the time it
 4    occurred?
 5              PROSPECTIVE JUROR:  I was.
 6              THE COURT:  Property was taken from her?
 7              PROSPECTIVE JUROR:  Yeah, her purse, wallet, ID.
 8              THE COURT:  Was anyone apprehended in relation to all
 9    of that?
10              PROSPECTIVE JUROR:  No.
11              THE COURT:  Is there anything about that experience
12    that your wife had and how it relates to you that would impact
13    your ability to be a fair and impartial juror if you were
14    selected to serve on the jury in this criminal case?
15              PROSPECTIVE JUROR:  No, sir.
16              THE COURT:  Okay.  So you live in Princess Anne?
17              PROSPECTIVE JUROR:  Yes, sir.
18              THE COURT:  Are you employed over there?
19              PROSPECTIVE JUROR:  I'm a partner in a tax accounting
20    firm.
21              THE COURT:  A partner in a tax accounting firm?
22              PROSPECTIVE JUROR:  Correct.
23              THE COURT:  So you help people and businesses prepare
24    their tax returns and do the accounting necessary to pay their
25    taxes, know where they stand respect to their taxes.  Is that a
```

```
1   fair description of what you do?
2              PROSPECTIVE JUROR:  Yes, it is.
3         THE COURT:  How long you been doing that work?
4              PROSPECTIVE JUROR:  Seven years.
5         THE COURT:  What did you do before that?
6              PROSPECTIVE JUROR:  I was an accountant in another
7   firm, not a tax accountant.
8         THE COURT:  Just sort of a business accountant with
9   customers, small businesses?
10             PROSPECTIVE JUROR:  It was actually mostly nonprofits.
11        THE COURT:  Got it.  Also in Princess Anne or where
12  were you?
13             PROSPECTIVE JUROR:  Yes, that was in Salisbury.
14        THE COURT:  In Salisbury.  You live in Princess Anne.
15  How about your current business, is that in Salisbury?
16             PROSPECTIVE JUROR:  That one is in Parksley, Virginia.
17        THE COURT:  The lower eastern shore, below Maryland?
18             PROSPECTIVE JUROR:  Yes.
19        THE COURT:  Got it.  And do you have a spouse or a
20  partner in life?
21             PROSPECTIVE JUROR:  Yes, my wife.
22        THE COURT:  Your wife.  Okay.  And what does she do?
23             PROSPECTIVE JUROR:  She is a library assistant at the
24  Princess Anne library.
25        THE COURT:  Got it.  Have any kids?
```

```
1              PROSPECTIVE JUROR:  No.
2              THE COURT:  What do you do outside of accounting and
3    your wife's library work?  What are your interests?
4              PROSPECTIVE JUROR:  Horseback riding.
5              THE COURT:  Do you own horses?
6              PROSPECTIVE JUROR:  Yes.
7              THE COURT:  How many do you have?
8              PROSPECTIVE JUROR:  Two, one for each of us.
9              THE COURT:  Are they healthy?
10             PROSPECTIVE JUROR:  Yes.
11             THE COURT:  Do you maintain horses on your own
12   property?
13             PROSPECTIVE JUROR:  No, we don't have enough land.  We
14   board them with a neighbor of ours.
15             THE COURT:  Got it.  Ridden horses all your life?
16             PROSPECTIVE JUROR:  No, no.  Started that when I moved
17   onto the eastern shore about 25 years ago.
18             THE COURT:  Got it.  Did you come from Ohio?
19             PROSPECTIVE JUROR:  Yes.
20             THE COURT:  And that's where you were raised?
21             PROSPECTIVE JUROR:  Yes.
22             THE COURT:  Tell us about your educational background?
23             PROSPECTIVE JUROR:  Public schools through high
24   school.  And then two years of college.  Took some time off.
25   Went back to school when I was working full-time.  Got an
```

**JA607**

```
1    economics degree.  Worked in a business for a while.  Went back
2    to school to get an accounting degree.  And then went to work
3    in accounting.
4            THE COURT:  Got it.
5        Bear with me while I talk with the lawyers for a minute.
6        (Whereupon, the following conference was held at the
7    bench:)
8            THE COURT:  Government have any issues or questions in
9    light of the ones I asked?
10           MS. MCGUINN:  No, Your Honor.
11           THE COURT:  Does the Defendant?
12           MR. NIETO:  No, Your Honor.
13           THE COURT:  Thank you.
14       (Whereupon, the bench conference was concluded.)
15           THE COURT:  Thank you, sir.  You are allowed now to
16   leave and go back to the fourth floor jury area.  And we'll
17   talk to you again at some point.  Thank you for answering my
18   questions.
19           PROSPECTIVE JUROR:  Thank you.
20           THE COURT:  62.
21       No openings today.  No witnesses.
22           MS. MCGUINN:  Thank you.
23           THE COURT:  Good afternoon.
24           PROSPECTIVE JUROR:  Good afternoon.
25           THE COURT:  I'm still looking at your questionnaire
```

1  but I'll be with you shortly.

2      Good afternoon to you.  Once again, I would like to review

3  with you the "Yes" answers that you supplied to us, but having

4  said that I'm going to start with one of your "No" answers.

5            **PROSPECTIVE JUROR:**  Certainly.

6            **THE COURT:**  Right off the bat, Question No. 2:  This

7  case is styled or titled United States of America v.

8  Christopher Kenji Bendann with a case number, have you ever

9  heard of this case?  And your answer was "No."  But then you

10  left an asterisk and you wrote to me:  The name of the

11  defendant is familiar.

12      Is that still how it seems today?  The name is familiar?

13            **PROSPECTIVE JUROR:**  I think I've heard the name on the

14  news at some point, not recently.

15            **THE COURT:**  Okay.  Anything beyond the name?

16            **PROSPECTIVE JUROR:**  No, it was -- it was one of those,

17  like, it sparked like a tiny memory of perhaps having heard the

18  name before, but I couldn't quite place it until we got further

19  into the questioning then realized I probably heard it on the

20  news at some point.

21            **THE COURT:**  Okay.  Well, if you heard the name on the

22  news, do you think you might have heard anything else about a

23  case or cases or anything at all that could possibly relate to

24  what we're doing in here?

25            **PROSPECTIVE JUROR:**  Nothing that I recall.

1          THE COURT:  Okay.

2          PROSPECTIVE JUROR:  You know, I read the rest of the

3    questions obviously.  I got a little bit more information and

4    it didn't spark any additional memories so . . .

5          THE COURT:  Okay.  So it was a fragmentary recognition

6    of the name, but you really can't place it or connect it really

7    to anything?

8          PROSPECTIVE JUROR:  No.

9          THE COURT:  You might have heard it on the news?

10         PROSPECTIVE JUROR:  That's the only thing I can think

11   of.  I used to live in the Baltimore area, so . . .

12         THE COURT:  How recently did you leave Baltimore?

13         PROSPECTIVE JUROR:  Last year.

14         THE COURT:  Last year.  Where you living now?

15         PROSPECTIVE JUROR:  Eastern shore.

16         THE COURT:  Okay.  Let's see, whereabouts over there?

17         PROSPECTIVE JUROR:  Cambridge.

18         THE COURT:  In Cambridge.  Got it.

19      And you elaborated on Questions 8 and 9, you said "No,"

20   and "I have not previously served as a juror" and on 9, "I have

21   not previously served on a grand jury."

22         PROSPECTIVE JUROR:  I was being pedantic.

23         THE COURT:  I wouldn't say so.  You're just being

24   complete.  Okay.  Question 16A:  Have you or has any member of

25   your immediate family or closest associates ever been the

1  victim of a crime?  Answer:  Yes.  Home break-in.  Stepbrother

2  murdered.  Wife held at gunpoint.

3         **PROSPECTIVE JUROR:**  Not in that order.

4         **THE COURT:**  Not in that order.

5         **PROSPECTIVE JUROR:**  No.  My wife was held up by a

6  mugger at gunpoint when she was younger outside a grocery

7  store.

8         **THE COURT:**  In Cambridge?

9         **PROSPECTIVE JUROR:**  Yeah.

10         **THE COURT:**  Is this before you knew her?

11         **PROSPECTIVE JUROR:**  Yes.

12         **THE COURT:**  Okay.

13         **PROSPECTIVE JUROR:**  I didn't know if it would be

14  relevant, but I thought for the sake of being thorough I would

15  put on it there.  And then 2008 my older stepbrother was

16  murdered in a drug-related incident.

17         **THE COURT:**  Where did that happen?

18         **PROSPECTIVE JUROR:**  You know, I honestly don't recall

19  the exact place.  It was in Maryland.  He and I weren't

20  especially close at that point.  He had a pretty rough life,

21  but he was executed more or less as part of a drug dispute.

22     And then when I lived in Baltimore City someone broke into

23  the house that my wife and I were renting while she was there.

24         **THE COURT:**  Okay.  How was this person your

25  stepbrother?  Through what relationship?

```
 1              PROSPECTIVE JUROR:  It's complicated.

 2              THE COURT:  Okay.

 3              PROSPECTIVE JUROR:  His grandmother was friends with

 4    my parents.  And so his parents were -- I guess, I'll be blunt.

 5    They were both drug addicts.  His father was in jail and then

 6    was killed at some point and his mother was also killed.  So,

 7    you know, the grandmother didn't want to take him in and my

 8    parents volunteered.  So he lived with us for quite some time

 9    until he was old enough to live on his own.

10              THE COURT:  So there wasn't any blood relationship?

11              PROSPECTIVE JUROR:  No.

12              THE COURT:  But he was in your home.

13              PROSPECTIVE JUROR:  Yeah.  It was almost more of an

14    adoptive relationship.

15              THE COURT:  And you felt a kinship to him as a family

16    member from that experience?

17              PROSPECTIVE JUROR:  He lived with us until the time I

18    was born until I was -- middle school -- not middle school,

19    like, mid-elementary school.

20              THE COURT:  Got it.  Have any member of your immediate

21    family, close associates ever been a witness to a crime?  Yes,

22    in relation to the matters you just told us.

23              PROSPECTIVE JUROR:  Yes, exactly.

24              THE COURT:  But nothing beyond that?

25              PROSPECTIVE JUROR:  No.
```

```
1         THE COURT:  Okay.  Clear the courtroom.

2         Question 16E:  Specifically in this case the allegations

3    include those of sexual abuse.  Has any member of your

4    immediate family or your closest associates ever been a victim,

5    a witness, accused or convicted of a crime of a sexual nature?

6    Answer:  Yes.  Wife.  Tell us about that.

7         PROSPECTIVE JUROR:  I didn't want to commit any more

8    to writing since I knew you'd ask about it.  But I don't know

9    exactly how relevant it is.  But my wife was assaulted by a

10   boyfriend of hers in high school.  This is before I knew her.

11   Had some long-lasting impact of course.  But without going too

12   much into detail that's the gist of it.

13        THE COURT:  Okay.  Well, here's my question for you,

14   taking this disclosure about your wife and then also taking

15   into account what you've told us about the other three matters,

16   including the incident with your stepbrother and so forth, do

17   you think that those experiences and the knowledge that you

18   bring with you from them would affect your ability to be a fair

19   and impartial juror if you were selected to serve in this case?

20        PROSPECTIVE JUROR:  No.  This case is entirely

21   separate from those things.  There's no relation that I'm aware

22   of, so no.

23        THE COURT:  Okay.

24        Readmit the public.

25        So you're living over there in Cambridge and have been for
```

**JA613**

1   some period of time?

2            **PROSPECTIVE JUROR:**  Since April last year.

3            **THE COURT:**  You work for MDOT.

4            **PROSPECTIVE JUROR:**  Yes.

5            **THE COURT:**  What do you do for them?

6            **PROSPECTIVE JUROR:**  Project manager.

7            **THE COURT:**  Are we readmitting the public?  They're

8   allowed to come back in.

9        You're project manager.  What kind of projects?

10           **PROSPECTIVE JUROR:**  Mostly technical projects.  So IT

11  and that sort of thing with the MVA.

12           **THE COURT:**  IT with the MVA.  So how long you been

13  doing that kind of work?

14           **PROSPECTIVE JUROR:**  Well, I've been with the MVA since

15  January of 2020, and I did for several years before that with

16  another company.

17           **THE COURT:**  Okay.  Tell us about your educational

18  background.

19           **PROSPECTIVE JUROR:**  Graduated high school in Waldorf.

20           **THE COURT:**  Where did you go to high school?

21           **PROSPECTIVE JUROR:**  Thomas Stone.

22           **THE COURT:**  Thomas Stone.  Okay.

23           **PROSPECTIVE JUROR:**  Then I went to University of Mary

24  Washington in Fredericksburg and got a bachelor in sociology.

25           **THE COURT:**  You have a spouse that you've referred to?

```
1              PROSPECTIVE JUROR:  Yes.
2              THE COURT:  What does she do?
3              PROSPECTIVE JUROR:  She is a psychologist.  She works
4    for the Eastern Shore Hospital Center.
5              THE COURT:  How long have you two been together?
6         PROSPECTIVE JUROR:  2006.
7         THE COURT:  Do you have kids?
8         PROSPECTIVE JUROR:  Two.
9         THE COURT:  How old are they?
10        PROSPECTIVE JUROR:  Eight and three.
11             THE COURT:  How do you spend your free time when
12   you're not wiring up the MVA?
13             PROSPECTIVE JUROR:  Mostly taking care of kids.
14             THE COURT:  Yep.
15             PROSPECTIVE JUROR:  You know, taking them to do
16   things.  Keeping them occupied.  Trying not to let them drive
17   me crazy.  And then I -- lately I've been studying for a
18   project management certification.  So I'm doing that.
19   Otherwise, just whatever I have time for.  Play the stock
20   market a little bit.  Read.  That's it.
21             THE COURT:  Okay.  Got it.  Bear with me while I talk
22   to the lawyers for a second.
23        (Whereupon, the following conference was held at the
24   bench:)
25             THE COURT:  Government have any issues or questions in
```

```
 1   light of mine?
 2            MS. MCGUINN:  No, Your Honor.
 3            THE COURT:  Mr. Nieto?
 4            MR. NIETO:  No, Your Honor.
 5            THE COURT:  Thank you.
 6        (Whereupon, the bench conference was concluded.)
 7            THE COURT:  Thank you, sir.  You may return to the
 8   fourth floor and we'll talk to you later.  Thank you for
 9   answering my questions.
10            PROSPECTIVE JUROR:  Thank you.
11            THE COURT:  56.  Where are we?
12            THE CLERK:  34.
13            THE COURT:  We say we've got 34.
14            MR. PROCTOR:  We agree.  The one person that is going
15   to Mexico to 33 and a half.
16            MS. MCGUINN:  I was going to say maybe we could do two
17   extra or three extra?
18            THE COURT:  Well, we'll see.
19        We're ready for number 56.
20        I'm still reviewing your questionnaire.  Bear with me for
21   a minute.
22            PROSPECTIVE JUROR:  Sure.
23            THE COURT:  Clear the courtroom.
24        Okay.  A general estimate would be that you have probably
25   have 15 or 20 "Yes" answers to the questionnaire.  Would you
```

1   say that's probably fair?

2            **PROSPECTIVE JUROR:**  Probably so.

3            **THE COURT:**  Yeah, okay.  Let's start at the back with

4   the very final question which was:  Is there anything else,

5   something that I have already asked you about, something that I

6   haven't asked you about that upon reflection you believe would

7   interfere with your ability to serve as a fair and impartial

8   juror in the case?  And you answered "Yes."  Tell me about

9   that?

10           **PROSPECTIVE JUROR:**  That would probably I guess relate

11  one of the earlier questions in there about did I or anyone I

12  know ever was a victim of abuse.

13           **THE COURT:**  Okay.  Well, let's go into that then.

14  Tell me about that.

15           **PROSPECTIVE JUROR:**  As a child I was abused from the

16  time I was seven until about 14.  Sexually and physically.

17           **THE COURT:**  Okay.  You can stop there for a second.

18      (Whereupon, the following conference was held at the

19  bench:)

20           **THE COURT:**  Mr. Nieto.

21           **MR. NIETO:**  Your Honor, I make a motion to strike for

22  cause.

23           **THE COURT:**  Ms. McGuinn?

24           **MS. MCGUINN:**  The Government agrees, Your Honor.

25      (Whereupon, the bench conference was concluded.)

1          THE COURT:  You're excused, sir.  And you may depart.
2  Thank you.
3          PROSPECTIVE JUROR:  Thank you.
4          THE COURT:  51.  You can readmit the public.
5      Thank you, sir.  I appreciate your faithful completion of
6  the jury questionnaire, your patience with us yesterday and
7  today.  It was a lot of waiting around.  It takes a lot of time
8  to get through this process.  But I am ready to go through your
9  questionnaire and your "Yes" answers.
10     Your first "Yes" answer comes in response to Question No.
11  2:  This case is styled or titled United States of America v.
12  Christopher Kenji Bendann.  Case No. JKB-23-0278.  Have you
13  ever read or heard of this case?  Answer:  Yes.  I don't recall
14  details but read the story when it came out.
15          PROSPECTIVE JUROR:  Yes.  So I remember the story
16  appearing on local news, my WBAL news app.  So I read it.
17  Didn't follow up on it or anything.  But once in the courtroom
18  and hearing the description it sounded familiar and I remember
19  reading it.
20          THE COURT:  Okay.  Do you believe you remember any
21  details from what that news reporting covered or not
22  particularly?
23          PROSPECTIVE JUROR:  No particular details.  Just kind
24  of the overall situation.
25          THE COURT:  Do you understand that if you were

1  selected to serve as a juror in this case you would be required

2  to put aside any information that you might have acquired or

3  learned about this case from a news app, or any other source

4  outside of this courtroom and not in this courtroom, and not

5  rely on it whatsoever as you perform your role as a juror in

6  this case?

7      **PROSPECTIVE JUROR:**  Correct.

8      **THE COURT:**  Do you think you'd be able to do that?

9      **PROSPECTIVE JUROR:**  Yes.

10     **THE COURT:**  Question 16J:  The allegations in this

11 case occurred when both the Defendant and the alleged victim

12 were either employed by or a student at Gilman School on Roland

13 Avenue in Baltimore City.  Have you or a family member or close

14 associate attended, been employed by, or otherwise been

15 associated with the Gilman School?  Answer:  Yes.

16     **PROSPECTIVE JUROR:**  Yes.

17     **THE COURT:**  What can you tell me about that?

18     **PROSPECTIVE JUROR:**  I was a student at the Gilman

19 School from 1990 to 1996.

20     **THE COURT:**  1990 to 1996.  So you went there in middle

21 school?

22     **PROSPECTIVE JUROR:**  Middle school and most of high

23 school, yes.

24     **THE COURT:**  Okay.  You have had an opportunity to see

25 the Defendant here in court?

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA619**

1           **PROSPECTIVE JUROR:**  Yes.

2           **THE COURT:**  Do you recognize him?

3           **PROSPECTIVE JUROR:**  Not offhand, no.

4           **THE COURT:**  You've heard the references to the Gilman

5    School?

6           **PROSPECTIVE JUROR:**  Yes.

7           **THE COURT:**  And to employment there, students there,

8    and so forth.

9           **PROSPECTIVE JUROR:**  Yes.

10          **THE COURT:**  Do you think --

11          **PROSPECTIVE JUROR:**  I was going to say that's part of

12   the reason why I remember the story because I read it because I

13   saw the name of the school.

14          **THE COURT:**  All right.  What do you think about your

15   capacity to be fair and impartial and independent in your

16   thinking about a matter that involves Gilman?

17          **PROSPECTIVE JUROR:**  I mean, I think I can be impartial

18   in the matter.  It's not something that happened while I was

19   there.  So whatever information would be presented would be the

20   information in this particular case.

21          **THE COURT:**  It's not something that happened while you

22   were there, if it happened?

23          **PROSPECTIVE JUROR:**  Correct, correct.

24          **THE COURT:**  So the fact that there might be people who

25   are or recently have been affiliated with the school who come

**JA620**

1  in and testify and have a connection to the institution and so

2  forth -- well, let me just put it out that way that that's

3  going to happen.

4          PROSPECTIVE JUROR:  Correct.

5          THE COURT:  And we have to sort of just trust on your

6  personal assessment how that's likely to affect you and whether

7  that's likely to trigger feelings in you that are going to take

8  you in one direction or another away from where you might

9  otherwise go if you're just listening to the evidence that's

10 been presented to you and evaluating it in the same sort of

11 critical way that you think about and address any of the most

12 important affairs in your own life.

13         PROSPECTIVE JUROR:  Correct.

14         THE COURT:  So at the end of the day I've got to see

15 what your thought and assessment is about your capacity to

16 remain impartial.

17         PROSPECTIVE JUROR:  Correct.

18         THE COURT:  Despite the fact that the school involves

19 Gilman and you attended Gilman.  I'm sort of dancing around the

20 topic and asking you the same question over and over.  It's not

21 because I'm fishing for a particular answer.  All I'm trying to

22 do is give you the time and space and sort of mull it over and

23 then spill it.  You know, what is it?  Where do you come out?

24         PROSPECTIVE JUROR:  I mean, so when the list came out

25 of the witnesses I was listening intently to make sure

1  obviously that it was no one that I knew.  I don't have any

2  current connections to the school with anyone.  I don't have

3  any friends who go there.  I know there are people there who I

4  went to school with, but I don't communicate with them or

5  anything like that.  So I don't think that would affect my

6  judgment either way.  But obviously I do, I guess, have some

7  knowledge of the school.  Really, that's it.

8          THE COURT:  Do you feel like you have any stake

9  personally in kind of the reputation or the standing of the

10 school because you're a graduate of the institution and

11 somewhere, maybe you lost it, but you got a Gilman diploma at

12 some point.

13         PROSPECTIVE JUROR:  I actually didn't graduate from

14 there.

15         THE COURT:  I'm sorry?

16         PROSPECTIVE JUROR:  I didn't graduate from there.

17         THE COURT:  Oh, you didn't graduate?

18         PROSPECTIVE JUROR:  I went to another high school

19 eventually at some point.

20         THE COURT:  Well, that raises another question.  Tell

21 us about that why did you leave Gilman?

22         PROSPECTIVE JUROR:  So I actually got expelled from

23 the school.  There was some things going on at the time, and I

24 got expelled.  And so I ended my 12th grade year.  So I went

25 there from sixth grade up through about November of my 12th

1  grade year.

2          THE COURT:  Okay.  And then you graduated from another

3  school.

4          PROSPECTIVE JUROR:  Yes.

5          THE COURT:  In the Baltimore area.

6          PROSPECTIVE JUROR:  Yes, Baltimore City.

7          THE COURT:  Thanks so much for your answers and our

8  discussion.  Now I'm going to talk with the lawyers for a

9  minute outside of your hearing.

10          PROSPECTIVE JUROR:  Okay.

11      (Whereupon, the following conference was held at the

12  bench:)

13          THE COURT:  I don't like it.

14      Ms. McGuinn?

15          MS. MCGUINN:  Did you just say "I didn't like it"?

16          THE COURT:  I said I don't like it.  It's 4:15 in the

17  afternoon and, sure, we're still on the record, but, you know,

18  let's get to the heart of it.  This guy was a student there.

19  He obviously ran into difficulties there.  I hear what he's

20  saying in terms of it's a long time ago.  He's moved on, et

21  cetera.  But it troubles me.

22          MS. MCGUINN:  I would agree it troubles me too.  I

23  don't know -- I have to defer to Your Honor as to whether it

24  would be enough for cause.  But I agree he troubles me.

25          THE COURT:  I don't want to say he troubles me.  It's

1  the circumstances.

2          MS. MCGUINN:  Sure, yes, his circumstances.

3          THE COURT:  The fact that we're talking about

4  qualifying somebody to serve on a jury in this case where the

5  facts are totally tied up with the Gilman School.

6          PROSPECTIVE JUROR:  Correct.

7          THE COURT:  The relationships that are fostered there

8  between the students and faculty.  He's telling us he was

9  expelled from the institution.  I haven't gotten into the exact

10  cause yet, but I assume that there were pretty substantial and

11  significant allegations if they're going to expel somebody in

12  November of their senior year of high school.

13          MS. MCGUINN:  I agree.

14          THE COURT:  And had to have been, just objectively, a

15  large event in his life.  And now we're going to be talking

16  about the, you know, allegations of, you know, what some would

17  say were violations of the school policy and contention of

18  misconduct in that conduct.  I just think it's problematic.

19          MS. MCGUINN:  I understand.  I agree those

20  circumstances are troubling.

21          THE COURT:  Mr. Nieto.

22          MR. NIETO:  Your Honor, respectfully we're less

23  troubled by the circumstances surrounding this potential juror.

24  Understanding the court's concern, Your Honor felt it

25  appropriate to continue to voir dire him about whether he can

1  be fair and impartial, understanding the circumstances.  That

2  might be a dispositive response.

3       **THE COURT:**  Yeah.  All right.  Ms. McGuinn, I don't

4  hear you making a motion.  Mr. Nieto certainly isn't.  I'll

5  continue questioning him.

6       **MS. MCGUINN:**  I'll make a motion, Your Honor.  I don't

7  know how much more we're going to get out of him, and I don't

8  think necessarily we need to embarrass him.  I think it's

9  enough that a person gets expelled, as you said, in November of

10  their senior year.  That's got to be pretty significant.

11       **THE COURT:**  I'm taking into account the fact that in

12  our society there is a certain identification that occurs, at

13  least in some communities, between people and their high school

14  and maybe uniquely true in Baltimore as I learned when I moved

15  here from the west and discovered that the question in

16  Baltimore of where you went to school doesn't mean where did

17  you go to law school, doesn't mean where did you go to college.

18  It means where did you go to high school.  Because it's a

19  tight, insular community.  People place people by virtue of

20  their answer to that question.  Maybe more significant in this

21  context is people identify themselves in that regard.

22      And so here we have an individual who has -- I'm prepared

23  to say -- at least some significant chance of, you know, some

24  turbulence around this issue that we're describing because he's

25  candidly told us that he was expelled from the school in his

1    12th grade year; and a case that is all wrapped up with

2    relationships formed at that institution and perhaps mediated,

3    facilitated by the institution and the, you know, climate of

4    the place.

5        So in the context of -- that I've just described, I think

6    it's too close.  I grant the Government's motion --

7            MR. NIETO:  I didn't mean to interject, Your Honor.

8            THE COURT:  He's excused for cause.  Did you want to

9    say something else, Mr. Nieto?

10           MR. NIETO:  Yes, Your Honor, just briefly.  I

11   understand the Court's concerns and the Government's concern,

12   but for striking for cause, again, I don't believe this witness

13   has identified a particular bias or concern about being fair

14   and impartial.

15           THE COURT:  No, he hasn't.  I accept that he hasn't.

16   It's that the court is.

17           MR. NIETO:  So I would just ask, again, Your Honor, we

18   would object to the Government's motion and feel that Your

19   Honor's concerns, well placed, require more of a voir dire into

20   the specifics from our perspective.

21           THE COURT:  Well, let me ask a few more questions and

22   see where this goes.  I'll reconsider the order that I've just

23   entered.  I have not excused him for cause, at least not yet.

24       (Whereupon, the bench conference was concluded.)

25           THE COURT:  During the trial of this case it's likely

that you would hear evidence that is quite extensively and
significantly tied up with activities that went on and
relationships that were formed and relationships that were
mediated, facilitated by and at Gilman.

In other words, that's -- it's impossible to separate the
school from the case in that sense.  This is where the relevant
people in the case met each other and how they came to relate
to each other.  It's a case that arguably implicates or is
about the kinds of relationships that exist in a school
environment.

Some people are in charge, some people are the students
and are, you know, subject to the direction and instructions of
the people in charge, the administrators, the teachers, the
coaches and so on and so forth.  And you have lived that
experience, yourself, at that very institution.  And by your
candid comments here, for which I compliment you and applaud
you, indicated that those conditions and relationships
ultimately, in your situation, resulted in the exercise of
authority by the leadership of the institution arguably to your
detriment and changed the course at least of that portion of
your life.

And so all of that causes me to raise the question of how
you think that might or might not be present in your mind as
you're processing days and days of evidence and testimony that
is all about that life that you were, at least at one point,

```
1   quite familiar, place names, locations, experiences, et cetera.
2        So that's why I'm probing as deeply and as completely as I
3   am.  You know, my responsibility is to make sure that we have
4   in place a trial -- a jury for the trial in this case made up
5   of persons who are fully capable of independent, critical
6   thought, and who are fair and impartial, and not subject to
7   influence or pressure or something less than that, but
8   nonetheless something that pulls them away from the core
9   responsibility they have as a juror.
10            PROSPECTIVE JUROR:  Right.
11            THE COURT:  So as I talk to you about that, what's
12  your reaction?
13            PROSPECTIVE JUROR:  So, you know, when I came here,
14  it's my first time doing federal jury duty.  When I came here
15  and I picked up the packet, and I started reading through it, I
16  honestly got to that question, which jogged me back to the
17  number two question, do I remember the case?  And for me, I
18  said, well, I'm probably not going to get selected for this
19  jury, I said, because not just having an affiliation with the
20  school but being a student at the school, you know, I felt like
21  perhaps, you know, either side might feel like my mind could be
22  swayed by the experiences I had there.
23       But for me, just as an individual, I would never let an
24  affiliation to an institution sway the justice for a human
25  being.  And so whether selected or not, I just wanted to say
```

1  that, yes, I went to school there.  It was 20, almost 30 years
2  ago.  It was 30 years ago at this point.  Almost 35 years ago.
3  And so, you know, that wouldn't make an inkling in my mind of
4  whether or not someone is guilty.
5      So, but I understand -- I can definitely understand from
6  the perspectives of, you know, the counsel where they could see
7  perhaps influence in my mind seeing perhaps pictures of places
8  I was and hearing the testimony of someone who was in my shoes
9  experiencing the same things in life that I experienced at that
10 age.
11          THE COURT:  Okay.  Thank you.
12      So you work in IT, you're a cyber specialist?
13          PROSPECTIVE JUROR:  Yes.
14          THE COURT:  And your employer?
15          PROSPECTIVE JUROR:  I am a federal employee.  I work
16 for the Senate Sergeant at Arms.
17          THE COURT:  Is this a security type function that you
18 perform or is it more just a tech capability mission?  How
19 would you describe it.
20          PROSPECTIVE JUROR:  It is in the awareness space so it
21 is -- we do advisories and things like that.  So we are in
22 charge of protecting the Senate essentially.
23          THE COURT:  Looking out for cyber attacks.
24          PROSPECTIVE JUROR:  Things like that.
25          THE COURT:  And making sure that cybersecurity is what

```
 1   it needs to be for that important institution?
 2            PROSPECTIVE JUROR:  Yes.
 3         THE COURT:  How long have you worked there?
 4            PROSPECTIVE JUROR:  I actually just started working
 5   there in May.
 6         THE COURT:  What did you do before that?
 7            PROSPECTIVE JUROR:  Before that I worked for Fannie
 8   Mae for eight years.  Same role.
 9         THE COURT:  Same kind of function?
10            PROSPECTIVE JUROR:  Same function.
11         THE COURT:  And before that?
12            PROSPECTIVE JUROR:  Before that I worked for the
13   Housing Opportunities Commission of Montgomery County which is
14   the -- basically the housing agency for Montgomery County in a
15   similar technology support role.
16         THE COURT:  Got it.  Tell us about your educational
17   background after high school.
18            PROSPECTIVE JUROR:  So after high school I went to
19   college.  Didn't finish right away but since then I've got a
20   bachelor's in cybersecurity.  I have a bachelor's in political
21   science.  I have a master in divinity.  And I'm currently
22   pursuing a doctorate in ministry.
23         THE COURT:  In ministry.  Particular denomination?
24            PROSPECTIVE JUROR:  The AME, African Methodist
25   Episcopal denomination.
```

```
1              THE COURT:  Got it.  Do you have a spouse or life
2    partner, somebody in your life?
3              PROSPECTIVE JUROR:  Yes, I've been married for 12
4    years.
5              THE COURT:  Married for 12 years.  What does your
6    spouse do?
7              PROSPECTIVE JUROR:  She's a teacher.
8              THE COURT:  Where does she teach?
9              PROSPECTIVE JUROR:  In Prince George's County.
10             THE COURT:  What does she teach?
11             PROSPECTIVE JUROR:  English high school.
12             THE COURT:  What grade level?
13             PROSPECTIVE JUROR:  She teaches 11th and 12th grade.
14             THE COURT:  Eleventh and 12th grade English.
15       Got kids?
16             PROSPECTIVE JUROR:  One child.
17             THE COURT:  How old?
18             PROSPECTIVE JUROR:  He is 24.
19             THE COURT:  And what does your child do?
20             PROSPECTIVE JUROR:  He currently works for Amazon.  So
21   works in an Amazon warehouse.
22             THE COURT:  Yep.  Got it.  Another conversation with
23   the lawyers.
24        (Whereupon, the following conference was held at the
25   bench:)
```

```
 1         THE COURT:  Ms. McGuinn, any further issues or
 2   questions?  I think, well, I don't want to characterize why we
 3   are where we are, other than to say the court took a leadership
 4   role in bringing us to the point that we were at before you.
 5   Your position, you're free to maintain or revise it.
 6         MS. MCGUINN:  I would revise it, Your Honor.  I think
 7   he said what he said on the record.  We might still have
 8   concerns, but I don't know that it's enough for cause based on
 9   what he clarified.  That wouldn't be a correct use of cause.
10   Maybe preemptory or something else later, but I think he did
11   his best and indicated that he can be fair and impartial.
12         THE COURT:  Thank you, Ms. McGuinn.  I understand that
13   you've changed your position, and I accept that.
14      Mr. Nieto, you continue to think that he should be
15   qualified as a potential juror?
16         MR. NIETO:  Yes, Your Honor.  Respectfully, we do.
17         THE COURT:  Thank you.  The courts have the same view.
18   I previously orally vacated my finding that he should be
19   excused for cause.  I reiterate that now.  I think through the
20   additional questioning and discussion we've learned even more
21   about this potential juror, and there are some things on the
22   surface that would seem to raise concerns, such as his prior
23   attendance at the Gilman School and his expulsion therefrom,
24   but in the broader context that he has been able to explain to
25   us, I do not find there is a basis for excluding him for cause.
```

**JA632**

```
1          (Whereupon, the bench conference was concluded.)
2               THE COURT:  Thank you, sir.  Those are all of the
3   questions we have and you may return to the fourth floor jury
4   assembly area.  And we'll talk to you further down the road.
5   Thank you, sir.
6       35?
7               THE CLERK:  Yes, Judge.
8               THE COURT:  Good afternoon, sir.  Thank you for
9   completing the juror questionnaire.  I see that you have two
10  "Yes" answers.  The first is you wear glasses, but it looks
11  like with your glasses your vision is corrected to being just
12  fine?
13              PROSPECTIVE JUROR:  Yes.  I just wanted to be as
14  honest as I could with that answer.  I didn't know if that
15  included glasses so I just wanted to put "yes" and just state
16  "just glasses."
17              THE COURT:  It's a correct answer and correct
18  interpretation of what we were asking you.  But your eyesight
19  otherwise is corrected to the point you can drive, you can
20  read?
21              PROSPECTIVE JUROR:  Yes, sir.
22              THE COURT:  Okay.  No concerns.  Thank you.
23      And then you had one other "Yes" answer.  Question 17:
24  Legal training, yes.  Myself, CCBC, Essex.  Some criminal
25  justice training, legal training?
```

1          **PROSPECTIVE JUROR:**  A few of my electives I took were

2     basically intro to criminal law and a few other class, maybe

3     two or three other classes I can't remember the names of, those

4     all under the same professor there.

5          **THE COURT:**  Okay.  To the extent that you remember the

6     content of the classes that were taught that address legal

7     issues, I'm going to give you an instruction and see if you're

8     comfortable with that; and, that is, to the extent that you

9     received legal instructions in this case in terms of how the

10    law applies to the facts, circumstances of this case, the law

11    that you were to apply, and then you suddenly remember that,

12    wait a minute, that conflicts with something that I think I was

13    taught in college about criminal law and so forth.  And I think

14    the professor said it wasn't X, it's Y.  If you were in that

15    circumstance, would you be able to then put aside whatever

16    legal training you might have previously received and instead

17    apply the law as I give it to you in this courtroom?

18         **PROSPECTIVE JUROR:**  Yes, sir.  I would be able to.

19    With a lot of that classes, that wasn't my major for that, a

20    lot of that information I've really forgotten at this point.

21    But I wanted to answer all of the questions as truthfully as I

22    could.

23         **THE COURT:**  Excellent.  Exactly what we hope you'll

24    do.

25         You live up in Street?

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA634**

1          **PROSPECTIVE JUROR:**  Yes, sir.

2          **THE COURT:**  You work as a pest control technician?

3          **PROSPECTIVE JUROR:**  Yes, sir.

4          **THE COURT:**  How long you been doing that?

5          **PROSPECTIVE JUROR:**  I've been doing that for this past

6  July seven years.

7          **THE COURT:**  Okay.  And did you have employment before

8  you were a pest control technician?

9          **PROSPECTIVE JUROR:**  Before I was -- basically I worked

10  at Royal Farms for a few months.  I worked at one pest control

11  company for five years.  I left there.  I worked at Amazon for

12  two months.  And then I went back -- I found a new pest control

13  company to work for.  And I've been with Brody Brothers Pest

14  Control for two years now.

15          **THE COURT:**  Got it.  Tell us about your educational

16  background?

17          **PROSPECTIVE JUROR:**  I graduated high school.  I went

18  to college for some basic -- for an associate's degree just for

19  mainly under environmental science, but I was thinking about

20  proceeding higher, but instead -- but instead I went into pest

21  control instead.  And I've kind of found my niche in that and I

22  just stayed with that.

23          **THE COURT:**  Got it.  And do you have a spouse or a

24  life partner or somebody in your life?

25          **PROSPECTIVE JUROR:**  No, I do not.

```
1              THE COURT:  Okay.  Have any kids?
2              PROSPECTIVE JUROR:  No kids.
3              THE COURT:  And when you're not busy with your
4     employment in pest control, do you have interests or things you
5     like to do in your spare time?
6              PROSPECTIVE JUROR:  Primarily I like to watch movies,
7     play video games.  I like to hang out with my friends.  Really
8     not -- I don't do too much really outside of that.
9              THE COURT:  Okay.  Thank you.  Bear with me for a
10    minute while I talk to the lawyers outside of your hearing.
11         (Whereupon, the following conference was held at the
12    bench:)
13             THE COURT:  Government have any issues or questions in
14    light of mine?
15             MS. MCGUINN:  No, Your Honor.
16             THE COURT:  Mr. Nieto?
17             MR. NIETO:  No, Your Honor.
18             THE COURT:  Thank you.
19         (Whereupon, the bench conference was concluded.)
20             THE COURT:  Thank you, sir.  I appreciate your
21    answering my questions.  You may now go back up to the fourth
22    floor jury assembly area and we'll talk to you further at some
23    point.  Thank you.
24             THE CLERK:  That's 36.
25             THE COURT:  We're at 36 on the clerk's count but she's
```

```
 1  including number 107.  But 107 as far as I'm concerned is in

 2  the bubble because --

 3            MS. MCGUINN:  The Mexico trip.

 4            THE COURT:  Mexico, yeah.  So I want to go further and

 5  see if we can qualify another juror and if we're successful

 6  then my plan would be to excuse 107 for cause.

 7            MS. MCGUINN:  Yes, Your Honor.

 8            MR. NIETO:  Yes, Your Honor.

 9            THE COURT:  Okay.  Next one.  Good afternoon.  I'm

10  still reviewing your questionnaire.  I'll be with you shortly,

11  ma'am.

12            PROSPECTIVE JUROR:  Sure.

13            THE COURT:  So you wear reading glasses, ma'am?

14            PROSPECTIVE JUROR:  Yes, I do.

15            THE COURT:  But with them you can read just fine?

16            PROSPECTIVE JUROR:  Very much.

17            THE COURT:  You have some other "Yes" answers.  I'd

18  like to go over them with you if that's okay with you.

19       Your answer to Question 12.  Your husband is a retired

20  Maryland state police officer; is that right?

21            PROSPECTIVE JUROR:  That's right.

22            THE COURT:  How long has he been retired?

23            PROSPECTIVE JUROR:  Since the beginning of the

24  pandemic.

25            THE COURT:  2020 or so?
```

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA637**

```
1              PROSPECTIVE JUROR:  Correct.

2          THE COURT:  How long did he serve?

3          PROSPECTIVE JUROR:  Nineteen years.  Nineteen years.

4          THE COURT:  Okay.  And what were his assignments?

5          PROSPECTIVE JUROR:  He was a road trooper.  He was a

6  sergeant when he retired.  He was also on the Warrants Fugitive

7  Task Force group with the marshal unit.  But I don't --

8          THE COURT:  So he was part of a Federal Task Force --

9          PROSPECTIVE JUROR:  Federal task force, yeah.

10         THE COURT:  -- that searched for people who were

11 fugitives from justice and had outstanding warrants?

12         PROSPECTIVE JUROR:  That's correct.

13         THE COURT:  A task force made up of officers and

14 agents from multiple state and federal law enforcement

15 organizations?

16         PROSPECTIVE JUROR:  Yes.

17         THE COURT:  And now your husband works as a security

18 officer for Walden Security.

19         PROSPECTIVE JUROR:  Correct.

20         THE COURT:  Does he work in this building?

21         PROSPECTIVE JUROR:  He does not.  He's in the D.C.

22 courts.

23         THE COURT:  He was works in the D.C. courts.  Walden

24 is the contractor that has about 90 percent of the federal

25 judiciary contracts, correct?
```

```
 1              PROSPECTIVE JUROR:  I believe so, correct.  He's
 2    part-time.
 3              THE COURT:  He's part-time.
 4              PROSPECTIVE JUROR:  Right.
 5              THE COURT:  Does he work in a court environment?
 6              PROSPECTIVE JUROR:  At night.  He's the third shift.
 7    So he's not during the day.
 8              THE COURT:  So he works on the night shift in a
 9    courthouse?
10              PROSPECTIVE JUROR:  Correct.
11              THE COURT:  That was to Question 13.  And Question 14
12    is where you talk about the warrant task force?
13              PROSPECTIVE JUROR:  Right.
14              THE COURT:  Number 16A:  Victim of a crime?  Yes.
15    Credit card, credit card has been hacked?
16              PROSPECTIVE JUROR:  His was.
17              THE COURT:  His was.
18              PROSPECTIVE JUROR:  His was.  Not mine.
19              THE COURT:  Got it.  Question 16B:  Yes.  Your son,
20    college roommate.  They had a fight.
21              PROSPECTIVE JUROR:  No, they didn't have a fight.  His
22    roommate had a fight with a girlfriend.  Drama.  Roommate had a
23    fight with the girlfriend.  My son being a football player,
24    they called him to come and break it up.  The girl started the
25    fight.  He broke it up.  He was essentially called to court as
```

246

1    a witness of what happened.

2            THE COURT:  So he wasn't accused of anything, but he

3    was the attempted peacemaker --

4            PROSPECTIVE JUROR:  That's right.

5            THE COURT:  -- and he ended up making himself a

6    witness in this dispute.

7            PROSPECTIVE JUROR:  Exactly.  And the young lady

8    dropped the charges.

9            THE COURT:  And that was the end of that?

10           PROSPECTIVE JUROR:  Yes.

11           THE COURT:  22:  Would you tend to give greater or

12   lesser weight to the testimony of a law enforcement officer or

13   agent simply because that person was a law enforcement officer

14   or agent?  Answer:  Yes.  Tell us about that.

15           PROSPECTIVE JUROR:  I said yes but I was torn because

16   I knew right from wrong the law, and you need to pay attention

17   to what the law is.  So I was kind of torn on that answer as to

18   what to say.  So, I mean, I do investigations at work.  I'm a

19   human resources professional so I do labor investigations.  So

20   I know everyone has their right to a fair trial or a fair

21   investigation.

22           THE COURT:  Okay.  Well, you're going right where I

23   was planning to go in a further discussion with you.  You are

24   married to a former law enforcement officer and current court

25   security officer.

**JA640**

```
 1              PROSPECTIVE JUROR:  Uh-huh.
 2              THE COURT:  And of course it is our aspiration and
 3   expectation that our law enforcement officers have integrity
 4   that they uphold the law and they tell the truth, particularly
 5   when they're under oath.
 6              PROSPECTIVE JUROR:  Correct.
 7              THE COURT:  But our experience is that sometimes,
 8   hopefully rarely, people who hold high positions and in whom
 9   great trust has been placid, like law enforcement officers,
10   don't live up to that standard for integrity.  Sometimes
11   they're not truthful.
12              PROSPECTIVE JUROR:  Correct.  There are bad actors out
13   there.
14              THE COURT:  There are bad actors, even among sworn
15   police officers.
16              PROSPECTIVE JUROR:  Uh-huh.
17              THE COURT:  We hope there are very few, but it's a
18   fact.
19              PROSPECTIVE JUROR:  Absolutely.
20              THE COURT:  So that means that we have to have
21   processes in place to try to ferret that out and separate the
22   truth-telling from the not truth-telling.
23              PROSPECTIVE JUROR:  Correct.
24              THE COURT:  In fact, one of those institutions in our
25   society that performs that function is a jury.  We have to be
```

**JA641**

1  able to count on jurors to bring their critical thinking skills

2  and critical listening skills to that role.  Would you agree

3  with that?

4       PROSPECTIVE JUROR:  I agree with that, absolutely.

5       THE COURT:  At the end of the day evaluate testimony

6  that comes from that witness stand apart from the question of

7  what uniform the person is wearing, what title they have, what

8  office they hold.  Instead, just listen and evaluate it with

9  all of the other evidence that's been presented and apply the

10 same critical assessment to it as you would any evidence or any

11 testimony.

12      PROSPECTIVE JUROR:  Correct.

13      THE COURT:  Do you have any disagreement with those

14 propositions?

15      PROSPECTIVE JUROR:  No.

16      THE COURT:  So the question was:  Would you tend to

17 give greater or lesser weight to the testimony of a law

18 enforcement officer or agent simply because that person was a

19 law enforcement officer or agent?  They're taking the witness

20 stand and they've got a police uniform on.  They take the

21 witness stand and the answer to the first question is, yes, I'm

22 an agent of a law enforcement agency.  Should and does that, in

23 your mind, automatically change them a little bit in terms of

24 their believability, or are you not yet in a position to assess

25 their believability?

249

1            **PROSPECTIVE JUROR:**  Me, I would say I would need more
2    information, of course, and that's what a juror would want to
3    do.  So when I look at a person in a uniform, yeah, you do
4    expect that they're going to uphold the uniform, the rights in
5    which they have vowed to, that they're going to give you
6    correct, factual information.  We know that's not always true.
7            **THE COURT:**  Yeah, because they've taken an oath as a
8    law enforcement officer to do exactly that.
9            **PROSPECTIVE JUROR:**  Correct.
10           **THE COURT:**  But at the same time our experience is
11    that while we hope that that will be true, it isn't necessarily
12    always true.
13           **PROSPECTIVE JUROR:**  That is correct.
14           **THE COURT:**  Well, the question I'm asking you then is
15    how would you perform the role of a juror when a law
16    enforcement officer takes the witness stand?  Would you tend to
17    give greater weight to their testimony simply because they're a
18    law enforcement officer?
19           **PROSPECTIVE JUROR:**  That's why I go back and forth.
20    It should be black and white, correct.  And not always -- there
21    is sometimes gray in there.  So I would say because you have a
22    uniform on and you're giving the testimony, I would have, me,
23    it's just me, I'd have to dig further.
24           **THE COURT:**  You would have to dig further?  Is that
25    what you said?

**JA643**

1          **PROSPECTIVE JUROR:**  Yeah, yeah.  So I get torn on that

2     question.  You're saying to me what you're saying, right, and I

3     should because, say, when you look at a person in uniform and

4     you look at an executive of a company, everybody has -- they

5     sway, you know.  Are they really saying the truth, or are they

6     not saying the truth?  So, no, I don't think everybody does say

7     the truth all the time correctly the way that they should.  Do

8     they uphold the right in their uniforms when we know people can

9     be corrupted.

10          **THE COURT:**  It's a hard issue, isn't it?

11          **PROSPECTIVE JUROR:**  It is.

12          **THE COURT:**  But at the end of the day, it's -- really

13     isn't what I'm telling you or what my view on this is because

14     this isn't about me right now.  It's about you.  It's what's on

15     your heart and in your mind and whether you would tend to give

16     greater weight to the testimony of a law enforcement officer

17     simply because that person was a law enforcement officer?  I

18     can't answer that question.

19          **PROSPECTIVE JUROR:**  Correct.

20          **THE COURT:**  Only you can.  And you're obviously a very

21     thoughtful, searching person, and I respect that.

22          **PROSPECTIVE JUROR:**  Thank you.

23          **THE COURT:**  But I still need your answer.

24      (Laughter.)

25          **PROSPECTIVE JUROR:**  And I would say no.  Just like

1   when I do investigations at work, I dig to find and prove to
2   find the right answer regardless of what level you are in the
3   company that I work in or, you know, so I would say no.
4           THE COURT:  Thank you.
5       You work in human resources?
6           PROSPECTIVE JUROR:  Correct.
7           THE COURT:  Working for the City of Baltimore?
8           PROSPECTIVE JUROR:  Yes.
9           THE COURT:  How long have you been in that position?
10          PROSPECTIVE JUROR:  Six years.
11          THE COURT:  What did you do before that?
12          PROSPECTIVE JUROR:  Prior to there?
13          THE COURT:  Yes.
14          PROSPECTIVE JUROR:  I was with Walden University part
15  of Laureate Education, in the highering, in human resource.
16          THE COURT:  Also though in human resources in that
17  role?
18          PROSPECTIVE JUROR:  Yes.
19          THE COURT:  Tell us about your educational background.
20          PROSPECTIVE JUROR:  I have an associate's degree in
21  the arts from I think it was in New York, in Dutchess Community
22  College.  I have my undergrad in personnel management from
23  Averette University out of Danville, Virginia.  And I have a
24  master's of business in -- from Walden University.
25          THE COURT:  Got it.  You made reference to a son.  Do

1  you have other children?

2       PROSPECTIVE JUROR:  Uh-huh.  I have a daughter also.

3  She's my artsy child.  She's a dancer and she graduated from

4  UMBC as a dancer.  And then she went to MICA.  She did her

5  master's at MICA.

6       THE COURT:  And your son we know he was a football

7  player because there was a reference, but what else -- what

8  does he do?

9       PROSPECTIVE JUROR:  He just graduated from college,

10 and he is in the process of getting a job in law enforcement.

11      THE COURT:  In law enforcement?

12      PROSPECTIVE JUROR:  Yes.

13      THE COURT:  Is he applying to any particular

14 organization or agency?

15      PROSPECTIVE JUROR:  A federal agency.

16      THE COURT:  A federal agency?

17      PROSPECTIVE JUROR:  Correct.

18      THE COURT:  Do you know which one?

19      PROSPECTIVE JUROR:  Secret Service.

20      THE COURT:  The Secret Service.

21      PROSPECTIVE JUROR:  Uh-huh.

22      THE COURT:  Okay.  Thank you, ma'am.  Let me talk to

23 the lawyers for a minute.

24    (Whereupon, the following conference was held at the

25 bench:)

1          THE COURT:  Government have any issues or questions in

2     light of mine?

3          MS. MCGUINN:  No, Your Honor.

4          THE COURT:  Mr. Nieto, any questions or issues?

5          MR. NIETO:  Respectfully, we would make a motion to

6     strike for causes, specifically with regards to her answer

7     regarding law enforcement.  I understand the work that Your

8     Honor did to delve deeper into it, but that segues nicely

9     actually, that turn of phrase, because when asked about the law

10    enforcement witness she indicated, not only equivocation on how

11    she would do over three to four minutes, but she also said with

12    a police officer, law enforcement, she would have to, quote,

13    "dig deeper" with that specific witness, thereby creating an

14    imbalance between civilian witness and law enforcement

15    witnesses.

16         Again, Your Honor did a fine job during the voir dire.

17    But if Your Honor had, for example, said to her, there's no

18    wrong answer here, she might have provided a final conclusion

19    different or inconsistent with what she ended up with.  I think

20    she was -- she knew what the right answer should be but in her

21    heart she could not get there.  So for those reason, Your

22    Honor, we don't feel she's appropriate.

23         THE COURT:  Granted.  She's excused.

24    (Whereupon, the following conference was held at the

25    bench:)

```
 1          THE COURT:  Thank you, ma'am.  It's been an absolute
 2   pleasure.  You're excused.  And you may depart.
 3          PROSPECTIVE JUROR:  Thank you.
 4          THE COURT:  Forty-six.
 5      Clear the courtroom.
 6      Good afternoon.
 7          PROSPECTIVE JUROR:  Hello.
 8          THE COURT:  Thank you for participating in our jury
 9   selection process.  It takes a lot of time, and I apologize to
10   you for that.
11      You have submitted your juror questionnaire, and I have
12   seen that you have some "Yes" answers, and I would like to talk
13   to you about some of those.
14      For instance, your answer to Question 16E:  Specifically
15   in this case, the allegations include those of sexual abuse.
16   Has any member of your immediate family or closest associates
17   ever been a victim, a witness, accused or convicted of a crime
18   of a sexual nature?  Answer:  Yes.  Victim.  Sex abuse.
19      I don't mean to pry deeply and uncomfortably into your
20   life and circumstances, but this is important business that
21   we're involved in here and so I do ask your indulgence.  What
22   can you tell me in this regard?
23          PROSPECTIVE JUROR:  When I was 14 I was sexually,
24   mentally, and physically abused by a boyfriend.
25          THE COURT:  Can you move a little closer to the
```

```
1   microphone.  When you were 14?
2           PROSPECTIVE JUROR:  I was sexually, mentally, and
3   physically abused by a boyfriend.
4           THE COURT:  Over some period of time?
5           PROSPECTIVE JUROR:  Over a year.
6           THE COURT:  And how old are you now?
7           PROSPECTIVE JUROR:  39.
8           THE COURT:  You're 39.  And this experience is still
9   with you mentally.
10          PROSPECTIVE JUROR:  It makes me uncomfortable to talk
11  about certain subjects.
12          THE COURT:  Yeah.  How do you think it would be for
13  you to serve as a juror in the trial of this case having heard
14  what the allegations are?
15          PROSPECTIVE JUROR:  It makes me uncomfortable.
16          THE COURT:  Okay.  Thank you.  Let me talk to the
17  lawyers for a minute.
18      (Whereupon, the following conference was held at the
19  bench:)
20          THE COURT:  Mr. Nieto.
21          MR. NIETO:  Motion to strike for cause.
22          THE COURT:  Any objection from the Government?
23          MS. MCGUINN:  No, Your Honor.
24      (Whereupon, the bench conference was concluded.)
25          THE COURT:  Thank you, ma'am.  You're excused and
```

1    you'll not be serving on this jury.  You may depart.

2              **PROSPECTIVE JUROR:**  Thank you so much.

3              **THE COURT:**  39.

4         Good afternoon, sir.  I'm just finishing up the review of

5    your questionnaire.

6         In response to Question 32 you said:  Yes, there is

7    something else that I hadn't asked you about, and it says, yes,

8    I'm tired.

9              **PROSPECTIVE JUROR:**  I'm tired.

10             **THE COURT:**  Is that something that you want me to

11   address?  Tell me about that?

12             **PROSPECTIVE JUROR:**  I'm nine weeks away from being 70.

13             **THE COURT:**  Okay.

14             **PROSPECTIVE JUROR:**  And it hasn't treated me well.  My

15   hands are swollen, my feet are swollen, my back hurts.  I can

16   feel the blood in the backs of my thighs turning to jello from

17   sitting too long.  My ears are ringing.

18             **THE COURT:**  So it would be physically challenging for

19   you to sit for a seven- or eight-hour trial day for a week or

20   two?

21             **PROSPECTIVE JUROR:**  I do believe so.  I've been

22   retired since '20.  I retired right into the face of COVID and

23   hid in my basement for two years.  And I have become accustomed

24   to catnaps.  In the middle of the day there's nothing I can do

25   to prevent myself from nodding off.  I feel older than I should

1  but that's just where I am.

2         THE COURT:  Is that also why you answered the question

3  yes, 30, about my estimating that the trial would last for two

4  weeks and that there would be some difficulty?

5         PROSPECTIVE JUROR:  That would be the difficulty.

6         THE COURT:  You've also told me in response to

7  question 16E that -- has any member of your immediate family or

8  closest associates ever been a victim, witness, accused or

9  convicted of a crime of a sexual nature?  Answer:  Yes.

10         PROSPECTIVE JUROR:  Both the wife and I have been

11  subjected, as children, to sexual abuse.

12         THE COURT:  Okay.  We'll stop there.  Let me talk to

13  counsel.

14     (Whereupon, the following conference was held at the

15  bench:)

16         THE COURT:  Government.

17         MS. MCGUINN:  Government would move for cause, Your

18  Honor.

19         THE COURT:  Mr. Nieto.

20         MR. NIETO:  No objection.

21     (Whereupon, the bench conference was concluded.)

22         THE COURT:  Thank you, sir.  You're excused.  You will

23  not sit on this jury.  You may depart and go home.

24         PROSPECTIVE JUROR:  Thank you, sir.

25         THE COURT:  Thank you.

```
 1        Including 107 we have 35 or 36?
 2             THE CLERK:  Including 107 we have 36.
 3             THE COURT:  Including 107 we have 36.  Agreed?
 4             MR. PROCTOR:  Yes, sir.
 5             THE COURT:  Public may be readmitted.  Next.
 6        Good afternoon, sir.  I am still working through your
 7   answers.
 8        So Question 16A:  Have you or has any member of your
 9   immediate family or closest associates ever been the victim of
10   a crime?  Your answer to that was:  Yes.  Attempt violence.
11        Can you tell me about that?  And I need you to move up
12   close to the microphone, please.
13             PROSPECTIVE JUROR:  Yeah, it was a home invasion.
14   Someone broke into my compound and tried to shoot me with a
15   gun.
16             THE COURT:  How long ago did this happen?
17             PROSPECTIVE JUROR:  I want to say about two years ago.
18             THE COURT:  Where did it occur?
19             PROSPECTIVE JUROR:  Columbia, Maryland.
20             THE COURT:  Okay.  And they fired on you but missed?
21             PROSPECTIVE JUROR:  It scraped my back.
22             THE COURT:  You got a graze wound?
23             PROSPECTIVE JUROR:  Yeah.
24             THE COURT:  Did you recover okay?
25             PROSPECTIVE JUROR:  Yeah.
```

1         THE COURT:  All right.  Did anybody ever find out who
2    did that?
3         PROSPECTIVE JUROR:  Yeah, the police showed up and
4    prosecuted him and sentenced him.
5         THE COURT:  Did you go to court?
6         PROSPECTIVE JUROR:  I didn't have to.  Everything was
7    on video.  It was one of those highrise apartments so there was
8    cameras.
9         THE COURT:  So that was the evidence?
10        PROSPECTIVE JUROR:  Yeah, that was the evidence.
11        THE COURT:  So he got convicted?
12        PROSPECTIVE JUROR:  Yeah, he got convicted.
13        THE COURT:  Sent to prison?
14        PROSPECTIVE JUROR:  Yeah.
15        THE COURT:  Then B:  Have you or any member of your
16   immediate family or your closest associates ever been a witness
17   to a crime?  And then:  Yes, the attempt violence.
18        PROSPECTIVE JUROR:  Yeah.
19        THE COURT:  Same deal?
20        PROSPECTIVE JUROR:  Yeah, same deal.
21        THE COURT:  You're not talking about something else?
22        PROSPECTIVE JUROR:  No, it's the same situation.
23        THE COURT:  Okay.  Ever been a witness for the
24   prosecution or the defense?  Yes, attempt -- is that the same
25   incident?

1          **PROSPECTIVE JUROR:**  Yeah, same incident.

2          **THE COURT:**  Okay.  Nothing else?

3          **PROSPECTIVE JUROR:**  Yeah, nothing else.  Same

4    incident.

5          **THE COURT:**  Okay.  Anything about that experience that

6    would make it difficult for you to be a fair and impartial

7    juror?

8          **PROSPECTIVE JUROR:**  I don't believe so.

9          **THE COURT:**  Okay.

10        Did we reinvite the public back in?

11        So you're living in Elkridge?

12         **PROSPECTIVE JUROR:**  Correct.

13         **THE COURT:**  And you work as an engineer, senior

14    engineer.  Tell me more about what your work actually is?

15         **PROSPECTIVE JUROR:**  Yeah, so I'm a senior

16    infrastructure software engineer so I maintain virtual

17    machines.  I handle virtual --

18         **THE COURT:**  You handle?

19         **PROSPECTIVE JUROR:**  Virtual machines, they're called

20    VM servers, for financial institutions like Fidelity and other

21    banking institutions as well across the world.

22         **THE COURT:**  Tell me about your educational background?

23         **PROSPECTIVE JUROR:**  High school graduate.  I studied

24    business administration.  I have three certifications in

25    infrastructure, Linux coding, and Linux essentials.  And

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA654**

1    then -- yeah, that's my educational background.

2         THE COURT:  Got it.  Do you have a spouse or partner

3    in life?

4         PROSPECTIVE JUROR:  Yeah, I have a partner but not

5    legally married.

6         THE COURT:  Okay.  How long you been together?

7         PROSPECTIVE JUROR:  Since 2014.

8         THE COURT:  Okay.  Got any kids?

9         PROSPECTIVE JUROR:  No.  No kids.

10        THE COURT:  What's your partner do?

11        PROSPECTIVE JUROR:  She's a realtor marketer for house

12   inspection company.

13        THE COURT:  So when you're not busy with your

14   engineering responsibilities at work, what are you interested

15   in?  What do you do outside of that?

16        PROSPECTIVE JUROR:  I like to work on cars so I

17   install headlights in my car, put wheels on them.  Travel, too.

18        THE COURT:  Yep.

19        PROSPECTIVE JUROR:  I've gone to Florida, Africa,

20   Puerto Rico.

21        THE COURT:  Okay.  I think I asked you this, I want to

22   verify it again.  Anything about that incident, you know, where

23   the person shot at you and later was prosecuted, you actually

24   were slightly wounded, anything about that that would affect

25   your ability to be a fair and impartial juror if you were

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA655**

1  picked to serve in this case?

2          **PROSPECTIVE JUROR:**  I don't believe so, no.

3        **THE COURT:**  Thank you.  Bear with me a second.

4    (Whereupon, the following conference was held at the

5  bench:)

6        **THE COURT:**  Does the Government have any issues or

7  questions in light of mine?

8          **MS. MCGUINN:**  Not from the Government, Your Honor.

9        **THE COURT:**  Mr. Nieto.

10       **MR. NIETO:**  No, Your Honor.

11    (Whereupon, the bench conference was concluded.)

12       **MR. NIETO:**  Thank you, sir.  You may return to the

13  fourth floor, and we will talk with you further when we have

14  additional matters to address.  Thank you, sir.

15       **PROSPECTIVE JUROR:**  All right.  Thank you.

16       **THE COURT:**  Close the door, please.  Thank you.

17    Okay, let's make sure that we agree.  I'm going to -- the

18  clerk advises that we have actually got 37 at this point.  The

19  court excuses Juror No. 107 for cause because of a conflicting

20  international trip scheduled to begin on Thursday, the 5th day

21  of September.  And while it's not likely, it is possible that

22  this trial could extend for that period of time.  And I don't

23  want a juror worried about the completion of a trial in

24  reference to their international trip.  I'm afraid it could

25  impact how they perform their duties as a juror.  Accordingly,

1    107 is excused for cause.

2         That leaves us now with 36.

3         Listen carefully, I'm going to have the clerk read off the

4    numbers of jurors who remain available for service or have been

5    qualified for service in the case.  This is not what is about

6    to come with the list and so forth.  I just want to be

7    absolutely sure that we all agree that we've got the 36 because

8    some other people are going to get released pretty quickly once

9    we all agree.

10        Please give us the numbers of those jurors who have been

11   qualified.  You may begin.

12        THE CLERK:  Juror No. 363, Juror No. 361, Juror No.

13   341, Juror No. 339, Juror No. 333, Juror No. 329, Juror No.

14   318, Juror No. 307, Juror No. 302, Juror No. 267.

15        THE COURT:  267, yes, I'm with you.

16        THE CLERK:  Juror No. 255, Juror No. 219, Juror No.

17   218, Juror No. 216, Juror No. 205, Juror No. 200, Juror No.

18   198, Juror No. 192, Juror No. 175, Juror No. 165, Juror No.

19   150, Juror No. 146, Juror No. 126, Juror No. 117, Juror

20   No. 108, Juror No. 101, Juror No. 98, Juror No. 96, Juror No.

21   91, Juror No. 83, Juror No. 78, Juror No. 65, Juror No. 62,

22   Juror No. 51, Juror No. 49, and Juror No. 37.

23        THE COURT:  Ms. McGuinn, is the clerk's record

24   correct?

25        MS. MCGUINN:  Yes, Your Honor.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA657**

1          THE COURT:  Mr. Proctor, is the clerk's record
2    correct?
3          MR. PROCTOR:  Yes, sir; it is.
4          THE COURT:  Everyone stop and go off the record a
5    second and now we will count.
6       (Off the record.)
7          THE COURT:  I count 36 jurors.
8       Ms. McGuinn, what do you count?
9          MS. MCGUINN:  I count 36 as qualified.
10          THE COURT:  Mr. Proctor?
11          MR. PROCTOR:  That's correct.
12          THE COURT:  36?
13          MR. PROCTOR:  Yes, sir.
14          THE COURT:  Thank you.  All right.  Let's go ahead and
15    start the process and get this jury selected.
16          As counsel will recall, in a few minutes the clerk will
17    deliver to you a juror list, and she'll have drawn a line after
18    the 28th name that remains on the list.  And you are to
19    exercise your preemptory challenges as to jurors, not
20    alternates, but as to jurors against the names that appear
21    above that line; i.e., against the first 28 names that remain
22    on the list as counted from the top of the list.
23          After drawing that first line on the juror list, the clerk
24    will count down an additional eight names to the 36th name that
25    remains on the list, and she'll draw a second line there.  And

1  you are to exercise your preemptory challenges against the

2  potential alternate jurors, against the names that appear

3  between the first line and the second line, that is between the

4  29th and the 36th name.

5      The Government has six preemptory challenges against the

6  jurors, against the first 28 names.  The Defendant has 10.  As

7  to the latter eight names, the person is eligible for service

8  as alternate jurors.  We're going to have four persons serve as

9  alternates.  Each side has two preemptory challenges to

10  exercise.

11      After you have exercised all of your preemptory

12  challenges, and after the lists have been married up, I will

13  count down from the top, the first 12 names that remain in the

14  group of the first 28 will be the persons who serve as the 12

15  jurors in the case.

16      To the extent that there are more than -- to the extent

17  that some of the persons among the 28 have not been stricken

18  because someone -- because a side didn't use all of their

19  challenges, or because there's been a double strike with both

20  sides having challenged the same potential juror, then it's the

21  first 12 names as counted from the top who serve as the jury.

22  Extra names that remain in the 28 simply fall out of the

23  calculation.  They don't serve.  And they certainly do not

24  serve as alternates.

25      And then we move on to the selection of the alternates in

1  the same manner.  There will be eight names appearing there.

2  Counsel will exercise their strikes.  If you use all of your

3  strikes, and if you don't strike the same people, it's going to

4  leave us with exactly four names, those persons are the four

5  alternates.  But should you not use all of your strikes, or

6  should there be double strikes leaving more than four names,

7  then it's the first four names as measured from the top of the

8  list that will serve as alternates jurors.

9      Ms. McGuinn, do you understand?

10          **MS. MCGUINN:**  Yes, sir.

11          **THE COURT:**  Mr. Proctor and Mr. Nieto, do you

12  understand?

13          **MR. PROCTOR:**  Yes, sir.

14      I'll ask those persons who remain in the gallery to now

15  relocate to the upper two rows of the gallery, upper three rose

16  is fine.

17          **(Off the record 5:19 p.m. to 5:21 p.m.)**

18          **THE COURT:**  Back on the record.  While counsel are

19  working on their selections, the clerk is instructed to bring

20  those members of the venire who have not been stricken for

21  cause back into this courtroom and to seat them in the front

22  rows of the gallery.

23          **(Off the record 5:22 p.m. to 5:33 p.m.)**

24          **THE COURT:**  Back on the record.

25      Counsel, please review the strike sheet and I'll be asking

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA660**

1  for any *Batson* or reverse *Batson* challenges before we seat the

2  jury.

3      Private channel.

4      (Whereupon, the following conference was held at the

5  bench:)

6          **THE COURT:**  Does the government have any *Batson* or

7  reverse *Batson* challenges?  Are you able to hear me?

8          **MS. MCGUINN:**  I'm sorry, yes.

9          **THE COURT:**  Does the Government have any *Batson* or

10  reverse *Batson* challenges?

11          **MS. MCGUINN:**  No, Your Honor.

12          **THE COURT:**  Thank you.  Does the defendant have any

13  *Batson* or reverse *Batson* challenges?

14          **MR. PROCTOR:**  No, sir.

15          **THE COURT:**  Thank you.

16      (Whereupon, the bench conference was concluded.)

17          **THE COURT:**  Becca, are you ready?

18      Ladies and gentlemen of the jury, we have arrived at what

19  is nearly the end of the process by which we will select the

20  jury in this case.  Twelve of you have been selected to serve

21  as jurors, four of you have been selected to serve as alternate

22  jurors who will become jurors in the event that for some reason

23  one of the original 12 was unable to complete their service as

24  a juror in the case.  Twelve jurors and four alternates.

25      In a moment, the clerk will read out the juror numbers of

1  the persons who have been selected and you will be assigned yet

2  another number between 1 and 12 for jurors and A1 through A4

3  for the alternates.  And then you will take assigned seats in

4  the jury box where you see the clerk standing here.

5       So probably the best way for this to work, given how we

6  seat you, is that when the first juror is identified by juror

7  number, that person should stand up, come out of the gallery,

8  come down into the well, and proceed to where the clerk is

9  standing.  And then go down the row of seats to the second to

10  the last seat.  That's actually where the juror sits.  When

11  this box is full, the last two seats in each -- the last seat

12  in each row will be empty.  We'll help you as you go along.  It

13  will be much simpler than it sounds as I'm explaining it.

14       So the clerk will go ahead and identify the persons who

15  have been selected for jury service.

16       THE CLERK:  Members of the jury panel, as I call your

17  juror number will you please take a seat in the jury box.

18       Juror No. 361.

19       THE COURT:  Yeah.  Let's go ahead and move that out of

20  the way.  Thank you.  I'm sorry, the instruction was confusing.

21  Go ahead and just sit in the second chair right there.  You're

22  where you belong.  The next person though will come all the way

23  along the front and then proceed down the row so you don't have

24  to walk in front of each other.  Go ahead.

25       THE CLERK:  Juror No. 361, you are now Juror No. 1.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA662**

```
 1          Juror No. 339.  Juror No. 339, you are now Juror No. 2.

 2          Juror No. 307.  Juror No. 307, you are now Jury No. 3.

 3          Juror No 302.  Juror No. 302, you are now Juror No. 4.

 4          Juror No. 219.  Juror No. 219, you are now Juror No. 5.

 5          Juror No. 218.  Juror No. 218, you are now Juror No. 6.

 6          Juror No. 216.  Juror No. 216, you are now Juror No. 7.

 7          Juror No. 205.  Juror No. 205, you are now Juror No. 8.

 8          Juror No. 200.  Juror No. 200, you are now Juror No. 9.

 9          Juror No. 192.  Juror No. 192, you are now Juror No. 10.

10          Juror No. 175.  Juror No. 175, you are now Juror No. 11.

11          Juror No. 165.  Juror No. 165, you are now Juror No. 12.

12          Juror No. 91.  Juror No. 91, you are now Alternate Juror

13   No. 1.

14          Juror No. 65.  Juror No. 65, you are now Alternate Juror

15   No. 2.

16          Juror No. 49.  Juror No. 49, you are now Alternate Juror

17   No. 3.

18          And Juror No. 37.  Juror No. 37, you are now Alternate

19   Juror No. 4.

20          THE COURT:  We're not going to swear them in.

21          Addressing myself to those of you who remain in the

22   gallery who were summonsed for jury service.  You have not been

23   selected to serve as jurors on this trial, and, accordingly, in

24   a moment you are going to be excused, I think without the

25   necessity of phoning in on Friday as you will not be needed for
```

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA663**

1  next week, as I understand it.

2      So, the court thanks you for your service.  I know that it

3  has been a long couple of days.  We only select 16 people in

4  the end, but in order to do it, according to the rules, we

5  require about 80 people to be here.  We had 78 of you this

6  time.  And it's a long, arduous process.  The rules under which

7  we do it are far too complicated for me to explain to you right

8  now.  Suffice it to say, we need that large a number of people

9  in order to comply with the rules.

10      So your presence here has been essential over the last

11  couple of days.  I thank you for your good citizenship in

12  responding to your juror summons and for coming here, for

13  participating in this process, for answering the court's

14  questions.  There's no minimizing the burden, the boredom that

15  comes with this part of our responsibility as U.S. citizens.  I

16  close simply by saying thank you and excusing you, and you may

17  now all depart.

18      Does anyone need to go back to the fourth floor or they

19  can just depart?

20          **THE CLERK:**  They can just depart.

21          **THE COURT:**  You can just depart.  Thank you.

22      I'm now addressing myself to the 16 of you who remain and

23  are now seated in the jury box.  Tomorrow we will administer an

24  oath to you and at that time you will become the jury that will

25  serve during the trial in this case.

1    We're ready at this point to start that phase of the case

2  where presentations will be made to you, first opening

3  statements, then the testimony of witnesses and so on and so

4  forth.  But it's 5:45 p.m., so we're not going to begin

5  tonight.  We're at the end of the workday for all of you and

6  for all of us.

7    So, instead, in a little while you will be excused to

8  return tomorrow at which time we will administer the juror's

9  oath to you, and I will have additional instructions for you on

10  your service as jurors.  But, as I say, all of that will occur

11  tomorrow.

12    However, there is one logistical detail that's actually

13  quite important, and that is this, the trial is not going to be

14  conducted in this courtroom.  It's going to be conducted in a

15  different courtroom.  We used this courtroom to select the jury

16  because we need all of the extra space and seats and so forth.

17  But now that you've been selected, we can operate in one of our

18  regular courtrooms.

19    So after today when you come to the courthouse, you won't

20  be in this, our ceremonial courtroom, you'll come instead to

21  courtroom 5A.  A as in apple, 5A.  It's a smaller courtroom.

22    In a few minutes, the courtroom deputy clerk is going to

23  escort you to the fifth floor of the courthouse and to show you

24  exactly how you will travel tomorrow from the entrance of the

25  building, up the elevators, and to Courtroom 5A, and

1  specifically to the jury room for Courtroom 5A, which will

2  become your headquarters for the duration of this proceeding.

3      In fact, now when you come to court each day, you won't

4  come directly to the courtroom, but you'll come to the jury

5  room that's adjacent to the courtroom.  The courtroom deputy

6  clerk will show you and explain all of these procedures to you.

7      The next time that I see all of you will be tomorrow when

8  the courtroom deputy clerk will have brought you from the jury

9  room at Courtroom 5A into Courtroom 5A and into that jury box.

10 So it's a different jury box than the one you're sitting right

11 now, but you will be seated in that jury box in exactly the

12 same seats you're in now.  There's one difference.  This jury

13 box is larger and has two more seats in it.

14      When you get into the jury box in Courtroom 5A, all of the

15 seats will be filled.  And those two of you who are on the end,

16 Jurors No. 1 and 9, there won't be an empty seat next to you.

17 Those are the differences.  The clerk will explain more of

18 these details to you after she takes you up to Courtroom 5A.

19      Now, I do have some final instructions for you.  These are

20 similar to the instructions that I gave the entire group last

21 night.  Do not discuss this case with anyone.  Do not discuss

22 it with your fellow jurors.  Do not discuss it with any of your

23 friends or family.  It's only natural that members of your

24 families maybe curious about your work as a juror.  I

25 understand that completely.  But you were present last night

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA666**

1  when I explained that, despite their curiosity, you simply
2  can't tell them anything about what it is that you're doing
3  down here because we don't want them influenced by -- we don't
4  want you influenced by their thoughts, their reactions, their
5  impressions of things.  So please adhere to these rules.
6      You can tell them that you are serving on a jury in
7  federal court in a criminal case.  You can tell them that the
8  trial is expected to last about two weeks.  You can assure them
9  that you will not be required to come here on Labor Day.  But,
10 otherwise, you have to tell them that you've been instructed by
11 the judge that you're not allowed to talk to them about the
12 case and that, if this is true, you'll be happy to talk with
13 them about it when the case is over.  Once the case is over,
14 you're permitted to tell them whatever it is you want to tell
15 them.  You're no longer under restriction.  But you can't do it
16 until the case is over, until your work as a juror has been
17 completed.
18     Ladies and gentlemen, do not allow yourselves to be
19 exposed to any news articles or report that touch upon the case
20 or the issues that it presents or the participants in the
21 trial.  This is very important because in your role as jurors
22 you're to decide the questions that are put to you based solely
23 on the information that's presented to you in the courtroom
24 pursuant to the Rules of Evidence and not based on information
25 that you might pick up from some other source.  There's so much

1  information flowing now in our society, news sites, apps,

2  websites, the television news, the news and so forth.  And, in

3  a case where there might be some publicity where the news

4  organizations may take an interest in it, or where others may

5  follow the case on social media, there is every possibility and

6  opportunity that information related to the case may flash up

7  in front of you on your phone, your laptop, your iPad, your

8  television set or whatever.

9       First, I urge you to try to shape your activities during

10  the time when you're in this trial so that the possibility of

11  that occurring is really minimized or limited.  Think about

12  your screentime.  Think about other things that you might do

13  short of that so that there isn't the opportunity for

14  information to flash in front of you.  Should you see something

15  that relates to this case, the second you recognize that it

16  might pertain to the case, stop, stop right at that point and

17  don't go any further with respect to it and switch on to

18  something else.  Those are very important instructions, and I

19  trust each of you to follow them.

20       Avoid all contact of any kind with any of the participants

21  in the trial.  By now you've had an opportunity to look around

22  the courtroom and see the persons who are associated with the

23  case in one role or another.

24       Now, if you see one of these people, it's not that you

25  have to turn and run, but you're not allowed to have any of

1   kind of substantive contact.  If you happen to suddenly

2   unexpectedly find yourself on an elevator with another person

3   who's involved, just don't say anything.  They won't say

4   anything to you.  Certainly all of the lawyers know they're not

5   to have any contact whatsoever with you, and they won't say

6   anything to you so that's just fine.  But keep an eye out for

7   that.

8        Do not make any independent investigation of the law or

9   the facts relevant to this case.  Do not conduct internet

10  searches with respect to the issues presented or the persons

11  who are participating in the trial.  Do not consult external

12  sources such as encyclopedias or even a dictionary to look up a

13  word.  Don't do it.  Don't consult external sources in

14  reference to the issues and terms that have been presented to

15  you here.

16       Ms. Maldeis, are you ready to escort the jurors to the

17  fifth floor and orient them to that space?

18            **THE CLERK:**  I am, Judge.

19            **THE COURT:**  Please take the jurors out for that

20  purpose.  And, ladies and gentlemen, I will see you tomorrow

21  morning at 9:30.  That's our start time.  Let me explain that

22  our typical court day runs from 9:30 to sometime usually

23  between 5:00 and 5:30.  We'll take a morning recess, we'll take

24  an afternoon recess, and usually an hour, an hour and 15

25  minutes for lunch in the afternoon sometime.  12:30, 1:00 time

1  frame.  That's our typical schedule.

2       Tomorrow, as I said, we'll begin at 9:30.

3       You know, there can be variables, like, traffic or

4  circumstances that you didn't quite anticipate.  I think it's a

5  good idea to set your schedule so you plan to arrive at the

6  jury room by 9:15, which means maybe arrive at wherever you're

7  parking by 9:00 so just to give yourself a nice cushion.  You

8  don't want to be the one person who is holding everyone else

9  up.  We're all in this together at this point.  And there are

10 many people involved and everyone has to be here before we can

11 start so you want to plan accordingly.  Don't cut it close.

12 Give yourself ample time.  But the start time is 9:30.  Aim to

13 be in the jury room by 9:15.  Maybe parking by about 9:00.

14 Something like that.  And then we'll get started promptly and

15 on time.

16      All right.  That's all I have for tonight.  Ms. Maldeis,

17 if you would go ahead and please take the jurors to the fifth

18 floor, orient them to the jury room in 5A, and then excuse them

19 when that task has been completed.  Thank you.  The rest of us

20 will stand by.  This jury has not been sworn so we'll stay in

21 our seats.  You may take them.

22      (Jury exits at 6:01 p.m.)

23           THE COURT:  And the court security officer will advise

24 the court once all of the jurors have disappeared into the

25 elevators.  Thank you.

277

1      The jury has not yet been sworn.  They have left the
2 courtroom.
3      Are there any matters that require the court's attention
4 before we adjourn.  Ms. McGuinn?
5          **MS. MCGUINN:**  Not from the Government, Your Honor.
6          **THE COURT:**  Mr. Nieto?
7          **MR. NIETO:**  Your Honor, respectfully, if the
8 Government could provide us just a little bit of a roadmap.
9          **MS. MCGUINN:**  Sure.
10         **THE COURT:**  So tomorrow we will swear the jury.  I
11 will deliver preliminary instructions.  And then we will hear
12 the opening statement from the Government.  Who will present
13 that?
14         **MS. MCGUINN:**  I will, Your Honor.
15         **THE COURT:**  And do you have prediction as to its
16 length?
17         **MS. MCGUINN:**  Twenty minutes.
18         **THE COURT:**  Twenty minutes, okay.  Will you use a
19 PowerPoint?
20         **MS. MCGUINN:**  Yes.
21         **THE COURT:**  Have you shown the slides to your
22 opponent?
23         **MS. MCGUINN:**  Yes.
24         **THE COURT:**  Very good.  Please do make sure that
25 that's been accomplished before you commence with your opening.

**JA671**

1      Mr. Nieto, do you know yet whether or not your side will
2 be making an opening statement immediately after the
3 Government's?
4           **MR. NIETO:**  Yes, Your Honor.  It will be me,
5 approximately 15 minutes.
6           **THE COURT:**  And do you have a PowerPoint or slides?
7           **MR. NIETO:**  No, Your Honor.
8           **THE COURT:**  Okay.  Very good.  All right.  So then
9 we'll be ready to roll.
10      Who is your first witness?
11           **MS. MCGUINN:**  We believe our first witnesses will be
12              ,              ,                , and then after that
13 we may -- we have to make some calls now.
14           **THE COURT:**  Yes.
15           **MS. MCGUINN:**  But I would anticipate Angela Johnson,
16 Henry Smythe.  Depending how our day goes, possibly Christopher
17 Feiss, possibly Stacey Halpert and Detective Markel if we get
18 really ambitious.
19      I anticipate one of those, which is                , which
20 is the victim in this case and that could take time.  I have no
21 idea what the cross will be.  But obviously that could take
22 some time.
23           **THE COURT:**  Got it.  Mr. Nieto, does that give you the
24 roadmap you were seeking?
25           **MR. NIETO:**  Yes, thank you.  Thank you very much.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA672**

```
1              THE COURT:  Very good.  Anything else, Mr. Proctor?
2              MR. NIETO:  No, Your Honor.
3              THE COURT:  Okay.  Very good.  Have the jurors cleared
4    the lobby.
5              CSO:  Yes, sir.
6              MR. PROCTOR:  Your Honor, now that the clerk is gone,
7    can we hand our list up to someone else?
8              THE COURT:  Hand your list to the law clerk.  Just
9    bring them up.
10             MR. PROCTOR:  Yes, sir.
11             THE COURT:  Okay.  Do we already have the
12   Government's?
13             MS. MCGUINN:  Yes.  I gave them to Ms. Maldeis.
14             THE COURT:  The Defendant is remanded to the custody
15   of the United States Marshal.  Court is adjourned for the
16   evening.  We will resume proceedings at 9:30.
17             MR. PROCTOR:  I think I gave you a blank one.
18             THE COURT:  You're allowed to keep the blank one.
19             MR. PROCTOR:  I'll trade you.
20             THE COURT:  Make sure you give him the right blank one
21   back.  The Government didn't hand up your list with any notes
22   on it, right?
23             MS. MCGUINN:  Correct.
24             THE COURT:  So hand him back what appears to be his.
25   Okay.
```

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA673**

1          So now the Defendant is remanded.  Counsel are excused.

2     We'll resume at 9:30 tomorrow morning in Courtroom 5A.

3          (Hearing concluded at 6:06 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA674**

```
1                  CERTIFICATE OF OFFICIAL REPORTER

2

3

4        I, Ronda J. Thomas, Registered Merit Reporter, Certified

5   Realtime Reporter, in and for the United States District Court

6   for the District of Maryland, do hereby certify, pursuant to 28

7   U.S.C. § 753, that the foregoing is a true and correct

8   transcript of the stenographically reported proceedings held in

9   the above-entitled matter and the transcript page format is in

10  conformance with the regulations of the Judicial Conference of

11  the United States.

12

13                       Dated this 18th day of March 2025.

14

15        _____
                Ronda J. Thomas
16            Ronda J. Thomas, RMR, CRR
              Federal Official Reporter
17

18

19

20

21

22

23

24

25
```

**JA675**

**CSO: [1]** 279/5
**MR. NIETO: [94]** 2/9 3/23
6/9 11/21 12/2 12/4 12/13
17/1 22/23 23/25 24/3 27/4
27/13 27/24 28/3 28/21
28/23 30/6 36/3 40/14 51/2
51/21 57/1 61/4 71/12
72/21 78/8 82/9 86/15
86/17 93/4 95/3 99/7 101/5
106/10 111/13 115/14
120/19 126/14 127/20
129/17 135/8 139/13
139/17 141/20 141/22
147/25 148/15 156/25
161/24 162/8 162/13
162/15 162/19 162/22
163/23 163/25 164/3 164/8
164/14 166/12 171/3 171/7
171/18 176/1 179/25 187/4
187/13 193/11 193/19
194/12 200/7 206/8 210/4
214/12 222/4 223/21
230/22 232/7 232/10
232/17 238/16 242/17
243/8 253/5 255/21 257/20
262/10 262/12 277/7 278/4
278/7 278/25 279/2
**MR. PROCTOR: [29]**
46/17 46/21 78/18 78/21
82/16 82/18 127/4 127/6
127/8 127/22 127/25 128/6
128/8 128/11 129/6 203/13
203/19 203/23 222/14
258/4 264/3 264/11 264/13
266/13 267/14 279/6
279/10 279/17 279/19
**MS. MCGUINN: [98]** 2/7
4/5 4/9 6/16 11/4 11/17
12/20 16/24 22/21 27/2
30/4 36/1 40/23 41/2 50/25
52/23 56/24 57/5 57/12
60/19 60/22 61/10 71/10
77/21 78/4 82/8 86/12 93/2
93/16 93/19 93/25 95/6
99/5 101/4 106/8 111/11
115/11 120/22 126/12
127/18 129/15 135/6
139/11 139/24 141/14
141/16 147/18 147/21
156/23 161/22 164/10
164/21 164/25 165/9
165/13 165/20 171/1
175/24 180/2 187/2 193/9
200/15 206/10 210/1
214/10 214/22 222/2
222/16 223/24 229/15
229/22 230/2 230/13
230/19 231/6 238/6 242/15
243/3 243/7 253/3 255/23
257/17 262/8 263/25 264/9
266/10 267/8 267/11 277/5
277/9 277/14 277/17
277/20 277/23 278/11
278/15 279/13 279/23
**PROSPECTIVE JUROR:**
**[1213]**
**THE CLERK: [20]** 82/12
82/20 83/1 127/1 129/9
129/12 150/9 166/20
203/17 204/1 222/12 239/7
242/24 258/2 263/12
263/16 268/16 268/25
270/20 275/18

**THE COURT: [1535]**
**THE DEFENDANT: [3]**
79/1 128/10 162/12
**THE WITNESS: [3]** 96/13
181/8 210/25

**'**
**'20 [1]** 256/22
**'89 [1]** 161/1
**'91 [1]** 64/3

**0**
**0278 [2]** 2/5 224/12

**1**
**1,900 [1]** 151/4
**10 [14]** 5/8 7/14 23/14
23/15 29/16 36/20 82/19
91/9 113/3 116/13 118/2
186/16 265/6 269/9
**10-minute [1]** 82/19
**100 [1]** 50/17
**100 percent [3]** 197/24
197/25 201/22
**101 [2]** 1/24 263/20
**107 [9]** 149/2 243/1 243/1
243/6 258/1 258/2 258/3
262/19 263/1
**108 [1]** 263/20
**10th [2]** 97/25 98/1
**11 [7]** 23/14 23/15 83/2
144/18 173/24 186/16
269/10
**117 [4]** 127/16 129/18
129/20 263/19
**11:33 [1]** 82/22
**11:57 [1]** 82/22
**11th [2]** 160/1 237/13
**12 [24]** 22/25 23/14 23/16
29/16 58/7 87/3 97/7 97/8
149/15 156/2 158/16 170/8
170/8 170/10 202/25 237/3
237/5 243/19 265/13
265/14 265/21 267/23
268/2 269/11
**126 [2]** 121/5 263/19
**128 [1]** 115/22
**12:30 [1]** 275/25
**12th [5]** 228/24 228/25
232/1 237/13 237/14
**13 [9]** 55/15 87/4 96/19
127/9 155/18 156/2 177/22
186/16 245/11
**13-year-old [1]** 56/2
**130 [1]** 111/20
**14 [14]** 29/11 88/24 101/15
146/16 154/14 175/4
175/15 189/6 190/17
192/10 223/16 245/11
254/23 255/1
**146 [3]** 101/7 101/10
263/19
**14th [1]** 91/8
**15 [6]** 97/21 130/5 192/10
222/25 275/24 278/5
**150 [4]** 101/6 101/7 106/17
167/12 167/14
**202 [1]** 46/14
**151 [1]** 99/16
**16 [4]** 2/22 160/1 270/3
270/22
**162 [2]** 93/16 93/21
**165 [8]** 93/10 93/17 93/23
95/15 95/18 263/18 269/11
269/11
**16A [15]** 17/7 17/16 30/23

**37/3** 63/19 75/14 83/15
117/9 121/11 143/21
154/19 210/17 216/24
245/14 258/8
**16B [2]** 72/1 117/12
178/18 245/19
**16C [2]** 52/11 167/5 167/7
172/4
**16D [1]** 107/3
**16E [9]** 2/3 7/25 17/8
37/6 117/14 204/15 219/2
254/14 257/7
**16H [3]** 8/5 32/18 37/10
**16I [3]** 8/9 64/19 180/23
**16J [4]** 17/8 24/17 95/21
225/10
**17 [6]** 29/12 75/23 90/25
103/17 190/20 239/23
**175 [3]** 263/18 269/10
269/10
**176 [1]** 83/1
**18 [12]** 15/14 48/6 82/12
82/15 83/3 105/17 143/23
148/9 175/4 175/14 180/9
180/10
**184 [1]** 81/19
**188 [1]** 78/13
**18th [1]** 281/12
**19 [5]** 77/9 97/21 137/5
137/20 137/21
**192 [3]** 263/18 269/9 269/9
**198 [1]** 263/18
**1988 [2]** 68/2 68/3
**1990 [3]** 64/3 225/19
225/20
**1992 [1]** 62/11
**1993 [1]** 68/16
**1996 [2]** 225/19 225/20
**1999 [1]** 154/1
**1:00 [1]** 126/24
**1:00 time [1]** 275/25
**1:03 [1]** 129/11
**1:45 [1]** 127/14
**1:45 for [1]** 129/8
**1:45 we [1]** 127/16
**1:52 [1]** 129/11
**1B [3]** 17/4 24/7 29/1

**2**
**20 [16]** 8/15 29/24 29/25
77/12 90/19 105/11 127/11
137/3 159/10 174/1 178/3
178/12 191/12 210/21
222/25 235/1
**200 [4]** 47/4 263/17 269/8
269/8
**2003 [1]** 154/19
**2006 [1]** 221/6
**2007 [1]** 9/2
**2008 [2]** 167/14 217/15
**2010 [1]** 150/4
**2011 [2]** 101/18 102/5
**2014 [1]** 261/7
**2017 [2]** 31/2 149/16
**2018 [1]** 91/17 91/18
**2020 [4]** 87/19 130/23
220/15 243/25
**2021 [1]** 130/24
**2024 [1]** 1/12
**2025 [1]** 281/12
**204 [1]** 36/12
**205 [3]** 263/17 269/7 269/7
**21 [2]** 175/4 175/12

**21-year-old [1]** 137/23
**21201 [1]** 1/25
**216 [4]** 24/12 263/17 269/6
269/6
**218 [3]** 263/17 269/5 269/5
**219 [4]** 13/3 263/16 269/4
269/4
**22 [10]** 1/12 8/19 49/6
77/13 77/14 82/13 82/15
104/23 182/8 246/11
**23 [4]** 127/1 127/7 175/4
175/10
**23-cr-0278-JKB [1]** 1/5
**23-year-old [1]** 138/8
**234 [1]** 2/11
**24 [8]** 8/20 12/5 97/21
125/5 152/21 153/4 175/4
237/18
**24-year-old [1]** 175/7
**25 [5]** 42/2 47/18 47/19
76/3 213/17
**255 [1]** 263/16
**26 [4]** 76/3 112/3 122/15
138/11
**267 [2]** 263/14 263/15
**26th [1]** 99/21
**27 [2]** 127/2 174/6
**27th [1]** 176/17
**28 [8]** 70/15 166/22 264/21
265/6 265/14 265/17
265/22 281/6
**28th [1]** 264/18
**29 [1]** 24/20
**29th [1]** 265/4
**2:30 [1]** 209/13
**2nd [2]** 92/19 92/21

**3**
**30 [11]** 54/16 104/21 143/8
150/2 157/3 159/10 186/5
208/8 235/1 235/2 257/3
**30-day [1]** 152/4
**302 [3]** 263/14 269/3 269/3
**307 [3]** 263/14 269/2 269/2
**318 [1]** 263/14
**32 [7]** 16/5 18/7 70/15
74/17 203/17 203/18 256/6
**329 [1]** 263/13
**33 [4]** 80/11 104/24 110/7
222/15
**333 [1]** 263/13
**339 [3]** 263/13 269/1 269/1
**34 [3]** 16/6 222/12 222/13
**341 [1]** 263/13
**35 [5]** 29/15 110/7 235/2
239/6 258/1
**36 [14]** 29/15 29/19 29/20
29/25 242/24 242/25 258/1
258/2 258/3 263/2 263/7
264/7 264/9 264/12
**361 [3]** 263/12 268/18
268/25
**363 [1]** 263/12
**36th [2]** 264/24 265/4
**37 [4]** 262/18 263/22
269/18 269/18
**39 [3]** 255/7 255/8 256/3
**3:35 [1]** 204/3
**3:43 [1]** 204/3

**4**
**45 [1]** 127/13
**45 percent [5]** 29/13 82/15
82/16 82/18 173/13
**49 [3]** 263/22 269/16

**269/16**
**4:15 in [1]** 229/16
**4th [2]** 1/24 147/17

**5**
**50 [4]** 127/8 156/14 156/14
192/12
**50/50 [1]** 192/12
**52 [1]** 224/4 263/22
**53 percent [1]** 203/19
**56 [2]** 222/11 222/19
**5:00 and [1]** 275/23
**5:19 [1]** 266/17
**5:21 [1]** 266/17
**5:22 [1]** 266/23
**5:30 [1]** 275/23
**5:33 [1]** 266/23
**5:45 p.m [1]** 271/4
**5A [10]** 271/21 271/21
271/25 272/1 272/9 272/9
272/14 272/18 276/18
280/2
**5th [4]** 142/14 147/18
147/22 262/20

**6**
**62 [2]** 214/20 263/21
**65 [4]** 210/12 263/21
269/14 269/14
**6:01 [1]** 276/21
**6:06 [1]** 280/3

**7**
**70 [1]** 256/12
**753 [1]** 281/7
**76 [1]** 194/21
**78 [3]** 29/13 263/21 270/5

**8**
**80 [2]** 172/9 270/5
**83 [1]** 263/21
**89 [1]** 151/22
**8:30 tomorrow [1]** 29/24

**9**
**90 percent [1]** 244/24
**91 [3]** 263/21 269/12
269/12
**96 [2]** 166/23 263/20
**98 [1]** 263/20
**9:00 [1]** 276/13
**9:00 so [1]** 276/7
**9:15 [2]** 276/6 276/13
**9:30 [2]** 275/21 276/2
276/12 279/16
**9:30 to [1]** 275/22
**9:30 tomorrow [1]** 280/2
**9:38 [2]** 1/12 2/1

**A**
**a.m [4]** 1/12 2/1 82/22
82/22
**A1 [1]** 268/2
**A4 [1]** 268/2
**abandoned [1]** 118/11
**ability [45]** 5/18 8/21 21/9
21/17 26/11 26/16 27/8
28/15 34/18 34/25 38/16
45/4 67/4 72/6 74/20 76/10
77/8 84/23 88/15 89/22
90/22 94/11 94/20 102/13
103/14 107/22 113/14
114/1 120/2 132/5 143/18
144/15 145/9 152/10
154/22 165/8 167/23

**JA676**

**A**

**ability... [8]** 172/18 196/15 198/2 208/5 211/13 219/18 223/7 261/25
**able [46]** 4/24 19/2 22/23 34/22 35/5 44/23 44/25 59/11 62/7 75/19 85/24 86/2 86/5 112/17 112/19 114/17 116/4 132/13 145/12 154/17 177/14 177/19 181/25 182/5 182/6 184/6 193/12 195/11 197/20 199/24 200/11 201/13 207/14 207/15 207/16 207/17 207/21 208/4 208/24 209/8 225/8 238/24 240/15 240/18 248/1 267/7
**abnormalities [1]** 33/12
**about [278]** 3/3 5/17 8/11 8/23 8/25 9/16 9/16 10/4 10/13 10/16 11/11 11/15 17/19 18/9 18/18 19/3 20/3 21/1 21/22 22/10 24/9 24/25 25/11 26/9 27/7 27/11 28/2 29/13 31/1 31/17 32/9 32/13 32/18 32/22 33/1 33/13 33/22 34/1 37/14 38/2 38/4 39/7 42/7 42/11 42/19 48/2 52/10 53/9 53/17 54/16 58/3 60/10 61/7 61/12 61/13 62/9 62/13 62/15 62/16 63/9 63/22 64/3 64/20 65/6 65/12 65/22 66/14 68/8 70/8 71/13 71/20 72/4 72/6 73/23 74/18 74/19 75/6 75/19 75/22 80/16 80/22 82/1 82/15 84/5 84/8 84/21 84/22 84/25 85/5 87/8 88/9 88/14 89/18 89/21 90/21 90/25 91/13 92/15 94/9 94/10 94/13 96/21 100/6 102/4 102/8 102/12 102/18 102/24 103/13 103/19 105/19 107/3 107/21 113/20 117/19 118/1 118/2 118/7 120/1 121/23 122/9 123/15 124/9 124/17 128/5 130/11 132/4 133/3 133/17 135/21 136/13 137/6 138/14 138/17 139/13 143/12 143/17 143/23 144/14 144/22 144/22 145/7 145/18 146/5 146/9 151/8 151/10 152/9 153/10 153/10 154/14 154/16 154/21 155/14 157/6 159/1 159/9 159/13 160/16 160/24 167/11 167/22 169/7 170/1 171/6 172/17 172/25 176/13 176/18 176/21 176/25 177/12 178/2 178/3 178/12 178/14 179/9 179/12 180/17 181/12 181/21 182/12 183/15 183/17 184/10 184/13 184/25 185/20 187/14 187/25 189/20 190/2 190/13 190/14 191/15 198/2 199/9 200/11 200/21 201/13 202/7 202/12 203/12 205/2

205/12 207/8 207/20 208/7 208/13 209/7 210/23 211/11 212/15 213/17 213/22 215/22 219/6 219/8 219/14 219/15 220/17 223/5 223/6 223/8 223/11 223/14 223/16 225/3 225/17 226/14 226/16 227/11 227/15 228/21 228/25 230/3 230/16 230/25 232/13 233/9 233/25 234/11 236/16 238/21 240/13 241/15 241/19 244/24 245/12 246/14 250/14 250/14 251/19 253/9 254/13 255/11 256/7 256/11 257/3 258/11 258/17 259/21 260/5 260/14 260/22 261/22 261/24 262/23 263/5 270/5 272/24 273/2 273/8 273/11 273/13 274/11 274/12 276/13
**above [3]** 183/1 264/21 281/9
**above-entitled [1]** 281/9
**absolute [2]** 184/10 254/1
**absolutely [2]** 32/11 38/3 44/2 73/16 87/11 132/12 152/12 152/20 157/25 247/19 248/4 263/7
**Absolutes [1]** 130/17
**abuse [21]** 2/24 3/9 8/1 37/7 39/4 39/16 39/24 75/17 76/23 87/20 87/21 87/23 88/1 88/6 117/15 204/16 219/3 223/12 254/15 254/18 257/11
**abused [5]** 113/8 204/24 223/15 254/24 255/3
**abusing [1]** 74/24
**academic [2]** 109/24 110/9
**academics [1]** 193/16
**Academy [2]** 105/2 105/3
**accept [10]** 112/6 112/17 112/18 112/19 112/24 122/18 122/24 141/18 232/15 238/13
**accommodation [1]** 201/25
**accommodations [4]** 128/16 199/11 199/15 201/4
**accomplish [1]** 156/14
**accomplished [2]** 34/13 277/25
**according [2]** 188/8 270/4
**accordingly [6]** 12/21 65/19 202/1 262/25 269/23 276/11
**account [2]** 219/15 231/11
**accountant [4]** 21/5 212/6 212/7 212/8
**accounting [9]** 47/20 47/24 48/7 211/19 211/21 211/24 213/2 214/2 214/3
**accounts [5]** 47/21 47/22 48/9 51/6 160/19
**accusation [2]** 38/8 85/17 85/18 85/23 85/25 114/7 120/6
**accusations [2]** 9/10 31/17
**accused [19]** 2/25 8/2 9/4

42/23 43/4 43/7 52/13 79/22 80/12 90/10 117/17 131/13 167/8 172/6 204/18 219/5 246/2 254/17 257/8
**accuser [1]** 39/14
**accustomed [1]** 256/23
**acknowledge [1]** 201/24
**acquaintance [1]** 205/10
**acquired [2]** 177/17 225/2
**acquisitions [1]** 70/19
**across [3]** 82/3 84/13 260/21
**act [3]** 66/6 188/10 199/10
**action [3]** 62/22 107/12 204/21
**active [1]** 26/1
**activities [4]** 137/6 193/25 233/2 274/9
**activity [2]** 144/5 194/1
**actors [2]** 247/12 247/14
**actual [1]** 191/13
**actually [36]** 15/3 17/22 27/17 65/4 80/22 117/22 123/23 131/4 131/20 133/20 134/18 140/17 141/6 146/3 146/10 146/18 149/20 152/1 173/2 178/6 183/9 186/7 198/25 208/16 208/25 209/15 212/10 228/13 228/22 236/4 253/9 260/14 261/23 262/18 268/10 271/12
**add [2]** 14/5 75/10
**added [2]** 174/12 174/14
**addicts [1]** 218/5
**addition [1]** 109/5
**additional [12]** 28/21 29/23 127/11 156/25 160/3 166/12 194/13 216/4 238/20 262/14 264/24 271/9
**address [6]** 77/18 195/11 227/11 240/6 256/11 262/14
**addressing [2]** 269/21 270/22
**adequate [1]** 201/25
**adequately [1]** 201/12
**adhere [1]** 273/5
**adjacent [1]** 272/5
**adjourn [1]** 277/4
**adjourned [1]** 279/15
**adjusted [1]** 25/25
**admin [1]** 124/18
**administer [2]** 270/23 271/8
**administration [7]** 47/14 48/10 51/3 51/11 77/6 129/5 260/24
**administrative [1]** 123/21
**administrator [1]** 134/18 148/2
**administrators [3]** 22/10 69/5 233/13
**admire [2]** 45/15 203/9
**admit [3]** 83/4 124/11 124/13
**adolescent [1]** 180/11
**adolescents [1]** 180/8
**adoptive [1]** 218/14
**adult [5]** 60/1 87/12 165/11 165/13 165/16
**advance [1]** 204/10
**advanced [1]** 150/18
**advantage [1]** 113/24

**adverse [1]** 10/18
**adversely [1]** 119/10
**advise [1]** 276/23
**advisement [1]** 148/17
**advises [1]** 262/18
**advising [2]** 114/5 164/18
**advisor [1]** 110/10
**advisories [1]** 235/21
**advocate [2]** 4/7 60/3
**advocates [2]** 8/16 77/11
**affairs [2]** 132/4 227/12
**affect [33]** 8/21 10/2 11/16 21/9 21/16 26/11 26/19 27/7 28/15 34/18 45/4 76/10 77/8 88/15 89/21 90/22 103/14 107/22 113/22 114/1 115/2 132/5 143/18 144/15 145/9 152/9 154/22 167/23 172/18 219/18 227/6 228/5 261/24
**affected [1]** 119/10
**affects [1]** 26/16
**affiliated [1]** 226/25
**affiliation [4]** 95/22 96/5 234/19 234/24
**afford [1]** 188/11
**afoul [1]** 200/13
**afraid [5]** 45/3 57/7 61/22 66/1 262/24
**Africa [1]** 261/19
**African [1]** 236/24
**after [33]** 15/12 20/4 20/13 37/9 65/17 79/15 100/23 108/16 118/9 127/15 142/21 152/21 153/4 161/24 174/1 188/5 190/15 193/15 193/24 196/6 196/8 205/5 205/14 236/17 236/18 264/17 264/23 265/11 265/12 271/19 272/18 278/2 278/12
**after-school [2]** 193/15 193/24
**afternoon [40]** 86/23 93/11 95/16 99/17 101/8 101/9 106/18 106/19 111/21 111/22 115/23 121/6 129/19 129/23 135/15 135/16 142/4 142/5 149/9 158/11 172/1 173/1 173/6 176/8 188/21 194/21 204/4 205/22 207/1 214/23 214/24 215/2 229/17 239/8 243/9 254/6 256/4 258/6 275/24 275/25
**AG's [1]** 117/2
**again [30]** 4/23 7/5 11/25 23/21 41/17 42/1 60/19 67/19 76/21 79/4 103/17 112/13 122/21 128/2 129/22 132/3 162/8 164/14 171/23 180/17 184/9 186/5 186/15 206/2 214/17 215/2 232/12 232/17 253/16 261/22
**against [20]** 10/19 76/25 77/1 77/2 77/25 107/6 107/9 107/14 114/8 150/1 151/24 151/25 152/5 153/21 264/20 264/21 265/1 265/2 265/5 265/6
**age [4]** 148/8 180/8 180/10 235/10
**agency [13]** 87/6 89/2 89/4 91/10 105/14 117/2

130/8 177/24 236/14 248/22 252/14 252/15 252/16
**agent [18]** 1/19 70/19 130/9 149/16 152/21 153/7 153/14 182/10 182/11 184/22 184/23 187/15 187/16 246/13 246/14 248/18 248/19 248/22
**agents [1]** 244/14
**ages [1]** 170/7
**ago [44]** 5/9 7/14 10/16 21/12 23/9 36/20 39/20 66/14 73/17 83/19 83/20 84/17 84/18 90/6 90/7 90/18 90/19 107/17 107/18 113/3 116/13 116/13 117/25 121/22 121/23 124/9 138/9 143/23 159/10 159/10 160/19 160/22 172/12 176/20 178/3 178/12 210/21 213/17 229/20 235/2 235/2 235/2 258/16 258/17
**agree [35]** 6/16 29/12 45/16 57/10 81/12 86/15 86/16 114/20 122/25 122/25 123/1 123/5 123/7 123/8 123/9 123/19 132/17 149/13 165/19 168/3 168/4 182/23 200/15 201/1 201/6 222/14 229/22 229/24 230/13 230/19 248/2 248/4 262/17 263/7 263/9
**Agreed [1]** 258/3
**agrees [2]** 206/10 223/24
**Ah [1]** 170/10
**ahead [13]** 73/12 93/24 112/2 116/24 167/6 198/5 208/13 264/14 268/14 268/19 268/21 268/24 276/17
**aid [2]** 197/7 199/4
**aided [3]** 1/22 197/18 201/3
**Aim [1]** 276/12
**all [117]** 5/7 9/2 9/5 9/9 13/17 16/17 18/17 21/21 22/23 22/14 25/1 32/9 32/13 35/4 37/25 38/21 43/6 53/10 54/7 61/6 65/17 70/4 78/17 79/23 80/4 80/18 82/10 82/20 82/23 86/25 96/14 97/9 99/3 99/23 109/2 110/23 113/10 115/1 116/9 116/19 119/15 119/16 120/1 123/17 124/2 129/6 131/10 137/4 137/15 140/9 141/12 146/18 146/19 147/17 147/22 148/9 149/12 150/12 151/4 151/25 152/7 152/15 152/16 156/14 172/4 174/24 183/2 183/21 189/1 190/16 198/11 199/23 201/3 204/1 205/11 211/8 213/15 215/23 226/14 227/21 231/3 232/1 233/22 233/25 239/2 240/24 240/21 248/9 250/7 259/1 262/15 263/7 263/9 264/4 265/11 265/18 266/2 266/5 268/22 270/17 271/5 271/6 271/10 271/16 272/6 272/7 272/14

**A**

**all... [7]** 274/20 275/4 276/9 276/16 276/16 276/24 278/8
**all-encompassing [1]** 61/6
**allegations [14]** 2/23 3/15 7/25 34/19 37/6 87/19 117/15 204/16 219/2 225/10 230/11 230/16 254/15 255/14
**alleged [2]** 34/20 225/11
**allied [2]** 88/11 169/19
**allow [3]** 31/20 157/11 273/18
**allowed [5]** 214/15 220/8 273/11 274/25 279/18
**almost [5]** 191/24 207/2 218/13 235/1 235/2
**alone [1]** 39/25
**along [5]** 131/24 141/4 199/3 268/12 268/23
**already [14]** 65/22 75/12 76/5 77/17 94/9 116/9 120/6 120/14 162/5 174/23 192/15 192/21 223/5 279/11
**also [44]** 1/19 6/14 7/7 9/2 9/16 12/17 35/15 45/6 48/8 50/7 53/7 53/19 56/10 60/12 82/4 85/2 98/17 109/14 109/14 128/22 128/24 134/7 142/24 146/14 153/2 153/15 153/16 156/14 161/7 188/1 195/4 195/18 199/11 200/12 200/22 212/11 218/6 219/14 244/6 251/16 252/2 253/11 257/2 257/6
**alternate [7]** 265/2 265/8 267/21 269/12 269/14 269/16 269/18
**alternates [10]** 29/16 29/18 264/20 265/9 265/24 265/25 266/5 266/8 267/24 268/3
**alternative [1]** 209/11
**alternatives [1]** 209/9
**although [5]** 6/10 116/20 162/5 171/5 187/8
**always [13]** 13/19 13/20 14/7 54/25 67/20 80/15 91/10 114/5 163/9 170/18 249/6 249/12 249/20
**am [21]** 24/25 47/7 60/7 60/7 74/21 88/12 95/17 99/24 116/2 120/7 130/12 142/6 151/14 188/5 191/2 224/8 234/3 235/15 257/1 258/6 275/18
**Amazon [5]** 151/11 237/20 237/21 241/11
**ambition [1]** 199/12
**ambitious [1]** 278/18
**ambivalence [2]** 123/14 123/17
**AME [1]** 236/24
**Amendment [1]** 9/21
**AMERICA [5]** 1/4 2/4 176/16 215/7 224/11
**Americans [2]** 76/25 199/10
**among [4]** 165/1 172/4 247/14 265/17
**amount [2]** 31/14 80/16

**ample [1]** 276/12
**analysis [2]** 33/17 152/6
**analyst [5]** 69/4 104/9 149/16 149/18 150/10
**analytic [2]** 33/7 33/10
**anecdotal [1]** 35/16
**Angela [1]** 278/15
**angry [1]** 8/14
**Annapolis [5]** 101/17 102/6 108/2 109/8 109/13
**Anne [9]** 168/13 169/1 169/8 169/14 171/6 211/16 212/11 212/14 212/24
**announcer [1]** 116/1
**another [28]** 9/5 26/11 32/17 34/2 53/8 53/20 58/13 65/8 66/3 112/9 115/9 116/21 163/19 166/6 189/8 206/15 206/16 212/6 220/16 227/8 228/18 228/20 229/2 237/22 243/5 268/2 274/23 275/2
**answer [96]** 3/3 7/18 7/23 8/3 8/8 8/13 8/17 8/22 10/11 11/22 12/4 17/18 24/14 30/10 30/25 32/17 34/10 37/12 39/22 41/23 52/15 63/21 65/18 73/21 73/22 74/21 77/15 77/23 83/16 84/3 84/24 87/7 89/5 94/12 95/20 106/23 107/5 113/7 116/17 116/25 117/19 121/9 121/10 122/18 130/9 144/21 158/15 167/5 167/10 172/4 172/8 176/14 176/18 178/1 179/11 179/13 180/23 181/1 181/4 181/5 181/6 182/11 184/9 184/11 189/2 190/17 208/8 208/13 210/15 210/10 215/9 217/1 219/6 224/10 224/13 225/15 227/21 231/20 239/14 239/17 239/23 240/21 243/19 246/14 246/17 248/21 250/18 250/23 251/2 253/6 253/18 253/20 254/14 254/18 257/9 258/10
**answered [17]** 3/1 5/13 32/21 36/25 42/4 42/5 65/20 73/21 74/2 74/9 75/16 95/23 101/17 114/14 166/15 223/8 257/2
**answering [7]** 24/6 60/25 116/25 214/17 222/9 242/21 270/13
**answers [51]** 2/21 5/7 7/9 7/11 13/7 17/15 30/16 36/18 37/14 47/11 52/8 57/22 57/22 58/1 62/2 72/5 73/13 74/6 75/13 77/16 79/18 80/7 83/11 84/20 86/25 94/5 101/14 103/23 112/2 121/1 130/5 132/17 135/24 149/11 160/12 167/4 168/3 176/13 189/1 189/5 204/9 207/4 215/3 215/4 222/25 224/9 229/7 239/10 243/17 254/12 258/7
**anticipate [6]** 71/15 180/4 208/8 276/4 278/15 278/19
**any [176]** 2/24 4/2 7/21 8/1 8/5 8/15 8/16 13/7 15/12 16/22 17/16 21/2 22/10

22/19 26/7 26/15 26/25 27/23 28/9 31/7 32/18 34/12 35/17 35/24 37/3 37/7 37/10 37/10 39/11 49/2 50/9 50/23 51/7 52/12 52/15 52/12 56/22 57/11 57/22 57/25 63/19 64/17 65/3 65/18 67/9 70/2 71/2 71/8 71/16 72/5 72/20 75/9 75/14 77/1 77/10 77/11 77/22 80/4 83/21 84/1 84/3 84/20 87/4 88/24 90/9 92/6 92/25 95/5 95/21 96/5 97/18 99/3 102/19 105/15 106/6 111/9 116/4 117/15 120/21 123/14 125/16 125/20 126/10 127/17 130/5 131/22 132/17 134/10 135/4 135/23 134/10 139/23 144/4 144/18 145/1 145/1 147/6 150/24 151/2 152/15 152/25 155/19 156/9 156/21 160/11 161/20 162/16 165/7 167/7 170/3 170/25 171/17 172/5 175/23 177/16 177/22 178/18 178/25 182/1 184/1 186/25 188/14 193/7 193/23 194/3 196/24 199/24 204/16 209/9 210/18 212/25 214/8 216/4 216/14 217/13 219/7 221/25 224/20 225/2 225/3 227/11 228/1 228/8 238/1 242/1 242/13 248/10 248/10 248/13 252/13 253/1 253/4 254/16 255/22 257/7 258/8 259/15 261/8 262/6 267/1 267/6 267/9 267/12 272/22 273/19 274/17 274/20 274/25 275/8 277/3 279/21
**anybody [10]** 64/12 83/22 90/7 101/16 103/17 103/21 182/14 198/20 205/7 259/1
**anymore [5]** 139/4 141/24 146/4 158/9 161/15
**anyone [12]** 51/7 85/14 107/4 144/1 164/6 181/10 200/10 211/8 223/11 228/2 270/18 272/21
**anything [75]** 5/10 7/16 8/10 21/17 22/12 26/9 26/20 32/9 34/3 34/12 36/22 39/7 39/23 43/11 48/15 51/15 58/4 63/9 64/20 66/5 72/6 73/18 73/23 74/17 75/10 75/23 75/19 77/2 77/16 77/25 78/4 78/4 79/14 80/5 81/9 81/16 82/23 85/5 86/20 88/8 88/20 92/8 93/21 95/12 96/10 97/20 97/22 97/24 98/5 99/10 100/8 100/13 101/10 107/8 107/25 109/2 110/6 110/17 112/5 112/17 112/17 113/11 114/19 115/17 116/3 117/3 117/5 122/18 126/25 127/15 128/4 128/23 129/14 131/22 133/13 134/14 136/4 137/19 138/24 139/20 140/9 141/12 142/24 148/7 149/1 156/1 156/6 157/14 162/16 162/20 164/15
**anyway [1]** 60/6

**anywhere [1]** 133/10
**apart [1]** 248/6
**apartment [7]** 7/24 64/1 118/17
**apartments [1]** 259/7
**apolitical [1]** 152/23
**apologies [2]** 162/13 164/3
**apologize [5]** 5/16 18/13 204/10 206/2 254/9
**apology [1]** 271/4
**app [2]** 224/16 225/3
**appear [6]** 29/13 30/1 178/7 179/24 264/20 265/2
**APPEARANCES [1]** 1/14
**appeared [1]** 155/7
**appearing [2]** 224/16 266/1
**appears [1]** 279/24
**applaud [1]** 233/16
**apple [1]** 271/21
**applies [1]** 240/10
**apply [8]** 11/9 43/24 109/2 112/25 114/18 240/11 240/17 248/9
**applying [1]** 252/13
**appreciate [23]** 2/19 4/16 4/24 7/6 7/7 10/1 36/16 38/3 75/2 78/13 78/14 81/4 82/4 100/24 114/4 121/1 129/25 135/18 176/10 176/11 203/9 224/5 242/20
**appreciative [1]** 73/3
**apprehend [2]** 90/7 178/6
**apprehended [4]** 64/12 103/11 144/1 211/8
**approach [2]** 39/8 139/25
**appropriate [3]** 177/9 230/25 253/22
**appropriately [2]** 64/15 187/8
**approximately [4]** 208/9 210/20 210/21 278/5
**apps [1]** 274/1
**April [2]** 59/13 220/2
**architecture [1]** 174/17
**arduous [1]** 270/6
**are [236]** 2/11 4/24 8/10 14/13 14/17 16/4 18/4 19/20 25/23 26/3 29/5 29/7 29/7 29/22 31/17 32/3 32/4 32/5 34/24 35/13 36/11 40/7 43/2 43/3 43/8 45/3 46/11 46/18 49/18 49/22 60/5 61/15 61/22 64/20 66/17 66/19 66/20 67/19 70/4 70/14 72/1 72/2 73/13 75/19 77/2 77/16 77/25 78/4 78/4 79/14 80/5 81/9 81/16 82/23 85/5 86/20 88/8 88/20 92/8 93/21 95/12 96/10 97/20 97/22 97/24 98/5 99/10 100/8 100/13 101/10 107/8 107/25 109/2 110/6 110/17 112/5 112/17 112/17 113/11 114/19 115/17 116/3 117/3 117/5 122/18 126/25 127/15 128/4 128/23 129/14 131/22 133/13 134/14 136/4 137/19 138/24 139/20 140/9 141/12 142/24 148/7 149/1 156/1 156/6 157/14 162/16 162/20 164/15
**aren't [1]** 191/8
**arguably [2]** 233/8 233/19
**argument [1]** 39/10
**arguments [1]** 40/7
**Arms [1]** 235/16
**around [16]** 14/8 14/9 26/15 29/19 34/15 47/2 50/6 101/18 137/8 137/11 146/22 203/1 224/7 227/19 231/24 274/21
**arrested [3]** 118/22 130/14 167/15
**arrive [2]** 276/5 276/6
**arrived [1]** 267/18
**arrow [4]** 112/8 189/8 204/23 204/24
**art [2]** 56/10 56/10
**article [2]** 176/20 176/24
**articles [1]** 273/19
**articulately [1]** 198/12
**arts [2]** 111/4 251/21
**artsy [1]** 252/3
**Arundel [5]** 168/13 169/2 169/8 169/14 171/6
**as [231]** 3/5 3/15 5/12 5/24 6/14 7/5 7/17 8/5 8/9 8/22 10/5 10/5 15/23 16/10 19/22 27/7 27/12 27/16 28/5 29/19 30/15 31/21 32/18 36/23 37/11 39/8 39/22 39/23 41/7 41/7 41/8 43/24 53/20 55/3 62/22

**165/1 165/2 165/3 165/24 168/3 170/7 170/9 170/14 171/4 171/9 174/3 175/3 175/8 176/4 177/6 179/8 180/10 182/17 186/15 187/13 187/14 188/17 190/12 192/9 192/20 194/21 195/1 195/11 197/18 197/20 199/12 199/15 199/22 200/1 200/2 201/22 202/25 203/2 203/3 203/5 203/10 204/11 204/12 205/21 207/14 207/17 207/21 209/1 209/8 210/9 210/10 211/18 213/3 213/9 214/15 220/7 221/9 222/11 226/25 227/7 228/3 230/5 230/7 230/20 233/11 233/11 233/12 234/5 234/6 235/21 238/3 238/3 238/21 239/2 246/23 247/12 247/14 247/17 248/24 250/5 250/5 251/2 255/6 255/14 256/15 256/16 256/17 261/14 263/8 264/18 265/1 265/16 266/4 266/18 267/7 267/17 268/25 269/1 269/2 269/3 269/4 269/5 269/6 269/7 269/8 269/9 269/10 269/11 269/12 269/14 269/16 269/18 269/24 270/7 270/23 272/15 272/17 272/19 273/6 273/22 274/18 274/22 275/11 275/16 276/9 277/3 280/1
**area [22]** 13/19 36/8 39/15 70/3 70/4 73/1 92/3 106/14 109/6 111/18 126/19 130/24 136/9 171/23 176/5 188/19 194/17 214/16 216/11 229/5 239/4 242/22
**areas [1]** 87/16**

## JA678

**A**

**as... [196]** 63/5 63/10
64/19 67/7 67/8 67/19
68/13 69/4 72/11 72/11
73/20 74/20 79/22 81/15
84/23 85/4 88/19 89/2
90/21 94/11 100/5 100/5
103/14 112/12 113/6
113/22 113/23 114/5
116/16 119/19 120/2
122/10 123/21 127/10
133/13 134/15 136/1 137/6
139/2 139/2 139/4 144/16
144/18 144/25 145/4 145/9
145/10 145/16 145/18
148/1 148/2 148/4 150/2
150/7 150/9 150/21 151/9
152/21 153/13 155/1 155/1
157/17 157/24 164/19
165/2 168/21 169/9 172/3
177/14 177/15 177/25
178/15 179/7 179/23
181/20 182/4 183/16
183/18 183/19 184/17
184/18 187/16 188/2 188/7
188/8 188/9 188/14 188/25
189/4 189/11 189/13
189/13 189/18 190/3 195/1
195/10 195/11 195/15
195/15 195/25 196/24
197/3 197/20 197/21
197/21 199/19 199/22
200/20 201/3 201/10 202/5
202/5 203/4 204/13 204/20
207/18 207/18 207/23
207/23 207/24 207/24
208/12 209/15 210/15
216/20 217/21 218/15
223/7 223/15 225/1 225/5
225/5 229/23 231/9 231/14
233/23 234/2 234/2 234/2
234/9 234/11 234/23
238/15 238/22 239/13
239/14 240/17 240/21
240/21 241/2 243/1 243/1
244/17 245/25 246/17
248/10 249/7 252/4 255/13
257/11 260/13 260/21
262/25 264/9 264/16
264/19 264/20 264/22
265/6 265/8 265/8 265/14
265/21 265/21 265/24
266/7 266/8 267/21 267/21
267/23 268/12 268/13
268/16 269/23 269/25
270/1 270/15 271/10
271/10 271/21 272/24
273/16 273/21 275/12
276/2 277/15
**ascertain [1]** 183/3
**Asian [1]** 76/25
**aside [4]** 38/17 177/16
225/2 240/15
**ask [40]** 12/24 22/24 23/2
26/17 27/7 46/23 51/7 62/9
65/6 71/14 71/15 79/19
81/5 95/10 102/3 112/13
121/17 122/24 128/1
139/13 139/16 152/4
155/11 157/12 162/4 162/6
162/21 164/5 165/23 171/6
173/14 180/17 182/16
193/12 200/7 219/8 232/17
232/21 254/21 266/14

**asked [25]** 5/7 22/20 27/1
46/20 73/8 74/18 74/18
84/21 84/22 88/19 94/9
94/10 128/15 156/22
161/21 172/4 187/1 193/8
198/23 214/9 223/5 223/6
253/9 256/7 261/21
**asking [19]** 4/1 28/2 36/6
36/9 45/25 86/4 99/10
107/3 112/12 126/17
135/12 165/6 171/21
173/11 194/15 227/20
239/18 249/14 266/25
**asks [1]** 167/7
**aspects [1]** 200/16
**aspiration [1]** 247/2
**assault [8]** 17/7 17/18
18/2 18/11 18/11 18/14
66/12 117/12
**assaulted [6]** 31/3 37/1
37/5 75/22 117/10 219/9
**assembler [1]** 13/24
**assembly [14]** 14/4 36/8
73/1 106/14 111/17 126/19
136/7 139/1 171/23 176/5
188/19 194/17 239/4
242/22
**assess [3]** 67/8 88/19
248/24
**assessing [2]** 76/12 88/12
**assessment [3]** 227/6
227/15 248/10
**asset [1]** 149/24
**assigned [3]** 88/8 268/1
268/3
**assignment [6]** 6/21 150/2
150/6 150/16 158/19
206/15
**assignments [1]** 244/4
**assist [1]** 209/8
**assistance [2]** 51/25
149/1
**assistant [12]** 15/24 15/25
60/3 68/13 101/21 101/22
101/23 103/19 123/22
133/13 134/15 212/23
**assistant-paralegal [1]**
103/19
**associate [3]** 96/10 96/14
225/14
**associate's [3]** 169/9
241/18 251/20
**associated [3]** 205/9
225/15 274/22
**associates [34]** 2/25 7/22
8/2 8/16 17/17 30/24 37/4
37/7 52/12 63/20 75/15
77/10 84/2 87/5 88/25
90/10 91/1 117/16 130/6
167/8 172/6 177/23 178/19
179/1 181/10 204/17
210/19 216/25 218/21
219/4 254/16 257/8 258/9
259/16
**assume [4]** 31/10 53/4
202/16 230/10
**assuming [1]** 130/15
**assumption [1]** 155/9
**assure [1]** 273/8
**asterisk [1]** 215/10
**ATM [1]** 143/22
**attack [1]** 62/22
**attacks [1]** 235/23
**attempt [3]** 258/10 259/17
259/24

**attempted [1]** 246/3
**attend [2]** 24/24 159/23
**attendance [1]** 238/23
**attended [9]** 22/1 22/4
22/24 23/5 26/14 95/23
181/10 225/14 227/19
**attention [9]** 101/16 117/9
128/22 135/19 177/6
204/14 208/11 246/16
277/3
**attenuated [1]** 189/22
**attorney [8]** 30/20 53/25
54/2 89/2 89/9 89/11
101/20 117/2
**audible [2]** 32/7 180/25
**audio [2]** 199/24 200/23
**audiovisual [1]** 105/13
**AUGUST [2]** 1/12 91/8
**August 14th [1]** 91/8
**aunt [4]** 30/20 143/7
143/17 189/7
**aunt's [2]** 18/24 89/9
**Australia [1]** 68/13
**authority [1]** 233/19
**autistic [1]** 138/12
**automatic [1]** 40/20
**automatically [3]** 39/24
157/24 248/23
**available [1]** 263/4
**Avenue [2]** 95/22 225/13
**Averette [1]** 251/23
**avid [1]** 156/11
**avoid [2]** 148/25 274/20
**awaiting [1]** 113/9
**aware [4]** 74/22 94/16
147/22 219/21
**awareness [2]** 53/7
235/20
**away [9]** 6/13 80/21 100/9
177/3 207/24 227/8 234/8
236/19 256/12
**awkward [1]** 123/11

**B**

**babysitter's [1]** 5/21
**bachelor [1]** 220/24
**bachelor's [5]** 20/18 33/15
91/14 236/20 236/20
**back [74]** 6/22 8/23 11/25
20/13 23/12 29/5 41/9
41/16 51/17 54/19 54/21
54/22 59/13 59/14 59/19
60/15 64/4 64/17 66/8 71/5
74/11 75/13 76/8 79/14
81/13 83/12 83/24 94/2
95/11 99/11 99/15 102/5
106/13 113/2 118/13 121/8
121/10 122/1 123/12
128/25 129/5 150/16 154/3
154/4 158/9 167/12 167/14
173/13 176/11 179/19
181/13 186/19 189/14
194/16 200/19 206/25
213/25 214/1 214/16 220/8
223/3 234/16 241/12
242/21 249/19 256/15
258/21 260/10 266/18
266/21 266/24 270/18
279/21 279/24
**backed [1]** 157/9
**background [22]** 20/3
33/14 48/2 68/9 91/13
96/22 120/8 152/13 153/15
157/15 157/16 160/25
169/7 185/20 191/16

213/22 220/18 236/17
241/16 251/19 260/22
261/1
**backs [1]** 256/16
**backwards [1]** 74/13
**bad [4]** 55/20 61/17
247/12 247/14
**bail [1]** 89/4
**balance [1]** 57/9
**balances [1]** 182/25
**Baltimore [21]** 1/25 24/20
70/21 95/23 96/8 97/11
110/10 146/10 153/8 153/9
154/11 158/17 216/11
216/12 217/22 225/13
229/5 229/6 231/14 231/16
251/7
**band [1]** 148/8
**bank [3]** 138/10 155/1
155/2
**banking [1]** 260/21
**banquets [1]** 105/6
**bar [3]** 53/25 54/1 205/5
**Barcelona [1]** 65/25
**bars [1]** 15/3
**baseball [3]** 95/24 95/24
96/1
**based [26]** 8/7 8/12 11/21
29/8 32/20 51/2 64/22
66/17 71/16 72/12 74/6
144/20 145/14 152/25
152/25 155/9 157/1 157/11
179/10 180/19 180/22
187/20 205/21 238/8
273/22 273/24
**basement [1]** 256/23
**basic [2]** 155/18 241/18
**basically [10]** 25/15 25/17
48/8 118/20 160/23 177/2
186/4 236/14 240/2 241/9
**basics [1]** 140/23
**basis [2]** 185/9 238/25
**basketball [1]** 171/12
**baskets [1]** 139/5
**bat [1]** 215/6
**bathroom [1]** 78/22
**Batson [8]** 267/1 267/1
267/6 267/7 267/9 267/10
267/13 267/13
**be [299]**
**beach [1]** 170/20
**bear [14]** 94/23 98/23
126/5 134/24 142/9 156/17
166/24 193/3 204/5 214/5
221/21 222/20 242/9 262/3
**bearing [1]** 148/24
**became [1]** 101/20
**because [80]** 4/1 6/1 9/8
9/9 9/12 9/20 9/21 13/19
18/25 23/6 29/22 42/2
42/12 44/13 45/19 61/22
66/18 79/21 80/19 80/22
81/19 82/5 86/5 88/20
102/9 119/12 119/18
123/11 139/3 144/24 155/5
160/9 160/21 163/7 181/3
182/10 183/15 183/23
184/22 187/6 187/9 188/12
189/15 189/17 190/18
198/20 199/17 199/20
200/8 201/8 201/8 208/14
210/8 226/12 226/12
227/21 228/10 231/18
231/24 234/19 243/2
246/13 246/15 248/18

213/22 220/18 236/17
241/16 251/19 260/22
261/1
**249/7** 249/17 249/21 250/3
250/13 250/17 252/7 253/9
262/19 263/7 265/18
265/18 265/19 271/16
273/3 273/21
**Becca [3]** 2/12 99/15
267/17
**become [4]** 256/23 267/22
270/24 272/2
**been [185]** 2/18 2/25 5/14
7/22 8/2 13/19 13/21 17/17
18/9 19/25 23/5 24/13
31/17 34/8 35/5 36/11
37/4 37/8 42/3 43/4 47/16
47/17 48/21 52/13 52/13
52/14 52/22 52/22 54/15
54/25 55/3 58/6 59/10
59/11 59/15 60/9 63/14
63/16 63/20 68/1 68/15
71/22 75/15 80/11 80/14
80/15 80/18 82/1 83/15
84/2 85/3 85/16 86/23
87/16 88/25 90/10 90/11
91/7 91/8 91/22 95/24
96/17 96/19 96/20 97/7
97/8 104/20 104/21 104/23
105/1 105/10 105/11
105/25 106/22 107/4 110/2
112/21 114/8 115/3 117/16
118/3 118/21 118/22
119/12 125/12 125/4 125/19
131/8 133/15 133/16
133/20 133/22 136/11
136/13 138/16 154/12
155/4 155/6 158/22 167/8
167/9 167/9 169/24 172/6
172/6 172/7 173/17 174/20
178/19 178/20 179/1
180/16 182/19 183/22
185/18 186/5 188/9 190/18
190/20 191/9 191/11
191/12 195/22 200/19
203/9 204/17 210/19 212/3
216/25 218/21 219/4
221/25 221/17 225/14
221/5 221/17 225/14
230/14 237/3 238/24 241/4
241/5 241/13 243/22
245/15 247/9 248/9 251/9
254/1 254/17 256/21 257/8
257/10 258/9 259/16
259/23 261/6 263/4 263/10
265/12 265/17 265/19
266/20 267/20 267/21
268/1 268/15 269/22 270/3
270/10 271/17 273/10
273/16 275/14 276/19
**before [50]** 1/11 14/20
18/3 18/14 18/7 18/8 18/9
20/2 29/20 33/17 34/22
48/5 68/23 78/18 79/23
90/14 102/22 104/25 108/4
109/17 118/8 125/22
137/17 133/5 137/1 137/3
146/13 155/7 159/9 176/23
182/7 196/6 203/13 212/5
215/18 217/10 219/10
220/15 236/6 236/7 236/11
236/12 238/4 241/7 241/9
251/11 267/1 267/10 277/4
277/25
**began [2]** 54/21 196/6

**B**

begin [4] 262/20 263/11 271/4 276/2

beginning [2] 188/5 243/23

behalf [3] 1/15 1/17 120/19

behavior [2] 33/7 33/10

behaviors [1] 33/17

being [39] 9/12 26/1 38/18 41/7 41/16 46/9 59/17 60/22 60/24 71/16 75/4 79/4 84/12 129/3 134/22 148/20 165/1 176/11 177/10 179/16 183/11 192/21 193/13 196/19 197/5 197/16 197/17 200/9 201/13 206/19 216/22 216/23 217/14 232/13 234/20 234/25 239/11 245/23 256/12

belief [2] 12/8 32/3

beliefs [5] 8/5 32/18 37/10 37/11 144/18

believability [2] 248/24 248/25

believe [42] 21/6 31/19 32/14 39/14 42/2 43/23 67/2 67/6 72/12 72/16 74/8 74/19 74/25 77/2 78/1 80/19 84/22 93/16 94/11 99/22 100/14 100/19 112/25 113/12 114/17 119/7 130/23 131/14 132/8 132/18 134/8 165/13 176/24 182/17 223/6 224/20 232/12 245/1 256/21 260/8 262/2 278/11

believes [3] 78/1 163/25 164/4

bells [1] 28/9

belong [3] 8/16 77/11 268/22

below [1] 212/17

bench [114] 3/21 4/11 6/7 6/19 11/2 12/23 16/21 17/2 22/18 23/3 23/23 24/5 26/24 27/15 27/21 28/4 28/19 28/24 35/23 36/5 40/12 41/4 50/22 51/10 51/19 51/23 56/21 60/17 61/20 62/21 71/7 71/19 72/19 72/24 76/20 78/12 86/10 86/19 92/24 93/6 95/1 95/9 99/2 99/9 106/5 106/12 111/8 111/15 115/8 115/16 120/17 120/24 126/9 126/16 135/3 135/11 139/9 140/2 141/11 141/23 147/16 148/6 148/13 149/5 156/20 158/7 161/19 162/25 163/21 165/22 166/9 166/14 170/24 171/8 171/16 171/20 175/22 176/3 179/21 180/3 186/24 188/16 193/6 193/21 194/10 194/14 199/7 202/3 206/6 208/12 209/23 210/6 214/7 214/14 221/24 222/6 223/19 223/25 229/12 232/24 237/25 239/1 242/12 242/19 252/25 253/25 255/19 255/24 257/15 257/21 262/5

**benches [1]** 24/9

**BENDANN [11]** 1/7 2/4 12/7 22/25 78/21 162/9 163/17 163/25 176/16 215/8 224/12

**Bendann's [1]** 12/5

**benefits [2]** 69/5 70/18

**Benji [1]** 163/17

**besides [1]** 133/11

**best [12]** 5/22 6/24 17/8 45/17 53/22 53/24 67/3 75/3 156/12 189/6 238/11 268/5

**bet [3]** 81/14 116/7 116/8

**better [4]** 12/2 12/3 67/21 200/10

**between [9]** 46/17 201/9 230/8 231/13 253/14 265/3 265/3 268/2 275/23

**beyond [19]** 9/23 42/25 43/10 46/25 49/14 85/19 86/2 112/5 112/15 114/9 122/16 122/23 123/4 125/16 178/23 179/5 209/18 215/15 218/24

**BGE [1]** 185/3

**bias [5]** 115/2 115/10 152/25 158/1 232/13

**big [4]** 98/21 133/7 137/13 185/9

**biochemist [1]** 192/22

**biology [1]** 191/18

**bioprocess [1]** 96/10

**birth [1]** 131/9

**bit [22]** 3/3 5/17 10/4 11/12 11/24 14/8 42/10 42/19 84/7 113/19 136/2 139/14 145/5 153/17 154/15 163/6 204/9 205/25 216/3 221/20 248/23 277/8

**bits [1]** 75/24

**black [2]** 39/5 249/20

**Blakefield [2]** 159/18 163/5

**blank [3]** 279/17 279/18 279/20

**bleep [1]** 105/4

**blood [2]** 218/10 256/16

**Bluetooth [1]** 197/15

**blunt [1]** 218/4

**board [2]** 197/4 213/14

**boat [4]** 49/23 49/24 161/11 161/12

**book [1]** 151/17

**bookkeeping [1]** 47/25

**Border [3]** 34/8 34/10 34/11

**boredom [1]** 270/14

**born [5]** 18/3 18/4 18/7 18/8 218/18

**both [20]** 44/16 45/11 50/10 57/8 68/10 71/24 75/20 85/8 85/11 118/8 132/21 156/7 157/2 164/16 192/14 208/16 218/5 225/11 257/10 265/19

**bother [2]** 10/20 72/9

**bottom [3]** 31/22 38/4 67/2

**bought [1]** 163/8

**box [9]** 268/4 268/11 268/17 270/23 272/9 272/10 272/11 272/13 272/14

**boyfriend [3]** 219/10

**boys [1]** 165/1

**brain [2]** 35/8 81/1

**branch [1]** 150/21

**bread [1]** 9/13

**break [18]** 17/7 17/18 17/20 17/21 25/17 25/19 46/24 47/3 78/22 78/24 89/25 121/13 126/25 127/13 127/17 204/3 217/1 245/24

**break-in [7]** 17/7 17/18 17/20 17/21 89/25 121/13 217/1

**breaking [1]** 7/23

**BREDAR [1]** 1/11

**Breyers [1]** 14/23

**brick [1]** 141/3

**brief [14]** 5/9 5/10 7/15 7/16 36/21 36/22 73/17 73/18 113/4 113/5 116/14 116/15 157/3 171/3

**briefly [2]** 75/21 232/10

**bring [12]** 2/10 11/24 29/14 42/13 101/7 128/22 129/18 206/24 219/18 248/1 266/19 279/9

**bringing [2]** 157/10 238/4

**brings [1]** 8/13

**broad [2]** 65/9 185/9

**broader [1]** 238/24

**broadly [2]** 152/5 180/14

**Brody [1]** 241/13

**broke [8]** 17/22 90/2 103/7 103/8 121/13 217/22 245/25 258/14

**broken [2]** 83/16 121/20

**brother [6]** 31/5 52/17 53/13 118/20 131/20 131/23

**brothers [3]** 31/4 119/11 241/13

**brought [13]** 42/17 76/8 78/15 107/8 107/14 109/8 114/9 132/10 135/19 199/13 201/15 203/19 272/8

**Bryn [11]** 24/19 24/21 25/3 25/12 25/13 26/10 27/5 27/10 27/18 28/6 28/14

**bubble [1]** 243/2

**build [1]** 151/20

**building [6]** 136/8 174/2 185/13 185/13 244/20 271/25

**built [1]** 154/16

**bunch [2]** 137/5 137/8

**burden [5]** 9/22 40/22 40/25 43/14 270/14

**bureau [1]** 150/23

**Burned [1]** 37/5

**bus [1]** 25/9

**buses [1]** 25/9

**business [17]** 55/2 108/24 108/25 172/23 172/25 173/4 173/17 174/1 174/9 174/20 175/5 212/8 212/15 214/1 251/24 254/20 260/24

**businesses [3]** 174/1 211/23 212/9

**busy [6]** 50/15 50/18 92/13 169/4 242/3 261/13

**butter [1]** 9/13

**boys [1]** 165/1

**C**

**calculation [2]** 29/22 265/23

**California [3]** 62/18 66/2 68/14

**CALISTA [1]** 1/19

**call [13]** 11/18 13/14 13/17 13/18 61/16 109/1 137/24 137/25 162/10 164/19 168/11 184/18 268/16

**called [13]** 14/22 20/5 75/4 81/9 104/5 115/19 163/2 163/7 165/1 197/14 245/24 245/25 260/19

**calling [2]** 164/11 165/4

**calls [1]** 278/13

**Calvert [1]** 168/12

**Cambridge [4]** 216/17 216/18 217/8 219/25

**came [15]** 20/13 95/13 118/8 118/13 119/12 173/13 176/14 189/19 202/13 205/7 224/14 227/24 233/7 234/13 234/14

**cameras [1]** 259/8

**camp [4]** 49/23 49/25 50/7 50/8

**can [120]** 3/5 5/3 5/17 8/25 10/4 10/19 11/23 14/9 21/18 24/7 26/17 29/20 29/25 31/1 41/7 42/7 44/1 46/19 46/21 46/24 60/10 60/11 60/23 60/23 60/25 61/2 61/6 61/16 67/20 72/12 72/14 72/16 75/21 78/25 81/5 82/7 82/12 83/4 84/25 85/10 85/19 86/1 87/3 87/8 88/18 89/7 93/19 94/13 95/12 96/3 100/5 108/13 120/5 120/9 121/3 124/11 124/13 125/16 127/1 130/2 135/23 139/3 140/12 141/25 147/21 148/24 149/21 154/15 158/3 158/9 160/24 167/11 170/19 171/22 178/2 182/12 183/18 190/8 195/3 197/9 197/16 198/24 199/16 203/15 205/3 206/15 207/18 208/1 208/2 208/2 208/15 216/10 223/17 224/4 225/17 226/17 230/25 235/5 238/11 239/19 239/19 243/5 243/15 250/8 250/20 254/22 254/25 256/15 256/24 258/11 270/19 270/20 270/21 271/17 273/6 273/7 273/8 276/3 276/10 279/7

**can't [27]** 11/16 37/1 46/23 49/11 49/12 60/5 60/6 66/22 90/5 114/10 148/22 183/17 189/14 197/7 198/8 198/8 198/11 198/14 198/20 200/20 201/2 206/24 216/6 240/3 250/18 273/2 273/15

**Canada [3]** 60/5 60/5 152/2

**cancer [2]** 58/6 60/12

**candid [6]** 10/1 80/5 96/7 121/1 202/6 233/16

**candidly [2]** 12/17 231/25

**candor [12]** 36/17 41/7 45/14 75/2 78/14 81/4 82/4 114/3 114/21 115/17 199/21 202/4

**Canteen [1]** 137/7

**capability [1]** 235/18

**capable [1]** 234/5

**capacities [2]** 149/21 149/24

**capacity [32]** 31/19 38/16 45/21 46/15 46/16 81/22 88/13 160/21 191/12 194/24 201/17 226/15 226/17 256/20

**car [23]** 17/7 17/18 17/20 17/21 17/22 62/23 63/24 64/4 64/16 83/16 83/17 89/25 90/12 118/18 121/13 121/14 121/15 121/15 121/20 121/21 122/12 175/13 261/17

**caratokonis [1]** 207/10

**card [3]** 69/22 245/15 245/15

**cards [1]** 119/14

**care [11]** 2/19 32/25 54/6 60/3 85/11 110/14 113/24 129/2 135/19 147/11 221/13

**career [6]** 81/23 108/18 152/6 153/20 154/5 181/15

**careers [1]** 155/16

**careful [3]** 157/18 157/19 199/9

**carefully [5]** 2/20 57/21 81/20 183/21 263/3

**caregiver [2]** 113/8 209/2

**cares [1]** 134/14

**Carolina [1]** 20/0

**carpenter [2]** 25/4 25/15

**carries [1]** 56/13

**carry [1]** 198/7

**carrying [1]** 205/21

**cars [2]** 98/9 261/16

**CART [1]** 157/5

**carting [1]** 137/11

**case [160]** 2/23 3/15 5/10 5/13 6/23 7/15 7/18 7/25 8/9 8/22 9/5 9/22 10/17 21/10 21/15 26/12 29/20 31/17 31/22 35/6 35/10 36/21 36/24 37/6 38/7 38/8 38/11 38/11 38/12 38/22 39/8 43/22 44/18 45/1 62/13 63/11 73/8 73/20 74/21 76/8 76/12 76/16 79/24 79/25 82/2 82/3 84/24 85/5 85/19 86/2 86/3 88/9 88/16 90/23 94/12 94/21 95/12 102/14 107/6 113/4 113/7 113/12 113/14 114/5 114/6 114/25 115/18 116/14 116/17 117/14 120/3 120/4 130/16 132/7 152/11 152/14 152/16 154/23 155/20 157/4 157/21 157/25 162/1 167/4 176/16 176/17 176/17 176/19 178/3 177/12 177/18 178/19 179/3 179/8 180/5 182/3 182/4 187/10 187/15 187/17 200/2 204/16

**JA680**

**C**

case... [35] 206/16 208/13 211/14 215/7 215/8 215/9 215/23 219/2 219/19 219/20 223/8 224/11 224/12 224/13 225/1 225/3 225/6 225/11 226/20 230/4 232/1 232/25 233/6 233/7 233/8 234/4 234/17 240/9 240/10 254/15 255/13 262/1 263/5 265/15 267/20 267/24 270/25 271/1 272/21 273/7 273/12 273/13 273/13 273/16 273/19 274/3 274/5 274/6 274/15 274/16 274/23 275/9 278/20

cases [18] 32/5 74/22 79/23 82/1 87/23 88/2 88/7 89/19 113/18 143/13 146/5 152/15 155/4 155/6 159/2 177/5 190/3 215/23

cast [1] 187/19

casual [1] 201/15

casually [1] 29/19

catch [2] 80/1 124/6

catchall [1] 104/13

categories [2] 180/6 180/15

categorize [1] 108/22

category [1] 100/8

catnaps [1] 256/24

caught [2] 40/24 66/6

cause [46] 3/24 6/10 6/17 11/5 11/10 12/12 12/22 28/22 40/15 46/14 61/5 65/7 72/5 82/13 86/12 86/17 95/4 115/12 120/20 127/2 148/17 157/1 158/6 187/5 187/23 200/8 201/8 202/2 206/9 210/2 223/22 229/24 230/10 232/8 232/12 232/23 238/8 238/9 238/19 238/25 243/6 255/21 257/17 262/19 263/1 266/21

causes [2] 233/22 253/6

CCBC [2] 20/13 239/24

CDF [1] 128/20

Cecil [2] 133/11 134/7

center [5] 104/13 105/24 185/13 207/13 221/4

CenturyLink [1] 160/17

ceramic [1] 68/11

ceramics [1] 67/17

ceremonial [1] 271/20

certain [11] 10/9 71/23 82/1 148/20 195/15 197/15 198/9 198/14 199/12 231/12 255/11

certainly [11] 11/5 11/13 21/11 40/24 43/5 113/21 208/5 215/5 231/4 265/23 275/4

CERTIFICATE [1] 280/5

certification [1] 221/18

certifications [1] 260/24

Certified [1] 281/4

certify [1] 281/6

cetera [6] 8/17 58/5 61/17 77/12 229/21 234/1

Chadsworth [1] 147/1

chain [2] 151/12 151/21

chair [4] 42/10 42/11

challenge [5] 67/7 201/20 202/22 203/3 209/25

challenged [1] 265/20

challenges [11] 202/8 264/19 265/1 265/5 265/9 265/12 265/19 267/1 267/7 267/10 267/13

challenging [1] 256/18

Chambersburg [2] 16/11 138/9

chance [3] 32/15 164/22 231/23

change [9] 8/16 12/7 12/7 72/5 77/11 180/21 181/5 181/6 248/23

changed [3] 119/18 233/20 238/13

channel [2] 128/21 267/3

Chapel [1] 191/17

chapters [1] 151/17

characterize [1] 238/2

charge [10] 85/23 85/24 86/3 114/7 114/9 153/7 153/14 233/11 233/13 235/22

charged [3] 52/22 76/11 87/16

charges [6] 85/5 113/11 118/8 119/15 130/13 246/8

charging [1] 178/7

Charlotte [3] 27/24 28/1 28/8

chase [1] 62/20

chat [1] 118/21

chatrooms [2] 118/22 119/19

Cheaper [2] 67/22 67/23

check [1] 124/22

checked [1] 144/22

checks [2] 182/25 183/2

cheerleading [1] 171/11

chemo [1] 59/1

Chesapeake [1] 109/10

chief [1] 150/22

child [11] 3/5 3/6 5/14 105/24 117/22 134/12 145/1 223/15 237/16 237/19 252/3

childcare [2] 209/24 210/8

children [43] 8/6 32/19 32/23 32/24 33/11 34/17 37/11 39/4 39/23 54/6 55/12 60/1 70/4 77/2 77/25 85/1 85/2 94/15 110/4 110/5 125/24 134/10 140/6 144/19 144/25 145/19 148/8 150/1 152/5 153/21 171/4 174/24 175/1 175/8 179/14 179/16 186/11 186/14 192/7 209/2 210/9 252/1 257/11

children's [1] 209/1

China [1] 173/24

chitchat [1] 202/16

chocolate [1] 15/5

choice [1] 156/8

choices [1] 205/19

CHRISTOPHER [8] 1/7 1/17 2/4 163/17 176/16 215/8 224/12 278/16

church [2] 98/18 98/21

Churchton [2] 168/5 168/10

circled [3] 37/8 112/9

112/10

circles [1] 165/24

circumstance [4] 82/2 165/18 183/17 240/15

circumstances [17] 4/13 35/7 35/12 38/10 76/13 113/12 114/19 114/22 182/17 230/1 230/2 230/20 254/20 276/4

citizen [3] 41/8 46/9 60/4

citizens [2] 187/25 270/15

citizenship [1] 60/6

city [11] 20/9 95/23 97/11 97/12 185/1 185/9 190/24 217/22 225/13 229/6 251/7

city-wide [1] 185/9

civic [1] 44/17

civil [1] 62/10

civilian [1] 253/14

claim [1] 34/25

claimed [1] 62/21

claiming [1] 65/11

clarification [1] 171/3

clarified [1] 238/2

class [4] 100/21 143/4 143/5 240/2

classes [8] 24/24 25/2 53/2 100/22 181/14 240/3 240/6 240/19

clear [20] 2/18 4/1 4/20 7/2 30/11 36/9 41/7 73/6 82/4 94/4 115/25 145/3 165/12 165/19 167/6 188/6 204/6 219/1 222/23 254/5

cleared [2] 166/21 279/3

clearly [1] 208/1

clerk [16] 69/13 262/18 263/3 264/16 264/23 266/19 267/25 268/4 268/8 268/14 271/22 272/6 272/8 272/17 279/6 279/8

clerk's [5] 89/3 149/1 242/25 263/23 264/1

client [3] 127/22 161/25 164/4

client's [1] 200/13

clients [2] 9/4 96/16

climate [1] 232/3

clinical [1] 91/17

close [33] 5/2 22/11 49/18 53/22 77/10 81/18 85/2 87/2 88/25 90/25 115/9 118/10 118/19 119/24 127/10 130/25 143/10 143/11 156/5 177/23 179/1 181/10 192/23 205/10 205/12 217/20 218/21 225/13 232/6 258/12 262/16 270/16 276/11

closed [1] 189/8

closely [1] 205/9

closer [13] 33/9 37/19 40/16 42/10 44/4 84/7 96/3 102/3 121/18 167/13 168/12 178/8 254/25

closest [27] 2/25 7/22 8/2 8/15 17/17 30/24 37/4 37/7 52/12 63/20 75/15 84/2 87/5 90/10 117/16 130/6 167/8 172/5 178/19 204/17 210/18 216/25 219/4 254/16 257/8 258/9 259/16

closet [1] 94/18

cloud [1] 207/12

club [7] 160/5 162/10 162/14 163/9 163/12 163/13 165/3

clubs [2] 162/17 163/1

clue [1] 146/1

coach [1] 194/2

coaches [1] 233/14

coaching [1] 193/25

coding [1] 260/25

coffee [1] 174/10

coil [2] 197/14 201/21

collaborated [1] 110/1

collaborators [1] 109/24

collects [1] 209/3

COLLEEN [1] 1/15

college [4] 18/22 20/5 100/21 100/23 102/10 106/11 110/10 154/25 161/1 161/14 169/9 169/14 178/4 181/14 205/4 205/12 213/24 231/17 236/19 240/13 241/18 245/20 251/22 252/9

Collie [3] 34/8 34/11 34/11

Columbia [1] 258/19

Columbus [1] 210/25

combination [1] 153/13

Comcast [1] 160/20

come [25] 6/22 19/2 63/19 80/12 95/10 179/18 195/21 195/25 198/7 207/22 213/18 220/8 226/25 227/23 245/24 263/6 268/7 268/8 268/22 271/19 271/20 272/3 272/4 272/4 273/9

comes [10] 78/18 80/24 101/15 112/24 115/2 123/2 184/11 224/10 248/6 270/15

comfortable [2] 162/9 240/8

coming [10] 4/15 41/16 46/11 59/19 71/15 81/16 106/20 121/8 209/9 270/12

commence [1] 277/25

comment [2] 75/21 200/25

comments [1] 233/16

Commercial [1] 48/24

commissary [1] 105/2

Commission [1] 236/13

commit [1] 219/7

commitment [2] 34/18 67/3

committed [1] 188/8

committing [4] 52/14 90/12 167/10 172/8

communicate [2] 194/17 228/4

communication [2] 30/1 128/21

communications [2] 67/18 91/15

communities [1] 231/13

community [12] 3/12 65/9 67/8 106/1 110/10 143/1 162/1 169/8 169/14 192/25 231/19 251/21

companies [6] 51/12 55/2 68/5 68/7 96/13 124/20

company [22] 14/23 68/14 68/16 87/6 87/7 96/19 124/19 125/4 151/20 160/18 161/8 169/20

177/24 178/1 191/3 191/11 220/16 241/11 241/13 250/4 251/3 261/12

compared [1] 67/7

compelled [1] 165/19

compelling [1] 39/10

compensate [1] 197/19

complete [6] 100/17 108/18 157/20 208/11 216/24 267/23

completed [4] 7/7 41/19 273/17 276/19

completely [12] 6/16 9/19 32/5 61/23 76/12 88/20 113/15 118/23 132/9 197/19 234/2 272/25

completing [15] 2/20 17/12 30/13 36/15 47/8 57/20 99/20 106/21 129/23 135/18 149/11 158/11 176/10 188/23 239/9

completion [3] 73/7 224/5 262/23

complex [1] 64/1

compliant [1] 151/25

complicated [3] 100/16 218/1 270/7

complications [1] 35/7

compliment [1] 233/16

comply [1] 270/9

compound [1] 258/14

comprehend [3] 196/19 197/20 198/8

comprehending [1] 199/23

computer [4] 1/22 79/10 81/14 157/5

Computer-aided [1] 1/22

computers [1] 157/7

concern [14] 11/21 12/5 61/7 61/18 72/10 148/20 157/8 162/3 187/9 187/18 187/21 230/24 232/11 232/13

concerned [6] 11/11 11/15 59/22 59/22 200/9 243/1

concerning [2] 40/24 77/6

concerns [12] 11/6 24/2 75/12 77/17 80/5 199/20 200/25 232/11 232/19 238/8 238/22 239/22

concluded [53] 4/11 6/19 12/12 17/2 23/3 24/5 27/15 28/4 28/24 36/5 41/4 51/10 51/23 61/20 71/19 72/24 73/21 78/20 88/19 93/6 99/9 106/12 111/15 115/16 120/24 126/16 140/2 141/23 148/6 149/5 158/7 165/22 166/14 171/8 171/20 176/3 180/3 188/16 193/21 194/14 202/3 206/12 210/6 214/14 222/6 223/25 232/24 239/1 242/19 255/24 257/21 262/11 267/16 280/3

conclusion [1] 253/18

concur [1] 78/8

condition [5] 195/20 195/21 196/7 197/22 208/10

conditions [2] 35/12 233/17

conduct [7] 52/13 87/13 90/11 167/8 172/6 230/18

**JA681**

**C**

conduct... [1] 275/9
conducted [2] 271/14
271/14
conducting [1] 204/12
conference [114] 3/20
4/11 6/6 6/19 11/1 12/23
16/20 17/2 22/17 23/3
23/22 24/5 26/23 27/15
27/20 28/4 28/18 28/24
35/22 36/5 40/11 41/4
50/21 51/10 51/18 51/23
56/20 60/16 61/20 71/6
71/19 72/18 72/24 76/19
78/12 86/9 86/19 92/23
93/6 94/25 95/8 99/1 99/9
106/4 106/12 111/7 111/15
115/7 115/16 120/16
120/24 126/8 126/16 135/2
135/10 139/8 140/2 141/10
141/23 147/15 148/6
148/12 149/5 156/19 158/7
161/18 162/24 163/20
165/22 166/8 166/14
170/23 171/8 171/15
171/20 175/21 176/3
179/20 180/3 186/23
188/16 193/5 193/21 194/9
194/14 199/6 202/3 206/5
206/12 209/22 210/6 214/6
214/14 221/23 222/6
223/18 223/25 229/11
232/24 237/24 239/1
242/11 242/19 252/24
253/24 255/18 255/24
257/14 257/21 262/4
262/11 267/4 267/16
281/10
confident [4] 165/16 188/5
188/10 205/15
configured [2] 199/22
203/5
confirm [1] 129/4
conflict [1] 181/24
conflicting [1] 262/19
conflicts [1] 240/12
conformance [1] 281/10
confused [2] 122/19 181/3
confusing [1] 112/21
268/20
Congratulations [2] 20/23
21/2
connect [1] 216/6
connected [1] 197/10
connection [7] 18/18 22/8
26/15 27/23 96/5 144/1
227/1
connections [1] 228/2
consent [1] 88/13
consequences [1] 6/14
consider [1] 38/22
consideration [1] 208/12
considered [1] 177/10
consistent [2] 129/2
188/11
Constitution [5] 9/17
42/22 81/12 112/24 199/18
constitutional [2] 12/15
200/13
construction [3] 71/1 92/1
92/3
consult [2] 275/11 275/13
contact [6] 69/24 69/25
70/2 274/20 275/1 275/5

content [4] 46/20 47/1
173/12 240/6
contention [1] 230/17
context [8] 114/4 183/21
185/11 187/24 189/18
231/21 232/5 238/24
continue [8] 2/6 4/4 37/2
52/24 63/18 230/25 231/5
238/14
continuing [6] 13/5 17/13
46/21 57/19 62/5 167/1
contract [1] 54/11
contractor [5] 19/22 20/2
91/25 125/15 244/24
contracts [3] 71/1 124/19
244/25
control [10] 100/6 148/22
151/23 241/2 241/8 241/10
241/12 241/14 241/21
242/4
conversation [7] 22/7
70/10 198/8 200/17 201/14
201/15 237/22
conversations [2] 159/5
159/12
conveyed [1] 176/25
convicted [15] 8/3 52/14
90/12 117/17 117/19
117/21 119/2 167/9 172/7
204/18 219/5 254/17 257/9
259/11 259/12
conviction [3] 119/6 119/8
120/11
Cooksville [1] 172/21
Coopers [2] 163/7 163/8
copy [1] 198/24
core [2] 81/11 234/8
corporation [2] 151/1
151/2
correct [81] 13/8 13/9
36/12 36/19 43/19 45/1
47/11 53/11 57/24 62/12
63/4 63/16 66/10 66/15
67/13 91/12 99/15 101/19
102/7 102/23 103/20
103/24 103/25 107/7
107/16 112/22 112/25
116/19 117/11 117/13
123/7 150/9 155/17 178/13
180/12 180/24 184/11
189/3 190/18 190/25
192/14 194/8 195/2 208/6
209/5 210/16 210/22
211/22 225/7 226/23
226/23 227/4 227/13
227/17 230/6 238/9 239/17
239/17 244/1 244/12
244/19 244/25 245/1
245/10 247/6 247/12
247/23 248/12 249/6 249/9
249/13 249/20 250/19
251/6 252/17 260/12
263/24 264/2 264/11
279/23 281/7
corrected [2] 239/11
239/19
correctly [2] 204/25 250/7
corrupted [1] 250/9
Cost [2] 67/24 67/25
Cost-effective [2] 67/24
67/25
could [35] 22/2 27/11
31/22 31/25 38/11 38/14
44/20 44/22 60/2 60/22
80/8 84/7 86/6 118/17

167/20 180/21 181/18
198/6 200/13 201/4 203/13
208/25 209/12 215/23
222/16 234/21 235/6
239/14 240/22 253/21
262/22 262/24 277/8
278/20 278/21
couldn't [8] 120/10 148/3
181/18 201/16 201/16
202/19 203/11 215/18
counsel [15] 76/21 77/17
82/7 82/23 86/11 101/3
148/18 201/6 235/6 257/13
264/16 266/2 266/18
266/25 280/1
count [8] 242/25 248/1
264/5 264/7 264/8 264/9
264/24 265/13
counted [2] 264/22 265/1
counter [2] 150/1 150/14
counter-terrorism [2]
150/1 150/14
counterassault [1] 154/2
counterfeiting [1] 154/1
counterintelligence [1]
150/11
counterterrorism [4]
149/25 150/12 150/17
150/20
counting [1] 192/2
countries [1] 151/4
country [7] 25/1 42/24
66/3 114/6 118/13 142/11
177/8
counts [1] 104/23
county [24] 23/19 69/8
69/11 79/8 89/10 110/10
119/4 122/17 123/22 133/11
134/7 146/10 146/14
146/22 158/17 163/14
168/11 168/12 171/6
196/10 196/11 236/13
236/14 237/9
couple [12] 20/13 25/10
64/8 101/14 137/15 149/21
149/23 159/11 205/5 205/6
270/3 270/11
courageously [1] 31/24
course [17] 27/16 71/21
85/18 100/15 101/7 113/15
118/23 148/22 153/19
155/18 177/5 181/19 197/2
219/11 233/20 247/2 249/2
court [61] 1/1 2/21 6/22
22/23 29/23 40/25 45/14
51/6 53/1 69/9 69/11 69/12
71/14 78/1 79/24 82/20
89/1 89/2 107/19 119/13
124/11 126/24 129/3 129/9
139/13 144/5 144/7 157/11
157/16 157/25 162/9 164/6
164/19 168/1 177/6 178/7
178/9 193/11 196/19
196/22 199/14 201/23
203/18 204/1 205/22
225/25 232/16 238/3 245/5
245/25 246/24 259/5
262/19 270/2 272/3 273/7
275/22 276/23 276/24
279/15 281/5
court's [12] 11/5 11/6
46/14 81/19 116/12 127/20
148/16 199/12 230/24
232/11 270/13 277/3
court-related [1] 89/2

courthouse [4] 119/2
245/9 271/19 271/23
courtroom [49] 17/4 24/7
29/1 29/6 36/10 47/2 69/15
69/18 99/11 106/20 128/24
132/11 135/17 165/12
165/19 167/6 177/17
196/12 200/2 204/6 219/1
222/23 224/17 225/4 225/4
240/17 254/5 266/21
271/14 271/15 271/15
271/20 271/21 271/21
271/22 271/25 272/1 272/4
272/5 272/5 272/8 272/9
272/9 272/14 272/18
273/23 274/22 277/2 280/2
courtrooms [2] 200/1
271/18
courts [7] 70/1 70/3 77/7
113/9 238/17 244/22
244/23
cousin [12] 17/9 18/19
18/20 22/4 22/24 23/4
30/20 75/16 76/2 89/8 91/2
91/3
cousin's [1] 5/22
cousins [1] 76/23
cover [1] 74/7
covered [1] 224/21
COVID [3] 130/24 256/22
cr [1] 1/5
crates [1] 137/11
crazy [1] 221/17
cream [3] 173/8 173/11
173/13
create [1] 12/9
creating [1] 253/13
credit [3] 69/22 245/15
245/15
crime [32] 3/1 7/23 8/3
17/18 30/25 37/4 42/23
52/15 63/21 75/16 83/16
84/3 90/12 102/16 117/9
117/17 121/11 153/16
153/23 167/10 172/8
178/20 204/18 210/19
217/1 218/21 219/5 245/14
254/17 257/9 258/10
259/17
crimes [11] 8/5 32/18
37/11 77/2 77/24 89/24
120/7 144/18 150/1 152/5
153/21
criminal [34] 1/5 8/17 9/22
52/13 52/14 53/4 53/22
77/7 77/11 89/2 90/10
90/11 91/1 114/6 154/23
155/4 155/6 155/15 157/25
167/8 167/9 172/6 172/7
172/9 172/15 179/3 181/11
181/14 199/19 211/14
239/24 240/2 240/3 273/7
critical [5] 227/11 234/5
248/1 248/2 248/10
critically [5] 183/11
183/21 183/25 184/9
188/14
cross [2] 165/2 278/21
crossed [1] 42/4
CrossFit [1] 156/15
CRR [2] 1/23 281/16
cruise [1] 100/5
CSO [3] 124/11 124/12
206/24
curiosity [1] 273/1

curious [2] 28/7 272/24
Curley [2] 17/25 18/1
current [8] 29/15 47/19
68/25 146/13 148/7 212/15
228/2 246/24
currently [10] 16/12 113/8
147/2 162/15 165/10
165/17 190/5 199/22
236/21 237/20
curriculum [1] 99/25
cushion [1] 276/7
custody [1] 279/14
customers [2] 151/24
212/9
cut [1] 276/11
cyber [4] 153/16 153/23
235/12 235/23
cybersecurity [4] 157/3
157/5 235/25 236/20

**D**

D.C [4] 87/12 91/7 244/21
244/23
D1 [2] 19/13 19/14
dad [1] 175/12
daily [1] 202/21
damage [2] 64/17 64/17
damaged [2] 64/6 64/7
dancer [2] 252/3 252/4
dancing [1] 227/19
Danville [1] 251/23
dark [1] 15/5
data [2] 35/15 157/7
Dated [1] 281/12
daughter [21] 16/5 16/11
98/11 98/12 98/13 101/18
101/20 102/12 103/18
110/7 110/9 118/15 138/8
138/13 159/15 161/14
162/11 173/23 174/23
175/5 252/2
daughters [2] 60/5 105/16
day [34] 1/11 32/5 35/4
41/17 55/18 55/20 55/20
61/17 79/15 119/18 128/7
142/16 142/18 142/21
152/4 176/12 190/8 198/24
205/23 208/17 208/18
209/3 227/14 245/7 248/5
250/12 256/19 256/24
262/20 272/3 273/9 275/22
daycare [4] 9/1 9/6 9/12
105/24
days [15] 59/15 59/15
104/17 129/3 140/9 150/2
157/3 191/25 192/1 233/24
233/24 270/3 270/11
deal [6] 35/6 98/8 124/7
176/25 259/19 259/20
dealing [1] 148/8
dealings [2] 51/7 51/12
deals [1] 148/3
dealt [3] 76/6 76/16 148/1
deceased [2] 118/4 118/5
decide [4] 42/18 85/20
145/15 273/22
decided [2] 140/24 186/4
deciding [1] 182/3
decision [5] 8/20 123/22
139/14 139/18 147/23
decisions [3] 35/18
152/25 187/17
deep [1] 169/22
deeper [2] 253/8 253/13

**JA682**

**D**

**deeply [5]** 11/15 12/8 61/19 234/2 254/19
**deeply-held [1]** 12/8
**defendant [40]** 1/8 1/17 2/8 2/13 9/17 9/18 9/24 11/7 16/25 29/17 30/5 36/2 42/3 43/10 51/1 56/25 82/23 93/3 112/3 112/14 114/5 114/6 114/11 122/15 122/21 123/3 129/7 162/7 162/18 163/17 199/19 201/11 214/11 215/11 225/11 225/25 265/6 267/12 279/14 280/1
**defendant's [4]** 8/20 129/1 199/18 201/7
**defender [4]** 89/1 89/1 101/16 101/17
**defender's [1]** 102/5
**defense [10]** 12/22 40/3 78/6 89/2 105/14 107/4 120/19 125/15 179/2 259/24
**defer [2]** 11/13 229/23
**deficiencies [1]** 199/13
**deficit [1]** 197/19
**definitely [1]** 23/15 155/6 235/5
**definition [1]** 180/12
**degree [8]** 20/17 31/13 185/22 191/19 214/1 214/2 241/18 251/20
**Delaware [1]** 134/9
**delays [1]** 33/11
**deliberate [2]** 148/22 201/18
**deliberation [1]** 200/18
**deliberations [2]** 200/12 202/25
**deliver [3]** 25/11 264/17 277/11
**delivers [1]** 209/2
**delve [1]** 253/8
**demands [1]** 61/22
**dementia [1]** 147/12
**demerits [2]** 152/19 157/21
**denied [4]** 157/13 158/6 187/23 188/15
**denomination [2]** 236/23 236/25
**dental [2]** 133/13 134/15
**dentist [2]** 133/21 133/23
**depart [20]** 4/14 6/24 12/25 61/24 78/16 86/21 95/12 99/11 115/20 203/10 206/19 210/10 224/1 254/2 256/1 257/23 270/17 270/19 270/20 270/21
**department [16]** 21/6 21/7 89/5 97/13 97/14 108/21 108/23 109/19 109/20 109/25 117/1 137/23 138/7 138/25 169/1 178/5
**depend [1]** 64/24
**depending [2]** 12/6 278/16
**depends [2]** 38/10 44/13
**depict [3]** 71/25 72/1 180/6
**depiction [1]** 72/2
**depictions [1]** 72/3
**deprive [1]** 183/23
**depth [1]** 188/3

**deputies [1]** 128/24
**deputy [3]** 271/22 272/5 272/8
**describe [4]** 31/16 191/4 192/22 235/19
**described [8]** 39/15 43/25 71/23 72/11 91/11 176/22 177/3 232/5
**describing [4]** 45/4 179/23 202/24 231/24
**description [18]** 5/10 5/11 7/15 7/16 36/21 36/22 72/13 73/17 73/18 107/6 113/4 113/5 116/14 116/15 119/15 180/22 212/1 224/18
**deserve [1]** 32/25
**deserves [1]** 32/15
**design [4]** 56/11 184/16 185/7 185/10
**designer [2]** 54/13 185/6
**designing [1]** 56/1
**desire [1]** 12/6
**despite [6]** 12/5 31/23 61/18 114/7 227/18 273/1
**destroyed [2]** 9/14 118/24
**detail [5]** 76/7 154/3 154/3 219/12 271/12
**details [6]** 38/21 53/10 224/14 224/21 224/23 272/18
**detainees [1]** 128/23
**Detective [1]** 278/17
**detects [1]** 183/7
**determination [1]** 148/19
**determine [1]** 114/2
**Detrick [1]** 16/12
**detriment [1]** 233/20
**develop [1]** 151/24
**developer [1]** 54/13
**developmental [1]** 33/11
**device [3]** 197/7 197/9 197/11
**devices [1]** 157/7
**devotion [1]** 145/19
**DHS [1]** 160/19
**diabetes [2]** 45/3 45/19
**diabetic [3]** 44/3 44/5 44/6
**dictionary [1]** 275/12
**did [134]** 3/11 12/15 14/20 14/24 15/6 15/8 15/10 25/3 25/7 25/21 31/5 40/20 62/25 63/1 63/5 63/7 64/2 64/5 64/14 66/4 69/3 69/6 73/22 80/1 82/17 83/19 83/21 83/21 83/22 83/24 84/15 84/17 87/9 87/19 87/23 87/25 88/1 88/3 88/4 103/1 105/3 107/19 107/20 108/18 108/22 109/5 109/17 113/11 116/21 118/23 121/22 122/5 127/7 127/25 130/21 132/20 133/5 133/18 137/1 137/5 138/14 138/18 140/6 140/13 140/15 143/22 144/4 144/7 144/9 144/11 149/17 150/6 152/5 153/23 153/25 154/1 154/14 156/10 157/16 158/20 159/1 163/1 169/13 172/12 172/14 173/22 178/5 178/9 185/24 186/6 187/23 189/20 190/16 192/3 193/17 195/24 196/5 196/9

196/15 196/18 196/20 196/21 196/24 201/24 204/25 210/23 212/5 213/18 216/12 217/17 220/15 220/20 223/11 228/21 229/15 231/16 231/17 231/18 232/8 236/16 238/10 241/7 244/2 251/11 252/4 253/8 253/16 256/16 258/18 258/24 259/1 259/2 259/5 260/10
**didn't [34]** 10/9 10/22 37/23 42/14 57/22 66/5 80/13 84/15 88/3 155/10 155/11 160/21 181/16 189/17 198/19 205/6 205/24 216/4 217/13 218/7 219/7 224/17 228/13 228/16 228/17 229/15 232/7 236/19 239/14 242/21 259/6 265/18 276/4 279/21
**Diego [1]** 64/3
**difference [1]** 272/12
**differences [1]** 272/17
**different [38]** 4/17 5/21 6/23 35/13 38/9 65/8 66/18 67/7 67/9 68/5 68/7 76/12 91/11 95/11 105/6 113/15 115/19 115/20 116/22 124/19 137/15 138/6 140/22 145/5 146/22 149/21 149/23 154/6 154/9 157/7 160/21 162/10 165/3 182/24 198/16 253/19 271/15 272/10
**differentiate [1]** 184/6
**differently [2]** 11/14 80/17
**difficult [32]** 2/22 3/14 5/11 5/15 5/23 6/1 7/17 8/6 8/11 32/4 32/19 36/23 37/11 38/6 63/10 64/21 73/19 74/25 76/15 77/5 79/21 113/5 116/16 122/10 144/19 178/15 179/10 180/18 195/7 208/10 209/24 260/6
**difficulties [1]** 229/19
**difficulty [5]** 6/11 151/10 199/22 257/4 257/5
**dig [4]** 249/23 249/24 251/1 253/13
**diligence [1]** 144/25
**diligent [1]** 73/9
**diploma [1]** 228/11
**dire [4]** 1/11 230/25 232/19 253/16
**direct [1]** 204/14
**directed [1]** 29/23
**direction [3]** 39/12 227/8 233/12
**directly [3]** 25/13 197/8 272/4
**director [2]** 104/12 151/9
**DISA [1]** 105/14
**disabilities [2]** 199/10 199/13
**disability [2]** 201/8 201/9
**disabled [2]** 32/23 34/17
**disagree [3]** 54/10 114/13 123/5
**disagreement [1]** 248/13
**disappeared [2]** 276/24
**discharged [2]** 41/8 114/12

**discipline [2]** 12/18 43/23
**disclosed [2]** 72/15 153/2
**disclosure [1]** 219/14
**discovered [2]** 181/23 231/15
**discoveries [1]** 187/17
**discretion [1]** 73/3
**discuss [6]** 5/15 112/1 116/11 272/21 272/21 272/22
**discussing [1]** 206/2
**discussion [11]** 73/4 120/12 157/11 159/5 188/2 188/5 188/6 203/9 229/8 238/20 246/23
**dishonest [1]** 78/4
**dismissed [1]** 79/23
**disorders [2]** 33/3 33/5
**displaced [1]** 159/8
**disposition [1]** 40/2
**dispositive [1]** 231/2
**dispute [3]** 130/7 217/21 246/6
**disqualify [1]** 157/24
**disregard [1]** 177/16
**disrespect [1]** 4/3
**distance [5]** 53/6 156/12 192/24 195/6 195/8
**distances [2]** 200/1 200/4
**distinct [1]** 132/10
**distinguish [1]** 38/16
**distraction [1]** 61/13
**distributed [1]** 96/15
**DISTRICT [4]** 1/1 1/1 281/5 281/6
**disturbing [1]** 86/4
**divinity [1]** 236/21
**division [2]** 1/2 19/23
**divisional [1]** 104/8
**divorce [1]** 75/25
**divorced [3]** 138/16 138/16 191/22
**do [369]**
**doctorate [1]** 236/22
**documents [1]** 178/7
**DoD [1]** 20/2
**does [67]** 24/15 48/19 49/7 49/9 52/8 54/4 67/15 68/25 69/12 70/7 70/18 72/5 74/15 89/11 89/17 97/10 97/12 97/16 99/15 100/4 105/12 105/20 106/25 111/9 125/14 131/21 134/3 134/17 135/24 138/6 145/25 146/2 160/12 161/6 162/18 169/18 171/12 171/12 172/9 173/5 174/7 188/6 190/7 197/19 197/21 200/24 206/16 207/4 212/22 214/11 221/2 237/5 237/8 237/10 237/19 244/20 244/21 245/5 248/22 250/6 252/8 262/6 267/6 267/9 267/12 270/18 278/23
**doesn't [18]** 10/11 11/9 28/8 32/9 43/1 43/11 46/6 60/6 84/8 89/13 104/5 123/14 128/2 157/23 161/15 197/23 231/16 231/17
**dog [2]** 34/4 34/6
**dogs [3]** 50/10 50/12 50/17

**doing [39]** 9/14 15/22 19/25 48/8 48/22 54/15 61/1 67/20 68/1 69/20 70/22 75/3 96/17 96/20 124/14 125/2 125/4 137/19 140/9 140/21 150/18 151/13 154/2 169/24 181/16 185/18 188/8 191/9 191/12 208/17 208/18 212/3 215/24 220/13 221/18 234/14 241/4 241/5 273/2
**domestic [3]** 52/19 131/15 152/8
**don't [122]** 4/2 6/2 6/2 6/21 10/12 10/19 11/4 12/17 21/16 23/10 26/19 30/17 34/21 37/24 39/18 39/25 40/17 51/15 53/2 53/3 53/17 54/10 57/3 57/7 57/10 57/25 58/18 65/10 66/24 67/9 70/2 72/13 74/5 75/10 76/3 78/4 81/1 81/12 81/21 82/5 84/19 85/18 86/6 90/8 90/19 100/20 109/1 114/13 115/10 116/4 120/5 120/8 120/8 125/17 128/17 130/13 131/24 132/8 132/16 135/23 136/18 139/3 141/24 143/4 143/5 143/14 148/3 149/16 158/8 160/11 165/18 168/8 173/14 179/15 182/6 184/15 195/15 197/1 199/2 201/4 201/24 202/5 206/14 209/10 213/13 217/18 219/8 224/13 228/1 228/2 228/4 228/5 229/13 229/16 229/23 229/25 231/3 231/6 231/7 232/12 238/2 238/8 242/8 244/7 247/10 250/6 253/22 254/19 260/8 262/2 262/22 265/23 266/3 268/23 273/3 273/3 274/17 275/3 275/13 275/13 276/8 276/11
**done [6]** 29/9 42/15 55/2 107/5 162/5 189/21
**door [15]** 4/18 13/1 61/25 81/18 86/22 95/12 114/24 115/1 115/3 115/20 121/4 126/20 136/20 151/3 262/16
**double [3]** 58/17 265/19 266/6
**doublechecking [1]** 84/19
**doubt [12]** 9/23 42/25 43/10 85/20 86/2 112/5 112/16 114/9 116/4 122/17 122/23 123/5
**down [25]** 4/15 14/5 65/20 81/16 100/11 140/16 148/24 151/3 168/15 168/17 189/15 189/21 194/17 198/7 201/15 202/13 204/22 208/5 239/4 264/24 265/13 268/8 268/9 268/23 273/3
**Drama [1]** 245/22
**draw [2]** 177/6 264/25
**drawing [1]** 264/23
**drawn [3]** 10/19 112/8 264/17
**drifting [1]** 50/6
**drill [1]** 169/21

**D**

Drilling [1] 169/19
drinks [1] 205/6
drive [6] 207/14 207/15 207/16 208/4 221/16 239/19
driven [1] 187/11
driver [1] 175/13
drives [1] 49/14
driving [2] 132/3 172/9
drop [1] 204/22
dropped [1] 246/8
dropping [1] 209/15
drug [3] 217/16 217/21 218/5
drug-related [1] 217/16
drugged [1] 31/3
drummer [1] 98/17
drums [1] 98/18
dual [2] 150/7 150/9
dual-hatted [2] 150/7 150/9
due [2] 101/7 144/25
DUI [1] 90/14
Dundalk [1] 158/21
duration [1] 272/2
during [25] 9/18 21/22 27/5 27/16 28/13 59/12 59/19 60/3 71/21 72/10 130/24 138/18 151/8 164/20 164/21 181/19 192/4 193/13 193/22 196/25 232/25 245/7 253/16 270/25 274/9
Dutchess [1] 251/21
duties [4] 31/21 45/23 201/11 262/25
duty [7] 44/17 81/9 137/9 145/8 150/6 203/4 234/14
DV [1] 52/18

**E**

each [20] 24/23 32/5 35/1 88/20 131/7 157/21 180/14 189/4 195/6 200/20 203/1 213/8 233/7 233/8 265/9 268/11 268/12 268/24 272/3 274/19
ear [1] 197/8
earlier [3] 140/3 201/5 223/11
early [1] 154/1
ears [1] 256/17
easiest [1] 36/16
East [2] 132/25 133/11
eastern [4] 212/17 213/17 216/15 221/4
easy [1] 7/7
eat [1] 33/12
eating [1] 33/6
economics [1] 214/1
ed [1] 146/16
edge [2] 29/8 29/23
Edmonsdon [1] 146/25
education [3] 155/14 182/2 251/15
educational [18] 20/3 33/13 48/2 68/8 91/13 96/21 139/19 160/24 169/7 185/20 191/15 213/22 220/17 236/16 241/15 251/19 260/22 261/1
effect [1] 78/5
effective [2] 67/24 67/25

efficiency [1] 77/19
efficiently [1] 67/21
eight [13] 110/18 158/22 166/20 166/21 166/22 170/1 172/13 221/10 236/8 256/19 264/24 265/7 266/1
eight-hour [1] 256/19
Eighteen [1] 14/25
eighth [2] 79/11 156/5
Eighty [1] 176/8
Eighty-three [1] 176/8
either [9] 72/23 80/13 87/9 101/3 127/25 152/23 225/12 228/6 234/21
elaborate [1] 75/7
elaborated [1] 216/19
elaboration [4] 66/13 73/21 116/20 180/23
elect [1] 9/19
electives [1] 240/1
electric [2] 185/16 185/17
electronic [1] 157/7
elementary [8] 146/20 146/25 147/2 148/2 148/4 148/8 148/10 218/19
elements [1] 184/25
elevator [1] 275/2
elevators [2] 271/25 276/25
Eleventh [1] 237/14
eligible [1] 265/7
Elkridge [1] 146/21
Elkton [3] 133/6 133/11 134/19
Ellicott [2] 185/1 190/24
else [35] 3/12 23/17 34/12 51/21 58/4 60/2 74/17 75/10 79/19 81/6 84/21 87/10 94/9 103/21 103/22 113/25 124/5 133/10 138/25 148/14 161/13 200/10 215/22 223/4 232/9 238/10 252/7 256/7 259/21 260/2 260/3 274/18 276/8 279/1 279/7
elsewhere [3] 74/6 159/6 182/2
email [1] 118/21
emailed [1] 128/1
embarrass [1] 231/8
emblazoned [1] 25/20
emergency [2] 168/24 169/1
emotional [1] 6/11
emotionally [1] 31/14
emotions [2] 31/11 205/23
emphasize [1] 157/19
employed [8] 13/12 14/22 88/25 108/14 125/12 211/18 225/12 225/14
employee [2] 55/4 235/15
employees [1] 62/23
employer [5] 107/6 107/9 107/15 124/5 235/14
employment [2] 26/10 107/6 107/11 154/9 226/7 241/7 242/4
empty [2] 268/12 272/16
encompassing [1] 61/6
encounters [1] 37/25
encyclopedias [1] 275/12
end [15] 32/4 45/8 74/9 148/19 163/6 208/18 209/3 227/14 246/9 248/5 250/12 267/19 270/4 271/5 272/15

ended [5] 191/23 205/18 228/24 246/5 253/19
energy [1] 50/16
enforcement [46] 8/19 110/12 117/12 117/4 130/8 130/8 152/7 152/8 157/9 157/23 181/15 182/10 182/11 182/13 182/19 183/1 183/9 183/19 183/24 184/21 184/22 187/7 187/11 187/13 187/19 188/13 244/14 246/12 246/13 246/24 247/3 247/9 248/18 248/19 248/22 249/8 249/16 249/18 250/16 250/17 252/10 252/11 253/7 253/10 253/12 253/14
engaged [2] 125/20 152/15
engagement [2] 34/17 194/6
engine [2] 14/2 137/23
engineer [8] 19/20 19/21 67/14 67/15 67/19 260/13 260/14 260/16
engineering [5] 20/17 20/20 68/11 185/7 261/14
engines [2] 14/2 138/7
England [1] 173/12
English [4] 173/1 173/6 237/11 237/14
enjoy [3] 134/22 192/23 202/6
enjoyed [1] 9/13
enormous [1] 202/23
enough [10] 74/12 75/11 109/3 132/20 192/23 213/13 218/9 229/24 231/9 238/8
enrolled [1] 192/13
ensure [2] 151/25 199/15
ensuring [1] 204/11
entered [2] 115/21 232/23
entire [3] 131/5 163/5 272/20
entirely [2] 40/4 177/9 177/16 219/20
entitled [2] 10/18 281/9
entrance [1] 271/24
environment [7] 141/2 146/20 170/14 202/20 203/5 233/10 245/5
environmental [1] 241/19
Episcopal [1] 236/25
equally [1] 200/8
equivocal [1] 6/10
equivocation [1] 253/10
eraser [1] 189/15
escort [2] 271/23 275/16
especially [5] 5/16 15/4 38/3 81/20 85/15 100/21 217/20
ESQUIRE [4] 1/15 1/16 1/17 1/18
essential [1] 10/10
essentially [6] 59/11 177/16 208/15 208/17 235/22 245/25
essentials [1] 260/25
Essex [1] 239/24
estate [3] 70/19 89/17 124/18
estimate [1] 222/24
estimating [1] 257/3

et [6] 8/17 58/5 61/17 77/12 229/20 234/1
evaded [1] 118/12
evaluate [9] 35/1 67/16 145/13 183/11 183/20 183/25 184/1 248/5 248/8
evaluated [1] 152/18
evaluating [1] 227/10
even [23] 6/17 10/15 22/3 22/6 26/14 60/10 77/22 86/3 114/16 129/2 145/5 154/5 154/7 159/10 165/1 181/16 201/21 201/22 201/24 206/2 238/20 247/14 275/12
evening [4] 30/2 128/9 128/14 279/16
event [5] 21/11 31/8 164/24 230/15 267/22
events [7] 22/1 26/14 105/6 131/25 193/15 193/25 206/20
eventually [1] 228/19
ever [55] 2/25 7/22 8/2 17/17 22/9 25/7 30/24 37/4 37/8 51/12 52/12 63/20 64/4 64/12 75/15 83/15 84/2 87/5 89/18 90/10 103/11 109/1 117/16 122/1 125/22 130/6 143/12 146/5 152/15 153/20 159/1 166/1 166/3 167/8 172/6 176/17 177/23 178/19 179/1 189/23 196/4 204/17 210/19 215/8 216/25 218/21 219/4 223/12 224/13 254/17 257/8 258/9 259/1 259/16 259/23
every [12] 38/8 58/13 58/23 58/24 58/25 59/5 114/6 114/6 156/13 189/1 198/24 274/5
everybody [8] 32/15 46/10 47/1 104/16 197/17 198/8 250/4 250/6
everyone [7] 46/24 78/24 123/2 246/20 264/4 276/8 276/10
everything [10] 18/3 44/11 44/12 105/4 130/15 138/23 189/19 200/24 205/17 259/6
evidence [35] 8/8 8/9 8/13 32/20 38/10 39/7 39/11 40/6 40/20 64/19 64/22 65/3 66/12 67/1 71/22 80/18 144/21 145/13 145/15 179/7 179/11 180/19 183/22 184/1 187/10 196/25 199/24 227/9 233/1 233/24 248/9 248/10 259/9 259/10 273/24
evolved [1] 196/1
ex [1] 193/12
ex-husband [1] 193/12
exact [3] 152/24 217/19 230/9
exactly [23] 49/15 53/3 56/15 57/3 82/16 82/18 94/6 114/15 130/12 148/21 167/19 168/7 184/16 189/20 191/24 218/23 219/9 240/23 246/7 249/8 266/4 271/24 272/11

example [3] 187/10 198/10 253/17
Excellent [2] 173/21 240/23
except [3] 5/8 84/20 189/1
exclude [1] 148/17
excluded [1] 124/14
excluding [1] 238/25
excuse [17] 6/17 12/21 46/2 46/3 61/19 61/21 78/15 87/4 121/13 158/5 187/23 201/7 202/1 206/18 210/7 243/6 276/18
excused [32] 4/14 6/24 12/11 12/25 41/6 41/12 46/12 46/14 78/10 81/4 81/16 81/19 86/20 95/12 100/20 100/25 115/18 120/25 203/10 210/10 224/1 232/8 232/23 238/19 253/23 254/2 255/25 257/22 263/1 269/24 271/7 280/1
excuses [1] 262/19
excusing [1] 270/16
executed [1] 271/8
executive [1] 250/4
exercise [6] 147/10 233/18 264/19 265/1 265/10 266/2
exercised [1] 265/11
exist [1] 233/9
exit [1] 126/20
exits [1] 276/22
expect [2] 65/9 249/4
expectation [1] 71/23 71/24 247/3
expected [2] 74/23 273/8
expel [1] 230/11
expelled [5] 228/22 228/24 230/9 231/9 231/25
experience [38] 5/18 6/2 21/8 31/20 31/23 38/5 63/10 63/12 65/7 66/19 75/4 76/9 81/25 90/21 95/22 103/13 107/21 118/9 119/22 120/2 128/19 144/14 154/21 154/25 157/23 158/2 167/23 172/17 178/14 198/13 202/12 211/11 218/16 233/15 247/7 249/10 255/8 260/5
experienced [3] 31/18 202/7 235/9
experiences [9] 5/23 38/3 75/20 79/21 141/4 157/12 157/17 234/1 234/22
experiencing [1] 235/9
experts [1] 191/8
explain [8] 44/11 71/14 191/8 238/24 270/7 272/6 272/17 275/21
explained [2] 43/24 273/1
explaining [2] 12/16 268/13
explains [1] 173/3
explanation [1] 43/16
exploitation [1] 87/14
exploration [1] 158/2
explore [2] 157/16 157/25
explored [4] 77/16 77/23 157/14 188/2
expose [1] 75/3
exposed [1] 273/19

**E**

**exposure** [1] 193/17
**expressed** [1] 81/21
**expulsion** [1] 238/23
**extend** [1] 262/22
**extended** [1] 59/14
**extensive** [2] 157/2
181/17
**extensively** [1] 233/1
**extent** [5] 176/21 240/5
240/8 265/16 265/16
**external** [3] 178/6 275/11
275/13
**extra** [4] 222/17 222/17
265/22 271/16
**extracurricular** [2] 193/15
193/25
**extraordinary** [1] 67/7
**eye** [1] 275/6
**eyes** [3] 60/11 61/7 207/13
**eyesight** [1] 239/18

**F**

**face** [2] 202/22 256/22
**facilitate** [1] 191/13
**facilitated** [2] 232/3 233/4
**facilitator** [1] 143/1
**facilities** [1] 137/9
**facility** [2] 16/12 185/15
**fact** [19] 21/22 24/19
28/11 28/13 81/7 128/12
143/17 157/22 165/7 183/8
187/15 202/15 226/24
227/18 230/3 231/11
247/18 247/24 272/3
**factor** [1] 61/13
**facts** [9] 38/10 38/21 39/3
39/9 114/25 152/25 230/5
240/10 275/9
**factual** [2] 39/11 249/6
**faculty** [1] 230/8
**fair** [91] 5/12 5/19 5/24
7/18 8/7 8/12 8/21 21/9
22/3 26/12 26/16 28/15
31/10 31/23 32/15 32/19
34/19 36/24 37/12 38/6
38/18 43/19 44/16 53/10
57/24 63/11 64/21 67/3
71/16 72/6 72/14 73/20
74/12 74/20 75/11 76/10
77/8 84/23 85/25 88/15
88/22 89/22 90/22 94/11
94/20 102/13 103/15
107/22 109/3 113/6 113/14
116/17 120/2 120/5 120/9
122/10 132/6 143/19
144/15 144/20 145/9
145/13 145/20 145/21
152/10 154/22 158/3 165/8
167/24 172/18 177/15
178/15 179/10 180/12
180/19 205/22 208/11
211/13 212/1 219/18 223/1
223/7 226/15 231/1 232/13
234/6 238/11 246/20
246/20 260/6 261/25
**fairly** [2] 114/1 172/15
**faithful** [1] 224/5
**faithfully** [6] 30/13 36/15
72/11 129/23 188/23 204/8
**fall** [4] 149/12 160/9
180/14 265/22
**falls** [1] 185/12
**Fallston** [2] 163/11 163/13

**false** [1] 9/9
**familiar** [5] 165/25 215/11
215/12 224/18 234/1
**families** [3] 51/12 94/15
272/24
**family** [69] 2/24 3/11 3/13
7/19 7/22 8/1 8/15 9/6 9/9
17/17 19/1 30/24 37/4 37/7
49/21 51/8 51/8 52/12
63/20 75/15 75/25 76/4
77/10 84/2 87/5 88/25
90/10 90/25 94/17 94/18
107/5 113/13 113/17
114/19 114/23 117/16
118/11 118/11 130/6 137/6
139/14 143/15 143/16
146/7 155/3 164/6 165/25
167/7 170/16 172/5 172/10
177/23 178/19 179/1
181/10 186/4 204/17
208/14 210/18 216/25
218/15 218/21 219/4
225/13 254/16 257/7 258/9
259/16 272/23
**Fannie** [1] 236/7
**far** [10] 10/5 78/25 188/3
197/21 198/4 207/18
207/23 207/24 243/1 270/7
**farming** [2] 15/15 15/16
**Farms** [1] 241/10
**fascinated** [1] 140/3
**fascinating** [2] 141/5
174/4
**fast** [1] 136/16
**fast-paced** [1] 136/16
**fat** [1] 173/12
**father** [13] 117/9 117/19
117/21 118/8 120/4 130/9
131/1 131/6 131/13 131/21
132/5 132/19 218/5
**father's** [1] 98/3
**fatigue** [1] 58/15
**fault** [1] 18/13
**favorable** [1] 187/20
**favorites** [1] 15/4
**FBI** [7] 1/19 118/21 119/5
149/15 157/2 157/5 187/16
**February** [2] 25/22 25/23
**federal** [17] 1/24 59/11
89/1 89/1 160/18 160/20
200/1 234/14 235/15 244/8
244/9 244/14 244/24
252/15 252/16 273/7
281/16
**FedEx** [2] 98/11 137/9
**feeding** [3] 33/2 33/4 133/5
**feel** [19] 10/7 11/14 31/25
34/22 35/4 43/16 63/5
64/14 79/24 79/24 80/22
165/18 172/14 228/8
232/18 234/21 253/22
256/16 256/25
**feeling** [1] 61/16
**feelings** [4] 5/18 75/7
76/15 227/7
**feels** [1] 189/9
**feet** [1] 256/15
**Feiss** [1] 278/17
**fell** [2] 108/22 173/23
**fellow** [1] 272/22
**felt** [5] 40/24 162/9 218/15
230/24 234/20
**felting** [1] 111/4
**female** [1] 76/22
**fence** [1] 49/14

**ferret** [1] 247/21
**ferrets** [1] 183/7
**few** [17] 5/9 7/14 17/14
36/20 73/17 83/11 113/3
116/12 116/13 142/9
232/21 240/1 240/2 241/10
247/17 264/16 271/22
**fiancé** [1] 21/4
**fiancé** [5] 124/10 125/9
125/10 125/12 125/14
**fiancé's** [2] 121/15 121/20
**fiber** [1] 111/4
**Fidelity** [1] 260/20
**field** [12] 80/11 108/7
108/11 108/21 109/22
110/12 110/24 154/3 191/8
208/19 208/21 208/22
**Fifteen** [1] 185/19
**fifth** [5] 9/20 163/12
271/23 275/17 276/17
**fight** [5] 245/20 245/21
245/22 245/23 245/25
**figure** [3] 137/22 142/18
208/24
**filled** [1] 272/15
**filling** [2] 59/20 137/7
**fills** [1] 96/15
**final** [5] 59/18 148/18
223/4 253/18 272/19
**financial** [6] 48/9 69/4
87/14 151/10 260/20
**find** [16] 9/7 26/1 27/23
33/24 39/13 57/21 83/22
88/9 112/15 118/17 172/3
238/25 251/1 251/2 259/1
275/2
**finding** [2] 29/7 238/18
**finds** [4] 112/5 122/16
122/22 123/4
**fine** [18] 57/3 57/5 59/21
74/16 93/19 97/18 116/6
130/2 139/17 141/21
147/21 165/9 190/16
239/12 243/15 253/16
266/16 275/6
**finer** [2] 65/5 202/23
**finish** [1] 236/19
**finished** [11] 36/6 51/25
99/10 111/16 126/17
135/12 140/19 171/21
194/15 207/2 210/14
**finishing** [3] 33/17 210/13
256/4
**fired** [1] 258/20
**firm** [6] 54/25 87/6 177/25
211/20 211/21 212/7
**first** [50] 11/3 11/12 17/16
30/20 38/13 42/4 52/11
59/14 68/23 69/6 73/16
73/24 77/20 77/23 80/4
83/15 100/8 101/15 127/11
140/18 140/25 147/1
152/16 154/3 158/15
174/23 176/14 180/6 188/1
189/5 199/20 205/3 207/7
224/10 234/14 239/10
248/21 264/21 264/23
265/3 265/6 265/13 265/14
265/21 266/7 268/6 271/2
274/9 278/10 278/11
**fishing** [1] 227/21
**fit** [4] 46/6 104/5 201/5
202/5
**fitness** [1] 156/16
**five** [24] 48/23 48/24 59/15

107/18 125/21 133/17
133/23 138/17 138/21
160/19 160/22 165/1 170/8
174/25 175/1 191/11
191/24 192/1 198/6 200/18
203/13 203/24 203/24
241/11
**fix** [2] 25/17 25/19
**flagging** [1] 128/3
**flash** [2] 274/6 274/14
**flat** [3] 10/17 183/16 199/2
**flat-out** [1] 199/2
**flexible** [1] 199/1
**floor** [28] 1/24 36/7 51/25
57/14 73/1 93/8 99/12
106/14 111/18 126/18
128/25 135/13 141/25
149/7 158/10 166/16
171/22 188/18 194/16
214/16 222/8 239/3 242/22
262/13 270/18 271/23
275/17 276/18
**Florida** [1] 261/19
**flow** [1] 177/8
**flowing** [1] 274/1
**flush** [1] 11/12
**focus** [3] 19/7 117/8 152/4
**focused** [2] 33/16 61/8
**follow** [10] 10/2 43/23
126/21 129/4 182/3 183/16
201/16 224/17 274/5
274/19
**following** [67] 3/20 6/6
11/1 16/20 22/17 23/22
26/23 27/20 28/18 35/22
40/11 50/21 51/18 56/20
60/16 71/6 72/18 76/19
86/9 92/23 94/25 95/8 98/3
99/1 106/4 111/7 112/7
115/7 120/16 126/8 135/2
135/10 139/8 141/10
147/15 148/12 156/19
161/18 162/24 163/20
166/8 170/23 171/15
175/21 179/20 180/6
181/25 186/23 193/5 194/9
199/6 202/18 204/12 206/5
209/22 214/6 221/23
223/18 229/11 237/24
242/11 252/24 253/24
255/18 257/14 262/4 267/4
**follows** [1] 204/20
**food** [1] 105/5
**Foods** [1] 138/22
**football** [9] 18/21 19/5
19/8 22/5 22/7 23/6 171/12
245/23 252/6
**footsteps** [1] 98/3
**force** [6] 161/8 244/7
244/8 244/9 244/13 245/12
**forced** [1] 151/22
**forecasted** [1] 179/24
**foregoing** [1] 281/7
**foreign** [2] 150/11 151/23
**forensic** [1] 157/5
**forever** [1] 119/18
**forfeiture** [1] 149/24
**forgive** [1] 163/23
**forgotten** [1] 240/20
**forklift** [1] 16/10
**form** [4] 30/14 35/17
106/25 124/7
**format** [1] 281/9
**formed** [3] 120/6 232/2
233/3

**former** [5] 27/10 27/17
28/6 28/7 246/24
**forms** [1] 59/20
**Fort** [4] 16/12 105/2
105/14 105/24
**forth** [22] 35/13 71/15
107/5 113/13 123/12 145/7
177/7 184/15 186/19 188/1
200/19 201/22 219/16
226/8 227/2 233/14 240/13
249/19 263/6 271/4 271/16
274/2
**fortunate** [1] 14/18
**Forty** [4] 110/3 127/4
127/5 254/4
**Forty-six** [1] 127/4 127/5
254/4
**forward** [5] 42/13 42/17
43/5 62/7 128/18
**foster** [1] 159/7
**fostered** [1] 230/7
**found** [10] 17/14 17/23
29/12 42/1 118/20 167/5
188/2 209/11 241/12
241/21
**four** [25] 23/9 29/16 33/22
59/16 68/7 92/9 92/11
108/16 137/4 137/19 140/6
162/10 170/4 170/6 170/7
201/4 202/12 253/11
265/8 266/4 266/4 266/6
266/7 267/21 267/24
**fourth** [24] 36/7 51/25
57/14 73/1 93/8 99/12
106/14 111/18 126/18
135/13 141/25 149/7 158/9
166/16 171/22 176/5
188/18 194/16 214/16
222/8 239/3 242/21 262/13
270/18
**fragmentary** [1] 216/5
**frame** [1] 276/1
**frankly** [1] 188/3
**fraternity** [2] 31/3 31/5
**Frederick** [2] 69/8 69/11
**Fredericksburg** [1] 220/24
**free** [6] 110/20 177/7
177/8 192/20 221/11 238/5
**freelance** [1] 55/2
**freshman** [1] 23/16
**Friday** [2] 100/12 269/25
**friend** [12] 5/22 17/8 18/15
53/22 53/24 156/12 164/5
204/22 205/2 205/10
205/10 205/11
**friend's** [2] 7/24 189/6
**friends** [8] 7/23 34/15
117/3 117/5 218/3 228/3
242/7 272/23
**front** [11] 7/8 34/23 41/22
153/3 188/24 207/21
266/21 268/23 268/24
274/7 274/14
**frustrated** [1] 104/15
**Fugitive** [1] 244/6
**fugitives** [1] 244/11
**full** [10] 100/21 114/25
133/17 137/8 137/14
175/14 203/4 208/11
213/25 268/11
**full-time** [4] 100/21 133/17
175/14 213/25
**fully** [5] 81/23 180/10
195/11 201/12 234/5
**fun** [5] 98/16 134/21 141/3

**JA685**

**F**

**function [7]** 26/17 108/25 185/11 235/17 236/9 236/10 247/25
**functions [2]** 19/1 177/25
**fundamental [3]** 9/20 9/21 12/14
**funding [1]** 104/13
**further [21]** 32/22 43/15 43/16 46/3 72/6 72/13 73/4 73/23 142/1 180/22 194/17 215/18 238/1 239/4 242/22 243/4 246/23 249/23 249/24 262/13 274/17
**furthest [1]** 191/18
**future [1]** 44/14

**G**

**gallery [14]** 2/18 4/20 7/2 30/11 36/9 52/23 73/6 94/4 115/25 266/14 266/15 266/22 268/7 269/22
**Gambrills [1]** 155/22
**game [8]** 19/17 84/10 84/11 95/24 95/24 96/2 96/3 96/4
**games [3]** 161/10 194/3 242/7
**GARY [1]** 1/18
**Gas [2]** 185/16 185/17
**gathering [1]** 152/7
**gave [3]** 272/20 279/13 279/17
**general [6]** 65/17 75/7 139/22 149/13 180/5 222/24
**generally [1]** 199/1
**generations [1]** 54/19
**genetic [1]** 33/11
**genetics [1]** 191/14
**genitalia [3]** 71/25 180/7 180/8
**genomics [1]** 191/3
**gentleman [2]** 81/22 126/21
**gentlemen [3]** 267/18 273/18 275/20
**geography [1]** 24/20
**George [1]** 20/20
**George's [1]** 89/9 91/4 237/9
**geothermal [2]** 169/20 169/21
**Gerstell [2]** 46/25 81/18
**get [60]** 14/14 26/2 29/3 29/20 29/25 33/8 34/12 39/3 39/8 41/9 41/25 44/4 50/6 56/9 60/13 60/15 64/4 64/16 70/4 71/5 71/20 73/12 73/24 83/21 83/24 88/10 96/15 100/22 104/15 114/16 119/17 122/1 127/25 129/5 131/24 136/1 136/20 139/20 139/21 147/22 152/8 152/23 173/22 185/14 186/6 198/24 208/15 208/25 214/2 224/8 229/18 231/7 234/18 250/1 253/21 263/8 264/15 272/14 276/14 278/17
**gets [4]** 12/16 80/12 183/14 231/9
**getting [8]** 25/25 59/17

60/11 61/15 139/3 175/13 205/18 252/10
**Gilman [34]** 17/8 18/18 18/21 19/4 21/23 22/4 22/25 23/4 24/18 24/22 25/7 26/11 26/13 26/14 26/14 26/15 95/22 95/25 96/4 159/23 162/1 162/2 225/12 225/15 225/18 226/4 226/16 227/19 227/19 228/11 228/21 230/5 233/4 238/23
**girl [2]** 119/19 245/24
**girlfriend [2]** 245/22 245/23
**girls [2]** 119/20 171/11
**gist [1]** 219/12
**give [36]** 5/9 7/15 8/18 36/21 56/17 73/17 77/13 88/13 90/12 113/3 116/14 128/13 139/6 141/13 175/19 182/4 182/9 183/22 184/8 184/20 186/22 190/17 208/11 227/22 240/7 240/17 246/11 248/17 249/5 249/17 250/15 263/10 276/7 276/12 278/23 279/20
**given [14]** 11/6 59/13 74/6 74/23 77/18 81/10 113/23 120/8 128/11 139/15 157/18 158/15 203/5 268/5
**gives [2]** 6/11 183/15
**giving [2]** 204/8 249/22
**glad [1]** 189/17
**glasses [9]** 130/1 130/1 132/23 135/23 239/10 239/11 239/15 239/16 243/13
**global [2]** 151/1 151/20
**globally [1]** 152/1
**go [74]** 2/21 15/8 34/12 40/19 54/19 58/19 59/12 61/1 73/12 74/11 75/13 75/14 83/3 83/12 86/22 93/24 99/11 99/23 101/7 106/13 107/19 115/20 122/19 122/21 123/12 126/22 127/15 130/4 133/18 140/7 140/16 141/25 144/7 156/7 158/9 161/10 166/22 167/6 170/19 178/9 181/16 188/25 189/14 194/16 196/9 199/20 208/13 214/16 220/20 223/13 224/8 227/9 228/3 231/17 231/17 231/18 242/21 243/4 243/18 246/23 249/19 257/23 259/5 264/4 264/14 268/9 268/12 268/14 268/19 268/21 268/24 270/18 274/17 276/17
**goal [2]** 151/5 156/13
**goes [11]** 12/7 57/8 76/21 159/18 173/4 181/13 197/7 202/24 209/14 232/22 278/16
**going [136]** 4/2 4/4 4/12 6/20 12/24 16/17 23/20 26/10 26/21 28/5 33/8 37/19 40/19 40/21 40/22 41/5 42/9 42/12 42/23 44/21 46/2 46/2 46/3 46/18

50/18 55/5 56/7 56/16 58/10 58/19 59/21 59/21 59/21 61/14 61/19 61/21 62/5 65/3 66/1 71/4 71/21 74/5 76/6 78/15 78/23 78/24 81/1 81/5 83/12 84/6 84/9 84/14 85/15 86/20 92/19 92/21 94/1 102/3 105/25 105/25 106/1 111/5 112/12 112/13 115/18 116/3 116/4 120/14 121/17 127/10 127/12 127/13 128/17 128/18 129/5 139/23 140/18 141/13 142/7 147/13 148/16 148/21 148/22 149/1 151/18 157/6 157/6 160/1 162/10 164/15 164/19 165/11 170/10 170/13 170/21 173/20 177/13 187/14 187/19 188/10 192/14 198/20 199/24 200/2 205/18 206/11 206/18 210/7 215/14 219/11 222/14 222/16 226/11 227/3 227/7 228/23 229/8 230/11 230/15 231/7 234/18 240/7 246/22 249/4 249/5 262/17 263/3 263/8 265/8 266/3 269/20 269/24 271/4 271/13 271/14 271/22
**gone [11]** 23/17 58/7 58/8 59/17 80/21 121/10 122/3 122/4 140/20 261/19 279/6
**good [108]** 2/2 2/12 2/12 2/15 2/16 4/7 4/21 4/22 7/3 7/4 13/3 13/4 14/13 14/23 17/11 19/10 19/11 24/12 25/24 30/8 30/9 31/13 34/16 41/14 41/15 43/20 46/6 46/9 46/10 47/5 47/6 47/13 52/3 52/4 55/22 57/12 57/16 57/17 62/1 62/3 63/9 73/3 73/13 81/13 81/14 83/5 83/6 86/23 93/11 95/16 99/17 101/8 101/9 106/18 106/19 109/11 111/21 111/22 115/23 116/7 116/8 121/3 121/6 129/19 130/4 131/4 132/25 134/20 135/15 135/16 136/22 140/8 140/14 141/6 142/4 142/5 149/9 149/22 155/13 158/11 172/1 173/16 176/8 188/21 190/16 194/21 201/5 203/10 204/4 206/14 206/16 207/1 209/9 214/23 214/24 215/2 239/8 243/9 254/6 256/4 258/6 270/11 276/5 277/24 278/8 279/1 279/3
**gosh [1]** 159/9
**got [151]** 14/7 16/13 19/11 20/11 20/19 21/2 21/8 23/12 23/20 25/19 26/7 29/20 35/19 40/5 40/8 40/18 46/15 46/23 50/9 53/21 56/16 57/3 60/6 60/8 65/24 68/17 69/6 70/12 71/2 75/24 79/23 82/11 82/19 85/14 87/15 88/14 90/14 91/14 91/16 91/17 91/20 92/6 92/21 94/5

98/23 102/11 102/13 104/14 104/18 105/7 106/2 110/19 111/5 112/1 118/17 119/23 121/20 121/24 124/2 124/25 125/19 126/5 126/25 128/24 132/2 134/10 134/24 138/9 138/14 139/6 141/3 142/25 143/7 148/23 151/11 152/3 154/18 156/17 159/1 160/11 161/3 161/9 161/16 163/9 163/9 165/18 169/9 169/10 169/15 170/13 171/13 174/4 175/8 175/19 181/19 182/8 185/24 186/8 186/14 186/22 186/25 190/10 190/23 191/6 191/9 191/15 191/20 192/6 192/13 192/17 193/3 203/17 209/7 212/11 212/19 212/25 213/15 213/18 213/25 214/4 215/18 216/3 216/18 218/20 220/24 221/21 222/13 227/14 228/11 228/22 228/24 231/10 234/16 236/16 236/19 237/1 237/15 237/22 241/15 241/23 245/19 248/20 251/25 252/22 259/11 259/12 261/2 261/8 262/18 263/7 278/23
**gotten [1]** 230/9
**government [73]** 2/6 9/23 11/3 16/22 22/19 26/25 27/4 29/17 30/3 35/24 41/1 42/24 43/9 43/14 50/23 56/22 59/11 71/8 72/22 72/22 77/20 77/21 78/8 85/19 86/1 86/12 91/7 92/25 95/5 104/22 104/24 106/6 111/9 114/8 115/11 126/10 127/18 130/7 135/4 139/10 156/21 160/18 160/20 160/21 164/10 164/17 164/18 170/25 171/1 175/23 186/25 193/7 196/3 200/15 206/10 210/1 214/8 221/25 223/24 242/13 253/1 255/22 257/16 257/17 262/6 262/8 265/5 267/6 267/9 277/5 277/8 277/12 279/21
**Government's [9]** 4/1 11/13 187/19 209/25 232/6 232/11 232/18 278/3 279/12
**grade [21]** 9/3 23/17 79/11 92/20 92/21 97/25 140/18 140/19 141/12 146/17 160/1 163/5 163/6 163/12 228/24 228/25 229/1 229/2 237/12 237/13 237/14
**grader [1]** 98/1
**grades [2]** 22/24 156/4
**graduate [10]** 15/10 27/5 28/6 28/14 68/11 228/10 228/13 228/16 228/17 260/23
**graduated [12]** 18/21 20/16 27/10 96/23 100/23 161/1 185/21 220/19 229/2 241/17 252/3 252/9
**Graduated '89 [1]** 161/1
**graduation [2]** 25/10 48/3

**graduations [1]** 25/9
**grand [6]** 43/4 63/13 63/15 63/16 155/7 216/21
**grandchildren [3]** 71/2 110/15 138/24
**grandfather [1]** 94/14
**grandkids [2]** 16/13 16/15
**grandmother [2]** 218/3 218/7
**grant [3]** 104/13 201/7 232/6
**granted [12]** 4/10 6/18 12/22 41/3 86/18 95/7 115/15 120/23 202/2 206/13 210/5 253/23
**graphic [5]** 8/10 64/20 66/12 66/24 179/8
**grateful [2]** 30/14 41/9 73/10 166/16
**gray [1]** 249/21
**graze [1]** 258/22
**great [12]** 32/25 49/19 55/6 55/18 55/20 94/3 114/3 119/25 130/13 176/25 186/8 247/9
**greater [9]** 8/18 77/13 182/9 184/20 188/3 246/11 248/17 249/17 250/16
**greatly [1]** 77/4
**Greensboro [1]** 20/16
**grew [1]** 161/2
**grid [1]** 175/11
**grinding [1]** 100/9
**grindstone [1]** 100/5
**grocery [1]** 217/6
**group [8]** 8/16 31/3 77/11 127/12 160/6 244/7 265/14 272/20
**groups [4]** 118/21 192/25 192/25 193/1
**grow [1]** 15/6
**grown [1]** 137/4
**Grumman [2]** 49/8 49/9
**guess [15]** 13/15 36/7 42/8 42/12 92/15 105/5 118/13 122/14 141/17 144/24 173/3 178/20 218/4 223/10 228/6
**guilt [2]** 9/23 42/25
**guilty [6]** 9/24 42/3 43/2 43/8 43/10 79/25 80/22 81/2 112/5 112/15 117/22 118/23 122/16 122/23 123/4 235/4
**gun [1]** 258/15
**gunpoint [5]** 143/21 154/19 155/1 217/2 217/6
**guy [4]** 17/23 119/25 203/21 229/18

**H**

**H-A-M-P-D-E-N [1]** 20/8
**hacked [1]** 245/15
**had [82]** 9/7 11/25 18/9 22/8 22/11 23/17 24/17 25/20 27/10 29/13 47/12 58/25 58/22 39/3 41/23 51/7 51/12 58/7 58/7 59/1 62/22 63/23 63/24 69/25 74/7 77/23 85/2 87/15 96/2 96/3 96/4 105/6 118/10 118/14 118/15 118/20 118/21 118/22 119/12 120/8 123/10 137/13 137/13 137/14 138/2

**H**

had... **[37]** 140/19 140/20 144/6 146/13 148/1 148/1 150/25 155/8 162/9 164/4 173/18 176/22 177/4 181/11 181/17 186/3 187/6 189/14 200/17 201/19 202/18 205/5 205/5 211/12 217/20 219/11 225/24 230/14 234/22 239/23 244/11 245/20 245/22 245/22 253/17 270/5 274/21

**hadn't [1]** 256/7

**HAGAN [2]** 1/16 40/23

**Hagerstown [7]** 13/10 13/19 14/23 15/6 136/2 137/7 137/9

**half [10]** 14/25 48/6 59/16 131/20 131/23 136/13 151/8 156/13 208/17 222/15

**hall [1]** 105/4

**Halpert [3]** 51/8 51/13 278/17

**Halperts [1]** 51/4

**Hampden [2]** 20/5 20/9

**Hampden-Sydney [1]** 20/5

**hand [7]** 21/12 77/24 78/1 279/7 279/8 279/21 279/24

**handle [2]** 260/17 260/18

**handled [2]** 64/15 82/1

**hands [2]** 141/1 256/15

**handwriting [2]** 18/10 80/3

**hang [3]** 147/11 161/15 242/7

**hanging [1]** 82/14

**hangs [1]** 76/7

**happen [18]** 43/1 64/2 80/13 83/19 84/17 109/25 117/5 121/22 122/5 128/2 130/22 143/22 172/12 210/24 217/17 227/3 258/16 275/1

**happened [13]** 31/8 32/8 32/10 37/16 38/13 38/17 53/4 76/5 103/1 226/18 226/21 226/22 246/1

**happening [1]** 196/22

**happens [4]** 19/16 27/16 88/18 203/7

**happy [3]** 39/21 136/24 273/12

**hard [8]** 19/16 24/9 25/25 44/15 77/24 100/5 140/8 250/10

**harder [2]** 14/13 14/14

**hardly [1]** 198/11

**Harford [3]** 23/19 79/8 163/13

**harm [2]** 113/25 165/5

**harmed [2]** 85/16 179/16

**has [89]** 2/24 8/1 11/7 21/14 31/14 35/6 37/3 39/23 42/3 42/17 43/4 48/21 50/16 52/11 53/22 58/6 58/13 58/18 58/20 59/6 60/12 60/13 66/9 69/2 81/25 85/3 107/5 117/15 128/5 128/19 130/5 132/10 147/11 148/23 152/18 154/8 155/4 157/9 157/17 157/22 162/17 165/11

169/24 172/5 174/20 177/12 177/12 187/18 188/9 190/7 190/18 190/20 195/20 195/21 197/17 199/13 199/14 199/21 200/10 201/1 201/11 203/9 204/16 210/18 216/24 219/3 231/22 232/13 238/24 243/22 244/24 245/15 246/20 247/9 250/4 254/16 257/7 258/8 265/5 265/6 265/9 270/3 270/10 272/13 273/16 276/10 276/19 276/20 277/1

**hasn't [4]** 52/22 232/15 232/15 256/14

**hatted [2]** 150/7 150/9

**have [490]**

**haven't [10]** 18/25 55/1 62/9 71/22 76/16 77/16 80/19 209/11 223/6 230/9

**having [16]** 58/6 58/14 74/1 102/12 114/7 123/12 151/9 161/24 180/16 200/19 202/6 215/3 215/17 234/19 255/13 265/20

**he [212]** 9/3 11/8 12/11 12/16 12/18 18/16 18/20 18/21 19/10 19/11 19/11 19/12 22/6 22/11 22/11 23/5 23/6 23/8 23/13 23/16 23/17 23/19 27/11 27/23 40/18 40/20 42/3 48/20 48/21 49/6 49/7 49/8 49/9 49/11 49/12 49/14 52/21 52/25 53/8 53/17 71/16 76/24 77/23 77/24 78/1 80/15 81/25 81/25 82/5 82/6 89/13 89/17 91/25 96/2 96/3 96/4 98/4 98/8 103/4 103/6 105/13 109/17 109/17 115/9 117/22 118/10 118/11 118/12 118/12 118/13 118/13 118/15 118/16 118/16 118/17 118/17 118/18 118/18 118/19 118/20 118/22 118/22 118/22 118/22 123 119/2 119/16 119/18 121/15 121/21 122/12 123/1 126/22 127/23 127/25 128/4 128/5 129/3 130/14 130/15 131/25 134/4 137/22 138/4 138/6 138/7 138/20 138/21 153/2 153/7 153/14 153/20 153/25 153/25 154/1 154/2 154/4 154/6 154/8 154/12 154/14 154/17 160/9 161/6 161/7 161/25 161/25 162/11 162/11 163/4 163/5 163/11 164/2 164/4 164/21 165/13 165/14 169/19 169/24 174/9 187/8 187/8 187/18 188/6 188/7 188/14 194/2 199/22 200/7 200/8 200/9 200/10 200/17 200/25 201/2 201/8 201/10 201/15 201/15 201/16 201/16 201/21 202/1 217/19 217/20 217/21 218/8 218/9 218/12 218/17 229/19 229/24 229/25 230/8 230/25 231/25 232/15

232/15 237/18 237/20 238/7 238/7 238/9 238/10 238/11 238/14 238/18 238/24 243/22 244/2 244/5 244/5 244/6 244/8 244/20 244/21 244/23 245/5 245/8 245/25 245/25 246/2 246/2 246/5 252/6 252/8 252/9 252/10 252/13 259/11 259/12

**he'd [1]** 6/18

**he'll [1]** 200/11

**he's [50]** 12/14 12/17 18/21 18/24 19/1 40/18 40/19 40/21 48/21 52/22 53/2 55/15 55/22 61/14 61/14 89/16 89/17 105/13 109/15 118/3 118/4 118/5 125/15 128/8 134/8 137/21 154/10 154/12 155/6 165/7 165/25 164/11 165/4 165/15 165/16 174/20 175/13 188/10 199/24 201/20 229/19 229/20 230/8 231/24 232/8 244/21 245/1 245/3 245/6 245/7

**head [5]** 12/17 28/12 151/20 154/10 184/19

**headlights [1]** 261/17

**headline [1]** 90/12

**headquarters [4]** 149/19 149/20 150/17 272/2

**health [10]** 15/23 15/25 21/6 21/6 61/8 97/13 97/14 104/12 156/15 199/13

**healthy [1]** 213/9

**hear [29]** 5/3 11/3 27/17 28/5 42/14 45/8 65/4 85/22 87/3 113/11 113/19 116/5 116/6 144/22 148/3 149/21 164/17 187/23 194/24 195/3 195/11 197/16 197/20 198/20 229/19 231/4 233/1 267/7 277/11

**heard [33]** 4/4 4/6 5/9 7/15 30/3 31/16 36/21 53/9 53/16 65/22 73/17 101/3 102/24 103/19 113/3 116/13 116/14 152/16 166/1 166/3 176/17 176/22 177/12 215/9 215/11 215/15 215/17 215/19 215/21 215/22 216/9 224/13 226/4 255/13

**hearing [15]** 4/25 45/7 45/20 85/5 195/1 195/14 195/17 197/7 199/4 207/7 224/18 229/9 235/8 242/10 280/3

**heart [9]** 35/7 62/22 80/7 127/23 184/11 184/19 229/18 250/15 253/21

**heart's [1]** 46/20

**heavy [1]** 137/9

**heavy-duty [1]** 137/9

**Heights [1]** 146/25

**held [65]** 3/20 6/6 11/1 12/8 16/20 22/17 23/22 26/23 27/20 28/18 35/22 40/11 50/21 51/18 56/20 67/1 70/20 71/17 76/19 86/9 92/23 94/25 95/8 99/1 106/4 111/7 115/7 120/16 126/8 135/2 135/10 139/8

141/10 147/15 148/12 156/19 161/18 162/24 163/20 166/8 170/23 171/15 175/21 179/20 186/23 193/5 194/9 199/6 206/5 209/22 214/6 217/2 217/5 221/23 223/18 229/11 237/24 242/11 252/24 253/24 255/18 257/14 262/4 267/4 281/8

**Hello [3]** 101/9 188/22 254/7

**help [11]** 33/11 34/15 100/15 124/19 136/1 148/18 196/15 196/21 203/11 211/23 268/12

**helped [1]** 205/19

**helpful [1]** 128/16

**helps [1]** 175/11

**Henry [1]** 278/16

**her [88]** 6/11 6/14 6/15 6/17 9/4 9/4 9/6 9/12 9/13 9/14 28/8 46/16 51/2 51/7 54/6 59/9 59/17 59/19 60/5 60/6 60/7 60/11 61/5 61/8 61/16 69/21 69/24 69/25 70/3 70/8 75/22 98/3 113/8 119/19 131/3 134/14 138/12 140/19 143/10 143/12 143/12 146/5 146/5 147/22 148/2 148/3 148/17 157/2 157/11 157/15 157/15 157/16 157/19 158/19 159/1 159/2 159/10 161/25 162/4 162/6 162/11 162/12 162/17 162/21 165/6 165/6 165/7 171/4 187/16 190/14 193/12 198/11 205/5 205/13 205/19 205/19 209/14 209/14 209/17 211/3 211/6 211/7 217/10 219/10 252/4 253/6 253/20 253/24 253/24

**here [72]** 4/15 29/10 29/19 34/19 36/10 38/15 41/8 41/24 41/25 44/24 44/17 45/14 57/3 57/9 61/14 61/15 61/24 62/2 65/12 70/20 72/4 74/5 75/4 76/21 80/25 81/16 86/1 93/20 94/1 94/5 100/11 101/14 112/7 114/18 115/25 116/11 116/20 121/10 124/9 126/21 146/4 149/19 152/3 159/12 162/3 174/3 176/11 187/9 188/9 198/6 199/20 201/23 202/6 204/11 205/22 215/24 225/25 231/15 231/22 233/16 234/13 234/14 253/18 254/21 268/4 270/5 270/10 272/3 273/3 273/9 275/15 276/10

**here's [3]** 112/14 132/2 219/13

**hereby [1]** 281/6

**hers [3]** 9/6 205/15 219/10

**hesitancy [1]** 71/13

**hesitation [1]** 60/19

**HHS [2]** 104/1 104/25

**Hi [1]** 121/7

**hid [1]** 256/23

**hiding [1]** 10/9

**high [36]** 15/8 15/9 17/21 20/4 23/5 23/7 23/13 48/3

96/23 97/24 98/1 98/2 139/15 153/18 175/15 192/5 192/15 192/16 193/13 193/14 193/23 213/23 219/10 220/19 220/20 225/22 228/18 230/12 231/13 231/18 236/17 236/18 237/11 241/17 247/8 260/23

**higher [2]** 182/15 241/20

**highering [1]** 251/15

**highrise [1]** 259/7

**Hill [1]** 191/18

**Hilton [1]** 151/1

**him [53]** 11/5 18/23 18/25 19/3 22/9 23/2 28/2 29/3 40/17 53/20 60/22 60/24 61/1 61/6 61/9 71/15 77/23 89/18 90/15 112/5 112/15 118/21 119/24 122/16 122/22 123/4 125/18 128/12 128/13 128/13 128/15 133/16 155/10 155/11 187/23 193/14 193/24 194/6 206/24 218/7 218/15 226/2 230/25 231/5 231/7 231/8 232/23 238/25 245/24 259/4 259/4 279/20 279/24

**himself [2]** 200/10 246/5

**his [61]** 11/22 12/4 12/7 12/17 19/4 19/7 22/24 23/16 27/7 40/22 53/1 61/6 61/7 81/20 81/22 81/23 82/3 82/4 89/18 90/21 110/12 118/15 118/17 118/21 122/12 130/12 153/6 153/19 154/7 164/22 164/25 165/15 174/9 175/12 175/12 188/2 188/4 193/24 200/25 201/1 201/11 201/13 201/17 201/20 218/3 218/4 218/5 218/6 218/9 230/2 230/15 231/25 238/11 238/22 238/23 244/4 245/16 245/17 245/18 245/21 279/24

**historically [1]** 109/3

**history [3]** 100/2 185/23 185/24

**hits [1]** 76/1

**Hoffberger [5]** 27/25 28/1 28/8 51/8 51/13

**Hoffbergers [1]** 51/4

**hold [19]** 8/5 10/15 14/16 29/3 32/18 32/24 35/1 37/10 37/10 43/5 43/8 46/25 76/24 76/25 86/2 144/18 149/3 247/8 248/8

**holding [1]** 276/8

**holds [1]** 209/1

**holes [1]** 169/22

**home [16]** 59/12 59/13 59/15 60/9 61/22 76/1 92/4 102/16 103/6 122/6 124/1 124/15 208/25 209/5 217/1 219/25 223/15 258/13

**Homeland [2]** 19/22 19/22

**homeschool [1]** 139/18

**homeschooled [1]** 137/5

**homeschooling [3]** 137/4 139/14 140/6

**honest [3]** 39/23 239/14

**honestly [2]** 217/18

**JA687**

**H**

**honestly... [1]** 234/16
**Honor [153]** 2/7 2/9 3/23
4/5 6/9 11/4 11/13 11/21
12/2 12/13 12/20 16/24
17/1 22/21 22/23 23/25
24/3 27/2 27/4 27/6 27/13
28/3 28/21 28/23 30/4 30/6
31/9 36/1 36/3 40/14 50/25
51/2 51/21 52/23 56/24
57/1 57/5 57/12 57/15 61/4
71/10 71/12 72/21 77/21
78/9 78/18 79/1 82/8 82/9
82/12 86/13 86/15 93/2
93/4 93/16 95/3 95/6 99/5
99/7 101/4 101/5 106/8
106/10 111/11 111/13
115/11 120/19 120/22
126/12 126/14 127/1
127/18 127/22 129/15
129/17 135/6 135/8 139/11
141/20 141/22 145/22
147/25 148/15 156/23
156/25 157/4 161/22
161/24 162/9 162/19
163/23 164/10 164/14
165/20 166/12 171/3 171/7
171/18 172/11 172/20
175/24 176/1 176/7 179/25
180/2 185/2 187/2 187/4
193/9 193/11 193/19
194/12 200/7 200/15 201/3
206/8 214/10 214/12 222/2
222/4 223/21 223/24
229/23 230/22 230/24
231/6 232/7 232/10 232/17
238/6 238/16 242/15
242/17 243/7 243/8 253/3
253/8 253/16 253/17
253/22 255/23 257/18
262/8 262/10 263/25
267/11 277/5 277/7 277/14
278/4 278/7 279/2 279/6
**Honor's [2]** 201/5 232/19
**HONORABLE [4]** 1/11
82/20 129/9 204/1
**honoring [1]** 81/10
**hope [7]** 57/11 81/6
140/13 140/13 240/23
247/17 249/11
**hopefully [4]** 29/11 44/1
148/19 247/8
**horribly [1]** 61/11
**Horseback [1]** 213/4
**horses [3]** 213/5 213/11
213/15
**Hospital [1]** 221/4
**hot [1]** 50/5
**hotel [1]** 151/9
**hour [3]** 256/19 275/24
275/24
**house [6]** 25/4 25/15
103/7 122/7 217/23 261/11
**housing [2]** 236/13 236/14
**how [148]** 5/18 11/18 12/6
13/21 14/24 16/4 18/4 18/9
19/25 20/7 33/12 33/21
34/11 39/19 42/20 43/13
47/16 48/21 49/4 53/12
54/15 55/14 56/2 58/18
61/1 61/6 61/15 61/15
61/16 65/2 65/16 66/12
66/24 67/20 67/25 68/5
68/20 68/23 70/12 70/14

75/3 81/11 82/11 83/19
84/17 85/7 90/18 91/6 92/8
96/17 97/20 102/8 104/7
104/20 105/10 107/17
108/10 108/22 110/2 110/6
110/17 117/25 120/1
121/22 125/2 125/19 126/1
126/25 133/15 134/12
136/11 136/14 139/24
140/6 148/21 148/22 149/3
156/1 156/9 156/10 159/25
164/14 167/17 168/15
169/24 172/12 173/17
173/22 174/24 175/3 175/8
176/22 177/3 185/18
185/24 186/6 186/15
186/17 190/10 191/5 191/9
191/23 192/9 192/20
192/22 196/9 201/9 202/7
203/5 205/9 205/21 207/20
208/15 208/25 211/12
212/3 212/15 213/7 215/12
216/12 217/24 219/9
220/12 221/5 221/9 221/11
227/6 231/7 233/7 233/22
235/18 236/3 237/17 240/9
241/4 243/22 244/2 249/15
251/9 253/10 255/6 255/12
258/16 261/6 262/25 268/5
271/24 278/16
**how's [2]** 55/5 173/20
**Howard [4]** 91/16 122/6
122/7 123/22
**Howdy [1]** 93/12
**however [3]** 18/22 195/10
271/12
**huh [14]** 21/24 91/5 91/19
92/12 122/8 124/16 169/6
173/7 174/19 175/2 247/1
247/16 252/2 252/21
**human [1]** 60/24 108/9
234/24 246/19 251/5
251/15 251/16
**Humor [1]** 14/23
**Humor-Breyers [1]** 14/23
**hurts [1]** 256/15
**husband [16]** 90/14
109/13 152/21 153/1
153/19 155/3 155/6 157/15
161/5 161/6 167/15 174/6
174/8 193/12 243/19
244/17
**husband's [2]** 103/14
155/16
**huskies [1]** 50/11

**I**

**I'd [9]** 41/24 65/16 66/24
86/25 100/16 171/3 182/6
243/17 249/23
**I'll [31]** 2/16 11/3 51/9 52/6
66/12 71/5 74/11 93/14
95/16 99/18 101/13 111/24
115/23 121/9 129/19
139/21 166/25 171/6 172/2
176/8 179/18 208/24 215/1
218/4 231/4 231/6 232/22
243/10 266/14 266/25
279/19
**I'm [189]** 4/12 5/25 6/2 6/2
11/10 11/10 11/15 13/24
14/10 16/17 18/10 19/11
21/22 23/20 25/19 26/21
28/7 29/6 30/10 30/14
31/14 33/8 33/18 34/4

34/22 35/4 35/16 37/19
39/5 39/21 39/22 39/25
41/9 42/9 42/11 44/3 44/5
44/7 44/17 46/2 46/2 47/1
48/16 50/18 52/5 52/18
53/3 55/10 56/16 57/2
59/22 61/13 61/22 62/1
62/5 65/14 65/16 66/1
66/23 67/13 67/14 71/4
73/4 73/10 74/1 78/15
80/23 81/5 83/7 83/12 84/8
86/4 92/21 93/13 96/14
98/17 99/17 100/3 100/23
102/3 104/4 104/4 111/5
111/23 112/13 112/19
114/15 115/1 115/4 116/3
116/4 120/13 121/17
121/19 124/18 128/2
129/19 130/14 130/18
132/16 132/20 138/1
139/24 140/3 140/15 142/7
142/18 143/1 147/2 147/13
148/16 148/20 151/20
156/11 156/15 160/20
160/23 162/10 164/14
165/11 166/16 166/24
167/3 167/14 167/19 169/4
170/21 172/1 176/20
183/16 185/6 186/10
188/10 189/7 189/17
192/24 195/1 196/20 201/6
203/21 204/4 205/25
206/11 206/20 207/1 207/2
207/15 207/15 208/15
208/20 208/23 208/24
210/12 211/19 214/25
215/4 219/21 221/18
222/20 227/19 227/21
227/21 228/15 229/8
231/11 231/22 234/2
234/18 236/21 240/7 243/1
243/9 246/18 248/21
249/14 250/13 256/4 256/8
256/9 256/12 260/15
262/17 262/24 263/3
263/15 267/8 268/13
268/20 270/22
**I've [61]** 2/18 5/7 23/12
24/13 29/23 36/10 40/6
43/24 47/17 55/2 55/2 57/3
59/10 59/11 59/15 60/9
72/11 74/18 74/18 80/11
84/21 84/22 86/23 91/22
94/9 94/10 99/15 104/21
104/23 120/8 125/4 131/5
138/16 146/18 158/2 158/3
158/13 165/14 172/4
173/18 181/3 187/1 188/24
190/14 191/11 191/12
192/21 215/13 220/14
221/17 227/14 232/5
232/22 236/19 237/3
240/20 241/5 241/13
241/21 256/21 261/19
**i.e [1]** 264/21
**Ice [1]** 134/19
**ID [1]** 211/7
**idea [3]** 43/20 276/5
278/21
**ideals [2]** 184/14 184/16
**identification [1]** 231/12
**identified [2]** 232/13 268/6
**identify [3]** 144/11 231/21
268/14
**identity [1]** 163/10

**ignition [2]** 64/7 64/8
**illness [1]** 195/25
**illuminate [1]** 202/7
**illuminating [4]** 188/3
188/4 202/11 203/9
**imagery [1]** 71/14
**images [18]** 8/10 8/11
64/19 64/21 66/9 71/15
71/21 71/24 77/4 179/8
179/9 179/23 180/5 180/7
180/9 180/11 180/13
180/18
**imagine [8]** 5/15 183/18
183/19 187/16 195/7
200/18 202/25 203/1
**imbalance [1]** 253/14
**immediate [30]** 2/24 7/22
8/1 17/17 30/24 37/3 37/7
52/12 63/20 75/15 84/2
87/5 88/25 90/9 117/16
130/6 167/7 172/5 177/23
178/19 178/25 204/17
210/18 216/25 218/20
219/4 254/16 257/7 258/9
259/16
**immediately [2]** 2/21
278/2
**immensely [1]** 114/4
**immunotherapy [3]** 58/14
58/21 58/22
**impact [5]** 5/18 94/20
102/12 120/2 151/3 165/7
211/12 219/11 262/25
**impairment [3]** 194/24
207/8 207/9
**impartial [77]** 5/12 5/24
7/18 8/7 8/12 8/21 21/10
22/3 26/12 26/16 28/15
31/23 32/1 32/20 34/19
36/24 37/12 38/6 38/18
63/11 64/22 67/3 71/17
72/7 72/15 73/20 74/20
75/1 76/10 77/5 77/8 77/24
79/21 84/24 85/25 88/15
89/22 90/23 94/12 94/21
102/13 103/15 107/23
113/6 113/14 116/17 120/3
122/11 132/6 143/19
144/15 144/20 145/9
145/14 152/10 154/22
158/4 165/8 167/24 172/19
177/15 178/16 179/10
180/19 208/11 211/13
219/19 223/7 226/15
226/17 227/16 231/1
232/14 234/6 238/11 260/6
261/25
**implicates [1]** 233/8
**implications [1]** 100/13
**implicitly [1]** 162/5
**important [10]** 12/15 34/6
145/2 177/10 227/12 236/1
254/20 271/13 273/21
274/18
**impossible [3]** 197/3
209/16 233/5
**impressions [1]** 273/5
**imprint [2]** 140/12 140/14
**improved [1]** 127/7
**improvement [1]** 102/5
**incident [10]** 53/1 144/2
195/25 205/15 217/16
219/16 259/25 260/1 260/4
261/22
**incidents [1]** 151/2

**inclined [2]** 51/6 201/6
**include [9]** 2/23 7/25
51/13 111/2 117/15 199/12
204/16 219/3 254/15
**included [1]** 239/15
**includes [1]** 37/6
**including [6]** 77/7 219/16
243/1 258/1 258/2 258/3
**inclusion [1]** 146/16
**inconsistent [1]** 253/19
**inconvenience [1]** 61/11
**independent [3]** 226/15
234/5 275/8
**Indianapolis [1]** 175/13
**indicate [1]** 153/23
**indicated [6]** 148/1 155/5
161/25 233/17 238/11
253/10
**indicates [1]** 203/18
**indicating [1]** 197/12
**indication [1]** 12/6
**indicted [3]** 42/3 80/18
81/1
**indictment [3]** 43/5 82/2
85/17
**indisposed [1]** 101/6
**individual [6]** 11/18 75/13
165/10 188/4 231/22
234/23
**individuals [1]** 150/19
**indulgence [2]** 127/20
254/21
**industrial [1]** 109/2
**industry [1]** 151/9
**inference [1]** 10/19
**infiltration [1]** 96/15
**inflicted [1]** 113/25
**influence [7]** 31/21 114/18
132/14 151/23 177/13
234/7 235/7
**influenced [3]** 114/22
273/3 273/4
**information [22]** 22/3 65/4
73/10 100/15 125/17
131/18 176/25 177/8
177/13 177/16 216/3 225/2
226/19 226/20 240/20
249/2 249/6 273/23 273/24
274/1 274/6 274/14
**informed [2]** 76/4 205/17
**infrastructure [3]** 185/14
260/16 260/25
**inherent [1]** 158/1
**initially [2]** 29/9 204/14
**injured [5]** 103/3 103/4
143/24 143/25 211/1
**injury [5]** 62/16 65/1 72/9
160/10 163/7
**ink [1]** 189/14
**inkling [1]** 235/3
**innings [1]** 203/21
**innocence [4]** 10/18 81/11
81/24 114/10
**innocent [12]** 42/24 43/3
43/3 43/8 112/4 112/14
114/7 114/11 122/15
122/22 123/1 123/3
**inquiry [2]** 66/17 164/12
**inside [3]** 70/23 84/14
184/18
**insists [1]** 81/10
**inspection [2]** 124/23
261/12
**install [1]** 261/17
**instance [1]** 11/19 32/8

**I**

**instance... [5]** 32/10 37/23 132/19 183/3 254/14
**instances [1]** 32/5
**instantly [1]** 40/19
**instead [12]** 54/4 58/25 182/3 183/2 188/13 240/16 241/20 241/20 241/21 248/8 271/7 271/20
**Institute [1]** 33/20
**Institutes [1]** 104/12
**institution [12]** 22/2 108/14 183/7 227/1 228/10 230/9 232/2 232/3 233/15 233/19 234/24 236/1
**institutions [4]** 108/14 247/24 260/20 260/21
**instruct [1]** 145/16
**instructed [2]** 266/19 273/10
**instruction [4]** 43/15 182/1 240/7 268/20
**instructions [11]** 181/21 181/21 182/4 190/13 233/12 240/9 271/9 272/19 272/20 274/18 277/11
**insular [1]** 231/19
**integrity [3]** 182/20 247/3 247/10
**intel [1]** 150/10
**intelligence [6]** 105/14 151/1 151/24 152/7 153/15 155/18
**intelligence-gathering [1]** 152/7
**intelligent [1]** 149/18
**intense [1]** 59/1
**intensive [1]** 58/7
**intently [1]** 227/25
**interact [2]** 70/5 202/19
**interactions [1]** 70/7
**intercept [1]** 151/23
**interchange [1]** 25/2
**interest [4]** 56/13 77/19 150/19 274/4
**interested [6]** 80/5 81/7 139/24 144/22 171/10 261/14
**interesting [3]** 124/22 141/5 199/8
**interests [7]** 49/22 110/25 111/1 126/2 192/20 213/3 242/4
**interfere [8]** 46/16 74/19 84/23 94/11 113/13 145/19 201/17 223/7
**interject [1]** 232/7
**internal [2]** 110/13 178/5
**international [2]** 262/20 262/24
**internet [3]** 54/21 54/23 275/9
**internship [2]** 101/18 102/6
**interpretation [1]** 239/18
**interpreting [3]** 80/3 112/12 113/23
**intersection [2]** 199/8 201/9
**intervene [1]** 37/23
**intro [1]** 240/2
**introductory [1]** 100/15
**invasion [2]** 102/16 258/13

**investigating [1]** 87/17
**investigation [11]** 52/14 90/11 153/21 164/16 167/9 172/7 177/25 179/2 187/15 246/21 275/8
**investigations [6]** 87/13 153/16 178/5 246/18 246/19 251/1
**investigative [3]** 87/6 153/11 177/25
**involve [2]** 3/11 157/4
**involved [19]** 7/19 37/22 52/25 64/10 72/9 97/22 119/5 130/7 152/23 153/20 155/6 171/4 193/14 193/24 200/4 205/7 254/21 275/3 276/10
**involvement [2]** 51/5 193/24
**involves [6]** 96/12 139/15 162/2 200/23 226/16 227/18
**involving [5]** 8/6 32/18 37/11 131/16 144/19
**iPad [1]** 274/7
**irresolvable [1]** 210/8
**is [434]**
**Island [1]** 161/12
**isn't [8]** 158/1 177/13 231/4 249/11 250/10 250/13 250/14 274/13
**issue [12]** 12/9 12/15 59/22 60/20 127/23 128/2 128/17 181/25 188/2 195/18 231/24 250/10
**issues [44]** 9/8 16/22 22/11 22/19 26/25 35/25 45/4 46/15 50/23 56/22 71/8 71/11 72/20 92/25 99/3 106/6 111/9 126/10 127/17 128/20 135/4 139/10 156/21 157/10 157/14 161/20 170/25 171/17 175/23 186/25 193/7 203/2 210/8 214/8 221/25 238/1 240/7 242/13 253/1 253/4 262/6 273/20 275/10 275/14
**it [523]**
**it'll [1]** 83/8
**it's [163]** 2/23 4/1 6/21 7/7 9/18 9/24 12/14 13/15 13/19 14/4 18/25 20/5 25/25 31/8 32/24 35/16 37/24 38/20 39/5 40/16 41/24 43/19 43/20 44/17 44/18 46/6 50/5 51/3 53/3 58/10 59/21 59/21 59/21 60/24 60/25 67/18 70/20 71/22 76/5 80/14 80/14 81/2 81/2 85/14 85/18 85/22 91/8 95/21 100/7 104/5 104/8 104/12 104/15 104/16 104/22 108/25 114/8 115/9 116/22 116/23 118/2 119/17 119/10 119/12 121/19 126/24 126/24 127/10 128/2 128/9 128/11 128/17 130/21 131/20 132/9 135/21 136/13 136/15 136/15 136/22 139/14 139/21 140/10 141/17 143/3 143/4 144/25 145/3 146/9 147/22 148/4 153/13 160/5 164/19

168/11 169/20 170/15 174/10 177/8 183/20 187/18 189/21 195/14 195/17 195/17 197/8 197/14 197/23 197/25 199/8 199/11 200/3 200/12 202/5 203/6 204/22 206/3 207/9 207/10 207/10 207/18 207/23 207/24 208/14 218/1 226/18 226/21 227/20 229/16 229/20 229/25 230/18 231/8 231/18 232/6 232/16 232/25 233/5 233/8 234/14 238/8 239/17 240/14 247/17 249/23 250/10 250/12 250/14 250/14 254/1 259/22 262/21 265/20 266/3 266/7 270/6 271/4 271/14 271/21 272/10 272/23 274/24 276/4
**items [1]** 64/8
**its [4]** 145/15 152/18 157/21 277/15
**itself [2]** 35/2 86/3

**J**

**Jack [1]** 50/14
**jail [3]** 127/25 130/14 218/5
**JAMES [1]** 1/11
**January [1]** 220/15
**jello [1]** 256/16
**JKB [4]** 1/5 2/5 176/17 224/12
**JKB-23-0278 [2]** 2/5 224/12
**JKB-23-278 [1]** 176/17
**job [20]** 14/11 26/1 35/3 44/15 47/19 48/12 51/2 55/7 55/8 56/11 104/6 118/17 133/19 136/14 137/22 146/14 154/7 169/5 252/10 253/16
**jobs [3]** 14/13 48/4 85/20
**jogged [1]** 234/16
**Johnson [1]** 278/15
**join [1]** 115/14
**joining [8]** 4/23 36/10 79/3 83/7 86/23 129/22 135/17 188/21
**joint [1]** 150/6
**Joppa [1]** 160/14
**journals [1]** 110/24
**judge [21]** 21/17 41/15 43/7 44/13 46/17 83/1 88/17 177/11 181/23 183/2 183/9 183/15 183/18 189/7 189/23 190/3 190/5 203/13 239/7 273/11 275/18
**judges [6]** 74/24 78/2 78/3 182/14 182/19 183/15
**judging [1]** 45/2
**judgment [3]** 113/22 115/2 228/6
**Judicial [1]** 281/10
**judiciary [1]** 244/25
**July [3]** 143/1 153/4 241/6
**jump [2]** 112/2 116/24
**juries [4]** 61/12 155/7 155/8 183/2
**juror [235]** 2/10 2/18 3/15 4/15 5/6 5/12 5/19 5/24 7/7 7/18 8/22 12/9 13/3 13/6

21/10 22/24 24/12 24/13 26/12 26/16 27/6 28/15 31/21 31/23 34/19 36/11 36/11 36/24 38/6 39/8 40/15 41/19 43/22 45/16 46/3 46/4 47/7 52/5 57/20 63/11 67/3 72/7 73/4 73/8 73/20 74/20 76/10 77/22 78/7 78/10 78/13 78/18 78/23 86/24 88/16 88/19 90/23 93/13 93/16 93/17 93/21 93/23 94/12 94/21 95/17 95/18 99/17 102/13 103/15 106/21 107/23 111/23 113/7 113/14 116/17 120/3 122/11 129/20 132/6 135/18 143/19 144/16 145/10 149/2 152/10 157/8 157/17 157/18 157/24 158/3 158/6 158/11 166/11 167/24 172/19 176/10 177/14 177/14 177/15 178/16 179/23 181/20 183/20 184/17 187/6 187/23 188/7 188/24 193/12 194/21 199/16 199/21 200/6 201/7 201/10 201/11 201/12 203/4 208/12 211/13 216/20 219/19 223/8 225/1 225/5 230/23 234/9 238/15 238/21 239/9 243/5 249/2 249/15 254/11 255/13 260/7 261/25 262/19 262/23 262/25 263/12 263/12 263/13 263/13 263/13 263/14 263/14 263/15 263/16 263/16 263/16 263/17 263/17 263/17 263/18 263/18 263/18 263/19 263/19 263/19 263/20 263/20 263/20 263/20 263/21 263/21 263/22 263/22 263/22 264/17 264/23 265/20 267/24 267/25 268/6 268/6 268/10 268/17 268/18 268/25 268/25 269/1 269/1 269/1 269/2 269/2 269/3 269/3 269/3 269/4 269/4 269/5 269/5 269/6 269/6 269/6 269/7 269/7 269/8 269/8 269/8 269/9 269/9 269/9 269/10 269/10 269/10 269/11 269/11 269/12 269/12 269/12 269/14 269/14 269/16 269/16 269/16 269/18 269/19 270/12 272/24 273/16
**juror's [3]** 71/13 164/3 271/8
**jurors [44]** 26/18 29/6 29/7 29/9 29/13 29/15 29/16 29/20 29/24 29/24 43/7 44/23 46/17 82/12 127/1 127/14 201/14 202/12 248/1 263/4 263/10 264/7 264/19 264/20 265/2 265/6 265/8 265/15 266/8 267/21 267/22 267/22 267/24

268/2 269/23 271/10 272/16 272/22 273/21 275/16 275/19 276/17 276/24 279/3
**jury [116]** 1/11 2/3 4/13 4/17 4/24 6/1 6/21 6/23 7/6 12/25 17/12 36/8 38/19 41/6 41/10 43/1 43/5 57/19 62/9 62/25 63/2 63/13 63/15 63/17 73/1 75/5 76/11 78/16 81/5 81/9 81/16 82/5 85/20 86/21 95/11 100/12 100/22 106/14 107/23 111/7 112/4 112/15 115/19 121/8 122/16 122/22 123/4 126/18 145/12 148/22 148/23 149/10 158/12 167/1 167/2 171/22 176/5 177/11 183/6 183/10 183/16 188/19 194/16 196/10 198/3 198/22 199/24 200/18 202/6 202/25 206/15 211/14 214/16 216/21 224/6 230/4 234/4 234/14 234/19 239/3 242/22 247/25 254/8 256/1 257/23 264/15 265/21 267/2 267/18 267/20 268/4 268/15 268/16 268/17 269/2 269/22 270/23 270/24 271/15 272/1 272/4 272/12 272/14 273/6 276/6 276/13 276/18 276/20 276/23 276/25 277/1 277/10
**just [185]** 2/16 3/18 6/1 6/10 9/8 9/11 10/7 10/16 11/10 11/12 14/5 16/18 18/25 19/23 20/19 22/7 24/14 25/23 28/7 29/23 31/8 32/14 32/24 34/22 35/13 35/20 39/22 40/4 40/9 41/7 41/25 42/2 45/20 46/25 48/3 51/6 52/6 60/6 61/1 62/1 65/19 66/19 71/20 73/25 74/6 75/24 76/7 80/3 80/5 80/7 80/23 83/4 84/9 85/2 85/8 85/11 86/7 90/12 92/4 93/14 93/20 95/16 95/20 97/18 99/18 100/4 101/13 104/16 105/23 111/24 112/13 112/20 113/19 114/14 115/9 115/23 116/6 116/24 118/1 119/12 120/6 120/10 121/9 121/18 127/13 128/2 128/17 129/19 130/2 130/14 130/16 131/25 132/22 138/3 138/9 140/19 140/20 140/24 142/17 142/25 147/21 152/6 152/21 153/2 157/8 158/25 160/5 160/22 161/13 164/5 164/18 166/25 167/5 171/3 172/3 177/2 179/17 181/23 182/18 183/25 184/10 184/18 188/24 190/16 195/17 196/1 198/6 198/14 200/11 201/4 201/15 202/16 204/22 205/21 207/12 208/17 210/12 210/14 212/8 216/23 218/22 221/19 224/23

**JA689**

**J**

**just... [39]** 227/2 227/5 227/9 229/15 230/14 230/18 232/5 232/10 232/17 232/22 234/19 234/23 234/25 235/18 236/4 239/11 239/13 239/15 239/15 239/16 241/18 241/22 243/15 248/8 249/23 250/25 252/9 256/4 257/1 263/6 268/21 270/19 270/20 270/21 275/3 275/6 276/7 277/8 279/8
**justice [13]** 8/17 53/23 77/7 77/12 91/1 117/1 155/15 172/15 181/11 181/14 234/24 239/25 244/11

**K**

**keep [22]** 5/12 7/2 7/17 21/18 36/9 36/23 50/18 73/19 74/5 87/2 113/6 116/16 119/13 127/12 128/21 132/13 136/17 151/17 203/25 205/13 275/6 279/18
**keeping [2]** 92/13 221/16
**KENJI [5]** 1/7 2/4 176/16 215/8 224/12
**Kennedy [2]** 33/20 33/21
**Kent [3]** 19/12 19/13 161/2
**kept [2]** 205/16 205/19
**ketchups [1]** 138/23
**kid [4]** 5/20 55/22 208/25 209/15
**kids [45]** 16/2 21/2 26/7 49/2 55/21 70/12 79/14 85/7 85/12 86/6 92/6 92/8 97/18 97/22 105/15 137/4 137/19 139/3 140/11 140/17 140/23 147/6 147/7 155/24 159/8 159/8 159/14 159/22 161/14 165/2 165/15 170/3 170/14 186/19 208/16 209/14 209/14 212/25 221/7 221/13 237/15 242/1 242/2 261/8 261/9
**kids' [1]** 171/9
**killed [2]** 218/6 218/6
**KIM [1]** 1/16
**kind [70]** 6/23 14/13 15/1 19/7 19/14 21/18 25/25 27/7 31/7 34/6 39/11 41/10 48/9 50/12 53/4 54/15 55/23 56/7 56/10 65/5 68/1 71/20 75/24 75/24 76/1 76/4 76/7 76/8 77/1 79/20 80/15 85/10 85/23 86/4 87/25 88/8 89/11 96/17 104/5 105/5 118/15 123/12 131/22 131/25 137/22 138/2 145/25 148/24 149/12 156/6 160/20 161/13 168/23 169/24 170/14 189/2 192/17 199/11 205/15 205/18 206/16 220/9 220/13 224/23 228/9 236/9 241/21 246/17 274/20 275/1
**kindergarten [2]** 140/18 140/20

**kinds [3]** 109/2 137/15 233/9
**kinship [1]** 218/15
**Klondike [1]** 15/3
**knew [11]** 22/11 59/20 130/14 159/10 172/9 217/10 219/8 219/10 228/1 246/16 253/20
**knit [1]** 139/5
**knots [1]** 50/6
**know [111]** 4/5 6/2 7/6 9/8 11/4 11/6 23/10 23/10 23/11 28/7 36/16 38/13 39/22 39/25 44/10 44/12 44/21 45/7 53/2 57/4 58/18 65/19 66/16 66/17 66/20 66/24 72/12 76/3 80/17 80/23 81/1 81/2 81/2 81/25 85/18 90/19 97/16 102/8 103/1 103/12 104/16 104/22 108/25 109/1 114/16 125/17 127/14 128/17 129/24 132/4 136/1 145/1 147/25 148/3 152/20 155/19 158/19 161/10 162/18 163/16 165/15 165/15 168/7 171/4 179/15 182/14 183/17 184/11 189/18 189/20 197/21 200/10 204/9 211/25 216/2 217/13 217/18 218/7 219/8 221/15 223/12 227/23 228/3 229/17 229/23 230/16 230/16 231/7 231/23 232/3 233/12 234/3 234/13 234/20 234/21 235/3 235/6 238/8 239/14 246/20 249/6 250/5 250/8 251/3 252/6 252/18 261/22 270/2 275/4 276/3 278/1
**knowing [3]** 38/2 39/7 114/25
**knowledge [8]** 24/18 24/20 38/5 157/9 177/12 193/18 219/17 228/7
**known [1]** 11/8
**knows [5]** 65/2 161/25 162/6 162/11 164/6
**Kohl's [1]** 186/13
**Kona [1]** 134/19
**Krieger [2]** 33/20 33/21

**L**

**labor [6]** 79/15 142/16 142/21 151/22 246/19 273/9
**Lack [1]** 46/15
**lacrosse [13]** 159/16 159/20 160/6 161/10 162/1 162/2 162/11 162/17 163/1 163/12 163/13 164/4 165/24
**ladies [3]** 267/18 273/18 275/20
**lady [4]** 154/3 198/10 198/10 246/7
**laid [2]** 151/10 188/9
**land [1]** 213/13
**lane [1]** 149/12
**language [2]** 33/18 191/4
**laptop [1]** 274/7
**large [2]** 230/15 270/8
**larger [2]** 68/15 272/13
**Las [2]** 102/1 102/2
**last [29]** 58/3 59/14 74/10

79/18 82/10 83/3 84/20 94/8 100/3 119/12 138/21 143/8 148/21 153/4 155/10 163/23 165/25 208/9 216/13 216/14 220/2 220/7 257/3 268/10 268/11 268/11 270/10 272/20 272/25 273/8
**lasting [1]** 219/11
**late [1]** 203/21
**lately [1]** 221/17
**later [25]** 29/2 52/1 57/14 61/1 76/2 76/4 99/12 100/15 101/20 106/15 111/18 116/21 118/20 126/19 135/14 148/19 149/7 158/10 166/17 176/6 188/19 209/16 222/8 238/10 261/23
**latter [1]** 265/7
**Laughter [10]** 25/18 49/13 56/5 89/14 133/8 151/15 174/11 186/21 203/22 250/24
**laundering [1]** 149/25
**Laureate [1]** 251/15
**law [89]** 8/8 8/13 8/19 10/16 10/16 32/20 42/20 43/3 54/5 54/11 77/14 91/1 112/23 117/2 117/4 117/19 117/21 118/8 130/7 130/8 144/21 145/16 152/7 152/8 155/15 157/9 157/23 158/16 179/11 180/20 181/10 181/11 181/15 181/18 181/22 182/4 182/9 182/1 182/13 182/19 183/1 183/1 183/8 183/15 183/16 183/19 183/23 184/21 184/22 187/7 187/11 187/13 187/19 188/13 190/13 190/19 190/21 204/12 231/17 240/2 240/10 240/10 240/13 240/17 244/14 246/12 246/13 246/16 246/17 246/24 247/3 247/4 247/9 248/17 248/18 248/22 249/8 249/15 249/16 250/16 250/17 252/10 252/11 253/7 253/9 253/12 253/14 275/4 275/8 278/8
**law's [1]** 120/4
**laws [1]** 199/8
**lawsuit [1]** 107/9
**lawyer [1]** 145/23
**lawyers [46]** 3/18 6/5 10/24 16/18 22/15 23/20 26/21 35/19 40/8 50/19 56/17 60/14 71/4 76/18 86/8 92/22 94/24 98/24 106/3 111/6 115/6 120/15 126/6 134/25 139/7 141/9 147/14 155/19 156/18 161/16 170/21 171/14 175/20 179/18 193/4 198/18 206/4 209/21 214/5 221/22 229/8 237/3 242/10 252/23 255/17 275/4
**lead [1]** 105/13
**leadership [2]** 233/19 238/3
**lean [1]** 39/12
**learn [2]** 33/12 185/24

**learned [4]** 182/7 225/3 231/14 238/20
**learning [3]** 140/23 140/24 141/2
**least [6]** 113/17 231/13 231/23 232/3 233/20 233/25
**leave [10]** 4/18 10/21 86/21 114/25 142/10 154/16 214/16 216/12 228/21 266/4
**leaves [1]** 263/2
**leaving [1]** 266/6
**led [3]** 37/22 40/17 75/24
**left [16]** 56/4 61/25 108/16 115/21 118/13 121/16 121/21 122/12 140/12 150/23 154/13 160/19 174/2 215/10 241/11 277/1
**legal [22]** 53/22 88/11 91/1 101/21 101/22 103/17 103/18 130/7 155/15 181/11 181/20 181/21 182/2 190/13 190/13 202/8 204/21 239/24 239/25 240/6 240/9 240/16
**legally [1]** 261/5
**legislation [1]** 151/23
**legitimate [1]** 61/23
**legs [1]** 46/18
**leisure [1]** 142/17
**length [1]** 277/16
**less [6]** 109/23 153/10 201/22 217/21 230/22 234/7
**lesser [7]** 8/18 77/13 77/15 182/9 184/21 246/12 248/17
**let [38]** 3/18 4/5 6/4 10/24 11/16 22/14 35/19 40/8 45/13 60/14 61/1 71/20 74/12 76/17 86/8 106/2 115/5 120/15 121/10 122/19 122/24 152/3 161/16 180/17 182/16 184/8 189/11 198/17 206/4 209/20 221/16 227/2 232/21 234/23 252/22 255/16 257/12 275/21 278/7
**let's [41]** 2/10 2/21 6/4 18/17 19/19 42/19 73/12 75/13 75/14 78/6 83/2 83/3 86/1 101/7 104/7 113/2 113/10 116/24 117/8 122/21 126/25 129/18 130/4 138/14 142/15 147/11 153/1 161/13 164/17 179/17 184/25 198/17 203/24 205/2 216/16 223/3 223/13 229/18 262/17 264/14 268/19
**letters [1]** 52/17
**level [6]** 88/13 146/17 153/18 182/15 237/12 251/2
**Libertytown [1]** 118/12
**library [3]** 212/23 212/24 213/3
**license [1]** 9/6
**licensed [1]** 54/2 91/25
**licensure [1]** 91/17
**lieu [1]** 139/18
**life [61]** 9/2 9/13 9/14 15/16 19/7 31/8 34/1 34/2

34/11 38/17 44/14 45/11 46/7 48/14 55/9 55/12 56/14 61/6 65/7 66/19 62/18 76/2 81/22 81/25 91/21 94/17 97/5 98/21 105/8 109/12 119/18 125/8 131/5 131/10 131/25 133/10 134/1 138/25 147/4 174/5 185/1 186/9 191/21 194/7 195/22 202/21 206/20 212/20 213/15 217/20 227/12 230/15 233/21 233/25 235/9 237/1 237/2 241/24 241/24 254/20 261/3
**life's [1]** 158/1
**lifestyle [1]** 152/22
**light [28]** 4/13 16/23 22/20 27/1 35/24 50/24 56/23 71/9 72/15 93/1 99/4 106/7 111/10 118/8 126/11 135/5 156/22 157/15 161/21 187/1 187/19 187/20 193/8 214/9 222/1 242/14 253/2 262/7
**lighter [1]** 74/23
**lightly [1]** 77/25
**like [128]** 3/5 7/20 14/11 14/13 20/8 21/11 22/12 23/9 30/16 31/25 33/6 34/3 41/24 43/16 44/8 44/11 44/14 44/14 45/7 46/6 48/12 48/15 52/17 53/6 56/6 56/6 56/6 56/9 56/9 56/10 59/1 63/5 64/14 65/11 76/6 79/24 83/20 84/18 86/25 87/18 89/17 96/14 97/6 98/9 99/25 100/22 103/23 104/11 104/13 104/14 104/16 104/22 104/23 105/3 105/3 105/5 109/1 111/3 113/19 115/10 119/14 120/11 126/3 130/20 131/12 131/15 131/15 132/1 134/20 138/23 139/4 139/5 139/15 140/21 140/22 141/1 145/1 147/8 147/10 151/16 152/24 158/13 163/6 163/12 165/3 168/7 170/19 171/4 172/23 173/17 183/2 183/8 183/25 189/9 189/14 189/15 190/7 191/5 198/5 205/7 207/10 208/17 209/24 215/2 215/17 215/17 218/8 219/18 228/8 229/13 229/15 229/16 234/20 234/21 235/21 235/24 239/11 242/5 242/6 242/7 243/18 247/9 250/25 254/12 260/20 261/16 276/3 276/14
**likely [4]** 227/6 227/7 232/25 262/21
**limitations [1]** 118/14
**limited [1]** 274/11
**line [19]** 14/3 14/4 14/5 31/22 38/4 57/3 67/2 82/3 136/7 136/11 136/23 139/1 173/22 264/17 264/23 264/23 264/25 265/3 265/3 Linux [2] 260/25 260/25
**lipread [1]** 199/24
**lips [4]** 195/4 195/8 196/16 197/3

**L**

**list [13]** 165/1 227/24 263/6 264/17 264/18 264/22 264/22 264/23 264/25 266/8 279/7 279/8 279/21
**listed [3]** 164/11 164/25 165/4
**listen [4]** 39/2 46/16 248/8 263/3
**listened [2]** 81/19 81/20
**listening [5]** 2/20 181/22 227/9 227/25 248/2
**lists [2]** 152/2 265/12
**literally [1]** 119/12
**little [49]** 3/3 5/17 10/4 11/12 11/24 14/8 17/9 18/19 18/20 33/8 40/16 42/10 42/19 44/4 76/5 76/7 84/7 85/1 85/2 86/5 102/9 104/15 110/20 112/21 113/19 118/16 121/17 123/10 123/11 124/6 136/2 141/17 145/5 153/17 163/6 167/13 170/17 173/15 178/8 183/14 189/8 195/16 205/25 216/3 221/20 248/23 254/25 271/7 277/8
**LIU [1]** 1/20
**live [31]** 13/10 34/4 67/12 81/23 82/6 96/8 109/9 124/3 131/6 131/21 132/25 133/5 136/2 155/22 160/14 161/11 168/5 172/21 175/11 185/1 190/24 192/11 194/23 196/6 197/21 211/16 212/14 216/11 218/9 240/25 247/10
**lived [13]** 62/17 64/1 124/8 131/5 133/2 133/10 152/22 168/15 168/17 217/22 218/8 218/17 233/14
**lives [11]** 53/8 53/19 70/3 101/24 102/1 102/2 105/17 109/13 138/8 138/11 182/17
**living [8]** 54/12 102/8 138/19 191/1 192/3 216/14 219/25 260/11
**lobby [2]** 151/4 279/4
**local [3]** 53/18 117/2 224/16
**location [2]** 173/18 175/15
**locations [2]** 209/17 234/1
**logistical [1]** 271/12
**Lombard [1]** 1/24
**long [63]** 13/21 18/22 19/25 21/12 30/14 33/21 47/16 48/21 54/15 58/19 68/1 68/20 68/23 74/9 74/12 83/19 84/17 90/18 91/6 96/17 102/8 104/20 105/10 107/17 110/2 117/25 121/22 125/2 125/6 125/19 133/2 133/15 136/11 148/21 148/22 168/15 169/24 172/12 173/17 174/21 185/18 191/9 191/23 192/24 195/22 207/18 207/23 207/24 212/3 219/11 220/12 221/5 229/20 236/3 241/4 243/22 244/2 251/9

256/17 258/16 261/6 270/3 270/6
**long-distance [1]** 192/24
**long-lasting [1]** 219/11
**longer [2]** 195/16 273/15
**look [11]** 30/15 35/15 35/16 65/14 122/19 184/4 249/3 250/3 250/4 274/21 275/12
**looked [1]** 17/14
**looking [18]** 29/7 61/7 62/1 67/20 83/7 99/17 99/25 101/12 111/23 142/6 167/3 167/3 184/10 207/20 209/11 209/12 214/25 235/23
**looks [3]** 52/17 103/23 239/10
**Lord [1]** 45/11
**lose [2]** 66/4 66/5
**loss [4]** 178/4 181/14 181/16 195/17
**lost [4]** 9/6 57/6 192/21 228/11
**lot [31]** 34/15 56/10 57/9 63/25 66/4 73/8 75/2 75/12 100/7 100/14 129/25 140/9 140/23 141/12 141/3 147/12 151/9 154/4 161/12 165/2 169/22 170/19 186/3 187/25 199/3 202/24 224/7 224/7 240/19 240/20 254/9 182/24
**loud [2]** 82/4 181/1
**loudly [1]** 195/10
**Louisiana [1]** 146/3
**love [6]** 34/5 55/6 55/7 55/8 173/23 175/10
**lower [2]** 8/23 212/17
**Loyola [2]** 159/18 163/4
**luck [2]** 46/10 121/3
**lucky [1]** 64/16
**Lumen [1]** 160/18
**lump [1]** 132/21
**lunch [8]** 105/4 126/25 127/13 127/16 127/17 129/8 203/20 275/25
**lure [1]** 94/17

**M**

**ma'am [56]** 2/14 3/19 4/8 4/12 4/21 6/20 7/1 30/8 32/16 35/20 36/6 41/14 44/6 45/13 47/5 50/18 51/24 52/3 52/24 57/13 88/5 92/22 93/7 94/24 95/10 95/13 101/8 106/13 106/18 111/16 121/6 126/17 135/12 135/15 141/8 141/24 142/4 149/6 149/9 158/8 165/23 166/6 166/15 166/24 171/21 171/24 172/1 176/4 176/6 194/15 206/14 243/11 243/13 252/22 254/1 255/25
**machine [1]** 15/2
**machines [3]** 137/8 260/17 260/19
**Mack [11]** 13/14 13/16 13/18 13/20 14/20 136/4 136/11 137/1 137/25 138/2 138/3
**made [14]** 5/11 7/16 11/7

36/22 73/19 113/5 114/8 116/15 158/2 205/19 234/4 244/13 251/25 271/2
**Mae [1]** 236/8
**magic [1]** 29/19
**main [1]** 72/10
**mainly [1]** 89/17 138/20 241/19
**mainstream [1]** 66/21 66/21 66/24
**maintain [3]** 213/11 238/5 260/16
**major [2]** 131/25 240/19
**make [62]** 3/23 5/23 6/9 8/6 8/11 11/18 32/19 35/18 37/11 38/6 40/14 44/14 61/4 63/10 64/21 67/17 76/14 77/5 78/25 82/7 88/10 93/20 95/3 96/13 113/11 120/20 122/10 127/14 128/15 139/5 139/15 144/19 147/22 148/18 152/24 157/1 175/12 178/15 179/9 180/18 187/5 195/15 197/3 199/2 199/19 199/15 201/3 206/8 208/10 210/9 223/21 227/25 231/6 234/3 235/3 253/5 260/6 262/17 275/8 277/24 278/13 279/20
**makes [6]** 8/14 74/25 76/24 177/11 255/10 255/15
**making [7]** 25/16 41/25 204/12 231/4 235/25 246/5 278/2
**Maldeis [3]** 275/16 276/16 279/13
**male [6]** 71/25 72/1 72/3 180/7 180/8 180/11
**males [2]** 72/1 180/9
**man [1]** 166/3
**manage [1]** 201/13
**managed [1]** 129/1
**management [9]** 20/20 104/8 108/9 108/23 138/20 151/12 151/21 221/18 251/22
**manager [6]** 104/4 136/24 186/13 191/2 220/6 220/9
**managing [2]** 35/14 199/12
**manifest [1]** 152/1
**manifests [1]** 201/9
**manner [3]** 129/2 188/10 266/1
**manufactured [1]** 138/22
**manufacturer [1]** 68/15
**manufacturing [4]** 67/17 183/15 186/1 186/2
**many [18]** 14/24 26/13 32/3 68/5 70/12 73/12 73/13 82/11 101/15 108/10 126/25 151/17 162/2 174/24 203/2 203/7 213/7 276/10
**marathon [1]** 156/13
**March [2]** 130/23 281/12
**March 2020 [1]** 130/23
**marijuana [1]** 167/15
**mark [3]** 65/19 189/6 204/20
**marked [5]** 79/19 80/17 80/25 112/8 130/15
**Markel [1]** 278/17

**market [2]** 84/13 221/20
**marketer [1]** 261/11
**markets [2]** 137/8 137/16
**marking [1]** 112/9
**markings [1]** 112/7
**marriage [6]** 138/18 138/21 191/23 192/4 193/22 194/6
**married [29]** 15/18 20/25 26/3 48/16 48/17 55/11 68/17 68/19 68/22 68/23 69/21 91/23 97/7 97/8 102/22 105/10 105/11 110/2 125/22 138/9 167/20 175/13 186/10 211/23 237/3 237/5 246/24 261/5 265/12
**marshal [3]** 129/4 244/7 279/15
**marshal's [2]** 89/4 128/23
**Mary [1]** 220/23
**MARYLAND [21]** 1/1 1/25 47/13 51/3 89/10 97/13 97/14 101/17 118/12 118/25 119/1 119/8 119/8 149/19 168/5 168/10 212/17 217/19 243/20 258/19 281/6
**mastectomy [1]** 58/17
**master [1]** 236/21
**master's [5]** 20/19 33/17 91/16 251/24 252/5
**masturbation [2]** 72/3 180/11
**match [2]** 81/13 184/15
**material [1]** 68/12
**materials [1]** 191/3
**math [1]** 29/10
**matter [15]** 2/3 19/17 38/4 38/9 113/15 128/22 132/9 167/17 183/3 187/10 205/23 226/16 226/18 281/9
**matters [8]** 38/17 112/1 130/20 190/13 218/22 219/15 262/14 277/3
**Mawr [11]** 24/19 24/21 25/3 25/12 25/14 26/10 27/5 27/10 27/18 28/6 28/14
**may [77]** 4/14 4/18 6/8 8/9 12/7 12/25 17/3 21/21 28/25 32/9 32/9 36/7 44/11 45/8 51/24 52/24 57/13 58/22 61/24 64/19 72/2 72/25 73/19 74/6 77/5 78/16 85/16 86/21 86/21 93/7 99/11 106/13 111/7 113/16 113/17 114/1 114/25 115/2 115/20 115/20 126/18 128/3 135/13 139/13 149/6 157/10 164/22 166/16 176/5 177/17 179/8 180/7 180/9 180/11 188/18 189/9 194/16 203/10 206/19 210/10 222/7 224/1 236/5 239/3 242/21 254/2 256/1 257/23 258/5 262/12 263/11 270/16 274/4 274/4 274/6 276/21 278/13 maybe [34] 11/9 11/11 11/24 26/14 38/17 45/17 52/21 53/4 58/4 60/23 60/25 74/13 90/19 94/6 95/11 102/9 105/25 115/19

153/10 168/18 180/5 184/15 185/9 190/7 206/15 222/16 228/11 231/14 231/20 238/10 240/2 272/24 276/6 278/13
**MCGUINN [28]** 1/15 4/2 6/13 12/1 40/16 57/2 60/18 77/20 86/11 99/3 115/10 127/17 129/14 139/23 141/12 147/20 161/20 164/9 200/14 223/23 229/14 231/3 238/1 238/12 242/13 246/8 266/9 277/4
**McGuinn's [1]** 61/18
**MDOT [1]** 220/3
**me [230]** 3/3 3/4 3/18 4/25 5/9 5/14 5/17 6/1 6/4 7/8 7/9 7/15 8/14 8/25 9/16 10/4 10/12 10/24 17/19 17/20 17/21 18/9 18/17 20/3 22/14 24/21 31/16 32/22 34/15 34/23 35/19 36/18 36/21 36/25 37/14 39/6 39/12 39/19 40/3 40/8 41/22 42/7 43/16 44/11 45/13 47/11 48/2 49/11 52/8 53/17 54/12 56/17 60/14 60/24 63/22 71/20 71/23 72/9 73/17 73/23 73/25 74/6 74/12 74/21 76/1 76/15 76/17 76/22 77/5 77/18 79/20 80/10 82/3 83/8 84/5 84/25 85/3 85/13 86/8 87/4 87/8 89/7 90/12 93/8 94/13 94/23 95/20 96/12 96/21 98/23 100/15 104/7 106/2 106/3 107/8 111/6 113/3 113/11 115/5 116/6 116/13 116/14 116/21 117/19 118/7 120/1 120/25 121/5 121/10 121/13 122/19 122/24 124/17 125/18 126/5 128/4 131/25 132/17 134/24 135/22 136/1 137/10 139/6 139/16 139/20 140/1 141/1 141/13 142/9 144/22 145/3 149/21 152/3 156/17 157/17 158/15 160/16 160/24 161/16 162/4 162/6 163/23 166/24 167/11 169/7 172/11 175/14 175/19 176/18 178/2 178/9 179/12 180/17 181/12 181/21 181/23 182/12 182/16 184/8 185/20 186/7 186/22 188/2 188/7 188/24 189/11 193/3 195/11 195/15 195/19 200/16 204/5 205/3 205/17 205/19 206/4 207/8 207/24 208/1 208/7 208/13 209/20 214/5 215/10 221/17 221/21 222/20 223/8 223/14 225/17 227/2 229/21 229/22 229/24 229/25 232/21 233/22 234/16 234/17 234/23 242/9 249/1 249/22 249/23 250/2 250/14 252/22 254/22 255/10 255/15 255/16 256/10 256/11 256/14 257/6 257/12 258/11 258/14 260/14 260/22

(**297**)

**M**

**me... [5]** 262/3 267/7 270/7 275/21 278/4
**Meade [3]** 105/2 105/14 105/24
**mean [22]** 4/2 10/8 10/12 21/10 23/5 44/10 51/15 61/11 80/23 85/20 99/16 100/4 162/21 163/4 210/20 226/17 227/24 231/16 231/17 232/7 246/18 254/19
**means [5]** 86/1 197/4 231/18 247/20 276/6
**measured [1]** 266/7
**mechanical [1]** 15/1 20/17
**media [6]** 74/22 150/18 152/24 157/6 177/6 274/5
**mediated [2]** 232/2 233/4
**medical [5]** 46/15 208/9 208/19 208/21 208/22
**medication [4]** 127/22 128/5 128/7 129/1
**medications [1]** 128/11
**medicine [1]** 110/13
**meeting [1]** 76/5
**member [39]** 2/24 3/11 3/13 7/19 7/21 8/1 9/6 17/16 30/24 37/3 37/7 52/12 63/2 63/20 75/14 84/1 87/4 88/24 90/9 117/15 130/6 148/23 155/4 167/7 172/5 177/22 178/18 178/25 204/17 210/18 216/24 218/16 218/20 219/3 225/13 254/16 257/7 258/8 259/15
**members [8]** 8/15 77/10 124/12 124/13 157/5 266/20 268/16 272/23
**memories [2]** 8/13 216/4
**memory [6]** 31/12 44/8 44/9 45/4 45/19 215/17
**men [2]** 5/21 205/5
**mental [1]** 9/8
**mentally [3]** 254/24 255/2 255/9
**mentioned [2]** 127/23 164/22
**mergers [1]** 70/18
**Merit [1]** 281/4
**merits [2]** 152/18 157/21
**message [1]** 128/25
**met [5]** 90/14 165/14 165/16 189/23 233/7
**Methodist [1]** 236/24
**Mexico [4]** 142/12 222/15 243/3 243/4
**Miami [3]** 108/16 108/19 108/22
**mic [5]** 37/20 84/8 84/8 96/4 178/8
**MICA [2]** 252/4 252/5
**microphone [14]** 5/2 33/9 42/10 44/4 62/6 87/3 102/4 116/5 121/18 167/13 195/2 197/16 255/1 258/12
**mics [2]** 11/24 11/25
**mid [1]** 218/19
**mid-elementary [1]** 218/19
**middle [11]** 23/1 23/18 58/18 58/20 79/12 124/9 218/18 218/18 225/20

225/22 256/24
**Middletown [2]** 67/12 68/16
**midst [1]** 47/7
**might [38]** 5/18 10/8 10/12 27/17 45/4 45/20 62/6 65/6 65/8 67/1 67/8 88/11 112/21 114/21 115/1 163/25 164/25 178/20 181/15 199/25 201/2 209/8 215/22 216/9 225/2 226/24 227/8 231/2 233/23 233/23 234/1 238/7 240/16 253/18 273/25 274/3 274/12 274/16
**mind [35]** 5/12 7/17 10/22 12/8 21/19 30/17 36/23 40/22 46/17 73/20 73/25 80/8 80/24 82/3 85/4 86/7 94/13 112/11 113/6 113/17 116/16 123/15 145/13 177/15 182/1 184/12 184/20 189/19 189/19 233/23 234/21 235/3 235/7 248/23 250/15
**minded [2]** 80/23 184/7
**minds [1]** 81/9
**mine [18]** 16/23 18/15 35/25 50/24 56/23 71/9 93/1 99/4 106/17 111/10 126/11 135/5 185/12 222/1 242/14 245/18 253/2 262/7
**Mini [1]** 70/20
**minimized [1]** 274/11
**minimizing [1]** 270/14
**ministry [2]** 236/22 236/23
**Minnesota [1]** 108/16
**minor [6]** 25/16 34/20 39/16 85/16 165/11 165/17
**minors [2]** 72/2 180/8
**minute [39]** 6/5 10/16 10/25 16/18 22/15 26/22 27/19 35/20 39/20 40/9 50/19 66/14 71/5 76/18 82/19 83/9 86/8 92/22 106/3 111/6 111/24 115/6 120/15 126/6 156/18 161/17 163/19 166/6 179/18 186/22 198/18 209/21 214/5 222/21 229/9 240/12 242/10 252/23 255/17
**minutes [19]** 5/9 7/14 36/20 73/17 82/19 113/3 116/13 116/13 127/13 203/13 203/24 203/24 253/11 264/16 271/22 275/25 277/17 277/18 278/5
**misconduct [5]** 3/9 3/16 38/1 79/23 230/18
**misread [1]** 18/10
**miss [3]** 25/23 100/14 100/21
**missed [1]** 258/20
**mission [2]** 153/9 235/18
**mistake [1]** 44/14
**misunderstanding [1]** 123/11
**misunderstood [1]** 184/3
**mix [2]** 34/9 50/13
**Mobile [1]** 70/20
**modifications [1]** 25/16
**molecular [1]** 191/18
**molested [5]** 5/14 5/21

18/16 85/3 94/14
**mom [10]** 3/5 9/6 9/12 53/17 53/18 84/13 84/15 134/17 138/13 147/11
**moment [8]** 3/19 6/4 56/17 117/9 199/5 204/5 267/25 269/24
**Monday [3]** 55/17 99/22 100/12
**money [2]** 149/24 175/12
**monitor [2]** 207/20 207/22
**monitors [1]** 207/22
**Montgomery [2]** 236/13 236/14
**month [3]** 156/13 175/14 190/8
**months [4]** 110/18 154/14 241/10 241/12
**morally [1]** 39/6
**more [65]** 6/14 11/12 11/24 29/2 52/1 57/14 58/1 58/21 60/10 61/8 61/9 61/13 67/21 67/21 75/6 78/23 78/24 83/8 99/12 100/16 106/14 109/23 110/20 111/18 113/19 126/19 135/14 139/18 141/2 141/9 143/15 146/7 149/7 152/5 153/10 153/17 157/10 158/10 166/17 171/13 175/11 176/6 180/16 183/17 184/4 187/20 188/3 188/19 198/9 216/3 217/21 218/13 219/7 231/7 231/20 232/19 232/21 235/18 238/20 249/1 260/14 265/16 266/6 272/13 272/17
**Morgan [1]** 91/15
**morning [38]** 2/2 2/12 2/12 2/15 2/17 4/21 4/22 7/3 7/4 13/3 13/4 17/11 24/12 29/24 30/8 30/9 41/14 41/15 47/5 49/5 52/3 52/4 57/16 57/17 59/16 62/1 62/3 73/3 83/5 83/6 127/11 128/9 128/10 128/12 128/12 275/21 275/23 280/2
**mortar [1]** 141/3
**most [10]** 2/22 13/18 14/9 153/6 195/13 200/8 200/24 202/11 225/22 227/11
**mostly [6]** 100/2 154/1 208/14 212/10 220/10 221/13
**mother [12]** 9/1 17/8 18/3 18/14 75/16 75/22 76/22 131/1 131/6 131/16 131/19 218/6
**mother's [1]** 21/8
**motion [31]** 3/23 4/10 6/9 6/17 12/21 28/22 40/14 41/3 46/15 46/21 61/4 81/19 95/3 120/20 120/23 157/1 158/5 187/5 187/22 188/15 201/7 202/1 206/8 206/13 223/21 231/4 231/6 232/6 232/12 253/5 255/21
**motion's [1]** 157/13
**motivate [1]** 140/15
**mouth [1]** 39/18
**move [27]** 12/11 14/8 14/9 29/21 33/8 35/10 37/19 42/9 42/11 43/5 77/21

80/14 84/7 86/12 96/3 115/11 120/12 121/17 121/18 133/7 178/8 210/1 254/25 257/17 258/11 265/25 268/19
**moved [10]** 110/24 124/9 149/25 150/16 151/5 154/9 160/22 213/16 229/20 231/14
**moves [1]** 14/5
**movie [2]** 197/15 201/22
**movies [2]** 197/17 242/6
**moving [4]** 3/25 11/10 136/17 203/25
**Mr [5]** 11/25 139/12 171/2 200/17 231/14
**Mr. [71]** 3/22 6/8 11/20 12/5 12/7 22/22 22/25 23/24 27/3 28/20 40/13 46/25 51/20 61/3 61/14 71/11 72/20 78/21 81/18 86/14 95/2 99/6 106/9 111/12 115/13 120/18 124/12 126/13 127/3 127/19 129/16 135/7 141/19 147/24 148/14 156/24 163/22 163/25 164/3 166/10 171/17 175/25 179/22 187/3 187/22 193/10 194/11 200/5 203/21 206/7 210/3 222/3 223/20 230/21 232/9 238/14 242/16 253/4 255/20 257/19 262/9 264/1 264/10 266/11 266/1 277/6 278/1 278/23 279/1
**Mr. Bendann [5]** 12/7 22/25 78/21 162/9 163/25
**Mr. Bendann's [1]** 12/5
**Mr. CSO [1]** 124/12
**Mr. Gerstell [2]** 46/25 81/18
**Mr. Nieto [55]** 3/22 6/8 11/20 22/22 23/24 27/3 28/20 40/13 51/20 61/3 71/11 72/20 86/14 95/2 99/6 106/9 111/12 115/13 120/18 126/13 127/19 129/16 135/7 141/19 147/24 148/14 156/24 161/23 163/22 164/3 166/10 171/17 175/25 179/22 187/3 187/22 193/10 194/11 200/5 206/7 210/3 222/3 223/20 232/9 238/14 242/16 253/4 255/20 257/19 262/9 266/11 277/6 278/1 278/23 279/1
**Mr. Nieto's [1]** 61/14
**Mr. Proctor [6]** 127/3 203/21 264/1 264/10 266/11 279/1
**Ms [3]** 12/1 20/21 200/14
**Ms. [30]** 4/2 6/13 40/16 40/23 57/2 60/18 61/18 77/20 86/11 99/3 115/10 127/17 129/14 139/23 141/12 147/20 161/20 164/9 223/23 229/14 231/3 238/1 238/12 263/23 264/8 266/9 275/16 276/16 277/4 279/13
**Ms. Hagan [1]** 40/23
**Ms. Maldeis [3]** 275/16

276/16 279/13
**Ms. McGuinn [25]** 4/2 6/13 40/16 57/2 60/18 77/20 86/11 99/3 115/10 127/17 129/14 139/23 141/12 147/20 161/20 164/9 223/23 229/14 231/3 238/1 238/12 263/23 264/8 266/9 277/4
**Ms. McGuinn's [1]** 61/18
**much [63]** 4/14 5/5 9/2 9/7 9/12 9/14 10/10 18/23 19/3 19/6 19/9 34/5 41/6 50/4 50/5 56/4 60/10 61/25 64/17 66/13 69/24 69/25 81/15 82/14 86/7 101/1 109/22 111/19 113/2 121/2 130/17 139/2 140/11 142/3 147/12 156/15 157/9 161/15 175/19 177/1 188/2 195/15 196/14 200/3 202/4 202/5 203/7 203/8 206/19 207/10 207/12 209/12 209/13 209/16 219/12 229/7 231/7 242/8 243/16 256/2 268/13 273/25 278/25
**mugged [1]** 210/20
**mugger [1]** 217/6
**mull [1]** 227/22
**multiple [2]** 54/19 244/14 217/1 217/16
**murdered [2]** 217/7 217/16
**music [2]** 197/6 197/8
**must [6]** 23/5 42/3 140/3 182/1 185/8 202/23
**MVA [5]** 48/6 220/11 220/12 220/14 221/12
**my [212]** 3/5 4/2 4/3 5/8 5/21 5/22 6/1 6/13 8/3 8/13 9/1 9/2 9/3 9/4 9/6 9/7 9/9 9/12 10/21 15/4 16/5 16/5 16/10 16/11 17/22 18/2 18/13 18/20 18/24 20/16 20/19 21/16 24/20 29/22 32/24 33/15 34/3 35/4 36/25 39/8 43/15 44/17 46/18 50/16 53/17 53/24 55/2 56/11 58/6 60/19 61/7 61/9 63/23 71/24 72/10 75/16 75/16 75/22 75/25 76/2 76/14 76/15 76/22 76/22 80/24 81/1 83/12 84/12 85/13 86/7 88/22 89/9 90/14 91/14 91/16 91/17 94/14 95/24 96/1 98/11 100/3 101/16 105/21 107/6 109/13 113/7 113/22 114/1 114/14 115/2 115/2 116/17 117/12 117/19 117/21 118/11 118/16 118/24 119/10 119/18 119/22 121/15 121/15 121/20 124/10 127/22 128/19 130/9 131/5 131/20 131/21 132/19 136/24 137/22 139/3 139/23 140/17 140/17 140/19 145/4 147/1 147/1 147/11 147/12 149/12 151/10 151/16 152/12 152/13 152/20 154/25 155/5 155/9 156/12 157/8 157/22 160/18 161/14 161/24 162/13 164/3 164/4 167/15

**M**

my... **[69]** 169/9 171/11 171/11 173/23 175/7 175/10 175/12 175/14 175/15 179/22 180/22 181/5 181/25 191/18 195/8 195/14 197/7 197/8 198/13 202/21 205/11 208/15 208/18 209/12 209/15 210/14 210/19 212/21 214/17 217/5 217/15 217/23 218/4 218/7 219/9 219/13 222/9 224/16 228/5 228/24 228/25 234/3 234/14 234/21 235/3 235/7 235/8 238/18 240/1 240/19 241/21 242/7 242/21 243/6 245/23 250/13 251/22 252/3 256/14 256/15 256/15 256/16 256/17 256/23 257/3 258/14 258/21 261/1 261/17
**myself [12]** 30/25 34/23 38/22 44/12 45/11 140/25 158/3 204/23 239/24 256/25 269/21 270/22

**N**

**N-O [1]** 5/7
**name [26]** 27/22 28/8 28/8 51/13 104/5 119/19 164/22 164/25 165/5 165/6 165/7 165/15 165/25 166/1 166/3 215/10 215/12 215/13 215/15 215/18 215/21 216/6 226/13 264/18 264/24 265/4
**named [1]** 28/8
**names [17]** 51/15 162/10 234/1 240/3 264/20 264/21 264/24 265/2 265/6 265/7 265/13 265/21 265/22 266/1 266/4 266/5 266/7
**national [5]** 56/7 56/7 56/8 104/12 150/21
**natural [1]** 272/23
**nature [16]** 3/1 8/3 8/10 31/11 64/20 64/25 71/13 71/14 117/18 120/8 153/24 179/8 204/19 219/5 254/18 257/9
**nausea [1]** 58/15
**Naval [2]** 105/1 105/3
**navigating [1]** 100/16
**near [1]** 109/9
**nearly [1]** 267/19
**necessarily [6]** 10/2 81/12 184/5 187/11 231/8 249/11
**necessary [4]** 130/21 204/11 206/3 211/24
**necessity [1]** 269/25
**need [29]** 4/6 11/4 29/15 29/16 30/1 39/10 47/2 59/19 62/5 80/4 88/10 93/19 119/17 119/17 127/9 129/3 132/4 141/8 142/1 203/23 206/1 231/8 246/16 249/1 250/23 258/11 270/8 270/18 271/16
**needed [2]** 61/23 269/25
**needs [2]** 129/1 236/1
**negative [2]** 21/11 188/12
**neglect [2]** 87/19 87/20
**neighbor [1]** 213/14

neighbors **[1]** 34/15
**Neither [2]** 16/14 152/23
**network [2]** 174/13 174/17
**neuropsychology [1]** 33/16
never **[11]** 9/24 17/23 22/7 63/14 63/16 80/14 148/23 152/16 190/14 194/3 234/23
new **[12]** 60/4 60/7 110/19 142/25 148/2 151/20 163/10 185/13 185/13 185/14 241/12 251/21
**news [13]** 215/14 215/20 215/22 216/9 224/16 224/16 224/21 225/3 273/19 274/1 274/2 274/2 274/3
**newspaper [1]** 176/21
**newspapers [1]** 177/6
**next [28]** 2/10 21/1 29/21 30/7 35/10 38/12 47/4 54/11 58/23 59/2 59/4 78/18 82/25 93/10 99/16 99/22 100/12 127/15 166/23 175/13 203/14 208/17 243/9 258/5 268/22 270/1 272/7 272/16
**nice [3]** 173/3 198/10 276/7
**nicely [1]** 253/8
**niche [1]** 241/21
**niece [1]** 113/7 113/13
**NIETO [61]** 1/17 3/22 6/8 11/20 11/25 22/22 23/24 27/3 28/20 40/13 51/20 61/3 71/11 72/20 86/14 95/2 99/6 106/9 111/12 115/13 120/18 126/13 127/19 129/16 135/7 139/12 141/19 147/24 148/14 156/24 161/23 163/22 164/13 166/10 171/2 171/17 175/25 179/22 187/3 187/22 193/10 194/11 200/5 200/17 206/7 210/3 222/3 223/20 230/21 231/4 232/9 238/14 242/16 253/4 255/20 257/19 262/9 266/11 277/6 278/1 278/23
**Nieto's [1]** 61/14
**night [5]** 155/10 245/6 245/8 272/21 272/25
**nightclub [1]** 118/12
**nine [9]** 13/22 23/14 25/5 158/22 168/17 168/19 168/20 170/1 256/12
**Nineteen [2]** 244/3 244/3
**no [346]**
**No. [1]** 263/20
**No. 108 [1]** 263/20
**nobody [1]** 10/17 103/22
**nodding [2]** 128/8 256/25
**none [3]** 65/2 72/22 171/1
**nonetheless [2]** 9/25 234/8
**nonprofit [1]** 55/3
**nonprofits [1]** 212/10
**Nope [2]** 16/14 16/16
**normal [1]** 207/17
**normally [2]** 201/3 208/24
**north [4]** 20/15 24/20 132/25 133/11
**NORTHERN [1]** 1/2 24/22

**Northrop [1]** 49/8
**Northrup [1]** 49/9
**nose [1]** 100/4
**not [250]** 3/25 4/12 5/25 6/2 6/20 6/23 7/7 8/20 9/5 9/19 9/24 11/10 11/23 12/24 21/3 22/13 29/12 30/1 31/20 32/9 35/16 36/16 39/5 40/19 41/5 43/2 43/8 43/13 44/11 44/13 44/14 45/8 45/17 45/20 47/1 52/18 53/3 53/5 53/10 53/19 53/25 55/10 56/1 56/4 56/12 57/8 59/21 60/24 60/24 61/14 63/12 64/23 64/24 65/11 66/11 66/11 66/12 67/14 70/10 71/3 74/18 78/4 80/23 81/2 81/2 81/5 82/5 84/6 84/2 85/24 86/4 86/20 93/17 93/23 94/1 94/6 94/10 97/17 100/12 101/14 103/4 103/12 115/3 115/18 116/20 119/25 119/25 120/13 121/15 122/25 125/18 127/18 127/25 128/2 130/12 130/25 131/6 131/12 131/16 132/3 132/14 133/12 136/22 136/24 139/1 139/17 143/11 143/25 146/4 146/19 148/20 151/7 151/14 152/7 152/12 152/12 152/13 152/23 152/25 153/11 155/21 156/9 159/3 161/9 164/10 164/11 164/14 164/19 164/21 165/1 165/3 165/4 165/14 165/16 167/19 173/25 176/20 177/1 179/16 182/19 182/21 182/21 183/1 183/3 183/22 184/5 186/18 187/11 188/11 189/7 189/16 192/2 192/21 193/13 195/14 195/17 196/10 197/17 197/21 197/23 197/25 199/1 199/24 200/3 200/11 200/19 200/24 201/18 201/13 204/21 207/18 207/23 207/24 208/25 211/2 212/17 215/14 216/20 216/21 217/3 217/4 218/18 221/12 221/16 224/21 225/4 225/4 226/3 226/18 226/21 227/20 232/23 232/23 233/23 234/6 234/18 234/19 234/25 235/4 238/25 241/25 242/3 242/8 244/21 245/7 245/18 247/11 247/22 248/24 249/6 249/20 250/6 253/10 253/21 256/1 257/23 259/21 261/4 261/13 262/8 262/21 263/5 264/19 265/17 265/23 266/5 266/20 269/20 269/22 269/25 271/4 271/13 272/21 272/21 272/22 273/9 273/11 273/18 273/24 274/24 274/25 275/4 275/8 275/9 275/11 276/20 277/1 277/5 278/1
**notably [1]** 65/8

note **[5]** 13/6 57/7 79/20 116/21 189/9
**noted [1]** 201/12
**notes [3]** 1/22 17/7 279/21
**nothing [16]** 21/14 28/21 51/21 81/6 145/18 159/3 166/12 175/10 194/12 203/12 205/7 215/25 218/24 256/24 260/2 260/3
**noticed [1]** 57/8
**November [3]** 228/25 230/12 231/9
**now [115]** 7/8 11/10 13/6 15/21 18/5 18/22 19/12 19/19 20/1 25/8 33/18 36/7 41/22 46/7 47/3 53/3 57/21 58/13 65/18 77/18 80/21 82/10 82/20 87/14 89/17 90/20 91/25 95/15 96/20 97/25 101/24 102/1 102/2 106/17 106/22 107/25 122/14 122/15 126/18 127/1 129/9 133/4 134/8 135/13 136/21 137/20 137/22 138/17 148/2 151/13 151/19 154/7 154/10 158/14 158/17 160/17 160/19 165/11 165/13 167/2 171/22 180/23 181/3 183/14 191/13 195/1 195/7 200/3 201/5 204/1 210/13 214/15 216/14 229/8 230/15 238/19 241/14 242/21 244/17 250/14 255/6 263/2 264/5 266/14 268/25 269/7 269/2 269/3 269/4 269/5 269/6 269/7 269/8 269/9 269/10 269/11 269/12 269/14 269/16 269/18 270/8 270/17 270/22 270/23 271/17 272/3 272/1 272/19 274/1 274/21 274/24 278/13 279/6 280/1
**NSA [4]** 150/7 150/8 150/9 150/16
**nuances [1]** 38/21
**nude [1]** 72/2
**nudity [1]** 72/1
**number [33]** 2/22 5/8 7/21 12/5 29/9 29/14 29/18 29/19 60/2 60/19 82/25 94/5 101/10 112/3 116/13 127/16 130/5 162/18 166/19 167/5 176/15 176/16 189/6 203/16 215/8 222/19 234/17 243/1 245/14 268/2 268/7 268/17 270/8
**numbers [6]** 11/11 11/16 29/11 263/4 263/10 267/25
**nurse [2]** 168/21 169/9

**O**

**O-D-D-O [4]** 164/5 164/8 164/9 165/25
**O-D-O [1]** 164/7
**oath [5]** 184/18 247/5 249/7 270/24 271/9
**object [1]** 232/18
**objection [11]** 4/6 41/1 95/5 120/21 139/23 139/24 158/5 180/1 210/4 255/22 257/20

**objective [5]** 27/11 35/16 38/25 39/1 158/4
**objectively [1]** 230/14
**objectivity [3]** 6/15 35/1 157/20
**obligation [2]** 41/8 157/20
**obligations [1]** 201/10
**obviously [3]** 38/21 113/10 119/11 129/1 138/24 162/1 185/25 216/3 228/1 228/6 229/19 250/20 278/21
**occasional [1]** 26/10
**occasionally [2]** 110/1 190/7
**occupation [2]** 54/7 140/4
**occupied [2]** 175/9 221/16
**occur [2]** 258/18 271/10
**occurred [5]** 22/1 26/15 62/17 211/4 225/11
**occurring [1]** 274/11
**occurs [1]** 231/12
**October [2]** 31/2 60/13
**Oddo [9]** 164/5 164/6 164/11 164/15 164/19 165/4 165/10 165/25 166/4
**off [17]** 29/4 33/22 56/9 120/12 151/10 164/22 174/3 175/11 209/15 213/24 215/6 256/25 263/3 264/4 264/6 266/17 266/23
**off-chance [1]** 164/22
**offenders [2]** 74/23 77/25
**offense [2]** 57/9 57/11
**offered [1]** 201/21
**offhand [1]** 226/3
**office [15]** 47/20 48/7 59/15 69/16 89/3 89/3 89/3 89/4 101/17 104/4 104/11 117/2 153/8 154/4 248/8
**officer [32]** 8/19 30/21 77/14 124/12 130/8 158/17 158/20 168/1 182/10 182/11 183/1 183/9 183/19 183/24 184/21 184/22 188/13 243/20 244/18 246/12 246/13 246/24 246/25 248/18 248/19 249/8 249/16 249/18 250/16 250/17 253/2 276/23
**officers [8]** 74/24 78/3 117/6 182/19 244/13 247/3 247/9 247/15
**official [4]** 1/24 31/8 281/1 281/16
**often [4]** 53/12 139/4 187/24 190/10
**oh [18]** 15/4 15/16 20/11 50/15 61/16 65/11 98/19 105/23 110/19 123/25 124/2 136/18 138/1 140/5 142/20 169/21 207/11 228/17
**Ohio [5]** 108/17 108/19 161/2 210/25 213/18
**okay [284]**
**old [36]** 16/4 18/4 49/4 55/14 56/2 70/14 75/23 85/7 92/8 92/10 92/16 97/20 105/18 110/6 110/17 113/9 134/12 137/23 138/8 138/11 138/12 156/1 159/25 160/2 175/3 175/7 175/10 175/12 175/14

**JA693**

**O**

old... **[7]** 175/15 186/15 192/9 218/9 221/9 237/17 255/6
older **[6]** 98/5 105/17 105/20 139/3 217/15 256/25
oldest **[2]** 140/17 140/20
olds **[2]** 170/9 170/10
once **[15]** 42/1 58/25 103/17 128/17 159/8 190/11 197/15 197/18 203/3 206/1 215/2 224/17 263/8 273/13 276/24
one **[143]** 5/8 5/21 6/23 9/4 14/18 15/4 16/14 17/16 21/19 21/19 24/14 24/14 24/24 26/11 27/4 27/17 27/19 28/6 32/8 35/6 35/6 35/13 37/22 38/3 38/11 39/12 46/19 50/13 52/11 57/4 60/2 65/8 70/18 70/19 74/8 74/9 74/11 74/12 75/19 76/8 77/24 78/23 78/24 81/7 81/7 82/10 83/8 83/15 85/20 90/13 94/23 95/20 97/24 98/8 101/15 105/17 105/20 105/20 105/21 106/22 110/19 112/3 113/16 115/9 116/3 124/2 124/13 128/14 132/14 132/18 132/18 134/11 134/24 141/9 147/25 149/12 152/23 157/20 163/2 163/9 163/23 165/16 167/5 171/12 171/12 171/13 172/3 173/10 173/12 173/18 173/19 173/19 173/25 176/20 180/14 182/25 183/2 190/8 192/15 193/11 196/13 198/9 199/5 200/3 200/16 202/11 203/15 203/23 207/7 208/16 208/17 208/18 209/2 209/14 210/15 212/16 213/8 215/4 215/16 222/14 223/11 227/8 228/1 233/25 237/16 239/23 241/10 243/9 247/24 252/18 259/7 267/23 271/12 271/17 272/10 272/12 274/23 274/24 276/8 278/19 279/17 279/18 279/20
One's **[1]** 50/13
ones **[12]** 14/18 15/5 22/20 27/1 127/15 156/22 161/21 165/17 183/7 187/1 193/8 214/9
only **[16]** 23/10 24/14 60/19 76/4 81/8 85/18 106/22 110/1 167/20 182/3 200/18 216/10 250/20 253/10 270/3 272/23
open **[14]** 5/12 7/17 36/23 73/19 80/23 113/6 114/24 115/1 116/16 128/21 145/13 150/18 177/15 184/7
open-minded **[2]** 80/23 184/7
opened **[1]** 115/3
opening **[4]** 271/2 277/12 277/25 278/2

openings **[1]** 214/21
openly **[2]** 39/22 201/16
operate **[1]** 271/17
operated **[1]** 174/21
operationally **[1]** 152/1
operations **[1]** 151/3
operator **[3]** 15/2 15/3 16/11
opinion **[2]** 120/6 120/14
opponent **[1]** 277/22
Opportunities **[1]** 236/13
opportunity **[7]** 150/25 173/25 184/9 225/24 274/6 274/13 274/21
opposed **[1]** 6/15
options **[3]** 173/10 209/8 209/18
orally **[1]** 238/18
Orange **[1]** 156/15
order **[9]** 76/6 93/24 94/6 99/15 217/3 217/4 232/22 270/4 270/9
ordering **[1]** 105/5
ordinarily **[2]** 157/11 209/1
Oregon **[1]** 68/15
organization **[3]** 55/3 89/5 252/14
organizations **[2]** 244/15 274/4
orient **[2]** 275/17 276/18
orientation **[1]** 77/1
original **[1]** 267/23
originators **[1]** 54/22
Orioles **[1]** 203/23
other **[92]** 5/22 6/22 7/23 19/5 21/12 21/19 22/8 23/25 24/21 24/23 24/24 26/2 32/6 32/10 39/12 41/9 41/10 48/4 59/5 64/7 66/20 67/8 67/8 67/10 70/19 70/20 73/24 78/1 82/1 84/20 87/15 87/16 87/19 88/11 88/20 95/1 96/4 96/5 103/23 109/1 110/25 111/1 118/19 130/5 131/7 131/19 132/14 132/17 132/18 135/22 139/4 146/14 152/15 156/13 159/22 160/11 162/17 163/2 165/1 168/3 171/12 173/9 175/8 183/22 183/25 184/25 188/14 191/7 191/14 192/15 195/7 201/14 202/12 203/1 208/10 219/15 225/3 233/5 233/7 233/8 238/3 239/23 240/2 240/3 243/17 248/9 252/1 260/20 263/8 268/24 273/25 274/12
others **[1]** 274/4
otherwise **[11]** 30/1 40/3 115/3 149/3 197/20 202/5 221/19 225/14 227/9 239/19 273/10
our **[92]** 2/10 2/17 8/16 11/11 11/15 11/21 12/5 13/6 13/7 24/7 25/8 29/16 29/25 30/12 30/16 35/18 42/20 42/22 43/3 43/6 43/13 43/17 46/4 51/3 56/8 57/19 67/8 70/4 77/11 81/10 81/11 81/11 110/7 110/9 112/23 112/24 117/8 122/6 124/6 138/21 149/10

149/11 151/24 151/24 152/25 162/3 166/15 166/19 167/1 170/19 176/4 176/14 177/7 177/7 182/17 182/18 182/18 182/24 182/25 183/15 184/14 184/14 184/14 187/18 187/21 188/5 191/5 192/25 200/1 200/13 203/15 205/23 229/7 231/12 232/20 247/2 247/3 247/7 247/24 249/10 254/8 270/15 271/17 271/20 274/1 275/21 275/22 276/1 276/21 278/11 278/16 279/7
ours **[2]** 40/17 213/14
out **[77]** 7/10 9/5 11/12 13/10 13/12 20/12 25/21 27/23 29/13 31/20 34/15 38/15 42/5 50/5 57/10 59/20 61/15 62/10 62/20 64/8 67/12 80/13 81/6 83/21 86/22 88/9 88/18 94/2 96/15 100/6 118/14 118/20 121/3 123/22 124/13 127/8 128/13 136/2 137/22 139/20 140/19 142/18 147/11 149/3 149/24 151/20 151/20 160/9 161/15 163/5 163/13 175/12 181/1 182/1 183/7 188/9 199/2 208/24 209/14 224/14 227/2 227/23 227/24 231/7 235/23 242/7 247/12 247/21 251/23 259/1 265/22 267/25 268/7 268/19 275/6 275/19
outcome **[2]** 66/7 114/2
outdoors **[1]** 56/10
outlets **[1]** 177/7
outpouring **[1]** 6/11
outside **[13]** 56/11 122/7 126/2 134/23 160/4 177/17 213/2 217/6 225/24 229/9 242/8 242/10 261/15
outstanding **[1]** 244/11
over **[38]** 16/12 25/7 25/10 26/10 59/21 61/23 76/7 83/12 102/9 112/9 113/24 115/21 122/21 124/19 136/6 138/2 153/1 153/19 160/23 163/7 172/9 173/25 186/4 195/10 211/18 216/16 219/25 227/20 227/20 227/22 243/18 253/11 255/4 255/5 270/10 273/13 273/13 273/16
overall **[1]** 224/24
overcome **[2]** 12/19 201/20
overinterpretation **[1]** 189/12
overinterpreted **[1]** 189/10
overlap **[3]** 113/17 154/17 162/3
overload **[1]** 203/6
overruled **[1]** 158/5
oversharing **[1]** 189/18
own **[24]** 10/17 37/25 38/17 55/2 75/3 94/17 114/19 114/22 118/17 123/15 140/11 152/18 152/25 153/15 157/21

172/23 173/1 174/9 200/25 201/13 213/5 213/11 218/9 227/12
owned **[3]** 55/2 118/11 174/20
owners **[1]** 174/1
owns **[1]** 174/9

**P**

p.m **[11]** 129/11 129/11 204/3 204/3 266/17 266/17 266/23 266/23 271/4 276/22 280/3
paced **[1]** 136/16
packet **[1]** 234/15
page **[3]** 41/25 74/10 281/9
pain **[1]** 8/23
palliative **[1]** 110/13
pandemic **[5]** 59/12 87/18 124/10 151/8 243/24
panel **[1]** 268/16
papermaking **[1]** 111/4
papers **[1]** 119/13
paperwork **[1]** 119/15
paralegal **[4]** 1/20 101/23 101/24 103/19
paraphernalia **[1]** 167/16
pardon **[1]** 111/6
parent **[1]** 85/15
parenthesis **[2]** 189/7 189/8
parenting **[1]** 56/2
parents **[6]** 25/10 55/18 55/20 218/4 218/4 218/8
park **[2]** 25/1 56/7
Parked **[1]** 17/21
Parkersburg **[1]** 138/12
parking **[2]** 25/9 63/25 276/7 276/13
parks **[2]** 56/7 56/8
Parksley **[1]** 212/16
Parkville **[4]** 96/23 97/1 97/2 98/2
Parkway **[1]** 24/22
parole **[1]** 89/3
part **[37]** 7/6 8/9 11/9 13/25 32/24 35/3 64/19 75/23 81/8 88/22 98/21 105/24 106/1 111/17 123/23 130/21 138/24 152/22 164/15 179/7 194/4 194/7 195/22 196/24 197/4 199/16 199/17 199/25 204/11 206/3 217/21 226/11 244/8 245/2 245/3 251/14 270/15
part-time **[5]** 105/24 106/1 123/23 245/2 245/3
partial **[1]** 79/25
participants **[2]** 273/20 274/20
participate **[9]** 7/12 13/5 17/13 39/21 57/19 62/5 144/4 163/1 167/1
participated **[2]** 61/17 162/17
participating **[11]** 2/17 29/1 30/12 36/14 73/2 149/10 158/12 204/8 254/8 270/13 275/11
participation **[1]** 78/14
particular **[26]** 12/8 21/15 22/10 30/19 38/10 38/11 38/18 40/15 65/3 73/21

74/3 77/1 92/3 112/3 135/22 145/15 145/15 150/24 157/8 187/10 224/23 226/20 227/21 232/13 236/23 252/13
particularly **[4]** 22/11 188/4 224/22 247/4
parties **[1]** 44/17
partner **[28]** 34/2 53/1 55/9 55/10 91/20 97/5 105/18 109/12 125/8 133/25 134/2 138/15 138/19 147/3 161/4 169/16 169/18 174/5 186/9 191/20 211/19 211/21 212/20 237/2 241/24 261/2 261/4 261/10
partners **[1]** 88/11
parts **[2]** 14/2 14/5
party **[1]** 69/5
pass **[1]** 61/24
passed **[3]** 31/14 53/24 53/25
passion **[1]** 81/21
passport **[2]** 56/8 60/7
past **[10]** 6/1 18/25 27/11 116/25 76/16 79/21 80/19 116/25 146/16 241/5
paternal **[1]** 94/14
path **[1]** 154/5
pathology **[1]** 33/18
paths **[1]** 165/2
patience **[2]** 129/25 224/6
patrol **[1]** 30/21
pause **[2]** 6/12 27/19
pay **[2]** 211/24 246/16
payable **[2]** 47/21 47/22
peacemaker **[1]** 246/3
pedantic **[1]** 216/22
pediatric **[2]** 33/2 33/4
pending **[2]** 61/5 113/16
Pennsylvania **[1]** 138/9
people **[49]** 7/23 21/25 21/25 22/10 26/13 44/20 44/22 61/11 63/7 67/8 67/8 67/10 69/14 70/25 137/24 137/24 159/8 180/8 182/18 183/6 184/5 198/7 200/18 200/19 200/22 200/23 202/25 203/7 211/23 226/24 228/3 231/13 231/19 231/19 231/21 233/7 233/11 233/11 233/13 244/10 247/8 250/8 263/8 266/3 270/3 270/5 270/8 274/24 276/10
people's **[1]** 45/11
per **[2]** 29/18
percent **[11]** 29/13 82/15 82/16 82/18 127/4 173/13 197/24 197/25 201/22 203/19 244/24
perceptions **[1]** 66/19
peremptories **[3]** 29/17 29/17 29/18
perfect **[2]** 141/20 202/5
perform **[9]** 45/23 45/25 133/19 146/11 203/4 225/5 228/18 249/15 262/25
performance **[2]** 31/21 199/17
performed **[1]** 185/11
performing **[1]** 201/11
performs **[1]** 247/25
perhaps **[17]** 23/10 71/25 72/1 72/1 77/18 112/11

**JA694**

**P**

**perhaps... [11]** 116/22 116/22 123/10 187/20 193/23 203/2 215/17 232/2 234/21 235/7 235/7
**period [4]** 60/3 220/1 255/4 262/22
**permission [1]** 59/13
**permitted [1]** 273/14
**person [56]** 5/22 27/23 34/2 43/2 43/7 43/10 48/14 54/4 65/15 66/21 68/17 85/16 85/24 88/10 113/24 116/3 131/19 134/1 134/1 134/3 144/12 147/4 177/10 177/11 182/10 183/1 183/23 184/22 188/8 188/13 189/23 189/25 190/2 190/5 190/10 192/3 193/23 197/21 198/9 200/20 217/24 222/14 231/9 246/13 248/7 248/18 249/3 250/3 250/17 250/21 261/23 265/7 268/7 268/22 275/2 276/8
**personal [8]** 6/14 56/14 75/3 76/15 130/20 132/3 184/15 227/6
**personalities [1]** 184/14
**personally [2]** 37/24 228/9
**personnel [1]** 251/22
**persons [13]** 81/9 187/25 199/12 234/5 265/8 265/14 265/17 266/4 266/14 268/1 268/14 274/22 275/10
**perspective [1]** 232/20
**perspectives [1]** 235/6
**persuade [1]** 40/3
**pertain [3]** 34/20 172/10 274/16
**pertaining [1]** 177/18
**pest [7]** 241/2 241/8 241/10 241/12 241/13 241/20 242/4
**pets [1]** 50/9
**Ph.D [1]** 191/17
**pharmaceuticals [1]** 96/13
**phase [1]** 271/1
**phone [1]** 274/7
**phonetic [1]** 207/10
**phoning [1]** 269/25
**phrase [1]** 253/9
**physical [4]** 45/20 46/15 88/6 208/9
**physically [6]** 143/24 143/25 223/16 254/24 255/3 256/18
**physician [1]** 110/11
**pick [5]** 84/8 209/12 209/14 209/16 273/25
**picked [13]** 63/11 83/3 88/16 90/23 102/13 122/11 143/19 144/16 152/10 174/2 208/25 234/15 262/1
**picking [1]** 2/3
**pickpocketed [1]** 65/24
**picture [2]** 60/1 131/1
**pictures [3]** 179/15 179/15 235/7
**piece [1]** 65/3
**pieces [1]** 75/24
**piggyback [1]** 200/16
**Pittsburgh [1]** 161/2

**pivot [1]** 153/1
**place [9]** 75/22 215/18 216/6 217/19 231/19 232/4 234/1 234/4 247/21
**placed [2]** 130/14 232/19
**places [1]** 235/7
**placid [1]** 247/9
**plain [1]** 191/4
**plaintiff [3]** 1/5 1/15 39/10
**plaintiff's [1]** 40/7
**plan [5]** 142/10 142/10 243/6 276/5 276/11
**planned [1]** 142/22
**planning [2]** 89/17 246/23
**plant [3]** 13/21 67/17 138/4
**play [7]** 98/18 149/3 165/7 171/10 196/24 221/19 242/7
**played [11]** 18/21 22/4 162/2 163/4 163/5 163/11 164/1 164/4 197/3 197/8 197/17
**player [2]** 245/23 252/7
**playing [1]** 23/6
**plays [4]** 96/1 159/16 175/16 175/17
**pleasant [1]** 75/25
**please [16]** 2/2 27/13 65/19 129/13 162/22 199/5 204/5 258/12 262/16 263/10 266/25 268/17 273/5 275/19 276/17 277/24
**pleasure [1]** 254/2
**pled [2]** 117/22 118/23
**plow [1]** 73/12
**plus [2]** 141/14 141/15
**point [36]** 29/11 40/15 43/6 46/7 46/8 61/14 62/10 65/5 72/12 76/24 80/24 81/22 85/18 118/3 139/17 199/16 201/12 202/23 202/23 214/17 215/14 215/20 217/20 218/6 228/12 228/19 233/25 235/2 238/4 239/19 240/20 242/23 262/18 271/1 274/16 276/9
**pointing [1]** 57/10
**police [13]** 64/10 64/14 74/24 78/3 117/6 158/17 158/20 177/24 243/20 247/15 248/20 253/12 259/3
**policewoman [1]** 158/25
**policy [1]** 230/17
**political [1]** 236/20
**porn [1]** 80/16
**pornography [1]** 117/22
**port [5]** 47/14 47/16 48/5 51/3 51/11
**portion [1]** 233/20
**pose [1]** 67/6
**posed [2]** 65/19 167/4
**posing [1]** 119/19
**position [24]** 4/1 11/13 12/15 15/1 39/8 40/21 104/5 113/23 143/1 146/13 147/20 151/10 154/12 166/10 177/19 179/22 183/8 200/5 200/9 209/25 238/5 238/13 248/24 251/9
**positions [1]** 247/8
**positive [2]** 128/19 188/11

**possessed [1]** 119/16
**possesses [1]** 81/22
**possession [2]** 117/22 167/15
**possibility [2]** 274/5 274/10
**possible [3]** 27/22 39/23 262/21
**possibly [3]** 215/23 278/16 278/17
**post [1]** 153/6
**potential [7]** 29/6 29/24 78/7 148/17 157/17 158/6 177/14 179/23 184/17 200/6 230/23 238/15 238/21 265/2 265/20
**potentially [2]** 58/5 75/5
**pottery [1]** 67/18
**POW [1]** 158/24
**power [4]** 50/1 50/2 50/3 74/25
**PowerPoint [2]** 277/19 278/6
**practice [5]** 4/3 110/12 145/25 146/2 146/4
**practices [1]** 186/20
**practicing [2]** 53/25 54/5
**pre [2]** 22/25 39/25
**pre-K [1]** 22/25
**precinct [1]** 158/22
**predict [1]** 65/9
**predicting [1]** 66/18
**prediction [1]** 277/15
**predisposition [3]** 39/14 40/1 40/19
**preemptory [6]** 238/10 264/19 265/1 265/5 265/9 265/11
**prefab [1]** 71/1
**prefer [1]** 73/24
**pregnant [1]** 205/18
**prejudice [2]** 76/24 77/1
**preliminary [1]** 277/11
**preoccupied [1]** 61/15
**prepare [1]** 211/23
**prepared [2]** 164/17 231/22
**presence [1]** 270/10
**present [1]** 1/19 2/13 29/6 82/23 187/25 233/23 272/25 277/12
**presentations [2]** 191/4 271/2
**presented [16]** 38/19 67/1 74/22 145/14 173/25 180/13 183/11 183/22 197/5 199/23 226/19 227/10 248/9 273/23 275/10 275/14
**presents [1]** 201/8 202/1 273/20
**President's [1]** 154/3
**press [1]** 177/7
**pressure [2]** 148/24 234/7
**presumably [1]** 134/15
**presume [4]** 42/24 43/7 43/8 122/22
**presumed [5]** 112/14 112/14 114/7 122/15 123/3
**presumption [6]** 10/18 43/2 43/9 81/10 81/24 114/10
**pretrial [1]** 89/4
**pretty [33]** 4/1 9/2 9/7 9/12 9/14 10/10 19/6 19/9 31/14

39/5 58/8 66/13 82/14 109/22 116/8 136/15 147/12 149/22 153/18 165/16 189/21 199/21 205/12 205/20 207/10 207/12 209/11 209/13 209/16 217/20 230/10 231/10 263/8
**prevent [1]** 256/25
**prevention [1]** 178/4 181/15 181/17
**previously [10]** 5/14 124/14 148/1 179/24 181/24 191/13 216/20 216/21 238/18 240/16
**primarily [3]** 88/12 153/25 242/6
**primary [1]** 209/2
**Prince [3]** 89/9 91/4 237/9
**Princess [4]** 211/16 212/11 212/14 212/24
**principal [1]** 185/6
**principle [18]** 9/22 10/3 10/14 10/15 32/2 82/6 112/6 112/17 112/18 112/19 112/23 114/16 114/17 114/17 122/18 122/24 123/15 123/19
**principles [1]** 33/10
**prior [6]** 87/18 87/19 110/24 177/12 238/22 251/12
**priority [1]** 61/23
**prison [1]** 259/13
**private [10]** 55/24 87/5 87/6 89/2 89/15 89/16 139/15 177/24 177/25 267/3
**probably [24]** 2/22 4/3 11/7 37/22 39/14 39/24 53/16 94/20 118/2 120/10 120/13 140/12 158/22 159/10 170/1 189/21 190/11 215/19 222/24 223/1 223/2 223/10 234/18 268/5
**probation [1]** 89/3
**probing [2]** 204/10 234/2
**problem [11]** 12/1 24/11 45/7 56/19 100/18 111/25 135/1 195/14 195/14 201/25 209/25
**problematic [1]** 230/18
**problems [4]** 22/12 44/8 71/16 201/1
**procedures [1]** 272/6
**proceed [3]** 4/6 268/8 268/23
**proceeding [3]** 198/3 241/20 272/2
**proceedings [3]** 1/11 279/16 281/8
**process [45]** 2/3 2/7 4/24 7/6 13/6 17/13 30/12 36/15 36/16 45/16 52/21 57/19 62/5 63/5 67/14 67/15 67/19 78/14 81/7 96/14 96/20 111/17 112/11 129/25 130/21 148/19 149/10 158/12 167/2 172/15 176/12 189/12 195/16 199/17 202/7 204/8 204/11 206/3 224/8 252/10 254/9 264/15 267/19 270/6 270/13

**processes [3]** 67/16 184/15 247/21
**processing [2]** 195/18 233/24
**PROCTOR [7]** 1/18 127/3 203/21 264/1 264/10 266/11 279/1
**product [2]** 96/15 137/8
**products [1]** 191/5
**professes [1]** 81/25
**profession [1]** 133/15
**professional [7]** 51/7 110/24 155/16 157/12 157/15 157/23 246/19
**professionally [1]** 56/13
**professor [4]** 108/6 109/18 240/4 240/14
**program [6]** 33/3 33/17 79/10 151/1 151/12 158/24
**programs [2]** 154/6 193/15
**project [5]** 150/17 191/2 220/6 220/9 221/18
**projects [4]** 150/18 169/21 220/9 220/10
**promise [1]** 81/23
**promoted [2]** 150/16 150/21
**prompt [1]** 190/16
**promptly [1]** 276/14
**pronounce [1]** 168/7
**proof [1]** 199/25
**property [2]** 211/6 213/12
**proposition [1]** 182/24
**propositions [1]** 248/14
**prosecuted [2]** 259/23 261/23
**prosecution [4]** 107/4 144/5 179/2 259/24
**prosecution's [1]** 40/21
**prosecutor [1]** 60/25
**prospective [9]** 12/9 22/24 27/6 71/13 157/8 164/3 187/6 193/12 201/14
**protecting [1]** 235/22
**protection [4]** 153/10 154/2 154/5 154/7
**protective [4]** 76/6 87/13 88/9 153/14
**prove [7]** 9/23 9/24 43/11 85/19 86/1 114/8 251/1
**proven [1]** 116/9
**proves [2]** 42/25 43/9
**provide [1]** 277/8
**provided [8]** 9/3 40/6 52/8 73/13 162/9 180/16 210/9 253/18
**provider [5]** 9/2 9/12 59/24 60/3 60/7
**provides [2]** 87/7 178/1
**providing [1]** 73/9
**pry [3]** 130/18 132/3 254/19
**psychologist [1]** 221/3
**psychology [2]** 33/16 109/2
**public [31]** 29/6 41/13 55/23 55/25 56/1 81/15 83/4 89/1 89/1 89/15 95/17 101/16 101/17 102/5 124/11 124/12 124/13 146/10 156/7 168/2 170/15 192/18 192/19 195/11 206/23 213/23 219/24 220/7 224/4 258/5 260/10

**P**

publicity [1] 274/3
publish [1] 109/6
Puerto [1] 261/20
Puggle [1] 50/13
pull [1] 128/13
pulling [1] 64/8
pulls [2] 35/8 234/8
purpose [1] 275/20
purse [1] 211/7
pursuant [2] 273/24 281/6
pursued [1] 31/7
pursuing [2] 33/18 236/22
push [1] 137/14
put [22] 7/10 9/9 14/2
38/17 39/18 41/10 65/5
99/15 139/17 140/25 149/2
156/3 177/16 182/1 191/3
217/15 225/2 227/2 239/15
240/15 261/17 273/22

**Q**

qualified [12] 29/8 29/11
29/12 29/15 29/20 149/2
149/4 203/18 238/15 263/5
263/11 264/9
qualify [1] 243/5
qualifying [1] 230/4
Quantico [1] 155/18
question [123] 2/22 5/8
5/8 7/14 7/21 8/5 8/19 10/1
10/21 12/4 24/17 30/23
31/19 31/22 36/20 37/3
38/4 38/15 42/2 43/15
60/25 62/8 63/14 63/19
64/18 65/5 65/18 66/8
66/16 67/2 72/14 73/16
74/3 74/9 74/13 74/17 75/9
75/14 76/22 77/14 79/19
80/17 84/20 85/23 87/3
87/4 90/25 94/8 95/21
101/15 112/3 112/3 112/14
113/3 114/14 114/17
116/21 121/11 122/15
123/12 145/4 147/25 149/2
149/15 152/4 155/14
158/16 162/16 163/23
167/5 172/4 173/14 176/10
176/15 177/22 178/18
179/13 180/23 181/6
182/16 184/4 184/9 189/1
189/5 189/6 190/17 190/20
193/11 204/15 204/15
204/20 208/8 210/17 215/6
216/24 219/2 219/13 223/4
224/10 225/10 227/20
228/20 231/15 231/20
233/22 234/16 234/17
239/23 243/19 245/11
245/11 245/19 248/6
248/16 248/21 249/14
250/2 250/18 254/14 256/6
257/2 257/7 258/8
questioning [3] 215/19
231/5 238/20
questionnaire [53] 2/19
5/6 7/8 13/6 17/13 17/14
24/13 36/11 36/15 37/2
41/19 47/8 52/5 57/20
63/19 73/5 73/8 83/8 86/24
93/13 95/17 99/18 101/13
106/21 111/24 129/20
129/24 135/18 135/22
135/24 142/6 149/11 153/2

**R**

R.N [1] 169/11
race [1] 175/13
racial [1] 76/24
radio [1] 116/1
raise [3] 35/25 233/22
238/22
raised [1] 213/20
raises [2] 31/18 228/20
ramp [1] 137/14
ran [2] 158/24 229/19
rape [1] 37/23
raped [4] 18/9 18/14
204/23 205/6
Rapidly [1] 196/2
rarely [1] 247/8
Rat [2] 50/14 50/16
Rat-Terrier [1] 50/16
rate [2] 29/7 127/4
rather [2] 115/3 200/23
ratio [1] 29/15
Ravens [1] 154/11
razor's [2] 29/8 29/22
reach [1] 62/25
react [5] 65/3 65/16 66/12
66/24 75/4
reaction [6] 6/13 65/8
66/25 85/15 85/22 234/12
reactions [2] 58/15 273/4
read [26] 18/11 111/3
139/4 176/17 177/4 184/4
195/4 195/8 196/16 197/3
198/25 199/3 204/25
207/17 207/19 207/22
216/2 221/20 224/13

158/12 158/13 166/25
167/3 172/2 172/3 188/24
204/5 204/7 207/2 210/13
214/25 222/20 222/25
224/6 224/9 239/9 243/10
254/11 256/5
questions [79] 5/7 7/10
13/7 16/22 22/19 24/1 24/7
26/25 30/16 30/17 35/24
36/7 39/22 50/23 52/8
56/22 57/23 65/19 71/8
71/11 72/20 73/8 73/24
78/15 81/1 83/12 92/25
99/4 99/11 106/6 111/10
112/20 116/12 126/10
126/18 135/4 135/13
139/10 141/25 156/21
156/25 158/9 161/20
162/20 166/16 167/4
170/25 171/17 171/22
172/4 175/23 176/4 176/14
186/25 187/4 188/17 189/1
193/7 194/16 203/15 204/9
214/8 214/18 216/3 216/19
221/25 222/9 223/11
232/21 238/2 239/3 240/21
242/13 242/21 253/1 253/4
262/7 270/14 273/22
queue [1] 127/15
quick [2] 78/21 203/15
quickly [3] 3/25 200/24
263/8
quiet [1] 134/23
quite [11] 5/15 45/20
164/14 183/17 195/6
215/18 218/8 233/1 234/1
271/13 276/4
quiz [1] 28/2
quote [1] 253/12

**R**

R.N [1] 169/11

reading [9] 100/7 110/23
134/22 192/23 210/13
210/14 224/19 234/15
543/13
readmit [6] 41/13 95/17
168/2 206/23 219/24 224/4
readmitted [1] 258/5
readmitting [1] 220/7
reads [2] 85/17 204/15
ready [15] 2/3 2/6 2/8
59/18 60/11 82/24 99/23
127/15 129/14 222/19
224/8 267/17 271/1 275/16
278/9
real [4] 34/25 70/19
124/18 196/10
realize [6] 5/11 7/16 36/22
73/19 113/5 116/15
realized [3] 186/2 190/15
215/19
really [44] 3/25 21/17 22/7
25/12 27/22 29/8 32/8
40/17 44/12 44/21 59/17
61/17 72/13 74/9 74/12
75/10 80/22 81/14 97/17
101/15 117/8 118/19
118/19 120/13 130/13
131/12 140/12 140/23
148/20 153/12 154/6 159/3
161/15 205/7 216/6 216/6
228/7 240/20 242/7 242/8
250/5 250/12 274/11
278/18
realm [1] 131/14
Realtime [1] 281/5
realtor [3] 48/20 48/21
261/11
reason [11] 11/10 11/23
109/11 149/1 150/24
152/24 157/14 208/10
226/12 253/21 267/22
reasonable [13] 9/23
42/25 43/10 85/19 86/2
112/5 112/16 114/9 122/17
122/23 123/5 131/23
199/10
reasoning [1] 203/1
reasons [4] 34/22 61/18
77/22 78/10
recall [6] 22/13 182/7
215/25 217/18 224/13
264/16
receivable [1] 48/9
receive [1] 133/18
received [5] 128/5 181/20
182/2 240/9 240/16
recent [3] 27/11 128/19
153/6
recently [5] 53/1 195/21
215/14 216/12 226/25
recess [9] 82/19 82/21
82/22 129/8 129/10 129/11
204/2 275/23 275/24
recesses [1] 140/21
recognition [4] 195/14
201/1 201/2 216/5
recognize [2] 226/2
274/15
recognizes [1] 165/6
reconsider [1] 232/22
reconstructive [1] 59/18
record [16] 2/13 29/4 29/5

82/7 188/6 203/18 229/17
238/7 263/23 264/1 264/4
264/6 266/17 266/18
266/23 266/24
recordings [1] 196/24
recover [1] 258/24
recruited [1] 151/11
refer [1] 29/19
reference [8] 95/21 113/11
152/6 165/15 251/25 252/7
262/24 275/14
referenced [3] 70/12
163/2 174/23
references [3] 26/13
159/11 226/4
referred [2] 182/18 220/25
reflect [1] 123/14
reflection [4] 74/19 84/22
94/10 223/6
regard [5] 75/7 144/23
187/7 231/21 254/22
regarding [1] 253/7
regardless [3] 66/25 184/1
251/2
regards [4] 12/4 71/12
157/10 253/6
registered [4] 99/23
168/21 169/9 281/4
regression [1] 19/15
regular [4] 14/3 65/14
158/25 271/18
regularly [1] 131/25
regulations [2] 151/25
281/10
reinvite [1] 260/10
reiterate [1] 238/19
reiterated [1] 177/2
rejoining [1] 7/5
relate [6] 44/21 44/24
44/25 215/23 223/10 233/7
related [10] 89/2 90/21
103/14 113/12 116/22
116/23 150/13 190/15
217/16 274/6
relates [3] 113/16 211/12
274/15
relating [1] 155/14
relation [6] 22/2 132/21
155/16 211/8 218/22
219/21
relationship [11] 24/23
49/19 113/25 118/7 118/15
130/13 131/3 194/4 217/25
218/10 218/14
relationships [6] 230/7
232/2 233/3 233/3 233/9
233/17
relative [2] 71/13 77/17
relatively [2] 27/11 195/21
Relax [1] 98/17
relaxing [1] 134/23
released [2] 118/3 263/8
relevance [1] 164/12
relevant [4] 217/14 219/9
233/6 275/9
relies [1] 201/21
Religious [1] 55/24
relocate [1] 266/15
rely [3] 196/18 196/21
225/5
remain [15] 4/20 9/21
27/11 31/22 74/25 77/5
114/11 227/16 263/4
264/21 265/13 265/22
266/14 269/21 270/22

remains [3] 177/14 264/18
264/25
remanded [3] 129/7
279/14 280/1
remarks [1] 202/6
remember [19] 19/3 22/9
23/5 23/8 62/13 78/5 90/5
148/18 173/11 197/1
210/15 224/15 224/18
224/20 226/12 234/17
240/3 240/5 240/11
remembering [1] 74/1
remove [1] 34/23
removed [2] 31/14 60/13
render [9] 8/7 8/12 32/19
37/12 64/21 77/8 144/20
179/10 180/18
renovation [1] 92/4
rental [1] 98/9
renting [1] 217/23
repairs [1] 25/16
report [2] 145/1 273/19
reported [4] 1/23 62/16
158/16 281/8
Reporter [5] 1/24 281/1
281/4 281/5 281/16
reporting [3] 114/19
114/21 224/21
reports [1] 88/10
reputation [1] 228/9
request [2] 78/21 179/25
requested [1] 99/3
require [6] 10/17 42/23
100/20 232/19 270/5 277/3
required [3] 9/18 225/1
273/9
requirements [1] 19/23
requires [6] 129/25 157/25
199/10 199/18 202/9 208/5
research [1] 68/13
reseller [3] 174/12 174/15
174/16
reservations [1] 200/10
reserve [2] 60/24 61/1
residential [2] 48/25 49/1
resigned [1] 150/22
resolution [3] 38/9 83/21
201/25
resolved [1] 167/18
resource [2] 108/9 251/15
resources [2] 246/19
251/5 251/16
respect [13] 22/3 38/18
45/14 166/10 181/24
182/13 184/18 185/9 200/5
212/15 250/21 274/17
275/10
respectfully [6] 6/9 61/4
157/1 187/5 230/22 238/16
253/5 277/7
responded [5] 64/23
116/11 204/20
responder [1] 188/1
responding [2] 4/15
270/12
response [20] 4/7 32/7
62/8 63/13 64/18 66/8
76/22 95/21 96/7 116/21
158/15 176/14 179/12
180/25 189/5 204/14
224/10 231/2 256/6 257/6
responses [2] 77/17 80/6
responsibilities [4] 87/16
88/11 153/11 261/14
responsibility [14] 76/11

**JA696**

**R**

**responsibility... [13]** 114/20 145/3 145/4 145/6 157/19 183/6 183/10 183/20 184/17 199/14 234/3 234/9 270/15
**responsible [3]** 128/23 153/14 183/8
**rest [3]** 34/1 216/2 276/19
**restaurants [1]** 138/23
**restore [1]** 199/16
**restriction [1]** 273/15
**rests [1]** 147/12
**result [2]** 62/22 195/25
**resulted [1]** 233/18
**resume [6]** 2/3 82/24 127/13 129/14 279/16 280/2
**retail [1]** 138/20
**retire [1]** 25/21
**retired [24]** 15/21 25/22 26/1 26/6 30/20 69/2 89/17 107/25 108/4 109/14 109/15 109/17 110/20 152/21 153/3 154/8 158/17 158/22 190/6 243/19 243/22 244/6 256/22 256/22
**retirement [2]** 109/9 154/15
**retiring [1]** 174/1
**Retriever [1]** 34/9
**return [19]** 17/3 24/7 28/25 36/7 57/13 72/25 93/7 111/17 126/18 135/13 149/6 166/16 171/22 176/5 188/18 222/7 239/3 262/12 271/8
**returned [1]** 64/9
**returning [6]** 24/13 30/13 47/9 57/18 62/4 73/3
**returns [1]** 211/24
**reveal [1]** 10/9
**revealed [1]** 198/4
**reverence [4]** 184/5 187/7 187/18 187/24
**reverse [5]** 93/24 267/1 267/7 267/10 267/13
**review [13]** 7/10 30/16 41/23 41/24 57/21 86/25 94/6 121/9 158/13 172/3 215/2 256/4 266/25
**reviewed [8]** 5/5 13/6 47/10 57/21 158/13 167/2 188/25 204/7
**reviewing [17]** 2/18 30/10 36/11 47/7 52/5 73/4 86/24 93/13 95/17 106/22 129/20 166/24 172/2 204/4 207/1 222/20 243/10
**reviews [1]** 104/13
**revise [2]** 238/5 238/6
**rewarding [2]** 33/24 140/10
**Rico [1]** 261/20
**rid [1]** 119/17
**Ridden [1]** 213/15
**riding [1]** 213/4
**rig [1]** 201/23
**right [121]** 4/18 6/13 6/21 9/20 10/11 13/1 13/5 13/17 16/17 18/17 21/13 21/21 22/14 23/2 23/19 24/15 24/25 29/8 29/22 34/10 36/18 40/23 41/25 45/22 46/1 52/9 52/10 54/8 54/24 57/3 61/24 62/6 65/17 65/22 65/23 66/15 67/25 70/6 75/2 77/18 78/17 80/1 80/6 81/2 81/3 82/10 85/5 86/22 86/25 97/2 97/3 97/25 99/13 102/25 104/18 105/19 106/24 106/25 113/10 114/24 116/9 116/10 122/14 124/2 126/21 132/11 133/6 133/9 134/8 135/24 136/2 136/3 137/21 141/12 147/17 152/3 160/12 164/25 174/10 179/18 179/19 182/12 188/9 195/1 195/7 200/3 201/5 201/11 202/10 202/14 207/5 215/6 226/14 231/3 234/10 236/19 243/20 243/21 245/4 245/13 246/4 246/16 246/20 246/22 250/2 250/8 250/14 251/2 253/20 256/22 259/1 262/15 264/14 268/21 270/7 272/10 274/16 276/16 278/8 279/20 279/22
**rights [3]** 199/19 200/13 249/4
**ring [1]** 28/9
**ringing [1]** 256/17
**rise [4]** 82/20 129/9 129/12 204/1
**risk [4]** 151/12 151/21 198/21 200/12
**RMR [2]** 1/23 281/16
**road [5]** 140/16 194/18 208/5 239/4 244/5
**roadmap [2]** 277/8 278/24
**robbed [1]** 84/12 117/10 143/21 154/19 155/1
**robbery [2]** 84/6 84/9
**Roland [3]** 25/1 95/22 225/12
**role [24]** 45/17 81/13 87/15 88/9 88/14 88/19 146/11 148/2 148/7 153/20 157/18 163/16 187/14 188/7 199/17 225/5 236/8 236/15 238/4 248/2 249/15 251/17 273/21 274/23
**roles [2]** 91/11 188/1
**roll [1]** 278/9
**rolls [1]** 46/4
**Romania [1]** 152/2
**Ronda [4]** 1/23 2/12 281/4 281/16
**room [8]** 121/9 201/14 272/1 272/5 272/9 276/6 276/13 276/18
**roommate [3]** 245/20 245/22 245/22
**root [1]** 32/12
**rooted [1]** 32/2
**roots [1]** 39/9
**rose [1]** 266/15
**rough [2]** 9/9 217/20
**route [1]** 181/16
**row [3]** 268/9 268/12 268/23
**rows [2]** 266/15 266/22
**Royal [1]** 241/10
**ruined [1]** 94/15

**rule [6]** 9/25 10/3 43/17 43/20 43/24 43/24
**rules [7]** 188/9 199/9 270/4 270/6 270/9 273/5 273/24
**ruling [1]** 4/2
**rulings [1]** 199/2
**Rumsey [1]** 161/12
**run [8]** 12/16 29/12 118/14 139/20 151/24 152/2 200/13 274/25
**runner [2]** 156/11 192/24
**running [6]** 156/12 165/5 173/17 175/14 192/24 192/25
**runs [1]** 275/22
**Russell [1]** 50/14
**Rutgers [1]** 68/10
**résumé [1]** 151/16

**S**

**SA [1]** 31/1
**sadly [1]** 122/14
**safe [1]** 210/9
**safely [1]** 67/21
**said [43]** 11/9 18/18 23/9 28/5 50/7 66/11 66/17 75/6 76/5 77/23 79/20 80/15 80/15 119/14 119/16 119/16 119/18 147/17 147/18 164/2 164/18 181/3 187/8 189/21 196/19 197/16 200/17 201/3 215/4 216/19 229/16 231/9 234/18 234/19 238/7 238/7 240/14 246/15 249/25 253/11 253/17 256/6 276/2
**said/she [1]** 80/15
**sail [1]** 50/1
**Sailing [1]** 50/4
**sake [1]** 217/14
**sales [7]** 26/6 70/23 118/18 160/23 160/23 161/7 161/7
**salesman [1]** 118/18
**Salisbury [3]** 212/13 212/14 212/15
**same [46]** 9/11 12/1 14/8 14/10 34/21 44/18 48/8 53/20 54/25 66/16 66/17 68/16 76/2 91/10 109/18 109/20 109/22 109/25 132/19 133/23 138/4 189/2 197/21 199/14 209/15 209/17 227/10 227/20 235/9 236/8 236/9 236/10 238/17 240/4 248/10 249/10 259/19 259/20 259/22 259/24 260/1 260/3 265/20 266/1 266/3 272/12
**San [1]** 64/3
**sanctions [1]** 151/22
**sat [2]** 145/10 163/5
**satisfaction [1]** 43/1
**satisfactory [1]** 162/8
**satisfied [1]** 158/3
**satisfy [1]** 29/16
**sauces [1]** 138/23
**saw [3]** 7/23 41/23 226/13
**say [55]** 31/5 38/22 39/3 39/9 39/13 42/22 44/1 59/23 72/6 82/17 85/10 85/24 87/9 89/13 108/21 113/22 114/3 115/1 127/7 127/10 130/25 133/3 140/3

**scope [2]** 72/4 180/13
**scrambling [1]** 208/15
**scraped [1]** 258/21
**screen [1]** 199/4
**screentime [1]** 274/12
**scrutinous [1]** 187/8
**searched [1]** 244/10
**searches [1]** 275/10
**searching [1]** 250/21
**seat [8]** 198/22 266/21 267/1 268/6 268/10 268/11 268/17 272/16
**seated [6]** 2/2 76/11 107/23 129/13 270/23 272/11
**seats [8]** 268/3 268/9 268/11 271/16 272/12 272/13 272/15 276/21
**second [50]** 2/16 17/7 17/18 18/11 23/21 38/14 41/17 46/25 51/17 52/6 56/17 60/15 68/21 93/14 94/24 95/16 98/23 99/18 101/13 113/10 115/23 126/6 128/13 129/19 134/24 139/6 140/19 140/20 147/1 147/14 166/25 170/22 172/2 175/20 176/11 179/17 193/3 198/17 206/4 208/18 210/12 221/22 223/17 262/3 264/5 264/25 265/3 268/9 268/21 274/15
**Secondly [1]** 180/9
**Secret [7]** 152/21 153/11 154/4 154/8 154/13 252/19 252/20
**Section [1]** 150/2
**sector [1]** 160/22
**security [15]** 19/22 19/23 87/7 119/14 124/12 150/21 154/11 168/1 177/24 178/1 235/17 244/17 244/18 246/25 276/23
**see [74]** 5/6 8/9 11/5 18/17 19/19 24/14 28/11 30/15 34/23 37/1 47/10 60/11 60/22 61/1 61/6 62/24 64/19 65/4 71/21 78/6 83/2 83/11 84/15 84/19 86/1 86/24 87/25 101/14 104/7 106/22 112/8 122/19 126/25 130/2 135/23 135/23 138/14 139/3 139/24 142/9 142/15 142/24 147/11 149/3 160/11 161/13 179/8 188/25 190/10 202/22 206/24 207/4 207/21 208/1 208/2 208/2 208/5 208/15 209/12 216/16 222/18 225/24 227/14 232/22 235/6 239/9 240/7 243/5 268/4 272/7 274/14 274/22 274/24 275/20
**seeing [2]** 179/14 235/7
**seeking [1]** 278/24
**seem [2]** 46/6 238/22
**seemed [2]** 140/21 141/1
**seems [2]** 200/8 215/12
**seen [10]** 18/25 40/6 66/11 71/22 80/19 84/13 84/14 93/23 176/22 254/12
**segues [1]** 253/8
**select [4]** 4/17 267/19

**schedule [5]** 124/20 124/21 124/22 276/1 276/5
**scheduled [1]** 262/20
**scholarship [1]** 19/12
**school [131]** 15/8 15/9 15/23 17/9 17/21 17/22 17/24 18/18 20/24 20/25 21/23 22/1 22/4 23/1 23/6 23/7 23/13 23/17 23/18 24/18 24/19 24/21 24/22 24/24 25/3 25/14 26/13 27/10 27/18 28/6 28/14 48/3 55/16 55/23 55/23 55/24 55/24 68/11 79/7 79/12 91/1 95/22 95/25 96/4 96/5 96/24 97/25 98/1 98/2 99/21 100/12 108/24 138/18 140/25 141/3 143/1 143/2 146/20 147/1 147/1 148/2 148/8 156/6 156/7 159/23 160/4 170/14 170/15 175/15 181/11 190/19 190/21 192/5 192/13 192/15 192/16 192/17 192/18 192/19 193/13 193/15 193/15 193/23 193/24 208/16 209/3 213/24 213/25 214/2 218/18 218/18 218/19 219/10 220/19 220/20 225/12 225/15 225/19 225/21 225/22 225/23 226/5 226/13 226/25 227/18 228/2 228/4 228/7 228/10 228/18 228/23 229/3 230/5 230/12 230/17 231/13 231/16 231/17 231/18 231/25 233/6 233/9 234/20 234/20 235/1 236/17 236/18 237/11 238/23 241/17 260/23
**School's [1]** 92/15
**schooling [1]** 15/12
**schools [12]** 24/22 25/2 71/1 139/15 139/15 146/10 146/22 146/23 146/23 146/24 148/4 213/23
**science [4]** 68/12 81/14 236/21 241/19
**scientist [3]** 191/4 191/5 191/13
**scientists [2]** 191/7 191/14
**scones [1]** 173/16
**scoot [2]** 62/7 102/3 121/19

**saying [12]** 39/3 65/14 66/20 76/24 115/4 120/11 229/20 250/2 250/2 250/5 250/6 270/16
**says [8]** 10/17 18/11 37/1 75/2 115/25 130/9 189/9 256/7
**scary [1]** 173/15
**scenes [1]** 72/10

**149/16 164/18 164/22 181/21 199/20 203/24 205/22 216/23 222/13 222/16 223/1 226/11 229/15 229/25 230/17 231/23 232/9 234/25 238/3 246/18 249/1 249/21 250/3 250/6 250/25 251/3 258/17 270/8 271/10 275/3 275/3 275/5**

**S**

select... [2] 270/3 271/15
selected [21] 5/19 21/10
38/7 103/15 132/6 172/19
178/16 198/23 208/12
211/14 219/19 225/1
234/18 234/25 264/15
267/20 267/21 268/1
268/15 269/23 271/17
selection [8] 4/24 7/6
57/19 149/10 158/12 167/2
254/9 265/25
selections [1] 266/19
self [3] 12/18 43/23 87/20
self-discipline [2] 12/18
43/23
self-neglect [1] 87/20
selling [1] 160/20
semester [2] 100/1 100/3
semesters [1] 33/16
Senate [2] 235/16 235/22
send [3] 81/13 94/1
124/19
senior [9] 18/21 96/10
100/3 154/25 191/2 230/12
231/10 260/13 260/15
sensate [1] 203/6
sense [3] 184/5 195/15
233/6
sensitive [1] 139/21
sensitivity [1] 65/12
Sent [1] 259/13
sentence [1] 45/8
sentenced [1] 259/4
sentences [1] 74/24
separate [14] 21/19 31/20
32/5 76/15 88/18 88/20
113/15 132/10 132/13
152/14 194/8 219/21 233/5
247/21
separated [1] 131/8
separately [3] 75/17 76/23
157/21
September [8] 58/18
58/20 59/18 142/14 147/17
147/18 147/22 262/21
September 4th [1] 147/17
September 5th [1] 147/18
147/22
septic [1] 124/23
sergeant [2] 235/16 244/6
serious [7] 9/11 44/18
79/25 80/14 80/20 80/20
80/24
seriously [2] 145/4 145/7
seriousness [2] 45/15
73/10
serve [52] 3/15 4/13 4/17
5/12 5/24 6/20 6/22 7/17
12/25 36/23 38/7 41/6
44/17 61/12 63/10 73/20
74/20 75/5 81/5 84/23
94/11 95/11 113/6 116/16
120/2 122/10 132/6 172/19
177/15 178/15 188/1 202/6
206/15 208/12 211/14
219/19 223/7 225/1 230/4
244/2 255/13 262/1 265/8
265/14 265/21 265/23
265/24 266/8 267/20
267/21 269/23 270/25
served [9] 38/19 62/9
117/24 149/21 149/23
150/1 196/4 216/20 216/21

servers [1] 260/20
serves [1] 182/14
service [23] 46/3 81/15
81/16 82/5 128/23 129/4
152/21 153/11 154/4 154/9
154/13 157/24 177/11
252/19 252/20 263/4 263/5
265/7 267/23 268/15
269/22 270/2 271/10
services [10] 70/25 87/7
87/13 88/9 88/10 89/4
151/12 174/13 174/17
178/1
servicing [1] 69/23
serving [5] 8/21 78/16
183/6 256/1 273/6
session [1] 83/3
set [7] 35/6 76/12 96/14
151/1 203/14 274/8 276/5
setting [6] 5/16 156/6
168/23 184/17 192/17
199/11
seven [14] 37/18 37/21
83/3 91/23 92/9 92/11
92/16 133/4 170/8 174/7
212/4 223/16 241/6 256/19
seventh [5] 79/10 156/3
156/5 170/12 170/13
several [5] 2/21 79/18
79/22 117/3 220/15
Sewing [1] 126/3
sex [2] 77/25 254/18
sexual [32] 2/24 3/1 3/9
3/9 3/16 8/1 8/3 8/10 18/2
18/11 18/13 37/6 37/25
39/24 64/19 66/12 74/23
75/17 76/23 79/23 88/1
117/15 117/17 179/8
204/16 204/18 219/3 219/5
254/15 254/18 257/9
257/11
sexually [5] 31/3 204/24
223/16 254/23 255/2
shaking [1] 28/11
shape [2] 35/17 274/9
share [2] 57/4 61/18
shared [2] 31/24 36/17
sharing [1] 9/15
she [139] 3/5 6/10 9/2 9/13
15/22 15/22 15/23 18/8
18/9 26/6 42/3 51/5 51/7
53/19 58/7 58/13 58/17
58/18 58/20 59/1 59/5
59/16 60/4 60/5 60/6 60/12
60/13 69/2 69/3 69/4 69/7
69/8 69/12 69/13 69/15
69/20 69/22 69/25 70/3
70/7 70/23 70/25 80/15
84/13 84/13 97/11 97/12
97/16 101/24 101/24 102/1
102/2 102/5 102/8 102/10
105/23 113/9 119/16
119/17 134/18 138/9
138/11 140/19 143/13
145/25 146/2 146/4 147/11
147/17 147/18 147/25
148/1 148/3 157/10 157/12
157/19 158/20 158/20
158/21 158/24 158/25
159/7 161/15 162/6 162/18
163/25 164/2 164/6 164/18
165/6 173/24 186/13 190/6
190/7 190/8 190/18 193/14
193/17 198/12 205/4 205/5
205/6 205/6 205/11 205/14

205/17 205/18 205/19
205/19 208/23 209/12
209/13 209/13 209/14
211/1 211/2 212/22 212/23
217/6 217/23 221/2 221/3
221/3 237/8 237/10 237/13
252/3 252/4 252/4 253/10
253/11 253/11 253/12
253/18 253/19 253/20
253/20 253/21 272/18
she'll [3] 92/19 264/17
264/25
she's [35] 15/21 21/5 34/8
46/15 53/19 58/14 59/22
60/4 61/16 69/13 93/20
101/21 101/25 105/24
105/25 105/25 106/1
134/13 138/13 146/3
147/21 149/3 157/3 158/22
190/6 208/19 208/20
208/25 237/7 242/25 252/3
252/3 253/22 253/23
261/11
sheet [3] 30/10 121/9
266/25
sheriff's [1] 89/3
shift [4] 40/22 40/25 245/6
245/8
shipping [1] 51/5
shoes [1] 258/14
shoot [1] 258/14
shop [1] 174/10
Shopkeeper's [1] 181/18
shoplifter [1] 62/20
shopping [1] 185/13
shore [4] 212/17 213/17
216/15 221/4
short [2] 33/17 274/13
shortly [4] 142/7 176/9
215/1 243/10
shot [2] 86/11 261/23
should [28] 11/12 27/22
44/20 44/23 44/25 58/5
63/6 80/17 80/23 80/25
140/24 145/4 149/2 187/20
189/20 204/13 238/14
238/18 248/22 249/20
250/3 250/7 253/20 256/25
266/5 266/6 268/7 274/14
shoulder [1] 115/21
shouldn't [2] 61/17 122/12
show [3] 126/22 271/23
272/6
showed [1] 259/3
shown [2] 182/20 277/21
shows [1] 56/13
shred [1] 119/17
shrug [1] 80/4
sibling [1] 118/19
siblings [3] 37/18 37/21
119/11
sick [1] 154/16
side [9] 6/14 24/21 29/18
52/6 152/7 234/21 265/9
265/18 278/1
sides [3] 45/12 57/8
265/20
sight [2] 207/8 207/9
SIGINT [1] 150/10
sign [1] 210/20
signaled [1] 199/21
significant [5] 200/4
230/11 231/10 231/23
231/23
significantly [1] 233/2

silent [1] 9/21
silly [1] 76/4
similar [4] 56/11 89/5
236/15 272/20
similarly [1] 76/3
simpler [1] 268/13
simply [12] 51/7 66/20
182/10 184/22 188/12
246/13 248/18 249/17
250/17 265/22 270/16
273/1
since [19] 46/19 68/2 68/3
68/16 69/25 94/1 110/19
131/8 154/12 186/5 191/23
203/20 219/8 220/2 220/14
236/19 243/23 256/22
261/7
single [2] 34/4 138/13
sir [82] 5/1 7/3 12/24 15/7
17/3 17/10 24/6 24/16 25/6
25/22 26/4 28/16 28/25
36/13 41/5 41/12 57/16
61/21 62/1 72/25 79/3 79/6
79/8 79/13 79/16 80/2 80/9
81/17 86/20 88/17 92/17
95/16 99/10 99/14 100/10
100/24 101/11 103/16
107/2 115/17 115/23 127/6
128/6 129/6 141/16 149/14
154/20 167/25 172/22
176/8 188/17 194/21 207/1
210/7 211/15 211/17
214/15 222/7 224/1 224/5
239/2 239/5 239/8 239/21
240/18 241/1 241/3 242/20
256/4 257/22 257/24 258/4
258/6 262/12 262/14 264/3
264/13 266/10 266/13
267/14 279/5 279/10
sister [6] 37/16 119/11
145/23 158/16 209/12
209/18
sister's [1] 36/25
sisters [2] 37/5 37/22
sisters' [1] 38/2
sit [10] 82/12 86/21 87/2
115/18 115/19 127/2
145/12 256/19 257/23
268/21
sites [3] 71/1 176/21 274/1
sits [1] 268/10
sitting [8] 50/6 62/21
100/11 181/20 198/6
202/25 256/17 272/10
situation [15] 8/25 31/15
35/1 38/8 38/19 64/15 80/6
114/23 132/5 148/23 201/2
201/19 224/24 233/18
259/22
Situations [1] 80/12
six [15] 29/17 37/18 37/21
37/21 47/17 110/18 127/4
127/5 128/11 133/3 151/11
173/18 251/10 254/4 265/5
sixth [6] 79/10 128/25
156/4 163/12 170/11
228/25
Skeleton [1] 94/18
skiing [1] 161/14
skill [4] 185/25 196/18
196/20 196/21
skills [2] 248/1 248/2
skip [1] 116/25
sleep [1] 46/18
slide [1] 100/6

slides [2] 277/21 278/6
slightly [2] 11/11 261/24
slow [1] 124/6
slowly [1] 196/1
small [2] 20/5 212/9
smaller [4] 196/12 200/2
200/3 271/21
Smythe [1] 278/16
snacks [1] 137/14
so [374]
soccer [1] 186/20
social [8] 74/22 91/16
119/13 150/18 152/24
157/6 202/16 274/5
socialized [1] 189/25
society [5] 182/18 182/24
231/12 247/25 274/1
sociology [1] 220/24
soda [1] 137/14
softly [1] 198/13
software [4] 151/19
151/21 161/8 260/16
sole [2] 59/23 148/20
solely [10] 8/7 8/12 32/20
64/22 87/13 144/20 179/11
180/19 183/23 273/22
solution [1] 201/20
some [116] 4/17 6/22 7/9
7/9 7/10 8/23 9/8 11/23
15/1 18/18 21/21 24/18
24/23 30/15 30/16 30/17
32/4 32/10 34/19 36/18
37/25 38/13 40/17 40/20
41/9 41/10 48/9 51/4 52/19
52/3 53/4 53/6 53/7 58/14
65/12 86/24 88/1 88/6 90/6
90/7 95/11 100/16 112/1
113/17 116/11 116/12
119/13 130/4 131/19
137/24 137/24 146/14
148/24 149/11 152/4
153/10 155/3 158/1 159/7
159/22 173/9 176/13
177/12 179/9 180/4 181/13
184/13 190/7 190/7 191/12
193/17 193/17 198/21
199/20 200/4 200/9 200/22
200/25 202/8 204/9 208/5
208/9 213/24 214/17
215/14 215/20 218/6 218/8
219/11 220/1 228/6 228/12
228/19 228/23 230/16
231/13 231/23 231/23
233/11 233/11 238/21
239/24 241/18 242/22
243/17 254/12 254/13
255/4 257/4 263/8 265/17
267/22 272/19 273/25
274/3 278/13 278/22
somebody [4] 17/22
44/13 53/21 62/21 90/2
91/21 103/7 117/1 185/12
190/20 230/4 230/11 237/2
241/24
somehow [2] 197/10
201/20
someone [29] 3/12 10/7
10/11 11/11 28/13 37/23
42/23 43/4 60/2 60/22 85/2
87/10 107/14 113/23
113/25 121/13 134/14
147/3 157/17 157/22
165/14 172/10 183/8
217/22 235/4 235/8 258/14
265/18 279/7

**JA698**

**S**

**someone's [1]** 9/23
**something [47]** 7/19 10/9
10/13 11/8 31/10 35/4
38/11 42/4 42/15 43/4 44/1
53/9 57/10 65/6 66/18
66/24 74/18 74/18 80/13
80/21 84/21 84/21 94/9
94/10 94/16 100/22 104/18
115/1 131/15 177/12 185/8
190/9 223/5 223/5 226/18
226/21 232/9 234/7 234/8
238/10 240/12 256/7
256/10 259/21 274/14
274/18 276/14
**sometime [2]** 275/22
275/25
**sometimes [15]** 24/23
45/7 61/13 128/13 160/9
177/5 178/9 182/19 182/20
182/21 183/5 184/14 247/7
247/10 249/21
**Somewhat [1]** 196/23
**somewhere [4]** 23/17
124/5 175/11 228/11
**son [31]** 5/21 8/4 8/14
8/25 9/3 9/4 9/7 16/5 16/10
18/24 55/13 55/14 96/1
110/7 110/11 137/23
159/15 159/16 159/18
159/25 161/25 162/12
162/13 162/17 163/1 164/4
171/12 245/19 245/23
251/25 252/6
**son's [1]** 95/24
**sons [2]** 98/12 98/13
**soon [4]** 61/15 61/15
171/23 189/13
**sorry [22]** 6/3 18/10 18/12
24/9 42/11 84/8 102/4
121/19 130/18 132/20
138/1 167/14 196/20
203/11 203/12 205/4
205/25 206/20 208/20
228/15 267/8 268/20
**sort [38]** 12/18 14/7 24/25
31/18 37/16 47/25 48/8
54/20 56/13 60/2 65/4
66/21 67/20 72/4 75/4 91/2
112/11 120/12 132/20
133/11 137/12 143/15
148/8 155/8 158/20 160/3
180/12 187/19 190/7
193/25 198/4 209/3 212/8
220/11 227/5 227/10
227/19 227/22
**sorts [1]** 128/20
**sound [7]** 24/15 52/9
106/25 135/24 160/12
206/16 207/4
**sounded [1]** 224/18
**sounds [1]** 21/11 52/10
53/6 57/12 104/7 120/11
131/12 137/17 172/23
209/24 268/13
**source [4]** 131/18 150/18
225/3 273/25
**sources [1]** 275/12 275/13
**south [3]** 168/11 168/13
171/6
**southern [2]** 62/18 68/14
**space [4]** 227/22 235/20
271/16 275/17
**spare [12]** 49/22 60/23

98/15 126/1 138/25 147/9
156/9 161/10 161/11
170/17 175/12 242/5
**spark [1]** 216/4
**sparked [1]** 215/17
**speak [15]** 29/1 56/17 62/6
111/18 113/19 116/5
126/19 131/24 135/14
149/7 155/10 166/17
195/10 195/12 200/23
**speaking [5]** 93/8 195/2
198/9 200/20 203/7
**speaks [2]** 198/9 198/12
**special [9]** 1/19 34/25
65/12 134/1 146/16 147/4
153/7 153/14 188/11
**specialist [1]** 235/12
**specialized [1]** 68/12
150/17 154/6
**specific [8]** 71/20 75/9
130/8 150/15 154/25
162/20 201/9 253/13
**specifically [17]** 2/23 7/25
28/2 32/23 61/5 116/12
117/14 162/5 162/6 163/16
187/6 200/8 204/15 219/2
253/6 254/14 272/1
**specification [1]** 180/16
**specifics [1]** 232/20
**speech [2]** 33/18 155/10
**spell [1]** 20/7
**Spelled [1]** 164/7
**spend [8]** 56/2 61/8
110/23 126/1 139/2 186/17
192/20 221/11
**spent [1]** 184/13
**spill [1]** 227/23
**spoke [1]** 82/3
**spoken [3]** 161/24 165/14
190/14
**sports [5]** 22/8 170/18
171/4 171/9 194/3
**spouse [38]** 26/5 34/2
48/19 55/9 68/25 69/6
91/21 91/22 91/24 97/6
97/10 102/19 102/20
102/22 103/1 103/3 105/7
105/9 105/12 109/12 125/8
133/25 138/15 138/19
147/3 161/5 169/15 169/18
174/5 186/8 186/12 191/20
212/19 220/25 237/1 237/6
241/23 261/2
**Spring [1]** 160/8
**Spring/summer [1]** 160/8
**sprinkling [1]** 153/17
**stability [1]** 186/3
**Stacey [1]** 278/17
**stack [1]** 137/14
**staff [1]** 29/23
**stage [1]** 44/7
**stake [2]** 45/11 228/8
**stamped [1]** 56/9
**stand [10]** 10/10 46/18
151/12 211/25 248/6
248/20 248/21 249/16
268/7 276/20
**standard [3]** 86/3 129/2
247/10
**standing [4]** 47/1 228/9
268/4 268/9
**standpoint [1]** 202/8
**stands [3]** 82/20 129/9
204/1
**staring [1]** 200/20

**start [13]** 79/17 79/18
92/15 121/10 127/16 186/4
215/4 223/3 264/15 271/1
275/21 276/11 276/12
**started [17]** 23/8 23/16
69/25 73/12 80/16 83/2
105/23 108/15 140/18
149/24 154/1 160/22
213/16 234/15 236/4
245/24 276/14
**starting [8]** 43/6 55/17
94/8 138/2 186/3 192/15
192/16 208/16
**starts [2]** 79/14 99/21
**startup [1]** 68/14
**stat [1]** 189/7
**state [22]** 19/12 19/13
21/5 47/18 48/5 53/8 53/20
53/20 88/25 89/11 91/15
117/2 119/6 119/8 119/8
143/8 143/18 161/2 164/16
239/15 243/20 244/14
**State's [1]** 117/1
**stated [1]** 34/22
**statement [9]** 53/10 75/8
81/20 99/20 145/20 145/21
149/13 277/12 278/2
**statements [1]** 271/3
**states [13]** 1/1 1/4 2/4
9/17 89/4 156/12 156/14
176/16 215/7 224/11
279/15 281/5 281/11
**station [3]** 14/6 14/8 14/10
**statute [1]** 118/14
**stay [5]** 5/2 19/16 59/13
199/1 276/20
**stayed [3]** 118/16 151/7
241/22
**stays [2]** 43/3 114/10
**stenographically [1]**
281/8
**stenotype [1]** 1/22
**step [4]** 29/21 60/2 81/6
121/3
**stepbrother [4]** 217/1
217/15 217/25 219/16
**stepson [5]** 49/3 49/4 49/5
49/18 89/9
**still [37]** 10/20 19/13 19/14
31/11 70/3 70/4 71/25
100/9 101/12 102/10
112/13 119/14 141/1 142/6
148/3 148/7 151/5 151/13
165/17 166/24 172/1 190/7
190/8 200/4 204/4 205/13
207/1 210/13 214/25
215/12 222/20 229/17
238/7 243/10 250/23 255/8
258/6
**stock [1]** 221/19
**stolen [5]** 63/23 63/24
64/9 65/20 121/24
**Stone [2]** 220/21 220/22
**stop [16]** 6/4 84/10 84/11
113/10 136/19 136/22
152/3 179/17 198/17 206/4
206/11 223/17 257/12
264/4 274/16 274/16
**stopping [1]** 10/22
**store [4]** 62/21 84/11
186/13 217/7
**story [4]** 6/11 224/14
224/15 226/12
**straight [5]** 15/14 21/19
112/13 152/8 184/11

**strangers [1]** 5/16
**stream [1]** 197/6
**streaming [1]** 126/4
**street [4]** 1/24 84/13 133/6
240/25
**stretch [5]** 46/18 46/20
46/22 47/2 189/9
**stretching [1]** 47/1
**stricken [2]** 265/17 266/20
**strike [22]** 3/24 6/10 11/5
11/10 40/14 46/4 60/23
61/5 77/22 86/17 95/3
120/20 157/1 187/5 206/9
210/1 223/21 253/6 255/21
265/19 266/3 266/25
**strikes [8]** 82/13 127/2
157/17 188/7 266/2 266/3
266/5 266/6
**striking [1]** 232/12
**strong [2]** 32/25 34/14
**strongly [1]** 199/21
**struck [3]** 157/12 200/7
200/16
**structure [1]** 185/10
**struggle [1]** 9/7
**student [8]** 27/10 27/18
27/18 28/7 225/12 225/18
229/18 234/20
**students [7]** 24/24 26/14
100/20 100/21 226/7 230/8
233/11
**studied [2]** 181/11 260/23
**studies [1]** 91/15
**studying [1]** 221/17
**stuff [9]** 80/15 83/24 87/25
90/4 98/9 119/14 121/24
146/7 161/14
**styled [3]** 176/15 215/7
224/11
**subject [8]** 39/14 52/13
90/11 139/21 167/9 172/7
233/12 234/6
**subjected [1]** 257/11
**subjective [3]** 35/17 38/23
38/24
**subjects [1]** 255/11
**submitted [1]** 254/11
**subsequent [2]** 144/4
181/25
**substantial [3]** 200/1
202/23 230/10
**substantive [1]** 275/1
**success [1]** 127/4
**successful [2]** 29/25
243/5
**successfully [1]** 202/17
**such [17]** 8/11 26/1 46/9
64/20 77/4 87/6 89/2
128/17 177/19 177/25
180/18 181/18 189/11
189/18 201/23 238/22
275/12
**suddenly [3]** 195/25
240/11 275/1
**suffer [1]** 8/24
**Suffice [1]** 270/8
**sufficient [1]** 199/15
**suggested [1]** 40/7
**suggestion [3]** 85/16
148/17 149/12
**suitable [1]** 82/5
**summarize [1]** 39/19
**summarized [1]** 40/18
**summary [1]** 88/22
**summer [2]** 100/22 160/8

**Summertime [1]** 160/7
**summoned [1]** 127/10
**summons [4]** 4/15 29/23
45/16 270/12
**summonsed [3]** 29/9
29/14 269/22
**supermarket [1]** 62/17
**supervisors [1]** 128/22
**supplied [8]** 5/6 7/9 75/14
79/17 188/25 189/2 210/14
215/3
**Supplies [1]** 16/11
**supply [2]** 151/12 151/21
**support [6]** 34/14 40/21
150/19 151/21 187/17
236/15
**supported [1]** 151/2
**suppose [2]** 65/2 115/3
**supposed [1]** 59/12
**sure [54]** 5/25 6/2 21/22
25/20 30/18 35/21 37/15
40/10 41/25 52/7 52/18
53/3 56/19 57/5 61/10
61/12 64/23 64/24 66/11
66/12 67/14 87/1 87/3 93/9
93/20 99/19 127/14 130/12
131/13 140/12 140/15
156/9 157/14 164/14
167/19 169/4 173/15
176/20 177/11 189/7
204/12 210/9 222/22
227/25 229/17 230/2 234/3
235/25 243/12 262/17
263/7 277/9 277/24 279/20
**surface [1]** 238/22
**surgery [3]** 59/18 59/19
61/5
**surprise [1]** 56/12
**surrounding [1]** 230/23
**sway [2]** 234/24 250/5
**swayed [1]** 234/22
**swear [2]** 269/20 277/10
**swears [1]** 69/13
**switch [1]** 274/17
**swollen [2]** 256/15 256/15
**sworn [5]** 247/14 276/20
277/1
**Sydney [2]** 20/5 20/10
20/11
**Sykesville [2]** 173/19
175/15
**system [22]** 8/17 34/14
43/13 43/17 64/14 69/9
69/11 69/12 77/7 77/12
78/2 79/7 81/10 139/19
177/7 182/25 184/14
184/16 195/11 197/14
201/23 202/9
**systems [1]** 201/21

**T**

**T-coil [2]** 197/14 201/21
**table [1]** 203/1
**tainted [1]** 120/14
**take [41]** 12/16 46/24 47/3
57/9 57/11 59/9 63/3 78/23
78/24 79/5 81/6 83/8
123/15 126/25 128/24
137/15 138/2 140/24 142/8
145/3 145/6 147/11 148/16
161/14 173/25 179/16
182/14 203/13 218/7 227/7
248/20 268/3 268/17 274/4
275/19 275/23 275/23
276/17 276/21 278/20

JA699

**T**

take... [1] 278/21
taken [11] 12/15 45/15
73/11 82/22 90/6 129/11
157/7 204/21 205/5 211/6
249/7
takes [4] 54/6 170/19
195/15 224/7 249/16 254/9
272/18
taking [7] 186/19 219/14
219/14 221/13 221/15
231/11 248/19
talk [88] 3/18 6/5 8/25 10/4
10/8 10/12 10/24 16/17
18/23 22/14 23/20 26/21
32/17 32/22 35/19 40/8
42/19 45/7 50/18 51/25
53/12 56/16 57/14 60/14
71/4 75/19 76/17 86/8
89/18 92/22 94/24 98/24
99/12 106/3 106/14 111/5
115/5 116/4 119/19 120/15
126/6 134/25 135/21
138/14 139/6 141/8 142/1
143/12 146/5 147/13
156/17 158/10 159/1
161/16 170/21 171/23
175/20 176/6 176/13
179/18 183/14 184/25
187/25 188/19 193/4
198/18 200/19 205/2 206/4
209/20 214/5 214/17
221/21 222/8 229/8 234/11
239/4 242/10 242/22
245/12 252/22 254/12
255/10 255/16 257/12
262/13 273/11 273/12
talked [2] 190/2 190/13
talking [18] 10/16 19/3
22/9 61/7 66/13 72/4 80/16
106/2 157/6 171/5 183/16
184/13 202/15 203/2 203/3
230/3 230/15 259/21
tape [1] 196/24
tapes [1] 197/2
target [4] 178/4 178/20
179/3 181/17
targeting [1] 100/16
task [8] 73/11 135/19
244/7 244/8 244/9 244/13
245/12 276/19
tasks [1] 100/16
tasted [1] 173/16
taught [5] 79/22 108/8
146/18 240/6 240/13
tax [5] 118/12 211/19
211/21 211/24 212/7
taxes [2] 211/25 211/25
taxing [1] 169/4
TDY [2] 150/2 152/4
tea [4] 173/6 173/8 173/12
173/24
teach [3] 79/9 237/8
237/10
teacher [17] 23/1 79/4
79/22 80/12 80/14 81/15
142/24 144/21 144/25
145/18 146/15 146/16
148/1 192/5 193/13 193/23
237/7
teachers [3] 22/10 79/22
233/13
teaches [1] 237/13
teaching [4] 81/14 81/25

108/11 109/5
team [7] 40/3 152/2 154/2
157/6 159/20 159/22 160/3
teams [2] 162/10 165/3
tearoom [2] 173/2 174/2
tease [1] 38/15
tech [4] 19/12 54/20
174/18 235/18
technical [2] 67/18 220/10
technician [2] 241/2 241/8
technological [1] 201/19
technology [2] 197/18
236/15
telecom [1] 160/18
television [2] 274/2 274/8
tell [99] 3/3 5/17 8/23 9/16
10/10 10/12 17/19 18/17
20/3 24/18 29/25 31/1 32/9
33/1 33/13 34/1 37/14 42/7
45/13 48/2 49/11 49/12
53/17 54/12 58/5 62/8
63/22 65/12 66/22 68/8
70/7 73/23 73/25 75/6
80/10 84/5 84/25 87/8 89/7
91/13 94/13 96/12 96/21
102/18 108/10 108/13
117/19 118/7 120/1 124/17
125/18 130/1 130/11 142/1
144/22 160/16 160/24
167/11 169/7 172/25
176/18 178/2 179/12
181/12 182/12 185/20
186/14 189/11 191/1
191/15 205/3 207/8 207/14
208/7 208/13 210/23
213/22 219/6 220/17 223/8
223/14 225/17 228/20
236/16 241/15 246/14
247/4 251/19 254/22
256/11 258/11 260/14
260/22 273/2 273/6 273/7
273/10 273/14 273/24
teller [2] 155/1 155/2
telling [14] 6/11 12/17
38/4 40/18 66/20 76/22
107/8 128/4 135/22 183/9
230/8 247/22 247/22
250/13
tells [1] 24/21
temporarily [1] 101/6
ten [3] 68/21 68/22 91/8
tend [9] 77/13 79/25 80/19
182/8 184/20 246/11
248/16 249/16 250/15
tenth [2] 163/5 163/6
tenure [1] 27/5
terminology [1] 124/22
termite [2] 124/22 124/23
termites [2] 124/20 124/21
terms [18] 31/11 109/1
109/2 113/18 128/20 129/5
131/23 180/6 188/4 193/14
196/15 199/2 199/18
200/11 229/20 240/9
248/23 275/14
Terrier [2] 50/14 50/16
terrorism [2] 150/1 150/14
testified [1] 28/13
testify [17] 8/20 8/21 9/18
9/19 10/8 10/11 10/17
10/19 10/22 11/8 12/6
107/19 144/9 164/15 178/7
178/10 227/1
testifying [6] 10/5 10/23
183/18 183/19 187/14

187/16
testimony [29] 8/18 9/16
21/21 27/9 27/17 28/6
77/14 157/4 182/9 183/21
184/1 184/7 184/21 187/9
187/21 188/12 188/14
200/12 200/22 233/24
235/8 246/12 248/5 248/11
248/17 249/17 249/22
250/16 271/3
text [1] 207/17
than [30] 19/5 22/8 64/7
65/8 66/20 67/10 72/13
74/23 95/11 96/5 110/20
135/22 139/4 141/2 157/11
163/2 175/11 187/20
196/12 198/9 200/2 200/10
201/22 234/7 238/3 256/25
265/16 266/6 268/13
272/10
thank [252] 2/10 2/17 4/8
4/9 4/12 4/14 4/23 5/5 6/25
7/1 7/5 12/24 13/1 13/2
13/5 14/19 17/3 17/5 17/6
20/24 23/25 24/4 24/6 24/6
24/12 28/17 28/25 29/1
30/12 30/12 30/13 32/16
36/4 36/6 36/8 36/16 41/3
41/3 41/5 41/6 41/11 41/12
41/16 41/18 46/9 46/10
46/11 46/13 47/8 47/8
51/7 51/22 51/24 52/2
57/2 57/12 57/13 57/15
57/18 57/19 61/21 61/25
62/4 67/11 72/17 72/21
72/23 72/25 73/1 73/7
73/14 76/17 78/11 78/13
78/17 79/1 79/2 79/3 81/17
82/9 86/18 86/22 86/23
88/5 92/22 93/5 93/7 93/8
93/25 94/19 94/23 94/24
95/10 95/13 95/14 96/7
99/8 99/10 99/14 101/1
106/2 106/11 106/13
106/16 106/17 106/20
106/21 111/14 111/16
111/19 113/2 115/5 115/17
115/21 120/25 121/2 121/8
122/9 124/14 126/5 126/15
126/17 126/23 129/16
129/22 129/23 130/17
135/9 135/12 135/14
135/17 135/18 141/7 141/8
141/9 141/24 142/2 142/3
147/13 148/5 148/11
157/13 158/8 158/10
158/11 159/14 163/19
163/19 165/21 166/6 166/6
166/13 166/15 166/18
166/21 167/1 168/1 170/22
171/7 171/13 171/14
171/19 171/21 171/23
171/25 172/21 175/19
176/2 176/4 176/6 176/7
176/10 181/9 187/22
188/17 188/19 188/21
188/23 194/12 194/15
194/19 194/20 202/4 203/8
203/11 203/12 204/7
206/11 206/14 206/19
206/21 206/24 208/7
209/20 210/7 210/10
210/11 214/13 214/15
214/17 214/19 214/22

222/5 222/7 222/8 222/10
224/2 224/3 224/5 235/11
238/12 238/17 239/2 239/5
239/8 239/22 242/9 242/18
242/20 242/23 250/22
251/4 252/22 254/1 254/3
254/8 255/16 255/25 256/2
257/22 257/24 257/25
262/3 262/12 262/14
262/15 262/16 264/14
267/12 267/15 268/20
270/11 270/16 270/21
276/19 276/25 278/25
278/25
thanks [11] 9/15 17/12
36/10 79/4 81/15 81/16
83/7 99/20 178/9 229/7
270/2
that [1108]
That'd [1] 72/10
that's [152] 4/3 4/7 9/25
10/14 11/12 12/3 13/9
13/19 14/5 15/4 15/16 17/9
18/13 19/16 20/16 25/11
26/1 28/8 29/13 32/24
34/10 35/4 35/6 35/17
36/19 39/19 41/8 43/13
44/2 44/17 45/22 46/21
49/12 49/16 51/6 53/4 54/7
54/24 55/13 55/18 57/5
61/9 66/7 67/1 70/6 72/3
74/16 75/11 76/25 77/9
77/12 80/25 81/8 83/13
85/2 85/4 85/20 85/24
85/25 86/4 86/25 90/16
92/13 94/2 94/6 97/18
103/18 103/24 103/25
105/19 109/11 112/25
114/15 119/18 119/22
120/7 120/7 122/14 124/3
124/3 124/21 129/6 130/19
131/4 132/9 133/7 136/3
137/10 142/20 142/22
147/12 147/19 152/12
152/13 153/17 155/8 155/9
155/17 158/14 159/9
159/13 162/3 165/9 167/20
169/4 173/10 175/18 177/7
180/12 183/10 183/22
188/6 189/19 197/11
197/16 209/6 210/16
213/20 216/10 219/12
221/20 223/1 226/11 227/2
227/6 227/7 227/9 228/7
231/10 233/5 234/2 242/24
243/18 243/21 244/12
246/4 248/9 249/2 249/6
249/19 257/1 261/1 264/11
268/10 271/12 272/5
273/23 275/6 275/21 276/1
276/16 277/25
theater [1] 201/22
theaters [1] 197/15
theft [2] 178/5 178/6
their [53] 9/18 10/17 11/25
25/9 37/25 42/25 44/13
44/14 74/24 85/19 86/1
88/13 104/16 105/5 105/6
153/15 170/7 177/13 178/4
182/14 184/2 184/2 184/7
187/9 187/14 190/3 193/13
199/13 199/16 199/17
211/24 211/24 211/25
230/12 231/10 231/13
231/20 246/20 248/1

248/24 248/25 249/17
250/8 262/24 262/25
265/18 266/2 266/19
267/23 273/1 273/4 273/4
273/6
them [74] 9/19 10/19
10/22 16/14 22/8 30/2 32/4
34/18 42/24 43/3 56/18
72/11 83/12 85/13 86/3
86/25 94/6 104/3 114/8
137/5 139/4 140/12 140/25
146/19 148/24 156/3
157/24 162/10 177/13
179/24 180/14 182/25
183/12 185/5 195/16
197/15 197/17 199/14
202/16 206/24 208/16
209/3 209/12 213/14
219/18 220/5 221/15
221/16 221/16 228/4 234/8
243/15 243/18 248/23
261/17 266/21 269/20
273/2 273/3 273/6 273/7
273/8 273/10 273/11
273/13 273/14 273/15
274/19 275/17 276/16
276/18 276/21 279/9
279/13
themselves [1] 231/21
then [140] 3/5 5/13 5/13
8/23 18/2 18/15 20/13
20/15 25/8 30/23 35/10
36/25 37/2 37/6 37/8 37/24
38/12 38/12 40/2 40/3
40/16 40/19 40/21 40/22
42/4 42/5 42/18 42/24 43/1
52/17 59/5 59/19 61/1
62/21 63/13 63/14 63/18
64/18 65/17 65/20 65/24
66/8 68/14 68/15 68/18
68/22 70/20 74/21 77/15
78/24 79/20 88/6 91/15
97/2 101/23 105/17 108/18
112/8 112/9 112/10 114/10
117/14 118/8 118/17 120/1
124/9 130/9 132/23 137/6
138/8 138/11 138/21
140/19 142/15 144/4
145/14 148/21 150/6
150/16 150/21 151/8 152/1
153/16 154/4 160/8 162/18
163/8 163/16 169/10 172/8
178/7 180/10 180/16
181/14 181/25 184/8
184/10 189/8 189/8 192/24
197/7 204/22 204/23
204/23 213/24 214/2 215/9
215/19 217/15 217/22
218/5 219/14 220/23
221/17 223/13 227/23
229/2 236/19 239/23
240/11 240/15 241/12
243/6 249/14 252/4 259/15
259/17 261/1 265/20
265/25 266/7 268/3 268/9
268/23 271/3 276/14
276/18 277/11 278/8
278/12
Theory [1] 156/15
there [198] 3/15 5/9 5/10
6/4 7/10 7/15 8/10 13/1
13/12 13/23 14/24 17/15
18/18 19/8 19/24 20/12
20/15 21/21 21/22 21/25
22/1 22/1 22/5 22/7 22/11

**T**

**there... [173]** 23/8 23/13 23/16 24/9 25/10 25/21 26/12 27/6 27/9 27/18 28/7 29/5 32/3 36/21 39/11 40/19 49/10 50/5 50/6 54/22 58/4 62/10 64/20 65/6 65/20 71/24 72/2 72/9 73/18 74/13 74/17 75/2 79/19 80/20 80/21 82/2 82/14 84/20 94/9 96/3 97/16 100/6 102/8 102/12 104/20 104/21 104/23 105/25 106/1 107/21 109/2 112/11 113/4 113/10 113/17 115/1 115/21 116/14 121/4 123/22 124/13 130/16 132/18 133/2 134/7 136/6 139/23 140/8 144/14 150/23 151/7 157/3 157/14 158/1 159/12 160/19 160/23 162/16 165/2 165/5 167/22 168/3 168/16 168/17 169/9 169/10 172/17 176/20 179/9 180/4 180/7 180/9 180/10 180/17 182/17 186/5 187/13 187/15 187/15 189/11 197/2 198/17 198/21 202/7 202/24 203/2 204/3 205/6 207/21 208/9 211/11 211/18 216/16 217/15 217/23 218/10 219/25 223/4 223/11 223/17 225/20 226/7 226/7 226/19 226/22 226/24 228/3 228/3 228/3 228/14 228/16 228/23 228/25 229/18 229/19 230/7 230/10 231/12 234/22 235/1 236/3 236/5 238/21 238/25 240/4 241/11 247/12 247/13 247/14 247/17 249/20 249/21 251/12 252/7 253/21 256/6 257/4 257/12 259/7 264/25 265/16 266/1 266/1 266/6 268/21 271/12 272/16 274/3 274/5 274/13 276/3 276/9 277/3

**there's [34]** 11/8 26/9 40/20 40/22 56/4 64/25 65/1 76/6 80/4 80/6 80/7 80/18 102/11 105/5 112/8 124/12 128/13 132/4 145/7 153/17 162/3 164/22 187/9 189/17 198/9 200/4 204/21 219/21 253/17 256/24 265/19 270/14 272/12 273/25

**thereby [1]** 253/13
**therefrom [1]** 238/23
**these [13]** 5/23 99/15 113/18 117/5 118/8 128/20 172/4 201/21 272/6 272/18 272/19 273/5 274/24

**they [126]** 9/19 9/20 10/8 10/9 10/12 10/19 10/22 14/17 14/22 16/4 16/7 16/9 17/23 22/25 25/17 25/19 28/14 30/1 32/25 34/24 35/25 43/2 43/3 43/8 62/20 62/22 63/1 64/11 66/5 70/14 70/17 72/2 76/5

77/18 79/23 80/13 80/14 83/22 85/8 85/9 88/10 90/7 97/20 97/23 98/7 103/11 105/4 105/6 108/22 109/1 110/6 110/8 110/17 111/2 114/9 114/10 114/11 116/5 117/5 118/16 128/12 131/8 136/17 136/18 137/19 138/22 140/21 140/21 140/21 140/22 140/22 141/1 141/2 149/12 153/15 153/16 154/5 156/1 156/6 156/7 160/22 169/21 171/9 171/10 174/2 175/3 177/17 181/17 186/7 186/7 186/15 192/9 192/11 196/24 197/14 199/16 211/25 213/9 218/5 221/9 233/7 234/9 235/6 245/20 245/21 245/24 247/4 247/14 248/7 248/8 248/20 249/5 250/4 250/5 250/5 250/7 250/8 258/20 262/25 265/23 265/23 270/18 270/20 275/3 275/5 277/1

**they're [26]** 9/24 10/18 11/25 50/10 114/11 128/16 137/14 138/2 139/3 151/25 157/6 170/13 192/13 192/14 200/20 200/22 220/7 230/11 247/5 247/11 248/19 249/4 249/5 249/17 260/19 275/4

**they've [3]** 37/25 248/20 249/7
**thighs [1]** 256/16
**thing [27]** 17/23 24/25 26/11 37/17 47/25 48/9 53/4 56/7 59/17 65/5 72/8 81/7 81/8 82/11 91/2 127/11 137/12 137/13 154/15 155/8 167/20 189/11 189/18 190/8 209/4 216/10 220/11

**things [34]** 21/18 25/11 25/16 26/2 26/2 34/23 56/10 57/9 76/15 88/20 103/9 109/25 119/13 128/17 137/15 138/23 139/5 140/22 149/3 165/3 188/8 199/2 200/24 202/11 219/21 221/16 228/23 235/9 235/21 235/24 238/21 242/4 273/5 274/12

**think [161]** 2/11 5/25 6/21 11/6 11/8 12/14 12/18 21/9 21/16 22/2 22/6 23/12 23/14 24/14 26/9 26/16 26/17 26/19 28/16 31/13 34/17 34/21 37/24 38/16 39/19 40/17 40/18 40/18 43/18 43/19 43/20 45/6 45/16 52/21 52/25 53/1 53/2 53/3 53/17 54/11 57/8 58/5 60/18 61/14 65/6 65/10 66/9 66/21 66/23 67/9 69/13 70/20 71/21 72/3 72/8 72/14 74/5 76/9 76/14 77/22 81/12 81/21 82/4 82/5 86/5 86/6 88/15 89/16 89/16 90/8 94/19 102/11 106/22 107/22 110/10 113/21 114/1 114/24 119/4 120/5 120/9 132/17 138/1 140/18

143/18 145/7 145/12 147/18 147/21 147/21 149/3 152/9 152/9 154/16 154/22 158/24 161/25 162/14 163/2 164/18 167/20 167/23 171/5 172/18 176/19 177/19 178/15 180/5 180/12 182/6 183/11 184/3 184/9 188/9 188/10 190/6 198/2 198/21 199/9 199/21 200/13 200/16 201/4 201/17 202/5 203/3 205/24 206/14 210/8 215/13 215/22 216/10 226/14 226/17 227/11 228/5 230/18 231/8 231/8 232/5 233/23 238/2 238/6 238/10 238/14 238/19 240/12 240/13 250/6 251/21 253/19 255/12 261/21 269/24 274/11 274/12 276/14 279/17

**thinking [7]** 32/13 60/11 80/10 118/1 226/16 241/19 248/1

**thinks [3]** 77/24 161/25 162/11

**third [5]** 9/3 38/12 69/5 180/10 245/6

**third-party [1]** 69/5
**Thirteen [1]** 68/24
**Thirty [6]** 18/6 54/17 70/15 108/12 195/23 195/24
**Thirty-three [1]** 70/15
**Thirty-two [3]** 18/6 195/23 195/24
**this [359]**
**Thomas [5]** 1/23 220/21 220/22 281/4 281/16
**thorough [2]** 63/8 217/14
**thoroughness [1]** 73/7
**those [55]** 2/24 4/13 7/11 8/1 11/24 29/25 30/17 39/22 51/15 61/18 64/25 65/1 70/7 72/10 75/20 75/21 77/16 78/10 85/12 117/15 129/2 132/21 136/20 152/1 157/10 162/16 172/24 180/14 184/5 188/17 189/4 204/16 215/16 219/3 219/17 219/21 230/19 233/17 219/24 240/3 247/24 248/13 253/21 254/13 254/15 259/7 263/10 266/4 266/14 266/20 269/21 272/15 272/17 274/18 278/19

**though [14]** 10/15 12/1 22/4 22/6 55/22 94/8 114/16 130/1 145/5 154/5 173/16 182/17 251/16 268/22

**thought [16]** 58/1 58/10 59/20 60/9 60/10 118/14 140/23 141/14 157/18 181/15 184/15 198/5 209/7 217/14 227/15 234/6

**thoughtful [1]** 250/21
**thoughts [4]** 114/14 144/23 179/12 273/4
**threats [1]** 151/2
**three [39]** 20/1 20/1 25/2 33/22 58/14 58/23 58/24 58/25 59/15 68/12 70/13

70/15 96/20 97/19 110/16 113/9 124/9 127/8 127/9 138/12 140/21 151/8 163/6 170/5 176/8 176/19 179/14 180/6 180/14 186/10 186/14 205/12 219/15 221/10 222/17 240/3 253/11 260/24 266/15

**three-year-old [1]** 138/12
**through [49]** 4/18 9/7 9/9 13/1 17/14 22/25 24/25 25/9 30/15 58/7 58/8 58/22 61/24 62/1 70/3 73/12 83/8 95/12 95/13 99/17 100/12 101/12 112/12 115/20 118/9 121/10 130/15 146/19 155/17 162/11 162/11 167/3 181/17 188/25 195/2 197/7 200/19 203/2 205/14 205/19 213/23 217/25 224/8 224/8 228/25 234/15 238/19 258/6 268/2

**throughout [1]** 205/11
**Thursday [5]** 59/3 142/20 142/20 147/20 262/20
**thyroid [2]** 60/12 60/13
**tied [2]** 230/5 233/2
**tight [1]** 231/19
**til [1]** 46/20
**time [118]** 4/17 6/22 9/3 9/9 9/11 12/10 13/18 14/10 19/4 19/8 21/12 31/14 34/12 41/9 44/18 46/19 49/22 56/3 68/6 68/21 68/21 68/23 77/19 90/6 90/7 95/11 98/15 100/21 102/10 103/6 104/23 105/24 106/1 110/20 110/23 115/20 117/24 118/23 123/23 124/2 125/6 126/1 126/24 130/24 133/2 133/17 135/21 138/25 139/2 140/11 141/9 142/8 147/9 147/12 148/24 156/10 156/14 161/10 161/11 164/19 167/20 170/17 170/19 171/13 173/12 174/21 175/12 175/14 176/11 184/13 186/4 186/17 192/20 193/13 193/22 195/22 195/24 198/6 199/14 206/16 209/10 209/13 209/15 209/17 211/3 213/24 213/25 218/8 218/17 220/1 221/11 221/19 223/16 224/7 227/22 228/23 229/20 234/14 242/5 245/2 245/3 249/10 250/7 254/9 255/4 262/22 270/6 270/24 271/8 272/7 274/10 275/21 275/25 276/12 276/12 276/15 278/20 278/22 282/2 10/20/3

**times [2]** 25/10 203/2
**tiny [1]** 215/17
**tired [2]** 256/8 256/9
**title [1]** 124/20 184/2 248/7
**titled [3]** 176/15 215/7 224/11
**today [27]** 4/4 4/23 7/5 24/13 29/25 30/12 46/11 47/9 57/18 59/7 59/9 61/16

62/4 73/4 116/4 127/12 128/1 128/5 128/5 147/19 148/20 154/7 206/19 214/21 215/12 224/7 271/19

**toddler [1]** 9/4
**together [9]** 70/4 109/25 132/21 190/12 191/3 193/14 221/5 261/6 276/9
**told [17]** 18/8 30/19 39/19 59/16 75/11 105/19 125/18 146/9 181/23 182/21 189/5 201/16 202/12 218/22 219/15 231/25 257/6
**tomorrow [1]** 29/24 127/11 270/23 271/8 271/11 271/24 272/7 275/20 276/2 277/10 280/2
**tonight [2]** 271/5 276/16
**too [22]** 34/11 50/4 50/5 50/6 66/2 77/25 86/7 98/17 139/17 140/1 141/4 157/9 161/15 201/12 203/7 219/11 229/22 232/6 242/8 256/17 261/17 270/2
**took [16]** 2/19 17/22 82/3 86/11 90/4 103/9 113/24 140/19 159/7 177/3 181/13 187/24 197/4 213/24 238/3 240/1
**toolbox [1]** 25/20
**top [5]** 19/17 264/22 265/13 265/21 266/7
**topic [2]** 2/22 70/10 227/20
**topics [2]** 116/11 142/10
**torn [3]** 246/15 246/17 250/1
**total [2]** 104/23 128/11
**totality [1]** 187/21
**totally [1]** 230/5
**touch [2]** 205/13 273/19
**touching [1]** 9/4
**tough [6]** 15/16 59/17 61/12 137/17 137/18 141/17
**toughest [1]** 54/7
**towards [3]** 79/25 138/21 184/7
**town [1]** 139/21
**Towson [1]** 100/3
**Toyota [1]** 98/8
**track [3]** 57/6 129/5 201/16
**tracking [2]** 118/21 202/19
**trade [1]** 279/19
**traditional [1]** 139/18
**traffic [1]** 276/3
**trailers [1]** 71/1
**trained [4]** 133/20 181/24 186/6 186/7
**training [19]** 47/24 53/22 91/1 103/18 133/18 152/13 155/14 155/15 157/2 181/12 181/17 182/2 192/25 192/25 193/1 239/24 239/25 239/25 240/16
**transcript [4]** 1/11 198/24 281/8 281/9
**transcription [1]** 1/22
**transcripts [1]** 200/24
**transferred [2]** 19/12 20/12
**transition [1]** 154/15

**JA701**

**T**

transitioned [1] 101/24
transmission [1] 136/9
transmissions [1] 136/8
transported [1] 129/3
trauma [2] 31/18 65/1
traumas [1] 32/3
traumatic [1] 72/9
travel [9] 56/6 56/9 60/6 96/1 142/10 147/10 156/12 261/17 271/24
traveled [1] 165/24
treasury [1] 160/19
treat [1] 157/20
treated [3] 77/25 172/14 256/14
treatment [2] 59/2 60/12
treatments [3] 58/7 58/8 58/14
trial [46] 7/18 9/18 12/6 21/22 27/17 28/14 31/17 36/24 43/6 43/6 61/8 62/10 67/1 71/15 71/22 75/23 94/21 113/7 113/9 116/17 130/15 148/21 154/23 164/20 164/21 179/2 181/20 196/25 208/8 232/25 234/4 234/4 246/20 255/13 256/19 257/3 262/22 262/23 269/23 270/25 271/13 273/8 273/21 274/10 274/21 275/11
trials [2] 155/8 204/12
tricky [1] 183/14
tried [1] 258/14
trigger [2] 39/4 39/15 227/7
triggers [1] 205/23
trip [4] 173/24 243/3 262/20 262/24
trooper [2] 143/8 143/18 244/5
trouble [2] 74/1 112/7 200/17 202/18
troubled [1] 230/23
troubles [4] 229/21 229/22 229/24 229/25
troubling [1] 230/20
Truck [8] 13/14 13/16 13/19 13/20 14/21 136/4 138/2 138/3
trucks [4] 136/12 136/20 137/2 137/25
true [18] 38/11 38/14 114/5 116/9 132/20 152/15 160/5 162/14 163/3 163/8 197/5 197/6 231/14 249/6 249/11 249/12 273/12 281/7
trust [6] 113/23 113/24 182/20 227/5 247/9 274/19
truth [13] 10/11 10/12 81/8 81/8 182/21 183/3 183/10 247/4 247/22 247/22 250/5 250/6 250/7
truth-telling [1] 247/22 247/22
truthful [5] 38/9 40/4 41/7 45/10 247/11
truthfully [1] 240/21
truthfulness [1] 45/14
truths [1] 10/10
try [9] 11/25 104/7 136/1

139/2 139/21 144/11 200/2 247/21 274/9
trying [15] 26/1 38/15 39/2 39/22 57/9 114/15 115/1 132/3 137/22 139/20 142/18 198/7 208/24 221/16 227/21
Tuesday [2] 55/19 79/14
tugs [1] 35/7
turbulence [1] 231/24
turn [7] 37/2 51/24 74/12 156/14 189/4 253/9 274/25
turned [3] 9/5 85/8 85/11
turning [1] 256/16
TV [4] 126/3 139/5 140/22 199/4
Twelve [2] 267/20 267/24
twenty [11] 25/5 48/23 48/24 107/18 127/8 127/9 166/20 166/21 174/7 277/17 277/18
Twenty-eight [2] 166/20 166/21
Twenty-five [3] 48/23 48/24 107/18
twenty-nine [1] 25/5
Twenty-seven [1] 174/7
Twenty-three [2] 127/8 127/9
twice [2] 187/16 190/11
twins [3] 85/9 170/9 170/10
two [65] 5/21 16/3 18/6 21/18 29/17 33/16 50/10 51/3 52/8 84/18 85/2 88/20 92/7 97/24 98/5 98/12 98/13 105/16 105/25 110/5 110/18 119/11 128/24 132/13 134/13 137/6 137/7 138/9 146/23 146/23 147/19 162/18 173/2 173/25 176/19 189/1 191/24 192/1 192/8 195/23 195/24 207/4 208/9 208/15 209/17 213/8 213/24 221/5 221/8 222/16 234/17 239/9 240/3 241/12 241/14 256/20 256/23 257/3 258/17 265/9 266/15 268/11 272/13 272/15 273/8
type [7] 37/25 39/11 62/9 171/4 198/3 207/20 235/17
typical [2] 275/22 276/1
typically [2] 59/9 128/16

**U**

U.S [5] 118/13 152/2 152/21 196/3 270/15
U.S.C [1] 281/7
uh [16] 21/24 91/5 91/19 92/12 122/8 124/16 155/12 155/12 169/6 173/7 174/19 175/2 247/1 247/16 252/2 252/21
Uh-huh [14] 21/24 91/5 91/19 92/12 122/8 124/16 169/6 173/7 174/19 175/2 247/1 247/16 252/2 252/21
Uh-uh [1] 155/12
ultimately [8] 60/23 119/5 150/22 151/11 167/17 183/3 183/10 233/18
UMBC [3] 185/21 186/1 252/4

unable [6] 10/2 112/5 112/10 112/17 122/18 267/23
unanimous [3] 42/25 63/3 123/2
unanimously [5] 112/4 112/15 122/16 122/22 123/4
unbiased [1] 31/25
UNC [1] 191/17
unclothed [1] 180/10
uncomfortable [3] 121/19 255/10 255/15
uncomfortably [1] 254/19
under [16] 9/17 92/20 122/22 43/3 133/20 148/17 160/18 180/8 180/9 183/15 184/17 240/4 241/19 247/5 270/6 273/15
undergrad [1] 251/22
undergraduate [1] 68/11
underlined [3] 42/5 64/23 112/10
underlying [1] 12/16
understand [29] 11/6 11/17 43/17 44/12 51/5 52/24 67/15 85/22 114/20 145/2 194/23 195/4 196/22 197/8 198/11 198/14 198/20 203/8 224/5 230/19 232/11 235/5 235/5 238/12 253/7 266/9 266/12 270/1 272/25
understandable [1] 85/14
understanding [7] 38/8 51/3 80/8 188/7 199/23 230/24 231/1
understood [3] 12/20 38/20 197/4
unduly [1] 31/20
unexpectedly [1] 275/2
unfair [2] 11/7 198/19
unfairly [1] 74/22
unfettered [1] 114/18
unfortunately [3] 120/7 165/14 182/22
uniform [7] 184/2 248/7 248/20 249/3 249/4 249/22 250/3
uniforms [1] 250/8
Unilever [1] 14/23
unique [5] 37/24 37/24 38/9 139/14 200/9
uniquely [1] 231/14
unit [3] 150/17 150/22 244/7
UNITED [11] 1/1 1/4 2/4 9/17 89/4 176/15 215/7 224/11 279/15 281/5 281/11
university [15] 68/10 68/13 91/15 91/16 100/3 108/6 108/15 108/16 108/19 109/18 161/2 220/23 251/14 251/23 251/24
unless [7] 43/9 112/4 112/15 122/15 122/22 123/4 197/8
unlikely [1] 120/12
unlocked [3] 121/16 121/21 122/13
unrelated [2] 32/10 120/3
unstable [1] 186/2
unsuccessful [1] 127/12

unsure [1] 65/16
until [25] 9/2 42/24 43/9 63/19 65/4 112/4 112/15 118/16 122/16 122/22 123/1 123/4 124/8 129/8 149/15 163/12 208/18 209/13 215/18 218/9 218/17 218/18 223/16 273/16 273/16
untrue [1] 38/12
up [84] 8/13 9/2 9/19 11/23 15/6 29/3 29/10 40/3 42/9 46/18 47/1 80/12 81/23 82/6 83/3 84/8 87/2 96/14 102/3 111/18 112/13 113/3 115/2 119/12 119/13 121/19 124/6 124/9 129/4 133/6 134/7 137/14 141/25 151/1 151/12 154/16 158/9 161/2 161/12 163/12 170/19 174/2 184/15 196/11 201/23 203/19 205/18 207/22 208/25 209/9 209/12 209/14 209/16 217/5 221/12 224/17 228/25 230/5 232/1 233/2 234/4 234/15 240/25 242/21 244/13 245/24 245/25 246/5 247/10 253/19 256/4 258/11 259/3 265/12 268/7 271/25 272/18 273/25 274/6 275/12 276/9 279/7 279/9 279/21
updated [1] 205/20
updates [1] 131/25
uphold [3] 247/4 249/4 250/8
upon [8] 57/21 74/19 84/22 94/10 113/25 140/24 223/6 273/19
upper [2] 266/15 266/15
upperclassmen [1] 148/4
upsetting [2] 77/4 85/22
urge [2] 128/20 274/9
us [90] 2/6 4/23 6/12 7/5 8/23 12/9 24/18 29/15 30/19 31/24 32/9 32/17 33/1 33/13 34/1 36/10 36/17 38/4 40/18 41/17 58/5 62/8 65/2 66/20 68/8 73/9 75/6 75/12 75/19 79/3 79/4 83/7 86/23 91/13 102/18 105/19 108/10 108/13 112/24 114/20 118/16 129/22 129/24 130/1 130/11 135/17 146/9 152/24 155/10 161/15 172/25 186/14 188/21 189/5 191/1 191/15 199/10 199/21 201/16 202/1 202/12 204/8 206/19 210/14 210/23 213/8 213/22 215/3 218/8 218/17 218/22 219/6 219/15 220/17 224/6 228/21 230/8 231/25 236/16 238/4 238/25 241/15 246/14 251/19 263/2 263/10 266/4 271/6 276/19 277/18
use [14] 33/7 33/10 35/17 40/20 156/10 183/2 187/23 188/4 201/5 238/9 265/18 266/2 266/5 277/18
used [2] 110/20 115/10

119/18 138/3 146/4 187/6 216/11 271/15
usually [5] 19/1 128/11 128/16 275/22 275/24
utilities [1] 185/9
utility [1] 186/3
utterly [1] 38/12

**V**

vacated [1] 238/18
vacation [3] 100/22 142/22 161/13
value [3] 12/16 174/12 174/14
value-added [1] 174/12
values [2] 32/25 81/11
variables [1] 276/3
variation [1] 38/13
variety [2] 77/22 154/5
various [1] 111/4
Vegas [4] 101/24 102/1 102/2 105/17
vehicle [2] 125/5 65/21
vending [1] 137/8
venire [2] 113/18 266/20
Ventura [1] 18/22
verdict [11] 8/7 8/12 32/20 37/12 62/25 63/3 64/22 77/8 144/20 179/10 180/19
verify [1] 261/22
verifying [1] 132/16
very [85] 5/5 5/9 6/1 7/15 9/11 21/11 31/24 32/4 34/5 34/6 34/16 36/21 38/22 38/24 39/1 39/5 39/9 39/10 44/18 47/13 50/15 59/22 63/9 73/9 73/17 76/7 76/14 81/20 82/10 83/11 84/8 94/8 101/1 101/15 108/13 109/11 111/19 113/2 113/3 116/14 118/10 119/24 121/2 130/4 131/4 132/25 134/20 136/15 137/9 139/22 140/10 141/1 141/5 142/7 145/2 145/4 145/6 150/15 154/24 155/13 156/15 156/15 169/4 173/3 186/2 196/14 198/10 198/12 198/16 201/16 203/7 208/1 223/3 233/15 243/16 247/17 277/24 278/8 278/25 279/1 279/3
victim [30] 2/25 3/1 3/2 3/7 8/2 17/17 30/25 37/4 83/16 89/24 102/16 117/9 117/17 121/11 204/18 221/25 245/11 254/17 254/18 257/8 258/9 278/20 278/20
victimized [1] 76/3
victims [2] 34/20 75/17 76/23 89/24
VICTORIA [1] 1/20
video [7] 71/25 180/5 180/9 180/11 200/23 242/7 259/7
videos [1] 179/23
view [5] 10/14 157/22 207/21 238/17 250/13
viewing [5] 8/11 64/20 77/4 179/9 180/17
viewpoint [1] 145/8

**V**

**views [3]** 9/16 75/3 77/6
**Violate [1]** 150/1
**violations [3]** 151/22
154/6 230/17
**violence [6]** 52/19 64/25
72/9 131/15 258/10 259/17
**Virginia [10]** 20/6 21/6
113/8 113/16 123/24 124/8
138/12 172/9 212/16
251/23
**virtual [5]** 124/6 140/25
260/16 260/17 260/19
**virtually [1]** 124/15
**virtue [5]** 24/19 112/2
157/22 158/1 231/19
**vision [1]** 239/11
**visit [2]** 56/8 128/12
**VM [1]** 260/20
**voice [1]** 87/2
**voices [1]** 198/10
**voir [4]** 1/11 230/25
232/19 253/16
**volleyball [2]** 175/16
175/17
**volume [3]** 11/23 11/24
195/14
**volunteered [2]** 201/13
218/8
**Volvo [6]** 13/15 13/16
137/10 137/23 137/24
138/1
**vowed [1]** 249/5
**vs [1]** 1/6

**W**

**wait [1]** 240/12
**waiting [1]** 224/7
**Walden [4]** 244/18 244/23
251/14 251/24
**Waldorf [1]** 220/19
**walk [1]** 268/24
**WALKER [1]** 1/19
**walking [2]** 47/2 57/2
**wallet [1]** 211/7
**want [59]** 4/4 7/10 10/9
10/11 10/12 11/19 30/3
32/17 32/22 35/25 39/18
41/23 45/10 65/12 73/23
73/25 75/6 77/18 79/17
79/18 81/13 82/7 93/20
101/3 112/2 136/18 148/23
162/4 162/6 162/21 165/23
175/20 176/13 179/12
179/18 181/15 189/18
189/20 198/19 203/25
204/14 205/6 218/7 219/7
229/25 232/8 238/2 243/4
249/2 256/10 258/17
261/21 262/23 263/6 273/3
273/4 273/14 276/8 276/11
**wanted [5]** 109/9 234/25
239/13 239/15 240/21
**wanting [1]** 39/8
**wants [2]** 53/17 137/22
**warden [3]** 128/1 128/15
128/21
**warehouse [2]** 185/14
237/21
**warrant [1]** 245/12
**warrants [2]** 244/6 244/11
**was [485]**
**Washington [4]** 20/20
119/4 196/11 220/24

**wasn't [17]** 10/7 42/12
57/5 75/23 75/25 80/20
80/21 80/24 103/6 118/10
119/24 194/4 194/7 218/10
240/14 240/19 246/20
**watch [5]** 75/25 85/13
139/4 140/22 242/6
**watching [1]** 126/3
**Wavelengths [1]** 198/15
**way [27]** 4/6 11/7 26/17
31/8 35/17 43/25 65/8 76/2
85/17 102/5 113/22 114/18
122/24 139/22 141/4 148/9
152/23 187/25 188/9
197/21 227/2 227/11 228/6
250/7 268/5 268/20 268/22
**ways [1]** 82/1
**WBAL [1]** 224/16
**we [270]** 2/11 3/23 4/5
4/15 9/22 9/25 10/15 11/4
11/12 13/18 19/1 25/8 25/9
26/17 27/17 27/22 29/7
29/9 29/12 29/13 29/14
29/15 29/18 29/20 29/22
29/25 35/17 36/9 40/14
42/22 42/22 42/24 43/5
43/6 43/7 43/8 43/8 43/20
49/19 49/23 49/23 49/25
56/6 56/7 56/8 56/8 56/9
56/9 59/12 60/22 60/23
60/23 60/25 61/2 61/4
61/11 61/12 61/15 62/9
63/18 63/19 65/4 65/22
65/24 66/13 67/16 67/17
67/20 70/4 71/15 73/8
73/13 74/5 76/4 78/8 78/13
78/25 80/5 80/8 82/11
82/12 83/2 83/3 85/18
86/15 87/3 93/19 93/19
93/23 96/13 99/10 100/20
101/6 112/12 115/14
116/11 118/20 119/12
119/13 119/14 119/17
119/17 120/19 124/14
125/16 125/17 126/25
126/25 127/1 127/9 127/10
127/16 127/17 128/1
128/15 128/16 129/6
129/14 129/25 130/13
130/18 130/20 131/24
131/24 132/17 136/1 137/5
138/14 141/3 141/24 142/1
147/21 147/22 148/21
148/22 148/24 149/1
151/23 152/24 156/12
156/13 157/12 158/8
161/11 161/11 161/13
162/5 164/22 165/3 165/15
167/19 168/11 170/19
170/19 173/24 174/2 174/3
177/8 179/25 182/24 183/2
183/14 187/5 188/2 188/18
189/18 189/19 194/17
198/7 198/22 199/1 199/9
199/15 199/22 200/2 200/7
200/25 201/3 201/4 201/19
201/19 201/24 201/24
202/5 202/25 203/1 203/5
203/13 203/15 204/10
204/11 204/12 204/13
204/22 205/4 205/12 206/8
210/8 213/13 213/13
215/18 220/7 222/11
222/13 222/14 222/16
227/5 231/8 231/22 232/17

**234/3 235/21 235/21 238/2
238/3 238/4 238/7 238/16
239/3 239/18 240/23 243/5
247/17 247/20 247/25
249/6 249/11 250/8 252/6
253/5 253/22 258/1 258/2
258/3 260/10 262/13
262/13 262/17 262/18
263/7 263/9 264/5 265/25
267/1 267/18 267/19 268/5
270/3 270/4 270/5 270/7
270/8 270/23 271/8 271/15
271/16 271/17 273/3 273/3
276/10 277/4 277/10
277/11 278/11 278/13
278/13 278/17 279/7
279/11 279/16
**we'll [48]** 2/18 4/17 6/22
7/2 29/1 30/1 30/10 41/9
51/25 57/14 60/15 73/6
93/23 94/5 95/10 99/12
100/21 106/14 111/18
116/25 126/19 127/14
135/14 142/1 148/18 149/7
158/10 166/17 167/6
171/23 176/5 188/19 189/4
201/7 214/16 222/8 222/18
239/4 242/22 257/12
268/12 275/23 275/23
276/2 276/14 278/9 279/9
280/2
**we're [75]** 2/2 6/20 12/24
28/5 29/5 29/8 29/25 36/6
38/15 41/5 44/2 45/25 46/3
51/25 57/8 61/1 61/19
61/21 65/3 67/20 72/4 73/3
78/23 78/24 82/14 82/24
83/2 86/20 94/1 101/12
111/16 114/4 115/18 124/6
126/17 127/11 127/12
127/13 129/4 129/7 132/2
132/3 135/12 144/22
161/12 165/16 170/18
171/5 171/21 184/10 192/2
194/15 195/6 198/3 200/3
206/2 206/18 210/7 215/24
222/19 229/17 230/3
230/15 230/22 231/7
231/24 242/25 243/5
254/21 265/8 269/20 271/1
271/4 271/5 276/9
**we've [17]** 29/9 29/11
29/20 34/22 94/5 103/19
105/11 112/1 127/7 128/23
152/22 166/21 198/4
203/17 222/13 238/20
263/7
**wealth [1]** 157/9
**wear [4]** 130/1 135/23
239/10 243/13
**wearing [1]** 248/7
**weaving [1]** 111/4
**web [1]** 151/11
**website [1]** 54/13
**websites [2]** 56/2 274/2
**week [15]** 59/1 59/4 59/7
59/8 59/14 59/14 59/15
59/15 100/12 119/12
142/19 142/21 208/17
220/12 258/17
**weekend [1]** 161/12
**Weekly [1]** 53/14
**weeks [15]** 58/7 58/14
58/23 58/24 58/25 105/25
147/19 151/11 155/18**

**163/6 176/20 208/9 256/12
257/4 273/8
**weigh [1]** 188/13
**weight [11]** 8/18 77/13
182/9 183/22 183/23
184/21 188/12 246/12
248/17 249/17 250/16
**weird [1]** 190/8
**welcome [1]** 135/20
**welder [2]** 134/4 134/5
**well [57]** 3/5 11/15 13/17
19/22 27/12 40/23 50/15
57/25 58/8 58/22 60/5
72/11 82/10 84/8 96/19
100/11 108/13 109/11
114/22 116/25 124/24
127/9 128/3 136/1 140/17
142/25 148/4 162/4 162/14
165/5 169/19 169/20
170/18 178/20 179/16
184/8 189/17 196/10 197/2
210/15 210/23 215/21
219/13 220/14 222/18
223/13 227/2 228/20
232/19 232/21 234/18
238/2 246/22 249/14
256/14 260/21 268/8
**went [40]** 9/7 20/4 20/12
20/15 22/7 23/4 23/13 53/1
66/8 68/10 68/12 97/2
130/15 137/10 154/2 154/4
155/17 161/1 164/23 169/8
169/10 186/1 194/3 205/14
213/25 214/1 214/22 220/23
225/20 228/4 228/18
228/24 231/16 233/2 235/1
236/18 241/12 241/17
241/20 252/4
**went to [1]** 164/23
**were [118]** 3/7 3/15 5/19
10/9 12/7 18/4 18/7 21/10
28/14 35/13 37/3 38/7
43/22 54/22 59/12 62/10
63/2 63/7 63/11 64/8 64/10
64/11 66/5 66/13 68/22
68/23 69/20 73/9 74/23
75/17 76/11 76/23 79/22
79/23 88/16 89/24 90/23
102/22 103/11 103/15
104/25 107/11 107/23
108/11 108/14 109/24
112/12 112/12 116/25
122/11 129/24 130/13
132/6 140/21 141/1 141/2
143/19 143/21 143/24
144/16 146/13 149/16
149/16 152/10 154/19
159/8 160/19 167/4 172/14
172/19 173/16 173/24
174/1 178/16 181/20
181/22 193/23 197/2
198/22 198/23 201/19
201/23 205/4 205/10
205/12 205/15 208/12
211/3 211/13 212/12
213/20 217/23 218/4 218/5
219/19 224/25 225/12
226/22 230/10 230/17
233/3 233/3 233/25 238/4
239/18 240/1 240/6 240/11
240/14 241/8 244/4 244/10
255/1 261/24 261/25
269/22 272/25 278/24
**weren't [4]** 10/8 140/23
167/19 217/19**

**west [2]** 138/12 231/15
**Westminster [1]** 173/19
**what [251]** 4/2 4/3 10/22
13/14 13/17 13/19 13/23
13/25 14/20 14/22 15/22
16/9 17/24 19/16 19/19
22/24 23/5 25/3 29/18
31/16 31/17 32/8 32/9
32/24 34/6 34/24 35/4
35/16 35/17 36/17 37/16
37/22 38/13 38/15 39/19
40/7 40/18 40/23 44/2
44/10 44/22 48/19 49/7
49/9 49/21 49/22 50/12
53/2 53/3 54/4 54/12 55/23
56/12 60/18 61/23 62/13
62/15 66/13 66/17 66/25
67/15 68/25 69/3 69/6
69/12 70/17 70/22 72/4
72/12 72/15 79/9 80/10
82/17 82/25 84/10 86/4
87/25 88/19 89/7 89/11
90/5 93/19 94/13 96/12
97/10 97/12 97/16 97/22
97/23 98/7 98/15 98/15
100/12 104/3 105/12
105/20 108/4 108/7 108/21
109/8 109/17 110/8 110/12
111/2 112/12 113/11
114/15 114/16 115/4
119/16 125/14 127/7 128/4
130/12 131/13 132/2 132/4
134/3 134/17 134/20 136/6
137/1 137/19 137/22
138/18 138/25 139/16
139/20 140/15 141/12
142/15 145/25 146/17
147/8 149/17 153/6 153/23
153/24 156/6 157/18
158/19 158/20 159/9 161/6
161/9 161/13 164/17
168/23 169/18 170/7
170/14 170/16 171/4 171/9
171/10 173/3 173/12 174/7
177/3 177/3 179/15 181/18
181/22 181/23 181/24
185/5 185/11 185/14 188/7
189/19 189/20 191/1 192/3
192/17 192/20 192/22
196/19 196/20 196/22
197/4 197/11 198/2 199/18
200/5 200/11 200/16 202/8
202/24 202/24 203/6
210/15 212/1 212/5 212/22
213/2 213/5 215/24 217/25
219/15 220/5 220/9 221/2
224/21 225/17 226/14
227/15 227/23 229/19
230/16 235/25 236/6 237/5
237/10 237/12 237/19
238/7 238/9 239/18 240/23
244/4 246/1 246/17 246/18
248/7 248/7 248/7 249/2
249/25 250/2 250/13
250/13 251/2 251/11 252/7
252/7 253/19 253/20
254/21 255/14 260/14
261/14 261/15 263/5 264/8
267/18 273/2 278/22
279/24
**what's [30]** 12/17 15/20
21/4 26/5 32/12 34/23
44/21 47/19 73/25 80/7
80/7 81/9 91/24 99/25**

**W**

**what's... [16]** 131/3 147/20 164/12 166/19 179/22 181/4 183/11 184/18 185/22 186/12 198/20 203/15 209/25 234/11 250/14 261/10
**whatever [13]** 19/1 44/11 88/18 118/15 132/10 145/14 176/21 199/15 221/19 226/19 240/15 273/14 274/8
**whatsoever [4]** 80/5 206/1 225/5 275/5
**wheels [1]** 261/17
**when [98]** 3/4 3/5 5/14 5/20 10/10 15/22 17/21 18/16 23/4 23/8 31/17 43/4 54/21 56/1 59/20 62/17 64/2 69/20 75/22 76/2 80/15 84/13 88/8 103/1 105/2 116/5 118/11 128/12 128/16 129/3 129/24 130/21 138/25 140/18 142/1 143/22 147/22 150/3 152/8 158/19 159/8 159/8 160/22 161/9 164/22 170/19 173/24 177/10 178/3 181/14 181/16 182/2 183/14 183/15 186/5 186/17 189/15 190/12 192/21 198/8 198/9 202/15 203/2 208/25 213/16 213/25 217/6 217/22 221/11 224/14 225/11 227/24 231/14 234/13 234/14 242/3 244/6 247/5 249/3 249/15 250/3 250/8 251/1 253/9 254/23 255/1 261/13 262/13 268/6 268/10 271/19 272/3 272/7 272/14 273/1 273/13 274/10 276/19
**When's [1]** 59/2
**whenever [1]** 208/23
**where [87]** 2/11 3/15 10/16 20/16 26/12 33/19 34/19 39/15 44/7 74/3 76/5 78/6 79/19 80/24 86/3 98/1 104/25 105/4 108/14 114/4 119/3 119/13 120/7 122/5 124/3 124/3 126/22 126/25 133/5 146/2 147/12 148/23 150/22 151/11 153/20 157/3 158/16 168/8 168/10 169/13 174/1 174/2 177/8 178/5 182/18 183/17 185/10 185/10 190/8 199/16 201/2 201/3 201/19 202/25 210/23 211/25 212/11 213/20 216/14 217/17 220/20 222/11 227/8 227/23 230/4 231/16 231/16 231/17 231/18 232/22 233/6 235/6 237/8 238/3 245/12 246/22 257/1 258/18 261/22 268/4 268/8 268/10 268/22 271/2 274/3 274/3 274/4
**Where's [1]** 206/24
**whereabouts [1]** 216/16
**Whereupon [113]** 3/20 4/11 6/6 6/19 11/1 12/23 16/20 17/2 22/17 23/3

23/22 24/5 26/23 27/15 27/20 28/4 28/18 28/24 35/22 36/5 40/11 41/4 50/21 51/10 51/18 51/23 56/20 60/16 61/20 71/6 71/19 72/18 72/24 76/19 78/12 86/9 86/19 92/23 93/6 94/25 95/8 99/1 99/9 106/4 106/12 111/7 111/15 115/7 115/16 120/16 120/24 126/8 126/16 135/2 135/10 139/8 140/2 141/10 141/23 147/15 148/6 148/12 149/5 156/19 158/7 161/18 162/24 163/20 165/22 166/8 166/14 170/23 171/8 171/15 171/20 175/21 176/3 179/20 180/3 186/23 188/16 193/5 193/21 194/9 194/14 199/6 202/3 206/5 206/12 209/22 210/6 214/6 214/14 221/23 222/6 223/18 223/25 229/11 232/24 237/24 239/1 242/11 242/19 252/24 253/24 255/18 255/24 257/14 257/21 262/4 262/11 267/4 267/16
**wherever [1]** 276/6
**whether [28]** 28/7 31/19 38/5 57/3 64/25 64/25 65/6 85/19 85/24 86/4 107/3 132/4 148/3 149/2 158/1 162/6 165/6 165/11 165/23 193/13 193/14 227/6 229/23 230/25 234/25 235/4 250/15 278/1
**which [56]** 27/5 29/7 45/15 57/20 61/18 61/22 64/22 68/11 73/11 76/11 77/23 78/5 79/7 81/14 81/21 93/19 94/8 106/22 108/7 113/14 114/4 120/3 120/11 121/9 135/23 138/22 142/18 146/24 152/14 152/15 153/2 162/11 163/2 165/24 175/5 180/13 182/1 187/25 189/2 190/15 191/18 197/4 197/7 223/4 233/16 234/16 236/13 249/5 252/18 267/19 270/6 271/8 272/1 276/6 278/19 278/19
**while [23]** 32/3 93/20 94/24 98/23 118/16 126/6 134/14 134/24 149/25 156/17 159/8 193/3 214/1 214/5 217/23 221/21 226/18 226/21 242/10 249/11 262/21 266/18 271/7
**white [2]** 39/6 249/20
**who [77]** 21/25 21/25 26/13 26/14 27/10 30/20 30/20 34/5 34/15 44/20 44/22 60/2 62/21 72/1 81/9 83/22 89/9 113/23 117/3 124/13 128/23 128/24 131/4 131/20 138/8 143/7 147/4 157/17 164/23 165/1 165/2 165/17 172/9 180/10 187/14 187/16 188/1 188/8 189/23 190/20 191/8 193/23 197/21 199/12

200/23 201/15 209/2 209/8 226/24 226/25 228/3 228/3 231/22 234/5 234/6 235/8 244/10 247/8 259/1 263/4 263/10 265/14 265/21 266/14 266/20 267/22 269/2 268/1 268/14 269/7 269/22 270/22 272/15 274/22 275/11 276/8 277/12 278/10
**who's [4]** 43/7 85/16 145/23 275/3
**whole [3]** 9/13 17/23 141/2
**whom [1]** 247/8
**why [16]** 9/25 10/22 44/17 51/6 74/2 74/5 137/10 139/17 140/9 209/6 226/12 228/21 234/2 238/2 249/19 257/2
**wide [1]** 185/9
**wife [19]** 15/20 58/6 85/13 117/12 118/16 118/24 119/10 208/19 210/20 211/12 212/21 212/22 217/2 217/5 217/23 219/6 219/9 219/14 257/10
**wife's [3]** 61/7 118/11 213/3
**will [91]** 4/5 4/20 5/2 21/22 23/2 24/24 24/24 36/9 43/5 45/6 46/16 56/17 71/18 71/24 71/25 72/1 101/6 115/11 126/22 127/16 128/24 158/3 166/23 168/2 180/4 180/6 180/13 180/13 187/15 187/16 188/13 188/14 194/17 199/20 204/21 208/8 249/11 257/22 262/13 264/5 264/16 264/16 264/24 265/12 265/14 266/1 266/2 266/8 267/19 267/22 267/25 268/1 268/3 268/12 268/13 268/14 268/17 268/22 269/25 270/23 270/24 270/24 271/2 271/7 271/8 271/11 271/10 271/24 272/6 272/8 272/11 272/15 272/17 273/9 275/20 276/20 276/23 277/10 277/11 277/11 277/12 277/14 277/18 278/1 278/4 278/11 278/21 279/16
**Williamsport [1]** 15/9
**willing [3]** 7/11 10/8 39/2
**Winand [1]** 147/2
**Windsor [1]** 173/12
**wireless [1]** 67/17
**wiring [1]** 221/12
**wish [2]** 6/24 201/19
**wished [1]** 189/14
**wishes [1]** 11/1
**within [3]** 51/5 91/10 192/25
**without [9]** 39/7 64/17 64/17 75/9 114/18 114/25 180/1 219/11 269/24
**witness [41]** 2/25 7/22 8/2 84/2 107/4 107/10 107/11 117/17 144/6 155/4 157/17 164/5 164/11 164/20 164/21 178/19 178/21 179/1 183/18 183/19 184/1

188/12 188/14 204/18 218/21 219/5 232/12 246/1 246/6 248/6 248/19 248/21 249/16 253/10 253/13 253/14 254/17 257/8 259/16 259/23 278/10
**witnessed [1]** 117/12
**witnesses [13]** 27/5 51/4 80/16 162/2 164/15 165/2 187/7 187/13 214/21 227/25 253/15 271/3 278/11
**women [2]** 39/4 39/24
**won't [8]** 42/11 57/11 121/18 271/19 272/3 272/16 275/3 275/5
**wonder [1]** 140/9
**woods [1]** 175/11
**word [17]** 37/8 37/9 40/20 42/6 67/25 78/5 112/10 115/10 182/14 187/6 187/24 195/13 201/1 204/22 204/23 204/23 275/13
**wording [2]** 112/20 123/11
**words [9]** 39/18 78/5 183/25 195/13 195/15 199/3 201/5 207/22 233/5
**work [110]** 9/7 13/14 14/1 14/24 15/14 16/17 19/23 25/7 25/13 26/13 33/1 33/2 33/19 34/12 47/13 47/20 50/4 50/5 51/11 53/23 54/15 56/11 59/10 68/1 68/12 69/20 70/8 74/13 74/15 75/22 79/7 80/13 87/12 88/19 89/11 91/16 96/12 96/18 97/3 101/16 103/25 104/11 104/14 104/16 106/1 108/5 109/24 123/21 123/23 124/1 124/15 124/17 125/3 126/2 133/21 136/4 136/7 137/10 138/5 143/12 144/25 145/9 145/18 146/9 151/13 151/19 157/2 157/20 158/2 158/20 160/16 168/21 168/24 169/25 173/22 177/14 181/17 185/3 186/18 190/15 191/5 191/7 191/10 198/3 209/5 209/13 209/13 213/2 213/4 214/2 220/3 220/13 235/12 235/15 241/2 241/13 244/20 245/5 246/18 251/1 251/3 251/5 253/7 260/13 260/14 261/14 261/16 268/5 272/24 279/3
**workday [1]** 271/5
**worked [33]** 14/7 14/20 21/25 24/19 25/12 48/5 55/1 63/5 63/6 68/6 68/14 69/4 87/5 91/6 102/5 102/12 105/2 105/3 117/1 137/1 137/7 149/15 158/21 160/17 177/23 178/4 214/1 236/3 236/7 236/12 241/9 241/10 241/11
**working [34]** 13/21 15/22 16/12 27/6 47/16 55/3 68/16 69/22 69/25 97/24 98/5 100/5 104/20 104/21 105/23 133/13 133/16 133/22 134/7 134/8 134/15 138/22 155/1 161/9 186/2

186/3 196/2 208/19 208/20 213/25 236/4 251/7 258/6 266/19
**works [30]** 16/10 42/20 43/13 49/8 51/5 69/8 69/15 69/15 69/18 70/20 70/23 97/11 98/8 98/11 105/13 137/23 138/4 138/7 138/10 143/13 161/7 169/19 175/14 208/23 221/3 237/20 237/21 244/17 244/23 245/8
**world [7]** 3/12 32/4 54/20 124/6 174/18 182/18 260/21
**worried [2]** 61/13 262/23
**worry [2]** 61/9 200/21
**worse [1]** 77/3
**worthy [1]** 182/20
**would [247]** 3/14 5/11 5/23 5/25 7/17 8/6 8/11 8/18 8/20 10/1 10/2 10/15 10/20 10/21 10/22 11/13 11/21 12/5 12/9 12/18 13/14 21/9 21/16 22/23 26/11 26/19 27/6 27/7 27/23 27/24 28/7 28/13 28/14 29/14 30/16 31/19 32/2 32/19 34/18 36/23 37/22 38/5 38/22 39/3 39/4 39/5 39/8 39/8 39/9 39/9 39/11 39/13 39/19 39/24 40/2 40/24 43/23 44/12 44/14 46/17 51/6 59/23 60/23 61/7 63/10 64/21 64/24 65/5 65/7 67/2 67/5 67/6 67/6 68/7 72/18 72/8 73/23 74/19 76/9 76/14 77/4 77/7 77/13 77/21 77/24 78/8 78/21 79/21 80/21 82/6 84/3 86/5 86/12 88/15 89/8 89/21 90/22 94/11 94/20 100/14 100/15 100/18 102/12 103/14 107/22 108/21 111/2 112/25 113/5 113/13 113/19 113/22 114/1 114/12 114/22 115/2 115/14 116/16 120/2 122/10 128/20 132/5 132/14 133/3 139/16 140/22 140/22 143/18 144/15 144/19 145/9 145/19 149/12 151/3 151/15 156/3 156/9 156/10 157/1 157/11 157/12 158/13 162/8 162/16 164/5 165/5 165/7 167/23 172/18 173/8 173/8 175/10 178/6 178/9 178/15 179/9 179/15 180/7 180/18 180/23 181/25 182/5 182/8 184/4 184/20 187/5 187/8 192/22 193/12 195/7 195/7 197/3 198/5 199/22 200/7 200/15 200/18 200/25 201/5 201/10 201/17 201/20 202/5 202/8 203/3 205/22 208/10 209/16 210/1 211/12 215/2 217/13 217/14 219/18 222/24 222/25 223/6 223/10 225/1 226/19 226/19 228/5

**JA704**

**W**

**would... [42]** 229/22 229/24 230/16 232/17 232/18 233/1 234/23 235/19 238/6 238/22 240/15 240/18 243/6 246/11 248/2 248/10 248/16 249/1 249/1 249/2 249/15 249/16 249/21 249/22 249/24 250/15 250/25 251/3 253/5 253/11 253/12 254/12 255/12 256/18 257/3 257/4 257/5 257/17 260/6 261/24 276/17 278/15

**wouldn't [10]** 28/16 39/5 39/10 80/25 184/6 184/6 201/24 216/23 235/3 238/9

**wound [1]** 258/22

**wounded [1]** 261/24

**wow [2]** 33/13 181/23

**wrap [1]** 15/3

**wrapped [2]** 15/3 232/1

**write [2]** 109/5 116/21

**writing [6]** 100/7 189/13 189/15 189/21 190/15 219/8

**written [5]** 74/21 77/15 128/15 172/8 191/3

**wrong [3]** 80/6 246/16 253/18

**wrongdoings [1]** 145/1

**wrote [8]** 5/13 36/25 37/9 63/14 63/14 65/20 79/20 215/10

**Y**

**yeah [100]** 3/13 12/3 12/14 13/16 13/20 18/8 18/12 18/20 18/24 19/9 19/11 19/14 19/18 19/21 19/23 20/12 20/14 21/6 21/20 22/6 23/7 23/7 23/15 25/13 26/3 32/25 33/1 38/20 39/21 43/21 44/10 46/8 53/15 58/2 58/4 58/9 58/12 58/16 60/21 63/7 64/16 64/24 66/23 70/2 72/16 74/11 81/1 87/11 87/11 101/23 104/19 119/1 119/7 119/16 122/4 132/12 132/15 133/3 152/20 153/25 154/14 159/7 159/13 163/8 169/21 173/11 173/15 176/19 198/23 205/24 205/24 206/17 207/15 211/7 217/9 218/13 223/3 231/3 243/4 244/9 249/3 249/7 250/1 250/1 255/12 258/13 258/23 258/25 259/3 259/10 259/12 259/14 259/18 259/20 260/1 260/3 260/15 261/1 261/4 268/19

**year [42]** 18/25 21/1 23/16 55/3 56/2 58/13 58/23 83/20 92/10 92/16 102/9 105/17 121/23 136/13 137/23 138/8 138/11 138/12 153/4 154/16 154/25 160/9 163/5 170/8 170/10 173/19 175/7 175/10 175/12 175/14 175/15 190/11 192/16

216/13 216/14 220/2 228/24 229/1 230/12 231/10 232/1 255/5

**years [102]** 13/22 14/24 20/1 20/1 20/13 23/5 23/9 23/13 24/20 25/5 33/23 47/17 48/7 48/23 48/24 54/16 54/17 59/16 68/13 68/21 68/22 68/24 75/23 80/12 84/18 90/19 91/8 91/9 91/23 96/20 96/20 97/7 97/8 104/22 105/11 107/18 108/10 108/16 110/3 113/9 118/2 124/9 125/5 125/21 133/4 133/17 133/23 137/3 137/6 138/9 138/17 138/21 143/8 143/23 146/16 151/8 152/22 153/5 158/22 159/10 159/10 160/1 160/19 160/22 168/17 168/19 168/20 170/2 172/13 173/19 174/2 174/6 174/7 178/3 178/12 185/19 191/12 191/12 191/24 192/1 195/23 195/24 205/12 210/21 212/4 213/17 213/24 220/15 235/1 235/2 235/2 236/8 237/4 237/5 241/6 241/11 241/14 244/3 244/3 251/10 256/23 258/17

**yep [20]** 18/1 53/8 54/10 54/14 54/18 54/24 54/24 55/11 56/15 59/8 97/2 98/10 101/2 132/24 149/22 155/7 160/13 221/14 237/22 261/18

**yes [525]**

**yesterday [15]** 2/20 3/25 7/8 29/14 30/14 41/20 57/20 60/10 61/16 73/9 106/21 127/23 128/1 129/24 224/6

**yet [12]** 21/3 60/7 71/3 77/16 93/23 128/2 230/10 232/23 248/24 268/1 277/1 278/1

**yielded [1]** 119/6

**York [2]** 151/20 251/21

**you [1615]**

**you'd [2]** 219/8 225/8

**you'll [11]** 81/6 111/6 115/19 116/6 132/13 142/9 240/23 256/1 271/20 272/4 273/12

**you're [108]** 4/14 6/23 7/11 10/10 12/25 13/12 14/18 18/7 25/16 28/1 38/4 41/6 41/12 42/10 44/6 45/4 48/17 50/15 53/21 54/13 56/1 57/10 59/23 61/23 65/11 65/14 66/20 67/14 71/21 79/4 80/10 81/2 81/4 81/12 81/14 85/4 88/19 94/1 94/16 95/18 99/23 100/4 100/5 100/8 100/11 100/20 100/25 110/19 114/21 115/25 120/11 120/25 123/12 129/20 130/25 131/12 135/20 136/9 137/11 139/1 140/9 141/21 145/12 161/9 177/19 182/3 186/18 192/21 202/15 202/24

203/19 208/4 216/23 219/25 220/9 221/12 224/1 227/9 228/10 233/24 235/12 238/5 240/7 242/3 246/22 249/22 250/2 250/2 250/20 254/2 255/8 255/25 257/22 259/21 260/11 261/13 268/21 272/10 272/12 273/2 273/11 273/14 273/15 273/22 274/10 274/25 276/6 279/18

**you've [31]** 38/5 41/8 46/23 53/9 74/6 74/21 75/13 78/15 79/17 80/18 87/16 95/24 97/8 100/23 107/3 133/22 146/9 152/15 158/15 166/15 172/8 204/20 209/7 219/15 220/25 226/4 238/13 257/6 271/17 273/10 274/21

**young [6]** 119/19 119/19 166/3 198/10 198/10 246/7

**younger [6]** 18/16 105/20 105/21 200/22 200/23 217/6

**youngest [3]** 137/5 137/20 137/21

**your [680]**

**your absolute [1]** 184/10

**yours [2]** 117/5 129/25

**yourself [11]** 3/7 32/3 39/13 62/7 66/18 87/9 205/22 233/15 275/2 276/7 276/12

**yourselves [1]** 273/18

**youth [1]** 165/24

**YouTube [1]** 126/4

**Z**

**Zack [6]** 164/5 164/11 164/15 164/19 165/4 166/4

(

**JA705**

```
                   IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND
                          NORTHERN DIVISION
_____
                                )
UNITED STATES OF AMERICA,        )
                                )
       Plaintiff,                )
                                )Criminal No. 23-cr-0278-JKB
vs.                              )
                                )
CHRISTOPHER KENJI BENDANN,       )
                                )
       Defendant.                )
_____)



           TRANSCRIPT OF PROCEEDINGS – DAY 4 OF JURY TRIAL
              BEFORE THE HONORABLE JAMES K. BREDAR
                   AUGUST 24, 2024 AT 9:45 a.m.


APPEARANCES:

      ON BEHALF OF THE PLAINTIFF:
        COLLEEN E. MCGUINN, ESQUIRE
        KIM Y. HAGAN, ESQUIRE

      ON BEHALF OF THE DEFENDANT:
        CHRISTOPHER C. NIETO, ESQUIRE
        GARY E. PROCTOR, ESQUIRE

      ALSO PRESENT:
        CALISTA WALKER, FBI SPECIAL AGENT
        VICTORIA LIU, PARALEGAL







         (Computer-aided transcription of stenotype notes)
                          Reported by:
                 Ronda J. Thomas, RMR, CRR
```

1               __INDEX__

2          __August 28, 2025__

3

4    GOVERNMENT'S CLOSING ARGUMENT          8

5    DEFENSE'S CLOSING ARGUMENT            39

6    GOVERNMENT'S REBUTTAL ARGUMENT        59

7    JURY INSTRUCTIONS                     68

8    JURY DELIBERATING                    123

9    VERDICT                             125

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1  (9:45 a.m.)

2        THE COURT:  Good morning.  Be seated, please.  Ready

3  to resume our jury trial.  It's now time for the Defendant to

4  present his case if he wishes to do so.

5      Mr. Nieto, will your client be presenting a case?

6        MR. NIETO:  Court's indulgence.

7      (Counsel conferring.)

8        MR. NIETO:  Thank you for your patience, Your Honor.

9  The defense has no witnesses.  We'll rest.

10       THE COURT:  Very well.  Let's go on the private

11 channel.

12     (Whereupon, the following conference was held at the

13 bench:)

14       THE COURT:  So no defense case.  No government

15 rebuttal.  Evidence is closed.  We're ready for argument.

16     Is the Government ready?

17       MS. MCGUINN:  Yes, Your Honor.  I mean, we need to set

18 up of course.

19       THE COURT:  We're going to take a moment and move the

20 standing desk into position.  And we have to get that monitor

21 repositioned.

22       MS. MCGUINN:  Yes.  It should just be turned.  It's

23 fine otherwise.

24       THE COURT:  Yes.  I think logistics, that's pretty

25 much it.  Let's see, Ms. Hagan, you go first?

**JA708**

1          MS. HAGAN:  Yes, Your Honor.

2          THE COURT:  And somebody else going to operate the

3   PowerPoint?

4          MS. HAGAN:  I have a clicker that I'm hoping works.

5          THE COURT:  You're going to use yourself.  Okay.

6   We'll get that up and operating.  Okay.

7          THE COURT REPORTER:  I can't hear you, Mr. Proctor.

8          MR. PROCTOR:  Your Honor, two things.

9          THE COURT:  Yes, Mr. Proctor.

10         MR. PROCTOR:  You said to remind you that the jury

11  instruction would need to be changed.

12         THE COURT:  We've already got that on board and that's

13  in process.  Thank you.

14         MR. PROCTOR:  Secondly, we would renew our motion for

15  Rule 29 and rest on our previous submission.

16         THE COURT:  You do move for judgment under Rule 29.

17  You rest on your prior submission.  The Court adopts its ruling

18  from previously finding that with respect to all elements of

19  all charged defenses the Government has presented sufficient

20  evidence, when taken in the light most favorable to the

21  Government, to sustain their burden of proof before the jury

22  and to support conviction.  Accordingly, the motion is denied.

23     Okay.  Let's go ahead and start moving the standing desk

24  and get everything hooked up.

25     (Whereupon, the bench conference was concluded.)

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

5

1          **THE COURT:**  The Defendant rests.  The evidence in this
2    case is closed.  We'll now proceed to closing arguments.
3          **LAW CLERK:**  Law clerk all rise.  This Court stands in
4    recess for five minutes.
5          (A recess was taken from 9:49 a.m. to 10:04 a.m.)
6          **THE COURT:**  Last night at the close of the Rule 30
7    conference, counsel for both sides approved the proposed
8    verdict form and the proposed jury instructions with the
9    understanding of the question of whether or not the Defendant
10   was going to testify or not testify was unknown at that point.
11   Now that the Defendant has made his election, I have amended
12   Jury Instruction Number 17.
13         The clerk will publish this instruction to the Government
14   and to the Defendant.  I just brought one copy in.
15         Is the new version of instruction 17 acceptable to the
16   Government?
17         **MS. MCGUINN:**  Yes, Your Honor.
18         **MR. PROCTOR:**  That's acceptable to the defense.  Thank
19   you, sir.
20         **THE COURT:**  Very well.  The instructions are so
21   amended.  Last night we neglected to have counsel sign off on
22   the table of contents.  I have copies of the table of contents
23   of the jury instructions for each of you.  Table of contents
24   will accompany the jury instructions when the instructions go
25   back to the jury.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA710**

1      Is the table of contents acceptable to the Government?

2          **MS. MCGUINN:**  Yes, Your Honor.

3          **MR. PROCTOR:**  Yes, sir.

4          **THE COURT:**  The table of contents is acceptable to the

5  Defendant, Mr. Proctor.

6          **MR. PROCTOR:**  It is.

7          **THE COURT:**  You can keep those copies if you wish.

8  Before I instruct the jury we'll have fresh sets of the table

9  of contents, the instructions themselves, and the verdict form

10 for you.  But those are the only differences from last night.

11     Ms. Hagan, are you now ready to make your closing

12 argument?

13         **MS. HAGAN:**  Yes, Your Honor.

14         **THE COURT:**  A final proof detected that we don't have

15 instruction 35 listed in the table of contents that I just

16 handed to you.  We'll have that fixed before we finally

17 distribute the instructions.  I think we're ready for the jury.

18     I will advise the jury about the status of the trial and

19 call on you Ms. Hagan for your closing.  Please bring the jury

20 in.

21         **THE CLERK:**  All rise for the jury.

22     (Jury enters at 10:08 a.m.)

23         **THE COURT:**  Be seated, please.  Good morning, ladies

24 and gentlemen of the jury.

25     (Jurors - "Good morning.")

1           THE COURT:  Overnight, Juror No. 8 was excused.  The

2    juror who was Alternate Juror No. 1 now serves as Juror No. 8

3    and has relocated in the jury box accordingly.

4           When we were last together, the Government rested their

5    case.  We now turn to the Defendant and his lawyers and asked

6    whether the Defendant wishes to present a case.

7           Mr. Nieto.

8           MR. NIETO:  No, Your Honor.  The defense rests.

9           THE COURT:  The defense rests their case.  Very well.

10          Ladies and gentlemen, the evidence in this case is now

11   closed.  There will be no more testimony or exhibits presented

12   to you, but the trial is not over.  We have additional phases

13   of the trial that still must be completed.

14          The next phase of this trial will involve the lawyers'

15   closing arguments.  The Government will deliver a closing

16   argument, then the Defendant will deliver a closing argument,

17   then the Government will be given an opportunity to deliver a

18   brief rebuttal argument.

19          The Government gets the opportunity to speak twice

20   because, as I've explained to you previously, they have the

21   burden of proof.

22          Ms. Hagan, will you be presenting the closing argument for

23   the Government?

24          MS. HAGAN:  Yes, Your Honor.

25          THE COURT:  You may proceed, ma'am.

8

1          MS. HAGAN:  "I told you that I have a breaking point
2    and you are dangerously close.  I see that you are on snap and
3    texting so you clearly can respond.  Why do you get to set the
4    times?  You can do what I say now or deal with the
5    consequences.  I just put a sick picture of you up on
6    Instagram.  If you're going to go back to ignoring me, I think
7    it's time we add Pat and Riley to our group chat and see if
8    they can track you down on campus.  Please don't make me do
9    that."
10                          was a college student in 2022, or trying to
11   be one.  Juggling classes, studying abroad at the London School
12   of Economics, making new college friends, meeting a new
13   girlfriend, all the while quietly and privately dealing with
14   these messages.
15         Every hour of every day it seemed            was
16   receiving these threats, these constant messages from the
17   Defendant, Christopher Bendann.  Threats in exchange for
18   pictures and videos.  Threats to make public explicit images
19   and videos of         if he didn't continue to send more.
20   Every day.  Every single day.
21         In their opening statement, the defense alluded to
22           being in a relationship.            was not in a
23   relationship.            was in hell.
24         Good morning, ladies and gentlemen, my name is Kim Hagan,
25   and with my colleague, Colleen McGuinn, we represent the United

**JA713**

States in this case against the Defendant Christopher Bendann.

Christopher Bendann, the former school teacher, former advisor of the Gilman School, and former wolf in sheep's clothing because among the images and videos that Bendann possessed of          were ones that he recorded himself when          was a minor.

So not only was          the victim of cyberstalking, he's also the victim of the crime sexual exploitation of a minor.

And the Defendant maintained, kept these images and videos of          as a minor on various devices and locations within his control:  IPhones, laptops, iCloud.  So that he could view them over and over again, these explicit images of          as a minor.  And that makes Mr. Bendann guilty of possession of child pornography.

This was a side of Mr. Bendann that the Gilman community did not see.

And in their opening statement and through some questions of witnesses, the defense was a little critical of the Gilman School and the Gilman community for being very expensive, very private, very illustrious.  I believe "insular" was the word that they used.  They highlighted the fact that the Gilman School offers private networking opportunities that the students move on to elite colleges, play division I sports as if there's something bad about that?  Having Gilman students

1  graduate and attend college, Georgetown, Yale, Dartmouth,
2  playing division 1 sports.
3      And through their questioning, there was maybe a little
4  criticism as well or a spotlight on the Gilman families, the
5  Gilman students, because they're affluent.  But it doesn't
6  matter whether it's a private school or a public school.
7  Sexual exploitation of a child can occur in any community,
8  public or private school.  All it takes is a perpetrator with a
9  hidden agenda.  A perpetrator who can surround himself with
10 trusting individuals.  A perpetrator who can cultivate these
11 relationships, and more importantly, a perpetrator who can spot
12 vulnerability.
13     And, yes, even private school students at Gilman
14 experience vulnerability.  Students at Gilman experience the
15 same highs and lows and ups and downs that all teenage boys do.
16 And enter, Mr. Bendann or Mr. B; the fun teacher, the cool
17 advisor that everybody hoped that they would get assigned.  He
18 was the teacher who was handing out with the cool lacrosse
19 players.  Driving them around to get food, breakfast, dinner,
20 ice cream.  Everybody hoped to be assigned to Mr. Bendann.
21     And as early as eighth and ninth grade he used these
22 opportunities to get close to these young teens, to spend time
23 with them away from the staff of the school, away from the
24 supervision of their parents.  And over time he was able to
25 carve this place in their day-to-day lives in just the way that

he had hoped, like it was so normal, that he was part of their
every day lives.  Who's available to go to Bateman's?  Anybody
want to go get breakfast?

And then he started singling out one single boy.  A boy
that repeated seventh grade.  A boy that when he came back to
Gilman for eighth grade was now separated from his circle of
best friends, who had now moved on to high school and were
playing on different sports teams.  That's how the Defendant
first set his sights on his, quote, "    ."

You've heard several times during the trial that that was
the nickname that the Defendant had for            ,       , my
favorite    .

In the earlier text messages between              and the
Defendant -- and              is only 14, 15 years old -- you
can see the increase in the frequency with which Mr. Bendann,
Mr. B, is trying to get time alone with              .

And you hear bravely last week from              about how
these simple meals with him and a group of friends, simple
favors that they got, rides home from the Defendant, eventually
led to these late-night naked runs in which the Defendant would
drive            , and other Gilman students, sometimes a
variation of who was present as you heard during the testimony,
to either Meadowood Park or St. Paul's School and tell them --
mind you it's 10:00 or 10:30 at night according to their
testimony, definitely dark, late.  I believe Will Godine was

1  the one that used the word "spooked" because realistically they

2  realized they could perhaps get expelled.  But according to the

3  Defendant, if they wanted to get home, they needed to strip and

4  run.

5      One of these runs you saw a clip of, that was the naked

6  run that occurred at Jack Stuzin's house, it was a very brief

7  clip, and it was a clip that involved -- Mr. Stuzin identified

8  himself in the background of the video.  It was about 10

9  seconds long.  And              is seen running in front of the

10 camera, the phone.  And you can hear the Defendant's voice

11 shout "Two     ."       was the nickname for              .

12     Mr. Stuzin identified the voice as Mr. Bendann's.  A

13 logical inference you can infer is that the Defendant is the

14 one recording              running a naked lap.

15     Now, that naked lap was located on the Defendant's Sony

16 Vaio laptop that was introduced into evidence.  It was seized

17 when the search warrant was executed in February of 2023.  And

18 according to the EXIF data, remember when Special Agent Eric

19 Oberly explained what EXIF data is?  It's that file information

20 that is written on the file.  It's like that unique digital

21 fingerprint.

22     The EXIF data for that naked run at the Stuzin residence

23 showed that the video was created on June 15th, 2017.

24              would have been only 16 years old at the time.

25 He is holding his hands in front of his genitals as he is

13

running this naked lap.

Now, not only was that file found on the Sony laptop, it was also found on the MobileSync backup. You probably remember hearing that several times during the trial, of an iPhone 7, and that MobileSync backup was within the Sony laptop. So it was found on both of those locations.

And as was explained to you, the MobileSync backup is the process by which somebody takes their -- the contents of their cell phone, the data, and they back it up to another device, like a laptop or an iPad.

And so here the Sony Vaio had a MobileSync backup for an iPhone 7. And what's interesting about that is the videos that serve as the basis for Counts 1 through 4, four of the sexual exploitation of a child counts that we'll get to later, those were created -- those files were created with an iPhone 7 as well. And what's interesting about that is that an iPhone 7 was the one type of iPhone that was not recovered at the Defendant's residence when it was searched in February of 2023. They found the Defendant's iPhone 11, older iPhone 6, iPhone XS. But not the iPhone 7.

Now,            told you that these naked runs eventually led to, in his case, times when he was riding alone with Mr. Bendann in the car, which over time led to having to ride naked in the car while Bendann drove to McDonald's or home.

**JA718**

1     And          , again, bravely told you that over time

2  those rides eventually led to him being asked to masturbate in

3  front of Bendann in the car which then also on occasion, as

4              told you, led to times where the Defendant touched

5  him in the car late at night in a parking lot.

6     And I'll remind you the testimony of Charlotte Hoffberger,

7  the Bryn Mawr graduate who, through her time at Bryn Mawr,

8  became friends with several Gilman students.  She hung out with

9  them frequently.  And she told you about a very distinct memory

10 that she had.  Her junior year, which would have been

11 2017/2016, when          -- I'm sorry 2017 to 2018 -- when

12              would have been 16 to 17 years old.

13     Now, Ms. Hoffberger, the way she described it, these

14 late-night runs to fast-food restaurants in the year were

15 pretty common place among her and her friends; but there's a

16 reason why this one stood out in her memory because she saw the

17 Defendant's car parked in the corner.  And when she testified

18 she couldn't recall which establishment her and her friends

19 were visiting that night for food, so when asked to mark where

20 she saw the Defendant's vehicle she placed an X in both

21 corners.  But the reason it struck her as odd was because it

22 was so far and she recognized the car as the Defendant's.

23     What made things even more strange was what happened next.

24 She saw the Defendant get out of his car and realized the

25 Defendant was with          , which struck Ms. Hoffberger as

1  odd because they had seen them earlier in the evening.

2  Hoffberger was with her friends, including Tyler Witherspoon.

3  People that would have otherwise all gone out together to get

4  food.  She thought it was strange that neither the Defendant

5  nor            had mentioned to any of them that they were

6  grabbing something to eat.  And that's why this particular

7  occasion is burned in her memory.

8            told you that this went on for years with the

9  Defendant.  I direct your attention to the 11th grade photo.

10      Look at the 11th grade photo and ask yourself, do you see

11  in his eyes what the Defendant had been subjecting him to?

12      The Defendant sexually exploited plaintiff who was a

13  minor.  The Defendant possessed child pornography, and he

14  cyberstalked            .  And despite his efforts to get rid

15  of the evidence of those crimes, it was captured.

16      Remember when Baltimore County Police Detective Shannon

17  Markel was testifying, she was asked on cross-examination by

18  the defense about how the Defendant was so cooperative and

19  willingly turned over the passcode to his iPhone 11 as if he

20  had nothing to hide.

21      This was in February of 2023, not long after the Defendant

22  had been fired from Gilman and was aware of the allegations.

23  So of course he willingly turned over the passcode.  He didn't

24  think they were going to find anything.  Unbeknownst to the

25  Defendant, when he deleted all of the images and the videos,

1  and they went into the deleted photo folder, and then he did

2  the double delete and deleted them again to get them off of his

3  device; unbeknownst to him they still sat in this Apple folder

4  called expunged.  And because of the foresight of the FBI

5  agents, experienced in investigating these types of cases, they

6  sent what's called a preservation letter to Apple for the

7  Defendant's account.  Essentially just freezing it so that it

8  wouldn't go away after 30 days.

9      And because of that, because that account was frozen and

10  the agents then obtained search warrants, they found their

11  treasure trove of materials that the Defendant had with

12               .  Again, materials that he kept, materials that

13  involve            as a minor, materials that constituted

14  child pornography.  It literally was a collection.

15      Before I highlight the evidence, I just want to briefly

16  review with you a quick summary of the elements of the charges

17  the Defendant faces.  Ms. McGuinn reviewed them summarily in

18  opening statements.  I'm just going to briefly do the same

19  thing.  I think it would help -- His Honor is going to read you

20  very detailed instructions on each of the charges; but I do

21  think it would be helpful to go over the elements for each of

22  the crimes.

23      The first five counts are all the same charge, sexual

24  exploitation of a minor.  Then there's three counts, possession

25  of child pornography, those are counts 6 through 8.  And the

1  final count, Count 9, is the cyberstalking count.

2      I'm just going to start with the cyberstalking count

3  because in the opening statement for the defense they did state

4  that they were conceding that charge, that count, that they

5  were not contesting it.  But this is still a trial and you have

6  to reach your conclusion beyond a reasonable doubt that the

7  Defendant committed the crime of cyberstalking upon

8                   .

9      So Count 9, the first element of cyberstalking is that the

10  Defendant used an interactive computer service or an electronic

11  communication system of interstate commerce.  This is the

12  easier or more obvious of the elements.  He used an iPhone to

13  communicate with              .  An iPhone that's not

14  manufactured in the state of Maryland or in the United States.

15  He used the internet service.  Both of those factors meet this

16  element.

17      The next element that the Government has to prove is that

18  Mr. Bendann engaged in a course of conduct, let's start there,

19  course of conduct.  Repeated, repeated, persistent, constant,

20  hounding text messages, demands, threats from May of 2022

21  through December of 2022.  That's the time range covered by

22  Count 9.  That is the time range covered by the chats,

23  Government's Exhibit 221 and 222.  221 is the large, full

24  version over 700 pages; 222 is the shorter version containing

25  the selected chats, many of which you heard yesterday read to

1  you in court.

2       So, engaged in a course of conduct.  And no problem in

3  this case.  Every day.  Every day.

4       With the intent to harass, intimidate or cause substantial

5  emotional distress.  So how do you as jurors determine what the

6  Defendant's intent was when you can't go back in time and you

7  can't read his mind as he was firing off these messages to

8              ?

9  "I'm thinking if I make it a little uncomfortable maybe

10 you'll actually take this seriously.  What does that mean?  It

11 means maybe I find a way for this to be unpleasant slightly for

12 you or you can think of something.  And then you will try to

13 avoid that experience in the future and remember it to be more

14 communicative.  Okay.  Well let's do this then.  I'm going to

15 bed but I want to wake up to good ones.  Like good face, not

16 angry, interesting angles.  Let's say five tonight to buy extra

17 time to talk later.  Does not mean that this whole situation is

18 dealt with though.  If you don't want to send the five or

19 forget tonight, we're going to have a bigger problem."

20      And as you may have gleaned yesterday looking through the

21 messages and hearing them read, if you read even more of them

22 as you will have access to them during your deliberations, you

23 can sense the tone as the recipient or the reader of these

24 messages.

25      So ask yourself when you're deliberating, when you read

1  through these demands and these threats from the Defendant, do

2  you think when he sent them to               that intended to

3  brighten               's day and to wish him well?  Is that what

4  you would logically infer from reading through the series of

5  messages from the Defendant?  Or would you logically infer that

6  the Defendant's intent was to harass, intimidate, coerce, and

7  cause emotional distress?  Whether he was angry or where he was

8  jealous.  His intent was to always remind             , doesn't

9  matter where you go, it doesn't matter who you meet, or what

10 you do, the Defendant wanted               to know that with the

11 click of a button I will ruin you.  Whether it's your family,

12 new girlfriend, new job.  You name it, the Defendant wanted to

13 screw with it.  That was his intent; intimidate, harass, coerce

14 and cause substantial emotional distress.

15      And lastly, you have to find that             did

16 experience substantial emotional distress.  And you can make

17 that finding several ways.

18      From his testimony, I mean, just by way of example he used

19 words like panicked and scared to describe how he felt to

20 receive screenshots like this.  A fake Twitter account created

21 by the Defendant, one of the things he would threaten when he

22 would say going public, send me something, I'll take it down.

23      You also saw the fake Instagram account that made it look

24 like it was             's, fd_tch, with photos, explicit photos

25 associated with that account.  The Defendant would send

1  screenshots of that, too, to          when he wasn't

2  responding timely, when he was refusing to meet.

3      "You're asking for it.  Well, too late.  You're public.

4  How about I try to message Riley?  Wonder what she would think

5  about all this?"

6      And then the Defendant would send a screenshot like that.

7      "Okay.  It's done.  Bye fucker.  Just went and looked at

8  her story.  Sure she'll notice soon and do something."

9      What would a reasonable and ordinary person in

10          's position, how would they react?  Would they

11  suffer emotional distress, substantial emotional distress.  A

12  logical inference based on your common sense, your life

13  experiences, yes.  But you actually have the testimony from

14          and just viewing.  And these are just snippets.

15      We only read half of the selected chats binder.  There's

16  months and months worth, over 700 pages, and it's constant.

17  And eventually because          is so terrified, eventually

18  he always has to cave.

19      "I'll be over at 7 if you can't wait till then.  I'll

20  literally do anything."

21      The desperation in just that example.

22      That response comes after the series of taunting, dangling

23  threats.

24      "I'm going to do it.  Here we go.  Just messaged her.  Oh,

25  I think she's -- I think she's going to accept me."

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA725**

1    It doesn't matter what time of day, where          is.
2  Defendant didn't care.  All he cares about is controlling
3          , setting him, making him do what the Defendant
4  wants.  And so many times he succeeded because you remember
5  that date, June 7th, 2022:  "I'll be over at 7 if you can wait
6  until then I will literally do anything."
7    And June 7th you saw snippets of those videos yesterday of
8  what           would have to go through just to keep the rest
9  of his life from falling apart because of the Defendant's
10 actions.
11   The evidence against the Defendant on the cyberstalking
12 count is overwhelming.
13   Let's go back to Counts 1 through 5.  They are all charges
14 for sexual exploitation of a child on different dates which
15 we'll go through each one.  But the elements for sexual
16 exploitation of a child are as follows:  Using a minor.  Based
17 on some of the questions that you've heard through
18 cross-examination, this is the million-dollar question.  In the
19 videos covered by Counts 1 through 5, is          a minor?
20   And as we go through each one, you'll have multiple ways
21 that we can establish that          is a minor.  Most
22 importantly, his own testimony as he was shown stills from each
23 of the videos, but we'll go through other ways as we walk
24 through each count to prove how we know, in addition to
25          's testimony, that he was under age at the time that

1  the Defendant recorded him.

2      Engaged in sexually explicit conduct.  And in this case,

3  in these videos, the sexually explicit conduct is either

4  masturbation or it's the showing of male genitalia in a way

5  that is suggestive of sexual activity.  That's what makes the

6  videos in Counts 1 through 5 sexually explicit conduct because

7  that's what the Defendant had          do.

8      And for the purpose of producing a visual depiction.

9  Well, you've seen the visual depictions.  We have them for each

10 count.  And, again, in interstate foreign commerce.  Satisfied

11 again because the images, the videos, the pictures are produced

12 using materials that were manufactured outside of the United

13 States.

14     So let's start with Count 1.  And this is just a

15 screenshot of the video depicted in Count 1.  Just to orient

16 you or remind you of which one we're discussing here.  If you

17 recall,              identified that Pollo shirt, the Princeton

18 Pollo shirt here, and indicated that he was a minor when this

19 video was taken.

20     Now, according to the EXIF data on this video it was

21 created September 16th, 2017.  It was located in the expunged

22 folder of the Defendant's iCloud, which is significant because

23 he tried to delete it.  And the reason he tried to delete it is

24 because he knew that it is evidence of a crime because

25              in September of 2017 was only 16 years old.

1     The EXIF data also showed that this video was created with
2  an iPhone 7, again, an iPhone 7 that was not recovered from
3  Mr. Bendann's residence during the execution of the search
4  warrant, but we know he obviously had one at some point.
5     This particular video was located in another location as
6  well.  So in the expunged folder of his iCloud account was also
7  located in the Dell laptop MobileSync backup of his iPhone 11.
8  So iPhone 11, at some point there was a MobileSync backup done
9  to this Dell laptop.  And the same video for Count 1 was
10 located in that MobileSync backup and the MobileSync backup for
11 the iPhone 11 was dated July 23rd, 2020.
12     The same video was also located in the Sony Vaio laptop.
13 The Dell laptop was the one found on the desk in the living
14 room of the Defendant's residence, and the Sony Vaio was the
15 one that was found under the stairs of the basement in that
16 storage area.
17     So the same video was found in all of those locations.
18 Here's the interesting thing that the defense suggests with no
19 basis, the EXIF data must be wrong.                was 18 or
20 older.  EXIF data is wrong.
21     If it's some weird fluke, it's a weird fluke on every
22 single device.  That EXIF data is incorrect on the file that's
23 in the iCloud expunged folder, on the MobileSync backup on the
24 Dell, it's incorrect on the Sony Vaio.  Oddly, all of the files
25 that are same video on all of the devices have the same MD5

1    hash number and EXIF data and Agent Oberly explained that those

2    are unique pieces of information for a file.

3        And the fact that they are the same and consistent through

4    all of these locations and all of these devices establishes its

5    credibility, reliability.  How can they contest that?  How can

6    they contest that it's the same?  Every single device?

7        And, the fact that            told you that he was under

8    18.  And when you watch this video in Count 1, and it's not

9    shown here because it's just a still image, look at

10            , look at his face.  Does he look like an adult in

11   that picture?  Use your eyes when you look at these as well.

12       Count 2.  This is just to, again, orient you.  This was

13   another video where            is in the front passenger's

14   seat of the car being driven around.  And both Count 1 and

15   Count 2            is masturbating while he's being recorded

16   by the Defendant.  Those are our visual depictions of sexually

17   explicit material.

18       Count 2 consists of three different videos, three

19   different clips all dated June 21st, 2018.  All with

20            in the car.  All of these located in the expunged

21   folder of Mr. Bendann's iCloud account.

22       Again, he went out of his way not just to delete them, but

23   to double delete them.  All three photos created with an iPhone

24   7; again, also found on the Dell laptop; and, again, they all

25   have the same MD5 hash and EXIF data between the iCloud

1  expunged folder and as they're found on the Dell 1B4.  Again,

2  emphasizing the reliability in the EXIF data.  Again, that's on

3  top of just look at          , look at his face, look at his

4  chest.  Does he look like he's an adult?  Plus his testimony

5  that he was under 18.

6       And just another interesting piece of evidence to

7  consider.  Note in this image, in these videos in the car when

8            says that he was under 18, he's not wearing a

9  necklace.  He's not wearing a necklace in any of the videos for

10  Counts 1 through 5, the sexual exploitation of a minor.  He

11  testified that he received the Gilman necklace that he showed

12  you when he testified, he took it out from under his shirt,

13  that he received that the fall of his senior year when he was

14  18.

15       And if you go back and do watch the videos that you were

16  shown yesterday from the summer of 2022 when he is an adult,

17  you'll see that he's always wearing it.  Just another piece of

18  corroborative evidence that when the videos that serve as the

19  basis for Count 2 were made, contrary to what defense may

20  argue, he was in fact a minor.

21       Moving on to Count 3.  Count 3 consists of two videos.

22  This is just, again, one screenshot to orient you.  Both of

23  these videos covered in Count 3 depict          standing in

24  the shower while he's being recorded in the Halpert residence.

25       This screenshot reminds of those images where you're shown

1  a picture and some people immediately see one image and other
2  people might immediately see a different image.  The primary
3  image is            standing in the shower, no necklace again
4  by the way.  The other image you may have quickly noticed is
5  Mr. Bendann in the reflection as he's recording        .
6      And at some point the Defendant records
7  masturbating in the shower.  This video too was located in the
8  Defendant's iCloud expunged folder, yet another one that he
9  attempted to get rid of.
10      This is a side-by-side comparison of one of the videos
11  showing the tile on the bathroom floor, the rug, next to an
12  image taken by the FBI of the Halperts' residence.  And the
13  reason why that is important is because the EXIF data on these
14  two videos that were recovered in Mr. Bendann's iCloud expunged
15  folder showed that it occurred at the Halpert residence on
16  Malvern Avenue.  And we know that that's true, Stacy Halpert
17  identified that is her bathroom.  We know that the Defendant
18  was house-sitting for the Halperts that weekend of August 26,
19  2018.  We know that from Stacy Halpert's testimony, and we know
20  that from the monthly calendar that Mr. Bendann kept,
21  August 26, 2018.
22      Friday, October 24th, Halpert; Saturday, October 25th,
23  Halpert.  Doesn't say Halpert on the 26th, but we know from
24  Ms. Halpert's testimony that he was house-sitting for them that
25  weekend.

1     So if the GPS data is correct on the EXIF data then isn't

2   the date correct as well, August 26th, 2018?                 would

3   have only been 17 years old.  What are they going to say is

4   wrong with that one?  What basis will they have to say that the

5   EXIF data for these videos is wrong?

6     Again, these videos were created with an iPhone 7.  They

7   were also found on that Dell within the MobileSync backup on

8   the Dell laptop.

9     So all of these pieces of evidence corroborate the fact

10  that when these videos were made            was, in fact, a

11  minor.

12    Count 4.  Count 4 is a single video that was created at

13  the Feiss residence.  The left side of this screenshot, that is

14  a screenshot from the actual you video involving              .

15  And, again, he's standing in the shower of this residence.  The

16  Defendant actually proceeds to wash him during this video and

17  then masturbate him.  Recording it all.

18    So the left hand is just a screenshot to show you the tile

19  of that bathroom, shower, the floor of that bathroom, because

20  we then are able to match it to the photo taken by the FBI at

21  the Feiss residence.  And of course you recall Mr. Feiss

22  immediately recognized how he was familiar with the tile of the

23  floor and the shower and the shower wall because of the

24  remodeling that they did.  And how unique some of the tiling

25  was.

1      The notation there at the top, I've just zoomed in on the

2   list of written Venmo transactions that Mr. Feiss identified.

3   That's how they would typically pay the Defendant for the times

4   that he would house-sit.  $350 for the weekend of January 2nd,

5   2019.  Not the weekend, I'm sorry, this was an actual family

6   holiday vacation.  So let's look at January 2nd, 2019.

7      Mr. Feiss told you that they went on a family vacation

8   leaving December 26th and they returned on January 2nd.  They

9   had gone out to Wyoming, I believe he said.

10      And we have the Feiss's name here on -- this is

11   Government's Exhibit 90, Defendant's monthly planner.  On the

12   28th there's an entry for Feiss; 29th, Feiss; 30th, Feiss;

13   31st, Feiss; January 1st, Feiss; January 2nd, Feiss.

14      And then the bottom screenshot is just the actual Venmo

15   records showing that Mr. Feiss's wife, Hadley, paid Mr. Bendann

16   through a transaction and paid him $350.

17      So, again, this is a single video.  According to the EXIF

18   data this is dated January 2nd, 2019.  So, again, this is one

19           is a minor.  This, too, was located in the

20   Defendant's iCloud expunged folder.  Again, this one was

21   created with an iPhone 7.  This was also located on the Dell

22   MobileSync back up, and the GPS data in the EXIF information

23   puts it at the Feiss residence on Brightside Road.  So, again,

24   if the GPS data in the EXIF data is accurate, how can the date

25   not be?  What are they possibly going to argue to establish

that this information is faulty?  It's corroborated by
Mr. Feiss, the photographs, the calendar.              was a
minor here too in Count 4.  Which the calendar entries, I've
got to say, even if you were to entertain, even if you were to
entertain the possibility that for each of these videos on each
of these counts the EXIF data is wrong and somehow got wonky, I
mean, what a coincidence that he just happened to be
house-sitting at the actual locations on the dates where the
EXIF data is wrong.  Is that really a believable conclusion?

Count 5.  Count 5 is a single video.  The image on the
left is just a screenshot from the actual video itself.  And
the screenshot on the right is from the              residence
shower.

And in this particular very lengthy video, which I believe
you only saw a short portion of,              is in the shower
at his own residence and, again, the Defendant washes him and
masturbates him.

According to the EXIF data, this video is dated
February 9th, 2019.              is still a minor.  He doesn't
turn 18 until March 20th, I believe.  It's located in the
expunged folder, again, of the Defendant's iCloud.  So he did
the double-delete trying to get rid of this video as well.  It
was created -- this one was created with an iPhone XS.  There
was an iPhone XS recovered from the Defendant's residence
during the search warrant execution.  It was also -- this video

1  was located on the Dell MobileSync backup.

2      And the GPS data, the EXIF data shows the GPS data, he's

3  at the          residence on Overbrook Road.  And we know from

4                  testimony, and she identified a travel ticket

5  that was introduced into evidence, that they were in fact away

6  that weekend in Nashville.

7      The EXIF data shows the time on the video as 10:54 a.m.,

8  10:54 a.m. was significant.  Ms. McGuinn brought it out during,

9  I think it was Agent Walker's part one testimony, that at some

10  point in the video          asked what time it is.  And the

11  Defendant responds 11:00 a.m.  The EXIF data is accurate for

12  the date, the location, the time.  How are they going to say

13  that that one is wrong?

14      The evidence against the Defendant on all five counts of

15  sexual exploitation of a child is overwhelming.  And your

16  verdict on those counts should be guilty.

17      I'll move on to possession of child pornography.

18      Although, one more thing on the EXIF data.  It didn't seem

19  from yesterday during Agent Walker's testimony that there's any

20  challenge to the EXIF data on the summer of 2022 videos.  There

21  is EXIF data on those videos.  That's how we know two were on

22  June 7th, 2022; two were on June 14th, 2022.  So is the

23  argument that those dates are right when          is an

24  adult, but the ones where he's a minor that would establish

25  proof of the Defendant's guilt, those are wrong, inaccurate,

```
 1  not reliable.  How are they going to explain that.
 2       Possession of child pornography --
 3           MR. NIETO:  Your Honor.
 4           THE COURT:  Private channel.
 5       (Whereupon, the following conference was held at the
 6  bench:)
 7           THE COURT:  Mr. Nieto.
 8           MR. NIETO:  We had let Ms. Hagan some leeway but she's
 9  shifting the burden and explicitly asking the juror to have us
10  have to respond and that is problematic and inappropriate.
11           THE COURT:  Thank you, Mr. Nieto.  Ms. Hagan, you're
12  flirting with major trouble here.  The Defendant didn't object.
13  I didn't intervene on my own.  I was on the verge but didn't.
14       The reason that I think that this maybe just skates by at
15  this point is that there have been things said by defense
16  counsel both in cross and in opening that raised questions
17  about these timing issues, and, arguably, that gives you some
18  basis for reacting as you are now, as opposed to this being
19  viewed as some sort of a burden-shift or commenting with
20  respect to the Defendant's responsibility to present a defense.
21  All kinds of troublesome areas.
22       Save rebuttal for rebuttal.  See what happens in their
23  closing.  And Ms. McGuinn may find that certain doors swing
24  open by virtue of how Mr. Nieto argues.  But if you're at that
25  point now of entitlement, it's only just barely and thinly
```

```
 1  based on what has been presented by the defense in their
 2  opening and on cross.  And I admonish you that you cannot in
 3  closing argument set up demands for the Defendant to prove or
 4  disprove certain matters.  I am explicitly not finding that you
 5  have done that yet, but you're close.
 6         MS. HAGAN:  Yes, Your Honor.
 7      (Whereupon, the bench conference was concluded.)
 8         THE COURT:  You may continue, Ms. Hagan.
 9         MS. HAGAN:  Thank you, Your Honor.
10      Count 6, 7 and 8 pertain to the charge of possession of
11  child pornography.  There are three elements to that offense:
12  To knowingly possess a visual depiction.  And in this case
13  Mr. Bendann actually created the videos and images that he
14  possessed, maintained them in his control.  And the visual
15  depictions involved sexual explicit material of            ,
16  who was a minor engaged in sexually explicit conduct.  Either
17  shown masturbating or his private genital area was exposed and
18  shown in such a way to be suggestive of sexual conduct.
19      And, again, it had to have been an interstate foreign
20  commerce.  And we'll discuss where each of these counts, where
21  the materials are found; but they were found on devices that
22  were made with materials outside of state of Maryland and the
23  United States.
24      Count 6 covers the possession of child pornography on
25  Mr. Bendann's iCloud account, cbendann@gmail.com.  And the
```

1  materials involved in Count 6 are the same videos that cover

2  Counts 1 through 5 but these were found in a different

3  location.  So possession of child pornography of these videos

4  on the iCloud account, cbendann@gmail.com.

5      Count 7 covers possession of child pornography that was

6  found on the Dell laptop.  And, again, it's the same videos

7  from Counts 1 through 5 just found here on the Dell.  And

8  that's a separate count of possession of child pornography.

9      Count 8, on Count 8, the Sony Vaio, the laptop found under

10 the stairs, there was the same video from Count 1 was found on

11 this laptop, so that's an additional count of child

12 pornography.

13     Which then brings us back to the last count, which is

14 Count 9.  And, again, the time frame for Count 9 is May through

15 December of 2022.  Within the messages from May through

16 December of 2022, there's examples of how the Defendant stalked

17              .  Always needed to know where he was and no matter

18 where he was Mr. Bendann would continue with his demands,

19 threats, and his coercion.

20     And he was successful with his threats and intimidation

21 and coercion and we know that, again, because from

22              's testimony, and we know from the videos, and these

23 are just two screenshots from two of the videos, that

24              would ultimately comply.

25     And if the look on              's face in those videos

1   isn't substantial emotional distress then I don't know what is.

2       Ladies and gentlemen, it took three days to present the

3   testimony and evidence in this case on the Government's behalf.

4   And we know that at times it's been difficult because you've

5   had a lot to watch, a lot to read, and some of it may have been

6   very difficult to digest.  And we appreciate your time and

7   attention in this very sensitive matter.

8       But there still is additional work to be done and focus to

9   be had because you need to go back and review the evidence

10  thoroughly, looking at the elements that the Government has to

11  meet.  And, you have to determine whether or not the Government

12  has met our burden of establishing the Defendant's guilt beyond

13  a reasonable doubt.  And there is insurmountable evidence based

14  on            's testimony, corroboration of former Gilman

15  students, his former friends, EXIF data, the digital forensics,

16  the Venmo transactions, the calendar entries, the videos

17  themselves.  All of that combined, when you look at all of that

18  evidence, what other logical verdict is there to reach other

19  than guilty?

20      One of the things that you will have to evaluate as you

21  discuss the evidence is witness credibility.  And when the

22  number of students, former students, testified, their

23  credibility was somewhat attacked in that they were asked about

24  a series of messages in a group chat.  A group chat that took

25  place after the Defendant had been terminated.  I believe the

1  group chat was in February of 2023.  And on cross-examination,

2  the allegation was that these former students, friends of

3          , had come together to communicate and figure out a

4  way to concoct stories, make the case better:  Just come

5  forward and say what you need to, to make the case stronger.

6       As if it was a conspiracy, a conspiracy to lie, a

7  conspiracy to corroborate          's lies.  But as

8  Mr. Schloeder explained it, that's not what was happening in

9  that group text message.  This was a group of former students

10  and friends that were in shock over what they learned about

11  their friend,          , but also about their friend

12  Mr. Bendann.

13       And if these former students came here and testified after

14  conspiring to make up stories, then why weren't they all the

15  same?  Or why didn't everybody come in with some impactful

16  story, like Will Godine and the towel incident.  A very

17  memorable incident for Mr. Godine, it took him by surprise when

18  it happened.  But an incident like that, and the Snapchats at

19  night that some of the other former students talked about from

20  Mr. Bendann where he would ask questions, like, "Are you

21  wearing pants," or "Why are you wearing a shirt?"  They're just

22  small examples of the Defendant testing the waters with these

23  relationships and how much trust there was.  How far could he

24  push the envelope.

25       And at the time maybe they thought it was weird, but it

1  was also Mr. Bendann, Mr. B., and maybe that's what

2  thought too when he found himself in the position.  He may have

3  found himself in a position on a number of occasions wondering

4  if he should tell somebody.  And he was asked that on

5  cross-examination.  "You never told a single person," "You say

6  this went on for years and you never told a single person?"

7       And            's response was something to the effect of

8  "being abused by your teacher for years isn't something that

9  you're proud of."

10      It appeared as though he felt some shame, embarrassment.

11 But not at last Friday, last Friday he came in to this very

12 public courtroom, this very public forum, and he answered some

13 very uncomfortable and difficult questions, very uncomfortable

14 and difficult questions.  And his testimony, again, it's

15 corroborated.  I mean, just from what happened in London,

16 corroborated from Riley Seelert,                , the text

17 messages.  Everything that            testified to is

18 corroborated.

19      And he was asked on cross-examination whether or not he

20 was just doing this to save his relationship because

21 Ms. Seelert realized in the summer when she made the discovery

22 and was going to end things.  He was asked whether or not he

23 just made this up to save the relationship.  He was going to

24 come in here in front of everyone and recount some of the worst

25 moments of his life for that reason?

1      He was also asked on cross-examination whether or not he's
2  doing this to sue, to get money.  And his response was, "I'm
3  just here to get justice."
4      And so despite having to relive these moments publicly,
5          really carried the weight of the Government's
6  burden, the Government's burden.  We have to establish our case
7  beyond a reasonable doubt and          carried the weight of
8  that burden.  He said he's just doing this for justice.
9      And, ladies and gentlemen, it's time.  It is time to find
10  the Defendant guilty of the crimes that he committed against
11          .  We ask that you find him guilty of Counts 1
12  through 5 for the sexual exploitation of a child; Counts 6
13  through 8 for the possession of child pornography; and Count 9
14  for cyberstalking.
15      Thank you.
16      THE COURT:  Ladies and gentlemen, we're going to take
17  a recess now.  During the recess do not discuss the case with
18  anyone.  Do not discuss it even among yourselves.  Do not allow
19  yourselves to be exposed to any news article or reports that
20  touch upon the case or the issues it presents or any articles
21  or reports that relate to any of the participants in the case.
22  Avoid all contact with any of the participants in the trial.
23  Do not make any independent investigation of the law or are the
24  facts of the case.  Do not look up anything pertaining to the
25  case or its participants on the internet.  Do not consult an

```
 1   encyclopedia or a dictionary.  Ten minutes.
 2        Take the jury out.
 3            THE CLERK:  All rise for the jury.
 4        (Jury exits at 11:24 a.m.)
 5            THE COURT:  Ten minutes.
 6            THE CLERK:  All rise.  This Honorable Court now stands
 7   in recess.
 8        (A recess was taken from 11:25 a.m. to 11:43 a.m.)
 9            THE COURT:  Be seated, please.  A few housekeeping
10   matters related to the jury instructions.  The table of
11   contents has now been corrected to show that there is an
12   instruction 35.
13        We found a typographical error in the table of contents in
14   the header for instruction number 39 as well as in the header
15   for the instruction itself.  The word "count" has been replaced
16   with "counts," plural.
17        And then the number 3, Mr. Proctor, you sent an email
18   actually to chambers raising a concern, but you've overlooked
19   instruction 22, paragraph number 2.  Please look at that and
20   then make your record on withdraw of your concern.
21            MR. PROCTOR:  Yes, we would withdraw that request,
22   Your Honor.  I wasn't working from this version.
23            THE COURT:  Got it.  Request withdrawn.
24        Ms. McGuinn, you may approach.
25        Mr. Proctor, you may approach.
```

1    Ms. McGuinn, I've provided the Government with a copy of

2 the instruction I intend to deliver at the conclusion of this

3 trial.  Are they acceptable to the Government?

4        **MS. MCGUINN:**  Yes, Your Honor.

5        **THE COURT:**  Mr. Proctor, I've supplied the Defendant

6 with a copy of the instructions that I plan to deliver to the

7 jury at the end of this trial.  Are they acceptable to the

8 Defendant?

9        **MR. PROCTOR:**  Yes, sir.

10        **THE COURT:**  Mr. Nieto, are you ready to proceed?

11        **MR. NIETO:**  Yes, Your Honor.

12        **THE COURT:**  Bring the jury in.

13        **THE CLERK:**  All rise for the jury.

14    (Jury enters at 11:45 a.m.)

15        **THE COURT:**  Be seated, please.

16    Mr. Nieto, on behalf of the Defendant do you wish to make

17 a closing argument?

18        **MR. NIETO:**  Yes, Your Honor.

19        **THE COURT:**  You may proceed.

20        **MR. NIETO:**  Thank you.

21    Well, good morning, again.  As I said in my opening, my

22 name is Christopher Nieto and with Gary Proctor, my co-counsel,

23 we are representing Christopher Bendann.

24    As we had said in our opening statement, we try to give

25 you a roadmap as to how we thought the case would go.

40

```
1  Specifically, for everyone's edification, right, we said that
2  we are not challenging the accusation about the cyberstalking.
3  Very clearly, Mr. Bendann lost his mind after            was
4  leaving high school and moving on with his life.  And he fully
5  accepts responsibility for that fact.
6        But, what we said in our opening, the reason why we're
7  here is because Mr. Bendann did not sexually exploit a minor or
8  knowingly possess child pornography.  The romantic relationship
9  with            came to fruition when he was 18 years old.
10 And the videos that were created occurred after the romantic
11 relationship began.
12       Again, Mr. Bendann did not sexually exploit a minor or
13 possess child pornography.
14       And as Ms. Hagan said, we can all fully appreciate and
15 understand this is a difficult case for everyone, specifically
16 jurors.  The actions of Mr. Bendann captured in the text
17 messages are unforgivable.  The inability to let go, in this
18 case, was criminal.  Nobody here is trying to make any excuses
19 in any way for that conduct.
20       But the Government is banking on the shocking nature of
21 the cyberstalking offense, the unsettling nature of the videos,
22 and your appropriate and collective moral outrage to make you
23 skip over some of the details, to skirt your responsibilities
24 and convict simply because of how offensive the way it was he
25 treated            after            left the state.
```

**JA745**

1    Again, about a week ago we conceded that count.  It was

2  never in dispute.  Yet, we spent hours during this trial

3  reviewing that.  And the majority, the bulk of the Government's

4  closing argument hinged on those accusations, accusations that,

5  again, we were not pushing back on in any way.

6    But, from the witness's testimony, right, we know that the

7  conduct of Mr. Bendann, once          was over 18, was

8  inconsistent with who he was.  The reputation he earned after

9  years of working hard and contributing to this community, the

10  reputation of being that go-to advisor in middle school, the

11  cool teacher that got along with all of the students.  All of

12  it gone with the push of that send button from his phone.

13    That's why I say, respectfully, we must put aside those

14  collateral and emotional thoughts from both sides and simply

15  focus on the evidence presented and not presented.  That is how

16  we can ensure this verdict will be fair and just.

17    So, again, just to reiterate what we said in the opening,

18  in case there's some confusion, we do not deny that he is

19  guilty of cyberstalking.

20    Now, I think the Government and we agree on that point but

21  that may be the last point in which we can fully agree.  But,

22  there might be a few things.

23    So one of the things that Ms. Hagan said in her closing,

24  which we acknowledge, was that          had repeated the

25  seventh grade.

1     Now, the testimony was that he had been re-classed.  I had

2 not heard that terminology.  I don't know if that's a Gilman

3 thing or not.  But as I had always heard it was that he was

4 held back or repeated a grade.  And so the significance of that

5 is only that he is older than the other students in his class.

6     He graduated high school at the age of 19, he turned 18 in

7 his junior year; and then of course when he left Maryland to go

8 to Pennsylvania he had already been in this relationship with

9 Mr. Bendann for about 18 months after he had turned 18.

10     Secondly, which I think we can all agree, is that

11            made no representations to his family, his friends,

12 his teachers, his coaches, his teammates, anyone, that there

13 was abuse occurring when he was in high school.

14     Now again, so there's no confusion, I'm not referencing

15 anything that happened during his senior year because again

16 we've conceded that point; but I am referencing the years of

17 abuse that            alleges occurred starting from the ages

18 of 14 or 15.  And the Government referred to it consistently as

19 under 18, under 18, but we cannot forget specifically what it

20 was            said as to when this abuse allegedly began.

21     What we also do know is that            's parents were

22 incredibly active in his upbringing, right.  They fought

23 enough, they had their finger on the pulse of what was going on

24 with their son well enough to know, well enough to know that

25 not for academic reasons but that he should be re-classed

because he just wasn't mature enough, right?  Again, I don't

say that in any way to embarrass him.  But what I'm saying is

that that is an attention and level of care and focus that I

don't know if many people's parents would do.

Now, we know that Gilman, through their report cards,

would have extensive notes from their teachers, right, but

that's all about grades.  To know your child well enough to

know that they would need an extra year to mature, that is a

decision that can only be made by involved parents.

And we could see that was not an easy decision to make

because, again, he's not failing academically.  He did well

throughout middle school and high school.  He was AP and taking

honors classes, right.

But              struggle with that decision, again, that

is a continued reflection of her focus on her son.  So the

parents were observant and paying attention to know that

needed more at that time, and they worked hard to

get him there.

Now, once he returned from Calvert, right, doesn't take a

rocket scientist to imagine they're going to be even more

focused on him, right, because now he's coming back to Gilman.

Did this year at Calvert serve the goal that it was aimed to

do?  Of course.  Why wouldn't they?  They want to make sure

that he's adjusting well socially, academically, athletically,

right?  They want to see him happy.  They want to see him doing

44

1   well.

2        While he struggles, they're going to want to see if

3   there's any changes that can be made, right?  They're going to

4   be following up.  These are super involved parents.  And yet,

5   they picked up on nothing.  They saw nothing wrong.  And that's

6   because there was nothing going on at that time.  There was

7   nothing wrong.

8        Once he gets to college, right, obviously his parents

9   aren't with him as much, right.  He's living in another state,

10  right.  They're not going to be able to see the signs and

11  issues that were clearly prevalent when he was in college.  But

12  that cannot be said for          when he was at Gilman.  It

13  cannot be said when he was living in their home, a house that's

14  a stone's throw away from the school where they both worked.

15  Nothing about the meticulous attention to their children or

16  well-being would suggest that they were unobservant.  And yet

17  there was nothing.

18       As I said, for God sakes, they worked at the same school.

19  Picked up on nothing?  No teacher said, "You know, he's

20  struggling at the age of 14 or 15.  He's lashing out."  No, we

21  didn't hear anything about that.

22       Now, based on common sense with the limited information we

23  have about this family that just doesn't make sense.  If

24  anything untoward were going on for an extended period of time,

25  as the testimony was three to four years of high school

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA749**

```
 1  education, the        would have known.
 2        And from what we can tell about his best friend, James
 3  Schloeder, is that Mr. Schloeder does not lack passion or
 4  caring for his friend.  He was the one who figured out the
 5  anonymous Gilman student at the heart of this case before
 6  anyone else did.  He positioned himself within this community
 7  to assist in whatever way he could.  He sort of lodged himself
 8  in between the Gilman alum and the        , specifically to
 9  try to help.  That kid, that kid would have noticed if his best
10  friend, one of the only two most important people on the planet
11  to him, he would have noticed if            changed his
12  deodorant much less be subjected to years of underage sexual
13  abuse by their mutual friend.  Of that, we should be
14  100 percent certain.
15        Now, to be candid, Mr. Schloeder may put his heart before
16  his head sometimes, but the friendship with
17  transcended their respective grades.  It goes back to when they
18  were childhood friends.  You could tell how upset he was that
19  he didn't know anything.  You could see how upset he was about
20  that because that's because of the misrepresentations about
21  what was actually going on between            and Mr. Bendann.
22        Again, Mr. Schloeder figured out who it was that was being
23  discussed for purposes of cyberstalking, but was gobsmacked
24  with the allegation of the underage abuse.  He knew
25           , he knew Christopher Bendann.  But he didn't know this
```

**JA750**

1  was happening at Gilman?  The sober kid at all these parties,

2  the kid who is not drinking.  He's not picking up on anything

3  weird going on?                 never made a drunken comment?  No

4  one made any statements.  There was no visual or nonverbal cues

5  that his best friend in the world would make that he's not

6  picking up on?  No, he would have known.  Somebody would have

7  known.

8       And, again, we know from              that Mr. Bendann was

9  not -- again, I'm not talking about the cyberstalking.  I'm

10  talking about when he said he was 15 when this happened, right.

11  The pressure points for the cyberstalking, the pressure points

12  on a 20 year old, it's very simple.  Continue sending me videos

13  or I will share the videos that I have of you.  That's how that

14  works.  But that doesn't apply when there's underage

15  accusations especially for someone as educated as              .

16       We heard from the testimony.  He was raised, he knew if

17  you see something, say something.  He was taught at the school

18  to say something if he saw something; but he would have

19  reported the abuse.  Because, again, it's not as if Mr. Bendann

20  was saying "don't tell anybody that I'm videotaping you

21  underage involved in sexual behavior because if you do I'm then

22  going to provide that to your friends."  No, of course not.  Of

23  course not.  That just doesn't make any sense because that

24  didn't happen.  In fact, nothing happened like that.

25                 did not testify that Mr. Bendann threatened

1  him or extorted him or cyberstalked him prior to turning 18.
2  You've seen no text messages or communications during that time
3  frame in support of what            testified to occurring.
4  And that is because it didn't happen before March 20th of 2019.
5      What else do we know?  Well, we had provided as an
6  exhibit, right, a picture of            from May 19th of 2022,
7  right?  This is when he was 21 years old.  The significance of
8  that is because in relation to the exhibit that the Government
9  has shown, which was I think the yearbook photos, the four of
10  them, right, there's no stark difference in the physical
11  appearance between the 18 year old and the 21 year old.
12  There's nothing there to help distinguish different ages from
13  watching the videos.  The hairstyle hasn't changed.  There's
14  nothing remarkable about the physical appearance.  No.
15      We have the photos and the videos of            when he
16  was 18.  But there is a stark difference from what he alleges
17  when this was, he said, was all happening in 2018 to when he
18  got older, right.  And we've seen that picture.  What do we see
19  in this photo, right?  We see glasses.
20      Indeed, from the Government's exhibit that they introduced
21  at the beginning of the case and in their closing we can see
22  unequivocally that he was wearing glasses at that age in 2018
23  when he's alleging this was happening.  But we don't see hide
24  nor hair of those glasses anywhere in the videos, purportedly
25  taken from that time frame, and that is incredibly relevant and

1  important because this is the time frame in which the

2  Government alleges two of these videos were created; but he's

3  not using glasses to view his phone or anywhere else in the

4  video do we see that.  And that simply doesn't make sense.

5      But, as the Government is going to repeat ad nauseam, pay

6  no attention to the man behind the curtain.  Don't worry about

7  that.  The EXIF data cures all the ills of our case.  It solves

8  any question that we can't explain within the narrative that

9  we've presented to you.

10      So, ladies and gentlemen, what I'm saying is, it's your

11 common sense to make a determination whether you can rely on

12 the EXIF data solely.  That is a problem.

13      And, primarily, one of the reasons is because Mr. Oberly,

14 when he testified, talked about the technology on this.  He

15 says, it's going at such a rapid pace, every six months

16 something new is going on.  We're struggling to keep up.  We

17 don't know what he's going to say in five months or 29 days

18 about EXIF data.  We have no idea because he even acknowledged

19 that the EXIF data can be corrupted.

20      But, most importantly, most interesting of his

21 testimony -- and I don't know if you folks remembered this --

22 but there was an issue with the EXIF data in this case in

23 relation to certain files where the creation date was a certain

24 date and the modification date preceded that, right.  That

25 doesn't make any chronological sense at all, right?  And the

1  Government astutely identified that as a problem and posed the
2  question to Mr. Oberly.  And his response was, "I don't know.
3  I don't know why that is."
4      The Government's forensic computer expert got on the stand
5  on a matter germane and specific to this case.  This was not an
6  abstract or hypothetical question.  This was the computer data
7  associated with the files in this case.  He did not know how to
8  explain them.  So what does he do?  You heard him, "I picked up
9  the phone and called Apple."
10     Again, this is the expertise that they're providing to you
11 on which they are basing the bulk of their arguments.  I'm
12 going to call the Apple line and the Apple line gave me a
13 possible explanation, one potential theory.  Obviously, he
14 didn't say EXIF isn't ironclad anymore.  He says, "Well, you
15 know, I called them, maybe it was recreated on a different
16 date."
17     Now, everything that we know about the forensics in this
18 case, right, phones, iPads, backups, iClouds, things that are
19 moving all over the place in terms of creation, modified, saved
20 dates, when this is happening.  No.  The EXIF data is flawed
21 because you can't say the EXIF data is not when your expert
22 himself did not understand it during his review of the evidence
23 in this case.
24     So, but that's just one issue, right.
25     Also, look at what common sense tells you.  Now, Defense

Exhibit 6 and 7, right.  I had introduced these through Special

Agent Walker, right.  And it was significant because, again,

the Government used one of these photos or a facsimile of it to

clarify potential EXIF issues during the direct testimony.  And

for Special Agent Walker, it did take her a bit to acknowledge,

we all know, which is that these have very different dates and

times on them.  Okay.

     Now, to be sure, she was very quick to reply:  Don't

worry.  The EXIF data, that's what it is.  This is proof, the

EXIF data is proof.

     They didn't provide any EXIF data to establish in these

videos if it occurred before              's 18th birthday.  If

they did have that data, trust and believe, it would have been

one of the indicted counts, right.  And we know that because we

sat through the Government's closing, which all it was was text

message after text message after text message from 2022, the

count to which we've already conceded.  They spend that much

time and energy hitting home those more salacious points for

your benefit.  If they could establish that this was under the

age of 18, they would have charged it.  But they didn't.  They

didn't.

     This isn't child pornography.  It's not sexual

exploitation of a minor.  And it is good proof as to why the

EXIF data is fallible.  And again, as I said, we know this

because of the conflicting dates in the photos, right.  It

obviously can't be December of 2018 and March of 2017 at the same time, obviously.  Maybe you're all thinking, right, what would anyone think, but they both say it happened before March of 2019.  It's a fair question.  Absolutely.

So, accordingly, what do we know?  Well, we know that these videos were filmed surreptitiously.  We know they were filmed through a spy camera, a nanny cam, if you will.  So, the same witness, Special Agent Walker, we went through the Google searches that they were able to find from Mr. Bendann's electronic devices.

Two, not one, but two special agents from the FBI with decades of experience working on these types of investigations created this list of Google searches from the accounts.  The search is important because what it shows is that Mr. Bendann did some online research for spy cameras, the same cameras he used in these videos.  He did these online searches in January of 2020.  He did not do these searches when           was in high school or before his graduation.           was already 18 years old and had been for almost a year in January of 2020.  And we see these types of cameras being used and they're dating it 2017 and 2018.  That's obviously an impossibility.  It's literally impossible that these were from pre-2019.  And the frustrating thing about this, the frustrating thing about it is that the case agent, the FBI, two qualified assistant United States attorneys were wholly unaware.

1    This Google search is a typed document.  This is not a
2 printout, which meant someone, either Special Agent Corn or
3 Special Agent Walker, sat there and typed this out:  "Ten best
4 spy cameras you can buy in 2023," the search was in
5 January 24th, 2020.  "The seven best nanny cams of 2023," the
6 search was in January 24th of 2020.  "The 10 best sites to send
7 anonymous text messages," which would be wholly relevant for
8 cyberstalking, not for anything else, that was the 10 best
9 sites in 2022, that search as well was in January of 2020.
10    They didn't even look at what they were writing.  They
11 didn't even look at what they were presenting to you.
12    Doesn't matter if it's UTC time, if it's Eastern Standard
13 Time, or it's some other time period, you cannot be searching
14 for the best anything three or four years in the future.  This
15 is an error.  This is a fatal flaw because, again, the
16 significance of this is directly in relation to some of the
17 images that we're seeing, right.  And they're just ignoring it.
18 That's all they're doing, ignoring it.
19    The Government had equally provided no testimony as to the
20 image file names in the sequential order.  And this is
21 significant because as you're going to see in the jury
22 instructions where we're talking about the first five counts,
23 right, each of the files in the indictment has a name, right.
24 And it's like -- it has numbers.
25    So from 2017, that's when it purportedly happened, that

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA757**

53

1  filename is 6965.  What happens in 2018, it's sequential, 6966,
2  67 and 68.  We keep moving, now we're in 2018 later, and we so
3  those numbers -- now we're now in the 60s anymore, we've jumped
4  to 74 and 75.  We move forward to January of 2019, again,
5  according to the EXIF data, and now we go backwards to 6969.
6  And then lastly, in February of 2019, the nomenclature for that
7  file is 6976.  So it's not even in sequential order based on
8  the chronology that they're telling you is when these videos
9  were created.  That doesn't make any sense.
10      And the Government says, "Oh, well, you know, he was
11  house-sitting at these houses on certain dates.  We established
12  that on cross.  He was house-sitting the exact same dates in
13  different years, all after 2019."  But it's just the EXIF data,
14  EXIF data cures it all.
15      None of this computed data makes sense and it must make
16  sense or you cannot come to the conclusions that the Government
17  already came to a long time ago.  Irrespective of what the
18  actual evidence will show.
19      Now, we've heard from a variety of former students, all of
20  whom without a doubt are motivated to come here to court.  No
21  one, no one as much so as James Schloeder.  And one of the
22  things that he said that I do not have any quarrel with,
23  100 percent believable, is that, as he said, no one expected
24  the text conversations that he had to be revealed to anyone.
25  He is absolutely correct about that.  And the reason for that

1   is because it provides some insight, pulling back the curtain,

2   right.  It's illuminating because it shows what these guys are

3   actually saying and doing when they don't think anyone is

4   listening.  They're offensive.  They're crude.  They're

5   homophobic.  They're racists amongst each other.  God knows

6   what they would be like with people they don't know.

7        But it's illuminating because, again, what it does is it

8   shows you who they are when they don't think anyone is paying

9   attention.  The reason why we kept circling back to that wasn't

10  just, again, it's not for purposes of embarrassment, right.

11  It's because it's a major part of this case.  Notwithstanding

12  the intolerance for anyone that is different from them.

13       Mr. Schloeder importantly tried to get his friends to lie

14  about their experiences with Mr. Bendann.  He expressed

15  disbelief and even frustration, frustration when they didn't

16  have anything to offer.  I'm sorry, I've never had experiences

17  like with Mr. Bendann.  "Damn."  That was his response to

18  Mr. Witherspoon.  "Damn."  Damn, indeed.

19       And look, if this weren't such a serious case, right, all

20  right, if this revelation doesn't go to the core of what we've

21  got going on here then maybe we could just chalk this up to

22  young men being and saying stupid, dumb things.  But this is

23  not a joke.  This is a serious case.  Something that

24  Mr. Schloeder knew all too well.  And, candidly, would never

25  joke about his friend's abuse.  You saw him, that's not in

dispute.  He talked about the effect that this would have on
him.  How upset he was.  His frustration was palpable, right.
You could feel it.  But that doesn't look like the type of
emotionally affected best friend who's going to start cracking
jokes at the expense of what's going on to his friend.

In the same conversation where he's expressing concern
that we don't have enough evidence, we don't have enough
evidence, do you expect him to believe, in that same portion of
the conversation, he's just going to start joking?  No.  Proof
is in the text messages.

And, it wasn't just him trying to conjure up allegations
to help his friend that give us cause for pause.  No.  Another
troubling aspect was his futile attempt to explain away the
repeated offensive words like "gay" and "fag."  This is
relevant, right, because, in addition to the animus that he and
the other witnesses at trial have towards Mr. Bendann, but
because he couldn't own it.  That was one of the more awkward
explanations of homophobia that -- that I think has been heard
in a while.

I mean, he provided his phone.  He provided the phone that
had naked photos of his friends.  He provided the text in which
he tried to provoke his colleagues to lie for the benefit of
one of their brothers.  And he provided the text conversations
in which he's using this language.  When confronted, he lied.
Most stupid sort of way, too.

1    To think that, well, when I use the word "gay" and "fag,"
2  I'm not actually making a comment about their sexuality, I'm
3  just using their sexuality as a term that's derogatory towards
4  them and everyone else.  That's explanation for prejudice.
5    I don't actually dislike gay people, I just use their
6  sexuality to describe things I don't like.  That's called
7  homophobia.  That's called offensive.  That is explicitly why
8  Gilman needs DEI or CEI, or whatever acronym they want to use
9  for that school.  Someone like Mr. Schloeder, who attended
10 pre-K all the way to 12, right, the quintessential Gilman man,
11 generational member of that community, his father being a
12 teacher before him.  He demonstrated precisely what a Gilman
13 man thinks and says when only other Gilman men are around.  He
14 acted as if it was a normal adjective, an adjective of course
15 that he would never use at work, which is exactly what I think
16 he said.  Totally normal.  He didn't see it to be a bad thing.
17    I think he did suggest it hadn't aged well, right, because
18 2022, you know, that's a generation ago.  But the dishonesty
19 and shame in his actions is precisely the dishonesty that we
20 see in those texts to create the fiction against Mr. Bendann
21 just without the appropriate shame.
22    Everything James Schloeder touched was tainted because
23 whether true or not he told them:  You need to come forward and
24 say something.  Maybe you get 20 or 30,000 out of it to boot.
25    Even           testified with regards to the destruction

1  of these images for them to be expunged, he had said it was

2  part of the conversation that he had with Mr. Bendann.  Asked

3  him to delete it.

4       He also said -- he testified, "I didn't know I was being

5  recorded."  For God sakes, the Government gave you videos in

6  which he's saying, "Please stop recording."  He's looking at

7  the camera.

8       But the strangest part of this case, right, neither

9       , James Schloeder, or any other Gilman alum has any

10 interest in suing the school.  Again, to be sure, per

11          , he had been habitually abused by a teacher at the

12 school while he was working there and while          was

13 attending the school, and we know that this school has deep

14 pockets, but they have no interest in being paid.  And that's

15 fine.  I'm not challenging that.  What I am challenging is that

16 common sense, if anyone had learned that a school's teacher

17 abused their son, they would take a flamethrower to that place.

18      It's a strange reaction that, indeed, abused as a minor at

19 this affluent school, no, we're not going to sue.  They're more

20 upset about what happened when      went to college, when it

21 wasn't a Gilman matter than anything else.  And that is more

22 indicative of this revisionist history than what they think

23 their friend was when they believed him to be a minor victim,

24 right.  That's what this is about, is that the cyberstalking

25 came to light abundantly clear.  And so they got angry, as well

1  they should.  It was an emotional abuse of their friend as an

2  adult, unacceptable.  And that's -- and then everything starts

3  going through that prism, right.  We start looking at things

4  that no one had any issues with and we start demonizing certain

5  actions in support.  That is the revisionist history.

6      This demonization of Mr. Bendann, however, years

7  afterwards.  And, again, only being presented in the way they

8  have because of what they believe occurred to their friend.  I

9  get it.  They're angry.  They're upset.  Wholly, wholly

10  appropriate.  But they didn't see anything in high school.

11  They didn't hear anything in high school.  There was no sign of

12  any malfeasance at all between Mr. Bendann and             .

13  But since the cyberstalking, they are too re-classing their

14  history with Mr. Bendann and that is the problem.

15      Now, ladies and gentlemen, the decisions you're going to

16  make in this case have real-life consequences.  This is a

17  serious case and it requires serious consideration.  The

18  credibility of the witnesses is at the forefront of that

19  determination and should be the focus of your considerations.

20  Please, please do so.  Because if you do, if you follow the

21  judge's instructions, you will see that there is reasonable

22  doubt in this case.

23      You have not been given the appropriate materials to

24  construct that bridge from the presumption of innocence to

25  guilty beyond a reasonable doubt.  You cannot make bricks

1   without clay.  They simply have not provided it to you.

2       I appreciate your willingness to listen to me throughout

3   this case.  On behalf of Mr. Bendann, Mr. Proctor and I thank

4   you all for your time and consideration.

5       We are confident, as we previously mentioned the reasons,

6   amongst others, the only appropriate verdict in this case with

7   regards to the sexual exploitation of a minor and the

8   possession of child pornography is not guilty.

9       Thank you.

10          **THE COURT:**  Thank you, Mr. Nieto.

11      Rebuttal, Ms. McGuinn.

12          **MS. MCGUINN:**  Yes, Your Honor.  Thank you.

13          **THE COURT:**  You may proceed.

14          **MS. MCGUINN:**  Thank you.

15      I'm going to talk about three categories of things:

16  First, who is on trial?  The Defendant, Christopher Benji

17  Bendann.  Not                      , not the Gilman School, not

18  James Schloeder, as much as the defense wants to villainize him

19  and make him the scapegoat in this case.  Not any one of those

20  young men that you saw come in and tell you some of the things

21  that they're not particularly proud of, they are not on trial

22  here.  And the fact that all of them missed this happening, I'm

23  sure, and as Mr. Schloeder said, is something that makes him

24  angry every single day.

25      And I'm sure every single one of you sitting here can only

1  imagine the guilt that you would feel if you found out your
2  best friend, your teammate, God forbid your child was sexually
3  abused on your watch.  And you know why it happens?  Because it
4  happens in secret, ladies and gentlemen.  There aren't an
5  audience going by while this is happening.  The bus full of
6  nuns coming back from the voter registration rights wasn't
7  going by the McDonald's parking lot on that particular night to
8  watch what was happening.  There were two people there.  Him
9  and            .  That's it.              weren't there.  I
10 hate to think what could have happened if they were.  None of
11 those boys were there.  He was.              was.  That's
12 it.  They are not on trial.
13        The second is EXIF data.  I'm not a computer person,
14 that's why there's an expert to help explain all of this for
15 all of us.  And, yeah, Agent Oberly told you he came across
16 something that he didn't understand, and he called Apple,
17 because the best thing about the smartest among us is we know
18 what we don't know.
19        And, Agent Oberly told you that when it came to Count 1,
20 those images, the date was a little funny.  Not off.  It said
21 September 16th, and then it said September 18th of 2017.  And
22 he told you, "I needed to figure out what was happening there,"
23 because the other four counts in the iCloud as well as the
24 mobile backup all had the exact same EXIF data.  No issues.
25        So he took Count 1, and he went back, and he looked and in

1   the oldest -- the oldest of the Defendant's computers, the

2   Sony, it says the word "trim."  Which Agent Oberly and his

3   expertise told you it implied to him that the movie had been

4   altered.

5         I remember the example I gave him.  I wanted to take a

6   selfie of me, Ms. Hagan and I believe it was -- I'm sorry,

7   Ms. Jarman and me.  And I said if I take it today it's going to

8   have one date, and if the next day I crop it it's going to have

9   different date in the EXIF data.  That's cropping, that's

10  trimming.

11        And that is a logical explanation that Agent Oberly

12  researched and found out so that he could explain that one

13  small difference to all of you.  It doesn't change the fact

14  that the EXIF data has the date and time, and as Ms. Hagan went

15  through for you, corroborated 15 ways to Sunday.

16        But the last thing I want to touch on is the timeline.

17  And I'm going to pretend I don't know anything about computers.

18  I'm going to pretend for a moment that Agent Oberly never

19  testified.  And let's show you why the EXIF data, therefore,

20  Counts 1 through 5, are in fact sexual exploitation of a child,

21  while 6 through 8 are possession of child pornography.  I'm not

22  even going to talk about the cyberstalking.  That's done and

23  done.  I'm not even going to talk about it.  We're not going to

24  worry about it.  And I'm not even going to rely, as counsel

25  suggests, on the horrible words that are in it to try to prove

62

1  to you or make you go backwards and say, well, if that's

2  horrible then this is horrible too.

3       Your Honor, if it's okay, can I move the pad?

4            **THE COURT:**  You may.

5            **MS. MCGUINN:**  Thank you.

6       This is going to be the non-EXIF data timeline.  First,

7  let's go through                    before I write anything.  He

8  was 14 or 15 years old when this began.  I encourage you,

9  please, please go look at the government's exhibit which shows

10  all of the texts from 2015.  It's Government's Exhibit 122.  It

11  included that picture of                   sleeping and being

12  called      .

13       "Highlight of my evening was seeing you."  Page 56, asking

14  to FaceTime him 10:00 at night while he was still his eighth

15  grade student.  Asking him to go out for steak because it's

16  prime rib night, like a date, on Page 213.

17       He says, "I talked to your mom, you can come with me to

18  ice cream," on Page 216.  Again, unfettered access and complete

19  trust to have access to this boy.

20       Page 222, "Did you hear me cheer for you today?"

21       Page 240, "Did you see me waive at you today?"

22       And lastly, check out Page 295 to 296.       is drunk.

23            is drunk.  And the Defendant says, "You messed

24  up again,      ?"  Not, I was just your teacher five months ago

25  and a freshman in high school is intoxicated so maybe I should

**JA767**

talk about this with him or his parents.  No.  Take a look at
that.  So that all makes sense.  Fourteen, 15 years old, this
behavior is starting.

He says it started off with streaking.  And we know that
that's correct because we have the streaking video from
June 15th of 2017, which Mr. Stuzin told you occurred while
they were in high school, and you see                running.
That's what he said came first.  That kind of, haha, this is so
funny, look what we're doing.  16 years old and three
months-ish.

Then it moves on.  I'm by myself with him.  He starts
driving me back and forth in exchange for rides to McDonald's.
If you look closely in Count 2, there is a McDonald's bag in
the corner.  If you really want to watch the video again.
There's a McDonald bag in the corner and a McDonald's soda
sitting right there, consistent with what              told
you.

Count 3.  He said then it progressed.  We're now doing
showers at people's homes.  And the first one was the
Halperts', second one was the Feisses', and then we get to his
own home.  I'm not going to go through what Ms. Hagan did about
why we know it was those weekends, the calendars, the
information that Ms. Halpert and Mr. Feiss and              told
you about.

And then it goes from there that he kept making deals with

1 me.  There's a call on March 3rd of 2017, of those voicemail

2 calls that you have an opportunity to listen to.  So he is not

3 yet 18.  "Yo, can you fix what we talked about, please."  And

4                told you that's that whole thing referencing

5 making a deal.  That's all before he turned 18.

6      That's                's timeline.

7      And then of course the rest of it when he moves on from

8 his life but never really completely clipped from the tentacles

9 of Chris Bendann.

10      But let's look at the timeline.

11      Counsel just told you the Defendant lost his mind when

12                left for college, that would be the fall of

13 2020.  Okay.  So let's do this.

14                was born March 20th of 2001.

15        turned 18 on March 20th of 2019.  That is the day, a

16 junior in high school, that a teacher began a relationship with

17 him, according to the defense.  Still a child at that school, a

18 student at that school, but 18.  And this went on for

19 approximately 18 months.  So when he graduated in 2020, he went

20 off to school -- let's give it September of 2020.  So between

21 this time frame, they were in a relationship.  That's why I put

22 a heart there.  Again,                is still a student.  And

23 you count the summer months, but nonetheless still a student.

24 And then he loses his mind, that's what we just heard, from

25 2020 forward is when he loses his mind.  Here's why this

doesn't add up.

Ms. Jarman, if you could please help me. If you could pull up Government's Exhibit 228. Thank you. Second page. You can scroll the first five, April 2019. If you could highlight the bigger one. I'm so sorry, Ms. Jarman. Thank you.

April 2019. "Incomplete deal."

Sorry, my handwriting is absolutely atrocious, and I apologize.

"Just unblock me and we won't talk till Friday."

I'm sure you're catching on what I'm putting down here, which is, doesn't that all sound an awful lot like the texts in 2022 that are uncontested that they were cyberstalking or extorting in nature?

But here's some other things that we know: November of 2019, you can look at Government's Exhibit 91, which is this calendar, he has the senior retreat written down. That's when            received that necklace that he wears all the time.

So even if you want to ignore the Venmo, which I don't suggest you do, as you saw he wore that necklace. You saw him on the stand with it and you see all of the adult videos and the adult pictures, he's wearing it all of the time. Look at the five counts. He doesn't have that necklace.

So only between March and November of 2019, when he was 18

to 18 and a half years old, all five of those videos were
created according to the defense.  See if you can match the
dates up for the Halperts, Feisses, and         between
March 20th of 2019 and November of 2019.

    And if you're still not sure -- if you can please put up
that exhibit one more time, Ms. Jarman.  Do you need the
number?  Thank you.  And you can go to the bottom three.
Senior in high school in the shutdown, if you can remember that
at all.  We're all trying not to.

    "My next step is to contact Emma," who              said
was a girl he liked.  A girl, by the way, that he liked, not
the Defendant, not someone else, not some other person in his
life.  He liked Emma.  And the Defendant knew if I send stuff
to Emma that's going to be pretty humiliating and end that
experience.

    So, without using any EXIF data, these are Venmo records,
the Defendant's calendars, the relationship by consent, in
love, would have had to occur from March 20th of 2019 to
April 8th of 2019, before he sends "incomplete deal, unblock me
on everything," when he sends money to him on Venmo.  Two
weeks.  Two weeks of love.  Two weeks where he made five
videos.

    And when you watch the five videos, as Ms. Hagan pointed
out, you can see              does get progressively a little
bit bigger and a little bit older.  Two weeks of love.

1    Try to find the        and the Feisses and the Halperts

2  between March 20th of 2019 and April 8th of 2019.  It just

3  doesn't happen that way.  That timeline makes no sense.

4    He was extorting him and humiliating him and using him and

5  sexually exploiting him from the jump.  The moment that little

6  boy became his advisee in the eighth grade, vulnerable, worried

7  about friends, not sure what to do, not sure how to manage it.

8  And the parents of that little boy said:  Please, Chris

9  Bendann, please help us.  Please help us get        moving in

10  the right direction.  He latched onto that kid, and he never

11  let go.

12    The time has come.  Make him let go, and find him guilty.

13    **THE COURT:**  Ladies and gentlemen, as I said

14  previously, the evidence is closed.  Now the arguments and

15  presentations of counsel have been made, but still, the trial

16  is not over and the case is not in your hands as I must

17  instruct you on the law that is relevant to your deliberations

18  and ultimately to the verdict that you will return.

19    Rather than instruct you now, we will stop and take a

20  lunch break.  Lunch will be provided to you.  During this lunch

21  break, do not discuss the case with anyone.  Do not discuss it

22  even among yourselves.  Do not allow yourselves to be exposed

23  to any news article or reports that touch upon the case or the

24  issues that it presents or any articles or reports that relate

25  to any participants in the case.  Avoid all contact with any of

1  the participants in the trial.  Do not make an independent

2  investigation of the law or the facts of the case.  Do not look

3  up anything related to the case or its participants on the

4  internet.  Do not consult an encyclopedia or a dictionary.

5      We're going to take just a little over 45 minutes for

6  lunch.  We will reconvene at 1:25 p.m.

7      Take the jury out.

8          THE CLERK:  All rise for the jury.

9      (Jury exits at 12:38 p.m.)

10          THE COURT:  Recess until 1:25.

11          THE CLERK:  All rise.  This Honorable Court now stands

12  in recess.

13      (A recess was taken from 12:39 p.m. to 1:33 p.m.)

14          THE COURT:  Are we ready for the jury, Ms. McGuinn?

15          MS. MCGUINN:  Yes, Your Honor.

16          THE COURT:  Mr. Nieto?

17          MR. NIETO:  Yes, Your Honor.

18          THE COURT:  Bring the jury in.

19          THE CLERK:  All rise for the jury.

20      (Jury enters at 1:33 p.m.)

21          THE COURT:  Good afternoon, ladies and gentlemen.

22  Thank you for your patience and attention throughout this case.

23  I shall now instruct you on the law applicable to the case

24  before you.

25      Let me explain our respective roles, which are quite

different.  It's my duty as judge to instruct you as to the law that applies to the case.  It's your duty to decide the facts and in deciding these facts to comply with the rules of law and apply them as I state them to you without regard to what you think the law is or should be.

On these legal matters, you are required to follow the law exactly as I give it to you.  If any attorney has stated a legal principle different from any that I state to you in my instructions, it is my instructions that you must follow.

You should not single out any instruction as alone stating the law, but you should consider my instructions as a whole when you retire to deliberate in the jury room.

None of you should be concerned about the wisdom of any rule that I state.  Regardless of any opinion that you may have as to what the law may be or ought to be, it would violate your sworn duty to base a verdict upon any other view of the law than that which I give you.

Your duty is to pass upon and decide the factual issues that are in the case.  You, the members of the jury, are the sole and exclusive judges of the facts.  You must pass upon the weight of the evidence.  You determine the credibility of the witnesses.  You resolve such conflicts as there may be in the testimony.  And you draw whatever reasonable inferences you decide to draw from the facts as you have determined them.

If any expression of mine or anything I may or may not

1  have done would seem to indicate any opinion relating to any

2  factual matters, I instruct you to disregard it.

3      You're to perform the duty of finding the facts without

4  bias or prejudice as to any party.  You are to perform your

5  final duty in an attitude of complete fairness and

6  impartiality.

7      This case is important to the government, for the

8  enforcement of criminal laws is a matter of prime concern to

9  the community.  Equally, it is important to the Defendant who

10 is charged with serious crimes.  The fact that the prosecution

11 is brought in the name of the United States of America entitles

12 the government to no greater consideration than that accorded

13 to any other party in a case in litigation.  By the same token,

14 the government is entitled to no less consideration.

15     All parties, whether government or individuals, stand as

16 equals at the bar of justice.

17     It would be improper for you to consider in reaching your

18 decision as to whether the government sustained its burden of

19 proof any personal feeling that you may have about the

20 defendant's race, religion, national or ethnic origin, sex,

21 sexual orientation, or age.  All persons are entitled to the

22 presumption of innocence and the government has the burden of

23 proof, as I will discuss in a moment.

24     It would be equally improper for you to allow any feelings

25 you might have about the nature of the crimes charged to

1  interfere with your decision-making process.

2      Under your oath as jurors, it would be improper for you to

3  be swayed by sympathy.  You are to be guided solely by the

4  evidence in this case.  And the crucial question you must ask

5  yourselves, as you sift through the evidence, is has the

6  government proven the guilt of the defendant beyond a

7  reasonable doubt.

8      It is for you alone to decide whether the government has

9  proven the defendant guilty of the crimes charged solely on the

10 basis of the evidence and subject to the law as I instruct you.

11 If you let fear or prejudice or bias or sympathy interfere with

12 your thinking, there's a risk that you will not arrive at a

13 true and just verdict.

14     If you have a reasonable doubt as to the defendant's

15 guilt, you should not hesitate for any reason to find a verdict

16 of not guilty.

17     But, on the other hand, if you should find that the

18 government has met its burden of proofing the defendant's guilt

19 beyond a reasonable doubt, you should not hesitate because of

20 sympathy or other reason to render a verdict of guilty.

21     The statements, objections, and arguments of counsel are

22 not evidence and should not be considered by you as evidence.

23 The evidence in this case consists of the sworn testimony of

24 the witnesses, the exhibits received in evidence, and the

25 stipulation.

1    Exhibits that were marked for identification but not

2    received may not be considered by you as evidence.  Only those

3    exhibits received may be considered as evidence.  Admitted

4    exhibits will be available for your review, most in the jury

5    room, but some only upon your request and then in the

6    courtroom.

7         You are to disregard any testimony which I have ordered to

8    be stricken.

9         Only the witnesses' answers are evidence and you are not

10   to consider a question as evidence.

11        A stipulation is an agreement among the parties that a

12   certain fact is true.  You should regard such agreed facts as

13   true.

14        Anything you may have seen or heard outside the courtroom,

15   including any newspaper, media publicity of any kind is not

16   evidence.  It must be entirely disregarded.  You must limit the

17   information you get about the case to what came to you in the

18   courtroom through the rules of evidence.

19        I remind you, ladies and gentlemen, that questions are not

20   evidence but answers are.

21        It's the duty of the attorney for each side of a case to

22   object when the other side offers testimony or other evidence

23   that the attorney believes is not properly admissible.  The

24   attorneys also have the right and duty to ask me to make

25   rulings of law and to request conferences out of the hearing of

1    the jury.  All of these questions of law must be decided by me.
2    You should not hold any prejudice against any attorney, or the
3    client, because the attorney objected to the admissibility of
4    evidence, or asked for a conference out of the hearing of the
5    jury, or asked the court for a ruling on the law.
6         The Government has presented exhibits in the form of
7    charts and summaries.  I decided to admit these charts and
8    summaries in place of or in addition to the underlying
9    documents that they represent in order to save time and to
10   avoid unnecessary convenience.  The charts and summaries are no
11   better upon than the testimony or the documents upon which they
12   are based and are not themselves independent evidence.
13        So, while you're entitled to consider them, you are to
14   give no greater consideration to these charts or summaries than
15   you would give to the evidence upon which they are based.
16        It's for you to decide whether the charts, schedules, or
17   summaries correctly present the information contained in the
18   testimony and in the exhibits on which they were based.  You
19   are entitled to consider the charts, schedules, and summaries
20   if you feel that they are of assistance to you in analyzing the
21   evidence and understanding the evidence.
22        The defendant is charged in a charging instrument, a
23   superseding indictment, with nine crimes about which I will
24   instruct you shortly.  Each charge is called a count.  I will
25   refer to each count by the number assigned to it in the

superseding indictment, which I will refer to simply as the indictment in these instructions.

You are reminded, however, an indictment is merely an accusation, and it's not to be used by you as any proof of the conduct charged.

Although the defendant has been indicted, you must remember that an indictment is only an accusation to which the defendant has pleaded not guilty. The indictment itself is not evidence.

As a result of the defendant's pleas of not guilty, the burden is on the prosecution to prove guilt beyond a reasonable doubt. This burden never shifts to the defendant for the simple reason that the law never imposes upon a defendant in a criminal case the burden or duty of calling any witness or producing any evidence.

The law presumes the defendant to be innocent of the charges against him. I, therefore, instruct you that the defendant is presumed by you to be innocent throughout your deliberations until such time, if ever, you as a jury are satisfied that the government has proven him guilty beyond a reasonable doubt.

The defendant begins the trial here with a clean slate. This presumption of innocence alone is sufficient to acquit the defendant unless you as jurors are you unanimously convinced beyond a reasonable doubt of his guilt. After a careful and

1    impartial consideration of all of the evidence in the case, if

2    the government fails to sustain its burden, you must find the

3    defendant not guilty.

4        This presumption was with the defendant when the trial

5    began, and remains with him even now as I speak to you, and

6    will continue with him into your deliberations unless and until

7    you are convinced that the government has proven the

8    defendant's guilt beyond a reasonable doubt.

9        The government has offered evidence tending to show on a

10   different occasion the defendant engaged in conduct similar to

11   the charges in the indictment.  In that connection, let me

12   remind you that the defendant is not on trial for committing

13   this act not alleged in the indictment.  Accordingly, you may

14   not consider this evidence of the similar act as a substitute

15   for proof that the defendant committed the crime charged.  Nor

16   may you consider this evidence as proof that the defendant has

17   a criminal personality or a bad character.  The evidence of the

18   other similar act was admitted for a much more limited purpose

19   and you may consider it only for that limited purpose.

20       If you determine that the defendant committed the acts

21   charged in the indictment, and the similar acts as well, then

22   you may, but you need not, draw an inference that in doing the

23   acts charged in the indictment the defendant acted knowingly

24   and intentionally and not because of some mistake, accident, or

25   other innocent reasons.

1    Evidence of similar acts may not be considered by you for
2    any other purpose.  Specifically, you may not use this evidence
3    to conclude that because the defendant committed the other act
4    he must have also committed the acts charged in the indictment.
5    As I said, there has been evidence received during the
6    trial that the defendant engaged in other conduct, which was
7    similar in nature to the conduct charged in the indictment.  If
8    you find that the defendant did engage in that other conduct,
9    and if you find that the other conduct has sufficiently similar
10   characteristics to that charged in the indictment, then you
11   may, but you need not, infer that the acts charged in this
12   indictment, and other conduct, were part of a common plan or
13   scheme committed by the defendant.
14   However, the evidence of similar conduct is to be
15   considered by you only on the issue of identity, common scheme,
16   plan or preparation.  It may not be considered by you for any
17   other purpose.  Specifically, you may not consider it as
18   evidence that the defendant is of bad character or has the
19   propensity to commit crime.
20   There are two types of evidence that you may properly use
21   in deciding whether a defendant is guilty or not guilty.  One
22   type of evidence is called direct evidence.  Direct evidence is
23   where a witness testifies to what he saw, heard, or observed.
24   In other words, when a witness testifies about what is known to
25   him of his own knowledge by virtue of his own senses, what he

1  sees, feels, touches or hears, then that's called direct
2  evidence.

3      Circumstantial evidence is evidence that tends to prove a
4  disputed fact by proof of other facts.  Let me give you a
5  simple example of circumstantial evidence.

6      Assume that when you came into the courthouse this
7  afternoon, or this morning I guess, that the sun was shining
8  and it was a nice day.  Assume that the courtroom blinds were
9  drawn, as they are, and you cannot see outside.  Some time
10 passes.  Then, as you're sitting here, someone walks in with an
11 umbrella that's dripping wet, and somebody else walks in with a
12 raincoat that's also dripping wet.  Now, you cannot look
13 outside of the courtroom and you cannot see whether or not it's
14 raining outside.  So, you have no direct evidence of that fact.
15 But, on the combination of facts that I've asked you to assume,
16 somebody walks in with a wet umbrella, and somebody walks in
17 with a dripping wet raincoat, on those facts it would be
18 reasonable and logical for you to conclude that it has started
19 raining outside.  That's all there is to circumstantial
20 evidence.

21     You infer on the basis of reason and experience and common
22 sense from an established fact, wet umbrella, wet raincoat, the
23 existence or the nonexistence of some other fact, it's raining
24 outside.

25     Circumstantial evidence is no less value than direct

1  evidence for it's a general rule that the law makes no
2  distinction between direct and circumstantial evidence.  But
3  simply requires that before convicting a defendant the jury
4  must be satisfied of the defendant's guilt beyond a reasonable
5  doubt from all of the evidence in the case.
6      During the trial you've heard the attorneys use the term
7  "inference," and in their arguments they may have asked you to
8  infer on the basis of your reason, experience, and common sense
9  from one or more established facts the existence of some other
10 fact.
11     An inference is not a suspicion or a guess, it's a
12 reasoned, logical decision to conclude that a disputed fact
13 exists on the basis of another fact that you know exists.
14     There are times when different inferences may be drawn
15 from facts, whether proved by direct or circumstantial
16 evidence.  The government asks you to draw one set of
17 inferences, while the defense asks you to draw another.  It's
18 for you, and you alone, to decide what inferences you will
19 draw.
20     The process of drawing inferences from facts and evidence
21 is not a matter of guesswork or speculation.  An inference is a
22 deduction or conclusion that you, the jury, are permitted to
23 draw, not required to draw, from the facts that have been
24 established by either direct or circumstantial evidence.  In
25 drawing inferences you should use your common sense.

1      So, while you are considering the evidence presented to

2  you, you are permitted to draw from the facts that you find to

3  be proven such reasonable inferences as would be justified in

4  light of your experience.

5      Here again, let me remind you, that whether based upon

6  direct or circumstantial evidence, or upon the logical,

7  reasonable inferences drawn from such evidence, you must be

8  satisfied of the guilt of the defendant beyond a reasonable

9  doubt before you may convict him.

10      Because you, the jurors, are the sole judges of the facts,

11  you're also the sole judges of the credibility of the

12  witnesses.  And it's up to you to decide what weight, if any,

13  should be given to a witness's testimony.

14      You're not required to believe any witness, even though

15  his or her testimony is uncontradicted.  In deciding whether or

16  not to believe a witness, you should carefully scrutinize all

17  of the testimony of each witness, the circumstances under which

18  each witness testified, and any other matter in evidence that

19  may help you to decide the truth and the importance of each

20  witness's testimony.

21      You should consider a witness's demeanor and manner of

22  testifying on the stand.  Was the witness candid, frank, and

23  forthright?  Or, did the witness seem as if he or she was

24  hiding something, being evasive or suspect in some way?  How

25  did the way the witness testified on direct examination compare

with the way the witness testified on cross examination?  Was
the witness consistent in his or her testimony?  Or, did he or
she contradict himself or herself?  Did the witness appear to
know what he or she was talking about?  And did the witness
strike you as someone who was trying to report his or her
knowledge accurately?

You should also consider whether a witness may have been
biased.  Does the witness have a relationship with the
government or the defendant that may affect how he or she
testified?  Does the witness have some incentive, loyalty, or
motive that might cause him or her to shade the truth?  Or,
does the witness have some bias, prejudice, or hostility that
may have caused the witness, consciously or not, to give you
something other than a completely accurate account of the facts
he or she testified to?

Another consideration is the witness's opportunity to
observe the matters about which he or she testified as well as
the witness's ability to express himself or herself.
Inconsistencies or discrepancies in the testimony of a witness
or between the testimonies of different witnesses may or may
not cause you to discredit such testimony.

Two or more persons witnessing an incident or a
transaction may see or hear it differently.  An innocent
misrecollection, like a failure of recollection, it's not an
uncommon experience.  In weighing the effect of a discrepancy,

1  always ask yourself whether it pertains to a matter of
2  importance or an unimportant detail and whether the discrepancy
3  results from innocent error or intentional falsehood.
4      You've heard the testimony of law enforcement official.
5  The fact that a witness may be employed as a law enforcement
6  official, or other government employee, does not mean that his
7  or her testimony is necessarily deserving of more or less
8  consideration or greater or lesser weight than that of an
9  ordinary witness.  It's your decision, after reviewing all of
10  the evidence, whether to accept the testimony of a law
11  enforcement witness and to give that testimony whatever weight,
12  if any, you find it deserves.
13      After you've considered all of the factors bearing upon
14  the credibility of a witness that I mentioned to you, you may
15  decide to accept all of the testimony of a particular witness,
16  none of the testimony of a particular witness, or part of the
17  testimony of a particular witness.  In other words, you may
18  give the testimony of any witness such credibility and weight,
19  if any, as you may think it deserves.
20      In this case, I've permitted a witness to express his
21  opinions about matters that are in issue.  A witness may be
22  permitted to testify to an opinion on those matters about which
23  he or she has special knowledge, skill, experience and
24  training.  Such testimony is presented to you on the theory
25  that someone who is experienced and acknowledgeable in the

field can assist you in understanding the evidence or in reaching an independent decision on the facts.

On weighing this opinion testimony, you may consider the witness's qualifications, his or her opinions, the reasons for testifying as well as all of the other considerations that ordinarily apply when you're deciding whether or not to believe a witness's testimony.

You may give the opinion testimony whatever weight, if any, you find it deserves in light of all of the evidence in this case. You should not, however, accept opinion testimony merely because I allowed the witness to testify concerning his or her opinion. Nor should you substitute it for your own reason, judgment and common sense.

The determination of the facts in this case rests solely with you.

The defendant did not testify in this case. Under our Constitution, a defendant has no obligation to testify or to present any other evidence because it is the prosecution's burden to prove a defendant guilty beyond a reasonable doubt. That burden remains with the prosecution throughout the entire trial and never shifts to the defendant. A defendant is never required to prove that he is innocent. You may not attach any significance to the fact that the defendant did not testify. No adverse inference against the defendant may be drawn by you because he did not take the witness stand. You may not

consider this against the defendant in any way in your
deliberations in the jury room.

You're instructed that there's no legal requirement for
the government to use any specific investigative technique to
prove its case.  The particular law enforcement techniques used
or not used in this case are not your concern.

Moreover, the law does not require the prosecution to call
as witnesses all persons who have been present at any time or
place involved in the case or who may appear to have some
knowledge of the matters at issue in this trial.  Nor does the
law require the prosecution to produce as exhibits all papers
and things mentioned in the evidence.

You should consider the evidence as a whole.  And you may
not find the defendant guilty unless the government has proven
his guilt beyond a reasonable doubt.

The government has been permitted to hand out a typed
document that is prepared containing the government's
interpretation of what appears on the video and audio
recordings which have been received as evidence.  These were
transcripts.  Those transcripts were given to you as an aid or
a guide to assist you in listening to the recordings.  However,
they're not in and of themselves evidence.  Therefore, when the
recordings were played I advised you to listen very carefully
to the recordings themselves.  You, alone, should make your own
interpretation of what appears on the recordings based on what

1  you heard.  If you think you heard something differently than

2  appeared on the transcript then what you heard is controlling.

3  Let me say again, you, the jury, are the sole judges of the

4  facts.

5      The law does not require the prosecution to call as

6  witnesses all persons who may have been present at any time or

7  place involved in the case or who may appear to have some

8  knowledge of the matters at issue in this trial.

9      We shall next consider the crimes with which the defendant

10 is charged in the indictment, and I shall discuss with you the

11 rules of law that govern whether the crimes charged have been

12 proven.  Each alleged crime is charged in what is called a

13 count.

14     The jury must consider each count against the defendant

15 separately.  And the burden is always upon the government to

16 prove each count beyond a reasonable doubt.

17     While we're on the subject of the indictment, I should

18 draw to your attention the fact that the indictment charges

19 that specific acts occurred on or about specific dates.  The

20 proof need not establish with any certainty the exact date of

21 the specific act charged.  It is sufficient if the evidence in

22 this case establishes that an offense was committed on a date

23 reasonably near the date alleged in the indictment.  The law

24 only requires a substantial similarity between the date alleged

25 in the indictment and the date established by testimony or

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA789**

1  exhibits.

2      In order to sustain its burden of proof, the government

3  must prove that the defendant acted knowingly.  A person acts

4  knowingly if he acts intentionally and voluntarily and not

5  because of ignorance, mistake, accident, or carelessness.

6  Whether a defendant acted knowingly may be proven by a

7  defendant's conduct and by all of the facts and circumstances

8  surrounding the case.

9      You may infer that a defendant acted knowingly from

10 circumstantial evidence or from proof that the defendant

11 deliberately closed his eyes to what would otherwise have been

12 obvious to him.  Actual knowledge and deliberate or conscious

13 avoidance of knowledge are the same thing.  It's entirely up to

14 you whether you find that a defendant acted knowingly.

15     You've been instructed that in order to sustain its burden

16 of proof the government must prove that the defendant acted

17 willfully.  Willfully means to act with knowledge that one's

18 conduct is unlawful and with the intent to do something law

19 forbids, that is to say with the bad purpose to disobey or

20 disregard the law.  A defendant's conduct was not willful if it

21 was due to negligence, inadvertence or mistake.

22     The Government must prove beyond a reasonable doubt that

23 the defendant acted intentionally if and when he committed the

24 crimes charged in the indictment.  Before you can find that a

25 defendant acted intentionally, you must be satisfied beyond a

1  reasonable doubt that he acted deliberately and purposefully.
2  That is, a defendant's acts must have been the product of that
3  defendant's conscious objective rather than the product of a
4  mistake or an accident.

5      Intent ordinarily may not be proved directly because
6  there's no way of fathoming or scrutinizing the operations of
7  the human mind.  But you may infer the defendant's intent from
8  the surrounding circumstances.  You may consider any statement
9  made, any act done or omitted by the defendant and all other
10 facts and circumstances in evidence that indicate his state of
11 mind.  You may consider it reasonable to draw the inference and
12 find that a person intends the natural and probable
13 consequences of acts knowingly done or knowingly omitted.  As I
14 said, it's entirely up to you to decide what facts to find from
15 the evidence.

16     Knowledge, willfulness, and intent involve the state of a
17 person's mind.  The state of one's mind is a fact.
18 Accordingly, this is a fact you are called upon to decide.
19 Rarely is direct proof available to establish the state of
20 one's mind.  However, state of mind may be inferred from what
21 one says or does, one's words, one's actions, and one's conduct
22 as of the time of the occurrence of certain events.

23     The intent with which an act is done is often more clearly
24 and conclusively shown by the act itself or by a series of acts
25 than by words or explanations of the act uttered long after its

1    occurrence.

2       Accordingly, intent, willfulness and knowledge are usually

3    attend by surrounding facts and circumstances as of the time

4    the acts in question occurred or the acts took place, excuse

5    me, or the events took place, and the reasonable inferences to

6    be drawn from them.

7       Willful intent or guilty knowledge may be inferred from

8    the secretive or irregular manner in which a transaction is

9    carried out.

10      Proof of motive is not a necessary element of the crimes

11   with which the defendant is charged.  Proof of motive does not

12   establish guilt, nor does a lack of proof of motive establish

13   that a defendant is innocent.

14      If the guilt of a defendant is shown beyond a reasonable

15   doubt, it is immaterial what the motive for the crime may be or

16   whether any motive was shown.  But, the presence or absence of

17   motive is a circumstance you may consider as bearing on the

18   intent of a defendant.

19      The instructions which I have just given to you are more

20   or less of a general nature applicable to all criminal cases

21   before the court.  We will next consider the crimes with which

22   the defendant is charged in the indictment.

23      The alleged crimes are charged in what is called a count.

24   A defendant may be charged in more than one count of the

25   indictment.

1    The Defendant is charged in Counts 1 through 5 with sexual

2  exploitation of a child in violation of 18 United States Code

3  § 2251(a).  The Defendant is charged in Count 6 through 8 with

4  possession of child pornography in violation of 18 United

5  States Code § 2252(a)(5)(B).  And the Defendant is charged in

6  Count 9 with cyberstalking in violation of 18 United States

7  Code § 2261(a)(2).  The Defendant has pleaded not guilty to

8  each of these charges.

9    Now, I'm going to give you specific instructions relevant

10  to this particular case.

11    Counts 1 through 5 charge the defendant with sexual

12  exploitation of a child.  Counts 1 through 5 of the indictment

13  read as follows:  Count 1, sexual exploitation of a child.  The

14  grand jury for the District of Maryland charges that on or

15  about September 16, 2017, in the District of Maryland, the

16  Defendant, Christopher Kenji Bendann, knowingly attempted to

17  and did employ, use, persuade, induce, entice, and coerce,

18  minor victim to engage in sexually explicit conduct as defined

19  in Title 18, United States Code § 2256(2) for the purpose of

20  producing visual depiction of such conduct, knowing and having

21  reason to know that such a visual depiction was produced and

22  transmitted using materials that were mailed, shipped, and

23  transported in interstate and foreign commerce by any means,

24  including by computer, and such visual depiction was actually

25  transported and transmitted using any means and facility of

1  interstate and foreign commerce and in and affecting interstate

2  and foreign commerce.  That is, a video file titled

3  IMG6965.mov, depicting the minor victim's genitals.  Said video

4  file having been made with an iPhone 7 and stored on the iCloud

5  account associated with DSTD: 105474467 and cbendann@gmail.com.

6       Count 2, sexual exploitation of a child.  The grand jury

7  for the District of Maryland further charges that on or about

8  June 21, 2018, in the District of Maryland, the Defendant

9  knowingly attempted to and did employ, use, persuade, induce,

10  entice, and coerce minor victim to engage in sexually explicit

11  conduct as defined in Title 18, United States Code § 2256(2)

12  for the purpose of producing visual depiction of such conduct,

13  knowing and having reason to know that such a visual depiction

14  was produced and transmitted using materials that were mailed,

15  shipped and transported in interstate and foreign commerce by

16  any means, including by computer, and such visual depiction was

17  actually transported and transmitted using any means and

18  facility of interstate and foreign commerce, that is, three

19  video files titled IMG6966.mov, 1MG6967.mov, and IMG6968.mov

20  depicting the minor victim's genitals.  Said video files having

21  been made with an iPhone 7 and stored on the iCloud account

22  associated with DSID:  105474467 and cbendann@gmail.com.

23       Count 3.  The grand jury for the District of Maryland

24  further charges that on or about August 26, 2018, in the

25  District of Maryland, the Defendant, Christopher Kenji Bendann,

1  knowingly attempted to and did employ, use, persuade, induce,
2  entice, and coerce minor victim to engage in sexually explicit
3  conduct as defined in Title 18, United States Code § 2256(2)
4  for the purpose of producing visual depiction of such conduct,
5  knowing and having reason to know that such a visual depiction
6  was produced and transmitted using materials that were mailed,
7  shipped, and transported in interstate and foreign commerce by
8  any means, including by computer, and such visual depiction was
9  actually transported and transmitted using any means and
10 facility of interstate and foreign commerce and in and
11 affecting interstate and foreign commerce, that is, two video
12 files entitled IMG6974.mov and IMG6975.mov, depicting the minor
13 victim's genitals, and video files having been made with an
14 iPhone 7 and stored on an iPhone account associated with DSID:
15 105474467 and cbendann@gmail.com.
16      Count 4, sexual exploitation of a child.  The grand jury
17 for the District of Maryland further charges that on or about
18 January 2, 2019, in the District of Maryland, the Defendant,
19 Christopher Kenji Bendann, knowingly attempted to and did
20 employ, use, persuade, induce, entice, and coerce minor victim
21 to engage in sexually explicit conduct as defined in Title 18
22 United States Code § 2256(2) for the purpose of producing
23 visual depiction of such conduct, knowing and having reason to
24 know that such a visual depiction was produced and transmitted
25 using materials that were mailed, shipped, and transported in

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

1 interstate and foreign commerce by any means, including by

2 computer, and such visual depiction was actually transported

3 and transmitted using any means and facility of interstate and

4 foreign commerce and in and affecting interstate and foreign

5 commerce, that is, a video filed titled 1MG6969.mov depicting

6 the Defendant touching minor victim's genitals, said video file

7 having been made with an iPhone 7 and stored on the iCloud

8 account associated with DSID:  105474467 and

9 cbendann@gmail.com.

10      Count 5, sexual exploitation of a child.  The grand jury

11 for the District of Maryland further charges that on or about

12 February 9, 2019, in the District of Maryland, the Defendant,

13 Christopher Kenji Bendann, knowingly attempted to and did

14 employ, use, persuade, induce, entice, and coerce minor victim

15 to engage in sexually explicit conduct as defined in Title 18

16 United States Code § 2256(2) for the purpose of producing

17 visual depiction of such conduct knowing and having reason to

18 know that such a visual depiction was produced and transmitted

19 using materials that were mailed, shipped, and transported in

20 interstate and foreign commerce by any means, including by

21 computer, and such visual depiction was actually transported

22 and transmitted using any means and facility of interstate and

23 foreign commerce, and in and affecting interstate and foreign

24 commerce, that is, a video file titled IMG6976.mov, depicting

25 the Defendant touching minor victim's genitals, and video file

1  having been made with an iPhone XS and stored on the iCloud

2  account associated with DSID:  105474467 and

3  cbendann@gmail.com.

4      The indictment charges the Defendant with violating § 2251

5  of Title 18 of the United States Code.  That section provides

6  in relevant part:  Any person who employs, uses, persuades,

7  induces, entices, or coerces any minor to engage in any

8  sexually explicit conduct for the purpose of producing any

9  visual depiction of such conduct or for the purpose of

10  transmitting a live, visual depiction of such conduct shall be

11  guilty of a crime.  If such person knows or has reason to know

12  that such visual depiction will be transported or transmitted

13  using any means or facility of interstate or foreign commerce,

14  or in or affecting interstate or foreign commerce, or mailed,

15  if that visual depiction was produced or transmitted using

16  materials that have been mailed, shipped, or transported in or

17  affecting interstate or foreign commerce by any means,

18  including by computer, or if such visual depiction has actually

19  been transported or transmitted using any means or facility of

20  interstate or foreign commerce or in or affecting interstate or

21  foreign commerce or mailed.

22      Any individual who violates or attempts to conspire to

23  violate this section shall be guilty of a crime.

24      In order to prove the Defendant guilty of Counts 1 through

25  5 of sexual exploitation of a child, the Government must prove

1  each of the following elements beyond a reasonable doubt:
2  First, that the minor victim alleged in the indictment was
3  under the age of eighteen; second, that the Defendant used or
4  employed or persuaded or induced or enticed or coerced the
5  person depicted to take part in sexually explicit conduct for
6  the purpose of producing or transmitting a visual depiction of
7  that conduct; and third, that the visual depiction was produced
8  using materials that had been mailed or transported in
9  interstate or foreign commerce.
10      The first element that the Government must prove beyond a
11  reasonable doubt is that the person depicted in the visual
12  depiction was less than 18 years old at the time of the acts
13  alleged in the indictment.  The Government does not have to
14  prove that the Defendant knew that the person in the visual
15  depiction was less than 18 years old.
16      The second element that the Government must prove beyond a
17  reasonable doubt is that the Defendant used or employed or
18  persuaded or induced or enticed or coerced the minor to take
19  part in sexually explicit conduct for the purpose of producing
20  or transmitting a visual depiction of that conduct or for the
21  purpose of transmitting a live, visual depiction of that
22  conduct.  A visual depiction includes any photograph, film,
23  video or picture, including undeveloped film and videotape, and
24  data stored on a computer disk, or by electronic means, that is
25  capable of conversion into a visual image.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA798**

In deciding whether the Government has proven that the Defendant acted for the purpose of producing a visual depiction of the sexually explicit conduct, or for the purpose of transmitting a live, visual depiction of that conduct, you may consider all of the evidence concerning the Defendant's conduct.

The Government does not have to prove that the sole or primary purpose of engaging in such conduct was to produce a visual depiction or to transmit a live depiction, but the government must prove that producing a visual depiction of the sexually explicit conduct or transmitting a live, visual depiction of the conduct was one of the Defendant's purposes for using or employing or persuading or inducing or enticing or coercing the victim to engage in sexually explicit conduct, and that it was a significant or motivating purpose and was not merely incidental to the sexually explicit conduct.

While the Government must prove that the Defendant acted with the purpose of producing or transmitting a visual depiction of the child engaging in sexually explicit conduct, it is not required that the Government prove that the visual depiction of that conduct was actually produced or transmitted.

Sexually explicit conduct means actual or simulated sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex, bestiality, masturbation, sadistic or masochistic abuse, or

1  lascivious exhibition of the genitals or pubic area by any
2  person.
3      The term "lascivious exhibition" means a depiction that
4  displays or brings to view to attract notice to the genitals or
5  pubic area of children in order to excite lustfulness or sexual
6  stimulation in the viewer.  Not every exposure of the genitals
7  or pubic area constitutes a lascivious exhibition.
8      In deciding whether the Government has proven that a
9  particular visual depiction constitutes a lascivious
10  exhibition, you should consider the following questions:
11  Whether the focal point of the visual depiction is on the
12  child's genitals or pubic area or whether there is some other
13  focal area?  Whether the setting of the visual depiction makes
14  it appear to be sexually suggestive.  For example, in a place
15  or pose generally associated with sexual activity.  Whether the
16  child is displayed in an unnatural pose or inappropriate attire
17  considering the age of the child.  Whether the child is fully
18  or partially clothed or nude, although nudity is not in and of
19  itself lascivious.  Whether the visual depiction suggests
20  sexual coyness or a willingness to engage in sexual activity.
21  And whether the visual depiction is intended or designed to
22  elicit a sexual response in the viewer.
23      It's not required that a particular visual depiction
24  involve all of these factors to be a lascivious exhibition.
25  The importance that you give to any one factor is up to you to

1  decide.

2      The third element which the Government must prove beyond a

3  reasonable doubt is, with respect to Counts 1 through 5, that

4  the visual depiction was either produced using materials that

5  had been mailed, shipped, or transported in interstate or

6  foreign commerce by any means; or, that the visual depiction

7  was actually transported or transmitted in or affecting

8  interstate or foreign commerce; or, that defendant knew or had

9  reason to know that the visual depiction would be transported

10 or transmitted in or affecting interstate or foreign commerce.

11     Simply stated, the phrase "materials transported in

12 interstate or foreign commerce" means that the materials used

13 to produce the visual depiction had previously moved from one

14 state to another or between the United States and another

15 country.

16     Here, the Government alleges that the devices used to make

17 the videos or images in question, or the electronic memory

18 devices used to save the videos or images in question, were

19 manufactured in another state or foreign country.

20     I instruct you that if you find that the devices were

21 manufactured outside the United States or the state of

22 Maryland, that is sufficient to satisfy this element.

23     The Government does not have to prove that the Defendant

24 personally transported the items used to produce the depictions

25 across a state line or that the defendant knew that the items

1   had previously crossed a state line.

2        As I mentioned, the indictment also alleges that the

3   visual depiction was actually transported or transmitted in or

4   affecting interstate or foreign commerce.  This means that the

5   Government must prove that the visual depiction crossed between

6   one state or another or between the United States and a foreign

7   countries.  Transmission of photographs or video by electronic

8   means via the internet constitutes transportation in interstate

9   commerce.

10        However, you must find beyond a reasonable doubt that the

11   specific depiction in question was actually transmitted by

12   means of the internet.

13        To prove that the defendant knew and intended that the

14   visual depiction would be transported or transmitted in or

15   affecting interstate or foreign commerce, or that the defendant

16   had reason to know that this transportation or transmission

17   would occur, the Government must establish that it was

18   reasonably foreseeable that the Defendant's activities would

19   result in the depiction's transportation or transmission in or

20   affecting interstate commerce or mailing.  The Government does

21   not have to prove that the depiction was actually mailed or

22   moved in interstate commerce.

23        Counts 6 through 8 of the indictment charge the Defendant

24   with possessing child pornography.  Count 6 through 8 of the

25   indictment read as follows:  Count 6, possession of child

1  pornography.  The grand jury for the District of Maryland
2  further charges that in and between September 1, 2017 and
3  January 23, 2023, in the District of Maryland, the Defendant,
4  Christopher Kenji Bendann, did knowingly possess any material
5  that contained an image of child pornography as defined in
6  Title 18, United States Code § 2256(8), which image had been
7  mailed, shipped, and transported using any means or facility of
8  interstate and foreign commerce by any means, including by
9  computer, and that was produced using materials that had been
10 mailed, shipped, and transported in and affecting interstate
11 and foreign commerce by any means, including by computer.  That
12 is, an internet-based iCloud account associated with DSID:
13 105474467 and cbendann@gmail.com, containing one or more visual
14 depictions of a minor engaged in sexually explicit conduct.
15      Count 7, possession of child pornography.  The grand jury
16 for the District of Maryland further charges that on or about
17 February 3, 2023, in the District of Maryland, the Defendant,
18 Christopher Kenji Bendann, did knowingly possess any material
19 that contained an image of child pornography as defined in
20 Title 18, United States Code § 2256(8), which image had been
21 mailed, shipped and transported using any means or facility of
22 interstate and foreign commerce and in and affecting interstate
23 and foreign commerce by any means, including by computer, and
24 that was produced using materials that had been mailed,
25 shipped, and transported in and affecting interstate and

1  foreign commerce by any means, including by computer.  That is,
2  Dell Inspiron 15 laptop, service tag HWSNXN2, containing one or
3  more visual depictions of a minor engaged in sexually explicit
4  conduct.
5       Count 8, possession of child pornography.  The grand jury
6  for the District of Maryland further charges that on or about
7  February 3, 2023, in the District of Maryland, the Defendant,
8  Christopher Kenji Bendann, did knowingly possess any material
9  that contained an image of child pornography as defined in
10  Title 18, United States Code § 2256(8), which image had been
11  mailed, shipped, and transported using any means or facility of
12  interstate and foreign commerce, and in and affecting
13  interstate and foreign commerce by any means, including by
14  computer, and that was produced using materials that had been
15  mailed, shipped, and transported in and affecting interstate
16  and foreign commerce by any means, including by computer.  That
17  is, Sony Vaio laptop, serial no. 3109183, containing one or
18  more visual depictions of a minor engaged in sexually explicit
19  conduct.
20       Count 6 through 8 of the indictment charged the Defendant
21  with violating § 2252(a) of Title 18 of the United States Code.
22  That section provides in relevant part, any person who
23  knowingly possesses or knowingly accesses with intent to view
24  any book, magazine, periodical, film, videotape, computer disk,
25  or any other material that contains an image of child

1  pornography that has been mailed or shipped or transported

2  using any means or facility of interstate or foreign commerce

3  or in or affecting interstate or foreign commerce by any means,

4  including by computer, or that was produced using materials

5  that have been mailed, or shipped, or transported in or

6  affecting interstate and foreign commerce by any means,

7  including by computer, shall be guilty of a crime.

8      In order to prove the Defendant guilty of possessing or

9  knowingly accessing child pornography, the Government must

10 prove each of the following elements beyond a reasonable doubt:

11 First, that the Defendant knowingly possessed or knowingly

12 accessed a visual depiction, as I will explain that term to

13 you; second, that the visual depiction was transported in or

14 affecting interstate or foreign commerce, or the visual

15 depiction was produced using materials that had been

16 transported in or affecting interstate or foreign commerce, or

17 that the offense was committed in the special maritime and

18 territorial jurisdiction of the United States; third, that the

19 visual depiction was child pornography, as I will define that

20 term; and fourth, that the Defendant knew of the sexually

21 explicit nature of the material and that the visual depiction

22 was of an actual minor engaged in that sexually explicit

23 conduct.

24      The first element that the Government must prove beyond a

25 reasonable doubt is that the Defendant knowingly possessed or

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA805**

1  knowingly accessed with intent to view a visual depiction.  A

2  visual depiction includes any photograph, film, video, or

3  picture, including undeveloped film and videotape and data

4  stored on a computer disk or by electronic means that is

5  capable of conversion into a visual image.

6      To possess something means to have it within a person's

7  control.  This does not necessarily mean that the person must

8  hold it physically, that is have actual possession of it, as

9  long as the visual depiction is within the defendant's control,

10 he possesses it.

11     If you find that the defendant either had actual

12 possession of the depiction or that he had the power and

13 intention to exercise control over it, even though it was not

14 in his physical possession, you may find that the Government

15 has proven possession.

16     The law also recognizes that possession may be sole or

17 joint.  If one person alone possesses it, that's sole

18 possession.  However, it is possible that more than one person

19 may have the power and intention to exercise control over the

20 visual depiction.  This is called joint possession.  If you

21 find that the defendant had such power and intention and he

22 possessed the depiction, even if he possessed it jointly with

23 another person, the Government must prove that the Defendant

24 possessed or accessed the depiction knowingly.  An act is done

25 knowingly when it is done voluntarily and intentionally and not

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA806**

1  because of accident, mistake, or some other innocent reason.

2      The second element that the government must prove beyond a

3  reasonable doubt is that either the child pornography was

4  mailed or transported in or affecting interstate or foreign

5  commerce, or the child pornography was produced using materials

6  that had been transported in or affecting interstate or foreign

7  commerce.

8      This means that the Government must prove either, one,

9  that the child pornography crossed between one state and

10 another or between the United States and a foreign country,

11 transmission of photographs or video by means of the internet

12 constitutes transportation in interstate commerce.  However,

13 you must find beyond a reasonable doubt that the specific

14 depiction in question was actually transmitted by means of the

15 internet; or, two, that the materials used to produce the child

16 pornography had previously moved from one state to another or

17 between the United States and another country.

18     Here, the Government alleges that the devices used to take

19 the videos or images in question or the electronic memory

20 devices used to save or store the video or images in question

21 were manufactured in another state or foreign country.  I

22 instruct you that if you find that the device was manufactured

23 outside the United States, or the state of Maryland, that is

24 sufficient to satisfy this element.  The Government does not

25 have to prove that the Defendant personally transported the

1  device across the state line or that the Defendant knew that
2  the device had previously crossed a state line.
3      The third element that the Government must prove beyond a
4  reasonable doubt is that the visual depiction was child
5  pornography.  Child pornography means any visual depiction, the
6  production of which involve the use of a minor engaging in
7  sexually explicit conduct, as I have explained that term to
8  you, and that portrays that minor engaged in that conduct.
9      The visual depiction must be of a real person under the
10 age of 18 engaging in sexually explicit conduct.  The
11 Government does not have to prove the identity of the minor or
12 the exact age of the minor.  You may consider all of the
13 evidence, including your viewing of the depiction in
14 determining whether the depiction portrayed an actual person
15 under the age of 18 engaging in sexually explicit conduct.
16     The fourth element that the Government must prove beyond a
17 reasonable doubt is that the Defendant knew that the material
18 he possessed was child pornography.  As I stated before, an act
19 is done knowingly when it is done voluntarily and intentionally
20 and not because of accident, mistake, or some other innocent
21 reason.
22     In this case, the term "knowingly" refers to an awareness
23 of the sexually explicit nature of the material and to the
24 knowledge that the visual depictions were, in fact, of actual
25 minors engaged in that sexually explicit conduct.

1    The Government must show that the Defendant had knowledge
2    of the general nature of the contents of the material.  The
3    Defendant need not have specific knowledge as to the identity
4    or actual age of the underage performer.  The Defendant must
5    have knowledge or an awareness that the material contained a
6    visual depiction of a minor engaging in sexually explicit
7    conduct.  Such knowledge may be shown by direct or
8    circumstantial evidence or both.  Eyewitness testimony of the
9    Defendant's viewing of the material is not necessary to prove
10   his awareness of its contents.  The circumstances may warrant
11   an inference that he was aware of what the material depicts.
12        Furthermore, the Defendant's belief as to the legality or
13   illegality of the material is irrelevant.
14        The indictment charges the defendant with use of
15   interstate facilities to engage in stalking.  The indictment
16   reads as follows:  Count 9.  Cyberstalking.  The grand jury for
17   the District of Maryland further charges that in and between
18   May '22 and December 2022, in the District of Maryland, the
19   Defendant, Christopher Kenji Bendann, did, with intent to
20   harass and intimidate another person, use interactive computer
21   services, electronic communication services, and electronic
22   communication systems of interstate commerce to engage in a
23   course of conduct that caused, attempted to cause, and would be
24   reasonably expected to cause substantial emotional distress to
25   a person, to wit:  Bendann sent electronic messages by way of

1  cellular phone to minor victim demanding contact and explicit

2  images of minor victim and threatening to expose sexually

3  explicit images of minor victim publicly if minor victim did

4  not comply.

5      The indictment charges the Defendant with violating

6  § 2261(a)(2) of Title 18 of the United States Code, that

7  section provides in relevant part:  Whoever, with the intent to

8  harass or intimidate uses any interactive computer service or

9  electronic communication system of interstate commerce, or any

10  other facility of interstate or foreign commerce, to engage in

11  a course of conduct that, A) places that person in reasonable

12  fear of the death of or serious injury to that person, or B)

13  causes, attempts to cause, or would reasonably be expected to

14  cause substantial emotional distress to a person shall be

15  guilty of a crime.

16      In order to prove the Defendant guilty of the use of

17  interstate facilities to engage in stalking, the Government

18  must prove each of the following elements beyond a reasonable

19  doubt:  First, that the Defendant used an interactive computer

20  service or an electronic communication service or an electronic

21  communication system or any other facility of interstate

22  commerce as charged in the indictment; second, that the

23  defendant did so to engage in a course of conduct with the

24  intent to harass, intimidate, or cause substantial emotional

25  distress to    . or a member of his immediate family or his

1    spouse or intimate person; third, that as a result of that

2    course of conduct    , or a member of his immediate family or

3    his spouse or intimate partner experienced substantial

4    emotional distress.

5        The first element which the Government must prove beyond a

6    reasonable doubt is that the Defendant used an interactive

7    computer services or an electronic communication service or any

8    electronic communication system or any other facility of

9    interstate commerce as charged in the indictment.

10       The indictment alleges that the communication was actually

11   transported in a facility of interstate or foreign commerce.

12   Transmissions of communications by means of the telephone or

13   internet constitutes transportation in a facility of interstate

14   commerce, regardless of whether the communication actually

15   crossed a state line.  However, you must find beyond a

16   reasonable doubt that the specific communication in question

17   was actually transmitted by means of the telephone or internet.

18       An interactive computer services is any information

19   service, system, or access software provider, that provides or

20   enables computer access by multiple users to a computer server,

21   including a service or system that provides access to the

22   internet and such systems operated are services offered by

23   libraries or educational institutions.  An electronic

24   communication service is any service which provides to users,

25   thereof, the ability to send or receive wire or electronic

1  communications.

2      An electronic communication system is any wire, radio,

3  electromagnetic, photo optical, or photo electronic facility

4  for the transmission of wire or electronic communications and

5  any computer facility or related electronic equipment for the

6  electronic storage of such communications.

7      The second element which the Government must prove beyond

8  a reasonable doubt is that the Defendant used an interactive

9  computer service to engage in a course of conduct with the

10  intent to harass, intimidate, or cause substantial emotional

11  distress to       A course of conduct means a pattern of

12  conduct composed of two or more acts evidencing a continuity of

13  purpose.

14      Thus, the Government must establish that the defendant

15  engaged in two or more acts which demonstrated a continuity of

16  purpose to place      in substantial emotional distress.

17      Direct proof of a person's intent is almost never

18  available.  It would be a rare case where it could be shown

19  that a person wrote or stated that as of a given time he

20  committed an act with a particular intent.  Such direct proof

21  is not required.

22      The ultimate fact of intent, though subjective, may be

23  established by circumstantial evidence based upon the

24  defendant's outward manifestations, his words, his conduct, his

25  acts, and all of the surrounding circumstances disclosed by the

1  evidence and the rational or logical inferences that may be

2  drawn from them.

3       The third element which the Government must prove beyond a

4  reasonable doubt is that as a result of that course of conduct

5       experienced substantial emotional distress.  To establish

6  this element, the Government must prove that as a result of the

7  Defendant's conduct an ordinary and reasonable person in

8  position would have experienced substantial emotional distress.

9       I have finished the Court's instructions on the specific

10 crimes charged.  As you deliberate, I caution you that the

11 question of possible punishment of the Defendant is of no

12 concern to you and should not in any sense enter into or

13 influence your deliberations.  The duty of imposing sentence,

14 if the Defendant is convicted, rests exclusively upon the

15 court.

16      Similarly, the possible consequences of a not guilty

17 verdict are of no concern to you.  Your duty is to weigh the

18 evidence in the case and to determine whether or not the

19 Defendant is guilty beyond a reasonable doubt solely upon the

20 evidence presented.

21      In conclusion, let me remind you that your verdict must be

22 unanimous, reflecting the judgment of each and every one of

23 you.  Consider it in the jury room deliberately and carefully

24 in light of the instructions I've given you and use the same

25 common sense and the same intelligence that you would use in

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA813**

1    determining any important matter that you have to decide in the

2    course of your own affairs.  It's your duty as jurors to

3    consult with one another and to deliberate with a view to

4    reaching an agreement, if you can do so without violence to

5    individual judgment.

6        Each of you must decide the case for yourself but do so

7    only after an impartial consideration of the evidence with your

8    fellow jurors.  In the course of your deliberations, do not

9    hesitate to reexamine your own views and change your opinion if

10   convinced that it is erroneous.  But do not surrender your

11   honest conviction as to the weight or effect of evidence solely

12   because of the opinion of your fellow jurors or for the mere

13   purpose of returning a verdict.

14       If, after carefully considering all of the evidence and

15   the arguments of your fellow jurors, you entertain a

16   conscientious view that differs from the others, you are not to

17   yield your conviction simply because you are outnumbered.

18       Upon retiring to the jury room, your first duty will be to

19   elect a foreperson.  The foreperson has no extra vote, but he

20   or she will preside over your deliberations and be your

21   spokesperson in court.

22       If it becomes necessary during your deliberations to

23   communicate with the court, you may send a note to the court

24   security officer.  Never attempt to communicate with the court

25   except in writing.

1    You will note from the oath about to be taken by the court
2  security officer that he or she as well as all other persons
3  are forbidden to communicate in any way or manner with any
4  member of the jury on any subject touching upon the merits of
5  the case.
6    Bear in mind always that you are not to tell the court or
7  anyone else how you stand in terms of a numerical division
8  until after you have reached a unanimous verdict.
9    In order to record your verdict in this case, we have
10 prepared a verdict form for you.  I'm now going to read to you
11 the verdict form which you will have with you in the jury room.
12   It looks like other legal documents in this case for the
13 start.  It begins with the name of our court and it says, "In
14 the United States District Court for the District of Maryland."
15 Then it has the name of this case, "United States of America v.
16 Christopher Kenji Bendann, the Defendant."  Then it has the
17 case number, "JKB-23-278."  JKB are my initials.  The case is
18 assigned to me, that's why those initials are there.
19   "Verdict form."  And then there are a series of nine
20 paragraphs.  One paragraph for each count.
21   Number one, "How do you find Defendant Christopher Kenji
22 Bendann as to Count 1, sexual exploitation of a child, on or
23 about September 16, 2017?"  Then there's a place to mark "not
24 guilty" or "guilty."  That's where your verdict will be
25 recorded after you have reached it unanimously.

262 of 573

1    Question two, "How do you find Defendant Christopher Kenji

2  Bendann as to Count 2, sexual exploitation of a child on or

3  about June 21, 2018?"  Once again, the option of "not guilty"

4  or "guilty."

5    And then the verdict form goes on like that for all nine

6  counts.  Self-explanatory.

7    At the end of the verdict form there is this statement:

8  "The foregoing constitutes the unanimous verdict of the jury."

9  There's a place for the date.  And then the foreperson and the

10  foreperson alone, the foreperson you have elected, signs with

11  his or her signature.

12    Once all nine questions have been answered and the verdict

13  form has been dated and signed, the verdict form is complete.

14    When you have reached a unanimous agreement, the

15  foreperson shall fill out the verdict form in accordance with

16  your agreement.  Then the foreperson should sign and date the

17  form in the space provided at the end.

18    When you have agreed and finished completing the verdict

19  form, the foreperson should rap on the door and inform the

20  clerk or the Court security officer simply that you've agreed

21  upon a verdict.  The foreperson should not disclose or indicate

22  in any way what your verdict is at that time.  The verdict must

23  be announced for the first time in open court.  And what's

24  implicit in that statement I'll make explicit and that is,

25  while you are in the jury room in your deliberations, at all

```
 1  times there will be a court security officer stationed outside
 2  the door just as there is right now if you look to your left.
 3      After you've announced that you've reached your verdict,
 4  in due course you'll be returned to the courtroom.  When you
 5  return to the jury box, following an ancient tradition and
 6  protocol, the clerk will ask, "Have you agreed upon your
 7  verdict?"  And we hope that you collectively will respond that
 8  you have.  Then the clerk will ask, "Who shall say for you?"
 9  And then all of you should respond "Our foreperson."
10      Your foreperson will then stand and present the verdict
11  form to the clerk.  She will take it from the foreperson, walk
12  across the courtroom and hand it to me.
13      After I review it, I shall read the verdict out loud here
14  in open court.
15      Ladies and gentlemen, I remind you that you may not
16  conduct any research by using any source whatsoever to learn
17  more about this case, the issues in the case, or anyone
18  associated with this case.  And I further caution you not to
19  communicate with anyone other than your fellow jurors in this
20  case about your deliberations.
21      Until the jury has rendered its verdict in open court, you
22  are prohibited from commenting whether in person, over the
23  telephone, through the internet, or through any other means
24  about this case except with each other in the jury room.
25      Now, ladies and gentlemen, while you are in the jury
```

1  deliberation room and while you are deliberating, all

2  electronic devices must remain completely off.  Only when you

3  are on break from your deliberations may you turn on your cell

4  phone or other electronic device to communicate with anyone

5  outside of your fellow jurors and of course only then to

6  discuss matters that have no relation to this trial.

7       So how does this work in actual practice?  Well, you will

8  have elected a foreperson and then with all 12 of you then

9  assembled around the table, the foreperson will announce, okay,

10 we're beginning deliberations.  At that moment all electronic

11 devices have to be turned off, put away, not on vibrate, not

12 buzzing you a little bit while the discussion is going on.  No.

13 Turned off and not a factor.

14      Now, during your deliberations, upon the agreement of all

15 of you, you're free to periodically take breaks.  And your

16 foreperson will be, you know, presiding over all of that.  And

17 it might be after you've gone on for an hour or two, somebody

18 needs to use a restroom and stretch or whatever.  And the

19 foreperson will announce, "Okay, we're stopping deliberations."

20 At that moment you stop talking about the case.  You can turn

21 on your devices, use the restroom, whatever.  The point is you

22 work as a group of 12.  When you're deliberating, you're all

23 deliberating.

24      Mr. Court Security Officer, please raise your right hand.

25 The clerk will swear the court security officer.

```
1        (Court security officer sworn.)
2            THE CLERK:  Sir, can you please state and spell your
3    first and last name.
4            COURT SECURITY OFFICER:  Peter Mongeli,
5    P-E-T-E-R-M-O-N-G-E-L-I.
6            THE CLERK:  Thank you.
7            THE COURT:  Alternate Juror No. 2, please rise.
8    Alternate Juror No. 3, please rise.  Alternate Juror No. 4,
9    please rise.
10       You were selected to serve as alternate jurors during the
11   trial of this case.  You served, you've listened, you've paid
12   attention, you've prepared yourself to deliberate in this case
13   in the event that you are called upon to serve as an actual
14   juror.  That could have happened if someone became ill or was
15   absent for some reason.  It one instance it did occur and
16   Alternate Juror No. 1 came to be a member of the jury.
17       However, at least to this point, that has not happened
18   beyond the one instant.  Accordingly, each of you will not be
19   deliberating as members of the jury at this time in this case.
20   We are deeply grateful for your service here as alternate
21   jurors.
22       You remain under the restrictions that I previously
23   imposed, that you're not to discuss the case with anyone,
24   you're not to have any exposure to the media, or any outside
25   sources or information about the case.  You're not to conduct
```

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

1  any independent investigation of this matter.  And those
2  restrictions will remain in place until a verdict has been
3  returned in this case.
4       In the meantime, though, you may travel to the jury room
5  with the clerk, gather up your belongings and your things, and
6  depart the courthouse.
7       The clerk will have further instructions in terms of how
8  she will remain in contact with you until the verdict has been
9  reached in this case.  With the Court's thanks, you're excused.
10      The clerk will take the alternates out.
11      (Alternates excused at 2:55 p.m.)
12          THE COURT:  I'll see counsel on the private channel.
13      (Whereupon, the following conference was held at the
14  bench:)
15          THE COURT:  Does the Government have any issues or
16  objections in reference to the instructions given to the jury?
17          MS. MCGUINN:  Yes, Your Honor.  There is one typo, two
18  typos under -- if I can direct Your Honor to page 37 as well as
19  Page 38.  When you were reading the names of the files, they
20  should all begin with the letter "I" and in two instances you
21  read number 1.  And just didn't see it because they kind of
22  looked the same until you read it.
23          THE COURT:  So there was a misreading or there's an
24  actual typographical --
25          MS. MCGUINN:  It's a typo.  So on 37, it should be

1  1MG6966, not -- it should be "I," not "1," excuse me.

2      And the second one should be IMG6967.

3          THE COURT:  Which counts do these pertain to?

4          MS. MCGUINN:  Count 2 on page 37.  And I did

5  doublecheck the indictment.  It's correct in the indictment.

6  It's just a typo.  I'm sorry, my eyes just didn't see it last

7  night if it was there.

8          THE COURT:  Right.  It's hard to understand because I

9  think these documents were moved electronically.  All right.

10  What's your proposed solution?  I'm checking the indictment

11  right now, too.  When these instructions were prepared, my

12  understanding was that the counts were taken directly from the

13  docketed superseding indictment and dropped into the jury

14  instruction.

15          MS. MCGUINN:  I'm looking at ECF-96, Your Honor, and

16  it is the letter "I."  I double and triple checked it.

17          THE COURT:  Yeah, I'm looking at the indictment right

18  now and I see "I."  I think I do.  Yeah, it says "I."

19          MS. MCGUINN:  Yeah, so it's that count as well as in

20  Count 4 on Page 38, there is also a number 1 in Count 4.

21          THE COURT:  All right.  I propose that I clear this up

22  by just making the simplest of references to those two

23  instructions and indicating that the instruction reads "1MG"

24  but in fact should read "IMG."  Wherever there is a reference

25  to a .mov and an MG, it's IMG, not 1MG.  Is that satisfactory

1  to the Government?

2          MS. MCGUINN:  That's absolutely fine.

3          THE COURT:  Without objection?

4          MR. PROCTOR:  That's correct.

5          THE COURT:  Are the jury instructions otherwise

6  acceptable?

7          MS. MCGUINN:  They're otherwise fine, Your Honor.  I'm

8  sorry I didn't see that before.

9          THE COURT:  I'm sorry that it happened altogether and

10  curious as can be about how it is electronically possible that

11  it happened.

12      But we'll here from the defense, any objections or issues

13  with respect to the instructions as actually delivered?

14          MR. PROCTOR:  We would reiterate the objections

15  from --

16          THE COURT:  I can't hear you.

17          MR. PROCTOR:  We would just reiterate the objection we

18  made last night at the Rule 30.  We have no argument.

19          THE COURT:  My recollection is that we resolved all

20  objections during the Rule 30 conference to your satisfaction.

21          MR. PROCTOR:  My recollection is there was a

22  reasonable doubt instruction that wasn't given and there was an

23  argument about a similar pattern or scheme argument that you

24  decided to give over our objection, but other than that we have

25  nothing else.

**JA822**

1          THE COURT:  All right.  Very well.  That's consistent
2     with my recollection as well.
3          MS. MCGUINN:  Yes, Your Honor.
4          THE COURT:  Very good.  Those objections to the extent
5     it's necessary are noted as renewed and overruled once again.
6     Okay.  I'll have to clear this up now.
7          Anything else, Mr. Proctor?
8          PROSPECTIVE JUROR:  No, sir.
9          THE COURT:  Thank you.
10     (Whereupon, the bench conference was concluded.)
11          THE COURT:  Ladies and gentlemen, it's been brought to
12     my attention in two of the jury instructions that I read to you
13     when I was referring to counts in the indictment, and I was
14     describing references to particular electronic content, I read
15     to you that the descriptor was "1MG" instead of "IMG."  I did
16     that in probably two or three instances and, in fact, that
17     typographical error does appear in the jury instructions.
18          My view is that this is not particularly significant, and
19     accordingly it is sufficient to simply correct it by telling
20     you that wherever in these indictments, in your instructions,
21     you see references to content that ends in ".mov," that you
22     should understand that the beginning of that reference in all
23     cases is "IMG," not as it is in two or three instances where
24     it's listed here as "1MG."  That's erroneous.  It's a
25     typographical error.  The computer seems to have read the "I"

**JA823**

1  in one setting and placed a "1" there instead.

2      Now, ladies and gentlemen, once you retire to the jury

3  room, you will need to wait before you begin the process of

4  electing your foreperson and then begin to deliberate on the

5  charges.  You have to wait until we have had the opportunity

6  through the clerk to deliver certain items to the jury room,

7  which will include some of the exhibits, a copy of the jury

8  instructions, the verdict form, and a copy of the indictment.

9      So once you retire to the jury room, do not begin your

10 deliberations, do not begin to discuss your case; instead, wait

11 until the clerk makes these deliveries to you that I've just

12 described.  And once the clerk has finished bringing these

13 items to you and once it is appropriate for you to begin the

14 process of selecting your foreperson and deliberating, the

15 clerk will tell you.  So don't start until she says to do so.

16     With that, the jury will be taken out.

17         **THE CLERK:**  All rise for the jury.

18     (Jury exits at 3:03 p.m.)

19         **THE COURT:**  Okay.  Be seated, please.  Madam Clerk, I

20 have a copy of the jury instructions for the jury so labeled.

21 I have a copy of the verdict form for the jury.  Show these to

22 counsel, please.

23     And, Madam Clerk, also a copy of the indictment.  Why

24 don't you come get that.  Show this to counsel.

25         **MR. PROCTOR:**  Your Honor, I don't know why we need the

1  forfeiture allegation to go back to the jury.  That just seems
2  confusing to me.
3          THE COURT:  Without objection we'll remove it.
4          MS. MCGUINN:  That's fine.
5          THE COURT:  Take it out.
6          MR. PROCTOR:  I don't know, then it'll go straight
7  from page 9 to page 11.  It has substitute assets.  Maybe we
8  just stop at page 9.
9          THE COURT:  Yeah, I don't know that the signature
10  pages have to go back.  So take out those pages.
11          MR. PROCTOR:  I did.
12          THE COURT:  Show it to the Government.
13          MS. MCGUINN:  That's fine.
14          THE COURT:  We've redacted the last portion of the
15  indictment by removing pages 10 and 11, forfeiture allegations,
16  substitute assets and signature pages, but all nine counts
17  still appear in the reduced version of the indictment.  That
18  will go out back.  Without objection from the Government?
19          MS. MCGUINN:  Yes, Your Honor.
20          THE COURT:  Without objection from the Defendant?
21          MR. PROCTOR:  That's correct.
22          THE COURT:  All right.  Then otherwise, Mr. Proctor,
23  are the documents that I've proposed to send back in the form
24  of the indictment, the jury instructions and the verdict form
25  all acceptable?

1          MR. PROCTOR:  Yes, sir.  Preserving all previous
2  objections.
3          THE COURT:  Yes.  And now turning to the exhibits
4  themselves.  Have counsel and the clerk had an opportunity to
5  compare notes on exhibits and to ensure that the clerk's record
6  on exhibits is in agreement with your own?
7          MS. MCGUINN:  Yes, Your Honor.  I went through the
8  list with Ms. Maldeis at the end of each day, including today,
9  and I am satisfied that the list she has and the exhibits she
10  has are correct.
11          THE COURT:  Mr. Proctor?  Mr. Nieto?
12          MR. NIETO:  Yes, Your Honor.  We had reviewed our
13  exhibits.  I had not gone through it with regards to the
14  Government, but otherwise we have no objection.
15          THE COURT:  You have every opportunity to do that now
16  before we send the exhibits back.  It's at your option.  I
17  always give counsel the opportunity to check before we send the
18  exhibits back.  Do you want to check further or are you
19  satisfied?
20          MR. NIETO:  No, I'm satisfied, Your Honor.
21          THE COURT:  Okay.  Very good.  Thank you.  Actual
22  physical exhibits?
23          THE CLERK:  They're all here.
24          THE COURT:  Okay.  Understanding that some of the
25  exhibits are in electronic form.  If the jury wants to see them

1  as we indicated in the instructions, they would ask, and we
2  would view them here in the courtroom.
3       Accordingly, the clerk is now instructed to take the copy
4  of the indictment that we agreed on, the jury instructions, the
5  verdict form, and the admitted exhibits to the jury room to
6  leave those with the jurors.  And then to advise the jurors
7  that now they may begin the process of selecting a foreperson,
8  and they may begin deliberations on the verdict.
9       Please make the delivery.
10      Hold on, what have you got in your hand?
11           THE CLERK:  Those are all of the exhibits, Your Honor.
12           THE COURT:  Those are also of the exhibits, the
13 notebooks and so forth.
14           THE CLERK:  Yes.
15           THE COURT:  Off the record.
16      (There was a discussion held off the record.)
17           THE COURT:  I just want to formally confirm that
18 counsel reviewed with the courtroom deputy clerk her record of
19 the exhibits that were admitted and were to go back to the jury
20 room.
21      I think the record is that the Government did make that
22 review and agrees exactly with the content of her list.  And
23 the defense counsel reviewed that list with respect to the
24 defense exhibits and is satisfied otherwise that her list is
25 accurate with respect to the Government's exhibits.  And,

1   accordingly, there's no objection to the clerk's record of what
2   has been received in this case, and no objection to the court's
3   determination through the clerk as to which exhibits should be
4   taken to the jury room.
5       Does the Government agree?
6           MS. MCGUINN:  Yes, Your Honor.
7           THE COURT:  Does the Defendant agree?
8           MR. NIETO:  Yes, Your Honor.
9           THE COURT:  Ms. Maldeis, have you delivered the
10  indictment, the jury instructions, the verdict form, and the
11  exhibits that were appropriate for delivery to the jury room?
12  Have you delivered all of those items to the jury room?
13          THE CLERK:  I have, Your Honor.
14          THE COURT:  And did you instruct the jury that they
15  now may begin the process of selecting their foreperson and
16  then may begin deliberations in the case.
17          THE CLERK:  I have, Your Honor.
18          THE COURT:  Thank you.
19      (Jury deliberating - 3:13 p.m.)
20          THE COURT:  We're in recess subject to call.
21  Presumably counsel shared their cell phone numbers with the
22  clerk.
23      Counsel, I'm going to ask that defense counsel stay in the
24  building, attorney's lounge, somewhere in this building.
25      Government counsel, will you be in your space on this

1   floor or are you going across the street?

2          MS. MCGUINN:  No, we'll be on this floor.

3          THE COURT:  Thank you.  So all counsel will remain in

4   the building.  Recess subject to call.

5          THE CLERK:  All rise.  This Honorable Court now stands

6   in recess.

7      (Recess at 3:13 p.m.)

8          THE COURT:  Be seated, please.

9      I've shared with counsel for both sides an affidavit

10  prepared by Courtroom Deputy Clerk Rebecca Maldeis.

11     Has the Government had an opportunity to review it?

12         MS. MCGUINN:  Yes, Your Honor.

13         THE COURT:  Do you have any issues or concerns you

14  want to raise?

15         MS. MCGUINN:  None, Your Honor.

16         THE COURT:  Has the Defendant had an opportunity to

17  review the affidavit?

18         MR. PROCTOR:  Yes, sir.

19         THE COURT:  Do you have any issues or concerns you

20  want to raise?

21         MR. PROCTOR:  No, sir.

22         THE COURT:  I received a communication from the jury

23  at 4:07 p.m.  It reads as follows:  "We've reached a verdict on

24  all nine counts."

25     Docket the note.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA829**

125

```
 1        Bring in the jury.
 2            THE CLERK:  All rise for the jury.
 3        (Jury enters at 4:36 p.m.)
 4            THE COURT:  Good afternoon, ladies and gentlemen.
 5        Madam Clerk.
 6            THE CLERK:  We are here to receive the verdict in
 7   Criminal Docket No. JKB-23-0274.  United States of America v.
 8   Christopher Kenji Bendann.
 9        Members of the jury, will you please answer when I call
10   your juror number.
11        Juror No. 1.
12            JUROR NO. 1:  Here.
13            THE CLERK:  Juror No. 2.
14            JUROR NO. 2:  Here.
15            THE CLERK:  Juror No. 3.
16            JUROR NO. 3:  Here.
17            THE CLERK:  Juror No. 4.
18            JUROR NO. 4:  Here.
19            THE CLERK:  Juror No. 5.
20            JUROR NO. 5:  Here.
21            THE CLERK:  Juror No. 6.
22            JUROR NO. 6:  Here.
23            THE CLERK:  Juror No. 7.
24            JUROR NO. 7:  Here.
25            THE CLERK:  Juror No. 8.
```

**JA830**

```
 1              JUROR NO. 8:  Here.

 2          THE CLERK:  Juror No. 9.

 3              JUROR NO. 9:  Here.

 4          THE CLERK:  Juror No. 10.

 5              JUROR NO. 10:  Here.

 6          THE CLERK:  Juror No. 11.

 7              JUROR NO. 11:  Here.

 8          THE CLERK:  Juror No. 12.

 9              JUROR NO. 12:  Here.

10          THE CLERK:  Members of the jury, have you agreed upon

11  your verdict.

12      (Jurors - "We have.")

13          THE COURT:  Who shall speak for you?

14      (Jurors - "Our foreperson.")

15          THE CLERK:  Will the foreperson please rise.

16      Has the verdict form which was submitted to the jury been

17  answered, signed, and dated by you?

18          THE FOREPERSON:  Yes.

19          THE COURT:  You may be seated, ma'am.

20      The verdict form has been passed from the foreperson of

21  the jury to me.

22      The verdict form has been signed and dated by the

23  foreperson.

24      Mr. Bendann and Counsel, please rise.

25      In the United States District Court for the District of
```

**JA831**

1  Maryland, The United States of America v. Christopher Kenji

2  Bendann, Defendant, Case Number JKB-23-278.  Verdict.

3      One:  How do you find the Defendant Christopher Kenji

4  Bendann as to Count 1, sexual exploitation of a child on or

5  about September 16, 2017?

6      Answer:  Guilty.

7      Two:  How do you find the Defendant Christopher Kenji

8  Bendann as to Count 2, sexual exploitation of a child on or

9  about June 21, 2018?

10     Answer:  Guilty.

11     Question three:  How do you find Defendant Christopher

12 Kenji Bendann as to Count 3, sexual exploitation of a child on

13 or about August 26th, 2018?

14     Answer:  Guilty.

15     Question four:  How do you find Defendant Christopher

16 Kenji Bendann as to Count 4, sexual exploitation of a child on

17 or about January 2, 2019?

18     Answer:  Guilty.

19     Question five:  How do you find the Defendant Christopher

20 Kenji Bendann as to Count 5, sexual exploitation of a child on

21 or about February 9, 2019?

22     Answer:  Guilty.

23     Question 6:  How do you find the Defendant Christopher

24 Kenji Bendann as to Count 6, possession of child pornography,

25 iCloud account, on or about September 1, 2017, through on or

**JA832**

1  about January 23, 2023?

2      Answer:  Guilty.

3      Question seven:  How do you find the Defendant Christopher

4  Kenji Bendann as to Count 7, possession of child pornography,

5  Dell Inspiron laptop, on or about February 3, 2023?

6      Answer:  Guilty.

7      Question eight:  How do you find the Defendant Christopher

8  Kenji Bendann as to Count 8, possession of child pornography,

9  Sony Vaio laptop, on or about February 3, 2023?

10      Answer:  Guilty.

11      Question nine:  How do you find the Defendant Christopher

12  Kenji Bendann as to Count 9, cyberstalking, from May 2022

13  through December 2022?

14      Answer:  Guilty.

15      I will poll the jury.

16      Juror No. 1, were these and are these your verdicts?

17          **JUROR NO. 1:**  Yes, sir.

18          **THE COURT:**  Juror No. 2, were these and are these your

19  verdicts?

20          **JUROR NO. 2:**  Yes, sir.

21          **THE COURT:**  Madam foreperson, were these and are these

22  your verdicts?

23          **MADAM FOREPERSON:**  Yes, Your Honor.

24          **THE COURT:**  Juror No. 4, were there and are these your

25  verdicts?

```
 1              JUROR NO. 4:  Yes, sir.
 2              THE COURT:  Juror No. 5, were these and are these your
 3  verdicts?
 4              JUROR NO. 5:  Yes, sir.
 5              THE COURT:  Juror No. 6, were these and are these your
 6  verdicts?
 7              JUROR NO. 6:  Yes, sir.
 8              THE COURT:  Juror No. 7, were these and are these your
 9  verdicts?
10              JUROR NO. 7:  Yes, sir.
11              THE COURT:  Juror No. 8, were these and are these your
12  verdicts?
13              JUROR NO. 8:  Yes, Your Honor.
14              THE COURT:  Juror No. 9, were these and are these your
15  verdicts?
16              JUROR NO. 9:  Yes, sir.
17              THE COURT:  Juror No. 10, were these and are these
18  your verdicts?
19              JUROR NO. 10:  Yes, Your Honor.
20              THE COURT:  Juror No. 11, were these and are these
21  your verdicts?
22              JUROR NO. 11:  Yes, Your Honor.
23              THE COURT:  Juror No. 12, were these and are these
24  your verdicts?
25              JUROR NO. 12:  Yes, Your Honor.
```

1              THE COURT:  Thank you.

2          Madam Clerk.  Harken the jury.

3              THE CLERK:  Members of the jury, you have heard the

4   verdicts and answers thereto as delivered by your foreperson

5   and they have been recorded and each of you do agree?  If so,

6   please answer "We do."

7          (All jurors - "We do.")

8              THE CLERK:  Verdict recorded.

9              THE COURT:  Verdict recorded.

10         Ladies and gentlemen, this concludes your service as

11  jurors on this case.  Your community through me thanks you for

12  your service.

13         There is a rule that operates in this district which

14  forbids lawyers from contacting jurors after they have

15  delivered a verdict.  Accordingly, you will not be contacted by

16  any of the lawyers in this case.  The other restrictions that I

17  placed on you at the start of this trial are now vacated.

18  You're free to speak to anyone, or no one, about this as you

19  choose.  There's no longer any court-imposed restriction with

20  respect to this.

21         Also, the restrictions about otherwise inquiring into the

22  matter and so forth, all of those limitations that I've been

23  reciting to you at every break, those are all now vacated and

24  no longer in effect.

25         In a few moments, I will come to the jury room and greet

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

1  you informally and more informally thank you for your service

2  on this case.  You're not required to wait for me to arrive,

3  it'll take about five minutes or so, but I am eager to speak

4  with you, make sure that there aren't things that we can do in

5  our jury trials that make it easier for jurors to serve and so

6  forth.  Those would be the sorts of topics that I will cover

7  with you.  And I look forward to our conversation.

8       The jury has been discharged.  Take the jury out.

9            THE CLERK:  All rise for the jury.

10  (Jury exits at 4:44 p.m.)

11            THE COURT:  Publish the verdict to counsel.

12  Be seated, please.

13  Docket the verdict.

14       Post-trial motions will be due in 14 days.

15       The Defendant was previously ordered released on

16  conditions.  He was unable to satisfy those conditions.

17  Technically a release order remains in effect.

18       Government's position with respect to that release order?

19            MS. MCGUINN:  Your Honor, the Government would ask to

20  revoke his release conditions at this time.

21            MR. PROCTOR:  We'll defer to the court.

22            THE COURT:  The prior release order that was entered

23  but never complied with is revoked.  The Defendant is ordered

24  detained.  There will be a written order prepared after the

25  proceeding.

1          Off the record.

2          (Off the record.)

3              THE COURT:  The Government will arrange a conference

4    call with defense counsel and chambers tomorrow for the purpose

5    of scheduling sentencing.

6          Anything else that we can productively address today?

7              MS. MCGUINN:  So I make sure I understand, schedule

8    the conference call for tomorrow to then schedule sentencing?

9              THE COURT:  Yes.

10             MS. MCGUINN:  The call is tomorrow.

11             THE COURT:  Call chambers on a conference call with

12   defense counsel on the line, confer with my chambers' staff.

13             MS. MCGUINN:  Yes.

14             THE COURT:  And in that conference a sentencing date

15   will be set.

16             MS. MCGUINN:  Yes, Your Honor.

17             THE COURT:  And then an order will be entered tomorrow

18   noting when the sentencing is to occur.

19         Is there anything else from the Government?

20             MS. MCGUINN:  Nothing else from the Government, Your

21   Honor.

22             THE COURT:  Is there anything else from the Defendant?

23             MR. NIETO:  No, Your Honor.

24             THE COURT:  The Defendant is remanded.  Everyone else,

25   please stay in position.  The marshals will take the Defendant

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA837**

1  out.

2       (Defendants exits.)

3         **THE COURT:**  The sequence this afternoon will be,

4  gentlemen, we'll clear the gallery first, I'll hold the jurors.

5  So clear the gallery as soon as we adjourn court.

6       Court is adjourned.

7         **THE CLERK:**  All rise.  This Honorable Court now stands

8  adjourned.

9       (Court adjourned at 4:48 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA838**

```
 1                  CERTIFICATE OF OFFICIAL REPORTER

 2

 3

 4      I, Ronda J. Thomas, Registered Merit Reporter, Certified

 5   Realtime Reporter, in and for the United States District Court

 6   for the District of Maryland, do hereby certify, pursuant to 28

 7   U.S.C. § 753, that the foregoing is a true and correct

 8   transcript of the stenographically-reported proceedings held in

 9   the above-entitled matter and the transcript page format is in

10   conformance with the regulations of the Judicial Conference of

11   the United States.

12

13                       Dated this 17th day of February 2024.

14

15                         _____
                                 Ronda J. Thomas
16                         Ronda J. Thomas, RMR, CRR
                           Federal Official Reporter
17

18

19

20

21

22

23

24

25
```

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA839**

JUROR NO. 10: **[2]** 126/5 129/19
JUROR NO. 11: **[2]** 126/7 129/22
JUROR NO. 12: **[2]** 126/9 129/25
JUROR NO. 1: **[2]** 125/12 128/17
JUROR NO. 2: **[2]** 125/14 128/20
JUROR NO. 3: **[1]** 125/16
JUROR NO. 4: **[2]** 125/18 129/1
JUROR NO. 5: **[2]** 125/20 129/4
JUROR NO. 6: **[2]** 125/22 129/7
JUROR NO. 7: **[2]** 125/24 129/10
JUROR NO. 8: **[2]** 126/1 129/13
JUROR NO. 9: **[2]** 126/3 129/16
LAW CLERK: **[1]** 5/3
MR. NIETO: **[13]** 3/6 3/8 7/8 31/3 31/8 39/11 39/18 39/20 68/17 121/12 121/20 123/8 132/23
MR. PROCTOR: **[20]** 4/8 4/10 4/14 5/18 6/3 6/6 38/21 39/9 117/4 117/14 117/17 117/19 119/25 120/6 120/11 120/21 121/1 124/18 124/21 131/21

MS. HAGAN: **[7]** 4/1 4/4 6/13 7/24 8/1 32/6 32/9
MS. MCGUINN: **[31]** 3/17 3/22 5/17 6/2 39/4 59/12 59/14 62/5 68/15 115/17 115/25 116/4 116/15 116/19 117/2 117/7 118/3 120/4 120/13 120/19 121/7 123/6 124/2 124/12 124/15 131/19 132/7 132/10 132/13 132/16 132/20
PROSPECTIVE JUROR: **[1]** 118/8
THE CLERK: **[35]** 6/21 38/3 38/6 39/13 68/8 68/11 68/19 114/2 114/6 119/17 121/23 122/11 122/14 123/13 123/17 124/5 125/2 125/6 125/13 125/15 125/17 125/19 125/21 125/23 125/25 126/2 126/4 126/6 126/8 126/10 126/15 130/3 130/8 131/9 133/7
THE COURT REPORTER: **[1]** 4/7
THE COURT: **[112]** 3/2 3/10 3/14 3/19 3/24 4/2 4/5 4/9 4/12 4/16 5/1 5/6 5/20 6/4 6/7 6/14 6/23 7/1 7/9 7/25 31/4 31/7 31/11 32/8

37/16 38/5 38/9 38/23 39/5 39/10 39/12 39/15 39/19 59/10 59/13 62/4 67/13 68/10 68/14 68/16 68/18 68/21 114/7 115/12 115/15 115/23 116/3 116/8 116/17 116/21 117/3 117/5 117/9 117/16 117/19 118/1 118/4 118/9 118/11 119/19 120/3 120/5 120/9 120/12 120/14 120/20 120/22 121/3 121/11 121/15 121/21 121/24 122/12 122/15 122/17 123/7 123/9 123/14 123/18 123/20 124/3 124/8 124/13 124/16 124/19 124/22 125/4 126/13 126/19 128/18 128/21 128/24 129/2 129/5 129/8 129/11 129/14 129/17 129/20 129/23 130/1 130/9 131/11 131/22 132/3 132/9 132/11 132/14 132/17 132/22 132/24 133/3
THE FOREPERSON: **[1]** 126/18

$

**$350 [2]** 28/4 28/16

'

**'22 [1]** 104/18
**'s [12]** 19/3 19/24 20/10

21/25 33/22 33/25 34/14 35/7 36/7 42/21 50/12 64/6

.

**.mov [2]** 116/25 118/21

0

**0274 [1]** 125/7

1

**10 [6]** 12/8 52/6 52/8 120/15 126/4 129/17
**100 percent [2]** 45/14 53/23
**105474467 [6]** 89/5 89/22 90/15 91/8 92/2 98/13
**10:00 at [1]** 62/14
**10:00 or [1]** 11/24
**10:04 [1]** 5/5
**10:08 [1]** 6/22
**10:30 at [1]** 11/24
**10:54 a.m [2]** 30/7 30/8
**11 [9]** 13/19 15/19 23/7 23/8 23/11 120/7 120/15 126/6 129/20
**11:00 a.m [1]** 30/11
**11:24 [1]** 38/4
**11:25 [1]** 38/8
**11:43 [1]** 38/8
**11:45 [1]** 39/14
**11th [2]** 15/9 15/10
**12 [5]** 56/10 113/8 113/22 126/8 129/23
**122 [1]** 62/10
**123 [1]** 2/8
**125 [1]** 2/9
**12:38 [1]** 68/9
**12:39 [1]**

68/13
**14 [5]** 11/14 42/18 44/20 62/8 131/14
**14th [1]** 30/22
**15 [8]** 11/14 42/18 44/20 46/10 61/15 62/8 63/2 99/2
**15th [2]** 12/23 63/6
**16 [7]** 12/24 14/12 22/25 63/9 88/15 110/23 127/5
**16th [2]** 22/21 60/21
**17 [4]** 5/12 5/15 14/12 27/3
**17th [1]** 134/12
**18 [43]** 23/19 24/8 25/5 25/8 25/14 29/20 40/9 41/7 42/6 42/9 42/9 42/19 42/19 47/1 47/11 47/16 50/20 51/19 64/3 64/5 64/15 64/18 64/19 65/25 66/1 88/2 88/4 88/6 88/19 89/11 90/3 90/21 91/15 92/5 93/12 93/15 98/6 98/20 99/10 99/21 103/10 103/15 105/6
**18th [2]** 50/12 60/21
**19 [1]** 42/6
**19th [1]** 47/6
**1:25 [1]** 68/10
**1:25 p.m [1]** 68/6
**1:33 [2]** 68/13 68/20
**1B4 [1]** 25/1
**1MG [4]** 116/23 116/25 118/15 118/24

135

**JA840**

**1**

**1MG6966 [1]**
116/1
**1MG6967.mov [1]**
89/19
**1MG6969.mov [1]**
91/5
**1st [1]**   28/13

**2**

**20 [2]**   46/12
56/24
**2001 [1]**   64/14
**2015 [1]**   62/10
**2016 [1]**   14/11
**2017 [15]**
12/23 14/11
22/21 22/25
51/1 51/21
52/25 60/21
63/6 64/1
88/15 98/2
110/23 127/5
127/25
**2017/2016 [1]**
14/11
**2018 [16]**
14/11 24/19
26/19 26/21
27/2 47/17
47/22 51/1
51/21 53/1
53/2 89/8
89/24 111/3
127/9 127/13
**2019 [25]**   28/5
28/6 28/18
29/19 47/4
51/4 51/22
53/4 53/6
53/13 64/15
65/4 65/7
65/16 65/25
66/4 66/4
66/18 66/19
67/2 67/2
90/18 91/12
127/17 127/21
**2020 [10]**
23/11 51/17
51/19 52/5
52/6 52/9
64/13 64/19
64/20 64/25
**2022 [18]**   8/10

17/20 17/21
21/5 25/16
30/20 30/22
30/22 33/15
33/16 47/6
50/16 52/9
56/18 65/13
104/18 128/12
128/13
**2023 [12]**
12/17 13/18
15/21 35/1
52/4 52/5 98/3
98/17 99/7
128/1 128/5
128/9
**2024 [2]**   1/12
134/12
**2025 [1]**   2/2
**20th [7]**   29/20
47/4 64/14
64/15 66/4
66/18 67/2
**21 [5]**   47/7
47/11 89/8
111/3 127/9
**213 [1]**   62/16
**216 [1]**   62/18
**21st [1]**   24/19
**22 [1]**   38/19
**221 [2]**   17/23
17/23
**222 [3]**   17/23
17/24 62/20
**2251 [2]**   88/3
92/4
**2252 [2]**   88/5
99/21
**2256 [8]**   88/19
89/11 90/3
90/22 91/16
98/6 98/20
99/10
**2261 [2]**   88/7
105/6
**228 [1]**   65/3
**23 [2]**   98/3
128/1
**23-cr-0278-JKB
[1]**   1/5
**23rd [1]**   23/11
**24 [1]**   1/12
**240 [1]**   62/21
**24th [3]**   26/22
52/5 52/6
**25th [1]**   26/22

**26 [3]**   26/18
26/21 89/24
**26th [4]**   26/23
27/2 28/8
127/13
**278 [2]**   110/17
127/2
**28 [2]**   2/2
134/6
**28th [1]**   28/12
**29 [3]**   4/15
4/16 48/17
**295 [1]**   62/22
**296 [1]**   62/22
**29th [1]**   28/12
**2:55 [1]**
115/11
**2nd [5]**   28/4
28/6 28/8
28/13 28/18

**3**

**30 [4]**   5/6
16/8 117/18
117/20
**30,000 [1]**
56/24
**30th [1]**   28/12
**3109183 [1]**
99/17
**31st [1]**   28/13
**35 [2]**   6/15
38/12
**37 [3]**   115/18
115/25 116/4
**38 [2]**   115/19
116/20
**39 [2]**   2/5
38/14
**3:03 [1]**
119/18
**3:13 [2]**
123/19 124/7
**3rd [1]**   64/1

**4**

**45 [1]**   68/5
**4:07 p.m [1]**
124/23
**4:36 [1]**   125/3
**4:44 [1]**
131/10
**4:48 [1]**   133/9

**5**

**56 [1]**   62/13

**59 [1]**   2/6

**6**

**60s [1]**   53/3
**67 [1]**   53/2
**68 [2]**   2/7
53/2
**6965 [1]**   53/1
**6966 [1]**   53/1
**6969 [1]**   53/5
**6976 [1]**   53/7

**7**

**700 [2]**   17/24
20/16
**74 [1]**   53/4
**75 [1]**   53/4
**753 [1]**   134/7
**7th [3]**   21/5
21/7 30/22

**8**

**8th [2]**   66/19
67/2

**9**

**90 [1]**   28/11
**91 [1]**   65/16
**96 [1]**   116/15
**9:45 [2]**   1/12
3/1
**9:49 [1]**   5/5
**9th [1]**   29/19

**A**

**a.m [12]**   1/12
3/1 5/5 5/5
6/22 30/7 30/8
30/11 38/4
38/8 38/8
39/14
**ability [2]**
80/18 106/25
**able [4]**   10/24
27/20 44/10
51/9
**about [94]**
6/18 9/25
11/17 12/8
13/12 13/16
14/9 15/18
20/4 20/5 21/2
31/17 34/23
35/10 35/11
35/19 40/2
41/1 42/9 43/7
44/15 44/21

44/23 45/2
45/19 45/20
46/9 46/10
47/14 48/6
48/14 48/18
49/17 51/23
51/23 52/22
53/25 54/14
54/25 55/1
56/2 57/20
57/24 59/15
60/17 61/17
61/22 61/23
61/24 63/1
63/21 63/24
64/3 67/7
69/13 70/19
70/25 72/17
73/23 76/24
80/4 80/17
81/21 81/22
84/19 88/15
89/7 89/24
90/17 91/11
98/16 99/6
110/1 110/23
111/3 112/17
112/20 112/24
113/20 114/25
117/10 117/23
127/5 127/9
127/13 127/17
127/21 127/25
128/1 128/5
128/9 130/18
130/21 131/3
**above [1]**
134/9
**above-entitled
[1]**   134/9
**abroad [1]**
8/11
**absence [1]**
87/16
**absent [1]**
114/15
**absolutely [4]**
51/4 53/25
65/8 117/2
**abstract [1]**
49/6
**abundantly [1]**
57/25
**abuse [9]**
42/13 42/17
42/20 45/13

**A**

**abuse... [5]**
45/24 46/19
54/25 58/1
94/25
**abused [5]**
36/8 57/11
57/17 57/18
60/3
**academic [1]**
42/25
**academically
[2]** 43/11
43/24
**accept [4]**
20/25 81/10
81/15 82/10
**acceptable [8]**
5/15 5/18 6/1
6/4 39/3 39/7
117/6 120/25
**accepts [1]**
40/5
**access [6]**
18/22 62/18
62/19 106/19
106/20 106/21
**accessed [3]**
100/12 101/1
101/24
**accesses [1]**
99/23
**accessing [1]**
100/9
**accident [5]**
75/24 85/5
86/4 102/1
103/20
**accompany [1]**
5/24
**accordance [1]**
111/15
**accorded [1]**
70/12
**according [9]**
11/24 12/2
12/18 22/20
28/17 29/18
53/5 64/17
66/2
**accordingly
[11]** 4/22 7/3
51/5 75/13
86/18 87/2
114/18 118/19

122/3 123/1
130/15
**account [17]**
16/7 16/9
19/20 19/23
19/25 23/6
24/21 32/25
33/4 80/14
89/5 89/21
90/14 91/8
92/2 98/12
127/25
**accounts [1]**
51/13
**accurate [4]**
28/24 30/11
80/14 122/25
**accurately [1]**
80/6
**accusation [3]**
40/2 74/4 74/7
**accusations [3]**
41/4 41/4
46/15
**acknowledge [2]**
41/24 50/5
**acknowledgeable
[1]** 81/25
**acknowledged
[1]** 48/18
**acquit [1]**
74/23
**acronym [1]**
56/8
**across [5]**
60/15 96/25
103/1 112/12
124/1
**act [13]** 75/13
75/14 75/18
76/3 84/21
85/17 86/9
86/23 86/24
86/25 101/24
103/18 107/20
**acted [12]**
56/14 75/23
85/3 85/6 85/9
85/14 85/16
85/23 85/25
86/1 94/2
94/17
**actions [5]**
21/10 40/16
56/19 58/5
86/21

**active [1]**
42/22
**activities [1]**
97/18
**activity [3]**
22/5 95/15
95/20
**acts [18]**
75/20 75/21
75/23 76/1
76/4 76/11
84/19 85/3
85/4 86/2
86/13 86/24
87/4 87/4
93/12 107/12
107/15 107/25
**actual [18]**
27/14 28/5
28/14 29/8
29/11 53/18
85/12 94/22
100/22 101/8
101/11 103/14
103/24 104/4
113/7 114/13
115/24 121/21
**actually [25]**
18/10 20/13
27/16 32/13
38/18 45/21
54/3 56/2 56/5
88/24 89/17
90/9 91/2
91/21 92/18
94/21 96/7
97/3 97/11
97/21 102/14
106/10 106/14
106/17 117/13
**ad [1]** 48/5
**add [2]** 8/7
65/1
**addition [3]**
21/24 55/15
73/8
**additional [3]**
7/12 33/11
34/8
**address [1]**
132/6
**adjective [2]**
56/14 56/14
**adjourn [1]**
133/5
**adjourned [3]**

133/6 133/8
133/9
**adjusting [1]**
43/24
**admissibility
[1]** 73/3
**admissible [1]**
72/23
**admit [1]** 73/7
**admitted [4]**
72/3 75/18
122/5 122/19
**admonish [1]**
32/2
**adopts [1]**
4/17
**adult [7]**
24/10 25/4
25/16 30/24
58/2 65/22
65/23
**adverse [1]**
82/24
**advise [2]**
6/18 122/6
**advised [1]**
83/23
**advisee [1]**
67/6
**advisor [3]**
9/3 10/17
41/10
**affairs [1]**
109/2
**affect [1]**
80/9
**affected [1]**
55/4
**affecting [23]**
89/1 90/11
91/4 91/23
92/14 92/17
92/20 96/7
96/10 97/4
97/15 97/20
98/10 98/22
98/25 99/12
99/15 100/3
100/6 100/14
100/16 102/4
102/6
**affidavit [2]**
124/9 124/17
**affluent [2]**
10/5 57/19
**after [26]**

15/21 16/8
20/22 34/25
35/13 40/3
40/10 40/25
41/8 42/9
50/16 50/16
53/13 74/25
81/9 81/13
86/25 109/7
109/14 110/8
110/25 112/3
112/13 113/17
130/14 131/24
**afternoon [4]**
68/21 77/7
125/4 133/3
**afterwards [1]**
58/7
**again [59]**
9/13 14/1 16/2
16/12 22/10
22/11 23/2
24/12 24/22
24/24 24/24
25/1 25/2
25/22 26/3
27/6 27/15
28/17 28/18
28/20 28/23
29/16 29/21
32/19 33/6
33/14 33/21
36/14 39/21
40/12 41/1
41/5 41/17
42/14 42/15
43/1 43/11
43/14 45/22
46/8 46/9
46/19 49/10
50/2 50/24
52/15 53/4
54/7 54/10
57/10 58/7
62/18 62/24
63/14 64/22
79/5 84/3
111/3 118/5
**against [10]**
9/1 21/11
30/14 37/10
56/20 73/2
74/17 82/24
83/1 84/14
**age [12]** 21/25
42/6 44/20

**JA842**

# A

**age... [9]**
47/22 50/20
70/21 93/3
95/17 103/10
103/12 103/15
104/4
**aged [1]**  56/17
**agenda [1]**
10/9
**agent [16]**
1/19 12/18
24/1 30/9
30/19 50/2
50/5 51/8
51/24 52/2
52/3 60/15
60/19 61/2
61/11 61/18
**agents [3]**
16/5 16/10
51/11
**ages [2]**  42/17
47/12
**ago [4]**  41/1
53/17 56/18
62/24
**agree [6]**
41/20 41/21
42/10 123/5
123/7 130/5
**agreed [6]**
72/12 111/18
111/20 112/6
122/4 126/10
**agreement [6]**
72/11 109/4
111/14 111/16
113/14 121/6
**agrees [1]**
122/22
**ahead [1]**  4/23
**aid [1]**  83/20
**aided [1]**  1/24
**aimed [1]**
43/22
**all [132]**  4/18
4/19 5/3 6/21
8/13 10/8
10/15 15/3
15/25 16/23
20/5 21/2
21/13 23/17
23/24 23/25
24/4 24/4

24/19 24/19
24/20 24/23
24/24 27/9
27/17 30/14
31/21 34/17
34/17 35/14
37/22 38/3
38/6 39/13
40/14 41/11
41/11 42/10
43/7 46/1
47/17 48/7
48/25 49/19
50/6 50/15
51/2 52/18
53/13 53/14
53/19 54/19
54/24 56/10
58/12 59/4
59/22 60/14
60/15 60/24
61/13 62/10
63/2 64/5
65/12 65/18
65/22 65/23
66/1 66/9 66/9
67/25 68/8
68/11 68/19
70/15 70/21
73/1 75/1
77/19 78/5
79/16 81/9
81/13 81/15
82/5 82/9 83/8
83/11 84/6
85/7 86/9
87/20 94/5
95/24 103/12
107/25 109/14
110/2 111/5
111/12 111/25
112/9 113/1
113/8 113/10
113/14 113/16
113/22 115/20
116/9 116/21
117/19 118/1
118/22 119/17
120/16 120/22
120/25 121/1
121/23 122/11
123/12 124/3
124/5 124/24
125/2 130/7
130/22 130/23
131/9 133/7

**allegation [3]**
35/2 45/24
120/1
**allegations [3]**
15/22 55/11
120/15
**alleged [7]**
75/13 84/12
84/23 84/24
87/23 93/2
93/13
**allegedly [1]**
42/20
**alleges [7]**
42/17 47/16
48/2 96/16
97/2 102/18
106/10
**alleging [1]**
47/23
**allow [3]**
37/18 67/22
70/24
**allowed [1]**
82/11
**alluded [1]**
8/21
**almost [2]**
51/19 107/17
**alone [9]**
11/16 13/22
69/10 71/8
74/23 78/18
83/24 101/17
111/10
**along [1]**
41/11
**already [5]**
4/12 42/8
50/17 51/18
53/17
**also [29]**  1/19
9/8 13/3 14/3
19/23 23/1
23/6 23/12
24/24 27/7
28/21 29/25
35/11 36/1
37/1 42/21
49/25 57/4
72/24 76/4
77/12 79/11
80/7 97/2
101/16 116/20
119/23 122/12
130/21

**altered [1]**
61/4
**alternate [7]**
7/2 114/7
114/8 114/8
114/10 114/16
114/20
**alternates [2]**
115/10 115/11
**although [3]**
30/18 74/6
95/18
**altogether [1]**
117/9
**alum [2]**  45/8
57/9
**always [9]**
19/8 20/18
25/17 33/17
42/3 81/1
84/15 110/6
121/17
**am [5]**  32/4
42/16 57/15
121/9 131/3
**amended [2]**
5/11 5/21
**AMERICA [5]**
1/3 70/11
110/15 125/7
127/1
**among [6]**  9/4
14/15 37/18
60/17 67/22
72/11
**amongst [2]**
54/5 59/6
**anal [1]**  94/24
**analyzing [1]**
73/20
**ancient [1]**
112/5
**angles [1]**
18/16
**angry [5]**
18/16 19/7
57/25 58/9
59/24
**animus [1]**
55/15
**announce [2]**
113/9 113/19
**announced [2]**
111/23 112/3
**anonymous [2]**
45/5 52/7

**another [22]**
13/9 23/5
24/13 25/6
25/17 26/8
44/9 55/12
78/13 78/17
80/16 96/14
96/14 96/19
97/6 101/23
102/10 102/16
102/17 102/21
104/20 109/3
**answer [11]**
125/9 127/6
127/10 127/14
127/18 127/22
128/2 128/6
128/10 128/14
130/6
**answered [3]**
36/12 111/12
126/17
**answers [3]**
72/9 72/20
130/4
**any [141]**
**anybody [2]**
11/2 46/20
**anymore [2]**
49/14 53/3
**anyone [16]**
37/18 42/12
45/6 51/3
53/24 54/3
54/8 54/12
57/16 67/21
110/7 112/17
112/19 113/4
114/23 130/18
**anything [24]**
15/24 20/20
21/6 37/24
42/15 44/21
44/24 45/19
46/2 52/8
52/14 54/16
57/21 58/10
58/11 61/17
62/7 68/3
69/25 72/14
118/7 132/6
132/19 132/22
**anywhere [2]**
47/24 48/3
**AP [1]**  43/12
**apart [1]**  21/9

138

**JA843**

**A**

**apologize [1]**
65/9
**appear [6]**
80/3 83/9 84/7
95/14 118/17
120/17
**appearance [2]**
47/11 47/14
**APPEARANCES [1]**
1/14
**appeared [2]**
36/10 84/2
**appears [2]**
83/18 83/25
**Apple [6]** 16/3
16/6 49/9
49/12 49/12
60/16
**applicable [2]**
68/23 87/20
**applies [1]**
69/2
**apply [3]**
46/14 69/4
82/6
**appreciate [3]**
34/6 40/14
59/2
**approach [2]**
38/24 38/25
**appropriate [7]**
40/22 56/21
58/10 58/23
59/6 119/13
123/11
**approved [1]**
5/7
**approximately
[1]** 64/19
**April [4]** 65/4
65/7 66/19
67/2
**April 2019 [2]**
65/4 65/7
**April 8th [2]**
66/19 67/2
**are [132]** 5/20
6/10 6/11 8/2
8/2 16/23
16/25 20/14
21/13 21/16
22/11 23/25
24/2 24/3
24/16 27/3

27/20 28/25
30/12 30/23
30/25 31/1
31/18 32/11
32/21 33/1
33/23 35/20
35/21 37/23
39/3 39/7
39/10 39/23
40/2 40/17
44/4 49/11
49/18 53/20
54/2 54/8
56/13 58/13
59/5 59/21
60/12 61/20
61/21 61/25
65/13 66/16
68/14 68/25
69/6 69/19
69/19 70/4
70/21 71/3
71/21 72/7
72/9 72/9
72/19 72/20
73/10 73/12
73/12 73/13
73/15 73/19
73/20 74/3
74/19 74/24
75/7 76/20
77/9 78/14
78/22 79/1
79/2 79/10
81/21 83/6
84/3 85/13
86/18 87/2
87/19 87/23
106/22 108/17
109/16 109/17
110/3 110/6
110/17 110/18
110/19 111/25
112/22 112/25
113/1 113/3
114/13 114/20
117/5 118/5
120/23 121/10
121/18 121/25
122/11 122/12
124/1 125/6
128/16 128/18
128/21 128/24
129/2 129/5
129/8 129/11
129/14 129/17

129/20 129/23
130/17 130/23
**area [7]** 23/16
32/17 95/1
95/5 95/7
95/12 95/13
**areas [1]**
31/21
**aren't [3]**
44/9 60/4
131/4
**arguably [1]**
31/17
**argue [2]**
25/20 28/25
**argues [1]**
31/24
**argument [16]**
2/4 2/5 2/6
3/15 6/12 7/16
7/16 7/18 7/22
30/23 32/3
39/17 41/4
117/18 117/23
117/23
**arguments [7]**
5/2 7/15 49/11
67/14 71/21
78/7 109/15
**around [4]**
10/19 24/14
56/13 113/9
**arrange [1]**
132/3
**arrive [2]**
71/12 131/2
**article [2]**
37/19 67/23
**articles [2]**
37/20 67/24
**as [207]**
**aside [1]**
41/13
**ask [12]** 15/10
18/25 35/20
37/11 71/4
72/24 81/1
112/6 112/8
122/1 123/23
131/19
**asked [15]** 7/5
14/2 14/19
15/17 30/10
34/23 36/4
36/19 36/22
37/1 57/2 73/4

73/5 77/15
78/7
**asking [4]**
20/3 31/9
62/13 62/15
**asks [2]** 78/16
78/17
**aspect [1]**
55/13
**assembled [1]**
113/9
**assets [2]**
120/7 120/16
**assigned [4]**
10/17 10/20
73/25 110/18
**assist [3]**
45/7 82/1
83/21
**assistance [1]**
73/20
**assistant [1]**
51/24
**associated [10]**
19/25 49/7
89/5 89/22
90/14 91/8
92/2 95/15
98/12 112/18
**assume [3]**
77/6 77/8
77/15
**astutely [1]**
49/1
**athletically
[1]** 43/24
**atrocious [1]**
65/8
**attach [1]**
82/22
**attacked [1]**
34/23
**attempt [2]**
55/13 109/24
**attempted [7]**
26/9 88/16
89/9 90/1
90/19 91/13
104/23
**attempts [2]**
92/22 105/13
**attend [2]**
10/1 87/3
**attended [1]**
56/9
**attending [1]**

57/13
**attention [11]**
15/9 34/7 43/3
43/16 44/15
48/6 54/9
68/22 84/18
114/12 118/12
**attire [1]**
95/16
**attitude [1]**
70/5
**attorney [5]**
69/7 72/21
72/23 73/2
73/3
**attorney's [1]**
123/24
**attorneys [3]**
51/25 72/24
78/6
**attract [1]**
95/4
**audience [1]**
60/5
**audio [1]**
83/18
**AUGUST [7]**
1/12 2/2 26/18
26/21 27/2
89/24 127/13
**August 26 [3]**
26/18 26/21
89/24
**August 26th [2]**
27/2 127/13
**available [4]**
11/2 72/4
86/19 107/18
**Avenue [1]**
26/16
**avoid [4]**
18/13 37/22
67/25 73/10
**avoidance [1]**
85/13
**aware [2]**
15/22 104/11
**awareness [3]**
103/22 104/5
104/10
**away [7]** 10/23
10/23 16/8
30/5 44/14
55/13 113/11
**awful [1]**
65/12

139

**JA844**

**A**

awkward [1]
55/17

**B**

back [26]    5/25
8/6 11/5 13/9
18/6 21/13
25/15 28/22
33/13 34/9
41/5 42/4
43/21 45/17
54/1 54/9 60/6
60/25 63/12
120/1 120/10
120/18 120/23
121/16 121/18
122/19
background [1]
12/8
backup [12]
13/3 13/5 13/7
13/11 23/7
23/8 23/10
23/10 23/23
27/7 30/1
60/24
backups [1]
49/18
backwards [2]
53/5 62/1
bad [5]    9/25
56/16 75/17
76/18 85/19
bag [2]    63/13
63/15
Baltimore [1]
15/16
banking [1]
40/20
bar [1]    70/16
barely [1]
31/25
base [1]    69/16
based [13]
20/12 21/16
32/1 34/13
44/22 53/7
73/12 73/15
73/18 79/5
83/25 98/12
107/23
basement [1]
23/15
basing [1]

49/11
basis [9]
13/13 23/19
25/19 27/4
31/18 71/10
77/21 78/8
78/13
Bateman's [1]
11/2
bathroom [4]
26/11 26/17
27/19 27/19
be [148]
Bear [1]    110/6
bearing [2]
81/13 87/17
became [3]
14/8 67/6
114/14
because [82]
7/20 9/4 10/5
12/1 14/16
14/21 15/1
16/4 16/9 16/9
17/3 20/17
21/4 21/9 22/6
22/11 22/22
22/24 22/24
24/9 26/13
27/19 27/23
33/21 34/4
34/9 36/20
40/7 40/24
42/15 43/1
43/11 43/21
44/6 45/20
45/20 46/19
46/21 46/23
47/4 47/8 48/1
48/13 48/18
49/21 50/2
50/14 50/25
51/14 52/15
52/21 54/1
54/2 54/7
54/11 55/15
55/17 56/17
56/22 58/8
58/20 60/3
60/17 60/23
62/15 63/5
71/19 73/3
75/24 76/3
79/10 82/11
82/18 82/25
85/5 86/5

102/1 103/20
109/12 109/17
115/21 116/8
becomes [1]
109/22
bed [1]    18/15
been [66]
12/24 14/10
14/12 15/11
15/22 27/3
31/15 32/1
32/19 34/4
34/5 34/25
38/11 38/15
42/1 42/8
50/13 51/19
55/18 57/11
58/23 61/3
67/15 74/6
76/5 78/23
80/7 83/8
83/16 83/19
84/6 84/11
85/11 85/15
86/2 89/4
89/21 90/13
91/7 92/1
92/16 92/19
93/8 96/5 98/6
98/9 98/20
98/24 99/10
99/14 100/1
100/5 100/15
102/6 111/12
111/13 115/2
115/8 118/11
123/2 126/16
126/20 126/22
130/5 130/22
131/8
before [25]
1/11 4/21 6/8
6/16 16/15
45/5 45/15
47/4 50/12
51/3 51/18
56/12 62/7
64/5 66/19
68/24 78/3
79/9 85/24
87/21 103/18
117/8 119/3
121/16 121/17
began [5]
40/11 42/20
62/8 64/16

75/5
begin [10]
115/20 119/3
119/4 119/9
119/10 119/13
122/7 122/8
123/15 123/16
beginning [3]
47/21 113/10
118/22
begins [2]
74/22 110/13
behalf [5]
1/15 1/17 34/3
39/16 59/3
behavior [2]
46/21 63/3
behind [1]
48/6
being [19]
8/22 9/20 14/2
24/14 24/15
25/24 31/18
36/8 41/10
44/16 45/22
51/20 54/22
56/11 57/4
57/14 58/7
62/11 79/24
belief [1]
104/12
believable [2]
29/9 53/23
believe [13]
9/21 11/25
28/9 29/14
29/20 34/25
50/13 55/8
58/8 61/6
79/14 79/16
82/6
believed [1]
57/23
believes [1]
72/23
belongings [1]
115/5
bench [6]    3/13
4/25 31/6 32/7
115/14 118/10
BENDANN [71]
1/6 8/17 9/1
9/2 9/4 9/14
9/16 10/16
10/20 11/15
13/23 13/24

14/3 17/18
26/5 26/20
28/15 32/13
33/18 35/12
35/20 36/1
39/23 40/3
40/7 40/12
40/16 41/7
42/9 45/21
45/25 46/8
46/19 46/25
51/14 54/14
54/17 55/16
56/20 57/2
58/6 58/12
58/14 59/3
59/17 64/9
67/9 88/16
89/25 90/19
91/13 98/4
98/18 99/8
104/19 104/25
110/16 110/22
111/2 125/8
126/24 127/2
127/4 127/8
127/12 127/16
127/20 127/24
128/4 128/8
128/12
Bendann's [6]
12/12 23/3
24/21 26/14
32/25 51/9
benefit [2]
50/19 55/22
Benji [1]
59/16
best [12]    11/7
45/2 45/9 46/5
52/3 52/5 52/6
52/8 52/14
55/4 60/2
60/17
bestiality [1]
94/25
better [2]
35/4 73/11
between [22]
11/13 24/25
45/8 45/21
47/11 58/12
64/20 65/25
66/3 67/2 78/2
80/20 84/24
94/24 96/14

**B**

**between... [7]**
97/5 97/6 98/2
102/9 102/10
102/17 104/17
**beyond [36]**
17/6 34/12
37/7 58/25
71/6 71/19
74/11 74/20
74/25 75/8
78/4 79/8
82/19 83/15
84/16 85/22
85/25 87/14
93/1 93/10
93/16 96/2
97/10 100/10
100/24 102/2
102/13 103/3
103/16 105/18
106/5 106/15
107/7 108/3
108/19 114/18
**bias [3]** 70/4
71/11 80/12
**biased [1]**
80/8
**bigger [3]**
18/19 65/5
66/25
**binder [1]**
20/15
**birthday [1]**
50/12
**bit [4]** 50/5
66/25 66/25
113/12
**blinds [1]**
77/8
**board [1]** 4/12
**book [1]** 99/24
**boot [1]** 56/24
**born [1]** 64/14
**both [12]** 5/7
13/6 14/20
17/15 24/14
25/22 31/16
41/14 44/14
51/3 104/8
124/9
**bottom [2]**
28/14 66/7
**box [2]** 7/3
112/5

**boy [6]** 11/4
11/4 11/5
62/19 67/6
67/8
**boys [2]** 10/15
60/11
**bravely [2]**
11/17 14/1
**break [4]**
67/20 67/21
113/3 130/23
**breakfast [2]**
10/19 11/3
**breaking [1]**
8/1
**breaks [1]**
113/16
**BREDAR [1]**
1/11
**bricks [1]**
58/25
**bridge [1]**
58/24
**brief [2]** 7/18
12/6
**briefly [2]**
16/15 16/18
**brighten [1]**
19/3
**Brightside [1]**
28/23
**bring [4]** 6/19
39/12 68/18
125/1
**bringing [1]**
119/12
**brings [2]**
33/13 95/4
**brothers [1]**
55/23
**brought [4]**
5/14 30/8
70/11 118/11
**Bryn [2]** 14/7
14/7
**building [3]**
123/24 123/24
124/4
**bulk [2]** 41/3
49/11
**burden [20]**
4/21 7/21 31/9
31/19 34/12
37/6 37/6 37/8
70/18 70/22
71/18 74/11

74/12 74/14
75/2 82/19
82/20 84/15
85/2 85/15
**burden-shift [1]** 31/19
**burned [1]**
15/7
**bus [1]** 60/5
**button [2]**
19/11 41/12
**buy [2]** 18/16
52/4
**buzzing [1]**
113/12
**Bye [1]** 20/7

**C**

**calendar [5]**
26/20 29/2
29/3 34/16
65/17
**calendars [2]**
63/22 66/17
**CALISTA [1]**
1/19
**call [13]** 6/19
49/12 64/1
83/7 84/5
123/20 124/4
125/9 132/4
132/8 132/10
132/11 132/11
**called [16]**
16/4 16/6 49/9
49/15 56/6
56/7 60/16
62/12 73/24
76/22 77/1
84/12 86/18
87/23 101/20
114/13
**calling [1]**
74/14
**calls [1]** 64/2
**Calvert [2]**
43/19 43/22
**cam [1]** 51/7
**came [12]** 11/5
35/13 36/11
40/9 53/17
57/25 60/15
60/19 63/8
72/17 77/6
114/16
**camera [3]**

12/10 51/7
57/7
**cameras [4]**
51/15 51/15
51/20 52/4
**campus [1]** 8/8
**cams [1]** 52/5
**can [50]** 6/7
8/3 8/4 8/8
10/7 10/9
10/10 10/11
11/15 12/10
12/13 18/12
18/23 19/16
21/5 21/21
24/5 24/5
28/24 40/14
41/16 41/21
42/10 43/9
44/3 45/2
47/21 48/11
48/19 52/4
59/25 62/3
62/17 64/3
65/4 65/16
66/2 66/5 66/7
66/8 66/24
82/1 85/24
109/4 113/20
114/2 115/18
117/10 131/4
132/6
**can't [8]** 4/7
18/6 18/7
20/19 48/8
49/21 51/1
117/16
**candid [2]**
45/15 79/22
**candidly [1]**
54/24
**cannot [10]**
32/2 42/19
44/12 44/13
52/13 53/16
58/25 77/9
77/12 77/13
**capable [2]**
93/25 101/5
**captured [2]**
15/15 40/16
**car [10]** 13/23
13/24 14/3
14/5 14/17
14/22 14/24
24/14 24/20

25/7
**cards [1]** 43/5
**care [2]** 21/2
43/3
**careful [1]**
74/25
**carefully [4]**
79/16 83/23
108/23 109/14
**carelessness [1]** 85/5
**cares [1]** 21/2
**caring [1]**
45/4
**carried [3]**
37/5 37/7 87/9
**carve [1]**
10/25
**case [105]** 3/4
3/5 3/14 5/2
7/5 7/6 7/9
7/10 9/1 13/22
18/3 22/2
32/12 34/3
35/4 35/5 37/6
37/17 37/20
37/21 37/24
37/25 39/25
40/15 40/18
41/18 45/5
47/21 48/7
48/22 49/5
49/7 49/18
49/23 51/24
54/11 54/19
54/23 57/8
58/16 58/17
58/22 59/3
59/6 59/19
67/16 67/21
67/23 67/25
68/2 68/3
68/22 68/23
69/2 69/19
70/7 70/13
71/4 71/23
72/17 72/21
74/14 75/1
78/5 81/20
82/10 82/14
82/16 83/5
83/6 83/9 84/7
84/22 85/8
88/10 103/22
107/18 108/18
109/6 110/5

**C**

case... [25]
110/9 110/12
110/15 110/17
110/17 112/17
112/17 112/18
112/20 112/24
113/20 114/11
114/12 114/19
114/23 114/25
115/3 115/9
119/10 123/2
123/16 127/2
130/11 130/16
131/2
cases [3]  16/5
87/20 118/23
catching [1]
65/11
categories [1]
59/15
cause [12]
18/4 19/7
19/14 55/12
80/11 80/21
104/23 104/24
105/13 105/14
105/24 107/10
caused [2]
80/13 104/23
causes [1]
105/13
caution [2]
108/10 112/18
cave [1]  20/18
cbendann [8]
32/25 33/4
89/5 89/22
90/15 91/9
92/3 98/13
CEI [1]  56/8
cell [3]  13/9
113/3 123/21
cellular [1]
105/1
certain [10]
31/23 32/4
45/14 48/23
48/23 53/11
58/4 72/12
86/22 119/6
certainty [1]
84/20
CERTIFICATE [1]
133/11

Certified [1]
134/4
certify [1]
134/6
chalk [1]
54/21
challenge [1]
30/20
challenging [3]
40/2 57/15
57/15
chambers [3]
38/18 132/4
132/11
chambers' [1]
132/12
change [2]
61/13 109/9
changed [3]
4/11 45/11
47/13
changes [1]
44/3
channel [3]
3/11 31/4
115/12
character [2]
75/17 76/18
characteristics
[1]  76/10
charge [6]
16/23 17/4
32/10 73/24
88/11 97/23
charged [30]
4/19 50/20
70/10 70/25
71/9 73/22
74/5 75/15
75/21 75/23
76/4 76/7
76/10 76/11
84/10 84/11
84/12 84/21
85/24 87/11
87/22 87/23
87/24 88/1
88/3 88/5
99/20 105/22
106/9 108/10
charges [20]
16/16 16/20
21/13 74/17
75/11 84/18
88/8 88/14
89/7 89/24

90/17 91/11
92/4 98/2
98/16 99/6
104/14 104/17
105/5 119/5
charging [1]
73/22
Charlotte [1]
14/6
charts [6]
73/7 73/7
73/10 73/14
73/16 73/19
chat [4]  8/7
34/24 34/24
35/1
chats [3]
17/22 17/25
20/15
check [3]
62/22 121/17
121/18
checked [1]
116/16
checking [1]
116/10
cheer [1]
62/20
chest [1]  25/4
child [67]
9/15 10/7
13/14 15/13
16/14 16/25
21/14 21/16
30/15 30/17
31/2 32/11
32/24 33/3
33/5 33/8
33/11 37/12
37/13 40/8
40/13 43/7
50/22 59/8
60/2 61/20
61/21 64/17
88/2 88/4
88/12 88/13
89/6 90/16
91/10 92/25
94/19 95/16
95/17 95/17
97/24 97/25
98/5 98/15
98/19 99/5
99/9 99/25
100/9 100/19
102/3 102/5

102/9 102/15
103/4 103/5
103/18 110/22
111/2 127/4
127/8 127/12
127/16 127/20
127/24 128/4
128/8
child's [1]
95/12
childhood [1]
45/18
children [2]
44/15 95/5
choose [1]
130/19
Chris [2]  64/9
67/8
CHRISTOPHER
[31]  1/6 1/17
8/17 9/1 9/2
39/22 39/23
45/25 59/16
88/16 89/25
90/19 91/13
98/4 98/18
99/8 104/19
110/16 110/21
111/1 125/8
127/1 127/3
127/7 127/11
127/15 127/19
127/23 128/3
128/7 128/11
chronological
[1]  48/25
chronology [1]
53/8
circle [1]
11/6
circling [1]
54/9
circumstance
[1]  87/17
circumstances
[7]  79/17
85/7 86/8
86/10 87/3
104/10 107/25
circumstantial
[11]  77/3
77/5 77/19
77/25 78/2
78/15 78/24
79/6 85/10
104/8 107/23

clarify [1]
50/4
class [1]  42/5
classed [2]
42/1 42/25
classes [2]
8/11 43/13
classing [1]
58/13
clay [1]  59/1
clean [1]
74/22
clear [5]
57/25 116/21
118/6 133/4
133/5
clearly [4]
8/3 40/3 44/11
86/23
clerk [24]  5/3
5/13 111/20
112/6 112/8
112/11 113/25
115/5 115/7
115/10 119/6
119/11 119/12
119/15 119/19
119/23 121/4
122/3 122/18
123/3 123/22
124/10 125/5
130/2
clerk's [2]
121/5 123/1
click [1]
19/11
clicker [1]
4/4
client [2]  3/5
73/3
clip [3]  12/5
12/7 12/7
clipped [1]
64/8
clips [1]
24/19
close [4]  5/6
8/2 10/22 32/5
closed [5]
3/15 5/2 7/11
67/14 85/11
closely [1]
63/13
closing [16]
2/4 2/5 5/2
6/11 6/19 7/15

142

**C**

**closing...** [10]
7/15 7/16
7/22 31/23
32/3 39/17
41/4 41/23
47/21 50/15
**clothed** [1]
95/18
**clothing** [1]
9/4
**co** [1]   39/22
**co-counsel** [1]
39/22
**coaches** [1]
42/12
**Code** [14]   88/2
88/5 88/7
88/19 89/11
90/3 90/22
91/16 92/5
98/6 98/20
99/10 99/21
105/6
**coerce** [7]
19/6 19/13
88/17 89/10
90/2 90/20
91/14
**coerced** [2]
93/4 93/18
**coerces** [1]
92/7
**coercing** [1]
94/14
**coercion** [2]
33/19 33/21
**coincidence** [1]
29/7
**collateral** [1]
41/14
**colleague** [1]
8/25
**colleagues** [1]
55/22
**collection** [1]
16/14
**collective** [1]
40/22
**collectively**
[1]   112/7
**COLLEEN** [2]
1/15 8/25
**college** [7]
8/10 8/12 10/1

44/8 44/11
57/20 64/12
**colleges** [1]
9/24
**combination** [1]
77/15
**combined** [1]
34/17
**come** [12]   35/3
35/4 35/15
36/24 53/16
53/20 56/23
59/20 62/17
67/12 119/24
130/25
**comes** [1]
20/22
**coming** [2]
43/21 60/6
**comment** [2]
46/3 56/2
**commenting** [2]
31/19 112/22
**commerce** [55]
17/11 22/10
32/20 88/23
89/1 89/2
89/15 89/18
90/7 90/10
90/11 91/1
91/4 91/5
91/20 91/23
91/24 92/13
92/14 92/17
92/20 92/21
93/9 96/6 96/8
96/10 96/12
97/4 97/9
97/15 97/20
97/22 98/8
98/11 98/22
98/23 99/1
99/12 99/13
99/16 100/2
100/3 100/6
100/14 100/16
102/5 102/7
102/12 104/22
105/9 105/10
105/22 106/9
106/11 106/14
**commit** [1]
76/19
**committed** [11]
17/7 37/10
75/15 75/20

76/3 76/4
76/13 84/22
85/23 100/17
107/20
**committing** [1]
75/12
**common** [13]
14/15 20/12
44/22 48/11
49/25 57/16
76/12 76/15
77/21 78/8
78/25 82/13
108/25
**communicate** [7]
17/13 35/3
109/23 109/24
110/3 112/19
113/4
**communication**
[14]   17/11
104/21 104/22
105/9 105/20
105/21 106/7
106/8 106/10
106/14 106/16
106/24 107/2
124/22
**communications**
[5]   47/2
106/12 107/1
107/4 107/6
**communicative**
[1]   18/14
**community** [8]
9/16 9/20 10/7
41/9 45/6
56/11 70/9
130/11
**compare** [2]
79/25 121/5
**comparison** [1]
26/10
**complete** [3]
62/18 70/5
111/13
**completed** [1]
7/13
**completely** [3]
64/8 80/14
113/2
**completing** [1]
111/18
**complied** [1]
131/23
**comply** [3]

33/24 69/3
105/4
**composed** [1]
107/12
**computed** [1]
53/15
**computer** [32]
1/24 17/10
49/4 49/6
60/13 88/24
89/16 90/8
91/2 91/21
92/18 93/24
98/9 98/11
98/23 99/1
99/14 99/16
99/24 100/4
100/7 101/4
105/19 106/7
106/18 106/20
106/20 107/5
107/9 118/25
**Computer-aided**
[1]   1/24
**computers** [2]
61/1 61/17
**conceded** [3]
41/1 42/16
50/17
**conceding** [1]
17/4
**concern** [7]
38/18 38/20
55/6 70/8 83/6
108/12 108/17
**concerned** [1]
69/13
**concerning** [2]
82/11 94/5
**concerns** [2]
124/13 124/19
**conclude** [3]
76/3 77/18
78/12
**concluded** [3]
4/25 32/7
118/10
**concludes** [1]
130/10
**conclusion** [5]
17/6 29/9 39/2
78/22 108/21
**conclusions** [1]
53/16
**conclusively**
[1]   86/24

**concoct** [1]
35/4
**conditions** [3]
131/16 131/16
131/20
**conduct** [73]
17/18 17/19
18/2 22/2 22/3
22/6 32/16
32/18 40/19
41/7 74/5
75/10 76/6
76/7 76/8 76/9
76/12 76/14
85/7 85/18
85/20 86/21
88/18 88/20
89/11 89/12
90/3 90/4
90/21 90/23
91/15 91/17
92/8 92/9
92/10 93/5
93/7 93/19
93/20 93/22
94/3 94/4 94/6
94/8 94/11
94/12 94/14
94/16 94/19
94/21 94/22
98/14 99/4
99/19 100/23
103/7 103/8
103/10 103/15
103/25 104/7
104/23 105/11
105/23 106/2
107/9 107/11
107/12 107/24
108/4 108/7
112/16 114/25
**confer** [1]
132/12
**conference** [14]
3/12 4/25 5/7
31/5 32/7 73/4
115/13 117/20
118/10 132/3
132/8 132/11
132/14 134/10
**conferences** [1]
72/25
**conferring** [1]
3/7
**confident** [1]
59/5

**JA848**

**C**

**confirm [1]**
122/17
**conflicting [1]**
50/25
**conflicts [1]**
69/22
**conformance [1]**
134/10
**confronted [1]**
55/24
**confusing [1]**
120/2
**confusion [2]**
41/18 42/14
**conjure [1]**
55/11
**connection [1]**
75/11
**conscientious**
**[1]** 109/16
**conscious [2]**
85/12 86/3
**consciously [1]**
80/13
**consent [1]**
66/17
**consequences**
**[4]** 8/5 58/16
86/13 108/16
**consider [25]**
25/7 69/11
70/17 72/10
73/13 73/19
75/14 75/16
75/19 76/17
79/21 80/7
82/3 83/1
83/13 84/9
84/14 86/8
86/11 87/17
87/21 94/5
95/10 103/12
108/23
**consideration**
**[9]** 58/17
59/4 70/12
70/14 73/14
75/1 80/16
81/8 109/7
**considerations**
**[2]** 58/19
82/5
**considered [7]**
71/22 72/2

72/3 76/1
76/15 76/16
81/13
**considering [3]**
79/1 95/17
109/14
**consistent [4]**
24/3 63/16
80/2 118/1
**consistently**
**[1]** 42/18
**consists [3]**
24/18 25/21
71/23
**conspiracy [3]**
35/6 35/6 35/7
**conspire [1]**
92/22
**conspiring [1]**
35/14
**constant [3]**
8/16 17/19
20/16
**constituted [1]**
16/13
**constitutes [6]**
95/7 95/9
97/8 102/12
106/13 111/8
**Constitution**
**[1]** 82/17
**construct [1]**
58/24
**consult [3]**
37/25 68/4
109/3
**contact [5]**
37/22 66/10
67/25 105/1
115/8
**contacted [1]**
130/15
**contacting [1]**
130/14
**contained [5]**
73/17 98/5
98/19 99/9
104/5
**containing [5]**
17/24 83/17
98/13 99/2
99/17
**contains [1]**
99/25
**content [3]**
118/14 118/21

122/22
**contents [12]**
5/22 5/22 5/23
6/1 6/4 6/9
6/15 13/8
38/11 38/13
104/2 104/10
**contest [2]**
24/5 24/6
**contesting [1]**
17/5
**continue [5]**
8/19 32/8
33/18 46/12
75/6
**continued [1]**
43/15
**continuity [2]**
107/12 107/15
**contradict [1]**
80/3
**contrary [1]**
25/19
**contributing**
**[1]** 41/9
**control [6]**
9/12 32/14
101/7 101/9
101/13 101/19
**controlling [2]**
21/2 84/2
**convenience [1]**
73/10
**conversation**
**[4]** 55/6 55/9
57/2 131/7
**conversations**
**[2]** 53/24
55/23
**conversion [2]**
93/25 101/5
**convict [2]**
40/24 79/9
**convicted [1]**
108/14
**convicting [1]**
78/3
**conviction [3]**
4/22 109/11
109/17
**convinced [3]**
74/24 75/7
109/10
**cool [3]** 10/16
10/18 41/11
**cooperative [1]**
15/18

**copies [2]**
5/22 6/7
**copy [9]** 5/14
39/1 39/6
119/7 119/8
119/20 119/21
119/23 122/3
**core [1]** 54/20
**Corn [1]** 52/2
**corner [3]**
14/17 63/14
63/15
**corners [1]**
14/21
**correct [10]**
27/1 27/2
53/25 63/5
116/5 117/4
118/19 120/21
121/10 134/7
**corrected [1]**
38/11
**correctly [1]**
73/17
**corroborate [2]**
27/9 35/7
**corroborated**
**[5]** 29/1
36/15 36/16
36/18 61/15
**corroboration**
**[1]** 34/14
**corroborative**
**[1]** 25/18
**corrupted [1]**
48/19
**could [17]**
9/13 12/2
35/23 43/10
45/7 45/18
45/19 50/19
54/21 55/3
60/10 61/12
65/2 65/2 65/4
107/18 114/14
**couldn't [2]**
14/18 55/17
**counsel [26]**
3/7 5/7 5/21
31/16 39/22
61/24 64/11
67/15 71/21
115/12 119/22
119/24 121/4
121/17 122/18
122/23 123/21

123/23 123/23
123/25 124/3
124/9 126/24
131/11 132/4
132/12
**count [84]**
17/1 17/1 17/1
17/2 17/4 17/9
17/22 21/12
21/24 22/10
22/14 22/15
23/9 24/8
24/12 24/14
24/15 24/18
25/19 25/21
25/21 25/23
27/12 27/12
29/3 29/10
29/10 32/10
32/24 33/1
33/5 33/8 33/9
33/9 33/10
33/11 33/13
33/14 33/14
37/13 38/15
41/1 50/17
60/19 60/25
63/13 63/18
64/23 73/24
73/25 84/13
84/14 84/16
87/23 87/24
88/3 88/6
88/13 89/6
89/23 90/16
91/10 97/24
97/25 98/15
99/5 99/20
104/16 110/20
110/22 111/2
116/4 116/19
116/20 116/20
127/4 127/8
127/12 127/16
127/20 127/24
128/4 128/8
128/12
**Count 6 [8]**
32/10 32/24
33/1 88/3
97/24 97/25
99/20 127/24
**Count 7 [3]**
33/5 98/15
128/4
**Count 8 [4]**

**C**

**Count 8... [4]**
33/9 33/9 99/5
128/8
**countries [1]**
97/7
**country [5]**
96/15 96/19
102/10 102/17
102/21
**counts [35]**
13/13 13/14
16/23 16/24
16/25 21/13
21/19 22/6
25/10 29/6
30/14 30/16
32/20 33/2
33/7 37/11
37/12 38/16
50/14 52/22
60/23 61/20
65/24 88/1
88/11 88/12
92/24 96/3
97/23 111/6
116/3 116/12
118/13 120/16
124/24
**County [1]**
15/16
**course [23]**
3/18 15/23
17/18 17/19
18/2 27/21
42/7 43/23
46/22 46/23
56/14 64/7
104/23 105/11
105/23 106/2
107/9 107/11
108/4 109/2
109/8 112/4
113/5
**court [36]** 1/1
4/17 5/3 18/1
38/6 53/20
68/11 73/5
87/21 108/15
109/21 109/23
109/23 109/24
110/1 110/6
110/13 110/14
111/20 111/23
112/1 112/14

112/21 113/24
113/25 114/1
114/4 124/5
126/25 130/19
131/21 133/5
133/6 133/7
133/9 134/5
**court's [4]**
3/6 108/9
115/9 123/2
**court-imposed
[1]** 130/19
**courthouse [2]**
77/6 115/6
**courtroom [11]**
36/12 72/6
72/14 72/18
77/8 77/13
112/4 112/12
122/2 122/18
124/10
**cover [2]** 33/1
131/6
**covered [4]**
17/21 17/22
21/19 25/23
**covers [2]**
32/24 33/5
**coyness [1]**
95/20
**cr [1]** 1/5
**cracking [1]**
55/4
**cream [2]**
10/20 62/18
**create [1]**
56/20
**created [18]**
12/23 13/15
13/15 19/20
22/21 23/1
24/23 27/6
27/12 28/21
29/23 29/23
32/13 40/10
48/2 51/13
53/9 66/2
**creation [2]**
48/23 49/19
**credibility [8]**
24/5 34/21
34/23 58/18
69/21 79/11
81/14 81/18
**crime [11]** 9/8
17/7 22/24

75/15 76/19
84/12 87/15
92/11 92/23
100/7 105/15
**crimes [14]**
15/15 16/22
37/10 70/10
70/25 71/9
73/23 84/9
84/11 85/24
87/10 87/21
87/23 108/10
**criminal [7]**
1/5 40/18 70/8
74/14 75/17
87/20 125/7
**critical [1]**
9/19
**criticism [1]**
10/4
**crop [1]** 61/8
**cropping [1]**
61/9
**cross [10]**
15/17 21/18
31/16 32/2
35/1 36/5
36/19 37/1
53/12 80/1
**cross-examinati
on [6]** 15/17
21/18 35/1
36/5 36/19
37/1
**crossed [5]**
97/1 97/5
102/9 103/2
106/15
**CRR [2]** 1/25
134/16
**crucial [1]**
71/4
**crude [1]** 54/4
**cues [1]** 46/4
**cultivate [1]**
10/10
**cures [2]** 48/7
53/14
**curious [1]**
117/10
**curtain [2]**
48/6 54/1
**cyberstalked
[2]** 15/14
47/1
**cyberstalking
[21]** 9/7 17/1

17/2 17/7 17/9
21/11 37/14
40/2 40/21
41/19 45/23
46/9 46/11
52/8 57/24
58/13 61/22
65/13 88/6
104/16 128/12

**D**

**Damn [3]** 54/17
54/18 54/18
**dangerously [1]**
8/2
**dangling [1]**
20/22
**dark [1]** 11/25
**Dartmouth [1]**
10/1
**data [58]**
12/18 12/19
12/22 13/9
22/20 23/1
23/19 23/20
23/22 24/1
24/25 25/2
26/13 27/1
27/1 27/5
28/18 28/22
28/24 28/24
29/6 29/9
29/18 30/2
30/2 30/2 30/7
30/11 30/18
30/20 30/21
34/15 48/7
48/12 48/18
48/19 48/22
49/6 49/20
49/21 50/9
50/10 50/11
50/13 50/24
53/5 53/13
53/14 53/15
60/13 60/24
61/9 61/14
61/19 62/6
66/16 93/24
101/3
**date [21]** 21/5
27/2 28/24
30/12 48/23
48/24 48/24
49/16 60/20
61/8 61/9

61/14 62/16
84/20 84/22
84/23 84/24
84/25 111/9
111/16 132/14
**dated [8]**
23/11 24/19
28/18 29/18
111/13 126/17
126/22 134/12
**dates [10]**
21/14 29/18
30/24 49/20
50/6 50/25
53/11 53/12
66/3 84/19
**dating [1]**
51/20
**day [17]** 1/11
8/15 8/20 8/20
10/25 10/25
11/2 18/3 18/3
19/3 21/1
59/24 61/8
64/15 77/8
121/8 134/12
**days [4]** 16/8
34/2 48/17
131/14
**deal [4]** 8/4
64/5 65/7
66/19
**dealing [1]**
8/13
**deals [1]**
63/25
**dealt [1]**
18/18
**death [1]**
105/12
**decades [1]**
51/12
**December [7]**
17/21 28/8
33/15 33/16
51/1 104/18
128/13
**December 2022
[2]** 104/18
128/13
**December 26th
[1]** 28/8
**decide [14]**
69/2 69/18
69/24 71/8
73/16 78/18

**JA850**

**D**

**decide... [8]**
79/12 79/19
81/15 86/14
86/18 96/1
109/1 109/6
**decided [3]**
73/1 73/7
117/24
**deciding [6]**
69/3 76/21
79/15 82/6
94/1 95/8
**decision [8]**
43/9 43/10
43/14 70/18
71/1 78/12
81/9 82/2
**decision-making**
**[1]**  71/1
**decisions [1]**
58/15
**deduction [1]**
78/22
**deep [1]**  57/13
**deeply [1]**
114/20
**defendant [200]**

**defendant's**
**[42]**  12/10
12/15 13/18
13/19 14/17
14/20 14/22
16/7 18/6 19/6
21/9 22/22
23/14 26/8
28/11 28/20
29/21 29/24
30/25 31/20
34/12 61/1
66/17 70/20
71/14 71/18
74/10 75/8
78/4 85/7
85/20 86/2
86/3 86/7 94/5
94/12 97/18
101/9 104/9
104/12 107/24
108/7
**Defendants [1]**
133/2
**defense [25]**
3/9 3/14 5/18

7/8 7/9 8/21
9/19 15/18
17/3 23/18
25/19 31/15
31/20 32/1
49/25 59/18
64/17 66/2
78/17 117/12
122/23 122/24
123/23 132/4
132/12
**DEFENSE'S [1]**
2/5
**defenses [1]**
4/19
**defer [1]**
131/21
**define [1]**
100/19
**defined [8]**
88/18 89/11
90/3 90/21
91/15 98/5
98/19 99/9
**definitely [1]**
11/25
**DEI [1]**  56/8
**delete [7]**
16/2 22/23
22/23 24/22
24/23 29/22
57/3
**deleted [3]**
15/25 16/1
16/2
**deliberate [6]**
69/12 85/12
108/10 109/3
114/12 119/4
**deliberately**
**[3]**  85/11
86/1 108/23
**deliberating**
**[8]**  2/8 18/25
113/1 113/22
113/23 114/19
119/14 123/19
**deliberation**
**[1]**  113/1
**deliberations**
**[18]**  18/22
67/17 74/19
75/6 83/2
108/13 109/8
109/20 109/22
111/25 112/20

113/3 113/10
113/14 113/19
119/10 122/8
123/16
**deliver [6]**
7/15 7/16 7/17
39/2 39/6
119/6
**delivered [5]**
117/13 123/9
123/12 130/4
130/15
**deliveries [1]**
119/11
**delivery [2]**
122/9 123/11
**Dell [14]**  23/7
23/9 23/13
23/24 24/24
25/1 27/7 27/8
28/21 30/1
33/6 33/7 99/2
128/5
**demanding [1]**
105/1
**demands [4]**
17/20 19/1
32/3 33/18
**demeanor [1]**
79/21
**demonization**
**[1]**  58/6
**demonizing [1]**
58/4
**demonstrated**
**[2]**  56/12
107/15
**denied [1]**
4/22
**deny [1]**  41/18
**deodorant [1]**
45/12
**depart [1]**
115/6
**depict [1]**
25/23
**depicted [3]**
22/15 93/5
93/11
**depicting [5]**
89/3 89/20
90/12 91/5
91/24
**depiction [72]**
22/8 32/12
88/20 88/21

88/24 89/12
89/13 89/16
90/4 90/5 90/8
90/23 90/24
91/2 91/17
91/18 91/21
92/9 92/10
92/12 92/15
92/18 93/6
93/7 93/12
93/15 93/20
93/21 93/22
94/2 94/4 94/9
94/9 94/10
94/12 94/19
94/21 95/3
95/9 95/11
95/13 95/19
95/21 95/23
96/4 96/6 96/9
96/13 97/3
97/5 97/11
97/14 97/21
100/12 100/13
100/15 100/19
100/21 101/1
101/2 101/9
101/12 101/20
101/22 101/24
102/14 103/4
103/5 103/9
103/13 103/14
104/6
**depiction's [1]**
97/19
**depictions [8]**
22/9 24/16
32/15 96/24
98/14 99/3
99/18 103/24
**depicts [1]**
104/11
**deputy [2]**
122/18 124/10
**derogatory [1]**
56/3
**describe [2]**
19/19 56/6
**described [2]**
14/13 119/12
**describing [1]**
118/14
**descriptor [1]**
118/15
**deserves [3]**
81/12 81/19

82/9
**deserving [1]**
81/7
**designed [1]**
95/21
**desk [3]**  3/20
4/23 23/13
**desperation [1]**
20/21
**despite [2]**
15/14 37/4
**destruction [1]**
56/25
**detail [1]**
81/2
**detailed [1]**
16/20
**details [1]**
40/23
**detained [1]**
131/24
**detected [1]**
6/14
**Detective [1]**
15/16
**determination**
**[4]**  48/11
58/19 82/14
123/3
**determine [5]**
18/5 34/11
69/21 75/20
108/18
**determined [1]**
69/24
**determining [2]**
103/14 109/1
**device [8]**
13/9 16/3
23/22 24/6
102/22 103/1
103/2 113/4
**devices [13]**
9/11 23/25
24/4 32/21
51/10 96/16
96/18 96/20
102/18 102/20
113/2 113/11
113/21
**dictionary [2]**
38/1 68/4
**did [49]**  9/17
16/1 17/3
19/15 27/24
29/21 40/7

146

**JA851**

**D**

**did... [42]**
40/12 43/11
43/22 45/6
46/25 49/7
49/22 50/5
50/13 51/15
51/16 51/17
56/17 62/20
62/21 63/21
76/8 79/23
79/25 80/2
80/3 80/4
82/16 82/23
82/25 88/17
89/9 90/1
90/19 91/13
98/4 98/18
99/8 104/19
105/3 105/23
114/15 116/4
118/15 120/11
122/21 123/14

**didn't [28]**
8/19 15/23
21/2 30/18
31/12 31/13
31/13 35/15
44/21 45/19
45/25 46/24
47/4 49/14
50/11 50/20
50/21 52/10
52/11 54/15
58/10 58/11
60/16 115/21
116/6 117/8

**difference [3]**
47/10 47/16
61/13

**differences [1]**
6/10

**different [17]**
11/8 21/14
24/18 24/19
26/2 33/2
47/12 49/15
50/6 53/13
54/12 61/9
69/1 69/8
75/10 78/14
80/20

**differently [2]**
80/23 84/1

**differs [1]**
109/16

**difficult [5]**
34/4 34/6
36/13 36/14
40/15

**digest [1]**
34/6

**digital [2]**
12/20 34/15

**dinner [1]**
10/19

**direct [17]**
15/9 50/4
76/22 76/22
77/1 77/14
77/25 78/2
78/15 78/24
79/6 79/25
86/19 104/7
107/17 107/20
115/18

**direction [1]**
67/10

**directly [3]**
52/16 86/5
116/12

**disbelief [1]**
54/15

**discharged [1]**
131/8

**disclose [1]**
111/21

**disclosed [1]**
107/25

**discovery [1]**
36/21

**discredit [1]**
80/21

**discrepancies
[1]** 80/19

**discrepancy [2]**
80/25 81/2

**discuss [11]**
32/20 34/21
37/17 37/18
67/21 67/21
70/23 84/10
113/6 114/23
119/10

**discussed [1]**
45/23

**discussing [1]**
22/16

**discussion [2]**
113/12 122/16

**dishonesty [2]**
56/18 56/19

**disk [3]** 93/24
99/24 101/4

**dislike [1]**
56/5

**disobey [1]**
85/19

**displayed [1]**
95/16

**displays [1]**
95/4

**disprove [1]**
32/4

**dispute [2]**
41/2 55/1

**disputed [2]**
77/4 78/12

**disregard [3]**
70/2 72/7
85/20

**disregarded [1]**
72/16

**distinct [1]**
14/9

**distinction [1]**
78/2

**distinguish [1]**
47/12

**distress [15]**
18/5 19/7
19/14 19/16
20/11 20/11
34/1 104/24
105/14 105/25
106/4 107/11
107/16 108/5
108/8

**distribute [1]**
6/17

**district [27]**
1/1 1/1 88/14
88/15 89/7
89/8 89/23
89/25 90/17
90/18 91/11
91/12 98/1
98/3 98/16
98/17 99/6
99/7 104/17
104/18 110/14
110/14 126/25
126/25 130/13
134/5 134/6

**division [4]**
1/2 9/24 10/2

110/7

**do [82]** 3/4
4/16 8/3 8/4
8/8 10/15
15/10 16/18
16/20 18/5
18/14 19/1
19/10 20/8
20/20 20/24
21/3 21/6 22/7
25/15 37/17
37/18 37/18
37/23 37/24
37/25 39/16
41/18 42/21
43/4 43/23
46/21 47/5
47/18 48/4
49/8 51/5
51/17 53/22
55/8 58/20
58/20 64/13
65/21 66/6
67/7 67/21
67/21 67/22
68/1 68/2 68/4
85/18 109/4
109/6 109/8
109/10 110/21
111/1 116/3
116/18 119/9
119/10 119/15
121/15 121/18
124/13 124/19
127/3 127/7
127/11 127/15
127/19 127/23
128/3 128/7
128/11 130/5
130/6 130/7
131/4 134/6

**Docket [3]**
124/25 125/7
131/13

**docketed [1]**
116/13

**document [2]**
52/1 83/17

**documents [5]**
73/9 73/11
110/12 116/9
120/23

**does [30]**
18/10 18/17
24/10 25/4
45/3 49/8 54/7

66/24 80/8
80/10 80/12
81/6 83/7
83/10 84/5
86/21 87/11
87/12 93/13
94/7 96/23
97/20 101/7
102/24 103/11
113/7 115/15
118/17 123/5
123/7

**doesn't [21]**
10/5 19/8 19/9
21/1 26/23
29/19 43/19
44/23 46/14
46/23 48/4
48/25 52/12
53/9 54/20
55/3 61/13
65/1 65/12
65/24 67/3

**doing [9]**
36/20 37/2
37/8 43/25
52/18 54/3
63/9 63/18
75/22

**dollar [1]**
21/18

**don't [30]**
6/14 8/8 18/18
34/1 42/2 43/1
43/4 46/20
47/23 48/6
48/17 48/21
49/2 49/3 50/8
54/3 54/6 54/8
55/7 55/7 56/5
56/6 60/18
61/17 65/20
119/15 119/24
119/25 120/6
120/9

**done [14]** 20/7
23/8 32/5 34/8
61/22 61/23
70/1 86/9
86/13 86/23
101/24 101/25
103/19 103/19

**door [2]**
111/19 112/2

**doors [1]**
31/23

**D**

**double [4]**
16/2 24/23
29/22 116/16
**double-delete**
**[1]** 29/22
**doublecheck [1]**
116/5
**doubt [39]**
17/6 34/13
37/7 53/20
58/22 58/25
71/7 71/14
71/19 74/12
74/21 74/25
75/8 78/5 79/9
82/19 83/15
84/16 85/22
86/1 87/15
93/1 93/11
93/17 96/3
97/10 100/10
100/25 102/3
102/13 103/4
103/17 105/19
106/6 106/16
107/8 108/4
108/19 117/22
**down [4]** 8/8
19/22 65/11
65/17
**downs [1]**
10/15
**draw [11]**
69/23 69/24
75/22 78/16
78/17 78/19
78/23 78/23
79/2 84/18
86/11
**drawing [2]**
78/20 78/25
**drawn [6]** 77/9
78/14 79/7
82/24 87/6
108/2
**drinking [1]**
46/2
**dripping [3]**
77/11 77/12
77/17
**drive [1]**
11/21
**driven [1]**
24/14

**driving [2]**
10/19 63/12
**dropped [1]**
116/13
**drove [1]**
13/24
**drunk [2]**
62/22 62/23
**drunken [1]**
46/3
**DSID [5]** 89/22
90/14 91/8
92/2 98/12
**DSTD [1]** 89/5
**due [3]** 85/21
112/4 131/14
**dumb [1]** 54/22
**during [22]**
11/10 11/22
13/4 18/22
23/3 27/16
29/25 30/8
30/19 37/17
41/2 42/15
47/2 49/22
50/4 67/20
76/5 78/6
109/22 113/14
114/10 117/20
**duty [13]** 69/1
69/2 69/16
69/18 70/3
70/5 72/21
72/24 74/14
108/13 108/17
109/2 109/18

**E**

**each [33]** 5/23
16/20 16/21
21/15 21/20
21/22 21/24
22/9 29/5 29/5
32/20 52/23
54/5 72/21
73/24 73/25
79/17 79/18
79/19 84/12
84/14 84/16
88/8 93/1
100/10 105/18
108/22 109/6
110/20 112/24
114/18 121/8
130/5
**eager [1]**

131/3
**earlier [2]**
11/13 15/1
**early [1]**
10/21
**earned [1]**
41/8
**easier [2]**
17/12 131/5
**Eastern [1]**
52/12
**easy [1]** 43/10
**eat [1]** 15/6
**ECF [1]** 116/15
**ECF-96 [1]**
116/15
**Economics [1]**
8/12
**edification [1]**
40/1
**educated [1]**
46/15
**education [1]**
45/1
**educational [1]**
106/23
**effect [6]**
36/7 55/1
80/25 109/11
130/24 131/17
**efforts [1]**
15/14
**eight [1]**
128/7
**eighteen [1]**
93/3
**eighth [4]**
10/21 11/6
62/14 67/6
**either [9]**
11/23 22/3
32/16 52/2
78/24 96/4
101/11 102/3
102/8
**elect [1]**
109/19
**elected [2]**
111/10 113/8
**electing [1]**
119/4
**election [1]**
5/11
**electromagnetic**
**[1]** 107/3
**electronic [27]**
17/10 51/10

93/24 96/17
97/7 101/4
102/19 104/21
104/21 104/25
105/9 105/20
105/20 106/7
106/8 106/23
106/25 107/2
107/3 107/4
107/5 107/6
113/2 113/4
113/10 118/14
121/25
**electronically**
**[2]** 116/9
117/10
**element [17]**
17/9 17/16
17/17 87/10
93/10 93/16
96/2 96/22
100/24 102/2
102/24 103/3
103/16 106/5
107/7 108/3
108/6
**elements [10]**
4/18 16/16
16/21 17/12
21/15 32/11
34/10 93/1
100/10 105/18
**elicit [1]**
95/22
**elite [1]** 9/24
**else [17]** 4/2
45/6 47/5 48/3
52/8 56/4
57/21 66/12
77/11 110/7
117/25 118/7
132/6 132/19
132/20 132/22
132/24
**email [1]**
38/17
**embarrass [1]**
43/2
**embarrassment**
**[2]** 36/10
54/10
**Emma [3]** 66/10
66/13 66/14
**emotional [17]**
18/5 19/7
19/14 19/16

20/11 20/11
34/1 41/14
58/1 104/24
105/14 105/24
106/4 107/10
107/16 108/5
108/8
**emotionally [1]**
55/4
**emphasizing [1]**
25/2
**employ [5]**
88/17 89/9
90/1 90/20
91/14
**employed [3]**
81/5 93/4
93/17
**employee [1]**
81/6
**employing [1]**
94/13
**employs [1]**
92/6
**enables [1]**
106/20
**encourage [1]**
62/8
**encyclopedia**
**[2]** 38/1 68/4
**end [6]** 36/22
39/7 66/14
111/7 111/17
121/8
**ends [1]**
118/21
**energy [1]**
50/18
**enforcement [5]**
70/8 81/4
81/5 81/11
83/5
**engage [15]**
76/8 88/18
89/10 90/2
90/21 91/15
92/7 94/14
95/20 104/15
104/22 105/10
105/17 105/23
107/9
**engaged [13]**
17/18 18/2
22/2 32/16
75/20 76/6
98/14 99/3

**E**

**engaged... [5]**
99/18 100/22
103/8 103/25
107/15
**engaging [6]**
94/8 94/19
103/6 103/10
103/15 104/6
**enough [7]**
42/23 42/24
42/24 43/1
43/7 55/7 55/7
**ensure [2]**
41/16 121/5
**enter [2]**
10/16 108/12
**entered [2]**
131/22 132/17
**enters [4]**
6/22 39/14
68/20 125/3
**entertain [3]**
29/4 29/5
109/15
**entice [5]**
88/17 89/10
90/2 90/20
91/14
**enticed [2]**
93/4 93/18
**entices [1]**
92/7
**enticing [1]**
94/13
**entire [1]**
82/20
**entirely [3]**
72/16 85/13
86/14
**entitled [6]**
70/14 70/21
73/13 73/19
90/12 134/9
**entitlement [1]**
31/25
**entitles [1]**
70/11
**entries [2]**
29/3 34/16
**entry [1]**
28/12
**envelope [1]**
35/24
**equally [3]**

52/19 70/9
70/24
**equals [1]**
70/16
**equipment [1]**
107/5
**Eric [1]**    12/18
**erroneous [2]**
109/10 118/24
**error [5]**
38/13 52/15
81/3 118/17
118/25
**especially [1]**
46/15
**ESQUIRE [4]**
1/15 1/16 1/17
1/18
**Essentially [1]**
16/7
**establish [13]**
21/21 28/25
30/24 37/6
50/11 50/19
84/20 86/19
87/12 87/12
97/17 107/14
108/5
**established [6]**
53/11 77/22
78/9 78/24
84/25 107/23
**establishes [2]**
24/4 84/22
**establishing
[1]**    34/12
**establishment
[1]**    14/18
**ethnic [1]**
70/20
**evaluate [1]**
34/20
**evasive [1]**
79/24
**even [22]**
10/13 14/23
18/21 29/4
29/4 37/18
43/20 48/18
52/10 52/11
53/7 54/15
56/25 61/22
61/23 61/24
65/20 67/22
75/5 79/14
101/13 101/22

**evening [2]**
15/1 62/13
**event [1]**
114/13
**events [2]**
86/22 87/5
**eventually [5]**
11/19 13/21
14/2 20/17
20/17
**ever [1]**    74/19
**every [16]**
8/15 8/15 8/20
8/20 11/2 18/3
18/3 23/21
24/6 48/15
59/24 59/25
95/6 108/22
121/15 130/23
**everybody [3]**
10/17 10/20
35/15
**everyone [4]**
36/24 40/15
56/4 132/24
**everyone's [1]**
40/1
**everything [6]**
4/24 36/17
49/17 56/22
58/2 66/20
**evidence [101]**
3/15 4/20 5/1
7/10 12/16
15/15 16/15
21/11 22/24
25/6 25/18
27/9 30/5
30/14 34/3
34/9 34/13
34/18 34/21
41/15 49/22
53/18 55/7
55/8 67/14
69/21 71/4
71/5 71/10
71/22 71/22
71/23 71/24
72/2 72/3 72/9
72/10 72/16
72/18 72/20
72/22 73/4
73/12 73/15
73/21 73/21
74/9 74/15
75/1 75/9

75/14 75/16
75/17 76/1
76/2 76/5
76/14 76/18
76/20 76/22
76/22 76/22
77/2 77/3 77/3
77/5 77/14
77/20 77/25
78/1 78/2 78/5
78/16 78/20
78/24 79/1
79/6 79/7
79/18 81/10
82/1 82/9
82/18 83/12
83/13 83/19
83/22 84/21
85/10 86/10
86/15 94/5
103/13 104/8
107/23 108/1
108/18 108/20
109/7 109/11
109/14
**evidencing [1]**
107/12
**exact [4]**
53/12 60/24
84/20 103/12
**exactly [3]**
56/15 69/7
122/22
**examination [8]**
15/17 21/18
35/1 36/5
36/19 37/1
79/25 80/1
**example [5]**
19/18 20/21
61/5 77/5
95/14
**examples [2]**
33/16 35/22
**except [2]**
109/25 112/24
**exchange [2]**
8/17 63/12
**excite [1]**
95/5
**exclusive [1]**
69/20
**exclusively [1]**
108/14
**excuse [2]**
87/4 116/1

**excused [3]**
7/1 115/9
115/11
**excuses [1]**
40/18
**executed [1]**
12/17
**execution [2]**
23/3 29/25
**exercise [2]**
101/13 101/19
**exhibit [11]**
17/23 28/11
47/6 47/8
47/20 50/1
62/9 62/10
65/3 65/16
66/6
**Exhibit 122 [1]**
62/10
**Exhibit 221 [1]**
17/23
**Exhibit 228 [1]**
65/3
**Exhibit 90 [1]**
28/11
**Exhibit 91 [1]**
65/16
**exhibition [5]**
95/1 95/3 95/7
95/10 95/24
**exhibits [27]**
7/11 71/24
72/1 72/3 72/4
73/6 73/18
83/11 85/1
119/7 121/3
121/5 121/6
121/9 121/13
121/16 121/18
121/22 121/25
122/5 122/11
122/12 122/19
122/24 122/25
123/3 123/11
**EXIF [50]**
12/18 12/19
12/22 22/20
23/1 23/19
23/20 23/22
24/1 24/25
25/2 26/13
27/1 27/5
28/17 28/22
28/24 29/6
29/9 29/18

149

**E**

**EXIF... [30]**
30/2 30/7
30/11 30/18
30/20 30/21
34/15 48/7
48/12 48/18
48/19 48/22
49/14 49/20
49/21 50/4
50/9 50/10
50/11 50/24
53/5 53/13
53/14 60/13
60/24 61/9
61/14 61/19
62/6 66/16
**existence [2]**
77/23 78/9
**exists [2]**
78/13 78/13
**exits [5]**  38/4
68/9 119/18
131/10 133/2
**expect [1]**
55/8
**expected [3]**
53/23 104/24
105/13
**expelled [1]**
12/2
**expense [1]**
55/5
**expensive [1]**
9/20
**experience [11]**
10/14 10/14
18/13 19/16
51/12 66/15
77/21 78/8
79/4 80/25
81/23
**experienced [5]**
16/5 81/25
106/3 108/5
108/8
**experiences [3]**
20/13 54/14
54/16
**expert [3]**
49/4 49/21
60/14
**expertise [2]**
49/10 61/3
**explain [8]**
31/1 48/8 49/8
55/13 60/14
61/12 68/25
100/12
**explained [6]**
7/20 12/19
13/7 24/1 35/8
103/7
**explanation [3]**
49/13 56/4
61/11
**explanations
[2]**  55/18
86/25
**explanatory [1]**
111/6
**explicit [37]**
8/18 9/13
19/24 22/2
22/3 22/6
24/17 32/15
32/16 88/18
89/10 90/2
90/21 91/15
92/8 93/5
93/19 94/3
94/11 94/14
94/16 94/19
94/22 98/14
99/3 99/18
100/21 100/22
103/7 103/10
103/15 103/23
103/25 104/6
105/1 105/3
111/24
**explicitly [3]**
31/9 32/4 56/7
**exploit [2]**
40/7 40/12
**exploitation
[26]**  9/8 10/7
13/14 16/24
21/14 21/16
25/10 30/15
37/12 50/23
59/7 61/20
88/2 88/12
88/13 89/6
90/16 91/10
92/25 110/22
111/2 127/4
127/8 127/12
127/16 127/20
**exploited [1]**
15/12
**exploiting [1]**
67/5
**expose [1]**
105/2
**exposed [3]**
32/17 37/19
67/22
**exposure [2]**
95/6 114/24
**express [2]**
80/18 81/20
**expressed [1]**
54/14
**expressing [1]**
55/6
**expression [1]**
69/25
**expunged [11]**
16/4 22/21
23/6 23/23
24/20 25/1
26/8 26/14
28/20 29/21
57/1
**extended [1]**
44/24
**extensive [1]**
43/6
**extent [1]**
118/4
**extorted [1]**
47/1
**extorted him
[1]**  47/1
**extorting [2]**
65/14 67/4
**extra [3]**
18/16 43/8
109/19
**eyes [4]**  15/11
24/11 85/11
116/6
**Eyewitness [1]**
104/8

**F**

**face [4]**  18/15
24/10 25/3
33/25
**faces [1]**
16/17
**FaceTime [1]**
62/14
**facilities [2]**
104/15 105/17
**facility [18]**
88/25 89/18
90/10 91/3
91/22 92/13
92/19 98/7
98/21 99/11
100/2 105/10
106/11 106/13
107/3 107/5
**facsimile [1]**
50/3
**fact [30]**  9/22
24/3 24/7
25/20 27/9
27/10 30/5
40/5 46/24
59/22 61/13
61/20 70/10
72/12 77/4
77/14 77/22
77/23 78/10
78/12 78/13
81/5 82/23
84/18 86/17
86/18 103/24
107/22 116/24
118/16
**factor [2]**
95/25 113/13
**factors [3]**
17/15 81/13
95/24
**facts [25]**
37/24 68/2
69/2 69/3
69/20 69/24
70/3 72/12
77/4 77/15
77/17 78/9
78/15 78/20
78/23 79/2
79/10 80/14
82/2 82/14
84/4 85/7
86/10 86/14
87/3
**factual [2]**
69/18 70/2
**fag [2]**  55/14
56/1
**failing [1]**
43/11
**fails [1]**  75/2
**failure [1]**
80/24
**fair [2]**  41/16
51/4
**fairness [1]**
70/5
**fake [2]**  19/20
19/23
**fall [2]**  25/13
64/12
**fallible [1]**
50/24
**falling [1]**
21/9
**falsehood [1]**
81/3
**familiar [1]**
27/22
**families [1]**
10/4
**family [7]**
19/11 28/5
28/7 42/11
44/23 105/25
106/2
**far [2]**  14/22
35/23
**fast [1]**  14/14
**fast-food [1]**
14/14
**fatal [1]**
52/15
**father [1]**
56/11
**fathoming [1]**
86/6
**faulty [1]**
29/1
**favorable [1]**
4/20
**favorite [1]**
11/12
**favors [1]**
11/19
**FBI [6]**  1/19
16/4 26/12
27/20 51/11
51/24
**fd [1]**  19/24
**fear [2]**  71/11
105/12
**February [13]**
12/17 13/18
15/21 29/19
35/1 53/6
91/12 98/17
99/7 127/21
128/5 128/9
134/12

**F**

**February 3 [4]**
98/17 99/7
128/5 128/9
**February 9 [2]**
91/12 127/21
**February 9th**
**[1]** 29/19
**Federal [1]**
134/16
**feel [3]** 55/3
60/1 73/20
**feeling [1]**
70/19
**feelings [1]**
70/24
**feels [1]** 77/1
**Feiss [14]**
27/13 27/21
27/21 28/2
28/7 28/12
28/12 28/12
28/13 28/13
28/13 28/23
29/2 63/23
**Feiss's [2]**
28/10 28/15
**Feisses [2]**
66/3 67/1
**Feisses' [1]**
63/20
**fellow [5]**
109/8 109/12
109/15 112/19
113/5
**felt [2]** 19/19
36/10
**few [3]** 38/9
41/22 130/25
**fiction [1]**
56/20
**field [1]** 82/1
**figure [2]**
35/3 60/22
**figured [2]**
45/4 45/22
**file [12]**
12/19 12/20
13/2 23/22
24/2 52/20
53/7 89/2 89/4
91/6 91/24
91/25
**filed [1]** 91/5
**filename [1]**

53/1
**files [10]**
13/15 23/24
48/23 49/7
52/23 89/19
89/20 90/12
90/13 115/19
**fill [1]**
111/15
**film [5]** 93/22
93/23 99/24
101/2 101/3
**filmed [2]**
51/6 51/7
**final [3]** 6/14
17/1 70/5
**finally [1]**
6/16
**find [41]**
15/24 18/11
19/15 31/23
37/9 37/11
51/9 67/1
67/12 71/15
71/17 75/2
76/8 76/9 79/2
81/12 82/9
83/14 85/14
85/24 86/12
86/14 96/20
97/10 101/11
101/14 101/21
102/13 102/22
106/15 110/21
111/1 127/3
127/7 127/11
127/15 127/19
127/23 128/3
128/7 128/11
**finding [4]**
4/18 19/17
32/4 70/3
**fine [6]** 3/23
57/15 117/2
117/7 120/4
120/13
**finger [1]**
42/23
**fingerprint [1]**
12/21
**finished [3]**
108/9 111/18
119/12
**fired [1]**
15/22
**firing [1]**

18/7
**first [20]**
3/25 11/9
16/23 17/9
52/22 59/16
62/6 63/8
63/19 65/4
93/2 93/10
100/11 100/24
105/19 106/5
109/18 111/23
114/3 133/4
**five [15]** 5/4
13/23 18/16
18/18 30/14
48/17 52/22
62/24 65/4
65/24 66/1
66/21 66/23
127/19 131/3
**fix [1]** 64/3
**fixed [1]** 6/16
**flamethrower**
**[1]** 57/17
**flaw [1]** 52/15
**flawed [1]**
49/20
**flirting [1]**
31/12
**floor [5]**
26/11 27/19
27/23 124/1
124/2
**fluke [2]**
23/21 23/21
**focal [2]**
95/11 95/13
**focus [5]** 34/8
41/15 43/3
43/15 58/19
**focused [1]**
43/21
**folder [11]**
16/1 16/3
22/22 23/6
23/23 24/21
25/1 26/8
26/15 28/20
29/21
**folks [1]**
48/21
**follow [3]**
58/20 69/6
69/9
**following [9]**
3/12 31/5 44/4

93/1 95/10
100/10 105/18
112/5 115/13
**follows [5]**
21/16 88/13
97/25 104/16
124/23
**food [4]** 10/19
14/14 14/19
15/4
**forbid [1]**
60/2
**forbidden [1]**
110/3
**forbids [2]**
85/19 130/14
**forefront [1]**
58/18
**foregoing [2]**
111/8 134/7
**foreign [49]**
22/10 32/19
88/23 89/1
89/2 89/15
89/18 90/7
90/10 90/11
91/1 91/4 91/4
91/20 91/23
91/23 92/13
92/14 92/17
92/20 92/21
93/9 96/6 96/8
96/10 96/12
96/19 97/4
97/6 97/15
98/8 98/11
98/22 98/23
99/1 99/12
99/13 99/16
100/2 100/3
100/6 100/14
100/16 102/4
102/6 102/10
102/21 105/10
106/11
**forensic [1]**
49/4
**forensics [2]**
34/15 49/17
**foreperson [27]**
109/19 109/19
111/9 111/10
111/10 111/15
111/16 111/19
111/21 112/9
112/10 112/11

113/8 113/9
113/16 113/19
119/4 119/14
122/7 123/15
126/14 126/15
126/20 126/23
128/21 128/23
130/4
**foreseeable [1]**
97/18
**foresight [1]**
16/4
**forfeiture [2]**
120/1 120/15
**forget [2]**
18/19 42/19
**form [24]** 5/8
6/9 73/6
110/10 110/11
110/19 111/5
111/7 111/13
111/13 111/15
111/17 111/19
112/11 119/8
119/21 120/23
120/24 121/25
122/5 123/10
126/16 126/20
126/22
**formally [1]**
122/17
**format [1]**
134/9
**former [11]**
9/2 9/22 9/3
34/14 34/15
34/22 35/2
35/9 35/13
35/19 53/19
**forth [4]**
63/12 122/13
130/22 131/6
**forthright [1]**
79/23
**forum [1]**
36/12
**forward [5]**
35/5 53/4
56/23 64/25
131/7
**fought [1]**
42/22
**found [23]**
13/2 13/3 13/6
13/19 16/10
23/13 23/15

**F**

**found... [16]**
23/17 24/24
25/1 27/7
32/21 32/21
33/2 33/6 33/7
33/9 33/10
36/2 36/3
38/13 60/1
61/12
**four [6]** 13/13
44/25 47/9
52/14 60/23
127/15
**Fourteen [1]**
63/2
**fourth [2]**
100/20 103/16
**frame [5]**
33/14 47/3
47/25 48/1
64/21
**frank [1]**
79/22
**free [2]**
113/15 130/18
**freezing [1]**
16/7
**frequency [1]**
11/15
**frequently [1]**
14/9
**fresh [1]** 6/8
**freshman [1]**
62/25
**Friday [4]**
26/22 36/11
36/11 65/10
**friend [14]**
35/11 35/11
45/2 45/4
45/10 45/13
46/5 55/4 55/5
55/12 57/23
58/1 58/8 60/2
**friend's [1]**
54/25
**friends [16]**
8/12 11/7
11/18 14/8
14/15 14/18
15/2 34/15
35/2 35/10
42/11 45/18
46/22 54/13

55/21 67/7
**friendship [1]**
45/16
**front [5]** 12/9
12/25 14/3
24/13 36/24
**frozen [1]**
16/9
**fruition [1]**
40/9
**frustrating [2]**
51/23 51/23
**frustration [3]**
54/15 54/15
55/2
**fucker [1]**
20/7
**full [2]** 17/23
60/5
**fully [4]** 40/4
40/14 41/21
95/17
**fun [1]** 10/16
**funny [2]**
60/20 63/9
**further [11]**
89/7 89/24
90/17 91/11
98/2 98/16
99/6 104/17
112/18 115/7
121/18
**Furthermore [1]**
104/12
**futile [1]**
55/13
**future [2]**
18/13 52/14

**G**

**gallery [2]**
133/4 133/5
**GARY [2]** 1/18
39/22
**gather [1]**
115/5
**gave [3]** 49/12
57/5 61/5
**gay [3]** 55/14
56/1 56/5
**general [3]**
78/1 87/20
104/2
**generally [1]**
95/15
**generation [1]**

56/18
**generational
[1]** 56/11
**genital [4]**
32/17 94/23
94/23 94/23
**genital-genital
[1]** 94/23
**genitalia [1]**
22/4
**genitals [10]**
12/25 89/3
89/20 90/13
91/6 91/25
95/1 95/4 95/6
95/12
**gentlemen [19]**
6/24 7/10 8/24
34/2 37/9
37/16 48/10
58/15 60/4
67/13 68/21
72/19 112/15
112/25 118/11
119/2 125/4
130/10 133/4
**Georgetown [1]**
10/1
**germane [1]**
49/5
**get [29]** 3/20
4/6 4/24 8/3
10/17 10/19
10/22 11/3
11/16 12/2
12/3 13/14
14/24 15/3
15/14 16/2
26/9 29/22
37/2 37/3
43/18 54/13
56/24 58/9
63/20 66/24
67/9 72/17
119/24
**gets [2]** 7/19
44/8
**Gilman [30]**
9/3 9/16 9/19
9/20 9/22 9/25
10/4 10/5
10/13 10/14
11/6 11/21
14/8 15/22
25/11 34/14
42/2 43/5

43/21 44/12
45/5 45/8 46/1
56/8 56/10
56/12 56/13
57/9 57/21
59/17
**girl [2]** 66/11
66/11
**girlfriend [2]**
8/13 19/12
**give [16]**
39/24 55/12
64/20 69/7
69/17 73/14
73/15 77/4
80/13 81/11
81/18 82/8
88/9 95/25
117/24 121/17
**given [9]** 7/17
58/23 79/13
83/20 87/19
107/19 108/24
115/16 117/22
**gives [1]**
31/17
**glasses [4]**
47/19 47/22
47/24 48/3
**gleaned [1]**
18/20
**gmail.com [8]**
32/25 33/4
89/5 89/22
90/15 91/9
92/3 98/13
**go [38]** 3/10
3/25 4/23 5/24
8/6 11/2 11/3
16/8 16/21
18/6 19/9
20/24 21/8
21/13 21/15
21/20 21/23
25/15 34/9
39/25 40/17
41/10 42/7
53/5 54/20
62/1 62/7 62/9
62/15 63/21
66/7 67/11
67/12 120/1
120/6 120/10
120/18 122/19
**go-to [1]**
41/10

**goal [1]** 43/22
**gobsmacked [1]**
45/23
**God [4]** 44/18
54/5 57/5 60/2
**Godine [3]**
11/25 35/16
35/17
**goes [3]** 45/17
63/25 111/5
**going [64]**
3/19 4/2 4/5
5/10 8/6 15/24
16/18 16/19
17/2 18/14
18/19 19/22
20/24 20/25
27/3 28/25
30/12 31/1
36/22 36/23
37/16 42/23
43/20 44/2
44/3 44/6
44/10 44/24
45/21 46/3
46/22 48/5
48/15 48/16
48/17 49/12
52/21 54/21
55/4 55/5 55/9
57/19 58/3
58/15 59/15
60/5 60/7 61/7
61/8 61/17
61/18 61/22
61/23 61/23
61/24 62/6
63/21 66/14
68/5 88/9
110/10 113/12
123/23 124/1
**gone [5]** 15/3
28/9 41/12
113/17 121/13
**good [12]** 3/2
6/23 6/25 8/24
18/15 18/15
39/21 50/23
68/21 118/4
121/21 125/4
**Google [3]**
51/8 51/13
52/1
**got [11]** 4/12
11/19 29/4
29/6 38/23

**JA857**

**G**

**got... [6]**
41/11 47/18
49/4 54/21
57/25 122/10
**govern [1]**
84/11
**government [100]** 3/14
3/16 4/19 4/21
5/13 5/16 6/1
7/4 7/15 7/17
7/19 7/23
17/17 34/10
34/11 39/1
39/3 40/20
41/20 42/18
47/8 48/2 48/5
49/1 50/3
52/19 53/10
53/16 57/5
70/7 70/12
70/14 70/15
70/18 70/22
71/6 71/8
71/18 73/6
74/20 75/2
75/7 75/9
78/16 80/9
81/6 83/4
83/14 83/16
84/15 85/2
85/16 85/22
92/25 93/10
93/13 93/16
94/1 94/7
94/10 94/17
94/20 95/8
96/2 96/16
96/23 97/5
97/17 97/20
100/9 100/24
101/14 101/23
102/2 102/8
102/18 102/24
103/3 103/11
103/16 104/1
105/17 106/5
107/7 107/14
108/3 108/6
115/15 117/1
120/12 120/18
121/14 122/21
123/5 123/25
124/11 131/19
132/3 132/19
132/20
**government's [18]** 2/4 2/6
17/23 28/11
34/3 37/5 37/6
41/3 47/20
49/4 50/15
62/9 62/10
65/3 65/16
83/17 122/25
131/18
**GPS [5]** 27/1
28/22 28/24
30/2 30/2
**grabbing [1]**
15/6
**grade [9]**
10/21 11/5
11/6 15/9
15/10 41/25
42/4 62/15
67/6
**grades [2]**
43/7 45/17
**graduate [2]**
10/1 14/7
**graduated [2]**
42/6 64/19
**graduation [1]**
51/18
**grand [9]**
88/14 89/6
89/23 90/16
91/10 98/1
98/15 99/5
104/16
**grateful [1]**
114/20
**greater [3]**
70/12 73/14
81/8
**greet [1]**
130/25
**group [8]** 8/7
11/18 34/24
34/24 35/1
35/9 35/9
113/22
**guess [2]** 77/7
78/11
**guesswork [1]**
78/21
**guide [1]**
83/21
**guided [1]**

71/3
**guilt [14]**
30/25 34/12
60/1 71/6
71/15 71/18
74/11 74/25
75/8 78/4 79/8
83/15 87/12
87/14
**guilty [44]**
9/14 30/16
34/19 37/10
37/11 41/19
58/25 59/8
67/12 71/9
71/16 71/20
74/8 74/10
74/20 75/3
76/21 76/21
82/19 83/14
87/7 88/7
92/11 92/23
92/24 100/7
100/8 105/15
105/16 108/16
108/19 110/24
110/24 111/3
111/4 127/6
127/10 127/14
127/18 127/22
128/2 128/6
128/10 128/14
**guys [1]** 54/2

**H**

**habitually [1]**
57/11
**had [69]** 11/1
11/7 11/11
13/11 14/10
15/1 15/5
15/11 15/20
15/22 16/11
22/7 23/4 28/9
31/8 32/19
34/5 34/9
34/25 35/3
39/24 41/24
42/1 42/1 42/3
42/8 42/9
42/23 47/5
50/1 51/19
52/19 53/24
54/16 55/21
57/1 57/2
57/11 57/16

58/4 60/24
61/3 66/18
93/8 96/5 96/8
96/13 97/1
97/16 98/6
98/9 98/20
98/24 99/10
99/14 100/15
101/11 101/12
101/21 102/6
102/16 103/2
104/1 119/5
121/4 121/12
121/13 124/11
124/16
**Hadley [1]**
28/15
**hadn't [1]**
56/17
**HAGAN [15]**
1/16 3/25 6/11
6/19 7/22 8/24
31/8 31/11
32/8 40/14
41/23 61/6
61/14 63/21
66/23
**haha [1]** 63/8
**hair [1]** 47/24
**hairstyle [1]**
47/13
**half [2]** 20/15
66/1
**Halpert [7]**
25/24 26/15
26/16 26/22
26/23 26/23
63/23
**Halpert's [2]**
26/19 26/24
**Halperts [3]**
26/18 66/3
67/1
**Halperts' [2]**
26/12 63/20
**hand [6]** 27/18
71/17 83/16
112/12 113/24
122/10
**handed [1]**
6/16
**handing [1]**
10/18
**hands [2]**
12/25 67/16
**handwriting [1]**
65/8

**happen [3]**
46/24 47/4
67/3
**happened [15]**
14/23 29/7
35/18 36/15
42/15 46/10
46/24 51/3
52/25 57/20
60/10 114/14
114/17 117/9
117/11
**happening [9]**
35/8 46/1
47/17 47/23
49/20 59/22
60/5 60/8
60/22
**happens [4]**
31/22 53/1
60/3 60/4
**happy [1]**
43/25
**harass [7]**
18/4 19/6
19/13 104/20
105/8 105/24
107/10
**hard [3]** 41/9
43/17 116/8
**Harken [1]**
130/2
**has [66]** 3/9
4/19 5/11 7/3
17/17 20/18
32/1 34/10
34/12 38/11
38/15 47/9
52/23 52/24
55/18 57/9
57/13 61/14
65/17 67/12
69/7 70/22
71/5 71/8
71/18 73/6
74/6 74/8
74/20 75/7
75/9 75/16
76/5 76/9
76/18 77/18
81/23 82/17
83/14 83/16
88/7 92/11
92/18 94/1
95/8 100/1
101/15 109/19

**H**

**has... [18]**
110/15 110/16
111/13 112/21
114/17 115/2
115/8 119/12
120/7 121/9
121/10 123/2
124/11 124/16
126/16 126/20
126/22 131/8
**hash [2]**   24/1
24/25
**hasn't [1]**
47/13
**hate [1]**   60/10
**have [160]**
**having [13]**
9/25 13/24
37/4 88/20
89/4 89/13
89/20 90/5
90/13 90/23
91/7 91/17
92/1
**he [240]**
**he's [30]**   9/8
24/15 25/4
25/8 25/9
25/17 25/24
26/5 27/15
30/2 30/24
37/1 37/8
43/11 43/21
43/24 44/9
44/19 44/20
46/2 46/5
47/23 48/2
48/17 55/6
55/9 55/24
57/6 57/6
65/23
**head [1]**   45/16
**header [2]**
38/14 38/14
**hear [8]**   4/7
11/17 12/10
44/21 58/11
62/20 80/23
117/16
**heard [19]**
11/10 11/22
17/25 21/17
42/2 42/3
46/16 49/8

53/19 55/18
64/24 72/14
76/23 78/6
81/4 84/1 84/1
84/2 130/3
**hearing [4]**
13/4 18/21
72/25 73/4
**hears [1]**   77/1
**heart [3]**   45/5
45/15 64/22
**held [6]**   3/12
31/5 42/4
115/13 122/16
134/8
**hell [1]**   8/23
**help [9]**   16/19
45/9 47/12
55/12 60/14
65/2 67/9 67/9
79/19
**helpful [1]**
16/21
**her [28]**   14/7
14/10 14/15
14/15 14/16
14/18 14/18
14/21 15/2
15/7 20/8
20/24 26/17
41/23 43/15
43/15 50/5
79/15 80/2
80/5 80/11
81/7 82/4
82/12 111/11
122/18 122/22
122/24
**here [43]**
13/11 20/24
22/16 22/18
24/9 28/10
29/3 31/12
33/7 35/13
36/24 37/3
40/7 40/18
53/20 54/21
59/22 59/25
65/11 74/22
77/10 79/5
96/16 102/18
112/13 114/20
117/12 118/24
121/23 122/2
125/6 125/12
125/14 125/16

125/18 125/20
125/22 125/24
126/1 126/3
126/5 126/7
126/9
**here's [3]**
23/18 64/25
65/15
**hereby [1]**
134/6
**herself [2]**
80/3 80/18
**hesitate [3]**
71/15 71/19
109/9
**hidden [1]**
10/9
**hide [2]**   15/20
47/23
**hiding [1]**
79/24
**high [13]**   11/7
40/4 42/6
42/13 43/12
44/25 51/18
58/10 58/11
62/25 63/7
64/16 66/8
**highlight [3]**
16/15 62/13
65/5
**highlighted [1]**
9/22
**highs [1]**
10/15
**him [61]**   11/18
14/2 14/5
15/11 16/3
19/3 21/3 21/3
22/1 27/16
27/17 28/16
29/16 29/17
35/17 37/11
43/2 43/18
43/21 43/25
43/25 44/9
45/11 47/1
47/1 47/1 49/8
54/25 55/2
55/8 55/11
56/12 57/3
57/23 59/18
59/19 59/23
60/8 61/3 61/5
62/14 62/15
63/1 63/11

64/17 65/21
66/20 67/4
67/4 67/4 67/5
67/12 67/12
74/17 74/20
75/5 75/6
76/25 79/9
80/11 85/12
**himself [10]**
9/5 10/9 12/8
36/2 36/3 45/6
45/7 49/22
80/3 80/18
**hinged [1]**
41/4
**his [113]**   3/4
5/11 7/5 9/12
11/6 11/9 11/9
12/25 12/25
13/22 14/24
15/11 15/14
15/19 16/2
16/19 18/7
19/8 19/13
19/18 21/9
21/22 23/6
23/7 24/10
24/22 25/3
25/3 25/4
25/12 25/13
29/16 32/14
32/17 33/18
33/19 33/20
34/15 36/14
36/20 36/25
37/2 40/3 40/4
41/12 42/5
42/7 42/11
42/11 42/12
42/12 42/12
42/15 42/22
44/8 45/2 45/4
45/9 45/11
45/15 45/16
46/5 48/3
48/20 49/2
49/22 51/18
54/13 54/17
54/25 55/2
55/5 55/12
55/13 55/20
55/21 55/22
56/11 56/19
61/2 62/14
63/1 63/20
64/8 64/11

64/24 64/25
66/12 67/6
74/25 76/25
76/25 79/15
80/2 80/5 81/6
81/20 82/4
82/11 83/15
85/11 86/10
101/14 104/10
105/25 105/25
106/2 106/3
107/24 107/24
107/24 111/11
131/20
**history [3]**
57/22 58/5
58/14
**hitting [1]**
50/18
**Hoffberger [4]**
14/6 14/13
14/25 15/2
**hold [4]**   73/2
101/8 122/10
133/4
**holding [1]**
12/25
**holiday [1]**
28/6
**home [6]**   11/19
12/3 13/25
44/13 50/18
63/21
**homes [1]**
63/19
**homophobia [2]**
55/18 56/7
**homophobic [1]**
54/5
**honest [1]**
109/11
**Honor [47]**   3/8
3/17 4/1 4/8
5/17 6/2 6/13
7/8 7/24 16/19
31/3 32/6 32/9
38/22 39/4
39/11 39/18
59/12 62/3
68/15 68/17
115/17 115/18
116/15 117/7
118/3 119/25
120/19 121/7
121/12 121/20
122/11 123/6

154

**H**

**Honor... [14]**
123/8 123/13
123/17 124/12
124/15 128/23
129/13 129/19
129/22 129/25
131/19 132/16
132/21 132/23

**HONORABLE [5]**
1/11 38/6
68/11 124/5
133/7

**honors [1]**
43/13

**hooked [1]**
4/24

**hope [1]** 112/7

**hoped [3]**
10/17 10/20
11/1

**hoping [1]** 4/4

**horrible [3]**
61/25 62/2
62/2

**hostility [1]**
80/12

**hounding [1]**
17/20

**hour [2]** 8/15
113/17

**hours [1]** 41/2

**house [8]** 12/6
26/18 26/24
28/4 29/8
44/13 53/11
53/12

**house-sit [1]**
28/4

**house-sitting**
**[5]** 26/18
26/24 29/8
53/11 53/12

**housekeeping**
**[1]** 38/9

**houses [1]**
53/11

**how [47]** 11/8
11/17 15/18
18/5 19/19
20/4 20/10
21/24 24/5
24/5 27/22
27/24 28/3
28/24 30/12

30/21 31/1
31/24 33/16
35/23 35/23
39/25 40/24
41/15 45/18
45/19 46/13
49/7 55/2 67/7
79/24 80/9
110/7 110/21
111/1 113/7
115/7 117/10
127/3 127/7
127/11 127/15
127/19 127/23
128/3 128/7
128/11

**however [11]**
58/6 74/3
76/14 82/10
83/21 86/20
97/10 101/18
102/12 106/15
114/17

**human [1]** 86/7

**humiliating [2]**
66/14 67/4

**hung [1]** 14/8

**HWSNXN2 [1]**
99/2

**hypothetical**
**[1]** 49/6

**I**

**I'll [10]** 14/6
19/22 20/19
20/19 21/5
30/17 111/24
115/12 118/6
133/4

**I'm [46]** 4/4
14/11 16/18
17/2 18/9
18/14 20/24
28/5 37/2
42/14 43/2
46/9 46/9
46/20 46/21
48/10 49/11
54/16 56/2
56/2 57/15
59/15 59/22
59/25 60/13
61/6 61/17
61/18 61/21
61/23 61/24
63/11 63/21

65/5 65/11
65/11 88/9
110/10 116/6
116/10 116/15
116/17 117/7
117/9 121/20
123/23

**I've [13]** 7/20
28/1 29/3 39/1
39/5 54/16
77/15 81/20
108/24 119/11
120/23 124/9
130/22

**ice [2]** 10/20
62/18

**iCloud [19]**
9/12 22/22
23/6 23/23
24/21 24/25
26/8 26/14
28/20 29/21
32/25 33/4
60/23 89/4
89/21 91/7
92/1 98/12
127/25

**iClouds [1]**
49/18

**idea [1]** 48/18

**identification**
**[1]** 72/1

**identified [7]**
12/7 12/12
22/17 26/17
28/2 30/4 49/1

**identity [3]**
76/15 103/11
104/3

**ignorance [1]**
85/5

**ignore [1]**
65/20

**ignoring [3]**
8/6 52/17
52/18

**ill [1]** 114/14

**illegality [1]**
104/13

**ills [1]** 48/7

**illuminating**
**[2]** 54/2 54/7

**illustrious [1]**
9/21

**image [18]**
24/9 25/7 26/1

26/2 26/3 26/4
26/12 29/10
52/20 93/25
98/5 98/6
98/19 98/20
99/9 99/10
99/25 101/5

**images [17]**
8/18 9/4 9/10
9/13 15/25
22/11 25/25
32/13 52/17
57/1 60/20
96/17 96/18
102/19 102/20
105/2 105/3

**imagine [2]**
43/20 60/1

**IMG [4]** 116/24
116/25 118/15
118/23

**IMG6965.mov [1]**
89/3

**IMG6966.mov [1]**
89/19

**IMG6967 [1]**
116/2

**IMG6968.mov [1]**
89/19

**IMG6974.mov [1]**
90/12

**IMG6975.mov [1]**
90/12

**IMG6976.mov [1]**
91/24

**immaterial [1]**
87/15

**immediate [2]**
105/25 106/2

**immediately [3]**
26/1 26/2
27/22

**impactful [1]**
35/15

**impartial [2]**
75/1 109/7

**impartiality**
**[1]** 70/6

**implicit [1]**
111/24

**implied [1]**
61/3

**importance [3]**
79/19 81/2
95/25

**important [7]**

26/13 45/10
48/1 51/14
70/7 70/9
109/1

**importantly [4]**
10/11 21/22
48/20 54/13

**imposed [2]**
114/23 130/19

**imposes [1]**
74/13

**imposing [1]**
108/13

**impossibility**
**[1]** 51/21

**impossible [1]**
51/22

**improper [3]**
70/17 70/24
71/2

**inability [1]**
40/17

**inaccurate [1]**
30/25

**inadvertence**
**[1]** 85/21

**inappropriate**
**[2]** 31/10
95/16

**incentive [1]**
80/10

**incident [4]**
35/16 35/17
35/18 80/22

**incidental [1]**
94/16

**include [1]**
119/7

**included [1]**
62/11

**includes [2]**
93/22 101/2

**including [22]**
15/2 72/15
88/24 89/16
90/8 91/1
90/20 92/18
93/23 94/23
98/8 98/11
98/23 99/1
99/13 99/16
100/4 100/7
101/3 103/13
106/21 121/8

**incomplete [2]**
65/7 66/19

**I**

**Inconsistencies
[1]**  80/19
**inconsistent
[1]**  41/8
**incorrect [2]**
23/22 23/24
**increase [1]**
11/15
**incredibly [2]**
42/22 47/25
**indeed [3]**
47/20 54/18
57/18
**independent [5]**
37/23 68/1
73/12 82/2
115/1
**INDEX [1]**  2/1
**indicate [3]**
70/1 86/10
111/21
**indicated [2]**
22/18 122/1
**indicating [1]**
116/23
**indicative [1]**
57/22
**indicted [2]**
50/14 74/6
**indictment [50]**
52/23 73/23
74/1 74/2 74/3
74/7 74/8
75/11 75/13
75/21 75/23
76/4 76/7
76/10 76/12
84/10 84/17
84/18 84/23
84/25 85/24
87/22 87/25
88/12 92/4
93/2 93/13
97/2 97/23
97/25 99/20
104/14 104/15
105/5 105/22
106/9 106/10
116/5 116/5
116/10 116/13
116/17 118/13
119/8 119/23
120/15 120/17
120/24 122/4

123/10
**indictments [1]**
118/20
**individual [2]**
92/22 109/5
**individuals [2]**
10/10 70/15
**induce [5]**
88/17 89/9
90/1 90/20
91/14
**induced [2]**
93/4 93/18
**induces [1]**
92/7
**inducing [1]**
94/13
**indulgence [1]**
3/6
**infer [8]**
12/13 19/4
19/5 76/11
77/21 78/8
85/9 86/7
**inference [9]**
12/13 20/12
75/22 78/7
78/11 78/21
82/24 86/11
104/11
**inferences [10]**
69/23 78/14
78/17 78/18
78/20 78/25
79/3 79/7 87/5
108/1
**inferred [2]**
86/20 87/7
**influence [1]**
108/13
**inform [1]**
111/19
**informally [2]**
131/1 131/1
**information
[10]**  12/19
24/2 28/22
29/1 44/22
63/23 72/17
73/17 106/18
114/25
**initials [2]**
110/17 110/18
**injury [1]**
105/12
**innocence [3]**

58/24 70/22
74/23
**innocent [9]**
74/16 74/18
75/25 80/23
81/3 82/22
87/13 102/1
103/20
**inquiring [1]**
130/21
**insight [1]**
54/1
**Inspiron [2]**
99/2 128/5
**Instagram [2]**
8/6 19/23
**instance [1]**
114/15
**instances [3]**
115/20 118/16
118/23
**instant [1]**
114/18
**instead [3]**
118/15 119/1
119/10
**institutions
[1]**  106/23
**instruct [12]**
6/8 67/17
67/19 68/23
69/1 70/2
71/10 73/24
74/17 96/20
102/22 123/14
**instructed [3]**
83/3 85/15
122/3
**instruction
[14]**  4/11
5/12 5/13 5/15
6/15 38/12
38/14 38/15
38/19 39/2
69/10 116/14
116/23 117/22
**instructions
[36]**  2/7 5/8
5/20 5/23 5/24
5/24 6/9 6/17
16/20 38/10
39/6 52/22
58/21 69/9
69/9 69/11
74/2 87/19
88/9 108/9

108/24 115/7
115/16 116/11
116/23 117/5
117/13 118/12
118/17 118/20
119/8 119/20
120/24 122/1
122/4 123/10
**instrument [1]**
73/22
**insular [1]**
9/21
**insurmountable
[1]**  34/13
**intelligence
[1]**  108/25
**intend [1]**
39/2
**intended [3]**
19/2 95/21
97/13
**intends [1]**
86/12
**intent [22]**
18/4 18/6 19/6
19/8 19/13
85/18 86/5
86/7 86/16
86/23 87/2
87/7 87/18
99/23 101/1
104/19 105/7
105/24 107/10
107/17 107/20
107/22
**intention [3]**
101/13 101/19
101/21
**intentional [1]**
81/3
**intentionally
[6]**  75/24
85/4 85/23
85/25 101/25
103/19
**interactive [7]**
17/10 104/20
105/8 105/19
106/6 106/18
107/8
**intercourse [1]**
94/23
**interest [2]**
57/10 57/14
**interesting [6]**
13/12 13/16

18/16 23/18
25/6 48/20
**interfere [2]**
71/1 71/11
**internet [12]**
17/15 37/25
68/4 97/8
97/12 98/12
102/11 102/15
106/13 106/17
106/22 112/23
**internet-based
[1]**  98/12
**interpretation
[2]**  83/18
83/25
**interstate [57]**
17/11 22/10
32/19 88/23
89/1 89/1
89/15 89/18
90/7 90/10
90/11 91/1
91/3 91/4
91/20 91/22
91/23 92/13
92/14 92/17
92/20 92/20
93/9 96/5 96/8
96/10 96/12
97/4 97/8
97/15 97/20
97/22 98/8
98/10 98/22
98/22 98/25
99/12 99/13
99/15 100/2
100/3 100/6
100/14 100/16
102/4 102/6
102/12 104/15
104/22 105/9
105/10 105/17
105/21 106/9
106/11 106/13
**intervene [1]**
31/13
**intimate [2]**
106/1 106/3
**intimidate [7]**
18/4 19/6
19/13 104/20
105/8 105/24
107/10
**intimidation
[1]**  33/20

**I**

intolerance [1]
54/12
intoxicated [1]
62/25
introduced [4]
12/16 30/5
47/20 50/1
investigating
[1]   16/5
investigation
[3]   37/23
68/2 115/1
investigations
[1]   51/12
investigative
[1]   83/4
involve [5]
7/14 16/13
86/16 95/24
103/6
involved [8]
12/7 32/15
33/1 43/9 44/4
46/21 83/9
84/7
involving [1]
27/14
iPad [1]   13/10
iPads [1]
49/18
iPhone [28]
13/4 13/12
13/15 13/16
13/17 13/19
13/19 13/19
13/20 15/19
17/12 17/13
23/2 23/2 23/7
23/8 23/11
24/23 27/6
28/21 29/23
29/24 89/4
89/21 90/14
90/14 91/7
92/1
IPhones [1]
9/12
ironclad [1]
49/14
irregular [1]
87/8
irrelevant [1]
104/13
Irrespective
[1]   53/17

is [365]
ish [1]   63/10
isn't [5]   27/1
34/1 36/8
49/14 50/22
issue [6]
48/22 49/24
76/15 81/21
83/10 84/8
issues [13]
31/17 37/20
44/11 50/4
58/4 60/24
67/24 69/18
112/17 115/15
117/12 124/13
124/19
it [235]
it'll [2]
120/6 131/3
it's [77]   3/3
3/22 8/7 10/6
11/24 12/19
12/20 19/11
20/7 20/16
22/4 23/21
23/21 23/24
24/6 24/8 24/9
29/1 29/20
31/25 33/6
34/4 36/14
37/9 46/12
46/19 48/10
48/15 50/22
51/4 51/21
52/12 52/12
52/13 52/24
53/1 53/7
53/13 54/2
54/7 54/10
54/11 54/11
57/18 61/7
61/8 62/3
62/10 62/15
69/1 69/2
72/21 73/16
74/4 77/13
77/23 78/1
78/11 78/17
79/12 80/24
81/9 85/13
86/14 95/23
109/2 115/25
116/5 116/6
116/8 116/19
116/25 118/5

118/11 118/24
118/24 121/16
items [5]
96/24 96/25
119/6 119/13
123/12
its [13]   4/17
24/4 37/25
68/3 70/18
71/18 75/2
83/5 85/2
85/15 86/25
104/10 112/21
itself [5]
29/11 38/15
74/8 86/24
95/19

**J**

Jack [1]   12/6
JAMES [6]   1/11
45/2 53/21
56/22 57/9
59/18
January [16]
28/4 28/6 28/8
28/13 28/13
28/18 51/16
51/19 52/5
52/6 52/9 53/4
90/18 98/3
127/17 128/1
January 1st [1]
28/13
January 2 [1]
127/17
January 23 [2]
98/3 128/1
January 24th
[2]   52/5 52/6
January 2nd [5]
28/4 28/6
28/8 28/13
28/18
Jarman [4]
61/7 65/2 65/5
66/6
jealous [1]
19/8
JKB [5]   1/5
110/17 110/17
125/7 127/2
JKB-23-0274 [1]
125/7
JKB-23-278 [2]
110/17 127/2

job [1]   19/12
joint [2]
101/17 101/20
jointly [1]
101/22
joke [2]   54/23
54/25
jokes [1]   55/5
joking [1]
55/9
judge [1]   69/1
judge's [1]
58/21
judges [4]
69/20 79/10
79/11 84/3
judgment [4]
4/16 82/13
108/22 109/5
Judicial [1]
134/10
Juggling [1]
8/11
July [1]   23/11
July 23rd [1]
23/11
jump [1]   67/5
jumped [1]
53/3
June [10]
12/23 21/5
21/7 24/19
30/22 30/22
63/6 89/8
111/3 127/9
June 14th [1]
30/22
June 15th [2]
12/23 63/6
June 21 [3]
89/8 111/3
127/9
June 21st [1]
24/19
June 7th [3]
21/5 21/7
30/22
junior [3]
14/10 42/7
64/16
jurisdiction
[1]   100/18
juror [34]   7/1
7/2 7/2 7/2
31/9 114/7
114/8 114/8

114/14 114/16
125/10 125/11
125/13 125/15
125/17 125/19
125/21 125/23
125/25 126/2
126/4 126/6
126/8 128/16
128/18 128/24
129/2 129/5
129/8 129/11
129/14 129/17
129/20 129/23
jurors [23]
6/25 18/5
40/16 71/2
74/24 79/10
109/2 109/8
109/12 109/15
112/19 113/5
114/10 114/21
122/6 122/6
126/12 126/14
130/7 130/11
130/14 131/5
133/4
jury [112]
1/11 2/7 2/8
3/3 4/10 4/21
5/8 5/12 5/23
5/24 5/25 6/8
6/17 6/18 6/19
6/21 6/22 6/24
7/3 38/2 38/3
38/4 38/10
39/7 39/12
39/13 39/14
52/21 68/7
68/8 68/9
68/14 68/18
68/19 68/20
69/12 69/19
72/4 73/1 73/5
74/19 78/3
78/22 83/2
84/3 84/14
88/14 89/6
89/23 90/16
91/10 98/1
98/15 99/5
104/16 108/23
109/18 110/4
110/11 111/8
111/25 112/5
112/21 112/24
112/25 114/16

**JA862**

# J

**jury... [46]**
114/19 115/4
115/16 116/13
117/5 118/12
118/17 119/2
119/6 119/7
119/9 119/16
119/17 119/18
119/20 119/20
119/21 120/1
120/24 121/25
122/4 122/5
122/19 123/4
123/10 123/11
123/12 123/14
123/19 124/22
125/1 125/2
125/3 125/9
126/10 126/16
126/21 128/15
130/2 130/3
130/25 131/5
131/8 131/8
131/9 131/10

**just [74]**   3/22
5/14 6/15 8/5
10/25 16/7
16/15 16/18
17/2 19/18
20/7 20/14
20/14 20/21
20/24 21/8
22/14 22/15
24/9 24/12
24/22 25/3
25/6 25/17
25/22 27/18
28/1 28/14
29/7 29/11
31/14 31/25
33/7 33/23
35/4 35/21
36/15 36/20
36/23 37/3
37/8 41/16
44/23 46/23
49/24 52/17
53/13 54/10
54/21 55/9
55/11 56/3
56/5 56/21
62/24 64/11
64/24 65/10

67/2 68/5
71/13 87/19
112/2 115/21
116/6 116/6
116/22 117/17
119/11 120/1
120/8 122/17

**justice [3]**
37/3 37/8
70/16

**justified [1]**
79/3

# K

**keep [4]**   6/7
21/8 48/16
53/2

**KENJI [23]**   1/6
88/16 89/25
90/19 91/13
98/4 98/18
99/8 104/19
110/16 110/21
111/1 125/8
127/1 127/3
127/7 127/12
127/16 127/20
127/24 128/4
128/8 128/12

**kept [5]**   9/10
16/12 26/20
54/9 63/25

**kid [5]**   45/9
45/9 46/1 46/2
67/10

**KIM [2]**   1/16
8/24

**kind [3]**   63/8
72/15 115/21

**kinds [1]**
31/21

**knew [13]**
22/24 45/24
45/25 46/16
54/24 66/13
93/14 96/8
96/25 97/13
100/20 103/1
103/17

**know [69]**
19/10 21/24
23/4 26/16
26/17 26/19
26/19 26/23
30/3 30/21
33/17 33/21

33/22 34/1
34/4 41/6 42/2
42/21 42/24
42/24 43/4
43/5 43/7 43/8
43/16 44/19
45/19 45/25
46/8 47/5
48/17 48/21
49/2 49/3 49/7
49/15 49/17
50/6 50/14
50/24 51/5
51/5 51/6
53/10 54/6
56/18 57/4
57/13 60/3
60/17 60/18
61/17 63/4
63/22 65/15
78/13 80/4
88/21 89/13
90/5 90/24
91/18 92/11
96/9 97/16
113/16 119/25
120/6 120/9

**knowing [5]**
88/20 89/13
90/5 90/23
91/17

**knowingly [29]**
32/12 40/8
75/23 85/3
85/4 85/6 85/9
85/14 86/13
86/13 88/16
89/9 90/1
90/19 91/13
98/4 98/18
99/8 99/23
99/23 100/9
100/11 100/11
100/25 101/1
101/24 101/25
103/19 103/22

**knowledge [16]**
76/25 80/6
81/23 83/10
84/8 85/12
85/13 85/17
86/16 87/2
87/7 103/24
104/1 104/3
104/5 104/7

**known [4]**   45/1

46/6 46/7
76/24

**knows [2]**   54/5
92/11

# L

**labeled [1]**
119/20

**lack [2]**   45/3
87/12

**lacrosse [1]**
10/18

**ladies [18]**
6/23 7/10 8/24
34/2 37/9
37/16 48/10
58/15 60/4
67/13 68/21
72/19 112/15
112/25 118/11
119/2 125/4
130/10

**language [1]**
55/24

**lap [3]**   12/14
12/15 13/1

**laptop [17]**
12/16 13/2
13/5 13/10
23/7 23/9
23/12 23/13
24/24 27/8
33/6 33/9
33/11 99/2
99/17 128/5
128/9

**laptops [1]**
9/12

**large [1]**
17/23

**lascivious [6]**
95/1 95/3 95/7
95/9 95/19
95/24

**lashing [1]**
44/20

**last [14]**   5/6
5/21 6/10 7/4
11/17 33/13
36/11 36/11
41/21 61/16
114/3 116/6
117/18 120/14

**lastly [3]**
19/15 53/6
62/22

**latched [1]**
67/10

**late [5]**   11/20
11/25 14/5
14/14 20/3

**late-night [2]**
11/20 14/14

**later [3]**
13/14 18/17
53/2

**law [31]**   5/3
37/23 67/17
68/2 68/23
69/1 69/3 69/5
69/6 69/11
69/15 69/16
71/10 72/25
73/1 73/5
74/13 74/16
78/1 81/4 81/5
81/10 83/5
83/7 83/11
84/5 84/11
84/23 85/18
85/20 101/16

**laws [1]**   70/8

**lawyers [3]**
7/5 130/14
130/16

**lawyers' [1]**
7/14

**learn [1]**
112/16

**learned [2]**
35/10 57/16

**least [1]**
114/17

**leave [1]**
122/6

**leaving [2]**
28/8 40/4

**led [5]**   11/20
13/22 13/23
14/2 14/4

**leeway [1]**
31/8

**left [7]**   27/13
27/18 29/11
40/25 42/7
64/12 112/2

**legal [4]**   69/6
69/8 83/3
110/12

**legality [1]**
104/12

**lengthy [1]**

**L**

lengthy... [1] 29/14
less [7]  45/12 70/14 77/25 81/7 87/20 93/12 93/15
lesser [1] 81/8
let [11]  31/8 40/17 67/11 67/12 68/25 71/11 75/11 77/4 79/5 84/3 108/21
let's [14] 3/10 3/25 4/23 17/18 18/14 18/16 21/13 61/19 62/7 64/10 64/13 64/20
letter [3] 16/6 115/20 116/16
level [1]  43/3
libraries [1] 106/23
lie [3]  35/6 54/13 55/22
lied [1]  55/24
lies [1]  35/7
life [7]  20/12 21/9 36/25 40/4 58/16 64/8 66/13
light [5]  4/20 57/25 79/4 82/9 108/24
like [26]  11/1 12/20 13/10 18/15 19/19 19/20 19/24 20/6 24/10 25/4 35/16 35/18 35/20 46/24 52/24 54/6 54/17 55/3 55/14 56/6 56/9 62/16 65/12 80/24 110/12 111/5
liked [3]

66/11 66/11 66/13
limit [1] 72/16
limitations [1] 130/22
limited [3] 44/22 75/18 75/19
line [8]  49/12 49/12 96/25 97/1 103/1 103/2 106/15 132/12
list [7]  28/2 51/13 121/8 121/9 122/22 122/23 122/24
listed [2] 6/15 118/24
listen [3] 59/2 64/2 83/23
listened [1] 114/11
listening [2] 54/4 83/21
literally [4] 16/14 20/20 21/6 51/22
litigation [1] 70/13
little [10] 9/19 10/3 18/9 60/20 66/24 66/25 67/5 67/8 68/5 113/12
LIU [1]  1/20
live [5]  92/10 93/21 94/4 94/9 94/11
lives [2] 10/25 11/2
living [3] 23/13 44/9 44/13
located [12] 12/15 22/21 23/5 23/7 23/10 23/12 24/20 26/7 28/19 28/21 29/20 30/1
location [3] 23/5 30/12

33/3
locations [5] 9/11 13/6 23/17 24/4 29/8
lodged [1] 45/7
logical [8] 12/13 20/12 34/18 61/11 77/18 78/12 79/6 108/1
logically [2] 19/4 19/5
logistics [1] 3/24
London [2] 8/11 36/15
long [5]  12/9 15/21 53/17 86/25 101/9
longer [2] 130/19 130/24
look [31] 15/10 19/23 24/9 24/10 24/10 24/11 25/3 25/3 25/3 25/4 28/6 33/25 34/17 37/24 38/19 49/25 52/10 52/11 54/19 55/3 62/9 63/1 63/9 63/13 64/10 65/16 65/23 68/2 77/12 112/2 131/7
looked [3] 20/7 60/25 115/22
looking [6] 18/20 34/10 57/6 58/3 116/15 116/17
looks [1] 110/12
loses [2] 64/24 64/25
lost [2]  40/3 64/11
lot [5]  14/5 34/5 34/5 60/7 65/12
loud [1]

112/13
lounge [1] 123/24
love [3]  66/18 66/21 66/25
lows [1]  10/15
loyalty [1] 80/10
lunch [4] 67/20 67/20 67/20 68/6
lustfulness [1] 95/5

**M**

ma'am [2]  7/25 126/19
Madam [6] 119/19 119/23 125/5 128/21 128/23 130/2
made [22]  5/11 14/23 19/23 25/19 27/10 32/22 36/21 36/23 42/11 43/9 44/3 46/3 46/4 66/21 67/15 86/9 89/4 89/21 90/13 91/7 92/1 117/18
magazine [1] 99/24
mailed [20] 88/22 89/14 90/6 90/25 91/19 92/14 92/16 92/21 93/8 96/5 97/21 98/7 98/10 98/21 98/24 99/11 99/15 100/1 100/5 102/4
mailing [1] 97/20
maintained [2] 9/10 32/14
major [2] 31/12 54/11
majority [1] 41/3
make [38]  6/11 8/8 8/18 18/9 19/16 35/4

35/5 35/14 37/23 38/20 39/16 40/18 40/22 43/10 43/23 44/23 46/5 46/23 48/4 48/11 48/25 53/9 53/15 58/16 58/25 59/19 62/1 67/12 68/1 72/24 83/24 96/16 111/24 122/9 122/21 131/4 131/5 132/7
makes [9]  9/14 22/5 53/15 59/23 63/2 67/3 78/1 95/13 119/11
making [7] 8/12 21/3 56/2 63/25 64/5 71/1 116/22
Maldeis [3] 121/8 123/9 124/10
male [1]  22/4
malfeasance [1] 58/12
Malvern [1] 26/16
man [3]  48/6 56/10 56/13
manage [1] 67/7
manifestations [1]  107/24
manner [3] 79/21 87/8 110/3
manufactured [6]  17/14 22/12 96/19 96/21 102/21 102/22
many [3]  17/25 21/4 43/4
March [11] 29/20 47/4 51/1 51/3 64/1 64/14 64/15 65/25 66/4 66/18 67/2
March 20th [6]

**M**

**March 20th...**
**[6]**  47/4
64/14 64/15
66/4 66/18
67/2

**March 3rd [1]**
64/1

**maritime [1]**
100/17

**mark [2]**  14/19
110/23

**marked [1]**
72/1

**Markel [1]**
15/17

**marshals [1]**
132/25

**MARYLAND [27]**
1/1 17/14
32/22 42/7
88/14 88/15
89/7 89/8
89/23 89/25
90/17 90/18
91/11 91/12
96/22 98/1
98/3 98/16
98/17 99/6
99/7 102/23
104/17 104/18
110/14 127/1
134/6

**masochistic [1]**
94/25

**masturbate [2]**
14/2 27/17

**masturbates [1]**
29/17

**masturbating**
**[3]**  24/15
26/7 32/17

**masturbation**
**[2]**  22/4
94/25

**match [2]**
27/20 66/2

**material [14]**
24/17 32/15
98/4 98/18
99/8 99/25
100/21 103/17
103/23 104/2
104/5 104/9
104/11 104/13

**materials [26]**
16/11 16/12
16/12 16/13
22/12 32/21
32/22 33/1
58/23 88/22
89/14 90/6
90/25 91/19
92/16 93/8
96/4 96/11
96/12 98/9
98/24 99/14
100/4 100/15
102/5 102/15

**matter [17]**
10/6 19/9 19/9
21/1 33/17
34/7 49/5
52/12 57/21
70/8 78/21
79/18 81/1
109/1 115/1
130/22 134/9

**matters [10]**
32/4 38/10
69/6 70/2
80/17 81/21
81/22 83/10
84/8 113/6

**mature [2]**
43/1 43/8

**Mawr [2]**  14/7
14/7

**may [93]**  7/25
17/20 18/20
25/19 26/4
31/23 32/8
33/14 33/15
34/5 36/2
38/24 38/25
39/19 41/21
45/15 47/6
59/13 62/4
69/14 69/15
69/22 69/25
69/25 70/19
72/2 72/3
72/14 75/13
75/16 75/19
75/22 76/1
76/2 76/11
76/16 76/17
76/20 78/7
78/14 79/9
79/19 80/7
80/9 80/13

80/20 80/20
80/23 81/5
81/14 81/17
81/19 81/21
82/3 82/8
82/22 82/24
82/25 83/9
83/13 84/6
84/7 85/6 85/9
86/5 86/7 86/8
86/11 86/20
87/7 87/15
87/17 87/24
94/4 101/14
101/16 101/19
103/12 104/7
104/10 104/18
107/22 108/1
109/23 112/15
113/3 115/4
122/7 122/8
123/15 123/16
126/19 128/12

**May 19th [1]**
47/6

**May 2022 [1]**
128/12

**maybe [12]**
10/3 18/9
18/11 31/14
35/25 36/1
54/21 51/2
54/21 56/24
62/25 120/7

**McDonald [1]**
63/15

**McDonald's [5]**
13/25 60/7
63/12 63/13
63/15

**MCGUINN [9]**
1/15 8/25
16/17 30/8
31/23 38/24
39/1 59/11
68/14

**MD5 [2]**  23/25
24/25

**me [33]**  8/6
8/8 19/22
20/25 46/12
49/12 59/2
61/6 61/7
62/17 62/20
62/21 63/12
64/1 65/2

65/10 66/19
68/25 72/24
73/1 75/11
77/4 79/5 84/3
87/5 108/21
110/18 112/12
116/1 120/2
126/21 130/11
131/2

**Meadowood [1]**
11/23

**meals [1]**
11/18

**mean [9]**  3/17
18/10 18/17
19/18 29/7
36/15 55/20
81/6 101/7

**means [45]**
18/11 85/17
88/23 88/25
89/16 89/17
90/8 90/9 91/1
91/3 91/20
91/22 92/13
92/17 92/19
93/24 94/22
95/3 96/6
96/12 97/4
97/8 97/12
98/7 98/8
98/11 98/21
98/23 99/1
99/11 99/13
99/16 100/2
100/3 100/6
101/4 101/6
102/8 102/11
102/14 103/5
106/12 106/17
107/11 112/23

**meant [1]**  52/2

**meantime [1]**
115/4

**media [2]**
72/15 114/24

**meet [4]**  17/15
19/9 20/2
34/11

**meeting [1]**
8/12

**member [5]**
56/11 105/25
106/2 110/4
114/16

**members [5]**

69/19 114/19
125/9 126/10
130/3

**memorable [1]**
35/17

**memory [5]**
14/9 14/16
15/7 96/17
102/19

**men [3]**  54/22
56/13 59/20

**mentioned [5]**
15/5 59/5
81/14 83/12
97/2

**mere [1]**
109/12

**merely [3]**
74/3 82/11
94/16

**Merit [1]**
134/4

**merits [1]**
110/4

**message [5]**
20/4 35/9
50/16 50/16
50/16

**messaged [1]**
20/24

**messages [16]**
8/14 8/16
11/13 17/20
18/7 18/21
18/24 19/5
33/15 34/24
36/17 40/17
47/2 52/7
55/10 104/25

**messed [1]**
62/23

**met [2]**  34/12
71/18

**meticulous [1]**
44/15

**MG [1]**  116/25

**middle [2]**
41/10 43/12

**might [5]**  26/2
41/22 70/25
80/11 113/17

**million [1]**
21/18

**million-dollar**
**[1]**  21/18

**mind [13]**

**M**

**mind... [13]**
11/24 18/7
40/3 64/11
64/24 64/25
86/7 86/11
86/17 86/17
86/20 86/20
110/6
**mine [1]** 69/25
**minor [51]** 9/6
9/9 9/11 9/14
15/13 16/13
16/24 21/16
21/19 21/21
22/18 25/10
25/20 27/11
28/19 29/3
29/19 30/24
40/12 50/23
57/18 57/23
59/7 88/18
89/3 89/10
89/20 90/2
90/12 90/20
91/6 91/14
91/25 92/7
93/2 93/18
98/14 99/3
99/18 100/22
103/6 103/8
103/11 103/12
104/6 105/1
105/2 105/3
105/3
**minors [1]**
103/25
**minutes [5]**
5/4 38/1 38/5
68/5 131/3
**misreading [1]**
115/23
**misrecollection**
**[1]** 80/24
**misrepresentati**
**ons [1]** 45/20
**missed [1]**
59/22
**mistake [6]**
75/24 85/5
85/21 86/4
102/1 103/20
**mobile [1]**
60/24

**MobileSync [12]**
13/3 13/5
13/7 13/11
23/7 23/8
23/10 23/10
23/23 27/7
28/22 30/1
**modification**
**[1]** 48/24
**modified [1]**
49/19
**mom [1]** 62/17
**moment [6]**
3/19 61/18
67/5 70/23
113/10 113/20
**moments [3]**
36/25 37/4
130/25
**money [2]** 37/2
66/20
**Mongeli [1]**
114/4
**monitor [1]**
3/20
**monthly [2]**
26/20 28/11
**months [9]**
20/16 20/16
42/9 48/15
48/17 62/24
63/10 64/19
64/23
**months-ish [1]**
63/10
**moral [1]**
40/22
**more [30]** 7/11
8/19 10/11
14/23 17/12
18/13 18/21
30/18 43/17
43/20 50/18
55/17 57/19
57/21 66/6
75/18 78/9
80/22 81/7
86/23 87/19
87/24 98/13
99/3 99/18
101/18 107/12
107/15 112/17
131/1
**Moreover [1]**
83/7
**morning [6]**

3/2 6/23 6/25
8/24 39/21
77/7
**most [7]** 4/20
21/21 45/10
48/20 48/20
55/25 72/4
**motion [2]**
4/14 4/22
**motions [1]**
131/14
**motivated [1]**
53/20
**motivating [1]**
94/15
**motive [7]**
80/11 87/10
87/11 87/12
87/15 87/16
87/17
**move [6]** 3/19
4/16 9/24
30/17 53/4
62/3
**moved [5]** 11/7
96/13 97/22
102/16 116/9
**moves [2]**
63/11 64/7
**movie [1]** 61/3
**moving [6]**
4/23 25/21
40/4 49/19
53/2 67/9
**Mr [2]** 4/9
26/5
**Mr. [85]** 3/5
4/7 6/5 7/7
9/14 9/16
10/16 10/16
10/20 11/15
11/16 12/7
12/12 12/12
13/23 17/18
23/3 24/21
26/14 26/20
27/21 28/2
28/7 28/15
28/15 29/2
31/7 31/11
31/24 32/13
32/25 33/18
35/8 35/12
35/17 35/20
36/1 36/1
38/17 38/25

39/5 39/10
39/16 40/3
40/7 40/12
40/16 41/7
42/9 45/3
45/15 45/21
45/22 46/8
46/19 46/25
48/13 49/2
51/9 51/14
54/13 54/14
54/17 54/18
54/24 55/16
56/9 56/20
57/2 58/6
58/12 58/14
59/3 59/3
59/10 59/23
63/6 63/23
68/16 113/24
118/7 120/22
121/11 121/11
126/24
**Mr. B [3]**
10/16 11/16
36/1
**Mr. Bendann**
**[35]** 9/14
9/16 10/16
10/20 11/15
13/23 17/18
26/20 28/15
32/13 33/18
35/12 35/20
36/1 40/3 40/7
40/12 40/16
41/7 42/9
45/21 46/8
46/19 46/25
51/14 54/14
54/17 55/16
56/20 57/2
58/6 58/12
58/14 59/3
126/24
**Mr. Bendann's**
**[6]** 12/12
23/3 24/21
26/14 32/25
51/9
**Mr. Court [1]**
113/24
**Mr. Feiss [5]**
27/21 28/2
28/7 29/2
63/23

**Mr. Feiss's [1]**
28/15
**Mr. Godine [1]**
35/17
**Mr. Nieto [10]**
3/5 7/7 31/7
31/11 31/24
39/10 39/16
59/10 68/16
121/11
**Mr. Oberly [2]**
48/13 49/2
**Mr. Proctor [9]**
4/7 6/5 38/17
38/25 39/5
59/3 118/7
120/22 121/11
**Mr. Schloeder**
**[8]** 35/8 45/3
45/15 45/22
54/13 54/24
56/9 59/23
**Mr. Stuzin [3]**
12/7 12/12
63/6
**Mr. Witherspoon**
**[1]** 54/18
**Ms [1]** 31/11
**Ms. [30]** 3/25
6/11 6/19 7/22
14/13 14/25
16/17 26/24
30/8 31/8
31/23 32/8
36/21 38/24
39/1 40/14
41/23 59/11
61/6 61/7
61/14 63/21
63/23 65/2
65/5 66/6
66/23 68/14
121/8 123/9
**Ms. Hagan [12]**
3/25 6/11 6/19
7/22 31/8 32/8
40/14 41/23
61/6 61/14
63/21 66/23
**Ms. Halpert [1]**
63/23
**Ms. Halpert's**
**[1]** 26/24
**Ms. Hoffberger**
**[2]** 14/13
14/25

**JA866**

**M**

**Ms. Jarman [4]**
61/7 65/2 65/5
66/6
**Ms. Maldeis [2]**
121/8 123/9
**Ms. McGuinn [7]**
16/17 30/8
31/23 38/24
39/1 59/11
68/14
**Ms. Seelert [1]**
36/21
**much [8]**  3/25
35/23 44/9
45/12 50/17
53/21 59/18
75/18
**multiple [2]**
21/20 106/20
**must [54]**  7/13
23/19 41/13
53/15 67/16
69/9 69/20
71/4 72/16
72/16 73/1
74/6 75/2 76/4
78/4 79/7
84/14 85/3
85/16 85/22
85/25 86/2
92/25 93/10
93/16 94/10
94/17 96/2
97/5 97/10
97/17 100/9
100/24 101/7
101/23 102/2
102/8 102/13
103/3 103/9
103/16 104/1
104/4 105/18
106/5 106/15
107/7 107/14
108/3 108/6
108/21 109/6
111/22 113/2
**mutual [1]**
45/13
**my [23]**  8/24
8/25 11/11
31/13 39/21
39/21 39/22
62/13 65/8
66/10 69/1

69/8 69/9
69/11 110/17
116/6 116/11
117/19 117/21
118/2 118/12
118/18 132/12
**myself [1]**
63/11

**N**

**naked [9]**
11/20 12/5
12/14 12/15
12/22 13/1
13/21 13/24
55/21
**name [9]**  8/24
19/12 28/10
39/22 52/23
70/11 110/13
110/15 114/3
**names [2]**
52/20 115/19
**nanny [2]**  51/7
52/5
**narrative [1]**
48/8
**Nashville [1]**
30/6
**national [1]**
70/20
**natural [1]**
86/12
**nature [9]**
40/20 40/21
65/14 70/25
76/7 87/20
100/21 103/23
104/2
**nauseam [1]**
48/5
**near [1]**  84/23
**necessarily [2]**
81/7 101/7
**necessary [4]**
87/10 104/9
109/22 118/5
**necklace [7]**
25/9 25/9
25/11 26/3
65/18 65/21
65/24
**need [13]**  3/17
4/11 34/9 35/5
43/8 56/23
66/6 75/22

76/11 84/20
104/3 119/3
119/25
**needed [4]**
12/3 33/17
43/17 60/22
**needs [2]**  56/8
113/18
**neglected [1]**
5/21
**negligence [1]**
85/21
**neither [2]**
15/4 57/8
**networking [1]**
9/23
**never [17]**
36/5 36/6 41/2
46/3 54/16
54/24 56/15
61/18 64/8
67/10 74/12
74/13 82/21
82/21 107/17
109/24 131/23
**new [6]**  5/15
8/12 8/12
19/12 19/12
48/16
**news [2]**  37/19
67/23
**newspaper [1]**
72/15
**next [8]**  7/14
14/23 17/17
26/11 61/8
66/10 84/9
87/21
**nice [1]**  77/8
**nickname [2]**
11/11 12/11
**NIETO [12]**
1/17 3/5 7/7
31/7 31/11
31/24 39/10
39/16 39/22
59/10 68/16
121/11
**night [14]**  5/6
5/21 6/10
11/20 11/24
14/5 14/14
14/19 35/19
60/7 62/14
62/16 116/7
117/18

**nine [7]**  73/23
110/19 111/5
111/12 120/16
124/24 128/11
**ninth [1]**
10/21
**no [97]**  1/5
3/9 3/14 3/14
7/1 7/2 7/2
23/18 26/3
33/17 42/11
42/14 44/19
44/20 46/3
46/4 46/6
46/22 47/2
47/10 47/14
48/6 48/18
49/20 52/19
53/20 53/21
53/23 55/9
55/12 57/14
57/19 58/4
58/11 60/24
63/1 67/3
70/12 70/14
73/10 73/14
77/14 77/25
78/1 82/17
82/24 83/3
86/6 99/17
108/11 108/17
109/19 113/6
113/12 114/7
114/8 114/8
114/16 117/18
118/8 121/14
121/20 123/1
123/2 124/2
124/21 125/7
125/11 125/13
125/15 125/17
125/19 125/21
125/23 125/25
126/2 126/4
126/6 126/8
128/16 128/18
128/24 129/2
129/5 129/8
129/11 129/14
129/17 129/20
129/23 130/18
130/19 130/24
132/23
**Nobody [1]**
40/18

**nomenclature**
**[1]**  53/6
**non [1]**  62/6
**non-EXIF [1]**
62/6
**none [5]**  53/15
60/13 69/13
81/16 124/15
**nonetheless [1]**
64/23
**nonexistence**
**[1]**  77/23
**nonverbal [1]**
46/4
**normal [3]**
11/1 56/14
56/16
**NORTHERN [1]**
1/2
**not [222]**
**notation [1]**
28/1
**note [4]**  25/7
109/23 110/1
124/25
**notebooks [1]**
122/13
**noted [1]**
118/5
**notes [3]**  1/24
43/6 121/5
**nothing [13]**
15/20 44/5
44/5 44/6 44/7
44/15 44/17
44/19 46/24
47/12 47/14
117/25 132/20
**notice [2]**
20/8 95/4
**noticed [3]**
26/4 45/9
45/11
**noting [1]**
132/18
**Notwithstanding**
**[1]**  54/11
**November [3]**
65/15 65/25
66/4
**now [62]**  3/3
5/2 5/11 6/11
7/2 7/5 7/10
8/4 11/6 11/7
12/15 13/2
13/21 14/13

**JA867**

**N**

**now... [48]**
22/20 31/18
31/25 37/17
38/6 38/11
41/20 42/1
42/14 43/5
43/19 43/21
44/22 45/15
49/17 49/25
50/8 53/2 53/3
53/3 53/5
53/19 58/15
63/18 67/14
67/19 68/11
68/23 75/5
77/12 88/9
110/10 112/2
112/25 113/14
116/11 116/18
118/6 119/2
121/3 121/15
122/3 122/7
123/15 124/5
130/17 130/23
133/7
**nude [1]** 95/18
**nudity [1]**
95/18
**number [15]**
5/12 24/1
34/22 36/3
38/14 38/17
38/19 66/7
73/25 110/17
110/21 115/21
116/20 125/10
127/2
**numbers [3]**
52/24 53/3
123/21
**numerical [1]**
110/7
**nuns [1]** 60/6

**O**

**oath [2]** 71/2
110/1
**Oberly [9]**
12/19 24/1
48/13 49/2
60/15 60/19
61/2 61/11
61/18
**object [2]**

31/12 72/22
**objected [1]**
73/3
**objection [9]**
117/3 117/17
117/24 120/3
120/18 120/20
121/14 123/1
123/2
**objections [7]**
71/21 115/16
117/12 117/14
117/20 118/4
121/2
**objective [1]**
86/3
**obligation [1]**
82/17
**observant [1]**
43/16
**observe [1]**
80/17
**observed [1]**
76/23
**obtained [1]**
16/10
**obvious [2]**
17/12 85/12
**obviously [6]**
23/4 44/8
49/13 51/1
51/2 51/21
**occasion [3]**
14/3 15/7
75/10
**occasions [1]**
36/3
**occur [5]** 10/7
66/18 97/17
114/15 132/18
**occurred [9]**
12/6 26/15
40/10 42/17
50/12 58/8
63/6 84/19
87/4
**occurrence [2]**
86/22 87/1
**occurring [2]**
42/13 47/3
**October [2]**
26/22 26/22
**October 24th
[1]** 26/22
**October 25th
[1]** 26/22

**odd [2]** 14/21
15/1
**Oddly [1]**
23/24
**off [13]** 5/21
16/2 18/7
60/20 63/4
64/20 113/2
113/11 113/13
122/15 122/16
132/1 132/2
**offense [4]**
32/11 40/21
84/22 100/17
**offensive [4]**
40/24 54/4
55/14 56/7
**offer [1]**
54/16
**offered [2]**
75/9 106/22
**offers [2]**
9/23 72/22
**officer [8]**
109/24 110/2
111/20 112/1
113/24 113/25
114/1 114/4
**official [4]**
81/4 81/6
134/1 134/16
**often [1]**
86/23
**Oh [2]** 20/24
53/10
**okay [14]** 4/5
4/6 4/23 18/14
20/7 50/7 62/3
64/13 113/9
113/19 118/6
119/19 121/21
121/24
**old [17]** 11/14
12/24 14/12
22/25 27/3
40/9 46/12
47/7 47/11
47/11 51/19
62/8 63/2 63/9
66/1 93/12
93/15
**older [5]**
13/19 23/20
42/5 47/18
66/25
**oldest [2]**

61/1 61/1
**omitted [2]**
86/9 86/13
**once [10]** 41/7
43/19 44/8
111/3 111/12
118/5 119/2
119/9 119/12
119/13
**one [80]** 5/14
8/11 11/4 12/1
12/5 12/14
13/17 14/16
19/21 21/15
21/20 22/16
23/4 23/13
23/15 25/22
26/1 26/8
26/10 27/4
28/18 28/20
29/23 30/9
30/13 30/18
34/20 41/23
45/4 45/10
46/4 48/13
49/13 49/24
50/3 50/14
51/11 53/21
53/21 53/21
53/23 55/17
55/23 58/4
59/19 59/25
61/8 61/12
63/19 63/20
65/5 66/6
76/21 78/9
78/16 86/21
87/24 94/12
95/25 96/13
97/6 98/13
99/2 99/17
101/17 101/18
102/8 102/9
102/16 108/22
109/3 110/20
110/21 114/15
114/18 115/17
116/2 119/1
127/3 130/18
**one's [6]**
85/17 86/17
86/20 86/21
86/21 86/21
**ones [2]** 9/5
18/15 30/24
**online [2]**

51/15 51/16
**only [28]** 6/10
9/7 11/14
12/24 13/2
20/15 22/25
27/3 29/15
31/25 42/5
43/9 45/10
56/13 58/7
59/6 59/25
65/25 72/2
72/5 72/9 74/7
75/19 76/15
84/24 109/7
113/2 113/5
**open [4]** 31/24
111/23 112/14
112/21
**opening [10]**
8/21 9/18
16/18 17/3
31/16 32/2
39/21 39/24
40/6 41/17
**operate [1]**
4/2
**operated [1]**
106/22
**operates [1]**
130/13
**operating [1]**
4/6
**operations [1]**
86/6
**opinion [9]**
69/14 70/1
81/22 82/3
82/8 82/10
82/12 109/9
109/12
**opinions [2]**
81/21 82/4
**opportunities
[2]** 9/23
10/22
**opportunity
[10]** 7/17
7/19 64/2
80/16 119/5
121/4 121/15
121/17 124/11
124/16
**opposed [1]**
31/18
**opposite [1]**
94/24

163

O

**optical [1]**
107/3
**option [2]**
111/3 121/16
**oral [2]** 94/23
94/24
**oral-anal [1]**
94/24
**oral-genital
[1]** 94/23
**order [15]**
52/20 53/7
73/9 85/2
85/15 92/24
95/5 100/8
105/16 110/9
131/17 131/18
131/22 131/24
132/17
**ordered [3]**
72/7 131/15
131/23
**ordinarily [2]**
82/6 86/5
**ordinary [3]**
20/9 81/9
108/7
**orient [3]**
22/15 24/12
25/22
**orientation [1]**
70/21
**origin [1]**
70/20
**other [57]**
11/21 21/23
26/1 26/4
34/18 34/18
35/19 42/5
52/13 54/5
55/16 56/13
57/9 60/23
65/15 66/12
69/16 70/13
71/17 71/20
72/22 72/22
75/18 75/25
76/2 76/3 76/6
76/8 76/9
76/12 76/17
76/24 77/4
77/23 78/9
79/18 80/14
81/6 81/17

82/5 82/18
86/9 95/12
99/25 102/1
103/20 105/10
105/21 106/8
110/2 110/12
112/19 112/23
112/24 113/4
117/24 130/16
**others [2]**
59/6 109/16
**otherwise [9]**
3/23 15/3
85/11 117/5
117/7 120/22
121/14 122/24
130/21
**ought [1]**
69/15
**our [19]** 3/3
4/14 4/15 8/7
24/16 34/12
37/6 39/24
40/6 48/7
68/25 82/16
110/13 112/9
117/24 121/12
126/14 131/5
131/7
**out [38]** 10/18
11/4 14/8
14/16 14/24
15/3 24/22
25/12 28/9
30/8 35/3 38/2
44/20 45/4
45/22 52/3
56/24 60/1
60/22 61/12
62/15 62/22
66/24 68/7
69/10 72/25
73/4 83/16
87/9 111/15
112/13 115/10
119/16 120/5
120/10 120/18
131/8 133/1
**outnumbered [1]**
109/17
**outrage [1]**
40/22
**outside [13]**
22/12 32/22
72/14 77/9
77/13 77/14

77/19 77/24
96/21 102/23
112/1 113/5
114/24
**outward [1]**
107/24
**over [25]** 7/12
9/13 9/13
10/24 13/23
14/1 15/19
15/23 16/21
17/24 20/16
20/19 21/5
35/10 40/23
41/7 49/19
67/16 68/5
101/13 101/19
109/20 112/22
113/16 117/24
**Overbrook [1]**
30/3
**overlooked [1]**
38/18
**Overnight [1]**
7/1
**overruled [1]**
118/5
**overwhelming
[2]** 21/12
30/15
**own [12]** 21/22
29/16 31/13
55/17 63/21
76/25 76/25
82/12 83/24
109/2 109/9
121/6

P

**P-E-T-E-R-M-O-N
-G-E-L-I [1]**
114/5
**p.m [13]** 68/6
68/9 68/13
68/13 68/20
115/11 119/18
123/19 124/7
124/23 125/3
131/10 133/9
**pace [1]** 48/15
**pad [1]** 62/3
**page [15]**
62/13 62/16
62/18 62/20
62/21 62/22
65/3 115/18

115/19 116/4
116/20 120/7
120/7 120/8
134/9
**page 11 [1]**
120/7
**Page 213 [1]**
62/16
**Page 216 [1]**
62/18
**Page 222 [1]**
62/20
**Page 240 [1]**
62/21
**Page 295 [1]**
62/22
**page 37 [2]**
115/18 116/4
**Page 38 [2]**
115/19 116/20
**Page 56 [1]**
62/13
**page 9 [1]**
120/7
**pages [6]**
17/24 20/16
120/10 120/10
120/15 120/16
**pages 10 [1]**
120/15
**paid [4]** 28/15
28/16 57/14
114/11
**palpable [1]**
55/2
**panicked [1]**
19/19
**pants [1]**
35/21
**papers [1]**
83/11
**paragraph [2]**
38/19 110/20
**paragraphs [1]**
110/20
**PARALEGAL [1]**
1/20
**parents [9]**
10/24 42/21
43/4 43/9
43/16 44/4
44/8 63/1 67/8
**Park [1]** 11/23
**parked [1]**
14/17
**parking [2]**

14/5 60/7
**part [12]** 11/1
30/9 54/11
57/2 57/8
76/12 81/16
92/6 93/5
93/19 99/22
105/7
**partially [1]**
95/18
**participants
[6]** 37/21
37/22 37/25
67/25 68/1
68/3
**particular [13]**
15/6 23/5
29/14 60/7
81/15 81/16
81/17 83/5
88/10 95/9
95/23 107/20
118/14
**particularly
[2]** 59/21
118/18
**parties [3]**
46/1 70/15
72/11
**partner [1]**
106/3
**party [2]** 70/4
70/13
**pass [2]** 69/18
69/20
**passcode [2]**
15/19 15/23
**passed [1]**
126/20
**passenger's [1]**
24/13
**passes [1]**
77/10
**passion [1]**
45/3
**Pat [1]** 8/7
**patience [2]**
3/8 68/22
**pattern [2]**
107/11 117/23
**Paul's [1]**
11/23
**pause [1]**
55/12
**pay [2]** 28/3
48/5

164

**P**

**paying [2]**
43/16 54/8
**Pennsylvania**
**[1]** 42/8
**people [7]**
15/3 26/1 26/2
45/10 54/6
56/5 60/8
**people's [2]**
43/4 63/19
**per [1]** 57/10
**percent [2]**
45/14 53/23
**perform [2]**
70/3 70/4
**performer [1]**
104/4
**perhaps [1]**
12/2
**period [2]**
44/24 52/13
**periodical [1]**
99/24
**periodically**
**[1]** 113/15
**permitted [5]**
78/22 79/2
81/20 81/22
83/16
**perpetrator [4]**
10/8 10/9
10/10 10/11
**persistent [1]**
17/19
**person [29]**
20/9 36/5 36/6
60/13 66/12
85/3 86/12
92/6 92/11
93/5 93/11
93/14 95/2
99/22 101/7
101/17 101/18
101/23 103/9
103/14 104/20
104/25 105/11
105/12 105/14
106/1 107/19
108/7 112/22
**person's [3]**
86/17 101/6
107/17
**personal [1]**
70/19

**personality [1]**
75/17
**personally [2]**
96/24 102/25
**persons [6]**
70/21 80/22
83/8 84/6
94/24 110/2
**persuade [5]**
88/17 89/9
90/1 90/20
91/14
**persuaded [2]**
93/4 93/18
**persuades [1]**
92/6
**persuading [1]**
94/13
**pertain [2]**
32/10 116/3
**pertaining [1]**
37/24
**pertains [1]**
81/1
**Peter [1]**
114/4
**phase [1]** 7/14
**phases [1]**
7/12
**phone [10]**
12/10 13/9
41/12 48/3
49/9 55/20
55/20 105/1
113/4 123/21
**phones [1]**
49/18
**photo [7]** 15/9
15/10 16/1
27/20 47/19
107/3 107/3
**photograph [1]**
93/22 101/2
**photographs [3]**
29/2 97/7
102/11
**photos [8]**
19/24 19/24
24/23 47/9
47/15 50/3
50/25 55/21
**phrase [1]**
96/11
**physical [4]**
47/10 47/14
101/14 121/22

**physically [1]**
101/8
**picked [3]**
44/5 44/19
49/8
**picking [2]**
46/2 46/6
**picture [8]**
8/5 24/11 26/1
47/6 47/18
62/11 93/23
101/3
**pictures [3]**
8/18 22/11
65/23
**piece [2]** 25/6
25/17
**pieces [2]**
24/2 27/9
**place [15]**
10/25 14/15
34/25 49/19
57/17 73/8
83/9 84/7 87/4
87/5 95/14
107/16 110/23
111/9 115/2
**placed [3]**
14/20 119/1
130/17
**places [1]**
105/11
**plaintiff [3]**
1/4 1/15 15/12
**plan [3]** 39/6
76/12 76/16
**planet [1]**
45/10
**planner [1]**
28/11
**play [1]** 9/24
**played [1]**
83/23
**players [1]**
10/19
**playing [2]**
10/2 11/8
**pleaded [2]**
74/8 88/7
**pleas [1]**
74/10
**please [33]**
3/2 6/19 6/23
8/8 38/9 38/19
39/15 57/6
58/20 58/20

62/9 62/9 64/3
65/2 66/5 67/8
67/9 67/9
113/24 114/2
114/7 114/8
114/9 119/19
119/22 122/9
124/8 125/9
126/15 126/24
130/6 131/12
132/25
**plural [1]**
38/16
**Plus [1]** 25/4
**pockets [1]**
57/14
**point [14]**
5/10 8/1 23/4
23/8 26/6
30/10 31/15
31/25 41/20
41/21 42/16
95/11 113/21
114/17
**pointed [1]**
66/23
**points [3]**
46/11 46/11
50/18
**Police [1]**
15/16
**poll [1]**
128/15
**Pollo [2]**
22/17 22/18
**pornography**
**[39]** 9/15
15/13 16/14
16/25 30/17
31/2 32/11
32/24 33/3
33/5 33/8
33/12 37/13
40/8 40/13
50/22 59/8
61/21 88/4
97/24 98/1
98/5 98/15
98/19 99/5
99/9 100/1
100/9 100/19
102/3 102/5
102/9 102/16
103/5 103/5
103/18 127/24
128/4 128/8

**portion [3]**
29/15 55/8
120/14
**portrayed [1]**
103/14
**portrays [1]**
103/8
**pose [2]** 95/15
95/16
**posed [1]** 49/1
**position [7]**
3/20 20/10
36/2 36/3
108/8 131/18
132/25
**positioned [1]**
45/6
**possess [7]**
32/12 40/8
40/13 98/4
98/18 99/8
101/6
**possessed [9]**
9/5 15/13
32/14 100/11
100/25 101/22
101/22 101/24
103/18
**possesses [3]**
99/23 101/10
101/17
**possessing [2]**
97/24 100/8
**possession [26]**
9/15 16/24
30/17 31/2
32/10 32/24
33/3 33/5 33/8
37/13 59/8
61/21 88/4
97/25 98/15
99/5 101/8
101/12 101/14
101/15 101/16
101/18 101/20
127/24 128/4
128/8
**possibility [1]**
29/5
**possible [5]**
49/13 101/18
108/11 108/16
117/10
**possibly [1]**
28/25
**Post [1]**

**JA870**

**P**

Post... [1]
131/14
Post-trial [1]
131/14
potential [2]
49/13 50/4
power [3]
101/12 101/19
101/21
PowerPoint [1]
4/3
practice [1]
113/7
pre [2]   51/22
56/10
pre-2019 [1]
51/22
pre-K [1]
56/10
preceded [1]
48/24
precisely [2]
56/12 56/19
prejudice [5]
56/4 70/4
71/11 73/2
80/12
preparation [1]
76/16
prepared [6]
83/17 110/10
114/12 116/11
124/10 131/24
presence [1]
87/16
present [11]
1/19 3/4 7/6
11/22 31/20
34/2 73/17
82/18 83/8
84/6 112/10
presentations
[1]   67/15
presented [11]
4/19 7/11 32/1
41/15 41/15
48/9 58/7 73/6
79/1 81/24
108/20
presenting [3]
3/5 7/22 52/11
presents [2]
37/20 67/24
preservation
[1]   16/6

Preserving [1]
121/1
preside [1]
109/20
presiding [1]
113/16
pressure [2]
46/11 46/11
Presumably [1]
123/21
presumed [1]
74/18
presumes [1]
74/16
presumption [4]
58/24 70/22
74/23 75/4
pretend [2]
61/17 61/18
pretty [3]
3/24 14/15
66/14
prevalent [1]
44/11
previous [2]
4/15 121/1
previously [10]
4/18 7/20
59/5 67/14
96/13 97/1
102/16 103/2
114/22 131/15
primarily [1]
48/13
primary [2]
26/2 94/8
prime [2]
62/16 70/8
Princeton [1]
22/17
principle [1]
69/8
printout [1]
52/2
prior [3]   4/17
47/1 131/22
prism [1]   58/3
private [9]
3/10 9/21 9/23
10/6 10/8
10/13 31/4
32/17 115/12
privately [1]
8/13
probable [1]
86/12

probably [2]
13/3 118/16
problem [5]
18/2 18/19
48/12 49/1
58/14
problematic [1]
31/10
proceed [5]
5/2 7/25 39/10
39/19 59/13
proceeding [1]
131/25
proceedings [2]
1/11 134/8
proceeds [1]
27/16
process [8]
4/13 13/8 71/1
78/20 119/3
119/14 122/7
123/15
PROCTOR [12]
1/18 4/7 4/9
6/5 38/17
38/25 39/5
39/22 59/3
118/7 120/22
121/11
produce [5]
83/11 94/8
96/13 96/24
102/15
produced [16]
22/11 88/21
89/14 90/6
90/24 91/18
92/15 93/7
94/21 96/4
98/9 98/24
99/14 100/4
100/15 102/5
producing [13]
22/8 74/15
88/20 89/12
90/4 90/22
91/16 92/8
93/6 93/19
94/2 94/10
94/18
product [2]
86/2 86/3
production [1]
103/6
productively
[1]   132/6

progressed [1]
63/18
progressively
[1]   66/24
prohibited [1]
112/22
proof [24]
4/21 6/14 7/21
30/25 50/9
50/10 50/23
55/9 70/19
70/23 74/4
75/15 75/16
77/4 84/20
85/2 85/10
85/16 86/19
87/10 87/11
87/12 107/17
107/20
proofing [1]
71/18
propensity [1]
76/19
properly [2]
72/23 76/20
propose [1]
116/21
proposed [4]
5/7 5/8 116/10
120/23
prosecution [6]
70/10 74/11
82/20 83/7
83/11 84/5
prosecution's
[1]   82/18
protocol [1]
112/6
proud [2]   36/9
59/21
prove [44]
17/17 21/24
32/3 61/25
74/11 77/3
82/19 82/22
83/5 84/16
85/3 85/16
85/22 92/24
92/25 93/10
93/14 93/16
94/7 94/10
94/17 94/20
96/2 96/23
97/5 97/13
97/21 100/8
100/10 100/24

101/23 102/2
102/8 102/25
103/3 103/11
103/16 104/9
105/16 105/18
106/5 107/7
108/3 108/6
proved [2]
78/15 86/5
proven [11]
71/6 71/9
74/20 75/7
79/3 83/14
84/12 85/6
94/1 95/8
101/15
provide [2]
46/22 50/11
provided [10]
39/1 47/5
52/19 55/20
55/20 55/21
55/23 59/1
67/20 111/17
provider [1]
106/19
provides [7]
54/1 92/5
99/22 105/7
106/19 106/21
106/24
providing [1]
49/10
provoke [1]
55/22
pubic [4]   95/1
95/5 95/7
95/12
public [7]
8/18 10/6 10/8
19/22 20/3
36/12 36/12
publicity [1]
72/15
publicly [2]
37/4 105/3
publish [2]
5/13 131/11
pull [1]   65/3
pulling [1]
54/1
pulse [1]
42/23
punishment [1]
108/11
purportedly [2]
47/24 52/25

**P**

**purpose [25]**
22/8 75/18
75/19 76/2
76/17 85/19
88/19 89/12
90/4 90/22
91/16 92/8
92/9 93/6
93/19 93/21
94/2 94/3 94/8
94/15 94/18
107/13 107/16
109/13 132/4
**purposefully
[1]** 86/1
**purposes [3]**
45/23 54/10
94/12
**pursuant [1]**
134/6
**push [2]** 35/24
41/12
**pushing [1]**
41/5
**put [6]** 8/5
41/13 45/15
64/21 66/5
113/11
**puts [1]** 28/23
**putting [1]**
65/11

**Q**

**qualifications
[1]** 82/4
**qualified [1]**
51/24
**quarrel [1]**
53/22
**question [25]**
5/9 21/18 48/8
49/2 49/6 51/4
71/4 72/10
87/4 96/17
96/18 97/11
102/14 102/19
102/20 106/16
108/11 111/1
127/11 127/15
127/19 127/23
128/3 128/7
128/11
**questioning [1]**
10/3

**questions [10]**
9/18 21/17
31/16 35/20
36/13 36/14
72/19 73/1
95/10 111/12
**quick [2]**
16/16 50/8
**quickly [1]**
26/4
**quietly [1]**
8/13
**quintessential
[1]** 56/10
**quite [1]**
68/25
**quote [1]** 11/9

**R**

**race [1]** 70/20
**racists [1]**
54/5
**radio [1]**
107/2
**raincoat [3]**
77/12 77/17
77/22
**raining [3]**
77/14 77/19
77/23
**raise [3]**
113/24 124/14
124/20
**raised [2]**
31/16 46/16
**raising [1]**
38/18
**range [2]**
17/21 17/22
**rap [1]** 111/19
**rapid [1]**
48/15
**rare [1]**
107/18
**Rarely [1]**
86/19
**rather [2]**
67/19 86/3
**rational [1]**
108/1
**re [3]** 42/1
42/25 58/13
**re-classed [2]**
42/1 42/25
**re-classing [1]**
58/13

**reach [2]** 17/6
34/18
**reached [6]**
110/8 110/25
111/14 112/3
115/9 124/23
**reaching [3]**
70/17 82/2
109/4
**react [1]**
20/10
**reacting [1]**
31/18
**reaction [1]**
57/18
**read [18]**
16/19 17/25
18/7 18/21
18/21 18/25
20/15 34/5
88/13 97/25
110/10 112/13
115/21 115/22
116/24 118/12
118/14 118/25
**reader [1]**
18/23
**reading [2]**
19/4 115/19
**reads [3]**
104/16 116/23
124/23
**ready [7]** 3/2
3/15 3/16 6/11
6/17 39/10
68/14
**real [2]** 58/16
103/9
**real-life [1]**
58/16
**realistically
[1]** 12/1
**realized [3]**
12/2 14/24
36/21
**really [4]**
29/9 37/5
63/14 64/8
**Realtime [1]**
134/5
**reason [26]**
14/16 14/21
22/23 26/13
31/14 36/25
40/6 53/25
54/9 71/15

71/20 74/13
77/21 78/8
82/13 88/21
89/13 90/5
90/23 91/17
92/11 96/9
97/16 102/1
103/21 114/15
**reasonable [47]**
17/6 20/9
34/13 37/7
58/21 58/25
69/23 71/7
71/14 71/19
74/11 74/21
74/25 75/8
77/18 78/4
79/3 79/7 79/8
82/19 83/15
84/16 85/22
86/1 86/11
87/5 87/14
93/1 93/11
93/17 96/3
97/10 100/10
100/25 102/3
102/13 103/4
103/17 105/11
105/18 106/6
106/16 107/8
108/4 108/7
108/19 117/22
**reasonably [4]**
84/23 97/18
104/24 105/13
**reasoned [1]**
78/12
**reasons [5]**
42/25 48/13
59/5 75/25
82/4
**Rebecca [1]**
124/10
**rebuttal [6]**
2/6 3/15 7/18
31/22 31/22
59/11
**recall [3]**
14/18 22/17
27/21
**receive [3]**
19/20 106/25
125/6
**received [10]**
25/11 25/13
65/18 71/24

72/2 72/3 76/5
83/19 123/2
124/22
**receiving [1]**
8/16
**recess [13]**
5/4 5/5 37/17
37/17 38/7
38/8 68/10
68/12 68/13
123/20 124/4
124/6 124/7
**recipient [1]**
18/23
**reciting [1]**
130/23
**recognized [2]**
14/22 27/22
**recognizes [1]**
101/16
**recollection
[4]** 80/24
117/19 117/21
118/2
**reconvene [1]**
68/6
**record [10]**
38/20 110/9
121/5 122/15
122/16 122/18
122/21 123/1
132/1 132/2
**recorded [9]**
9/5 22/1 24/15
25/24 57/5
110/25 130/5
130/8 130/9
**recording [4]**
12/14 26/5
27/17 57/6
**recordings [5]**
83/19 83/21
83/23 83/24
83/25
**records [3]**
26/6 28/15
66/16
**recount [1]**
36/24
**recovered [4]**
13/17 23/2
26/14 29/24
**recreated [1]**
49/15
**redacted [1]**
120/14

# R

**reduced [1]**
120/17

**reexamine [1]**
109/9

**refer [2]**
73/25 74/1

**reference [3]**
115/16 116/24
118/22

**references [3]**
116/22 118/14
118/21

**referencing [3]**
42/14 42/16
64/4

**referred [1]**
42/18

**referring [1]**
118/13

**refers [1]**
103/22

**reflecting [1]**
108/22

**reflection [2]**
26/5 43/15

**refusing [1]**
20/2

**regard [2]**
69/4 72/12

**regardless [2]**
69/14 106/14

**regards [3]**
56/25 59/7
121/13

**Registered [1]**
134/4

**registration**
**[1]** 60/6

**regulations [1]**
134/10

**reiterate [3]**
41/17 117/14
117/17

**relate [2]**
37/21 67/24

**related [3]**
38/10 68/3
107/5

**relating [1]**
70/1

**relation [4]**
47/8 48/23
52/16 113/6

**relationship**
**[11]** 8/22

8/23 36/20
36/23 40/8
40/11 42/8
64/16 64/21
66/17 80/8

**relationships**
**[2]** 10/11
35/23

**release [4]**
131/17 131/18
131/20 131/22

**released [1]**
131/15

**relevant [8]**
47/25 52/7
55/15 67/17
88/9 92/6
99/22 105/7

**reliability [2]**
24/5 25/2

**reliable [1]**
31/1

**religion [1]**
70/20

**relive [1]**
37/4

**relocated [1]**
7/3

**rely [2]** 48/11
61/24

**remain [5]**
113/2 114/22
115/2 115/8
124/3

**remains [3]**
75/5 82/20
131/17

**remanded [1]**
132/24

**remarkable [1]**
47/14

**remember [8]**
12/18 13/3
15/16 18/13
21/4 61/5 66/8
74/7

**remembered [1]**
48/21

**remind [9]**
4/10 14/6 19/8
22/16 72/19
75/12 79/5
108/21 112/15

**reminded [1]**
74/3

**reminds [1]**

25/25

**remodeling [1]**
27/24

**remove [1]**
120/3

**removing [1]**
120/15

**render [1]**
71/20

**rendered [1]**
112/21

**renew [1]** 4/14

**renewed [1]**
118/5

**repeat [1]**
48/5

**repeated [6]**
11/5 17/19
17/19 41/24
42/4 55/14

**replaced [1]**
38/15

**reply [1]** 50/8

**report [2]**
43/5 80/5

**reported [3]**
1/24 46/19
134/8

**REPORTER [4]**
134/1 134/4
134/5 134/16

**reports [4]**
37/19 37/21
67/23 67/24

**repositioned**
**[1]** 3/21

**represent [2]**
8/25 73/9

**representations**
**[1]** 42/11

**representing**
**[1]** 39/23

**reputation [2]**
41/8 41/10

**request [4]**
38/21 38/23
72/5 72/25

**require [3]**
83/7 83/11
84/5

**required [8]**
69/6 78/23
79/14 82/22
94/20 95/23
107/21 131/2

**requirement [1]**
83/3

**requires [3]**
58/17 78/3
84/24

**research [2]**
51/15 112/16

**researched [1]**
61/12

**residence [15]**
12/22 13/18
23/3 23/14
25/24 26/12
26/15 27/13
27/15 27/21
28/23 29/12
29/16 29/24
30/3

**resolve [1]**
69/22

**resolved [1]**
117/19

**respect [8]**
4/18 31/20
96/3 117/13
122/23 122/25
130/20 131/18

**respectfully**
**[1]** 41/13

**respective [2]**
45/17 68/25

**respond [4]**
8/3 31/10
112/7 112/9

**responding [1]**
20/2

**responds [1]**
30/11

**response [6]**
20/22 36/7
37/2 49/2
54/17 95/22

**responsibilities [1]** 40/23

**responsibility**
**[2]** 31/20
40/5

**rest [5]** 3/9
4/15 4/17 21/8
64/7

**restaurants [1]**
14/14

**rested [1]** 7/4

**restriction [1]**
130/19

**restrictions**
**[4]** 114/22
115/2 130/16

130/21

**restroom [2]**
113/18 113/21

**rests [5]** 5/1
7/8 7/9 82/14
108/14

**result [5]**
74/10 97/19
106/1 108/4
108/6

**results [1]**
81/3

**resume [1]** 3/3

**retire [3]**
69/12 119/2
119/9

**retiring [1]**
109/18

**retreat [1]**
65/17

**return [2]**
67/18 112/5

**returned [4]**
28/8 43/19
112/4 115/3

**returning [1]**
109/13

**revealed [1]**
53/24

**revelation [1]**
54/20

**review [8]**
16/16 34/9
49/22 72/4
112/13 122/22
124/11 124/17

**reviewed [4]**
16/17 121/12
122/18 122/23

**reviewing [2]**
41/3 81/9

**revisionist [2]**
57/22 58/5

**revoke [1]**
131/20

**revoked [1]**
131/23

**rib [1]** 62/16

**rid [3]** 15/14
26/9 29/22

**ride [1]** 13/24

**rides [3]**
11/19 14/2
63/12

**riding [1]**
13/22

**JA873**

**R**

**right [56]**
29/12 30/23
40/1 41/6
42/22 43/1
43/6 43/13
43/19 43/21
43/25 44/3
44/8 44/9
44/10 46/10
47/6 47/7
47/10 47/18
47/19 48/24
48/25 49/18
49/24 50/1
50/2 50/14
50/25 51/2
52/17 52/23
52/23 54/2
54/10 54/19
54/20 55/2
55/15 56/10
56/17 57/8
57/24 58/3
63/16 67/10
72/24 112/2
113/24 116/8
116/9 116/11
116/17 116/21
118/1 120/22
**rights [1]**
60/6
**Riley [3]**   8/7
20/4 36/16
**rise [18]**   5/3
6/21 38/3 38/6
39/13 68/8
68/11 68/19
114/7 114/8
114/9 119/17
124/5 125/2
126/15 126/24
131/9 133/7
**risk [1]**   71/12
**RMR [2]**   1/25
134/16
**Road [2]**   28/23
30/3
**roadmap [1]**
39/25
**rocket [1]**
43/20
**roles [1]**
68/25
**romantic [2]**

40/8 40/10
**Ronda [3]**   1/25
134/4 134/16
**room [20]**
23/14 69/12
72/5 83/2
108/23 109/18
110/11 111/25
112/24 113/1
115/4 119/3
119/6 119/9
122/5 122/20
123/4 123/11
123/12 130/25
**rug [1]**   26/11
**ruin [1]**   19/11
**rule [8]**   4/15
4/16 5/6 69/14
78/1 117/18
117/20 130/13
**rules [3]**   69/3
72/18 84/11
**ruling [2]**
4/17 73/5
**rulings [1]**
72/25
**run [3]**   12/4
12/6 12/22
**running [4]**
12/9 12/14
13/1 63/7
**runs [4]**   11/20
12/5 13/21
14/14

**S**

**sadistic [1]**
94/25
**said [38]**   4/10
28/9 31/15
37/8 39/21
39/24 40/1
40/6 40/14
41/17 41/23
42/20 44/12
44/13 44/18
44/19 46/10
47/17 50/24
53/22 53/23
56/16 57/1
57/4 59/23
60/20 60/21
61/7 63/8
63/18 66/10
67/8 67/13
76/5 86/14

89/3 89/20
91/6
**sakes [2]**
44/18 57/5
**salacious [1]**
50/18
**same [29]**
10/15 16/18
16/23 23/9
23/12 23/17
23/25 23/25
24/3 24/6
24/25 33/1
33/6 33/10
35/15 44/18
51/2 51/8
51/15 53/12
55/6 55/8
60/24 70/13
85/13 94/24
108/24 108/25
115/22
**sat [3]**   16/3
50/15 52/3
**satisfaction [1]**   117/20
**satisfactory [1]**   116/25
**satisfied [9]**
22/10 74/20
78/4 79/8
85/25 121/9
121/19 121/20
122/24
**satisfy [3]**
96/22 102/24
131/16
**Saturday [1]**
26/22
**save [6]**   31/22
36/20 36/23
73/9 96/18
102/20
**saved [1]**
49/19
**saw [14]**   12/5
14/16 14/20
14/24 19/23
21/7 29/15
44/5 46/18
54/25 59/20
65/21 65/21
76/23
**say [23]**   8/4
18/16 19/22
26/23 27/3

27/4 29/4
30/12 35/5
36/5 41/13
43/2 46/17
46/18 48/17
49/14 49/21
51/3 56/24
62/1 84/3
85/19 112/8
**saying [6]**
43/2 46/20
48/10 54/3
54/22 57/6
**says [13]**   25/8
48/15 49/14
53/10 56/13
61/2 62/17
62/23 63/4
86/21 110/13
116/18 119/15
**scapegoat [1]**
59/19
**scared [1]**
19/19
**schedule [2]**
132/7 132/8
**schedules [2]**
73/16 73/19
**scheduling [1]**
132/5
**scheme [3]**
76/13 76/15
117/23
**Schloeder [13]**
35/8 45/3 45/3
45/15 45/22
53/21 54/13
54/24 56/9
56/22 57/9
59/18 59/23
**school [39]**
8/11 9/2 9/3
9/20 9/23 10/6
10/6 10/8
10/13 10/23
11/7 11/23
40/4 41/10
42/6 42/13
43/12 43/12
44/14 44/18
44/25 46/17
51/18 56/9
57/10 57/12
57/13 57/13
57/19 58/10
58/11 59/17

62/25 63/7
64/16 64/17
64/18 64/20
66/8
**school's [1]**
57/16
**scientist [1]**
43/20
**screenshot [10]**
20/6 22/15
25/22 25/25
27/13 27/14
27/18 28/14
29/11 29/12
**screenshots [3]**
19/20 20/1
33/23
**screw [1]**
19/13
**scroll [1]**
65/4
**scrutinize [1]**
79/16
**scrutinizing [1]**   86/6
**search [9]**
12/17 16/10
23/3 29/25
51/14 52/1
52/4 52/6 52/9
**searched [1]**
13/18
**searches [4]**
51/9 51/13
51/16 51/17
**searching [1]**
52/13
**seat [1]**   24/14
**seated [8]**   3/2
6/23 38/9
39/15 119/19
124/8 126/19
131/12
**second [10]**
60/13 63/20
65/3 93/3
93/16 100/13
102/2 105/22
107/7 116/2
**Secondly [2]**
4/14 42/10
**seconds [1]**
12/9
**secret [1]**
60/4
**secretive [1]**

**JA874**

# S

secretive...
 [1]  87/8
section [4]
 92/5 92/23
 99/22 105/7
section
 provides [1]
 92/5
security [8]
 109/24 110/2
 111/20 112/1
 113/24 113/25
 114/1 114/4
see [43]  3/25
 8/2 8/7 9/17
 11/15 15/10
 25/17 26/1
 26/2 31/22
 43/10 43/25
 43/25 44/2
 44/10 45/19
 46/17 47/18
 47/19 47/21
 47/23 48/4
 51/20 52/21
 56/16 56/20
 58/10 58/21
 62/21 63/7
 65/22 66/2
 66/24 77/9
 77/13 80/23
 115/12 115/21
 116/6 116/18
 117/8 118/21
 121/25
seeing [2]
 52/17 62/13
Seelert [2]
 36/16 36/21
seem [3]  30/18
 70/1 79/23
seemed [1]
 8/15
seems [2]
 118/25 120/1
seen [6]  12/9
 15/1 22/9 47/2
 47/18 72/14
sees [1]  77/1
seized [1]
 12/16
selected [3]
 17/25 20/15
 114/10

selecting [3]
 119/14 122/7
 123/15
Self [1]  111/6
Self-explanator
y [1]  111/6
selfie [1]
 61/6
send [13]  8/19
 18/18 19/22
 19/25 20/6
 41/12 52/6
 66/13 106/25
 109/23 120/23
 121/16 121/17
sending [1]
 46/12
sends [2]
 66/19 66/20
senior [4]
 25/13 42/15
 65/17 66/8
sense [21]
 18/23 20/12
 44/22 44/23
 46/23 48/4
 48/11 48/25
 49/25 53/9
 53/15 53/16
 57/16 63/2
 67/3 77/22
 78/8 78/25
 82/13 108/12
 108/25
senses [1]
 76/25
sensitive [1]
 34/7
sent [4]  16/6
 19/2 38/17
 104/25
sentence [1]
 108/13
sentencing [4]
 132/5 132/8
 132/14 132/18
separate [1]
 33/8
separated [1]
 11/6
separately [1]
 84/15
September [10]
 22/21 22/25
 60/21 60/21
 64/20 88/15

98/2 110/23
 127/5 127/25
September 1 [2]
 98/2 127/25
September 16
 [3]  88/15
 110/23 127/5
September 16th
 [2]  22/21
 60/21
September 18th
 [1]  60/21
sequence [1]
 133/3
sequential [3]
 52/20 53/1
 53/7
serial [1]
 99/17
series [5]
 19/4 20/22
 34/24 86/24
 110/19
serious [6]
 54/19 54/23
 58/17 58/17
 70/10 105/12
seriously [1]
 18/10
serve [6]
 13/13 25/18
 43/22 114/10
 114/13 131/5
served [1]
 114/11
server [1]
 106/20
serves [1]  7/2
service [16]
 17/10 17/15
 99/2 105/8
 105/20 105/20
 106/7 106/19
 106/21 106/24
 106/24 107/9
 114/20 130/10
 130/12 131/1
services [5]
 104/21 104/21
 106/7 106/18
 106/22
set [6]  3/17
 8/3 11/9 32/3
 78/16 132/15
sets [1]  6/8
setting [3]

21/3 95/13
 119/1
seven [2]  52/5
 128/3
seventh [2]
 11/5 41/25
several [4]
 11/10 13/4
 14/8 19/17
sex [2]  70/20
 94/24
sexual [38]
 9/8 10/7 13/13
 16/23 21/14
 21/15 22/5
 25/10 30/15
 32/15 32/18
 37/12 45/12
 46/21 50/22
 59/7 61/20
 70/21 88/1
 88/11 88/13
 89/6 90/16
 91/10 92/25
 94/22 95/5
 95/15 95/20
 95/20 95/22
 110/22 111/2
 127/4 127/8
 127/12 127/16
 127/20
sexuality [3]
 56/2 56/3 56/6
sexually [37]
 15/12 22/2
 22/3 22/6
 24/16 32/16
 40/7 40/12
 60/2 67/5
 88/18 89/10
 90/2 90/21
 91/15 92/8
 93/5 93/19
 94/3 94/11
 94/14 94/16
 94/19 94/22
 95/14 98/14
 99/3 99/18
 100/20 100/22
 103/7 103/10
 103/15 103/23
 103/25 104/6
 105/2
shade [1]
 80/11
shall [11]

68/23 84/9
 84/10 92/10
 92/23 100/7
 105/14 111/15
 112/8 112/13
 126/13
shame [3]
 36/10 56/19
 56/21
Shannon [1]
 15/16
share [1]
 46/13
shared [2]
 123/21 124/9
she [31]  14/8
 14/9 14/10
 14/13 14/16
 14/17 14/18
 14/20 14/20
 14/22 14/24
 15/4 15/17
 20/4 30/4
 36/21 50/8
 79/23 80/3
 80/4 80/9
 80/15 80/17
 81/23 109/20
 110/2 112/11
 115/8 119/15
 121/9 121/9
she'll [1]
 20/8
she's [3]
 20/25 20/25
 31/8
sheep's [1]
 9/3
shift [1]
 31/19
shifting [1]
 31/9
shifts [2]
 74/12 82/21
shining [1]
 77/7
shipped [15]
 88/22 89/15
 90/7 90/25
 91/19 92/16
 96/5 98/7
 98/10 98/21
 98/25 99/11
 99/15 100/1
 100/5
shirt [4]

**S**

**shirt... [4]**
22/17 22/18
25/12 35/21
**shock [1]**
35/10
**shocking [1]**
40/20
**short [1]**
29/15
**shorter [1]**
17/24
**shortly [1]**
73/24
**should [41]**
3/22 30/16
36/4 42/25
45/13 58/1
58/19 62/25
69/5 69/10
69/11 69/13
71/15 71/17
71/19 71/22
72/12 73/2
78/25 79/13
79/16 79/21
80/7 82/10
82/12 83/13
83/24 84/17
95/10 108/12
111/16 111/19
111/21 112/9
115/20 115/25
116/1 116/2
116/24 118/22
123/3
**shout [1]**
12/11
**show [9]**  27/18
38/11 53/18
61/19 75/9
104/1 119/21
119/24 120/12
**showed [4]**
12/23 23/1
25/11 26/15
**shower [9]**
25/24 26/3
26/7 27/15
27/19 27/23
27/23 29/13
29/15
**showers [1]**
63/19
**showing [3]**

22/4 26/11
28/15
**shown [12]**
21/22 24/9
25/16 25/25
32/17 32/18
47/9 86/24
87/14 87/16
104/7 107/18
**shows [6]**  30/2
30/7 51/14
54/2 54/8 62/9
**shutdown [1]**
66/8
**sick [1]**  8/5
**side [6]**  9/16
26/10 26/10
27/13 72/21
72/22
**sides [3]**  5/7
41/14 124/9
**sift [1]**  71/5
**sights [1]**
11/9
**sign [3]**  5/21
58/11 111/16
**signature [3]**
111/11 120/9
120/16
**signed [3]**
111/13 126/17
126/22
**significance
[4]**  42/4 47/7
52/16 82/23
**significant [6]**
22/22 30/8
50/2 52/21
94/15 118/18
**signs [2]**
44/10 111/10
**similar [9]**
75/10 75/14
75/18 75/21
76/1 76/7 76/9
76/14 117/23
**similarity [1]**
84/24
**Similarly [1]**
108/16
**simple [5]**
11/18 11/18
46/12 74/13
77/5
**simplest [1]**
116/22

**simply [10]**
40/24 41/14
48/4 59/1 74/1
78/3 96/11
109/17 111/20
118/19
**simulated [1]**
94/22
**since [1]**
58/13
**single [12]**
8/20 11/4
23/22 24/6
27/12 28/17
29/10 36/5
36/6 59/24
59/25 69/10
**singling [1]**
11/4
**sir [15]**  5/19
6/3 39/9 114/2
118/8 121/1
124/18 124/21
128/17 128/20
129/1 129/4
129/7 129/10
129/16
**sit [1]**  28/4
**sites [2]**  52/6
52/9
**sitting [8]**
26/18 26/24
29/8 53/11
53/12 59/25
63/16 77/10
**situation [1]**
18/17
**six [1]**  48/15
**skates [1]**
31/14
**skill [1]**
81/23
**skip [1]**  40/23
**skirt [1]**
40/23
**slate [1]**
74/22
**sleeping [1]**
62/11
**slightly [1]**
18/11
**small [2]**
35/22 61/13
**smartest [1]**
60/17
**snap [1]**  8/2

**Snapchats [1]**
35/18
**snippets [2]**
20/14 21/7
**so [88]**  3/4
3/14 5/20 8/3
9/7 9/12 11/1
13/5 13/11
14/19 14/22
15/18 15/23
16/7 17/9 18/2
18/5 18/25
20/17 21/4
22/14 23/6
23/8 23/17
27/1 27/9
27/18 28/6
28/17 28/18
28/23 29/21
30/22 33/3
33/11 37/4
41/17 41/23
42/4 42/14
43/15 48/10
49/8 49/24
51/5 51/7
52/25 53/2
53/7 53/21
57/25 58/20
60/25 61/12
62/25 63/2
63/8 64/2
64/13 64/19
64/20 65/5
65/20 65/25
66/16 73/13
77/14 79/1
105/23 109/4
109/6 113/7
115/23 115/25
116/19 119/9
119/15 119/15
119/20 120/10
122/13 124/3
130/5 130/22
131/3 131/5
132/7 133/5
**sober [1]**  46/1
**socially [1]**
43/24
**soda [1]**  63/15
**software [1]**
106/19
**sole [7]**  69/20
79/10 79/11
84/3 94/7

101/16 101/17
**solely [6]**
48/12 71/3
71/9 82/14
108/19 109/11
**solution [1]**
116/10
**solves [1]**
48/7
**some [43]**  9/18
21/17 23/4
23/8 23/21
26/1 26/6
27/24 30/9
31/8 31/17
31/19 34/5
35/15 35/19
36/10 36/12
36/24 40/23
41/18 51/15
52/13 52/16
54/1 59/20
65/15 66/12
72/5 75/24
77/9 77/23
78/9 79/24
80/10 80/12
83/9 84/7
95/12 102/1
103/20 114/15
119/7 121/24
**somebody [8]**
4/2 13/6 36/4
46/6 77/11
77/16 77/16
113/17
**somehow [1]**
29/6
**someone [8]**
46/15 52/2
56/9 66/12
77/10 80/5
81/25 114/14
**something [21]**
9/25 15/6
18/12 19/22
20/8 36/7 36/8
46/17 46/17
46/18 46/18
48/16 54/23
56/24 59/23
60/16 79/24
80/14 84/1
85/18 101/6
**sometimes [2]**
11/21 45/16

**S**

**somewhat [1]**
34/23
**somewhere [1]**
123/24
**son [3]**   42/24
43/15 57/17
**Sony [11]**
12/15 13/2
13/5 13/11
23/12 23/14
23/24 33/9
61/2 99/17
128/9
**soon [2]**   20/8
133/5
**sorry [9]**
14/11 28/5
54/16 61/6
65/5 65/8
116/6 117/8
117/9
**sort [3]**   31/19
45/7 55/25
**sorts [1]**
131/6
**sound [1]**
65/12
**source [1]**
112/16
**sources [1]**
114/25
**space [2]**
111/17 123/25
**speak [5]**   7/19
75/5 126/13
130/18 131/3
**special [10]**
1/19 12/18
50/1 50/5 51/8
51/11 52/2
52/3 81/23
100/17
**specific [11]**
49/5 83/4
84/19 84/19
84/21 88/9
97/11 102/13
104/3 106/16
108/9
**specifically
[6]**   40/1
40/15 42/19
45/8 76/2
76/17

**speculation [1]**
78/21
**spell [1]**
114/2
**spend [2]**
10/22 50/17
**spent [1]**   41/2
**spokesperson
[1]**   109/21
**spooked [1]**
12/1
**sports [3]**
9/24 10/2 11/8
**spot [1]**   10/11
**spotlight [1]**
10/4
**spouse [2]**
106/1 106/3
**spy [3]**   51/7
51/15 52/4
**St [1]**   11/23
**Stacy [2]**
26/16 26/19
**staff [2]**
10/23 132/12
**stairs [2]**
23/15 33/10
**stalked [1]**
33/16
**stalking [2]**
104/15 105/17
**stand [7]**   49/4
65/22 70/15
79/22 82/25
110/7 112/10
**Standard [1]**
52/12
**standing [5]**
3/20 4/23
25/23 26/3
27/15
**stands [5]**   5/3
38/6 68/11
124/5 133/7
**stark [2]**
47/10 47/16
**start [11]**
4/23 17/2
17/18 22/14
55/4 55/9 58/3
58/4 110/13
119/15 130/17
**started [3]**
11/4 63/4
77/18
**starting [2]**

42/17 63/3
**starts [2]**
58/2 63/11
**state [27]**
17/3 17/14
32/22 40/25
44/9 69/4 69/8
69/14 86/10
86/16 86/17
86/19 86/20
96/14 96/19
96/21 96/25
97/1 97/6
102/9 102/16
102/21 102/23
103/1 103/2
106/15 114/2
**stated [4]**
69/7 96/11
103/18 107/19
**statement [7]**
8/21 9/18 17/3
39/24 86/8
111/7 111/24
**statements [3]**
16/18 46/4
71/21
**STATES [36]**
1/1 1/3 9/1
17/14 22/13
32/23 51/25
70/11 88/2
88/5 88/6
88/19 89/11
90/3 90/22
91/16 92/5
96/14 96/21
97/6 98/6
98/20 99/10
99/21 100/18
102/10 102/17
102/23 105/6
110/14 110/15
125/7 126/25
127/1 134/5
134/11
**stating [1]**
69/10
**stationed [1]**
112/1
**status [1]**
6/18
**stay [2]**
123/23 132/25
**steak [1]**
62/15

**stenographicall
y [1]**   134/8
**stenographicall
y-reported [1]**
134/8
**stenotype [1]**
1/24
**step [1]**   66/10
**still [13]**
7/13 16/3 17/5
24/9 29/19
34/8 62/14
64/17 64/22
64/23 66/5
67/15 120/17
**stills [1]**
21/22
**stimulation [1]**
95/6
**stipulation [2]**
71/25 72/11
**stone's [1]**
44/14
**stood [1]**
14/16
**stop [4]**   57/6
67/19 113/20
120/8
**stopping [1]**
113/19
**storage [2]**
23/16 107/6
**store [1]**
102/20
**stored [7]**
89/4 89/21
90/14 91/7
92/1 93/24
101/4
**stories [2]**
35/4 35/14
**story [2]**   20/8
35/16
**straight [1]**
120/6
**strange [3]**
14/23 15/4
57/18
**strangest [1]**
57/8
**streaking [2]**
63/4 63/5
**street [1]**
124/1
**stretch [1]**
113/18

**stricken [1]**
72/8
**strike [1]**
80/5
**strip [1]**   12/3
**stronger [1]**
35/5
**struck [2]**
14/21 14/25
**struggle [1]**
43/14
**struggles [1]**
44/2
**struggling [2]**
44/20 48/16
**student [6]**
8/10 45/5
62/15 64/18
64/22 64/23
**students [17]**
9/24 9/25 10/5
10/13 10/14
11/21 14/8
34/15 34/22
34/22 35/2
35/9 35/13
35/19 41/11
42/5 53/19
**studying [1]**
8/11
**stuff [1]**
66/13
**stupid [2]**
54/22 55/25
**Stuzin [4]**
12/7 12/12
12/22 63/6
**Stuzin's [1]**
12/6
**subject [5]**
71/10 84/17
110/4 123/20
124/4
**subjected [1]**
45/12
**subjecting [1]**
15/11
**subjective [1]**
107/22
**submission [2]**
4/15 4/17
**submitted [1]**
126/16
**substantial
[14]**   18/4
19/14 19/16

**S**

**substantial...**
**[11]** 20/11 34/1 84/24 104/24 105/14 105/24 106/3 107/10 107/16 108/5 108/8
**substitute [4]** 75/14 82/12 120/7 120/16
**succeeded [1]** 21/4
**successful [1]** 33/20
**such [37]** 32/18 48/15 54/19 69/22 72/12 74/19 79/3 79/7 80/21 81/18 81/24 88/20 88/21 88/24 89/12 89/13 89/16 90/4 90/5 90/8 90/23 90/24 91/2 91/17 91/18 91/21 92/9 92/10 92/11 92/12 92/18 94/8 101/21 104/7 106/22 107/6 107/20
**sue [2]** 37/2 57/19
**suffer [1]** 20/11
**sufficient [6]** 4/19 74/23 84/21 96/22 102/24 118/19
**sufficiently [1]** 76/9
**suggest [3]** 44/16 56/17 65/21
**suggestive [3]** 22/5 32/18 95/14
**suggests [3]** 23/18 61/25 95/19
**suing [1]**

57/10
**summaries [6]** 73/7 73/8 73/10 73/14 73/17 73/19
**summarily [1]** 16/17
**summary [1]** 16/16
**summer [4]** 25/16 30/20 36/21 64/23
**sun [1]** 77/7
**Sunday [1]** 61/15
**super [1]** 44/4
**superseding [3]** 73/23 74/1 116/13
**supervision [1]** 10/24
**supplied [1]** 39/5
**support [3]** 4/22 47/3 58/5
**sure [12]** 20/8 43/23 50/8 57/10 59/23 59/25 65/11 66/5 67/7 67/7 131/4 132/7
**surprise [1]** 35/17
**surrender [1]** 109/10
**surreptitiously [1]** 51/6
**surround [1]** 10/9
**surrounding [4]** 85/8 86/8 87/3 107/25
**suspect [1]** 79/24
**suspicion [1]** 78/11
**sustain [4]** 4/21 75/2 85/2 85/15
**sustained [1]** 70/18
**swayed [1]** 71/3
**swear [1]** 113/25
**swing [1]**

31/23
**sworn [3]** 69/16 71/23 114/1
**sympathy [3]** 71/3 71/11 71/20
**system [7]** 17/11 105/9 105/21 106/8 106/19 106/21 107/2
**systems [2]** 104/22 106/22

**T**

**table [10]** 5/22 5/22 5/23 6/1 6/4 6/8 6/15 38/10 38/13 113/9
**tag [1]** 99/2
**tainted [1]** 56/22
**take [27]** 3/19 18/10 19/22 37/16 38/2 43/19 50/5 57/17 61/5 61/7 63/1 67/19 68/5 68/7 82/25 93/5 93/18 102/18 112/11 113/15 115/10 120/5 120/10 122/3 131/3 131/8 132/25
**taken [12]** 4/20 5/5 22/19 26/12 27/20 38/8 47/25 68/13 110/1 116/12 119/16 123/4
**takes [2]** 10/8 13/8
**taking [1]** 43/12
**talk [6]** 18/17 59/15 61/22 61/23 63/1 65/10
**talked [5]** 35/19 48/14 55/1 62/17

64/3
**talking [5]** 46/9 46/10 52/22 80/4 113/20
**taught [1]** 46/17
**taunting [1]** 20/22
**tch [1]** 19/24
**teacher [11]** 9/2 10/16 10/18 36/8 41/11 44/19 56/12 57/11 57/16 62/24 64/16
**teachers [2]** 42/12 43/6
**teammate [1]** 60/2
**teammates [1]** 42/12
**teams [1]** 11/8
**Technically [1]** 131/17
**technique [1]** 83/4
**techniques [1]** 83/5
**technology [1]** 48/14
**teenage [1]** 10/15
**teens [1]** 10/22
**telephone [3]** 106/12 106/17 112/23
**tell [8]** 11/23 36/4 45/2 45/18 46/20 59/20 110/6 119/15
**telling [2]** 53/8 118/19
**tells [1]** 49/25
**Ten [3]** 38/1 38/5 52/3
**tending [1]** 75/9
**tends [1]** 77/3
**tentacles [1]** 64/8
**term [7]** 56/3

78/6 95/3 100/12 100/20 103/7 103/22
**terminated [1]** 34/25
**terminology [1]** 42/2
**terms [3]** 49/19 110/7 115/7
**terrified [1]** 20/17
**territorial [1]** 100/18
**testified [17]** 14/17 25/11 25/12 34/22 35/13 36/17 47/3 48/14 56/25 57/4 61/19 79/18 79/25 80/1 80/10 80/15 80/17
**testifies [2]** 76/23 76/24
**testify [8]** 5/10 5/10 46/25 81/22 82/11 82/16 82/17 82/23
**testifying [3]** 15/17 79/22 82/5
**testimonies [1]** 80/20
**testimony [53]** 7/11 11/22 11/25 14/6 19/18 20/13 21/22 21/25 25/4 26/19 26/24 30/4 30/9 30/19 33/22 34/3 34/14 36/14 41/6 42/1 44/25 46/16 48/21 50/4 52/19 69/23 71/23 72/7 72/22 73/11 73/18 79/13 79/15 79/17 79/20 80/2 80/19 80/21

173

**JA878**

**T**

**testimony...**
**[15]** 81/4
81/7 81/10
81/11 81/15
81/16 81/17
81/18 81/24
82/3 82/7 82/8
82/10 84/25
104/8
**testing [1]**
35/22
**text [14]**
11/13 17/20
35/9 36/16
40/16 47/2
50/15 50/16
50/16 52/7
53/24 55/10
55/21 55/23
**texting [1]**
8/3
**texts [3]**
56/20 62/10
65/12
**than [21]**
34/19 42/5
57/21 57/22
67/19 69/17
70/12 73/11
73/14 77/25
80/14 81/8
84/1 86/3
86/25 87/24
93/12 93/15
101/18 112/19
117/24
**thank [24]** 3/8
4/13 5/18
31/11 32/9
37/15 39/20
59/3 59/9
59/10 59/12
59/14 62/5
65/3 65/5 66/7
68/22 114/6
118/9 121/21
123/18 124/3
130/1 131/1
**thanks [2]**
115/9 130/11
**that [764]**
**that's [69]**
3/24 4/12 5/18
11/8 15/6

17/13 17/21
22/5 22/7
23/22 25/2
26/16 28/3
30/21 33/8
33/11 35/8
36/1 41/13
42/2 43/7 44/5
44/13 45/20
46/13 49/24
50/9 51/21
52/18 52/25
54/25 56/3
56/4 56/6 56/7
56/18 57/14
57/24 58/2
60/9 60/11
60/14 61/9
61/9 61/22
62/1 63/5 63/8
64/4 64/5 64/6
64/21 64/24
65/17 66/14
77/1 77/11
77/12 77/19
101/17 110/18
110/24 117/2
117/4 118/1
118/24 120/4
120/13 120/21
**their [41]**
4/21 7/4 7/9
8/21 9/18 10/3
10/24 10/25
11/1 11/24
13/8 13/8
16/10 31/22
32/1 34/22
35/11 35/11
42/23 42/24
43/5 43/6
44/13 44/15
45/13 45/17
47/21 49/11
54/14 55/23
56/2 56/3 56/5
57/17 57/23
58/1 58/8
58/13 78/7
123/15 123/21
**them [36]** 9/13
10/19 10/23
11/23 14/9
15/1 15/5 16/2
16/2 16/17
18/21 18/21

18/22 19/2
22/9 24/22
24/23 26/24
32/14 47/10
49/8 49/15
50/7 54/12
56/4 56/23
57/1 59/22
69/4 69/4
69/24 73/13
87/6 108/2
121/25 122/2
**themselves [6]**
6/9 34/17
73/12 83/22
83/24 121/4
**then [60]** 7/16
7/17 11/4 14/3
16/1 16/10
16/24 18/12
18/14 20/6
20/19 21/6
27/1 27/17
27/20 28/14
33/13 34/1
35/14 38/17
38/20 42/7
46/21 53/6
54/21 58/2
60/21 62/2
63/11 63/18
63/20 63/25
64/7 64/24
72/5 75/21
76/10 77/1
77/10 84/2
110/15 110/16
110/19 110/23
111/5 111/9
111/16 112/8
112/9 112/10
113/5 113/8
113/8 119/4
120/6 120/22
122/6 123/16
132/8 132/17
**theory [2]**
49/13 81/24
**there [65]**
7/11 10/3
17/18 23/8
28/1 29/23
30/20 31/15
32/11 33/10
34/8 34/13
34/18 35/23

38/11 41/22
42/12 43/18
44/6 44/6
44/17 46/4
47/12 47/16
48/22 52/3
57/12 58/11
58/21 60/4
60/8 60/8 60/9
60/11 60/22
63/13 63/16
63/25 64/22
69/22 76/5
76/20 77/19
78/14 95/12
110/18 110/19
111/7 112/1
112/2 115/17
115/23 116/7
116/20 116/24
117/21 117/22
119/1 122/16
128/24 130/13
131/4 131/24
132/19 132/22
**there's [25]**
9/25 14/15
16/24 20/15
28/12 30/19
33/16 41/18
42/14 44/3
46/14 47/10
47/12 47/13
60/14 63/15
64/1 71/12
83/3 86/6
110/23 111/9
115/23 123/1
130/19
**therefore [3]**
61/19 74/17
83/22
**thereof [1]**
106/25
**thereto [1]**
130/4
**these [100]**
8/14 8/16 8/16
9/10 9/13
10/10 10/21
10/22 11/18
11/20 12/5
13/21 14/13
16/5 18/7
18/23 19/1
19/1 20/14

22/3 24/4 24/4
24/11 24/20
25/7 25/23
26/13 27/5
27/6 27/9
27/10 29/5
29/6 31/17
32/20 33/2
33/3 33/22
35/2 35/13
35/22 37/4
44/4 46/1 48/2
50/1 50/3 50/6
50/11 51/6
51/12 51/16
51/16 51/17
51/20 51/22
53/8 53/11
54/2 57/1
66/16 69/3
69/6 73/1 73/7
73/14 74/2
83/19 88/8
95/24 116/3
116/9 116/11
118/20 119/11
119/12 119/21
128/16 128/16
128/18 128/18
128/21 128/21
128/24 129/2
129/2 129/5
129/5 129/8
129/8 129/11
129/11 129/14
129/14 129/17
129/17 129/20
129/20 129/23
129/23
**they [118]**
7/20 8/8 9/22
9/22 10/17
11/19 12/1
12/2 12/3 12/3
13/9 13/19
15/1 15/5
15/24 16/1
16/3 16/5
16/10 17/3
17/4 17/4
20/10 20/10
21/13 24/3
24/5 24/6
24/24 27/3
27/4 27/6
27/24 28/3

174

# T

**they... [84]**
28/7 28/8 28/8
28/25 30/5
30/12 31/1
32/21 34/23
35/10 35/14
35/25 39/3
39/7 42/22
42/23 43/8
43/17 43/23
43/23 43/25
43/25 44/5
44/5 44/14
44/16 44/18
45/17 47/20
49/11 50/11
50/13 50/17
50/19 50/20
50/20 50/20
51/3 51/6 51/9
52/10 52/10
52/10 52/11
54/3 54/6 54/6
54/8 54/8
54/15 56/8
57/14 57/17
57/22 57/23
57/25 58/1
58/7 58/8
58/10 58/11
58/13 59/1
59/21 60/10
60/12 63/7
64/21 65/13
73/9 73/11
73/15 73/18
73/20 77/9
78/7 115/19
115/21 122/1
122/7 122/8
123/14 130/5
130/14

**they're [23]**
10/5 25/1
35/21 43/20
44/2 44/3
44/10 49/10
51/20 52/17
52/18 53/8
54/4 54/4 54/4
54/5 57/19
58/9 58/9
59/21 83/22
117/7 121/23

**thing [11]**
16/19 23/18
30/18 42/3
51/23 51/23
56/16 60/17
61/16 64/4
85/13

**things [19]**
4/8 14/23
19/21 31/15
34/20 36/22
41/22 41/23
49/18 53/22
54/22 56/6
58/3 59/15
59/20 65/15
83/12 115/5
131/4

**think [31]**
3/24 6/17 8/6
15/24 16/19
16/21 18/12
19/2 20/4
20/25 20/25
30/9 31/14
41/20 42/10
47/9 51/3 54/3
54/8 55/18
56/1 56/15
56/17 57/22
60/10 69/5
81/19 84/1
116/9 116/18
122/21

**thinking [3]**
18/9 51/2
71/12

**thinks [1]**
56/13

**thinly [1]**
31/25

**third [6]**   93/7
96/2 100/18
103/3 106/1
108/3

**this [232]**

**Thomas [3]**
1/25 134/4
134/16

**thoroughly [1]**
34/10

**those [48]**   6/7
6/10 13/6
13/14 13/15
14/2 15/15
16/25 17/15

21/7 23/17
24/1 24/16
25/25 30/16
30/21 30/23
30/25 33/25
41/4 41/13
47/24 50/18
53/3 56/20
59/19 60/11
60/20 63/22
64/1 66/1 72/2
77/17 81/22
83/20 110/18
115/1 116/22
118/4 120/10
122/6 122/11
122/12 123/12
130/22 130/23
131/6 131/16

**though [6]**
18/18 36/10
79/14 101/13
107/22 115/4

**thought [4]**
15/4 35/25
36/2 39/25

**thoughts [1]**
41/14

**threaten [1]**
19/21

**threatened [1]**
46/25

**threatening [1]**
105/2

**threats [8]**
8/16 8/17 8/18
17/20 19/1
20/23 33/19
33/20

**three [15]**
16/24 24/18
24/18 24/23
32/11 34/2
44/25 52/14
59/15 63/9
66/7 89/18
118/16 118/23
127/11

**through [58]**
9/18 10/3
13/13 14/7
16/25 17/21
18/20 19/1
19/4 21/8
21/13 21/15
21/17 21/19

21/20 21/23
21/24 22/6
24/3 25/10
28/16 33/2
33/7 33/14
33/15 37/12
37/13 43/5
50/1 50/15
51/7 51/8 58/3
61/15 61/20
61/21 62/7
63/21 71/5
72/18 88/1
88/3 88/11
88/12 92/24
96/3 97/23
97/24 99/20
112/23 112/23
119/6 121/7
121/13 123/3
127/25 128/13
130/11

**throughout [5]**
43/12 59/2
68/22 74/18
82/20

**throw [1]**
44/14

**Thus [1]**
107/14

**ticket [1]**
30/4

**tile [3]**   26/11
27/18 27/22

**tiling [1]**
27/24

**till [2]**   20/19
65/10

**time [55]**   3/3
8/7 10/22
10/24 11/16
12/24 13/23
14/1 14/7
17/21 17/22
18/6 18/17
21/1 21/25
30/7 30/10
30/12 33/14
34/6 35/25
37/9 37/9
43/17 44/6
44/24 47/2
47/25 48/1
50/18 51/2
52/12 52/13
52/13 53/17

59/4 61/14
64/21 65/19
65/23 66/6
67/12 73/9
74/19 77/9
83/8 84/6
86/22 87/3
93/12 107/19
111/22 111/23
114/19 131/20

**timeline [5]**
61/16 62/6
64/6 64/10
67/3

**timely [1]**
20/2

**times [11]**   8/4
11/10 13/4
13/22 14/4
21/4 28/3 34/4
50/7 78/14
112/1

**timing [1]**
31/17

**Title [11]**
88/19 89/11
90/3 90/21
91/15 92/5
98/6 98/20
99/10 99/21
105/6

**titled [4]**
89/2 89/19
91/5 91/24

**today [5]**   61/7
62/20 62/21
121/8 132/6

**together [3]**
7/4 15/3 35/3

**token [1]**
70/13

**told [20]**   8/1
13/21 14/1
14/4 14/9 15/8
24/7 28/7 36/5
36/6 56/23
60/15 60/19
60/22 61/3
63/6 63/16
63/23 64/4
64/11

**tomorrow [4]**
132/4 132/8
132/10 132/17

**tone [1]**   18/23

**tonight [2]**

**T**

**tonight...** [2]
18/16 18/19
**too** [11]    20/1
20/3 26/7
28/19 29/3
36/2 54/24
55/25 58/13
62/2 116/11
**took** [7]    25/12
34/2 34/24
35/17 60/25
87/4 87/5
**top** [2]    25/3
28/1
**topics** [1]
131/6
**Totally** [1]
56/16
**touch** [3]
37/20 61/16
67/23
**touched** [2]
14/4 56/22
**touches** [1]
77/1
**touching** [3]
91/6 91/25
110/4
**towards** [2]
55/16 56/3
**towel** [1]
35/16
**track** [1]    8/8
**tradition** [1]
112/5
**training** [1]
81/24
**transaction** [3]
28/16 80/23
87/8
**transactions**
[2]    28/2
34/16
**transcended** [1]
45/17
**transcript** [4]
1/11 84/2
134/8 134/9
**transcription**
[1]    1/24
**transcripts** [2]
83/20 83/20
**transmission**
[5]    97/7

97/16 97/19
102/11 107/4
**Transmissions**
[1]    106/12
**transmit** [1]
94/9
**transmitted**
[21]    88/22
88/25 89/14
89/17 90/6
90/9 90/24
91/3 91/18
91/22 92/12
92/15 92/19
94/21 96/7
96/10 97/3
97/11 97/14
102/14 106/17
**transmitting**
[7]    92/10
93/6 93/20
93/21 94/4
94/11 94/18
**transportation**
[5]    97/8
97/16 97/19
102/12 106/13
**transported**
[35]    88/23
88/25 89/15
89/17 90/7
90/9 90/25
91/2 91/19
91/21 92/12
92/16 92/19
93/8 96/5 96/7
96/9 96/11
96/24 97/3
97/14 98/7
98/10 98/21
98/25 99/11
99/15 100/1
100/5 100/13
100/16 102/4
102/6 102/25
106/11
**travel** [2]
30/4 115/4
**treasure** [1]
16/11
**treated** [1]
40/25
**trial** [31]
1/11 3/3 6/18
7/12 7/13 7/14
11/10 13/4

17/5 37/22
39/3 39/7 41/2
55/16 59/16
59/21 60/12
67/15 68/1
74/22 75/4
75/12 76/6
78/6 82/21
83/10 84/8
113/6 114/11
130/17 131/14
**trials** [1]
131/5
**tried** [4]
22/23 22/23
54/13 55/22
**trim** [1]    61/2
**trimming** [1]
61/10
**triple** [1]
116/16
**trouble** [1]
31/12
**troublesome** [1]
31/21
**troubling** [1]
55/13
**trove** [1]
16/11
**true** [6]    26/16
56/23 71/13
72/12 72/13
134/7
**trust** [3]
35/23 50/13
62/19
**trusting** [1]
10/10
**truth** [2]
79/19 80/11
**try** [6]    18/12
20/4 39/24
45/9 61/25
67/1
**trying** [7]
8/10 11/16
29/22 40/18
55/11 66/9
80/5
**turn** [4]    7/5
29/20 113/3
113/20
**turned** [9]
3/22 15/19
15/23 42/6
42/9 64/5

64/15 113/11
113/13
**turning** [2]
47/1 121/3
**twice** [1]    7/19
**Twitter** [1]
19/20
**two** [33]    4/8
12/11 25/21
26/14 30/21
30/22 33/23
33/23 45/10
48/2 51/11
51/11 51/24
60/8 66/20
66/21 66/21
66/25 76/20
80/22 90/11
102/15 107/12
107/15 111/1
113/17 115/17
115/20 116/22
118/12 118/16
118/23 127/7
**Tyler** [1]    15/2
**type** [3]    13/17
55/3 76/22
**typed** [3]    52/1
52/3 83/16
**types** [4]    16/5
51/12 51/20
76/20
**typically** [1]
28/3
**typo** [3]
115/17 115/25
116/6
**typographical**
[4]    38/13
115/24 118/17
118/25
**typos** [1]
115/18

**U**

**U.S.C** [1]
134/7
**ultimate** [1]
107/22
**ultimately** [2]
33/24 67/18
**umbrella** [3]
77/11 77/16
77/22
**unable** [1]
131/16

**unacceptable**
[1]    58/2
**unanimous** [4]
108/22 110/8
111/8 111/14
**unanimously** [2]
74/24 110/25
**unaware** [1]
51/25
**unbeknownst** [2]
15/24 16/3
**unblock** [2]
65/10 66/19
**uncomfortable**
[3]    18/9
36/13 36/13
**uncommon** [1]
80/25
**uncontested** [1]
65/13
**uncontradicted**
[1]    79/15
**under** [19]
4/16 21/25
23/15 24/7
25/5 25/8
25/12 33/9
42/19 42/19
50/19 71/2
79/17 82/16
93/3 103/9
103/15 114/22
115/18
**underage** [5]
45/12 45/24
46/14 46/21
104/4
**underlying** [1]
73/8
**understand** [6]
40/15 49/22
60/16 116/8
118/22 132/7
**understanding**
[5]    5/9 73/21
82/1 116/12
121/24
**undeveloped** [2]
93/23 101/3
**unequivocally**
[1]    47/22
**unfettered** [1]
62/18
**unforgivable**
[1]    40/17
**unimportant** [1]
81/2

**JA881**

# U

**unique [3]**
12/20 24/2
27/24

**UNITED [36]**
1/1 1/3 8/25
17/14 22/12
32/23 51/24
70/11 88/2
88/4 88/6
88/19 89/11
90/3 90/22
91/16 92/5
96/14 96/21
97/6 98/6
98/20 99/10
99/21 100/18
102/10 102/17
102/23 105/6
110/14 110/15
125/7 126/25
127/1 134/5
134/11

**unknown [1]**
5/10

**unlawful [1]**
85/18

**unless [3]**
74/24 75/6
83/14

**unnatural [1]**
95/16

**unnecessary [1]**
73/10

**unobservant [1]**
44/16

**unpleasant [1]**
18/11

**unsettling [1]**
40/21

**until [13]**
21/6 29/20
68/10 74/19
75/6 110/8
112/21 115/2
115/8 115/22
119/5 119/11
119/15

**untoward [1]**
44/24

**up [33]** 3/18
4/6 4/24 8/5
13/9 18/15
28/22 32/3
35/14 36/23

37/24 44/4
44/5 44/19
46/2 46/6
48/16 49/8
54/21 55/11
62/24 65/1
65/3 66/3 66/5
68/3 79/12
85/13 86/14
95/25 115/5
116/21 118/6

**upbringing [1]**
42/22

**upon [26]** 17/7
37/20 67/23
69/16 69/18
69/20 72/5
73/11 73/11
73/15 74/13
79/5 79/6
81/13 84/15
86/18 107/23
108/14 108/19
109/18 110/4
111/21 112/6
113/14 114/13
126/10

**ups [1]** 10/15

**upset [5]**
45/18 45/19
55/2 57/20
58/9

**us [7]** 31/9
33/13 55/12
60/15 60/17
67/9 67/9

**use [24]** 4/5
24/11 56/1
56/5 56/8
56/15 76/2
76/20 78/6
78/25 83/4
88/17 89/9
90/1 90/20
91/14 103/6
104/14 104/20
105/16 108/24
108/25 113/18
113/21

**used [25]** 9/22
10/21 12/1
17/10 17/12
17/15 19/18
50/3 51/16
51/20 74/4
83/5 83/6 93/3

93/17 96/12
96/16 96/18
96/24 102/15
102/18 102/20
105/19 106/6
107/8

**users [2]**
106/20 106/24

**uses [2]** 92/6
105/8

**using [34]**
21/16 22/12
48/3 55/24
56/3 66/16
67/4 88/22
88/25 89/14
89/17 90/6
90/9 90/25
91/3 91/19
91/22 92/13
92/15 92/19
93/8 94/13
96/4 98/7 98/9
98/21 98/24
99/11 99/14
100/2 100/4
100/15 102/5
112/16

**usually [1]**
87/2

**UTC [1]** 52/12

**uttered [1]**
86/25

# V

**vacated [2]**
130/17 130/23

**vacation [2]**
28/6 28/7

**Vaio [8]** 12/16
13/11 23/12
23/14 23/24
33/9 99/17
128/9

**value [1]**
77/25

**variation [1]**
11/22

**variety [1]**
53/19

**various [1]**
9/11

**vehicle [1]**
14/20

**Venmo [6]** 28/2
28/14 34/16

65/20 66/16
66/20

**verdict [56]**
2/9 5/8 6/9
30/16 34/18
41/16 59/6
67/18 69/16
71/13 71/15
71/20 108/17
108/21 109/13
110/8 110/9
110/10 110/11
110/19 110/24
111/5 111/7
111/8 111/12
111/13 111/15
111/18 111/21
111/22 111/22
112/3 112/7
112/10 112/13
112/21 115/2
115/8 119/8
119/21 120/24
122/5 122/8
123/10 124/23
125/6 126/11
126/16 126/20
126/22 127/2
130/8 130/9
130/15 131/11
131/13

**verdicts [13]**
128/16 128/19
128/22 128/25
129/3 129/6
129/9 129/12
129/15 129/18
129/21 129/24
130/4

**verge [1]**
31/13

**version [5]**
5/15 17/24
17/24 38/22
120/17

**very [25]** 3/10
5/20 7/9 9/20
9/20 9/21 12/6
14/9 16/20
29/14 34/6
34/7 35/16
36/11 36/12
36/13 36/13
40/3 46/12
50/6 50/8
83/23 118/1

118/4 121/21

**via [1]** 97/8

**vibrate [1]**
113/11

**victim [14]**
9/7 9/8 57/23
88/18 89/10
90/2 90/20
91/14 93/2
94/14 105/1
105/2 105/3
105/3

**victim's [5]**
89/3 89/20
90/13 91/6
91/25

**VICTORIA [1]**
1/20

**video [46]**
12/8 12/23
22/15 22/19
22/20 23/1
23/5 23/9
23/12 23/17
23/25 24/8
24/13 26/7
27/12 27/14
27/16 28/17
29/10 29/11
29/14 29/18
29/22 29/25
30/7 30/10
33/10 48/4
63/5 63/14
83/18 89/2
89/3 89/19
89/20 90/11
90/13 91/5
91/6 91/24
91/25 93/23
97/7 101/2
102/11 102/20

**videos [55]**
8/18 8/19 9/4
9/10 13/12
15/25 21/7
21/19 21/23
22/3 22/6
22/11 24/18
25/7 25/9
25/15 25/18
25/21 25/23
26/10 26/14
27/5 27/6
27/10 29/5
30/20 30/21

**V**

**videos... [28]**
32/13 33/1
33/3 33/6
33/22 33/23
33/25 34/16
40/10 40/21
46/12 46/13
47/13 47/15
47/24 48/2
50/12 51/6
51/16 53/8
57/5 65/22
66/1 66/22
66/23 96/17
96/18 102/19

**videotape [3]**
93/23 99/24
101/3

**videotaping [1]**
46/20

**view [10]**  9/13
48/3 69/16
95/4 99/23
101/1 109/3
109/16 118/18
122/2

**viewed [1]**
31/19

**viewer [2]**
95/6 95/22

**viewing [3]**
20/14 103/13
104/9

**views [1]**
109/9

**villainize [1]**
59/18

**violate [2]**
69/15 92/23

**violates [1]**
92/22

**violating [3]**
92/4 99/21
105/5

**violation [3]**
88/2 88/4 88/6

**violence [1]**
109/4

**virtue [2]**
31/24 76/25

**visiting [1]**
14/19

**visual [72]**
22/8 22/9

24/16 32/12
32/14 46/4
88/20 88/21
88/24 89/12
89/13 89/16
90/4 90/5 90/8
90/23 90/24
91/2 91/17
91/18 91/21
92/9 92/10
92/12 92/15
92/18 93/6
93/7 93/11
93/14 93/20
93/21 93/22
93/25 94/2
94/4 94/9
94/10 94/11
94/18 94/20
95/9 95/11
95/13 95/19
95/21 95/23
96/4 96/6 96/9
96/13 97/3
97/5 97/14
98/13 99/3
99/18 100/12
100/13 100/14
100/19 100/21
101/1 101/2
101/5 101/9
101/20 103/4
103/5 103/9
103/24 104/6

**voice [2]**
12/10 12/12

**voicemail [1]**
64/1

**voluntarily [3]**
85/4 101/25
103/19

**vote [1]**
109/19

**voter [1]**  60/6

**vs [1]**  1/5

**vulnerability
[2]**  10/12
10/14

**vulnerable [1]**
67/6

---

**W**

**wait [6]**  20/19
21/5 119/3
119/5 119/10
131/2

**waive [1]**
62/21

**wake [1]**  18/15

**walk [2]**  21/23
112/11

**WALKER [5]**
1/19 50/2 50/5
51/8 52/3

**Walker's [2]**
30/9 30/19

**walks [4]**
77/10 77/11
77/16 77/16

**wall [1]**  27/23

**want [16]**  11/3
16/15 18/15
18/18 43/23
43/25 43/25
44/2 56/8
61/16 63/14
65/20 121/18
122/17 124/14
124/20

**wanted [4]**
12/3 19/10
19/12 61/5

**wants [3]**  21/4
59/18 121/25

**warrant [4]**
12/17 23/4
29/25 104/10

**warrants [1]**
16/10

**was [319]**

**wash [1]**  27/16

**washes [1]**
29/16

**wasn't [8]**
20/1 38/22
43/1 54/9
55/11 57/21
60/6 117/22

**watch [7]**  24/8
25/15 34/5
60/3 60/8
63/14 66/23

**watching [1]**
47/13

**waters [1]**
35/22

**way [27]**  10/25
14/13 18/11
19/18 22/4
24/22 26/4
32/18 35/4
40/19 40/24

41/5 43/2 45/7
55/25 56/10
58/7 66/11
67/3 79/24
79/25 80/1
83/1 86/6
104/25 110/3
111/22

**ways [4]**  19/17
21/20 21/23
61/15

**we [144]**

**we'll [14]**  3/9
4/6 5/2 6/8
6/16 13/14
21/15 21/23
32/20 117/12
120/3 124/2
131/21 133/4

**we're [22]**
3/15 3/19 6/17
18/19 22/16
37/16 40/6
48/16 52/17
52/22 53/2
53/3 57/19
61/23 63/9
63/18 66/9
68/5 84/17
113/10 113/19
123/20

**we've [10]**
4/12 42/16
47/18 48/9
50/17 53/3
53/19 54/20
120/14 124/23

**wearing [7]**
25/8 25/9
25/17 35/21
35/21 47/22
65/23

**wears [1]**
65/18

**week [2]**  11/17
41/1

**weekend [5]**
26/18 26/25
28/4 28/5 30/6

**weekends [1]**
63/22

**weeks [4]**
66/21 66/21
66/21 66/25

**weigh [1]**
108/17

**weighing [2]**
80/25 82/3

**weight [9]**
37/5 37/7
69/21 79/12
81/8 81/11
81/18 82/8
109/11

**weird [4]**
23/21 23/21
35/25 46/3

**well [42]**  3/10
5/20 7/9 10/4
13/16 18/14
19/3 20/3 22/9
23/6 24/11
27/2 29/22
38/14 39/21
42/24 42/24
43/7 43/11
43/24 44/1
44/16 47/5
49/14 51/5
52/9 53/10
54/24 56/1
56/17 57/25
60/23 62/1
75/25 80/17
82/5 110/2
113/7 115/18
116/19 118/1
118/2

**well-being [1]**
44/16

**went [13]**  15/8
16/1 20/7
24/22 28/7
36/6 51/8
57/20 60/25
61/14 64/18
64/19 121/7

**were [88]**  7/4
9/5 11/7 13/15
13/15 14/14
14/19 15/5
15/24 17/4
17/5 22/12
25/15 25/19
26/14 27/6
27/7 27/10
29/4 29/4 30/5
30/21 30/22
32/21 32/22
33/2 34/23
35/10 40/10
41/5 42/21

**W**

**were... [57]**
43/16 44/11
44/16 44/24
45/18 48/2
51/6 51/6 51/9
51/22 51/25
52/10 52/11
53/9 60/8
60/10 60/11
63/7 64/21
65/13 66/1
72/1 73/18
76/12 77/8
83/19 83/20
83/23 88/22
89/14 90/6
90/25 91/19
96/18 96/20
102/21 103/24
114/10 115/19
116/9 116/11
116/12 122/19
122/19 123/11
128/16 128/18
128/21 128/24
129/2 129/5
129/8 129/11
129/14 129/17
129/20 129/23
**weren't [3]**
35/14 54/19
60/9
**wet [6]**   77/11
77/12 77/16
77/17 77/22
77/22
**what [101]**   8/4
12/19 14/23
14/23 15/11
18/5 18/10
19/3 19/9 20/4
20/9 21/1 21/3
21/8 22/5 22/7
25/19 27/3
27/4 28/25
29/7 30/10
31/22 32/1
34/1 34/18
35/5 35/8
35/10 36/1
36/15 40/6
41/17 42/19
42/21 42/23
43/2 45/2

45/21 47/3
47/5 47/16
47/18 48/10
48/17 49/8
49/25 50/9
51/2 51/5
51/14 52/10
52/11 53/1
53/17 54/2
54/6 54/7
54/20 56/12
56/15 57/15
57/20 57/22
57/24 58/8
60/8 60/10
60/18 60/22
63/8 63/9
63/16 63/21
64/3 64/24
65/11 67/7
69/4 69/15
72/17 76/23
76/24 76/25
78/18 79/12
80/4 83/18
83/25 83/25
84/2 84/12
85/11 86/14
86/20 87/15
87/23 104/11
111/22 122/10
123/1
**what's [6]**
13/12 13/16
16/6 55/5
111/23 116/10
**whatever [7]**
45/7 56/8
69/23 81/11
82/8 113/18
113/21
**whatsoever [1]**
112/16
**when [99]**   4/20
5/24 7/4 9/6
11/5 12/17
12/18 13/18
13/22 14/11
14/11 14/17
14/19 15/16
15/25 18/6
18/25 18/25
19/2 19/21
20/1 20/2
22/18 24/8
24/11 25/7

25/12 25/13
25/16 25/18
27/10 30/23
34/17 34/21
35/17 36/2
36/21 40/9
42/7 42/13
42/20 44/11
44/12 44/13
45/17 46/10
46/10 46/14
47/7 47/15
47/17 47/17
47/23 48/14
49/20 49/21
51/17 52/25
53/8 54/3 54/8
54/15 55/24
56/1 56/13
57/20 57/20
57/23 60/19
62/8 64/7
64/11 64/19
64/25 65/17
65/25 66/20
66/23 69/12
72/22 75/4
76/24 77/6
78/14 82/6
83/22 85/23
101/25 103/19
111/14 111/18
112/4 113/2
113/22 115/19
116/11 118/13
125/9 132/18
**where [23]**
14/4 14/19
19/7 19/9 21/1
24/13 25/25
29/8 30/24
32/20 32/20
33/17 33/18
35/20 44/14
48/23 52/22
55/6 66/21
76/23 107/18
110/24 118/23
**Whereupon [6]**
3/12 4/25 31/5
32/7 115/13
118/10
**wherever [2]**
116/24 118/20
**whether [43]**
5/9 7/6 10/6

19/7 19/11
34/11 36/19
36/22 37/1
48/11 56/23
70/15 70/18
71/8 73/16
76/21 77/13
78/15 79/5
79/15 80/7
81/1 81/2
81/10 82/6
84/11 85/6
85/14 87/16
94/1 94/24
95/8 95/11
95/12 95/13
95/15 95/17
95/19 95/21
103/14 106/14
108/18 112/22
**which [73]**
11/15 11/20
13/8 13/23
14/3 14/10
14/18 14/25
17/25 21/14
22/16 22/22
29/3 29/14
33/13 33/13
41/21 41/24
42/10 47/9
48/1 49/11
50/6 50/15
50/17 52/2
52/7 55/21
55/24 56/15
57/6 61/2 62/9
63/6 65/12
65/16 65/20
68/25 69/17
72/7 73/11
73/15 73/18
73/23 74/1
74/7 76/6
79/17 80/17
81/22 83/19
84/9 86/23
87/8 87/11
87/19 87/21
96/2 98/6
98/20 99/10
103/6 106/5
106/24 107/7
107/15 108/3
110/11 116/3
119/7 123/3

126/16 130/13
**while [21]**
8/13 13/24
24/15 25/24
44/2 55/19
57/12 57/12
60/5 61/21
62/14 63/6
73/13 78/17
79/1 84/17
94/17 111/25
112/25 113/1
113/12
**who [31]**   7/2
10/9 10/10
10/11 10/18
11/7 11/22
14/7 15/12
19/9 32/16
41/8 45/4
45/22 46/2
54/8 56/9
59/16 66/10
70/9 80/5
81/25 83/8
83/9 84/6 84/7
92/6 92/22
99/22 112/8
126/13
**who's [2]**   11/2
55/4
**Whoever [1]**
105/7
**whole [4]**
18/17 64/4
69/11 83/13
**wholly [4]**
51/25 52/7
58/9 58/9
**whom [1]**   53/20
**why [23]**   8/3
14/16 15/6
26/13 35/14
35/15 35/21
40/6 41/13
43/23 49/3
50/23 54/9
56/7 60/3
60/14 61/19
63/22 64/21
64/25 110/18
119/23 119/25
**wife [1]**   28/15
**will [80]**   3/5
5/13 5/24 6/18
7/11 7/14 7/15

**W**

**will... [73]**
7/16 7/17 7/22
11/25 18/12
18/22 19/11
21/6 27/4
34/20 35/16
41/16 46/13
51/7 53/18
58/21 67/18
67/19 67/20
68/6 70/23
71/12 72/4
73/23 73/24
74/1 75/6
78/18 87/21
92/12 100/12
100/19 109/18
109/20 110/1
110/11 110/24
112/1 112/6
112/7 112/8
112/10 112/11
113/7 113/9
113/16 113/19
113/25 114/18
115/2 115/7
115/8 115/10
119/3 119/7
119/15 119/16
120/18 123/25
124/3 125/9
126/15 128/15
130/15 130/25
131/6 131/14
131/24 132/3
132/15 132/17
132/25 133/3
**willful [2]**
85/20 87/7
**willfully [2]**
85/17 85/17
**willfulness [2]**
86/16 87/2
**willingly [2]**
15/19 15/23
**willingness [2]**
59/2 95/20
**wire [3]**
106/25 107/2
107/4
**wisdom [1]**
69/13
**wish [3]**  6/7
19/3 39/16

**wishes [2]**  3/4
7/6
**wit [1]**  104/25
**withdraw [2]**
38/20 38/21
**withdrawn [1]**
38/23
**Witherspoon [2]**
15/2 54/18
**within [8]**
9/12 13/5 27/7
33/15 45/6
48/8 101/6
101/9
**without [11]**
53/20 56/21
59/1 66/16
69/4 70/3
109/4 117/3
120/3 120/18
120/20
**witness [34]**
34/21 51/8
74/14 76/23
76/24 79/14
79/16 79/17
79/18 79/22
79/23 79/25
80/1 80/2 80/3
80/4 80/7 80/8
80/10 80/12
80/13 80/19
81/5 81/9
81/11 81/14
81/15 81/16
81/17 81/18
81/20 81/21
82/11 82/25
**witness's [8]**
41/6 79/13
79/20 79/21
80/16 80/18
82/4 82/7
**witnesses [10]**
3/9 9/19 55/16
58/18 69/22
71/24 79/12
80/20 83/8
84/6
**witnesses' [1]**
72/9
**witnessing [1]**
80/22
**wolf [1]**  9/3
**won't [1]**
65/10

**Wonder [1]**
20/4
**wondering [1]**
36/3
**wonky [1]**  29/6
**word [5]**  9/21
12/1 38/15
56/1 61/2
**words [8]**
19/19 55/14
61/25 76/24
81/17 86/21
86/25 107/24
**wore [1]**  65/21
**work [4]**  34/8
56/15 113/7
113/22
**worked [3]**
43/17 44/14
44/18
**working [4]**
38/22 41/9
51/12 57/12
**works [2]**  4/4
46/14
**world [1]**  46/5
**worried [1]**
67/6
**worry [3]**  48/6
50/9 61/24
**worst [1]**
36/24
**worth [1]**
20/16
**would [77]**
4/11 4/14
10/17 11/20
12/24 14/10
14/12 15/3
16/19 16/21
19/4 19/5
19/21 19/22
19/25 20/4
20/6 20/9
20/10 20/10
21/8 27/2 28/3
28/4 30/24
33/18 33/24
35/20 38/21
39/25 43/4
43/6 43/8
44/16 45/1
45/9 45/11
46/5 46/6 46/6
46/18 50/13
50/20 51/3

52/7 54/6
54/24 55/1
56/15 57/17
60/1 64/12
66/18 69/15
70/1 70/17
70/24 71/2
73/15 77/17
79/3 85/11
96/9 97/14
97/17 97/18
104/23 105/13
107/18 108/8
108/25 117/14
117/17 122/1
122/2 131/6
131/19
**wouldn't [2]**
16/8 43/23
**write [1]**  62/7
**writing [2]**
52/10 109/25
**written [4]**
12/20 28/2
65/17 131/24
**wrong [10]**
23/19 23/20
27/4 27/5 29/6
29/9 30/13
30/25 44/5
44/7
**wrote [1]**
107/19
**Wyoming [1]**
28/9

**X**

**XS [4]**  13/20
29/23 29/24
92/1

**Y**

**Yale [1]**  10/1
**yeah [5]**  60/15
116/17 116/18
116/19 120/9
**year [11]**
14/10 14/14
25/13 42/7
42/15 43/8
43/22 46/12
47/11 47/11
51/19
**yearbook [1]**
47/9
**years [24]**

11/14 12/24
14/12 15/8
22/25 27/3
36/6 36/8 40/9
41/9 42/16
44/25 45/12
47/7 51/19
52/14 53/13
58/6 62/8 63/2
63/9 66/1
93/12 93/15
**yes [49]**  3/17
3/22 3/24 4/1
4/9 5/17 6/2
6/3 6/13 7/24
10/13 20/13
32/6 38/21
39/4 39/9
39/11 39/18
59/12 68/15
68/17 115/17
121/1 121/3
121/7 121/12
122/14 123/6
123/8 124/12
124/18 126/18
128/17 128/20
128/23 129/1
129/4 129/7
129/10 129/13
129/16 129/19
129/22 129/25
132/9 132/13
132/16
**yesterday [5]**
17/25 18/20
21/7 25/16
30/19
**yet [6]**  26/8
32/5 41/2 44/4
44/16 64/3
**yield [1]**
109/17
**Yo [1]**  64/3
**you [532]**
**you'll [4]**
18/10 21/20
25/17 112/4
**you're [31]**
4/5 8/6 18/25
20/3 20/3
25/25 31/11
31/24 32/5
36/9 51/2
52/21 58/15

**Y**

**you're... [18]**
65/11 66/5
70/3 73/13
77/10 79/11
79/14 82/6
83/3 113/15
113/22 113/22
114/23 114/24
114/25 115/9
130/18 131/2

**you've [17]**
11/10 21/17
22/9 34/4
38/18 47/2
78/6 81/4
81/13 85/15
111/20 112/3
112/3 113/17
114/11 114/11
114/12

**young [3]**
10/22 54/22
59/20

**your [173]**

**yourself [6]**
4/5 15/10
18/25 81/1
109/6 114/12

**yourselves [5]**
37/18 37/19
67/22 67/22
71/5

**Z**

**zoomed [1]**
28/1

181

**JA886**

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND
 2                    NORTHERN DIVISION
   _____
 3                               )
   UNITED STATES OF AMERICA,      )
 4                               )
         Plaintiff,              )
 5                               )Criminal No. 23-cr-0278-JKB
   vs.                           )
 6                               )
   CHRISTOPHER KENJI BENDANN,     )
 7                               )
         Defendant.              )
 8 _____)

 9

10

11          TRANSCRIPT OF PROCEEDINGS – JURY TRIAL DAY 2
             BEFORE THE HONORABLE JAMES K. BREDAR
12                 AUGUST 26, 2024 AT 9:56 a.m.

13

14 APPEARANCES:

15       ON BEHALF OF THE PLAINTIFF:
           COLLEEN E. MCGUINN, ESQUIRE
16         KIM Y. HAGAN, ESQUIRE

17       ON BEHALF OF THE DEFENDANT:
           CHRISTOPHER C. NIETO, ESQUIRE
18         GARY E. PROCTOR, ESQUIRE

19       ALSO PRESENT:
           CALISTA WALKER, SPECIAL AGENT FBI
20         RACHEL CORN, SPECIAL AGENT FBI
           VICTORIA LIU, PARALEGAL
21

22

23

24       (Computer-aided transcription of stenotype notes)

25                     Reported by:
                 Ronda J. Thomas, RMR, CRR
```

```
1                         INDEX

2                    August 26, 2024

3

4    PLAINTIFF'S WITNESSES:                      PAGE:

5    Stacy Halpert
          Direct by Ms. McGuinn                    9
6         Cross by Mr. Nieto                       20

7    Christopher Feiss
          Direct by Ms. Hagan                      24
8         Cross by Mr. Proctor                     31

9    Jack Stuzin
          Direct by Ms. Hagan                      36
10        Cross by Mr. Nieto                       45
          Redirect by Ms. Hagan                    51
11
     Tyler Witherspoon
12        Direct by Ms. Hagan                      53
          Cross by Mr. Proctor                     62
13        Redirect by Ms. Hagan                    67

14   DeAnna Komber-Hoyle
          Direct by Ms. McGuinn                    69
15        Cross by Mr. Proctor                     81

16   Detective Shannon Markel
          Direct by Ms. Hagan                      84
17        Cross by Mr. Nieto                       104

18   Agent Eric J. Oberly
          Direct by Ms. McGuinn                    114
19
     Agent Calista Walker
20        Direct by Ms. McGuinn                    177
          Cross by Mr. Nieto                       234
21        Redirect by Ms. McGuinn                  248

22

23

24

25
```

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA888**

3

1   (9:56 a.m.)

2          THE COURT:  Good morning, be seated, please.

3      Counsel, before the jury comes in, it's my understanding

4   that during the course of today's proceedings the Government

5   expects to present images of a more explicit nature than were

6   presented last week and, accordingly, the special procedures

7   that I directed will be implemented when those exhibits are

8   displayed.

9      To refresh your memories, the way that's going to work is

10  that the deputy clerk will cut off access to the large screen,

11  which displays in the gallery.  My understanding is that

12  Government counsel and their supporting team will close their

13  computers, shut off their images, and so forth, and will make

14  sure that the podium monitor is also black.  And that on the

15  defense side you and your client will move to the other table.

16     You'll maintain the ability to view the images at that

17  position.  And so there's no compromise of the Defendant's

18  ability to see the evidence as it is presented against him.

19     Ms. McGuinn, have I got the procedure -- well, actually, I

20  know I've got it right.

21         MS. MCGUINN:  That is the Government's understanding.

22     (Laughter.)

23         THE COURT:  Do you understand what I'm going to do?

24     (Laughter.)

25         MS. MCGUINN:  That is the Government's understanding

**JA889**

4

1   of your correct procedure, yes, Your Honor.

2            THE COURT:  Thank you.  Mr. Nieto?

3            MR. NIETO:  Yes, Your Honor.  That's our understanding

4   as well.

5            THE COURT:  All right.  So one thought, Mr. Nieto,

6   think this over, and that is, you and your client and your

7   colleague could move to the side table for the day.  And then

8   it would make any transition in the middle of the day less --

9   less apparent, let obvious, whatever.  It wouldn't really be

10  explained to the jury, but, you know, they might sit there and

11  infer, oh, they just wanted to have a better view of jury so

12  they decided to look at the jury all day directly.

13           And then, to me then there's the least likelihood that

14  they would correlate the move to the notion that there's

15  something particularly prejudicial about these images because

16  we're otherwise trying to conceal from the jury that we're

17  taking any special steps.

18           MR. NIETO:  Absolutely, Your Honor.  If I may just

19  confer with Mr. Proctor?

20           THE COURT:  Yeah, yes.

21        (Counsel conferring.)

22           MR. NIETO:  If it pleases the Court.

23           THE COURT:  Counsel.

24           MS. MCGUINN:  I was going to say, just for planning,

25  we expect our third or fourth witness this morning for -- it's

**JA890**

5

1    a short, three to four-second video.  The victim was

2    purportedly 16, which is why we're being sensitive about that.

3    But that is the only one this morning.

4        The vast majority of the morning is going to be police

5    search warrant photos and that sort of thing.  So I just advise

6    that when we get to Agent Walker, maybe afternoon, that's when

7    the vast majority of things come in.

8        So I don't know if counsel would prefer to sit here when

9    Detective Markel, who's a long witness, and others and

10   simply --

11            THE COURT:  Move in the afternoon after the lunch

12   break?

13            MS. MCGUINN:  Right.  Because the first video is

14   really a handful, a couple seconds.  Maybe they can --

15            THE COURT:  Well, can you assure us that's not til

16   after lunch?

17            MS. MCGUINN:  That first one, the handful of seconds,

18   will be before lunch.  But I can assure you that the vast

19   majority of Agent Walker will be after lunch.  There is one

20   witness who was present --

21            THE COURT:  Well, the problem is they're going to want

22   to view that --

23            MS. MCGUINN:  I understand.  I just make that comment

24   in case they don't want to sit there the whole morning for what

25   is essentially a handful of seconds.  I just wanted to make

**JA891**

6

```
1   that --
2           THE COURT:  Your choice.  What do you want to do?
3           MR. NIETO:  Your Honor, I think we'll make the shift
4   over now for the optics of it.  Thank you.
5           THE COURT:  Check your lines of sight to the witness
6   stand.
7        And that monitor is going black, Ms. McGuinn?
8           MS. MCGUINN:  It is, Your Honor.
9           THE COURT:  Okay.  Last thing.  Now, Ms. McGuinn,
10  we're going to do our very best to comply with the procedures
11  that I outlined, but obviously the court and court staff are
12  dependent upon the Government to give us a heads-up --
13          MS. MCGUINN:  Yep.
14          THE COURT:  -- as to when we need to very seamlessly
15  and hopefully sort of undetectably move to the other procedure.
16  So at that moment I would say you would just ask to go on the
17  private channel.
18          MS. MCGUINN:  Yes, sir.
19          THE COURT:  And that's how we'll make sure that we
20  don't have any glitches.
21          MS. MCGUINN:  Yes, Your Honor.  I indicated to
22  Ms. Maldeis I'll just give her a nod when the witness is coming
23  in that she can turn off that TV for this morning.  And then
24  the afternoon will be much easier because it'll be one very
25  large witness and that'll be much easier to manage.
```

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA892**

7

```
 1            THE COURT:  And the entire time it will be shut down?
 2            MS. MCGUINN:  It should be because it's too
 3  intermittent.
 4            THE COURT:  Right.  And your staff, perhaps, will also
 5  be monitoring to make sure that we've got all of those monitors
 6  darkened at the appropriate moment.
 7            MS. MCGUINN:  Yes, yes.  Absolutely, yes.
 8            THE COURT:  Are we otherwise ready for the jury?
 9            MS. MCGUINN:  Yes.
10            THE COURT:  Who's the next witness?
11            MS. MCGUINN:  Ms. Stacy Halpert.
12            THE COURT:  Okay.  We can get her headed in this
13  direction.
14       Anything else from the defense before we bring the jury
15  in?
16            MR. NIETO:  No, Your Honor.  Thank you.
17            THE COURT:  Bring the jury in.
18       Please come forward, ma'am, up here to this witness box
19  and just stand beside it while we wait for the jury to enter
20  the courtroom.  Stand right there.  Thank you, ma'am.
21            THE CLERK:  All rise for the jury.
22       (Jury enters at 10:04 a.m.)
23            THE COURT:  All rise.  Be seated, please.
24       Good morning, ladies and gentlemen.
25       (Jurors - "Good morning.")
```

8

1          THE COURT:  Thank you for arriving at court once again

2    right on time.  Unfortunately, the court wasn't ready to start

3    right on time.  We had a rather catastrophic power failure in

4    the building over the weekend.  They got things sorted out

5    yesterday afternoon and got the power turned back on but in

6    these modern times when you have that sort of power collapse,

7    it affects every computer and every electronic system in the

8    building.  And our terrific staff are still scrambling this

9    morning to get all of our computers and other electronic

10   systems up and operating.

11         We believe that we're at a point now where we're able to

12   go forward and be functional.  It's not going to shock me if we

13   have a computer glitch or two today in light of what happened.

14   But I think we are in good shape.  Although 35 minutes late,

15   for which I apologize, we're now ready to begin.

16         Government, call your next witness.

17         MS. MCGUINN:  Your Honor, the Government would next

18   call Ms. Stacy Halpert.

19         THE COURT:  Ms. Halpert, please raise your right hand

20   and face our clerk.

21         (Witness sworn.)

22         THE CLERK:  Thank you, ma'am.  You may take a seat in

23   the witness box.  Ma'am, for the record, speaking directly into

24   that microphone, can you please state and spell your first and

25   last name.

**JA894**

```
 1              THE WITNESS:  Stacy Halpert.
 2   S-T-A-C-E-Y-H-A-L-P-E-R-T.
 3              THE CLERK:  Thank you.
 4              THE COURT:  Your witness, ma'am.
 5              MS. MCGUINN:  Thank you, Your Honor.
 6                    DIRECT EXAMINATION
 7   BY MS. MCGUINN:
 8   Q.   Good morning, Ms. Halpert.
 9   A.   Good morning.
10   Q.   Ms. Halpert, how old are you?
11   A.   Fifty-seven.
12   Q.   Are you married?
13   A.   Yes.
14   Q.   What is your husband's name?
15   A.   Harry Halpert.
16   Q.   Do you have children?
17   A.   Yes.
18   Q.   Can you tell us their names and ages?
19   A.   Jack is 28, Charlie is 25, and Wallace is 23.
20   Q.   Three boys?
21   A.   Yes.
22   Q.   Okay.  And where did your boys attend school, grade school
23   and middle school, high school?
24   A.   The Gilman School.
25   Q.   And during their school years at Gilman, at what address
```

1  were you living then?

2  **A.**    1501 Malvern Avenue, Towson, Maryland.

3  **Q.**    Thank you.  Did your boys attend Lower, Middle, and Upper

4  School at Gilman?

5  **A.**    Yes.

6  **Q.**    When did each boy graduate from Gilman, if you can tell

7  us?

8  **A.**    So my oldest Jack graduated in 2017, Charlie 2015, and

9  Wallace 2020.

10  **Q.**    Did your boys play sports at Gilman?

11  **A.**    Yes.

12  **Q.**    And what sport did they primarily play?

13  **A.**    They played lacrosse.  They played volleyball and

14  baseball.

15  **Q.**    Starting with your son Jack, did he attend college?

16  **A.**    Yes.

17  **Q.**    Where did he go?

18  **A.**    The University of North Carolina.

19  **Q.**    Did he play sports there?

20  **A.**    Yes, he played lacrosse there.

21  **Q.**    What about your son Charlie?

22  **A.**    He went to the University of Richmond.

23  **Q.**    Did he play lacrosse there?

24  **A.**    No.

25            **THE COURT:**  Let's get our dates straightened out.  You

```
 1  testified that Jack was the oldest and graduated in 2017.
 2  Charlie was next, he graduated in 2015; is that correct?
 3          THE WITNESS:  I mixed those, yeah.  Sorry.  So Jack
 4  was 2015, Charlie 2017.
 5          MS. MCGUINN:  Yes, ma'am.
 6          THE COURT:  Thank you.  You may continue.
 7          MS. MCGUINN:  Thank you.
 8  BY MS. MCGUINN:
 9  Q.   And your youngest son Wallace, where did he attend
10  college?
11  A.   Georgetown.
12  Q.   Did he play sports there?
13  A.   He played lacrosse there.
14  Q.   When your oldest son began middle school, your oldest son
15  Jack began middle school at Gilman, did you come to know a
16  person by the name of Christopher Bendann?
17  A.   Yes.
18  Q.   How did you come to know him?
19  A.   He was a teacher in the school.
20  Q.   Okay.  Do you know if he was actually a teacher for any of
21  your boys in any history classes?
22  A.   He taught Charlie, my middle son, history.
23  Q.   Was he ever an advisor for any of your sons?
24  A.   He was Wallace's advisor.
25  Q.   Okay.  And specifically to Wallace, to your knowledge, did
```

1   Wallace ever socialize with the Defendant Christopher Bendann?
2   By socialize, I mean going outside the Gilman walls and
3   attending movies or dinner, things of that nature?
4   A.    Yes, Chris would take the advisory group to do -- maybe go
5   out to a restaurant for a meal or -- yes.
6   Q.    And do you know the         family?
7   A.    Yes, I do.
8   Q.    How long have you known the          family?
9   A.    I'm not -- I'm not sure how long.  I guess when Wallace
10  and their son went to school together at Gilman in pre-first,
11  yeah.
12  Q.    So if your son is 23 --
13  A.    Yes.
14  Q.    -- fifteen plus years?
15  A.    Yes, yes.
16  Q.    Okay.  And did there come a point in time when you and
17  your husband employed the Defendant Christopher Bendann to
18  babysit or house-sit for you?
19  A.    Yes.
20  Q.    Can you explain how that relationship, that business
21  relationship, I guess it were, how that started?
22  A.    So we were traveling to see our older son play lacrosse,
23  and even before that maybe a business trip, and would need
24  someone to stay at home with the boys.  And I'm guessing I
25  heard that he did this for other families as well, dog sit,

1  house-sat, you know, stayed with boys at their homes or boys

2  and girls, babysit.  And I just knew him from the school and

3  that's how --

4  **Q.**    How that started?

5  **A.**    -- that came about, yeah.

6  **Q.**    Okay.  Did he, in fact, babysit and house-sit for you?

7  **A.**    Yes.

8  **Q.**    And when he would babysit or house-sit, would he stay at

9  your home?  By stay I mean overnight inside your home?

10  **A.**    Yes.

11  **Q.**    And would he be in charge of your children?

12  **A.**    Yes.

13  **Q.**    Can you describe the level of trust that you had in

14  Christopher Bendann in terms of staying in your home and

15  babysitting your children?

16  **A.**    Yeah, I had great trust in him.  Yes, very much.

17  **Q.**    How did you communicate with him in terms of arranging

18  dates and times when you might need him to be in your home?

19  **A.**    Either email or texting and then mostly texting it became,

20  yeah, mostly texting.

21  **Q.**    Would you compensate him for his time to babysit your kids

22  and house-sit?

23  **A.**    Yes.

24  **Q.**    How would you pay him?

25  **A.**    I paid him cash.

1  Q.   Specifically when Wallace was the only bird in your nest
2  as it were, did you have the Defendant come and house-sit or
3  babysit your son Wallace?
4  A.   Yes.
5  Q.   What sports did Wallace specifically play in high school?
6  A.   He played volleyball, and he played lacrosse.
7  Q.   For those who may not know, what season is volleyball?
8  A.   Volleyball is in the fall.
9  Q.   What about lacrosse?
10 A.   Is in the spring.
11 Q.   Okay.  Government's Exhibit 26.
12      Ma'am, do you recognize this to be an accurate
13 February 2018 calendar?
14 A.   Yes.
15 Q.   If we can bring up Government's 27.
16      I'm showing you Government's 27, do you recognize this?
17 A.   Yes.
18 Q.   And what is this?
19 A.   That's a text with me communicating with Chris about
20 staying with the boys.
21 Q.   And this is in February of 2018?
22 A.   Yes.
23 Q.   If you can take a minute and orient yourself, are you the
24 blue bubbles or the gray bubbles?
25 A.   I am the blue bubbles.

```
 1   Q.    If we could go to Page 2.  Okay.
 2         Specifically as to February 12th, what did you communicate
 3   to the Defendant, Mr. Bendann?
 4   A.    Yes, I was thanking him for staying at our house the
 5   weekend, that weekend.
 6   Q.    Okay.
 7   A.    And then confirming that he was, you know, set to come the
 8   following weekend.
 9   Q.    If we could go back to Government's 26, that February
10   calendar.
11         So you sent that text on February 12th.  Based on that
12   text, do you understand he stayed at your house the weekend of
13   February 9th, 10th, 11th?
14   A.    Correct.
15   Q.    Do you know where you went on that weekend in February of
16   2018?
17   A.    To Chapel Hill, North Carolina.
18   Q.    To see your son play?
19   A.    Yes.
20   Q.    Who went with you?
21   A.    My husband Harry.
22   Q.    And if this was 2018, was your son, Charlie, also at
23   Richmond at that point in school?
24   A.    Yes.
25   Q.    So Wallace was the only one home?
```

```
 1  A.   Correct.
 2  Q.   When Wallace would be home alone with the Defendant
 3  babysitting, was he allowed to have friends over?
 4  A.   Yes.
 5  Q.   Was that done with your permission?
 6  A.   Yes.
 7  Q.   Did you communicate or did the Defendant somehow know it
 8  was okay for Wallace to have friends over?
 9  A.   Yes.
10  Q.   If we can go to Government's 28, please.
11       Ma'am, do you recognize this as an August of 2018
12  calendar?
13  A.   Yes.
14  Q.   And if we can go to Government's 29.
15       Ma'am, do you recognize this text, the beginning of which
16  starts on July 24th of 2018?
17  A.   Yes.
18  Q.   And can you, again, just take a second to orient yourself,
19  which color bubbles are you and which color bubbles is the
20  person you're communicating with?
21  A.   Okay, yes.  I am the blue bubbles.
22  Q.   Who are these text messages between?
23  A.   Me and Chris Bendann.
24  Q.   And if we could go to the next part of that text message,
25  please.
```

349 of 573

1      Towards the bottom there, August 24th of 2018, you're

2  writing, "Good morning, I am already in Virginia."

3      Do you recall traveling to Virginia that weekend?

4  **A.**   Yes, I do.

5  **Q.**   And if you can just -- what's in Virginia and why were you

6  there?

7  **A.**   So I was in Water View, Virginia which is on the

8  Rappahannock River where my cousin and her husband have a

9  vacation home.

10 **Q.**   So it says, "Good morning, I am already in Virginia and

11 Harry will be leaving in the morning, Wallace, and Saturday the

12 25th if that works," and his response was, "Perfect yes"?

13 **A.**   Yes.

14 **Q.**   Or, "Great, thanks."  Sorry, I read the wrong gray bubble.

15 I apologize.

16 **A.**   Yes.

17 **Q.**   And Wallace had volleyball that day?

18 **A.**   Yes.

19 **Q.**   Okay.  Can we go back to that August 2018 calendar,

20 Government's 28, please.

21     So the 24th is that Friday, 25th, 26th, is that what you

22 recall being in Virginia that weekend?

23 **A.**   Yes.

24 **Q.**   And which of your children was home?

25 **A.**   Wallace.

1  **Q.**   You can clear that.  Thank you so much.

2         Can you describe your home as it existed on Malvern Avenue

3  in 2018?

4  **A.**   So it's a ground level, a basement rec-room level, and

5  then a second-floor level with bedrooms, and a third-floor

6  level with bedrooms.

7  **Q.**   So it's a single-family home?

8  **A.**   Yes.

9  **Q.**   And on that top floor, whose bedrooms were on the top

10 floor?

11 **A.**   The top floor was Wallace and Jack.

12 **Q.**   What about that -- under that third floor, the

13 second-floor bedrooms?

14 **A.**   Is my bedroom and Charlie's bedroom.

15 **Q.**   Do you have any other bedrooms available on that second

16 floor, like a guestroom?

17 **A.**   Yeah, there's one guestroom on that second floor as well.

18 **Q.**   What about any bathrooms on the top level or that second

19 level?

20 **A.**   So the third floor, the top level, has one bathroom; the

21 second level has a hall -- had a hall bathroom and a bathroom

22 in the master bedroom.

23 **Q.**   Okay.  When the Defendant would sleep over when he was

24 babysitting, what room would he primarily be sleeping in?

25 **A.**   In my -- in my room.

**JA904**

```
 1  Q.   In your room, okay.  If we could bring up Government's
 2  30A.
 3       Ms. Halpert, do you recognize this?
 4  A.   Yes.
 5  Q.   What is that?
 6  A.   That's the second floor hall bathroom in my house.
 7  Q.   Whose bedroom is that closest to?
 8  A.   Charlie's bedroom.
 9  Q.   If we can go to 30B.  What about this?
10  A.   That's the same bathroom.
11  Q.   Directing your attention to the kind of framed photo
12  that's above a towel rack, do you know what that is?
13  A.   Yeah, that's a photograph of my family's grocery store
14  business that my grandfather started in Roanoke, Virginia.
15  Q.   Government's 30C.  Do you recognize this?
16  A.   Yes.
17  Q.   What is this?
18  A.   That's the shower in that same bathroom.
19  Q.   Government's 30D.  Do you recognize this area?
20  A.   Yes.  That is in -- taken from inside Charlie's bedroom,
21  and I can see across the hallway that same bathroom.
22  Q.   Looking kind of beyond that one leg, you're able to see
23  that tiling?
24  A.   Yes --
25  Q.   Is that that exact same bathroom?
```

JA905

```
 1  A.   -- yes.
 2  Q.   -- kind of with a framed picture and everything?
 3  A.   Yes.
 4  Q.   And that gray hardwood floor, that's Charlie's room?
 5  A.   Yes.
 6  Q.   30E.  What is this?
 7  A.   The same bathroom.
 8  Q.   Do you recall when law enforcement came and actually took
 9  photos of your bathroom?
10  A.   Yes.
11  Q.   What about 30F.  Same?
12  A.   Yes, same bathroom.
13          MS. MCGUINN:  Your Honor, Court's indulgence one
14  moment, please.
15          THE COURT:  Yes.
16          MS. MCGUINN:  Your Honor, I have no other questions
17  for Ms. Halpert.
18          THE COURT:  Cross-examination.
19          MR. NIETO:  Thank you, Your Honor.
20                      CROSS-EXAMINATION
21  BY MR. NIETO:
22  Q.   Good morning, Ms. Halpert.
23  A.   Good morning.
24  Q.   All right.  So, ma'am, you entrusted Mr. Bendann to not
25  only take care of your house while you're away but also tend to
```

1  your children?

2  A.    Yes.

3  Q.    And you hadn't had any problems with him throughout the

4  time that you had him under your employ, did you?

5  A.    No.

6  Q.    All right.  Now, you provided text messages to the

7  Government in relationship to the weekend of August 26, 2018.

8  Do you remember that, ma'am?

9  A.    Yes.

10 Q.    I think we had actually looked at those just a few moments

11 ago?

12 A.    Yes.

13 Q.    And of course that wasn't the only time that Mr. Bendann

14 housesat at your house, was it?

15 A.    Correct.

16 Q.    In fact, I think you had said that your son, Jack, was at

17 the University of North Carolina?

18 A.    Yes.

19 Q.    And he graduated in 2019, correct?

20 A.    Yes.

21 Q.    So that spring session of 2019, that was his senior year

22 of lacrosse?

23 A.    Correct.

24 Q.    And so you made obviously every effort you could, I'm

25 sure, to attend those matches --

```
 1   A.   Yes.
 2   Q.   -- when you could?
 3   A.   Yes.
 4   Q.   So the spring of 2019, is it safe to say that you and your
 5   family took trips to North Carolina pretty regularly?
 6   A.   Yes.
 7   Q.   But on the weekend of August 28 of 2018, your son,
 8   Wallace, was staying home that weekend, correct?
 9   A.   Yes.
10   Q.   And people were coming over that weekend, if you remember?
11   A.   I don't remember specifically.
12   Q.   All right.  But it wouldn't be unusual?
13   A.   No, no, no.
14   Q.   And of course the house not being empty, that wasn't
15   surprising?
16   A.   No.
17   Q.   And, additionally, as well as you can recall, ma'am, in
18   February of 2019, specifically February 9th of 2019,
19   Mr. Bendann housesat for your family on that weekend as well,
20   right?
21   A.   2018 or 2019?
22   Q.   2019, ma'am?
23   A.   I would have to look to be sure, but . . .
24   Q.   But that doesn't sound out of place?
25   A.   No, no.
```

1           **MR. NIETO:**  Thank you so much.  Nothing further, Your
2   Honor.
3           **THE COURT:**  Redirect?
4           **MS. MCGUINN:**  None, Your Honor.  Thank you.
5           **THE COURT:**  May the witness be excused, Ms. McGuinn?
6           **MS. MCGUINN:**  Yes, Your Honor.  Thank you.
7           **THE COURT:**  Mr. Nieto?
8           **MR. NIETO:**  Yes, Your Honor.
9           **THE COURT:**  Ma'am, you are excused and you may depart.
10      Next witness.
11          **MS. HAGAN:**  Next witness, Your Honor, is Christopher
12  Feiss.
13          **THE COURT:**  Christopher Feiss.  Please come forward,
14  sir, all the way up here to the witness box just to my left.
15  Once you arrive there, stop, turn to your left, face our clerk,
16  raise your right hand.
17          **THE CLERK:**  Sir, please raise your right hand.
18      (Witness sworn.)
19          **THE CLERK:**  Thank you, sir.  You may take a seat in
20  the witness box.  And for the record, sir, speaking directly
21  into that microphone, can you please state and spell your first
22  and last name.
23          **THE WITNESS:**  Christopher Feiss,
24  C-H-R-I-S-T-O-P-H-E-R.  Feiss, F-E-I-S-S.
25          **THE COURT:**  Your witness, ma'am.

```
 1                    DIRECT EXAMINATION
 2   BY MS. HAGAN:
 3   Q.   Good morning, Mr. Feiss.
 4   A.   Good morning.
 5   Q.   Mr. Feiss, how old are you, sir?
 6   A.   Sixty-two.
 7   Q.   Do you currently reside in Maryland?
 8   A.   I do.
 9   Q.   How long have you lived in Maryland?
10   A.   That's an interesting question.  Fifty-nine of those 62
11   years.
12   Q.   I'm going to direct your attention specifically to
13   December of 2018.  Where were you residing at the time?
14   A.   7318 Brightside Road.
15           THE COURT:  7318.
16           THE WITNESS:  Brightside Road.
17           THE COURT:  Thank you.  Next question.
18   BY MS. HAGAN:
19   Q.   What town is that located?
20   A.   Towson area.
21   Q.   And with whom did you live at that address?
22   A.   My wife.
23   Q.   And what is your wife's name?
24   A.   Hadley.  H-A-D-L-E-Y.
25   Q.   Do you have children?
```

**JA910**

Direct of Feiss by Hagan                                25

```
 1  A.   We do, three.
 2  Q.   Were they living with you at that address at the time?
 3  A.   My son was, yes.
 4  Q.   And what is your son's name?
 5  A.   Carter.  C-A-R-T-E-R.
 6  Q.   Where did your son attend school?
 7  A.   He attended Gilman until eighth grade and Friends School
 8  from eighth grade on.
 9  Q.   What grade would Carter have been in in December of 2018?
10  A.   Senior.
11  Q.   So he would have been a senior at the Friends School?
12  A.   Correct.
13  Q.   Do you know an individual named Christopher Bendann?
14  A.   I do.
15  Q.   And how do you know Mr. Bendann?
16  A.   He housesat for us several times.
17  Q.   And do you recall how you met Mr. Bendann?
18  A.   I don't.  It was through friends and references.
19  Q.   Okay.  At some points you hired Mr. Bendann to house-sit
20  for your residence?
21  A.   We did.
22  Q.   And was it the residence on Brightside Road that you
23  mentioned previously?
24  A.   It was.
25  Q.   And between you or your wife, do you recall who would
```

**JA911**

1  arrange the housesitting with Mr. Bendann for certain dates?

2  A.    Mostly my wife.

3  Q.    And to the best of your recollection, what year would you

4  estimate that your family began using Mr. Bendann to house-sit?

5  A.    It was two periods.  One commenced in approximately 2012.

6  So 2012, '13, '14.

7  Q.    Okay.

8  A.    And then a pause, we had other folks helping us with the

9  house.  And then again sort of 2017 onward.

10 Q.    When you needed Mr. Bendann to house-sit at your

11 residence, was he expected to stay overnight?

12 A.    He stayed overnight for the most part.  There were times

13 when he did not.

14 Q.    And the times when he would not spend the night, was he

15 just checking in on the house?

16 A.    He was.  Frequently watching our dogs, sometimes staying

17 at someone else's house at the same time.  We understand

18 sometimes going back to his house.

19 Q.    And when he was housesitting for you, were there times

20 when he was also babysitting or was it strictly housesitting?

21 A.    There are two times when it overlapped with my son.  One

22 time in middle school and one time briefly in upper school.

23 Q.    And if you know the times when Mr. Bendann stayed at your

24 house, whether to house-sit or babysit, where did he sleep?

25 A.    Don't know that.  I don't think it was in my bedroom in

```
 1  the master.  I do think it was in my son's bedroom.
 2  Q.    Describe your house on Brightside Road, was it a
 3  single-family home?
 4  A.    Single family, three stories.
 5  Q.    How many bedrooms?
 6  A.    Four.
 7  Q.    Do you recall how many bathrooms?
 8  A.    Four.
 9  Q.    Do you recall the year that your family purchased the home
10  on Brightside?
11  A.    2010.
12  Q.    When it was purchased, did you do any remodeling of that
13  home?
14  A.    We did.
15  Q.    And what year did you do the remodeling?
16  A.    2010 we did one phase of remodeling and then subsequent to
17  that we did another phase.
18  Q.    All in 2010?
19  A.    In 2010 we did one phase.
20  Q.    Okay.
21  A.    And then somewhat later we did a second phase.
22  Q.    What rooms did you remodel?
23  A.    Third floor bathroom, two second-floor bathrooms, third
24  floor bedroom, three second-floor bedrooms.
25  Q.    Were you involved in the selection of designs for the
```

```
 1  remodeling?
 2  A.    Involved is a good word.  I was involved.  My wife led the
 3  charge with the designer.
 4  Q.    But did you have an opportunity to see or approve of --
 5  A.    I was kind of on the committee that got to vote last.
 6  Q.    Okay.  Mr. Feiss, I'm going to direct your attention to
 7  the week of Christmas in December of 2018.  Did your family
 8  take a trip out of town that week?
 9  A.    We did.
10  Q.    And where did your family go?
11  A.    Wyoming.
12  Q.    I'm going to show you Government's Exhibit 18.  I'm going
13  to ask you to take a look at Government's Exhibit 18.
14        Do you recall what date your family left for this trip?
15  A.    26th.
16  Q.    December 26th?
17  A.    Of December, yep.
18  Q.    And then I'm going to go to Page 2 of this exhibit.
19        And do you recall the date that your family returned from
20  this trip?
21  A.    The 2nd.
22  Q.    And was there any family member that stayed behind, or did
23  everyone go on this trip?
24  A.    My family was on this trip with me.
25  Q.    Did anybody house-sit at your Brightside residence?
```

```
 1   A.    Bendann.
 2   Q.    And do you recall whether it was for the duration of this
 3   trip?
 4   A.    Yes.
 5   Q.    And was he compensated?
 6   A.    Yes.
 7   Q.    Do you recall how he was compensated?
 8   A.    Venmo.
 9   Q.    I'm going to show you Government's Exhibit 20, and I'm
10   going to direct your attention to entry January 2nd, 2019.
11        Does that appear to be the amounts that was Venmo'd to
12   Mr. Bendann for housesitting this weekend?
13   A.    It does.
14   Q.    Would it have been your Venmo account that was used to pay
15   Mr. Bendann?
16   A.    Hadley's.
17   Q.    Do you know whether or not her account was in the last
18   name of Feiss or her maiden name?
19   A.    I don't.  Good question.  She uses both.
20   Q.    What is her maiden name?
21   A.    Hubbard.  H-U-B-B-A-R-D.
22   Q.    Mr. Feiss, I'm going to now show you Government's
23   Exhibit 19A.
24        Do you recall what is depicted in this photo?
25   A.    That's the shower in our bedroom.
```

1  **Q.**   Would that be considered the master bathroom shower?

2  **A.**   Yes.

3  **Q.**   How is it that you recognize it?

4  **A.**   I've been in that shower off and on over 15 years.

5  **Q.**   And was that shower or that bathroom part of the

6  remodeling?

7  **A.**   It was.  It's a pretty specific tile type that's in the

8  top right corner there.

9  **Q.**   Directing your attention to June of 2023, Mr. Feiss, did

10  you permit FBI agents to take certain pictures of the inside of

11  the residence at Brightside Road?

12  **A.**   We did.

13  **Q.**   And I'm going to show you Government's Exhibit 19C.

14      What is depicted in Government's Exhibit 19C?

15  **A.**   Same.

16  **Q.**   Is that the same --

17  **A.**   That's the same shower and the same bathroom.

18  **Q.**   That was depicted in the previous Exhibit 19A?

19  **A.**   Correct.

20  **Q.**   Okay.  I'm now going to show you Government's Exhibit 19B.

21      Do you recognize what is depicted in 19B?

22  **A.**   I do.

23  **Q.**   What is that?

24  **A.**   That's the same shower.  That's the tile work I referred

25  to.

```
 1   Q.   Okay.  Now showing you Exhibit 19(d).

 2   A.   Same.

 3   Q.   Same shower and bathroom?

 4   A.   Same shower, same bathroom.

 5   Q.   And how is it that you recognize 19D?

 6   A.   Those tiles are called subway tiles.  Again, I've been in

 7   that shower off and on for almost 15 years.

 8            MS. HAGAN:  Court's indulgence.

 9        Nothing further for Mr. Feiss, Your Honor.

10            THE COURT:  Cross-examination, Mr. Proctor.

11            PROSPECTIVE JUROR:  Thank you, sir.

12                        CROSS-EXAMINATION

13   BY MR. PROCTOR:

14   Q.   Good morning, sir.

15   A.   Good morning.

16   Q.   I just have a few questions for you.

17        You know                         , right?

18   A.   I do.

19   Q.   Friends with them?

20   A.   Yes.

21   Q.   Social acquaintances?

22   A.   Yes.

23   Q.   Probably known them a long time, fair to say?

24   A.   Fair to say.

25   Q.   And you know their children?
```

```
 1   A.    Yeah.
 2   Q.    And one of the children, I'll call him      , you've met
 3   him?
 4   A.    I've met their son.
 5   Q.    Okay.  Do you know his date of birth?
 6   A.    I do not.
 7   Q.    If I said March 2001, would you have any reason to quarrel
 8   with that?
 9   A.    I do not.
10         MR. PROCTOR:  Your Honor, I've just got to set up the
11   ELMO.  Give me a second.
12         THE COURT:  Yep.
13   BY MR. PROCTOR:
14   Q.    I'm showing you what's already in evidence as the Venmo
15   receipts.  Do you recognize that?
16   A.    I do.
17   Q.    And that's -- is that your handwriting or your wife's?
18   A.    That's my writing.
19   Q.    And it lists the date in which you paid Mr. Bendann; is
20   that correct?
21   A.    Yes.
22   Q.    And the amount?
23   A.    Also correct.
24   Q.    Okay.  So I'm now putting up what's Defendant's Exhibit 4.
25   Let me just check that the Government has had a chance to look
```

1  at it.

2       Do you see that on your screen, sir?

3  A.   I do.

4  Q.   And does that appear to be the same -- I'm happy to

5  switcharoosy, I promise I'm not --

6  A.   You'd have to put them side-by-side.

7  Q.   Yeah.  I can do that.  It's a good point.

8       So, for example, let's pick one.  The 10th, 1/9/20, $330.

9  Then if I go over here 1/9/20, $330.  Do you see that?

10 A.   Yep.

11 Q.   So going back to my little spreadsheet I wrote.  Prior to

12 March 2019, would you agree with me that you paid via Venmo

13 Mr. Bendann $1,400?  The sum of these four numbers is $1,400.

14 A.   I see that.

15 Q.   Do you have any reason to fault my math?

16 A.   I don't.  I don't know if you -- I literally don't know if

17 you included all of the ones that we included.

18 Q.   Okay.  So -- and by the way, did you pay Mr. Bendann by

19 the day?  How did that work?

20 A.   Yeah, it was a per day price.

21 Q.   Okay.  And did the price, did it fluctuate, or was it kind

22 of always more or less the same?

23 A.   The same so far as I know.

24 Q.   Okay.  So, again, I'm not asking you to pull out a

25 calculator and calculate it but assuming this is correct, prior

1  to       's 18th birthday you paid Mr. Bendann $1,400.  Would you
2  agree with that?
3  A.   No, because we also paid by check in previous years.
4  Q.   Do you have copies of any of those checks?
5  A.   Yeah, we can get them.
6  Q.   Well, let me ask a different question.  Once you started
7  paying him by Venmo, was that the way going forward?
8  A.   So far as I know.
9  Q.   So you might have paid in 2017 or 2016 by a check?
10 A.   Correct.
11 Q.   But September 2018 on, it was always Venmo, right?
12 A.   So far as I know, yes.
13 Q.   And after      's 18th birthday, you paid him $8,287,
14 right?
15 A.   Okay.
16 Q.   Some of these dates, for example, let's pick July 3rd,
17 2022 and July 9, 2021.  Typically, whether you're in school or
18 university, you're out for the summer, right?
19 A.   I don't -- I have no idea what you're talking about?
20       THE COURT:  Rephrase your question.
21       MR. PROCTOR:  I get that a lot.
22 BY MR. PROCTOR:
23 Q.   Your children in early July of any given summer, when they
24 were in school or college, they were home, right?
25 A.   Often not.  Sometimes working.  Sometimes away.  Sometimes

1    travel.

2    **Q.**   Okay.  But they weren't in class?

3    **A.**   They were not in class.

4    **Q.**   Could I have a second, please, judge?

5         **THE COURT:**  Yeah.

6         **MR. PROCTOR:**  That's all I have.  Thank you.

7         **THE COURT:**  Redirect?

8         **MS. HAGAN:**  No redirect, Your Honor.

9         **THE COURT:**  May the witness be excused, Ms. Hagan?

10        **MS. HAGAN:**  Yes, Your Honor.

11        **THE COURT:**  Mr. Proctor, may the witness be excused?

12        **MR. PROCTOR:**  Oh, yes, sir.

13        **THE COURT:**  Sir, you may depart.  Thank you.

14   Next witness.

15        **MS. HAGAN:**  Next witness, Your Honor, is Jack Stuzin.

16        **THE COURT:**  Jack Stuzin.

17   Please come forward, sir, up here to the front of the

18   courtroom.  Right up here to this witness box.  Stop right

19   there.  Turn to your left.  Face our clerk over here.  Raise

20   your right hand.

21   (Witness sworn.)

22        **THE CLERK:**  Thank you, sir.  You may take a seat in

23   the witness box.  For the record, sir, speaking directly into

24   that microphone, can you please state and spell your first and

25   last name.

```
 1              THE WITNESS:  Jack Stuzin.  J-A-C-K.  S-T-U-Z-I-N.
 2              THE CLERK:  Thank you.
 3              THE COURT:  Your witness, ma'am.
 4              MS. HAGAN:  Thank you.
 5                          DIRECT EXAMINATION
 6   BY MS. HAGAN:
 7   Q.   Good morning, Mr. Stuzin.
 8   A.   Good morning.
 9   Q.   Mr. Stuzin, how old are you?
10   A.   22 years old.
11   Q.   Are you currently in school?
12   A.   Yes.
13   Q.   Where do you attend school?
14   A.   I attend Yale University.
15   Q.   What year are you at Yale University?
16   A.   I'm a senior.
17   Q.   Where are you from originally, Mr. Stuzin?
18   A.   Baltimore, Maryland.
19   Q.   Prior to attending Yale, where did you attend school?
20   A.   Gilman School.
21   Q.   What year did you graduate from the Gilman School?
22   A.   2020.
23   Q.   What grade did you begin at the Gilman School?
24   A.   First grade.
25   Q.   While you were attended school at Gilman, did you
```

Direct of Stuzin by Hagan                          37

1  participate in any sports?

2  **A.**   Yes.

3  **Q.**   What sports?

4  **A.**   Soccer and lacrosse.

5  **Q.**   Do you know                  , also known as               ?

6  **A.**   I do.

7  **Q.**   How do you know him?

8  **A.**   He was a close friend of mine.  He is a close friend of

9  mine.

10 **Q.**   How long have you been close friends with            ?

11 **A.**   I'd say since like fifth or sixth grade.

12 **Q.**   Did you both graduate from Gilman in 2020?

13 **A.**   We did.

14 **Q.**   Did you play sports together?

15 **A.**   We did.

16 **Q.**   Do you know Christopher Bendann?

17 **A.**   I do.

18 **Q.**   How do you know Mr. Bendann?

19 **A.**   He was a Gilman teacher, and he frequently babysat me.

20 **Q.**   Do you see Mr. Bendann in the courtroom today?

21 **A.**   I do.

22 **Q.**   Could you point to him and identify an article of clothing

23 that he's wearing?

24 **A.**   Khaki suit.

25       **MS. HAGAN:**  Your Honor, for the record he's identified

**JA923**

```
 1  Mr. Bendann.
 2              THE COURT:  Without objection?
 3              MR. NIETO:  No objection.
 4              THE COURT:  The record will reflect the witness has
 5  identified the Defendant.  You may proceed.
 6  BY MS. HAGAN:
 7  Q.   Did you ever have Mr. Bendann as a teacher?
 8  A.   I don't think so.
 9  Q.   Did you have him as an advisor?
10  A.   No.
11  Q.   How is it that you came to know Mr. Bendann then while a
12  student at Gilman?
13  A.   He was a pretty, like, prominent member I would say in the
14  Gilman community.  And as I said earlier, he babysat me on many
15  occasions.
16  Q.   If you recall, what years did he babysit for your family?
17  A.   I'd say probably between around like 2014 to 2018, 2019.
18  Q.   And what grades would that have covered while you were a
19  student?
20  A.   I believe it's around sixth grade to around tenth or
21  eleventh grade.
22  Q.   Did Mr. Bendann have rapport with your family?  Is that
23  how he started as a babysitter?
24  A.   Yes.
25  Q.   And how often would you say that he babysat for your
```

1  family?
2  A.   It was a handful of times.  Definitely more than 10, but
3  it wasn't necessarily on, like, a consistent schedule.
4  Q.   And where was your family residing at the time when he
5  babysit?
6  A.   Like the address?
7  Q.   You can just give me the town.
8  A.   Roland Park.
9  Q.   Okay.  Did you have social media contact with Mr. Bendann?
10 A.   I did.
11 Q.   And what type of social media contact?
12 A.   Instagram and Snapchat primarily.
13 Q.   And what grade did that start with Mr. Bendann?
14 A.   Ninth grade.
15 Q.   How often did Mr. Bendann message you over Snapchat?
16 A.   Pretty regularly.
17 Q.   Did you participate in streaks with Mr. Bendann on
18 Snapchat?
19 A.   Yes.
20 Q.   Can you briefly explain what that means?
21 A.   Yeah.  I mean, I think just within the software of
22 Snapchat if you consistently message somebody every day then
23 you would have a streak with them.  So if you talked to them
24 for 10 straight days, it would say a streak of 10 days.
25 Q.   And you and Mr. Bendann had streaks on Snapchat?

1  A.   Yes.

2  Q.   What other type of contact outside of the Gilman School

3  did you have with Mr. Bendann, other than social media contact?

4  A.   Well, he babysat me.  We would get lunch, breakfast,

5  dinner together.

6  Q.   And when you went out for breakfast, lunch or dinner,

7  would it just be you and Mr. Bendann?

8  A.   It varied.  Sometimes just me, sometimes other friends

9  were there.

10  Q.   How about              , was he there at these meals as

11  well?

12  A.   He was.

13  Q.   Were you ever at house parties where Mr. Bendann was

14  present?

15  A.   Yes.

16  Q.   Where did these house parties occur?

17  A.   I can remember a few at my house.  I can remember many

18  more at the Halperts' house.

19  Q.   Was there a student by the last name of Halpert that you

20  were friends with?

21  A.   Yes.

22  Q.   Who was that?

23  A.   Wallace Halpert.

24  Q.   And Mr. Bendann was present at these house parties?

25  A.   He was.

```
1   Q.    Any other adults present at the house parties?
2   A.    No.
3   Q.    How is it that Mr. Bendann was at these house parties with
4   you and your friends?
5   A.    He was babysitting the Halperts or whoever the house we
6   were at the time.
7            MS. HAGAN:  Your Honor, at this time the Government
8   requests to publish Government's Exhibit 162.  Court's
9   indulgence.
10           THE COURT:  Private channel.
11       (Whereupon, the following conference was held at the
12  bench:)
13           THE COURT:  Okay.  Is this the exhibit we need to
14  obscure from the public?
15           MS. MCGUINN:  Yes, Your Honor, it is.  I believe all
16  of the precautions have been taken.
17           THE COURT:  Okay.  Are we ready?  You may proceed.
18       (Whereupon, the bench conference was concluded.)
19           THE COURT:  What's the exhibit number?
20           MS. HAGAN:  162.
21           THE COURT:  Thank you.
22       (Video playing.)
23  BY MS. HAGAN:
24  Q.    Mr. Stuzin, did you recognize Government's Exhibit 162?
25  A.    Yes.
```

```
1   Q.   First let me ask you, do you recognize where that took
2   place?
3   A.   Yes.
4   Q.   Where?
5   A.   My house at 206 Ridgewood Road in Baltimore, Roland Park.
6   Q.   Are you in that video?
7   A.   I am.
8   Q.   And which person are you in that video?
9   A.   I'm the one by the door wearing a football jersey.
10  Q.   What year or grade do you recall this video being taken?
11  A.   I don't remember.
12  Q.   Did you recognize the person running in the video?
13  A.   I did.
14  Q.   Who was that?
15  A.   That was                    .
16  Q.   Who recorded that video?
17  A.   Presumably Chris Bendann.
18  Q.   Do you know who recorded the video?
19  A.   No, but I can hear the voice behind the phone.
20  Q.   Is it a voice that you recognize?
21  A.   Yes.
22  Q.   Who do you recognize the voice as?
23  A.   Chris Bendann.
24  Q.   Do you recall whether or not Mr. Bendann had a nickname
25  for                    ?
```

**JA928**

```
 1    A.    He did.

 2    Q.    What was it?

 3    A.    Pup.

 4    Q.    And did you hear Mr. Bendann use that nickname in

 5    Government's Exhibit 162?

 6    A.    Yes.

 7    Q.    Did you ever participate in a naked run while a student at

 8    Gilman, Mr. Stuzin?

 9    A.    On one occasion.

10    Q.    On that occasion, what grade were you in?

11    A.    Eighth or ninth grade.

12    Q.    And where did this naked run occur?

13    A.    At Meadowood Regional Park.

14    Q.    And what town is that located?

15    A.    Timonium.

16    Q.    Do you recall what time of day it was?

17    A.    It was a night, probably after 9:00.

18    Q.    And who else ran with you?

19    A.    I think that it was Tyler Witherspoon.  Potentially Will

20    Godine.  That's all that I remember.

21    Q.    Was                   present?

22    A.    I think so.

23    Q.    How did you get to the Meadowood Regional Park?

24    A.    Chris Bendann drove us.

25    Q.    Do you know why you were driven to Meadowood Regional Park
```

**JA929**

Direct of Stuzin by Hagan                     44

1  to do a naked run?

2  **A.**   It had kind of been a thing that people did before.

3  Typically you would do it in exchange for something.  In this

4  scenario I think that it was we all wanted to go to McDonald's,

5  so if we had ran he would have taken us to McDonald's.

6  **Q.**   When you say "he," who are you referring to?

7  **A.**   Chris Bendann.

8  **Q.**   I'm going to show you Government's Exhibit 175.

9       Do you recognize Government's Exhibit 175?

10  **A.**   I do.

11  **Q.**   And what is it?

12  **A.**   That's Meadowood Regional Park.

13  **Q.**   Can you, using your finger to touch the screen,

14  Mr. Stuzin, can you mark where Mr. Bendann parked his car when

15  you participated in the naked run?

16  **A.**   Somewhere in this parking lot.

17  **Q.**   What happened after the car was parked?

18  **A.**   We would walk up here, over this path.  And then I

19  remember we went to the left.  I was familiar with the park

20  because I grew up playing soccer there when I was a little kid.

21  And I think we ran around here and then back.

22  **Q.**   At what point did you take your clothes off?

23  **A.**   I think when we got over the bridge and kind of like in

24  the park.

25  **Q.**   Where was Mr. Bendann when you ran?

**JA930**

1  A.    I think he waited somewhere around here (indicating).

2  Q.    And approximately how long were you out running?

3  A.    I'd say anywhere from five to seven minutes.

4  Q.    Do you recall afterwards whether or not you were then

5  driven to McDonald's by Mr. Bendann?

6  A.    I believe we were.

7  Q.    Were there times when Mr. Bendann asked you about

8        's whereabouts?

9  A.    Yes.

10 Q.    Can you explain that?

11 A.    It would seem kind of just a reasonable text of "Have you

12 heard from    ?  Do you know where    is?  He hasn't

13 responded to my text.  He's not responding to my phone calls."

14 Q.    What time period are we talking?  Is this high school?

15 Post high school?

16 A.    Primarily during high school.  There could have been an

17 occasion during maybe my freshman year of college when it

18 was -- we were home for winter break or Thanksgiving break and

19 he hadn't heard from    .

20         MS. HAGAN:  Court's indulgence.  Nothing further for

21 Mr. Stuzin, Your Honor.

22         THE COURT:  Cross-examination?

23                      CROSS-EXAMINATION

24 BY MR. NIETO:

25 Q.    Mr. Stuzin, were you a student of Mr. Bendann's in middle

1  school?

2  **A.**   In middle school?

3  **Q.**   Yes, sir.

4  **A.**   I don't believe so.

5  **Q.**   But he did have a rule about being Snapchat friends only

6  once you got into high school, right?

7  **A.**   Correct.

8  **Q.**   So you were aware when the school, that being the Gilman

9  School, had suspended and then fired Mr. Bendann?

10  **A.**   I was.

11  **Q.**   And as I'm sure anyone can imagine, right, this was a

12  topic of conversation between you and your friends?

13  **A.**   It was.

14  **Q.**   Specifically, all of those from Gilman, the Gilman alumni,

15  right?

16  **A.**   Yes.

17  **Q.**   And so throughout these discussions, right, there were

18  text messages, phone calls, conversations back and forth,

19  right?

20  **A.**   Yes.

21  **Q.**   And, again, everybody just wanted to be helpful, right?

22  **A.**   Yes.

23  **Q.**   Do anything that they could to be helpful specifically to

24  your friend who you believed to be the victim, correct?

25  **A.**   Yes.

1   **Q.**   All right. Now, James Schroeder, he's a friend of yours?

2   **A.**   He is.

3   **Q.**   So he had sort of initiated a group chat, a group text

4   thread amongst a variety of Gilman graduates. Do you know the

5   text about which I'm speaking?

6   **A.**   I do.

7   **Q.**   This was just to sort of like generate some additional

8   energy to tell people, you've got to come forward, right?

9   There's more accusations out there, you have to bring it

10   forward, right?

11   **A.**   Yep.

12   **Q.**   And, in fact, he had said -- you were on this text -- but

13   he had said, we've got to, quote, "We've got to bury this sick

14   fuck." Do you remember that text?

15   **A.**   Yup.

16   **Q.**   Right. Obviously -- are you still at Yale?

17   **A.**   I am.

18   **Q.**   Okay. So you're living in Connecticut?

19   **A.**   Yes.

20   **Q.**   So not being here in Maryland, I'm sure you're staying in

21   contact with those who are in Maryland, right?

22   **A.**   On the occasion.

23   **Q.**   About this case, is that fair?

24   **A.**   Sure.

25   **Q.**   Right. I mean, again, it's a point of interest, right?

1   It's a teacher that you had, that you had known previously,
2   right?  It's one of your friends who's involved?
3   **A.**   Yeah.
4   **Q.**   So everyone has been keeping everybody up-to-date.  Well,
5   I heard this, or I heard that, stories like that.  Is that fair
6   to say?  Yes, sir?
7   **A.**   Yes.
8   **Q.**   And comparing notes about, oh, I heard this story, or
9   actually I heard this?  Texts and communications like that,
10  right?
11  **A.**   Yep.
12  **Q.**   Now, but in addition to these group chats, right, you
13  obviously have, for example, you've been communicating with
14  Mr. Schloeder via text message throughout this ordeal; is that
15  fair?
16  **A.**   On the occasion.
17  **Q.**   On the occasion, right.  And so specifically with regards
18  to this case, you guys have been texting about that, right?
19  **A.**   Yes.
20  **Q.**   And you had been talking about whether or not anyone was
21  going to sue the school, do you remember that?
22  **A.**   I do.
23  **Q.**   And, again, to be sure -- you were like, you had no
24  interest in suing the school, did you?
25  **A.**   Nope.

Cross of Stuzin by Nieto                                    49

1  **Q.** But Mr. Schloeder did, do you remember receiving that

2  text?

3  **A.** I do.

4  **Q.** I think so he said, "I mean, 20 or 30K in hush money would

5  sit pretty." Do you remember him texting you that?

6  **A.** I do.

7  **Q.** And you had actually said, "You could sue the school and

8  get a fuck ton." Do you remember saying that to him?

9  **A.** Sure.

10 **Q.** But you had followed up by saying that you didn't want to

11 do that to Gilman, did you?

12 **A.** Correct.

13 **Q.** Gilman is an important place for you, is it not?

14 **A.** Yeah.

15 **Q.** And Mr. Schloeder feels similarly, right?

16 **A.** He does.

17 **Q.** And, additionally, in sort of the context of the

18 discussions regarding Mr. Bendann, do you remember

19 Mr. Schloeder texting you about making up stories?

20 **A.** I do not.

21 **Q.** Do you remember him in -- again, going back aways. In

22 February of 2023, were you texting with him at that time?

23 **A.** Probably.

24 **Q.** Right. Do you remember him texting saying "We need other

25 people," right?

**JA935**

Cross of Stuzin by Nieto                                50

```
1   A.    Yes.
2   Q.    And you had responded "Yeah."  Do you remember that --
3   A.    Yep.
4   Q.    -- portion of the text?
5         And then Mr. Schloeder said to you that "You may just need
6   to say that you got got."  Do you remember him saying that to
7   you?
8   A.    Vaguely.
9   Q.    Of course that's a strange terminology, but what was your
10  sense as to what he meant by that?
11  A.    That I was implicated in the case in certain ways.
12  Q.    Right.  In fact, he followed up but saying, "Just tell the
13  courts he tied you up like a starfish."  Do you remember
14  Mr. Schloeder texting that to you?
15  A.    I do not actually.
16  Q.    You don't.  All right.  Would looking at something help
17  refresh your recollection, sir?
18  A.    Sure.
19        MR. NIETO:  Court's indulgence.  Your Honor, just for
20  identification purposes this would be marked as Defense Exhibit
21  5.
22        THE COURT:  Defense Exhibit 5 for identification only.
23        You may approach.
24        Take a look at whatever has been handed to you there, sir,
25  and then when you're finished, look up, and Mr. Nieto will
```

**JA936**

1    recover that item from you.

2        Are you finished?

3            **THE WITNESS:**  Yes.

4            **THE COURT:**  You may recover it, Mr. Nieto?

5            **MR. NIETO:**  Sorry.  All right.

6    **BY MR. NIETO:**

7    **Q.**    So do you remember Mr. Schloeder texted you to make up a

8    story to tell the courts about your interactions with

9    Mr. Bendann?

10   **A.**    I do.

11   **Q.**    And you followed up by saying, "They're reading this right

12   now, brother"?

13   **A.**    Yes.

14   **Q.**    Now, prior to testifying here in court you had met with

15   law enforcement and the prosecutors in relation to this

16   investigation.  Do you remember that?

17   **A.**    I did.

18   **Q.**    And you remember telling them that you had participated in

19   multiple naked runs and not just the one or two that you

20   described today?  Do you remember telling them that?

21   **A.**    I don't but . . .

22   **Q.**    You don't.  All right.

23           **MR. NIETO:**  Nothing further, Your Honor.  Thank you.

24           **THE COURT:**  Redirect?

25                      **REDIRECT EXAMINATION**

**JA937**

1  **BY MS. HAGAN:**

2  **Q.**  Mr. Stuzin, do you recall the text message that you were

3  just asked about in which Mr. Schloeder said, "We need other

4  people" to which you responded "Yeah"?

5  **A.**  Yes.

6  **Q.**  Do you recall what you were actually talking about?

7  **A.**  Yes.  I believe it was showing support for our friend and

8  when news broke of Mr. Bendann's termination from the Gilman

9  School we knew that there were many people who were involved

10  with things that he did.  So it was telling people and

11  encouraging people to come forward with those stories and not

12  put it to the wayside.

13  **Q.**  And the texts that you were asked about with respect to,

14  quote, "hush money" or money, were you being serious with

15  Mr. Schloeder?

16  **A.**  No.

17  **Q.**  And did you interpret his text messages as being serious?

18  **A.**  No.

19  **Q.**  Did you make up your story that you've told the jury here

20  today?

21  **A.**  I did not.

22  **Q.**  Is your testimony here today based on your own

23  recollection and experience, or based on what others have told

24  you about their experiences?

25  **A.**  My experience.

1          MS. HAGAN:  Nothing further, Your Honor.

2          THE COURT:  May the witness be excused, ma'am?

3          MS. HAGAN:  Yes, Your Honor.

4          MR. NIETO:  Yes, Your Honor.

5          THE COURT:  Sir, you may be excused.  You may depart.

6     Next witness.

7          MS. HAGAN:  Next witness, Your Honor, is Tyler

8   Witherspoon.

9          THE COURT:  Tyler Witherspoon.  Please come forward,

10  sir, all the way up here.  Walk up to the flag that you see.

11  Stop there and turn to your left.  Face our clerk over here.

12  Raise your right hand.

13         THE CLERK:  Sir, please raise your right hand.

14     (Witness sworn.)

15         THE CLERK:  For the record, sir, can you please state

16  and spell your first and last name.

17         THE WITNESS:  Tyler Witherspoon.  T-Y-L-E-R,

18  W-I-T-H-E-R-S-P-O-O-N.

19         THE CLERK:  Thank you, sir.

20         THE COURT:  Your witness, ma'am.

21         MS. HAGAN:  Thank you.

22                       DIRECT EXAMINATION

23  BY MS. HAGAN:

24  Q.   Good morning, Mr. Witherspoon.

25  A.   Good morning.

```
 1   Q.   How old are you, sir?
 2   A.   Twenty-four.
 3   Q.   And are you currently employed?
 4   A.   Yes.
 5   Q.   Can you tell us what type of work you do?
 6   A.   I work in finance.
 7   Q.   And where did you attend college, Mr. Witherspoon?
 8   A.   Dartmouth College.
 9   Q.   What year did you graduate?
10   A.   2023.
11   Q.   And where are you originally from?
12   A.   Baltimore.
13   Q.   Before going to college at Dartmouth, where did you attend
14   school?
15   A.   Gilman School.
16   Q.   And what grade did you start at Gilman?
17   A.   I started in pre-first.
18   Q.   And did you continue at Gilman through graduation?
19   A.   Yes.
20   Q.   What year did you graduate from Gilman?
21   A.   2019.
22   Q.   What, if any, sports did you play there?
23   A.   I played volleyball, hockey, and lacrosse.
24   Q.   Did you attend Gilman with                    ?
25   A.   Yes.
```

**JA940**

Direct of Witherspoon by Hagan                55

```
 1  Q.   Were you friends with him?
 2  A.   Yes.
 3  Q.   Were you in the same grade?
 4  A.   Yes, until seventh grade.
 5  Q.   And then what happened during seventh grade?
 6  A.   So we finished seventh grade.  He left to go to Calvert
 7  school.  And then when he came back we were going into ninth
 8  grade and he was in eighth grade.
 9  Q.   Did you remain friends with him then through the duration
10  of your time at Gilman?
11  A.   Yes.
12  Q.   Do you know an individual named Christopher Bendann?
13  A.   Yes.
14  Q.   How do you know Mr. Bendann?
15  A.   He was my teacher in sixth grade and eighth grade.
16  Q.   And do you recall what classes he taught?
17  A.   He taught geography in sixth grade and ancient history in
18  eighth grade.
19  Q.   In addition to him being your teacher, was he an advisor
20  at any point in time for you?
21  A.   Not for me, no.
22  Q.   Did you come to know Mr. Bendann outside of the Gilman
23  School?
24  A.   Yes.
25  Q.   How did that start?
```

**JA941**

1  A.    Well, we were pretty close with him in school, and then

2  outside of school he would house-sit for people we knew.  So we

3  would -- started hanging out at those houses.  And then I'd say

4  that started in like eighth grade.  And then we would get

5  dinner with him and then see him a bunch outside of school.

6  Q.    How would you, if you were going to go to dinner with

7  Mr. Bendann, how would you get there?

8  A.    He would drive us.

9  Q.    And when you say "us," who do you recall going out to

10 dinner with you and Mr. Bendann?

11 A.    I mean, there was a bunch of people.  James Schloeder was

12 typically there.

13 Q.    Okay.

14 A.    And       was typically there.

15 Q.    Is that               ?

16 A.    Yes.

17 Q.    Okay.  And when you would go out to dinner with

18 Mr. Bendann, were there any other adults present?

19 A.    No.

20 Q.    And when you would get together at the places where he was

21 housesitting, were there any other adults present other than

22 Mr. Bendann?

23 A.    No.

24 Q.    How about social media, did you have social media contact

25 with Mr. Bendann?

1  A.   Yes.  He wouldn't let us have contact with him until we

2  graduated middle school though.  So after that I did.

3  Q.   And what type of social media contact did you have with

4  Mr. Bendann?

5  A.   Instagram, Snapchat, his phone number.

6  Q.   How often would Mr. Bendann Snapchat with you?

7  A.   Like every day.

8  Q.   And did you have Snapchat streaks with Mr. Bendann?

9  A.   Yes.

10 Q.   What time of day would Mr. Bendann Snapchat you typically?

11 A.   Normally I don't -- like, any time of the day.  I don't

12 think there was like a specific time.

13 Q.   So there were times when he would Snapchat you during the

14 daytime hours?

15 A.   Yes.

16 Q.   How about at night, did you receive Snapchat messages from

17 him at night?

18 A.   Yes.

19 Q.   Was there a difference in the types of messages that you

20 received from Mr. Bendann during the day than the types you

21 would receive from him at night?

22 A.   Yes.

23 Q.   Can you explain that?

24 A.   Occasionally there would be -- I don't remember the exact

25 language, there would be references to like why I have like a

1   shirt on or something like that along those lines.

2   **Q.**   And would you respond to messages like that?

3   **A.**   No.

4   **Q.**   Did you ever participate in a naked run?

5   **A.**   Yes.

6   **Q.**   Approximately how many times?

7   **A.**   I think two.

8   **Q.**   Do you recall what grade you were in when you participated

9   in them?

10  **A.**   No, not specifically.

11  **Q.**   Okay.  Do you recall whether it was high school or middle

12  school?

13  **A.**   Oh, it was high school.

14  **Q.**   And do you recall where you participated in the naked

15  runs?

16  **A.**   Meadowood and St. Paul's.

17  **Q.**   And what is Meadowood?

18  **A.**   It's a park near St. Paul's in, like, Lutherville.

19  **Q.**   What is St. Paul's?

20  **A.**   It's another private school.

21  **Q.**   Is it near Gilman?

22  **A.**   Not really.  It's in, like, Lutherville.

23  **Q.**   Okay.  Do you recall who else was present during the naked

24  runs?

25  **A.**   For the ones I partook in, not completely.  Yeah.  I think

1   James was there.

2   **Q.**   James Schloeder?

3   **A.**   James Schloeder.

4   **Q.**   Okay.

5   **A.**   I think Grant Matthews was there.  But I think other than

6   that I can't completely say for certain.

7   **Q.**   Okay.  How about                , do you recall him being

8   there?

9   **A.**   Not for the ones I partook in, but I'm not sure.

10  **Q.**   Okay.  How did you get there to Meadowood and St. Paul's?

11  **A.**   Mr. Bendann drove us.

12  **Q.**   And whose idea was it to go to each of those locations and

13  run naked?

14  **A.**   It was his.

15  **Q.**   And do you recall, like, specifically how he would bring

16  it up?  Or what he would say?

17  **A.**   Typically, if he had, like, picked us up from somewhere it

18  was kind of like a, I did for you so like this is, like, what

19  you have to do back, I guess.

20  **Q.**   What time of day or night do you recall participating in

21  these naked runs?

22  **A.**   It was at night like -- like at least past 10:00 p.m.

23  definitely.

24  **Q.**   Anyone else around at the two locations when the naked

25  runs were done?

1  A.   No.
2  Q.   Could you see what Mr. Bendann was doing while you were
3  actually running?
4  A.   No.
5  Q.   Was he there while you were running?
6  A.   Yes.
7  Q.   Approximately how long would you be running at those
8  locations?
9  A.   Not that long those times.  It was like maximum, like, 30
10 seconds.
11 Q.   Okay.  Once you got to each of those locations to run, do
12 you recall at what point you and your friends took your clothes
13 off?
14 A.   I think we would just get out of the car and then kind of
15 just like throw your clothes and then run.
16 Q.   And then what happened after the run?
17 A.   He would just drive us to wherever we were supposed to --
18 we were going I guess.
19 Q.   And when you got back to the car, were you permitted to
20 get dressed?
21 A.   Yes.
22 Q.   Do you recall a particular occasion during one of those
23 runs where one of the other friends who was present went to get
24 his clothes on in the car?
25 A.   No.

1  Q.    Okay.  For both of the occasions that you ran, were they
2  both for rides from Mr. Bendann, do you recall?
3  A.    I think so.
4  Q.    And you mentioned that it was typically for a ride home,
5  from where would you and your friends typically need a ride
6  home from?
7  A.    Sometimes, like, a party or something.  Then I think just,
8  like, if we go to dinner or something they would drive us.
9  Q.    And so the ride home from the party, Mr. Bendann would
10 pick you and your friends up from a party?
11 A.    Yes.
12 Q.    And drive each of you home?
13 A.    Yes, or wherever we were staying.
14 Q.    Did you ever hear from Mr. Bendann when he could not get
15 in touch with           ?
16 A.    Yes.
17 Q.    Can you tell us about that?
18 A.    There was multiple occasions where Mr. Bendann would text
19 me and say, like, "Where's     ," or "     isn't answering.
20 Tell him to answer me."  And so I would text     , and he
21 wouldn't answer all the time.  But I basically was, like, kind
22 of the middleman.
23 Q.    Do you recall whether this was in high school or after
24 high school?
25 A.    This was in high school.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA947**

```
1   Q.   Do you recall whether Mr. Bendann had a nickname for
2          ?
3   A.   Yes.
4   Q.   What was it?
5   A.   He would call him      or    .
6            MS. HAGAN:  Court's indulgence.  Your Honor, I have
7   nothing further for Mr. Witherspoon, thank you.
8            THE COURT:  Cross-examination?
9            MR. PROCTOR:  Can I have one second, please, Judge?
10           THE COURT:  Yep.
11      (Counsel conferring.)
12                    CROSS-EXAMINATION
13  BY MR. PROCTOR:
14  Q.   Good morning, sir.
15  A.   Good morning.
16  Q.   So you finished by saying that Mr. Bendann's nickname for
17       was     , right?
18  A.   (No response.)
19  Q.   You need to answer --
20  A.   Yes, sorry.
21  Q.   What nickname did you have for Mr. Bendann?
22  A.   I -- there was a few.
23  Q.   Rice eater spring to mind?
24  A.   Yes.
25  Q.   And that was a comment, it wasn't like every time you went
```

1  out to eat he ordered fried rice, right?  That was a comment on

2  his Asian heritage, wasn't it?

3  A.    Yes.

4  Q.    And, in fact, you were at Gilman for a while, 12 years?

5  A.    Thirteen.

6  Q.    And you played sports?

7  A.    Yes.

8  Q.    What sports did you play?

9  A.    Volleyball, hockey, and lacrosse.

10  Q.    And within Gilman in general, and Gilman sports in

11  particular, it wasn't a place to be openly gay, was it?

12  A.    No.

13  Q.    It wasn't a place where someone would be comfortable

14  sharing that they were in a same-sex relationship, was it?

15          **MS. HAGAN:**  Objection.

16          **THE COURT:**  Private channel.  Ladies and gentlemen, if

17  you want to take a stretch, feel free to stand up and stretch

18  your legs for a second while we have this discussion outside

19  your hearing and then you can resume your seats.

20      (Whereupon, the following conference was held at the

21  bench:)

22          **THE COURT:**  Ms. Hagan.

23          **MS. HAGAN:**  Your Honor, it calls for speculation for

24  Mr. Witherspoon to testify about what someone would think or

25  feel.  Secondly, Your Honor, I don't know if the someone that

 1  counsel is referring to is Mr. Bendann or          .  If he's

 2  referring to          , I think that once again that question

 3  is not permissible in light of the court's ruling regarding the

 4  Rule 412 issue.

 5         THE COURT:  Overruled.

 6     I take the question as being directed in context at the

 7  sexual preference of the Defendant, not the alleged victim, so

 8  accordingly 412 is not applicable.  And, it is a theme that has

 9  been sufficiently established by other evidence and by the

10  direction that the defense has indicated that they're going,

11  and not to mention just their entitlement with respect to this

12  given the number of witnesses affiliated with the Gilman School

13  who are adverse to the Defendant, that there was a

14  collaboration among people affiliated with the school to --

15  against the Defendant.  And I think the defense is entitled to

16  explore the possible motivations for the bias that they are

17  contending existed and that they're going to try to persuade

18  the jury of.  And, the fact that it might be rooted in the

19  Defendant's race or sexual preference.

20     (Whereupon, the bench conference was concluded.)

21         MR. PROCTOR:  While I'm here, can I have one minute to

22  talk with Mr. Nieto?

23         THE COURT:  Yes.

24     (Counsel conferring.)

25         THE COURT:  Overruled.  You may inquire.

```
 1  BY MR. PROCTOR:
 2  Q.   Do you remember the question before we left off?
 3  A.   Something about being comfortable being openly gay, yes.
 4  Q.   Right.  And the question was, that sort of thing didn't
 5  happen at Gilman, did it?
 6  A.   There were openly gay students.
 7  Q.   Did they tend to play sports?
 8  A.   No.
 9  Q.   And you, yourself -- well, are you aware that
10  Mr. Schloeder provided to the Government a series of text
11  messages in which he participated?
12  A.   Yes.
13  Q.   And one of those was with you, wasn't it?
14  A.   There was a group chat, I believe.
15  Q.   Does your phone number end in --
16  A.   7801 --
17         THE COURT:  Private channel.
18       (Whereupon, the following conference was held at the
19  bench:)
20         THE COURT:  Mr. Proctor, the Government didn't object
21  but I'm not happy.  I ruled very specifically on the 412 issue
22  that the context of your earlier question was an inquiry in
23  relation to your client and his sexual preference.  You then
24  very smoothly proceeded on with the questioning and directed
25  the witness to the comfort level of students with respect to
```

1  their sexual preference, elicited from the witness an answer

2  that there were openly gay students at the school. And then

3  your next question was, yeah, but they didn't participate in

4  sports, right? To which the -- with which the witness agreed.

5       The Government didn't object. I would have sustained it

6  in a heartbeat if they had. But I also think that it was your

7  straying into the zone that 412 clearly precluded you from

8  entering, and that is the sexual preference of the victim in

9  this case. The background and testimony here is that he is

10  involved in sports, and I believe that that was your purpose.

11 Don't do it again. Next question.

12       (Whereupon, the bench conference was concluded.)

13            THE COURT:  Next question, Mr. Proctor.

14            MR. PROCTOR:  Thank you.

15 BY MR. PROCTOR:

16 Q.   The naked running that you testified to, do you remember

17 that a few moments ago?

18 A.   Yes.

19 Q.   Was anyone inebriated during these naked runs?

20 A.   Yes.  Yes.

21 Q.   All of the kids?  Some of them?

22 A.   I don't think all of them were on the two times I referred

23 to.

24 Q.   Okay.  And I been to Meadowood at night, it's dark, right?

25 A.   Yes.

1  **Q.**  I been to St. Paul's at night, it's dark too; isn't it?

2  **A.**  Yes.

3  **Q.**  And it was your testimony, was it not, that you didn't

4  even know where Mr. Bendann was standing, did you?

5  **A.**  No.

6  **Q.**  You don't know if he could see or what he could see, do

7  you?

8  **A.**  No.

9          **MR. PROCTOR:**  One more second, please, Judge.

10          **THE COURT:**  Yes.

11      (Counsel conferring.)

12          **MR. PROCTOR:**  Nothing further, thank you.

13          **THE COURT:**  Redirect.

14                      **REDIRECT EXAMINATION**

15  BY MS. HAGAN:

16  **Q.**  Mr. Witherspoon, the nickname that you were asked about

17  with respect to Mr. Bendann, would he use that as well when you

18  went out to eat?

19  **A.**  No.

20  **Q.**  Was that something that was said in his presence?

21  **A.**  Yes.

22  **Q.**  As a joke?

23  **A.**  Yes.

24  **Q.**  So it was something he knew?

25  **A.**  Yes.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

1  **Q.**   And with respect to the runs, would Mr. Bendann stay in

2  his car?

3  **A.**   I don't remember.

4  **Q.**   Okay.  Both times did Mr. Bendann drive you and your

5  friends there for the runs?

6  **A.**   Yes.

7  **Q.**   And you were asked about whether or not you or any of your

8  friends were inebriated, do you recall whether or not any of

9  these runs occurred after being picked up from parties?

10  **A.**   One of them I'm not sure.  I think the other one, yes.

11          **MS. HAGAN:**  Nothing further, Your Honor.

12          **THE COURT:**  May the witness be excused, ma'am?

13          **MS. HAGAN:**  Yes.  I'm sorry, Your Honor.

14          **THE COURT:**  Mr. Proctor, may he be excused?

15          **MR. PROCTOR:**  Yes, Your Honor.

16          **THE COURT:**  Thank you, sir.  You may depart.  Next

17  witness.

18          **MS. MCGUINN:**  Government would next call DeAnna

19  Komber.

20          **THE COURT:**  DeAnna Komber.

21      Please come forward, ma'am.  Walk all the way up to this

22  flagpole, stop there, stop at the flagpole.  Sorry.  There you

23  go.  Turn to your left.  That's right.  Face our clerk right

24  here, and raise your right hand.

25      (Witness sworn.)

1          THE CLERK:  Thank you, ma'am.  You may take a seat in
2    the witness box.  And for the record, ma'am, speaking directing
3    into that microphone, can you please state and spell your first
4    and last name.
5          THE WITNESS:  DeAnna Komber-Hoyle, D-E-A-N-N-A.
6    K-O-M-B-E-R-H-O-Y-L-E.
7          THE COURT:  Spell your last name for me again, ma'am.
8    Komber-Hoyle.
9          THE WITNESS:  K-O-M-B-E-R-H-O-Y-L-E.
10         THE COURT:  Thank you, ma'am.  Your witness.
11                        DIRECT EXAMINATION
12   BY MS. MCGUINN:
13   Q.   Good morning, ma'am.  Ma'am, what is your business
14   address, please?
15   A.   825 Dulaney Valley Road, Towson, Maryland 21204.
16   Q.   And what business is located at that address?
17   A.   Apple.
18   Q.   And you work for Apple?
19   A.   I do, yes.
20   Q.   What is your job title?
21   A.   I'm store manager.
22   Q.   And how long have you worked for Apple?
23   A.   Almost 10 years.
24   Q.   Have you always worked at the store in Towson?
25   A.   I have, yes.

1  **Q.**  Can you tell us a little bit about how one becomes a sales

2  manager at Apple?

3  **A.**  Well, you go through some intense training.  You have to

4  have experience in order to be a manager.  And I oversee, you

5  know, hundreds of people.

6  **Q.**  Okay.  And specifically as to that training, can you walk

7  us through some of the training that you went through and when

8  that was?

9  **A.**  Uh-huh.  I actually, when I started with the company in

10  January of 2015 you go through a couple weeks of intense

11  training learning product, learning how the systems work.  And

12  then I was sent away for another few weeks in Miami to actually

13  do managerial training to understand, you know, proper policies

14  and procedures.

15  **Q.**  Okay.  And what are some of your job responsibilities as a

16  store manager at Apple?

17  **A.**  I oversee the daily operations of the entire store.

18  Taking care of the customers, taking care of the team as well

19  as directly I oversee the Genius Bar and trouble shooting the

20  devices.

21  **Q.**  For those of us who may not be familiar with that term,

22  can you explain what is the Genius Bar in terms of Apple?

23  **A.**  So when a customer has an issue with the device they

24  actually come to the store and we actually, you know, do

25  diagnostics on the devices and actually, you know, try to find

1   out what's going on with it in order for them to leave with a

2   better device.

3   **Q.**   So you handle queries from customers regarding their Apple

4   devices?

5   **A.**   Yes.

6   **Q.**   Are some of those devices such as an iWatch or an Apple

7   watch?

8   **A.**   The Apple watch, yes.

9   **Q.**   Yes, ma'am.  And Apple phone?

10  **A.**   Yes.

11  **Q.**   And iPad?

12  **A.**   IPad, Mac.

13  **Q.**   Mac, okay.  And in these almost 10 years that you've been

14  with Apple, have you become familiar with these devices and how

15  they function?

16  **A.**   Yes.

17  **Q.**   Did you undergo or do you undergo specific training for

18  new devices as they come out from Apple?

19  **A.**   We do, yes.

20  **Q.**   What about operating system or IOS, the internal operating

21  system of Apple devices?

22  **A.**   Yes, we do.

23  **Q.**   How would you describe Apple's policy or standard in terms

24  of their concerns with privacy for their customers?

25  **A.**   We're very much about privacy, you know, about devices and

**JA957**

1   protecting our customers.

2   **Q.**   When you are working with a customer that comes into your

3   store, are you able to access their entire iCloud and all of

4   their files when you're working within their device?

5   **A.**   I can only do that if they actually sign in on the device

6   or sign into iCloud.

7   **Q.**   Okay.  Speaking of that, I'm going to ask you a couple of

8   Apple vocabulary words, okay?

9   **A.**   Sure.

10  **Q.**   What is an Apple ID?

11  **A.**   That's actually their email address that actually

12  distinguishes them and gives them the rights to be able to sign

13  in in a secure way.

14  **Q.**   Does it have to be an icloud.com type of email?

15  **A.**   No.  It does not.  It just has to be an email address.

16  **Q.**   What is iMessage?

17  **A.**   IMessage is when a customer wants to speak to another

18  Apple customer, it actually goes through an iMessage.

19  **Q.**   What is DSID?

20  **A.**   So that typically is your displayed server ID.  It

21  actually distinguishes the actual user on the device.

22  **Q.**   Is a DSID unique to each user of Apple products?

23  **A.**   It is, yes.  It's assigned automatically.

24  **Q.**   And you mentioned this, what is the iCloud?

25  **A.**   The iCloud is actually a temporary storage system.

1  Q.   And I realize it's somewhat obvious in this day and age,

2  but when you see a storage system, can you explain a little bit

3  about what you mean?

4  A.   Yeah, you can actually temporarily, you know, save things

5  on your devices such as photos, notes, messages, reminders,

6  calendar.

7  Q.   Okay.  And what is the difference between saving them in

8  your iCloud versus saving them on your iPhone?

9  A.   So iCloud is just a temporary storage for them so that way

10 you can back up your device.  If for some reason something

11 should happen to your device, you'd be able to pull that

12 information back to your device.

13 Q.   What does it mean to back up your Apple device, as you

14 mentioned?

15 A.   So that means that you actually go into your device, you

16 set it up in settings to actually back it up.  Meaning, it's

17 going to put whatever information you would specify from your

18 device into the iCloud.

19 Q.   So if I came to your store with my old iPhone and wanted

20 to buy one of the new versions, how does backing up my phone or

21 how does that work so that my new phone functions like my old

22 phone?

23 A.   Typically your phone, once you have it set to backup it'll

24 automatically back up, or you can force that backup and you can

25 do that in your settings.  So if you want to carry that

1  information onto a new device, you either would sign into the
2  new device and actually use your Apple ID along with your
3  private password and you would actually bring the contents over
4  in that way, or you can transfer it wirelessly from one device
5  to another.
6  **Q.**  The key here is the Apple ID accesses your information
7  from the cloud so you can go from one device to the next
8  device?
9  **A.**  Correct.
10 **Q.**  What does it mean to sync an Apple device, to like sync
11 your iPhone with your iPad?
12 **A.**  So syncing is very similar to backing it up.  It's
13 actually -- you know, most the things that sync are going to be
14 like your photos and your contacts.  Meaning it'll show up on
15 one device and then show up on the other device as well.  But
16 it has to be signed in under the same Apple ID and password in
17 order for that information to sync.
18 **Q.**  Is a sync and a backup the same thing?
19 **A.**  Technically, no.  Syncing means you're putting information
20 on the one device.  And backing it up means that you're saving
21 it, you know, for temporary purposes.  So technically when you
22 sync an item you need to back it up as well.
23 **Q.**  Is it possible to back up or sync an iPhone to a non-Apple
24 device such as laptop or a Dell or Hewlett Packard or some
25 other non-Apple brand?

1   A.    Yes, you can because you can pull up iTunes on a non-Apple

2   brand and actually back up your phone, for example, to a

3   computer that is not an Apple computer.

4   Q.    Is that called a mobile backup?

5   A.    It would be partially a mobile backup, yes.

6   Q.    Are you familiar with the photo library on Apple iPhones?

7   A.    Yes.

8   Q.    And as part of your role in customer service, do you often

9   deal with customers who have questions about their photo

10  library and accessing their images and videos?

11  A.    Absolutely, every day.

12  Q.    When a person takes a photograph, with their iPhone I

13  should say, where does it go in the phone?

14  A.    It actually goes into their photo library, into their

15  recent album.

16  Q.    Let's say, for example, as I stand here I took a photo of

17  Judge Bredar, where would that photo go in my iPhone?

18  A.    It would go into your recent photos.

19  Q.    Let's say I realize that was probably not smart on my

20  behalf, and I decided I wanted to delete that photo out of the

21  recent album, where would that photo go?

22  A.    Then it would go into the deleted album.

23  Q.    Is there a way to then remove it from that deleted album?

24  For example, I realized that was a real bad idea and I want it

25  off my device completely?

1    A.    Yeah, so you can delete the deleted album.

2    Q.    So tell me what that looks like, and what do you mean by

3    delete the deleted?

4    A.    So there's an album called deleted album.  You would

5    actually go into that album, you can either recover the photo

6    at that point or you can delete the photo again and it would

7    permanently delete it off of the device.

8    Q.    Let's say it's sitting in the deleted photos, but I never

9    went back in to get rid of it real quickly, would it stay there

10   forever?

11   A.    No, it actually will remove itself within 30 days

12   typically.

13   Q.    Okay.  And then it would be gone permanently?

14   A.    Then it actually, yes, it would delete off of the phone,

15   but it also will delete it out of the iCloud.

16   Q.    Okay.  In that 30-day period while it's sitting in the

17   deleted folder and I don't do anything else, can I access it

18   through my iCloud, through the storage?

19   A.    You cannot, no.

20   Q.    Can I recover that photo within the iPhone device itself

21   ever after I double deleted it?  Meaning, I deleted it, it's in

22   the deleted folder, and I went in and manually deleted it

23   again?

24   A.    No, you would not be able to.

25   Q.    If I came to you in customer service and explained that,

1  what I just did, that I took a photo of Judge Bredar, I deleted
2  it, and I deleted it the second time, would you be able to
3  access it?
4  A.    I personally would not be able to, no.
5  Q.    How does Apple clean or erase the media that's set to be
6  deleted within a device or in the iCloud?
7  A.    Everything is done by coding.  So typically if you delete
8  something from your device and it moves into a deleted file,
9  and then you delete it again, it could move into another coded
10 file temporarily.  And it does that in order to move the data
11 around to make room, you know, for what's going on your device
12 or what's leaving.
13 Q.    To make room for, like, your new photos or your new
14 videos --
15 A.    Correct.
16 Q.    -- or whatever else you might want to put on your phone?
17 A.    Correct.
18 Q.    Okay.  Can we pull up Government's 100, please.
19       Ma'am, you've seen this actual screenshot, this has been
20 shown to you before?
21 A.    Uh-huh.  Yes.
22 Q.    And that blue-boxed folder that says "expunged," what is
23 the expunged for?
24 A.    So that is a temporary file.  So any time you delete
25 something it actually will move it into the expunged file.

1  That is actually set up automatically through Apple through

2  coding processes.  And then the expunged file will auto-delete

3  itself typically up through 40 days or until you actually back

4  up your device again and it gets rid of any of that data.

5  Q.   This expunged folder as it's called, is this something

6  that is within the iPhone device itself?

7  A.   No.

8  Q.   Where is an expunged folder found?

9  A.   It's actually in iCloud but, like, I could not get to it

10 because it's actually a special coding.

11 Q.   Okay.

12 A.   That the only way to get to that would be through a data

13 recovery process.

14 Q.   A data recovery process?

15 A.   Uh-huh.

16 Q.   Okay.  And I think you said this, but is this something,

17 the expunged folder, is this something that the user sets up

18 within the iCloud?

19 A.   No, it's automatically assigned.

20 Q.   Can a user go into their iCloud and see this expunged

21 folder there?

22 A.   No.

23 Q.   What is the significance of media that's sitting in the

24 expunged folder when it's on the user's iCloud, like as

25 demonstrated in this screenshot here?

1  A.   Well, it moves out of the deleted file into there as a
2  temporary hub until it actually deletes permanently.
3  Q.   Would you expect to find anything that's in that expunged
4  folder, old photos or apps or videos files, would you expect to
5  find those on the Apple device that created them once they're
6  in that expunged folder?
7  A.   It would not be on the Apple device, no, because it would
8  have been deleted off of the device.  That's how it gets to the
9  expunged.
10 Q.   I think you said this, but what happens ultimately once
11 the media or photos or apps or whatever in the expunged folders
12 are moved out and deleted, where do they go?
13 A.   So the expunged folder typically lasts no more than 40
14 days.  But typically, when you back up your devices again,
15 backups are layers so they just layer on top of each other.
16 And eventually, based on the storage capacity that you have in
17 your iCloud, you can only hold so much data so that expunged
18 file empties as you're deleting things.
19      And as you continue to backup, you know, that's where it
20 actually purges everything.
21 Q.   So I'm going to use my example.  I take my photo of Judge
22 Bredar, it's on my iPhone and I delete it, and then I go in my
23 deleted folders and I delete it again.
24 A.   Correct.
25 Q.   Where is it now in my iCloud now that I've deleted it off

1  of my iPhone device entirely?

2  **A.**   It actually moves into your expunged file.

3  **Q.**   Let's say I don't back up or sync that iPhone at all, how

4  long will that now, I'll call the double-deleted photo of Judge

5  Bredar, sit in the expunged folder?

6  **A.**   It could stay there typically up to 40 days.

7  **Q.**   What if I back up my phone or sync it a day, two days, a

8  week after I've now double-deleted this photo?

9  **A.**   Depending on your storage space it could still stay there

10 and/or move out completely deleting it forever.

11 **Q.**   After that approximate 40-day time, that window that you

12 said it could be up to 40 days, after that time comes up, where

13 does the photo go?

14 **A.**   It is gone.  It deletes.

15 **Q.**   Gone forever?

16 **A.**   Yes.

17      **THE COURT:**  Why does it matter that you are updating

18 the telephone or the smartphone given that the files are in the

19 expunged -- that the items are in the expunged file?  I thought

20 they had left the phone.

21      **THE WITNESS:**  Well, no, because as you update your

22 devices you have storage space, so you can save multiple

23 backups.  So you can have more than one backup that is saved.

24 Typically when you're setting up your phone, it'll give you a

25 choice of backups that you have actually made that you can

1   actually, you know, previously restore your device to.  And it
2   may have some of that information that was deleted.  It
3   actually houses it for a short period of time.
4           **THE COURT:**  Next question.
5           **MS. MCGUINN:**  Court's indulgence, Your Honor.
6       Your Honor, I have no other questions.
7           **THE COURT:**  Cross?
8           **MR. PROCTOR:**  Thank you, sir.
9                       **CROSS-EXAMINATION**
10  **BY MR. PROCTOR:**
11  **Q.**  Good morning, ma'am.
12  **A.**  Good morning.
13  **Q.**  I just want to make sure I understand something correctly.
14  I take a photo today, okay, then I'm looking through my photo
15  album and I think, that wasn't a good photo, and I hit delete.
16  While I'm in my photo album I'm looking back and I find one
17  from 2015 because I -- I'm on, like, my sixth version of
18  iPhone, and I delete that.  And then another one from, say,
19  2019 where I think I've got bad hair and I think I don't ever
20  want to see that again.
21      As I delete those, they all go into the deleted folder,
22  right?
23  **A.**  Correct.
24  **Q.**  And that will typically be there for 30 days or so, right?
25  **A.**  Correct.

1   Q.   I go into my deleted folders and I think, time to go; or

2   I'm running out of space, I'm getting that message, you're at

3   94 percent storage full.  So I delete it again.  At that point,

4   all three would go to the expunged folder, right?

5   A.   Correct.

6   Q.   And they might sit there for 40 days or so is your

7   testimony?

8   A.   Uh-huh.

9   Q.   So my question is, what's in the expunged folder, the

10  clock starts ticking from when it was expunged not from when

11  the photo was taken, fair to say?

12  A.   Correct.

13          MR. PROCTOR:  That's all I have.

14          THE COURT:  Redirect?

15          MS. MCGUINN:  Nothing, Your Honor.

16          THE COURT:  May the witness be excused?

17          MS. MCGUINN:  She is, Your Honor.

18          THE COURT:  May she be excused?

19          MR. PROCTOR:  Yes, sir.

20          THE COURT:  Ma'am, you are excused, and you may

21  depart.

22      Ladies and gentlemen of the jury, it's time for our

23  morning recess.  During this recess do not discuss the case

24  with anyone.  Do not discuss it even among yourselves.  Do not

25  allow yourselves to be exposed to any news articles or reports

1  that touch about the case or the issues that it presents, or

2  any articles or reports that relate to any of the participants

3  in the case.  Avoid all contact with any of the participants in

4  the trial.  Do not make any independent investigation of the

5  law or the facts of the case.  Do not look up anything related

6  to the case or its participants on the internet.  Do not

7  consult an encyclopedia or a dictionary.  We will resume at

8  11:50.  Ten minutes before noon.  Take the jury out.

9         THE CLERK:  All rise for the jury.

10     (Jury exits at 11:37 a.m.)

11        THE COURT:  Who's next?

12        MS. HAGAN:  Detective Shannon Markel.

13        THE COURT:  11:50.

14        THE CLERK:  All rise.  This Honorable Court now stands

15  in recess.

16     (A recess was taken from 11:38 a.m. to 11:55 a.m.)

17        THE COURT:  Are we ready for the jury, Ms. McGuinn?

18        MS. MCGUINN:  Yes, Your Honor.

19        THE COURT:  Bring them in.

20     And our witness.

21        MS. HAGAN:  Detective Shannon Markel, Your Honor.

22        THE COURT:  How long will she be on direct?

23        MS. HAGAN:  Approximately 40 minutes.

24     (Jury enters at 11:56 a.m.)

25        THE COURT:  Please come forward, ma'am.  All the way

1  up here by the flagpole.  You can stop there.  Be seated,

2  please.

3       The Government will call their next witness.

4           MS. HAGAN:  The Government's next witness is Detective

5  Shannon Markel.

6           THE COURT:  Shannon Markel.  Please stand and raise

7  your right hand.

8       (Witness sworn.)

9           THE CLERK:  You may be seated.  And speaking directly

10 into that microphone, can you please state and spell your first

11 and last name.

12          THE WITNESS:  Yes.  It's Corporal Shannon Markel.

13 First name S-H-A-N-N-O-N.  Last name is Markel, M-A-R-K-E-L.

14          THE CLERK:  Thank you.

15          THE COURT:  Your witness.

16                    DIRECT EXAMINATION

17 BY MS. HAGAN:

18 Q.   Good afternoon, Detective Markel?

19 A.   Good afternoon.

20 Q.   Detective Markel, how are you employed?

21 A.   Currently with Baltimore County Police Department.

22 Q.   How long have you been with the Baltimore County Police

23 Department?

24 A.   Seventeen years.

25 Q.   Can you tell us what your current assignment is with the

1  Baltimore County Police Department?

2  **A.**    Sure.  Currently I am a corporal in the Patrol Division

3  Precinct 6, Towson.

4  **Q.**    Can you walk us through your current assignment, your

5  responsibilities, and then what your previous assignments have

6  been while a detective at the Baltimore County Police

7  Department?

8  **A.**    Sure.  So currently I am a corporal, so I am a supervisor

9  on the Patrol Division.  Previously -- so I was promoted in

10  January 2024 to the rank of corporal.

11        Previously I was assigned as a detective to the Criminal

12  Investigations Bureau.  I worked at the Crimes Against Children

13  Unit between 2019 to 2024.

14        Prior to that I was assigned to the Violate Crimes Unit,

15  also in the Criminal Investigations Bureau, and that was

16  between 2015 to 2019.

17        And then prior to that I was assigned to patrol-level

18  investigations.  And then basic patrol after my graduation from

19  the academy.

20  **Q.**    Okay.  I'm going to direct your attention, Detective

21  Markel, to January 21st, 2023, did you become aware of a report

22  that was made to the Baltimore County Department of Social

23  Services regarding a teacher at the Gilman School in Baltimore?

24  **A.**    Yes.

25  **Q.**    And in response, to whom did the Baltimore County

1  Department of Social Services report this information?

2  **A.**    To the Baltimore County Police Department.

3  **Q.**    And were you assigned as primary detective on this

4  particular case?

5  **A.**    Yes.

6  **Q.**    As part of the investigation and follow-up, was a forensic

7  interview conducted with a former student?

8  **A.**    Yes.

9  **Q.**    Where was that interview conducted?

10  **A.**    It was at the Baltimore County Child Advocacy Center.

11  **Q.**    When was it conducted?

12  **A.**    It was conducted on January 30th, 2023.

13  **Q.**    And while at the Child Advocacy Center for this forensic

14  interview, did the former student provide his cell phone and

15  iPad to the detectives and consent to an extraction of these

16  devices?

17  **A.**    Yes.

18  **Q.**    And who conducted the extraction of the cell phone and

19  iPad?

20  **A.**    Detective Andrew Carns with the Baltimore County Police.

21          **MS. HAGAN:**  Your Honor, at this time the Government

22  would move into evidence a stipulation, a Government

23  Exhibit Number 96, pertaining to the extraction that was

24  performed of those two devices by Detective Andrew Carns of the

25  Baltimore County Police Department.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA972**

1    **THE COURT:**  Do you have a written copy of it?

2      **MS. HAGAN:**  I do, Your Honor.

3    **THE COURT:**  Hand it to the clerk.

4    And, Mr. Proctor, is this your stipulation?

5      **MR. PROCTOR:**  Yes, sir; it is.

6    **THE COURT:**  And, Ms. Hagan, are you requesting that

7  this stipulation be read at this time?

8    **MS. HAGAN:**  No, Your Honor.  Given its length, I can

9  either read it after Detective Markel's testimony or at another

10  opportunity.

11    **THE COURT:**  All right.  That's fine.  This will be

12  received as stipulation number one.  The clerk will so mark it.

13    Ladies and gentlemen, a stipulation is an agreement

14  between the two sides in the case, between the Government and

15  the Defendant, that something is true.  Anything that's the

16  subject of a stipulation you are to take as having been proven

17  it's true, both sides agree that it's true.

18    And it's up to the proponent at the moment to determine

19  when they want the stipulation read or whether they want it

20  read.  Ms. Hagan has indicated her preference that it be read

21  later, so we're not going to read the stipulation to you now.

22    But you heard us referring to a stipulation.  It's the

23  first time that's happened during this trial.  I wanted to

24  explain to you what a stipulation is.

25    Next question.

1          MS. HAGAN:  Thank you.

2    BY MS. HAGAN:

3    Q.   Detective Markel, did you have an opportunity to review

4    the contents of the extractions that were performed on the cell

5    phone and the iPad that were turned over after this interview?

6    A.   Yes.

7    Q.   Based on your review of the materials, did you seek a

8    search warrant for certain locations and a person?

9    A.   Yes, based on the review of the contents as well as the

10   observation of the interview.

11   Q.   Can you identify the person and the locations for which

12   you obtained a search warrant?

13   A.   Sure.  The search warrant was obtained for the person of

14   Christopher Kenji Bendann as well the address of 115 Stanmore

15   Road, Baltimore, Maryland, 21212, as well as a 2009 Honda CRV

16   bearing Maryland tag 1AK6146 which was registered to

17   Mr. Bendann.

18   Q.   And the 115 Stanmore Road address, was that the

19   then-current MVA address for Mr. Bendann?

20   A.   Yes.

21   Q.   And did the search warrants that you obtained also

22   authorize the search and seizure of additional electronic

23   devices?

24   A.   Yes.

25   Q.   And were you, in fact, granted search warrants for the

1  person of Mr. Bendann, his residence, and his vehicle?

2  A.    Yes.

3  Q.    When was the search warrant executed?

4  A.    On February 3rd, 2023.

5  Q.    And approximately what time February 3rd, 2023 were the

6  search warrants executed?

7  A.    5:20 a.m.

8  Q.    Who, if anyone, was present at the residence when the

9  search warrant was executed?

10 A.    Members of the Baltimore County Police Department as well

11 as the FBI and one canine officer from Frederick County.

12 Q.    How about non-law-enforcement individuals, any residents

13 of the home?

14 A.    Yes, Mr. Christopher Bendann.

15 Q.    Can you please describe the type of residence?

16 A.    Sure.  It was a three-story, brick townhome.

17 Q.    How many levels?

18 A.    Three stories.

19 Q.    And did it appear that anyone other than Mr. Bendann lived

20 at that residence?

21 A.    No.

22 Q.    I'm going to show you Government Exhibit 36.

23       Can you identify Government Exhibit 36?

24 A.    Yes.  That's the front door of the residence.

25 Q.    Now, you indicated that Baltimore County law enforcement

1  was present and also FBI.  Why did you have the FBI present?
2  A.  So, various reasons.  One being that we had indication
3  that there could be destruction of evidence and the FBI has
4  tools available to them that can extract those evidence onsite.
5  And we also believed that this would be a multi-jurisdictional
6  investigation, so they were also present for that regard.
7  Q.  And during the search warrant's execution, are
8  investigators assigned roles and certain tasks?
9  A.  Yes.
10 Q.  Can you describe them?
11 A.  Sure.  So we will have a searching officer -- so and
12 usually multiple people will be assigned that role for
13 searching and seizing.  We will have a recording officer who
14 writes down all items that are seized.  We will have a
15 photographer who takes entry and exit photographs of the
16 residence and photographs any evidence that's located.  And
17 then we also have a sketch -- someone who is assigned to sketch
18 essentially the layout of the residence.  It's a not-to-scale
19 sketch of the house.
20 Q.  What was your role on this occasion?
21 A.  I was a seizing officer.
22 Q.  Can you walk us through the procedure as to how the search
23 warrant was executed on this particular occasion?
24 A.  Sure.  This search warrant was a knock and announce search
25 warrant.  Upon entry to the home, the residence was -- a

1  protective sweep was done and essentially what that means is
2  that we will go throughout the house and try to locate any
3  other occupants or any other threats that might be in the home.
4  Anybody who's located will be brought to a common area of the
5  house.  Once --
6  Q.  That was Mr. Bendann?
7  A.  Mr. Bendann in this occasion, yes, was brought to a common
8  area of the home.
9      After the location is secure, we will letter, we will
10 have -- essentially, like, the rooms are going to be lettered
11 in alphabetical order so we have printouts of alphabets.  We
12 will tape them to each room to indicate which room is which,
13 and then photographs are taken upon entry just to depict the
14 state of the home prior to searching.  And then a thorough
15 search is conducted.  Any items that are located are
16 photographed in place, and then they're taken to the recording
17 officer who records those items, and then they're placed in
18 sealed envelopes.
19     After a thorough search is conducted we will take exit
20 photographs again to depict the way that the residence is left
21 upon our exit.
22 Q.  Okay.  I'm going to show you Government's Exhibit 37.
23     Can you describe what Government Exhibit 37 depicts?
24 A.  Sure.  That's the living room of the residence.
25 Q.  And the door that was depicted in Government's Exhibit 36

Direct of Corporal Markel by Hagan                    92

```
 1  from the outside, is that the same door?
 2  A.   Yes.
 3  Q.   Showing you Government's Exhibit 38.
 4  A.   Yes.
 5  Q.   What's depicted in 38?
 6  A.   That's the living room and then the background in the
 7  dining room and to the left that entryway is to the kitchen.
 8  Q.   And so the front door to the residence would be off of
 9  Government's Exhibit 38 to the left corner; is that a fair --
10  A.   Yeah, to the rear left corner.
11  Q.   Okay.  And showing you Government's Exhibit 39.
12  A.   Yeah, so that was a desk that was located in the corner of
13  the living room to the right corner of the living room.
14  Q.   So I'm just going to go back to Government Exhibit 38.  Is
15  part of that desk visible in Government's Exhibit 38?
16  A.   Yes, ma'am.  Over to the right-hand side just prior to the
17  dining room.
18  Q.   Okay.  Moving on to Government Exhibit 40.
19       What is that?
20  A.   That's a Dell laptop that was located on that desk.
21  Q.   And was that Dell laptop seized?
22  A.   Yes.
23  Q.   What was done with it?
24  A.   It was turned over to the FBI for further analysis.
25  Q.   I'm going to show you a physical item, Government's
```

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA978**

1  Exhibit 85.

2      You can take a look at the contents and outer markings of

3  Government's Exhibit 85 and tell us if you recognize it?

4  A.   Yes, this is that item.

5  Q.   When you say "that item," is it the item that's depicted

6  in photo Government's Exhibit 40?

7  A.   Yes, ma'am.

8  Q.   And that was seized on that particular date and turned

9  over to the FBI?

10  A.   Yes.

11  Q.   Showing you Government's Exhibit 42 -- I'm sorry, 41, 41.

12      What's depicted in Government's Exhibit 41.

13  A.   This is the dining room of the residence and you can also

14  see that it's labeled as room B.

15  Q.   Is that label, the letter B, is that what you were

16  describing previously how each room in the home is labeled?

17  A.   Yes.

18  Q.   And why is that done?

19  A.   So we label the rooms in that fashion so that there's no

20  confusion as to which room an item is located in.  Most homes

21  have multiple bedrooms so it's just easier to identify the room

22  with the letter.

23  Q.   And the entryway to go back into the living room, the

24  archway, is that depicted at all in Government Exhibit 41, just

25  to orient us to where this room is in relation to the living

1  room?

2  **A.**   Sure, yes, it's to the right side of the picture there.

3  **Q.**   So that would take us back to the living room where the

4  desk was located?

5  **A.**   Correct.

6  **Q.**   Showing you Government's Exhibit 42.

7      What is depicted in Government's Exhibit 42.

8  **A.**   It's the kitchen of the residence and again it's labeled

9  room -- letter C.

10  **Q.**   Where is the kitchen in relation to the dining room that

11  we just looked at?

12  **A.**   It's right next to it.

13  **Q.**   Showing you Government's Exhibit 43.

14      What's depicted in Government's Exhibit 43?

15  **A.**   This is the stairway leading to the upper level of the

16  residence.

17  **Q.**   Is this a stairway that one would encounter as you first

18  walk into the front door of the residence?

19  **A.**   Yes.

20  **Q.**   Is the living room to the right?

21  **A.**   Yes.

22  **Q.**   Showing you Government's Exhibit 44.

23      What's depicted in Government's Exhibit 44?

24  **A.**   So this is the landing at the upper level, the hallway

25  area that is labeled as G.  And then in the background on the

1  right side this doorway is going to be the master bedroom which

2  we labeled as I.  And then to the left is another bedroom that

3  the letter is not indicated in this photo.

4  Q.   Okay.  So G is the actual foyer hallway area; is that

5  right?

6  A.   Correct.

7  Q.   And then I is the room to the right?

8  A.   That's correct.

9  Q.   Is that the one that you described as the master bedroom?

10 A.   That's correct.

11 Q.   Is that Mr. Bendann's room to your knowledge?

12 A.   Yes.

13 Q.   And then the room to the left that has the colorful

14 comforter, that was another bedroom?

15 A.   That's correct.

16 Q.   Showing you Government's Exhibit 45.

17      What does Government's Exhibit 45 depict?

18 A.   The master bedroom, again, lettered I that we identified

19 Mr. Bendann's bedroom.

20 Q.   Showing you Government's Exhibit 46.

21      What is depicted in Government's 46?

22 A.   It's an Apple iPhone on the nightstand next to the bed.

23 Q.   So going back to Government's Exhibit 45 momentarily.

24      Is that phone depicted in Government's Exhibit 45?

25 A.   Yes.

**JA981**

1  Q.   Can you circle it for us on the screen?

2  A.   (Witness complies.)

3  Q.   Okay.  Thank you.

4      Going back to Government's Exhibit 46, and what was done

5  with Government's Exhibit 46?

6  A.   So once it was located it was photographed in place, and

7  then it was seized by me and it was brought to the common area

8  to be recorded on the inventory sheet.  After it was

9  inventoried it was turned over to the FBI.

10  Q.   I'm going to show you Government's Exhibit 82.

11      If you could take a look at the outer envelope of

12  Government's Exhibit 82 and its contents and tell us if you

13  recognize it?

14  A.   Yes, this is that phone.

15  Q.   And that phone meaning the one that is depicted in

16  Government's Exhibit 46?

17  A.   That is correct.

18  Q.   And what was done with that item?

19  A.   It was turned over to the FBI.

20  Q.   Pulling up Government's Exhibit 47.

21      What is depicted in Government's Exhibit 47?

22  A.   So this is a tote that was located underneath the bed in

23  the master bedroom and it is a phone that was inside the tote.

24  Q.   And so we're still in the same bedroom that was labeled

25  I --

Direct of Corporal Markel by Hagan                97

```
1   A.   Correct.
2   Q.   -- of Mr. Bendann's room?
3        And you were describing it as a tote.  Was this
4   photographed as it was found or --
5   A.   Yes.
6   Q.   Okay.  Just like that?
7   A.   Yes.
8   Q.   And showing you Government's Exhibit 48.
9        What does that depict?
10  A.   Two cell phones in that tote.
11  Q.   And Government's Exhibit 49?
12  A.   Yes, that's those phones.  Both -- looks like both
13  iPhones.
14  Q.   And both of them were in the plastic tote or bin that's
15  also depicted there?
16  A.   Correct.
17  Q.   I'm going to show you Government's Exhibit 83 and 84.
18       Can you first start with Government's Exhibit 83 and tell
19  us what that item is?
20  A.   It's a white Apple iPhone.
21  Q.   Is that one of the iPhones that's depicted in Government's
22  Exhibit 49?
23  A.   Yes, the one on the left.
24  Q.   What was done with that item once it was seized?
25  A.   It was turned over to the FBI.
```

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA983**

1  Q.   Then how about Government's Exhibit 84?

2  A.   Yes, it is also the other phone that's depicted in the

3  image there.

4  Q.   And what was done with that particular cell phone?

5  A.   It was also turned over to the FBI.

6  Q.   Again, that's Government's Exhibit 84?  Is that

7  Government's Exhibit 84, Detective Markel?

8  A.   I'm sorry, yes.  Yes, it was.  It is.

9  Q.   Moving on to Government's Exhibit 50.

10      Can you please explain what's depicted in Government's

11  Exhibit 50?

12 A.   Yes.  That's the other bedroom to the left of the master

13 bedroom.  It's labeled as room J.

14 Q.   How about Government Exhibit 51?

15 A.   This is an office room that was adjacent to that bedroom

16 that you just saw.  And this is -- the office was labeled as K,

17 room K.

18 Q.   Showing you Government Exhibit 52.

19 A.   Yes.  Again, that is the office, that is going to be the

20 back wall, the other angle from the desk.

21 Q.   Showing you Government Exhibit 53.

22 A.   Yes, that's the lower portion of the bookshelf.

23 Q.   Same room, room K?

24 A.   Same room.

25 Q.   In the office that you've been describing?

1    **A.**   Yes.

2    **Q.**   Government Exhibit 54.

3    **A.**   Yes, to the right side of that same bookshelf you can see

4    several journals.  They were located in that room there, room

5    K.

6    **Q.**   Showing you Government Exhibit 55.

7    **A.**   Those are the journals.

8    **Q.**   Were those seized?

9    **A.**   Yes.

10   **Q.**   I'm going to show you Government Exhibits 87 through 93.

11        Showing you first Government's Exhibit 87.  Can you

12   identify that, please?

13   **A.**   Yes, it's a journal from the year 2015 to 2016.

14   **Q.**   Is that one of the journals that was seized that you've

15   identified in the prior photograph?

16   **A.**   Yes.

17   **Q.**   Showing you Government's Exhibit 88.

18   **A.**   Yes, again this is a journal from the year 2016 to 2017

19   and again it was seized from that office.

20   **Q.**   And depicted in the photograph?

21   **A.**   Yes.

22   **Q.**   Showing you Government's Exhibit 89.

23   **A.**   That is the journal from 2017 to 2018.  It was located in

24   room K and it was seized, it's located in that photograph.

25   **Q.**   Showing you Exhibit 90.

1  A.   This is a journal from 2018 to 2019, and again it is

2  located in the photograph and was seized from room K.

3  Q.   Government Exhibit 91.

4  A.   A journal from 2019 to 2020.  Again, it is located in this

5  photograph here, and it was located in room K and seized.

6  Q.   Government Exhibit 92.

7  A.   So journal from 2020 to 2021.  It is located in the

8  photograph.  It was located in the office room K, and it was

9  seized.

10  Q.   And Government Exhibit 93.

11  A.   So this is a journal from 2021 to 2022 with an attached

12  class schedule.  And it was photographed in this photo here

13  located in the office in room K.

14  Q.   You've described them as journals, are they monthly day

15  planners?

16  A.   Yes.

17  Q.   Showing you Government Exhibit 56.

18      What's depicted in Government's Exhibit 56?

19  A.   Sure.  So this is a storage area that was located in the

20  basement underneath the basement steps.

21  Q.   Showing you Government Exhibit 57.

22  A.   Yes.

23  Q.   What's depicted here?

24  A.   So on the right there's a black Sony, I think it's Vaio

25  laptop, that was located, was photographed in place and seized.

1    **Q.**   I'm going to show you Government Exhibit 86.

2         Can you take a look at the outer box, its markings and the

3    inside, and tell me what Government's Exhibit 86 is?

4    **A.**   Yes.  This is the Sony Vaio laptop that was located

5    underneath the steps and seized.

6    **Q.**   And what was done with that item?

7    **A.**   It was turned over to the FBI.

8    **Q.**   Other than the electronic devices that you've identified

9    here, were there additional devices that were seized from the

10   residence?

11   **A.**   Yes.

12   **Q.**   Was anything of evidentiary value located on them?

13   **A.**   No.

14   **Q.**   Showing you Government's Exhibit 58.

15        Can you please identify Government's Exhibit 58?

16   **A.**   Sure.  This was a photograph that was located inside the

17   home.

18   **Q.**   Government's 59.

19   **A.**   These were also photographs located inside the home.

20   **Q.**   Government's 60?

21   **A.**   This was a photograph located inside the home.

22   **Q.**   And Government's 61?

23   **A.**   Another photograph located inside the home.

24   **Q.**   What, if any, vehicles did you locate on the date of the

25   search warrant execution?

Direct of Corporal Markel by Hagan                102

1  A.    Mr. Bendann's Honda CRV was parked in the rear of the

2  residence on the parking pad.

3  Q.    Was that the vehicle for which you had a search warrant?

4  A.    Yes.

5  Q.    And was it photographed in the location that it was found?

6  A.    Yes.

7  Q.    Showing you Government's Exhibit 62.  Can you describe

8  what is depicted in Government's Exhibit 62?

9  A.    Yes.   That's Mr. Bendann's silver Honda CRV with that

10 Maryland tag 1AK6146 parked in the rear of the residence on the

11 parked pad.

12 Q.    Government's Exhibit 63.

13 A.    It's a close up of the rear of the vehicle depicting the

14 tag.

15 Q.    Government's Exhibit 64.

16 A.    That's the front of the vehicle, also depicting the

17 registration.

18 Q.    Government's Exhibit 65.

19 A.    That's the interior of the front of the vehicle.

20 Q.    Government's Exhibit 66.

21 A.    That's the trunk of the vehicle.

22 Q.    Government's Exhibit 67.

23 A.    This is an image of the vehicle, the front of the vehicle

24 after it was towed to our headquarters facility.

25 Q.    Other than photographing the outside and inside of the

**JA988**

Direct of Corporal Markel by Hagan                    103

```
 1  vehicle while it was still at the residence, was there anything
 2  else that was done before it was transported here to the bay?
 3  A.   No.
 4  Q.   Showing you Government's Exhibit 68.
 5  A.   That's the driver's side of the vehicle.
 6  Q.   Again this is inside the bay area of the police
 7  department?
 8  A.   Police headquarters, correct.
 9  Q.   Government's Exhibit 69.
10  A.   That the interior driver's side door.
11  Q.   Government's Exhibit 70.
12  A.   That's the interior driver's side.
13  Q.   Government's Exhibit 71.
14  A.   Again, that's the interior driver's side.
15  Q.   Government's Exhibit 72.
16  A.   That's going to be the center console.
17  Q.   Government's Exhibit 73.
18  A.   That's the center console of the vehicle.  The other one
19  was the, like, entertainment.
20  Q.   Government's Exhibit 74.
21  A.   This is the rear interior.
22  Q.   Government's Exhibit 75.
23  A.   This is the interior passenger's side door.
24  Q.   Government's Exhibit's 76.
25  A.   Close up of the interior passenger's side door.
```

1  **Q.**   Government's Exhibit 77.

2  **A.**   This is the interior passenger's side.

3  **Q.**   Government's Exhibit 78.

4  **A.**   Again, this is the interior passenger's seat.

5  **Q.**   Government's Exhibit 79.

6  **A.**   This is the glove box.

7  **Q.**   Government's Exhibit 80.

8  **A.**   This is the rear interior passenger's door.

9  **Q.**   Government's Exhibit 81.

10 **A.**   This is the trunk area.

11 **Q.**   After the photos were taken of the Honda CRV, what else

12 was done to the vehicle?

13 **A.**   Swabs were taken as well as portions of the fabric from

14 inside the vehicle.

15 **Q.**   And was that part of the investigation then turned over to

16 the FBI?

17 **A.**   Yes.

18         **MS. HAGAN:**  Court's indulgence.

19     Nothing further, Your Honor.

20         **THE COURT:**  Thank you.  Cross-examination.

21                     CROSS-EXAMINATION

22 BY MR. NIETO:

23 **Q.**   Forgive me, is it detective, sergeant detective?  What is

24 the preferred title?

25 **A.**   Detective is fine.

Cross of Corporal Markel by Nieto                    105

```
1    Q.   All right.  Detective Markel.  Okay.
2         Court's indulgence, if I may.  All right.
3         I'd like to draw your attention to Government's
4    Exhibit 66.  I think we had just talked about this, right?
5    A.   Yes.
6    Q.   This is what the rear of the -- what the trunk area of
7    this vehicle looked like that morning?
8    A.   Yes, sir.
9    Q.   So the shoes were stacked neatly in that fashion?
10   A.   That's correct.
11   Q.   Alongside with that bag on the right, correct?
12   A.   That's correct.
13   Q.   And this is Government's Exhibit 38.  We had talked about
14   this a little bit earlier today as well, yes?
15   A.   Correct.
16   Q.   All right.  So this was the interior of the home on the
17   morning that it was raided; is that correct?
18   A.   That's correct.
19   Q.   All right.  So, and this is the home where you -- there
20   was no one else living there, right?
21   A.   That's correct.
22   Q.   So as far as you know, there's just one, single male was
23   living in this home?
24   A.   That's correct.
25   Q.   But it's fairly well organized, would you say?
```

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA991**

A.    Yes.

Q.    And decorated?

A.    Yeah.

Q.    And I think we had looked at some of the other rooms.  I mean, there's a plastic tote underneath the bed for organization, right?

A.    Correct.

Q.    I'm sure many of the houses that you've participated in the execution of a search and seizure warrant were not as tidy as this; is that fair to say?

A.    It is fair, yes.

Q.    So, ma'am, when -- well, during the execution of the search warrant, law enforcement knocks on the door, right?

A.    Correct.

Q.    And they say, law enforcement, search warrant, police?  Something to that effect, right?

A.    Correct.

Q.    And it is -- well, maybe not brightline policy, but it is preferred for law enforcement to execute these search warrants fairly early in the morning, right?

A.    Yes.

Q.    And that can be done for a variety of strategic reasons, but one of them is that people are apt to be asleep and therefore minimizes the risk to law enforcement, right?

A.    That's correct.  Yep.

1  **Q.**   But you didn't have any issues like that during the
2  execution of this search warrant, did you?
3  **A.**   No, we did not.
4  **Q.**   Now, again, and forgive me, Detective, but you were
5  obviously not the only police officer or law enforcement
6  involved in this warrant?
7  **A.**   No.
8  **Q.**   In fact, there were maybe a dozen people that entered the
9  house at this time?
10 **A.**   That is correct.
11 **Q.**   Many of whom were the SWAT team?
12 **A.**   Yes, correct.
13 **Q.**   So a SWAT team may not be dressed the way in which you and
14 I are dressed today; is that fair?
15 **A.**   That's correct.
16 **Q.**   Wearing military fatigues and possessing fairly large
17 firearms?
18 **A.**   Of course.
19 **Q.**   Right.  And of course they don't know what's awaiting them
20 when they open that door, do they?
21 **A.**   No.
22 **Q.**   Right.  And so their approach appropriately is to come in
23 and assume that there's danger around every corner, right?
24 **A.**   That's correct.
25 **Q.**   And that's done for self-preservation?

1  A.    Yes, for safety.

2  Q.    And so again, in that process with gentlemen with guns --

3  I'm assuming yelling throughout the house?

4  A.    Yes.

5  Q.    There was nothing bad happened or anything like that, did

6  it?

7  A.    No.

8  Q.    And, in fact, Mr. Bendann was polite, right?

9  A.    Correct.

10 Q.    And answered your questions?

11 A.    Yes.

12 Q.    And I think there was one portion too where you needed to

13 be able to enter into his cell phone, do you remember that?

14 A.    Yes.

15 Q.    And he was willing to enter in his passcode to allow

16 access to that cell phone, right?

17 A.    Correct.

18 Q.    Now, there had also been -- I think we had talked about

19 some of the calendars --

20 A.    Yes.

21 Q.    -- or the journals, as they were, that you had recovered

22 from the house?

23 A.    Yes, sir.

24 Q.    Now, forgive me, let me take a step back.  We have looked

25 at a few photos, a few framed photos that the Government has

1  introduced into evidence.  Do you remember those?

2  A.   Yes.

3  Q.   But of course those were not the only framed photos in the

4  house, were there?

5  A.   No.

6  Q.   No.  In fact, I think we had seen an exhibit that showed

7  sort of the home office area, do you remember that photo?

8  A.   Yes.

9  Q.   And of course there were photos of Mr. Bendann in his

10  capacity as a teacher all over the house, right?

11  A.   Uh-huh.

12  Q.   Including that room as well?

13  A.   Yes.

14  Q.   So those three or four framed photos, that was not the sum

15  and total of every photograph contained within that house, was

16  it?

17  A.   No, there was a large majority of them, yes.

18  Q.   A large majority of them, right.  And many of which

19  stemming from his employ as a teacher at Gilman per your

20  recollection; is that fair?

21  A.   Correct.

22  Q.   But in the calendars that you had seen, specifically, I

23  think you had seen there was a 2019 calendar, do you remember

24  that?

25  A.   Correct.

1          MR. NIETO:  Court's indulgence, if I may.

2          THE COURT:  Yep.

3  BY MR. NIETO:

4  Q.   Government's Exhibit 90, do you remember that?

5  A.   Yes.

6  Q.   And you had an opportunity to look at the contents of the

7  calendar?

8  A.   Yes.

9  Q.   And it's fairly well organized; is that fair to say?

10 A.   It is.

11 Q.   And it looked like on every day or days they might have

12 the last name or a name put at the bottom, right?

13 A.   Yes.

14 Q.   Court's indulgence.

15      So to draw your attention to, for example, April of 2019,

16 right?

17 A.   Yes.

18 Q.   Can you see this?

19 A.   Yes.

20 Q.   So this is what I'm referencing, right.  So if we were

21 just to pick, for example, Easter weekend, which would be the

22 weekend of April 19th to April 2022.  Do you see where we are

23 in this the calendar?

24 A.   I do, yes.

25 Q.   So you can see on the bottom right-hand corner of those

1  dates the name Halpert, do you see that?

2  **A.**   I see it.

3  **Q.**   If we were to look at the following week of the 26th and

4  the 27th, again, we see that name repeated, do we not?

5  **A.**   We do.

6  **Q.**   We also see other names such as Witherspoon, other dates

7  in this calendar?

8  **A.**   Correct.

9  **Q.**   And this is a fair and accurate representation of what

10  these calendars contained, correct?

11  **A.**   Correct.

12  **Q.**   So we had organized dates and lines through it indicating

13  that the time had passed?

14  **A.**   Yes.

15  **Q.**   As well as individualized notes, presumably to help one

16  remember what was scheduled for that day maybe?

17  **A.**   Sure, right, yes.

18  **Q.**   All right.

19         **MR. NIETO:**  Nothing further.  Thank you.

20         **THE COURT:**  Redirect?

21         **MS. HAGAN:**  No redirect, Your Honor.

22         **THE COURT:**  Thank you.  May the witness be excused?

23         **MS. HAGAN:**  Yes, Your Honor.

24         **THE COURT:**  Mr. Nieto?

25         **MR. NIETO:**  Yes, Your Honor.  Thank you.

1          THE COURT:  You are excused, and you may depart.

2          THE WITNESS:  Thank you, Your Honor.

3          THE COURT:  Private channel.

4      (Whereupon, the following conference was held at the

5  bench:)

6          THE COURT:  Who's next?

7          MS. MCGUINN:  The next witness is our long witness for

8  who's the forensic expert who I expect to be probably hour and

9  a half at least for Government.

10          THE COURT:  I think we'll go to lunch first.

11          MS. MCGUINN:  Yes, sir.  Makes sense.

12          THE COURT:  And then come back.

13      (Whereupon, the bench conference was concluded.)

14          THE COURT:  Ladies and gentlemen, it's time for us to

15  take our lunch break.  During this during break do not discuss

16  the case with anyone.  Do not discuss it among yourselves.  Do

17  not allow yourselves to be exposed to any news articles or

18  reports that touch upon the case or the issues that it presents

19  or any articles or reports that relate to any of the

20  participants in the case.  Avoid all contact with any of the

21  participants in the trial.  Do not make any independent

22  investigation of the law or the facts of the case.  Do not look

23  up anything pertaining to the case or its participants on the

24  internet.  Do not consult an encyclopedia or a dictionary.

25      It's 25 minutes before 1:00.  So we'll be in recess for an

1  hour and 10 minutes.  So please return at 1:45 or 15 minutes

2  before 2:00.  Take the jury out.

3      THE CLERK:  All rise for the jury.

4    (Jury exits at 12:36 a.m.)

5      THE COURT:  1:45.

6      THE CLERK:  All rise.  This Honorable Court now stands

7  in recess.

8    (A recess was taken from 12:36 p.m. to 1:54 p.m.)

9      THE COURT:  Change in the order of witnesses?

10     MS. MCGUINN:  No.

11     THE COURT:  Something got lost in translation.  In

12  terms of your preparation for this afternoon something was

13  different.

14     MS. MCGUINN:  Oh, sure.  The first witness there's no

15  explicit images being shown but the second witness, who I think

16  we should get to both, they're lengthy, which will be Agent

17  Walker, that's -- maybe after our first witness there will be a

18  natural break after his testimony so that we can make sure that

19  the equipment is working for Agent Walker who is the next

20  witness and that's when the images would be shown.

21     THE COURT:  Got it.  Are you ready for the jury?

22     MS. MCGUINN:  Yes, sir.

23     MR. NIETO:  Yes, Your Honor.

24     THE COURT:  Bring them in.

25     THE CLERK:  All rise for the jury.

```
1        (Jury enters at 1:55 p.m.)

2            THE COURT:  Witness?

3            MS. MCGUINN:  Agent Eric Oberly.

4            THE COURT:  Be seated, please.  Good afternoon, ladies

5   and gentlemen.  We are ready to resume testimony.

6        The Government will call their next witness.

7            MS. MCGUINN:  Thank you, Your Honor.  The Government

8   calls Agent Eric J. Oberly.

9            THE COURT:  What was the last name?

10           MS. MCGUINN:  Oberly.

11           THE COURT:  Agent Oberly, please face our clerk and

12  raise your right hand.

13       (Witness sworn.)

14           THE CLERK:  Thank you.  You may be seated.  Speaking

15  directly into the microphone next to you, can you please state

16  and spell your first and last name.

17           THE WITNESS:  Sure.  It's Eric, E-R-I-C.  Middle

18  initial J.  Last name Oberly, O-B-E-R-L-Y.

19           THE COURT:  Your witness.

20           MS. MCGUINN:  Thank you, Your Honor.

21                     DIRECT EXAMINATION

22  BY MS. MCGUINN:

23  Q.   Good afternoon, Agent Oberly.

24  A.   Good afternoon.

25  Q.   Agent Oberly, where are you employed?
```

**JA1000**

| | |
|---|---|
| 1 | **A.**    The Federal Bureau of Investigation, Baltimore Field |
| 2 | Office. |
| 3 | **Q.**    And what is your assignment within the FBI Baltimore? |
| 4 | **A.**    I'm a digital forensic examiner. |
| 5 | **Q.**    And are you also a special agent? |
| 6 | **A.**    I am. |
| 7 | **Q.**    How long have you worked with the FBI? |
| 8 | **A.**    Over 18 years. |
| 9 | **Q.**    Can you discuss the roles you've had beginning with when |
| 10 | you graduated from the academy for the FBI? |
| 11 | **A.**    Sure.  I was an investigator out in the field and some of |
| 12 | the crimes that I investigated primarily were computer |
| 13 | intrusion, both national security and criminal, as well as |
| 14 | internet fraud, internet extortion, crimes against children, |
| 15 | and other forms of extortion or threats used over the internet. |
| 16 | **Q.**    Okay.  And you indicated you are currently a digital |
| 17 | forensic examiner? |
| 18 | **A.**    Yes. |
| 19 | **Q.**    How long have you been a digital forensic examiner with |
| 20 | the FBI? |
| 21 | **A.**    Almost 10 years. |
| 22 | **Q.**    What are some of the job responsibilities you have as a |
| 23 | digital forensic examiner for the FBI? |
| 24 | **A.**    So when items are brought to us, typically seized on |
| 25 | search warrant, we basically preserve the data so that |

**JA1001**

1  everything can be forensically sound, so that no dates and
2  times can be changed or manipulated.  We have different methods
3  by which we extract that data.  And once that data is properly
4  extracted and we're able to verify that the data matches the
5  item that we pulled out of evidence, at that point then we use
6  various tools to better make the data human readable.
7       When the data comes out of the computers or cell phones,
8  it's basically a series of ones and zeros.  And the tools that
9  we use basically make that data human readable.
10 Q.   Before we get to that part, do you also do some research,
11 conduct some research and develop some training materials to
12 use with the agents that you work with?
13 A.   I do, yes.  This job requires constantly keeping up.  I
14 could take a class today that actually could have already been
15 outdated six months ago.  Technology changes so rapidly that
16 we're constantly reevaluating and using test devices to see how
17 data could have been laid down onto a hard drive or a cell
18 phone.
19 Q.   And you are speaking of some of the tools that you use to
20 make data human readable, can you discuss some of the tools
21 that you have some proficiency with?
22 A.   Sure.  The FBI sends us through a rigorous, almost a
23 year's worth of training specific to tools that the FBI likes
24 to use, one of which is AccessData FTK, or we also have a
25 version of it call AD Lab.

**JA1002**

Direct of Agent Oberly by McGuinn                    117

1      Other tools that I've used and have proficiency in are
2   X-Ways Forensics, Axiom, Cellebrite.  Cellebrite has various
3   tools.  And some even open source tools such as CAPE and the
4   EXIF tool.
5   **Q.**   How do these tools assist you in performing your job
6   responsibilities?
7   **A.**   It let's us look at things from a different angle.  We see
8   what the user of the device has and then we get to dig in under
9   the hood.  We get to see various dates and times, how that data
10  was actually -- possibly how that data was put on that device,
11  whether that data was accessed on that device.  And it
12  basically gives us a better picture of how the device itself
13  was used.
14  **Q.**   Can you describe the education that you received that led
15  up to you becoming a digital forensic examiner?
16  **A.**   Sure.  It was about a year of intense FBI-led classes.
17  And then we had some outside organizations such as SANS, CIS
18  admin network and security.  It's a well-known organization
19  that specializes in cyber forensics.  And I have certification
20  from those classes.
21      And then I'm also a member of the International
22  Association of Computer Investigative Specialists, and they
23  offer specific training more geared toward law enforcement and
24  our use of various tools and analysis of the data.  And I've
25  been a member with them for a couple of years now.

**JA1003**

1      I've also had Cellebrite training directly from

2  Cellebrite.  Cellebrite has various forensic tools that we use

3  primarily for cell phones and mobile devices.  Then of course

4  X-Ways, AccessData's, AD Lab, and just a lot of tools that we

5  have in our toolbox that I've taken formal classes or webinars

6  to learn how to use them or how to interpret the data as it's

7  presented.

8  Q.   Did you attend college?

9  A.   I did.

10  Q.   When did you graduate, and what was your degree in?

11  A.   I graduated college in '91.  Bachelor of Science in

12  Business Administration.

13  Q.   And did you pursue your education after you received your

14  bachelor's degree?

15  A.   I did.  I had a master's degree in the late '90s, computer

16  information systems.

17  Q.   Approximately how many times have you provided forensic

18  examinations and analysis in order to assist with cases or

19  active investigations by the FBI?

20  A.   Specific examination requests and technical requests have

21  come through our office.  I've probably personally worked about

22  300 plus equating to well over a thousand devices.

23  Q.   And what types of cases or subject matter do you perform

24  your digital forensic examinations for?

25  A.   Any federal nexus that or police assist case that would

1   come into our office based upon the duties of the FBI.

2   **Q.**   Have you ever testified as an expert witness before in the

3   area of digital forensics?

4   **A.**   I have.

5   **Q.**   When and where was that?

6   **A.**   In 2021 I testified in Baltimore City court and also in

7   2023 I testified in District of Maryland court.

8   **Q.**   When you say the District of Maryland court, this exact

9   courthouse; is that correct?

10  **A.**   Yes, it is.

11         **MS. MCGUINN:**  Your Honor, at this time the Government

12  would move Agent Oberly in as an expert in the field of digital

13  forensics and analysis of computer mobile devices.

14         **MR. PROCTOR:**  That would be without objection.

15         **THE COURT:**  Without objection.  Stand by.  I'll

16  instruct the jury.

17        Ladies and gentlemen, first of all, let me qualify the

18  expert as a field in digital forensics, and he may testify as

19  to his opinions in that regard.

20        Ladies and gentlemen, you're about to hear the testimony

21  of a so-called expert witness.  This hasn't happened previously

22  in this trial so I want to explain this to you.  Someone who

23  has been qualified to the court's satisfaction as an expert

24  witness is allowed to express his or her opinion on those

25  matters about which he or she has special knowledge and

1  training.  In this case, I found that this witness is an expert
2  in the area of digital forensics.
3        Expert testimony is presented to you on the theory that
4  someone who is experienced in the field can assist you in
5  understanding the evidence or in reaching an independent
6  decision on the facts.  In weighing an expert's testimony, you
7  may consider the expert's qualifications, his or her opinions,
8  his or her reasons for testifying as well as all of the other
9  considerations that ordinarily apply when you're deciding
10 whether or not to believe a witness's testimony.
11       You may give the expert testimony whatever weight, if any,
12 you find it deserves in light of all of the evidence in the
13 case.
14       You should not, however, accept the witness's testimony
15 merely because he or she is an expert.  Nor should you
16 substitute it for your own reason, judgment, and common sense.
17 The determination of the facts in this case rests solely with
18 you as I have now told you many times.
19       You may inquire.
20            MS. MCGUINN:  Thank you, Your Honor.
21 BY MS. MCGUINN:
22 Q.   Agent Oberly, can you describe the lab where you work?
23 A.   It's a secure facility within the Baltimore field office
24 itself.  And we have five civilian examiners, and I'm the only
25 special agent in that group.  And basically it has alarms and

1  sign-in sheets and formal process in order for people to be

2  admitted that are not authorized.

3  Q.    And do you all have a specific name or acronym that you

4  use to describe your division?

5  A.    The division is Baltimore field office.  We call it

6  BA-FBI.  The specific lab we commonly refer to it at CART,

7  computer analysis response team.

8  Q.    Thank you.  How many sworn agents or task force officers

9  do you serve or assist with digital forensics?

10 A.    I believe there's about 200 within the FBI's Baltimore

11 division.

12 Q.    So is it like CSI where you're able to do your analysis

13 within an hour or two upon receiving your device?

14 A.    I wish.  Basically, every single device could give us some

15 type of issue.  It's not uncommon for a device to take a day or

16 two to actually extract the data, and then for us to move on to

17 the next process which is verifying that the data that we've

18 got is the complete amount of data.  And we assign a hash value

19 to the extraction itself, and then move on with the processing,

20 which can also take several days or weeks.

21 Q.    Can that contribute to your delay of getting the official

22 findings of your analysis to the case agents that you're

23 working with?

24 A.    Yes.

25 Q.    What about just sheer numbers of how many devices you

Direct of Agent Oberly by McGuinn                    122

1  have?

2  **A.**   Yes.  I mean, when you think about it, everybody

3  predominantly has at least one cell phone.  It's not uncommon

4  for people to have two or three.  And then you would put on

5  computers and other digital devices that they may be

6  communicating with and saving data to and that's a lot of

7  digital devices to deal with it.

8  **Q.**   Is there a queue or a waiting list within CART of devices

9  that need to be analyzed?

10 **A.**   There are.

11 **Q.**   And it takes some time, as you've testified to?

12 **A.**   Correct, correct.

13 **Q.**   Because of that, do the investigating agents that you work

14 with, do they get a working copy of some of the downloads so

15 they can work with that while you do the official analysis?

16 **A.**   Yes.

17 **Q.**   What's the purpose of that?

18 **A.**   It's for them to be able to continue on with the case.

19 Specifically, certain cases need to be handled more priority

20 than what our analysis can wait for.  It allows them to serve

21 additional -- get knowledge so they can serve additional search

22 warrants for social media accounts or online email accounts or,

23 at a minimum, preserve that data while they build more probable

24 cause for the search warrants.

25 **Q.**   Are you familiar with the term "IMEI"?

**JA1008**

Direct of Agent Oberly by McGuinn                      123

1   A.   Yes, international mobile equipment identifier.

2   Q.   What is an IMEI in terms of a cell phone?

3   A.   It's basically an electronic serial number of the device

4   itself.  Every single phone is going to have a unique IMEI

5   number.

6   Q.   Are you familiar with the term of "hash value" or "hash"?

7   A.   Yes.

8   Q.   What is that?

9   A.   So hashing is basically doing a mathematical calculation

10  of data, of files, of hard drives.  The FBI, we tend to use

11  what's called the Message Digest 5 hasher, the MD5 hash.  And

12  it's a set algorithm that when we calculate that algorithm on a

13  piece of data and it provides a very long alphanumeric string

14  that is unique to that particular file or hard drive or

15  whatnot.  It's almost the equivalent of everybody has a unique

16  fingerprint.  And with that, if you were to cut your finger or

17  burn your finger, completely damage your finger, your finger

18  would change.

19       The hash algorithm or MD5 hash file or hard drive is

20  basically equivalent to the fingerprint of that file or hard

21  drive.

22  Q.   Okay.  Did there come a time when you became involved in

23  the investigation surrounding Christopher Kenji Bendann?

24  A.   Yes.

25  Q.   And your involvement, was it limited to digital forensics?

1   **A.**   It was.

2   **Q.**   Just to be clear, since you are a sworn agent, you didn't

3   do any investigation of witnesses?

4   **A.**   No.

5   **Q.**   You didn't meet with any potential victims in this case?

6   You didn't go to the Gilman School and do any investigation?

7   **A.**   No, no.

8   **Q.**   Okay.  And you did the analysis of the digital devices

9   that were seized in this particular case?

10  **A.**   I did.

11  **Q.**   And in August of 2023, did you begin your analysis of the

12  devices and of the iCloud?

13  **A.**   Yes.

14  **Q.**   And you were made aware that Agent Rachel Corn of the FBI

15  had gotten a search warrant for an iCloud?

16  **A.**   Yes.

17  **Q.**   Do you remember what the name associated with that iCloud

18  was?

19  **A.**   I want to say it was Chris Bendann.

20  **Q.**   Okay.  And did you do the analysis of that iCloud?

21  **A.**   I did.

22  **Q.**   In addition to the iCloud, were you given devices that

23  were seized ultimately by Baltimore County from the Defendant's

24  home for you to do an analysis?

25  **A.**   Yes.

Direct of Agent Oberly by McGuinn                    125

1   **Q.**   If we can bring Government's 105.

2         First, the letters all the way over in the left column,

3   1B1, 1B2, can you explain what that nomenclature is or what

4   those, 1B1, what that means?

5   **A.**   Sure, sure.  Within our case management system we have a

6   specific module that tracks all evidence that is entered or

7   seized and used for that particular case.  The 1B number is

8   just the sequential next item of evidence seized for the case.

9   So 1B1 is the Apple iPhone 11, the second item seized is Apple

10  iPhone 6 and so on.

11  **Q.**   And that 1B1, 1B2 is unique to the FBI and that's how you

12  all keep track of what device is being looked at or analyzed by

13  you --

14  **A.**   Yes.

15  **Q.**   -- and ultimately put in the property room and preserved?

16  **A.**   Correct.

17  **Q.**   Did you conduct analysis of each and every one of these

18  devices?

19  **A.**   Yes.

20  **Q.**   If we could zoom in just on the 1B1 down to 1B8, please.

21        Agent Oberly, these four devices here, are these the

22  devices that you actually found derivative evidence on these

23  devices?

24  **A.**   Yes.

25  **Q.**   If we can pull out the 1B3 as well.  And this particular

**JA1011**

1  device, you looked at this device as well?

2  **A.**   Yes.

3  **Q.**   Prior to beginning your analysis of these devices and the

4  iCould, were you given information about the general nature of

5  this investigation and some key points or terms to sort of

6  direct your attention to?

7  **A.**   I was.

8  **Q.**   Who provided that information to you?

9  **A.**   Special Agent Corn.

10  **Q.**   And once you completed your analysis of the iCloud account

11  and these devices, who did you ultimately provide the results

12  of your analysis to?

13  **A.**   Special Agent Corn.

14  **Q.**   Agent Oberly, are you familiar with Apple iPhones and the

15  Apple iCloud as part of your work as a forensic examiner?

16  **A.**   I am.

17  **Q.**   And with regard to iClouds, can you describe a little bit

18  about how -- what iCloud is and where it is maintained?

19  **A.**   Sure.  Basically iCloud is part of the Apple ecosystem.

20  They -- they make it easy and for users of Apple devices such

21  as laptops, computers or cell phones, to be able to save their

22  data to a common repository and never really have to worry

23  about losing the data.  So if they were to lose a device,

24  switch devices, maybe run out of room on their device, that

25  data is actually stored in a data center somewhere, Apple

1  refers to it as the iCloud.

2  **Q.**   Do you know where the servers for Apple iCloud are located

3  geographically?

4  **A.**   I believe it's California, Nevada, North Carolina.  I know

5  they're building one in Iowa, and there are a couple overseas.

6  **Q.**   Is the iCloud that you just discussed the only way that

7  Apple devices can be backed up and preserved?

8  **A.**   No.

9  **Q.**   Can you describe another way that that can happen instead

10 of an iPhone linked to its iCloud?

11 **A.**   Sure.  An individual could use a software tool.  Commonly

12 it's iTunes, which is another software tool developed by Apple.

13 They connect their device to a computer and at that point they

14 can elect to have their device's data backed up to that

15 computer.

16 **Q.**   Okay.  And you had the opportunity to analyze the contents

17 of iCloud cbendann@gmail.com provided by Apple; is that

18 correct?

19 **A.**   Yes.

20 **Q.**   And when it was first received by the FBI, in general, was

21 it encrypted or protected in any way?

22 **A.**   So when the FBI receives data from Apple it is encrypted.

23 It goes directly to our facility in Quantico where they decrypt

24 it.  There's actually, it's my understanding, two forms of

25 encryption, the actual file itself comes in encrypted and then

**JA1013**

1  there is Apple-specific encryption within the file.

2  **Q.**   And by the time you get it to do your analysis, is it now

3  unencrypted due to the work by the folks in Quantico?

4  **A.**   It is.

5  **Q.**   And in this specific case, did you provide a working copy

6  to Agents Corn and Agents Walker so that they could continue

7  their investigation and as you described do other work that

8  might need to be done in this case?

9  **A.**   Yes.

10 **Q.**   And your analysis, I assume, took much longer than just

11 receiving it and two hours later you had results; is that

12 right?

13 **A.**   Correct, correct.

14 **Q.**   And you received from Apple two versions of the iCloud

15 from cbendann@gmail.com; is that correct?

16 **A.**   Yes.  They're contained in one file but it's actually two

17 versions.

18 **Q.**   Can you describe what two versions of the same iCloud

19 account mean in this particular instance?

20 **A.**   Sure.  So through the course of the agent's investigation

21 it's not uncommon for them to actually preserve data.  Issue a

22 request to Apple, or some other internet service provider, to

23 preserve data prior to them having a probable cause to actually

24 do a search warrant for that particular account.

25      So when Apple sends that data to us, we will see almost

1  the same exact files but there are differences between them.

2  Because one of them is from the day of the preservation and

3  then the other one is when ultimately the warrant was actually

4  served on them.

5  **Q.**   And that occurred in this particular case; is that

6  correct?

7  **A.**   It did.

8  **Q.**   Given the nature of this case, that it involves

9  allegations of sexual exploitation of children, was there a

10 type of file that you were most interested in viewing first?

11 **A.**   The media files.

12 **Q.**   That includes photos and videos?

13 **A.**   Correct.

14 **Q.**   Did you locate a photo library associated with the

15 Defendant's iCloud from the Apple return that was given to the

16 FBI?

17 **A.**   Yes.

18 **Q.**   Upon viewing that library, were there any subfolders?

19 **A.**   Yes.

20 **Q.**   Was there any that caught your eye or was of interest to

21 you upon first viewing the iCloud return?

22 **A.**   Yes.

23 **Q.**   Which one?

24 **A.**   It was called expunged.  I hadn't seen that before in

25 previous analysis of iCloud so I found that very interesting.

Direct of Agent Oberly by McGuinn                    130

1  **Q.**   At this point, are you familiar with what the expunged

2  folder is in terms of how it works within iCloud?

3  **A.**   Yes.  I actually reached out to Apple's law enforcement

4  desk to add some light to that to explain it.  Apple tends to

5  provide us the basic information along with the file.  But this

6  was definitely unusual so I wanted to understand more, how and

7  why the files would have been in that expunged folder.

8  **Q.**   Were you able to garner that information from iCloud?

9  **A.**   I was.

10 **Q.**   With regard to the expunged folder, what types of files

11 are contained in the expunged folder when you see that in the

12 iCloud?

13 **A.**   So based upon what Apple representatives sent back to me,

14 if a file is specifically deleted from a device it goes into

15 the expunged folder, and it stays there until either the

16 individual deletes it again from their device or another backup

17 occurs from -- by the user basically backing up their data.

18 **Q.**   And you're familiar with the Apple iPhone and the photo

19 library as part of your work as a digital forensic examiner?

20 **A.**   Yes.

21 **Q.**   Can you explain to the ladies and gentlemen of the jury

22 what is EXIF, E-X-I-F, data?

23 **A.**   Sure.  That's exchangeable image file format.  That's

24 actually data that is associated with a picture or video.  It's

25 actually written in there by the device that's taking that

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA1016**

Direct of Agent Oberly by McGuinn                    131

1  particular picture or video.  It's written into the file.
2  **Q.**   What type of data is written into the file of such that
3  you're describing this EXIF data?
4  **A.**   So it generally will have the date and time of when the
5  specific file or picture or video was taken as well as
6  potentially GPS coordinates, if the device has that ability to
7  have global positioning system.
8       It'll also have the other information about the lenses of
9  the device, the type of software that may be running on the
10 device, and a lot of -- a lot of data specifically that
11 describes more on the environment on how that picture or video
12 was taken.
13      Typically, from my research, I've learned that
14 professional photographers really rely on that because they're
15 always try to enhance and better their next picture.  So it's
16 going to have almost detail information as far as whether or
17 not the flash went off, what type of camera.  Specifically on
18 the iPhones was it the front camera or back camera.  Things
19 like that.
20 **Q.**   Can it describe which type of device was used to create
21 that file?
22 **A.**   It does.
23 **Q.**   Can EXIF data be changed or manipulated by the user of the
24 device?  In this case, I'm just going to refer to an iPhone
25 because that's what we're talking about in this case.

Direct of Agent Oberly by McGuinn                    132

1  **A.**    Yes.

2  **Q.**    Can you describe any testing or research you did as part

3  of your analysis in this case as to how EXIF data can be

4  changed or manipulated on an iPhone?

5  **A.**    Sure.  So basically if you have a photo or video and you

6  go in and decide that you want to crop something out of that,

7  what you're actually doing is changing the photo.  So when you

8  change that photo you're actually changing the EXIF data

9  underneath that existing photo.

10 **Q.**    So, for example, if I took a photo of myself with

11 Ms. Jarman and Agent Corn, right now it would be dated

12 August 26 of 2024?

13 **A.**    Correct.

14 **Q.**    Tomorrow I decided I no longer wanted these two in the

15 photo, I just wanted me, and I cropped it tomorrow, the EXIF

16 data would be different?

17 **A.**    It would be.

18 **Q.**    What would you expect it to be then?

19 **A.**    Tomorrow's date.

20 **Q.**    Are you familiar with iPhones and Apple's internal

21 operating system or IOS in terms of your role as a digital

22 forensic examiner?

23 **A.**    Yes.

24 **Q.**    And how is the IOS named within the Apple universe?

25 **A.**    So they have basically release numbers for IOS.

```
 1   Generally, once a year Apple will have a major release.  It's
 2   usually in September.  It's a sequential number.  It keeps
 3   moving up.
 4   Q.    Those periodic updates, are users informed of it by Apple?
 5   A.    Yes.
 6   Q.    And how is it then implemented or uploaded into the
 7   device?
 8   A.    So, I mean, at a certain point the user is going to keep
 9   get prompted to update for the latest version.  They can choose
10   to ignore it for as long as they possibly can.  But Apple is
11   very security conscious and they always want people to upgrade
12   to the latest as soon as possible to make sure that, you know,
13   their devices are not specifically vulnerable to outside.
14   Q.    Is there an IOS version that allows the manipulation of
15   EXIF data?
16   A.    Yes.
17   Q.    Could that have been done before the version 15 of IOS?
18   A.    Not through IOS itself, no.
19   Q.    Other than Apple IOS 15 and above, can EXIF data be
20   manipulated or changed by the device user using some other type
21   of method?
22   A.    Yes.
23   Q.    Can you describe that?
24   A.    So there are third-party applications that individuals can
25   load on their phone that would actually give the ability to do
```

**JA1019**

Direct of Agent Oberly by McGuinn                    134

1  that or, you know, very similar to the example with the photo

2  cropping.  They could have also used the native photos app and

3  actually cropped videos and pictures.  And that, too, would

4  change the EXIF data.

5  **Q.**    Would a person have to have knowledge of those particular

6  apps and how to use them?

7  **A.**    Yes.

8  **Q.**    Is EXIF data, you sort of touched on this, but is it

9  contained or embedded in the actual contents of the file.

10  Using for example the photo I take of the three of us today?

11  **A.**    It's actually embedded in the content.

12  **Q.**    And if a person did have knowledge of how to change it or

13  access to that photo or video, would the hashtag or that

14  fingerprint you talked about before, would that also change?

15  **A.**    Absolutely.

16  **Q.**    If I go to a photo or video, for example, of the three of

17  us, using that as an example, and let's say I call it or change

18  the title to Colleen in court, will that change the hash if I

19  change the title of that photo as it's saved?

20  **A.**    No, just the photo will not change the hash.

21  **Q.**    Is that analogous to anything in actual life you can

22  describe when you just change the title but not the hash?

23  **A.**    So it's kind of you look at -- you look at a package that

24  you may take to the post office.  So you may have an address

25  written on the outside and when you get to that post office

1  they may stamp it with different stamps of theirs, put extra
2  tape and stickers and whatnot on it, but it doesn't change the
3  content that is actually in that package.
4       So I like to think of the EXIF data as like a packing list
5  of the contents of the file.
6       So the post office is going to route that package where
7  ever it needs to go and they're going to write all over the
8  outside and stamp all over the outside, but the contents is not
9  going to change unless the post office actually opens the
10 package.
11      And then if they were to take something out, or simply go
12 in and change the packing list and make the packing list not
13 match the contents, then at that point the MD5 of the package
14 or the actual package itself is going to change.
15 Q.   Okay.  With regard to the iPhones in this particular case,
16 which we'll get to, did you observe any of them to have an
17 operating system above a 15?
18 A.   No.
19 Q.   In this particular case, within the iCloud were you able
20 to locate media files of                  , the victim in this
21 case, as well as the Defendant relative to the first five
22 charges in this particular case?
23 A.   Yes.
24 Q.   Where within the iCloud that you received from Apple that
25 result, where were those media files located?

Direct of Agent Oberly by McGuinn                    136

1   A.   In the expunged folder.

2   Q.   Would you, therefore, have expected to find those five

3   counts, those five sets of media files on any of the actual

4   Apple devices themselves since it was in the expunged file in

5   the iCould?

6   A.   No.

7   Q.   Were you able to view these files?

8   A.   I was.

9   Q.   Were you able to extract EXIF data with those media files

10  for our first five counts?

11  A.   Yes.

12  Q.   And with regard to Count 1, the video file associated with

13  Count 1, we'll get to that, but you agree that there's some

14  differences to that one compared to the other four counts that

15  we're going to discuss in a moment?

16  A.   Yes.

17  Q.   So we'll get back to Count 1.

18  A.   Okay.

19  Q.   So if we can start with Government's 107.  And there are

20  three pages to this, Agent Oberly.

21       You recall analyzing this particular file with which is

22  Government's -- the actual media file is Government's 132A, B

23  and C.  But you recognize the information contained in this

24  chart here?

25  A.   Yes.

**JA1022**

1  **Q.**   Who prepared the information contained in this chart?

2  **A.**   I did.

3  **Q.**   If you could scroll down very quickly to the next page,

4  6967 and 6968.  There are three media files associated with

5  this count; is that correct?

6  **A.**   Yes.

7  **Q.**   You can go back to the first page.  Thank you.  One more

8  page up.  Oh, that's the first one, I'm sorry, yes, thank you.

9       This EXIF data, can you describe what is a file path?

10 **A.**   Sure.  Within the iCloud or even within any device there

11 is a logical path on where the data specifically is.  And

12 specifically here in the iCloud the production that comes from

13 Apple is production_105474467.extracted.zip.  This is what

14 comes from Apple itself.  The rest of the path is provided as

15 it comes directly from Apple on how they're actually sorting

16 and saving that data.

17 **Q.**   So the very last portion of that file path is expunged,

18 such as you were talking about you found it in the expunged

19 folder within the iCloud?

20 **A.**   Yes.

21 **Q.**   With regard to the media create date and time.  The first

22 one says UTC?

23 **A.**   Correct.

24 **Q.**   For those who don't know, can you explain what UTC is?

25 **A.**   Sure.  The UTC is basically the equivalent of Greenwich

1 Mean Time.  It's zero degrees on the prime meridian of the

2 earth in longitude.  So from there is where basically the world

3 clock is set and then as you move certain degrees east or west

4 time zones will actually change.

5    So in this particular case, it's a four-hour difference

6 because the next row down is Eastern Time.  So during the

7 summertime we are four hours behind the Universal Time Code

8 versus Eastern Time, it's at 17 minutes past midnight.

9 **Q.**   So in layman's terms, this video, the EXIF data shows that

10 this video was made 12:17:51 a.m.?

11 **A.**   Correct.

12 **Q.**   And what make and model of the device was used to create

13 this particular media file?

14 **A.**   Apple iPhone 7.

15 **Q.**   And that software, is that the IOS that we were talking

16 about?

17 **A.**   It is.

18 **Q.**   And last column, MD5 hash.  You indicate the hash is that

19 fingerprint, is this what you're talking about?

20 **A.**   That's correct.

21 **Q.**   This is unique specifically to this file, IMG6966?

22 **A.**   Yes.

23 **Q.**   If I changed, again, this file and called it Government's

24 Exhibit instead of IMG6966, would you expect the hash to

25 change?

Direct of Agent Oberly by McGuinn                    139

1   A.   No.

2   Q.   We can go to Page 2.  Again, same thing, the file path,

3   you found this alongside --

4   A.   Yes.

5   Q.   -- that first media clip?

6   A.   Yep.

7   Q.   This was also at, using Eastern Standard Time,

8   12:14:36 a.m. so a few seconds after the previous clip?

9   A.   Correct.

10  Q.   And that's clearly the start time of when the video

11  started?

12  A.   Yes.

13  Q.   Okay.  And, again, what device was used to make this

14  particular file?

15  A.   The Apple iPhone 7 running IOS 11.4.

16  Q.   And again that hash value unique to this media file.

17  A.   Yes.

18  Q.   Page 3, please.  Same, this is the third media clip

19  associated with this file?

20  A.   Correct.

21  Q.   This was at 12:04:30 seconds a.m.?

22  A.   Yep.

23  Q.   In Eastern Time?

24  A.   Yep.

25  Q.   What device was used to create this?

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA1025**

1   A.   The Apple iPhone 7 running IOS 11.4.

2   Q.   Great.  And this was also unique MD hash ending in D36?

3   A.   Yes.

4   Q.   Government's 108.  I'm showing you Government's 108 which

5   is associated with Government's 139A and B.  This is for Count

6   3.

7        Do you recognize this particular chart?

8   A.   Yes.

9   Q.   And who gathered the information that's contained in this

10  chart?

11  A.   I did.

12  Q.   And there were two media files associated with this count;

13  is that correct?

14  A.   Yes.

15  Q.   If we can scroll to the next page.

16       Do you recognize this one as well?

17  A.   Yes.

18  Q.   Go to the first.  Thank you.

19       Similarly to the other one, this was also found using the

20  file path in the expunged folder of the iCloud?

21  A.   Yes.

22  Q.   Okay.  According to this, what was the date of this

23  particular Count 3 media files?

24  A.   It was August 26, 2018.

25  Q.   And what time of day?

Direct of Agent Oberly by McGuinn                    141

1    **A.**    Eastern Time.  It was 1:07:55 seconds a.m.

2    **Q.**    What type of device was used to make this?

3    **A.**    Apple iPhone 7.

4    **Q.**    In this particular case, you were able to extract some GPS

5    information; is that correct?

6    **A.**    Yes.

7    **Q.**    You provided that information to the investigating agents,

8    Walker and Corn?

9    **A.**    Yes.

10   **Q.**    You can turn to the next page, please.

11       Similarly, the second related video clip, what time of day

12   was this one?

13   **A.**    Eastern Time it was 12:48 a.m. in the morning.

14   **Q.**    Similarly this was also found in the expunged folder?

15   **A.**    Yes.

16   **Q.**    Made with iPhone 7?

17   **A.**    Yes.

18   **Q.**    Again, you were able to extract GPS data from the EXIF

19   data and provide that to the investigators?

20   **A.**    Correct.

21   **Q.**    Government's 109.  This is for IMG6969, which is the

22   actual file of Government's 145, Count 4.  Do you recognize the

23   information in this chart?

24   **A.**    Yes.

25   **Q.**    Did you compile this?

1   **A.**   I did.

2   **Q.**   And, similarly, this media file was also found in the

3   expunged folder?

4   **A.**   Yes.

5   **Q.**   What is the date and time of day this media file was

6   created?

7   **A.**   January 2nd, 2019, at 1:30:43 seconds of the morning.

8   **Q.**   Like the media clips from before, this was also made with

9   an iPhone 7?

10  **A.**   Yes.

11  **Q.**   You were able to have EXIF data associated with this

12  count, Count 4?

13  **A.**   Yes.

14  **Q.**   And you provided that to the investigators?

15  **A.**   Yes.

16  **Q.**   Government's 110, please.  This is Government's 110,

17  associated with Government's 150 which is IMG6976.  Do you

18  recognize the information in this chart?

19  **A.**   Yes.

20  **Q.**   And this is related to Count 5.  And what was the date and

21  time associated with this video file?

22  **A.**   It's February 9, 2019, at 10:54 a.m.

23  **Q.**   This particular media file was created with what type of

24  device?

25  **A.**   Apple iPhone XS running software 12.1.2.

Direct of Agent Oberly by McGuinn                    143

1  **Q.**   Similarly, you were able to get GPS data associated with
2  this file?
3  **A.**   Yes.
4  **Q.**   You provided that to the investigators?
5  **A.**   I did.
6  **Q.**   Other than these four counts, the other one which we're
7  going to discuss in a moment, did you also turn over the rest
8  of the entire iCloud for analysis to the investigators?
9  **A.**   I did.
10 **Q.**   Thank you.
11      Can you explain, as to the iPhones themselves, can you
12 explain the process of extracting data off of iPhones.
13 **A.**   So we have a couple of tools that we'll connect to the
14 device and interrogate the device.  It makes the USB port
15 active to be able to allow data to extract.  And then we
16 extract the device.  Once that data is extracted, we then
17 provide the hashing algorithm to it and basically say, okay,
18 this is the best evidence that we have.  Likewise, the tool
19 when it extracts the data is also calculating that hash.  So we
20 compare the file that we got based upon what the tool says it
21 calculated it to.
22 **Q.**   You received the analysis for the extraction of 1B1, the
23 iPhone 11; is that correct?
24 **A.**   I did.
25 **Q.**   If we can pull up Government's 82, the actual phone.  If

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

```
1   we can pull up Government's 111.
2          Do you recognize this, Agent Oberly?
3   A.   Yes.
4   Q.   What does this chart depict?
5   A.   So this is the basic information that was pulled from the
6   device at the time of the extraction itself.
7   Q.   Okay.  And what was the name of this particular device?
8   A.   Chris iPhone.
9   Q.   The software version, is that the same as the IOS?
10  A.   Correct.
11  Q.   What is that?
12  A.   16.2.
13  Q.   And the phone number associated with this device?
14  A.   (410)960-9562.
15  Q.   Okay.  And the third from the bottom, backup state.  When
16  was this device last backed up prior or at the time that you
17  had done the analysis, when was this iPhone last backed up?
18  A.   February 3rd, 2023.
19  Q.   Okay.  And who is the listed owner of this device?
20  A.   Chris Bendann.
21  Q.   What accounts were associated with this device?
22  A.   Cbendann@gmail.com, cbendann@gilman.edu.
23  Q.   The investigating agents in this case did a search warrant
24  for the iCloud on February 9, 2023; is that correct?
25  A.   I believe so.
```

Direct of Agent Oberly by McGuinn                          145

1  **Q.**   Is that what you mean when you received two versions from

2  Apple iCloud?  One from the preservation time and one from the

3  time that the search and seizure was done of the iCloud?

4  **A.**   That's correct.

5  **Q.**   Using keywords given to you by the investigators, were you

6  able to locate any emails of interests with regard to Instagram

7  on this particular device?

8  **A.**   Yes.

9  **Q.**   Do you recall what that Instagram account was named or

10 something close to it?

11 **A.**   I wanted to say it started FD underbar -- I can't recall

12 specifically.  I know it was unique to a search term that I

13 couldn't understand why that search term was initially being

14 there until I found it.

15 **Q.**   Okay.  But you provided that information to the

16 investigators to take a look at when you located it?

17 **A.**   Yes.

18 **Q.**   Did you turn over the rest of the results from this phone

19 after you did your analysis to the investigators?

20 **A.**   I did.

21 **Q.**   With regard to 1B2, which is the Apple iPhone 6 -- I'm

22 holding up what is Government's Exhibit 38 -- did you do an

23 analysis of the extraction of this particular device?

24 **A.**   Yes.

25 **Q.**   If we can pull up Government's 112.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA1031**

1    What was the name of this particular device iPhone 6, also

2  known as 1B2?

3  A.    Chris iPhone.

4  Q.    And this is an iPhone 6 model?

5  A.    Yes, it is.

6  Q.    Third from the bottom, when was this device last backed

7  up?

8  A.    September 1st, 2019.

9  Q.    And the owner name and accounts associated with it?

10  A.    Cbendann@gmail.com.

11  Q.    Lastly, 1B3, which is Government's Exhibit 84, IPhone XS,

12  did you have an opportunity to look at the analysis on this

13  particular device?

14  A.    Yes.

15  Q.    We can bring up Government's 113, please.

16    What was the name of this particular device?

17  A.    C bends iPhone.

18  Q.    That last bottom backup state, can you describe what that

19  says and what it means?

20  A.    ITunes backup, not encrypted.  Last backup date, never.

21  Q.    What does that mean to you?

22  A.    So there potentially was an iTunes backup of this

23  particular device and it was not in an encrypted state when it

24  backed it up, but it's also saying that it's also never been

25  backed up.  So a little confusing on how the tool actually

1  explains that.

2  **Q.**   Agent Oberly, did you also exam the contents or

3  extractions of the two laptops at issue in this particular

4  case?

5  **A.**   I did.

6  **Q.**   And I'm not going to necessarily take them out of the box,

7  but I'll show you the labels, the 1B4, the Dell?

8  **A.**   Yep.

9  **Q.**   And 1B8, which is Government's 86, which is the Sony.  And

10  just for the record Government's 85 is the Dell.  You did the

11  analysis and the extractions from these two devices?

12  **A.**   I did.

13  **Q.**   Is the analysis done of laptops a different process than

14  the analysis you do for cell phones?

15  **A.**   It is.  The Windows devices basically -- the user has a

16  lot more interaction with them; whereas, with the mobile

17  devices the applications and the internet operating system or

18  IOS associated with the Apple iPhone tends to lock what the

19  user can do.

20      So with computers running Windows, the user can save files

21  wherever they typically want to.  They can, you know, have

22  freer availability to move things around.  Not necessarily have

23  to stick in the regimen of what IOS -- where it's going to

24  force things to be saved and how it's going to be saved.

25  **Q.**   Okay.  Can we review a couple terms associated with how

1 digital forensics works with laptops?

2 **A.**    Sure.

3 **Q.**    Can you explain, what is a physical image and what is a

4 forensic image?

5 **A.**    Okay.  A physical image, basically we look at a hard drive

6 and it could have various partitions on it.  A partition, you

7 would think of it as like your C drive, possibly your D drive.

8 So a physical image is going to take all of the data on that

9 hard drive, bring it together into one, what we call an expert

10 witness file, and that hash of that expert witness file should

11 match the hash of the hard drive itself.

12 **Q.**    Okay.  And do you use different tools than Cellebrite, for

13 example, to do your analysis of the forensic image that is

14 extracted from these laptops?

15 **A.**    Yes, yes.  So because computer forensics has been around a

16 lot longer, we actually have more tool sets available to us to

17 do this analysis.  So between AccessData's AD Lab, X-Ways

18 Axiom, those are some of the ones we primarily use.  We can

19 look at the data in different formats because each tool is

20 going to present the data slightly different and it helps with

21 the interpretation of that data itself.

22 **Q.**    What does the "term" allocated space mean?

23 **A.**    So allocated space is space on a hard drive that is

24 allocated to a specific file system.

25        So you may have your C drive on a 1-terabyte hard drive,

1  the physical hardware can hold up to 1 terabyte but your C
2  drive may only hold 250 gigabytes of data.
3  **Q.**    What is unallocated space?
4  **A.**    So unallocated space on a hard drive would be the residual
5  750 gigabytes of data on the hard drive itself that basically
6  it's not there to be able to be used by the computer.  It's
7  kind of just sitting out there at some point in time you could
8  create another drive or expand your C drive in order to take up
9  that excess data.
10 **Q.**   Is that the same or different than the terminology "free
11 space"?
12 **A.**    So free space is actually data within an allocated
13 partition that has not been used yet.  So it could have been
14 used, and then if a series of files were deleted the operating
15 system sees that, hey, I can start overwriting files onto this
16 free space.  And it is different from unallocated space in that
17 unallocated space basically the computer doesn't realize it
18 exists until the user makes a partition.
19 **Q.**    If I were to create a document right now on Word that
20 said, "I love being in court," and I deleted it, where would
21 you expect that to be found on my approximate laptop?
22 **A.**    In free space of the allocated.
23 **Q.**    And what does it mean to use the term "carved out"?
24 **A.**    So in that free space, the file doesn't go away, it's
25 still sitting there.  So when we use our forensics tools to

**JA1035**

1  carve, what we're actually doing is trying to bring pieces of
2  files that have been deleted back together.  Sometimes you can
3  get the entire file; sometimes you only get portions of the
4  file.
5  **Q.**    So I guess relatedly, if you delete, like I deleted "I
6  love court" document, and I deleted it, is it ever truly gone?
7  **A.**    Not until it's been overwritten.
8  **Q.**    Okay.  So is that what you're talking about that you could
9  go into that carved space with tools and try to find that
10 document that I've now deleted?
11 **A.**    Yes.
12 **Q.**    Is that true for media files such as videos and photos?
13 **A.**    Yes.
14 **Q.**    Government's Exhibit 117.  Have you had an opportunity to
15 see this before?
16 **A.**    Yes.
17 **Q.**    And the information that's in the lower left corner, do
18 you see that?
19 **A.**    I do.
20 **Q.**    Is that EXIF data?
21 **A.**    Well, it could be but what it actually is is it would
22 be -- what I would consider to be subtitles written over top of
23 the file.  So the data of March 27, 2017 is actually contained
24 within the file itself as opposed to being -- it's part of the
25 file.

1      So as opposed to being EXIF data which is describing how
2   that particular file was taken.
3   **Q.**   So someone who's perhaps older like me who remembers
4   camcorders --
5   **A.**   Yes.
6   **Q.**   -- and you're using a camcorder and you haven't set the
7   date, and it says January 1st, 2000 for, like, 10 years, is
8   that what you're talking about when you say subtitles?
9   **A.**   Exactly.
10  **Q.**   And have you seen this particular image before such that
11  you know where it came from?
12  **A.**   Yes.
13  **Q.**   Where did it come from?
14  **A.**   Item 1B4.
15  **Q.**   And 1B4 is our Dell laptop?
16  **A.**   Yes.
17  **Q.**   And where, within the Dell laptop, did this come from?
18  **A.**   So it was actually in free space on the Dell laptop.
19  **Q.**   And what does that tell you about its existence or to be
20  viewed if someone had just turned on the computer to try to
21  look at it?
22  **A.**   So the individual would not see it without forensics tools
23  going through the carving process.
24  **Q.**   Would you rely on that information in the lower left
25  corner as reliable EXIF data without doing any other digging on

1  this particular image?

2  **A.**   No.

3  **Q.**   In particular case, if you had come across explicit images

4  of the victim in this case and the Defendant, but that what

5  we're seeing here in the bottom left is the only indicator you

6  had of date and time, would that be reliable for you as EXIF

7  data as to when that image was created?

8  **A.**   No.

9  **Q.**   Government's Exhibit 114.  Do you recognize this, Agent

10  Oberly?

11  **A.**   I do.

12  **Q.**   Who prepared information on this chart?

13  **A.**   I did.

14  **Q.**   Is this information related to the Dell laptop commonly

15  known to the FBI as device 1B4?

16  **A.**   Yes.

17  **Q.**   And per this information, did you gather this doing your

18  analysis of the device?

19  **A.**   I did.

20  **Q.**   And the device indicated the registered owner was who?

21  **A.**   Cbendann@gmail.com.

22  **Q.**   And what operating system did the Dell laptop use?

23  **A.**   Windows 10 Home.

24  **Q.**   When was that installed?

25  **A.**   March 31 of 2021.

**JA1038**

1  **Q.**   Did you locate any media files of                in this

2  case and the Defendant?

3  **A.**   Yes.

4  **Q.**   Who confirmed their identities for you?

5  **A.**   Special Agent Corn.

6  **Q.**   Were you able to obtain dates for the images that were

7  found on the Dell laptop in the -- let me rephrase that.  Were

8  you able to obtain dates for the images of minor victim

9         and the Defendant that were found on the 1B4 Dell

10 laptop, in all instances?

11 **A.**   In all instances, no.

12 **Q.**   So similar to that carved photo that we just looked at --

13 **A.**   Right.

14 **Q.**   -- why did you expect not to see EXIF data or information

15 about those types of photos?

16 **A.**   Because when you're carving a deleted item, the EXIF data

17 tends to live in basically the header of the file itself.  So

18 as an item is deleted and it's going to be one of the first

19 things that gets deleted on a file.  So the rest of the content

20 was there but the -- specifically that file is just not

21 available for plain view.

22 **Q.**   It deteriorates?

23 **A.**   It is.

24 **Q.**   Because it's been deleted?

25 **A.**   Correct.

1   **Q.**   Did you locate a directory on this Dell laptop that had a

2   mobile backup?

3   **A.**   I did.

4   **Q.**   What is a, you touched on it a little before, but what is

5   a mobile backup?

6   **A.**   So that's where somebody would actually backup their

7   mobile device to a computer.

8   **Q.**   In this case, do you know the name or designation of the

9   mobile backup for the laptop directory in this case?

10  **A.**   So Apple tends to put everything into a directory called

11  MobileSync.

12  **Q.**   Okay.  If we can bring up Government's 116.

13       Who created this graph and the information in it?

14  **A.**   I did.

15  **Q.**   And can you describe a little bit about what we're looking

16  at, sort of orient the ladies and gentlemen of the jury what

17  we're looking at?

18  **A.**   Sure.  From the upper left-hand corner, that is the actual

19  directory structure within the computer itself.  In this

20  particular computer, under the user's directory under the cbend

21  user and under the directory called Apple, there is a directory

22  by itself called MobileSync and under that are backups.  It's

23  actually, looks like two devices are backed up there because of

24  the unique identifier listed.

25  **Q.**   With the graphic that's beneath that, what is the mobile

1  backups that you were able to locate?

2  **A.**    It's the one that ends in 877 -- I'm sorry.  One that ends

3  in 9802E.

4  **Q.**    And you're using the unique device identifier when you say

5  that?

6  **A.**    Correct.

7  **Q.**    In other words, this is an iPhone 11 back up?

8  **A.**    Yes.

9  **Q.**    Okay.  And per what you were able to get from this, when

10 was the last time the iPhone 11 was backed up on the Dell

11 laptop?

12 **A.**    The 23rd of July in 2020.

13 **Q.**    What operating system was used on the iPhone 11 at the

14 time it was backed up to this Dell laptop?

15 **A.**    IOS 13.5.1.

16 **Q.**    And I believe it's already been said, but what was the

17 phone number associated with the Apple iPhone 11?

18 **A.**    (410)960-9562.

19 **Q.**    Within this mobile backup for the iPhone 11, were you able

20 to locate any particular files relative to this case?

21 **A.**    Yes.

22 **Q.**    If we can pull up Government's 118.

23        Do you recognize this Agent Oberly?

24 **A.**    I do.

25 **Q.**    Who prepared the information in the charts on these seven

Direct of Agent Oberly by McGuinn                          156

1  pages?

2  **A.**   I did.

3  **Q.**   Looking at the top, that's a duplicate of what we just

4  looked at a little bit ago related to Count 2 IMG6966 found in

5  the iCloud; is that correct?

6  **A.**   That's correct.

7  **Q.**   And below it in the green heading, is that a duplicate

8  file, or excuse me, a file that was found within the mobile

9  backup related to the iPhone 11?

10 **A.**   That is a file related to the backup of the iPhone 11,

11 correct.

12 **Q.**   And this was found it says 1B4 MobileSync, 1B4 being the

13 Dell?

14 **A.**   Yep.

15 **Q.**   And looking at the MD hash at the bottom of each chart,

16 were they the same?

17 **A.**   Yes.

18 **Q.**   And did you have an opportunity to view this specific MOV

19 file and see what it is?

20 **A.**   Yes.

21 **Q.**   And did it appear to be the same as the IMG6966 MOV Count

22 2 file?

23 **A.**   Yes.

24 **Q.**   In other words, a duplicate?

25 **A.**   Yes.

**JA1042**

1  **Q.**   We can scroll to the next page.  Again, Count 2 had three

2  media clips associated with it; is that correct?

3  **A.**   Yes.

4  **Q.**   With regard to the green version that was found in the

5  mobile backup, did you note that the -- I keep saying Maryland,

6  I'm sorry -- the MD5 hash is the same between the two?

7  **A.**   Yes.

8  **Q.**   The iCloud and the Dell?

9  **A.**   Yes.

10  **Q.**   What about the EXIF data as to date and time?

11  **A.**   It's the same.

12  **Q.**   And you had an opportunity to view this clip from the

13  iCloud as well as the version that was in the mobile backup?

14  **A.**   That's correct.

15  **Q.**   Was it the same?

16  **A.**   Yes.

17  **Q.**   Page 3, please.  And this is the third clip for Count 2,

18  the blue one being what we just looked at for the iCloud; is

19  that correct?

20  **A.**   Yes.

21  **Q.**   And the green is the associated file found in the mobile

22  backup on the Dell?

23  **A.**   Yes.

24  **Q.**   And is the hash the same?

25  **A.**   Yes.

Direct of Agent Oberly by McGuinn                    158

1  **Q.**   Was the EXIF data as to date and time of creation the

2  same?

3  **A.**   Yes.

4  **Q.**   And, in fact, even the make and model of the phone used to

5  create the --

6  **A.**   Correct.

7  **Q.**   -- video file was the same?

8  **A.**   Correct.

9  **Q.**   And you viewed both of these media files?

10  **A.**   Yes.

11  **Q.**   And they appeared to be the same?

12  **A.**   Yes.

13  **Q.**   Next page, please.  As to Count 3, which had two clips to

14  it.  The top one in blue, that's what we looked at from the

15  iCloud a little bit ago; is that correct?

16  **A.**   Yep.

17  **Q.**   And the green is the version you found on the mobile

18  backup for the iPhone 11 found on the Dell?

19  **A.**   Yes.

20  **Q.**   And again the hash is the same?

21  **A.**   Correct.

22  **Q.**   GPS?

23  **A.**   Same.

24  **Q.**   The make and model of the phone?

25  **A.**   The same.

1  **Q.**  And date and time of creation?

2  **A.**  The same.

3  **Q.**  Okay.  And you had an opportunity to view these two files?

4  **A.**  I did.

5  **Q.**  And did they appear visibly to be the same?

6  **A.**  Yes.

7  **Q.**  Next.  The second clip as related to Count 3, the top one

8  is the iCloud we just looked at for IMG6975.  Do you recognize

9  that?

10  **A.**  I do.

11  **Q.**  And the green at the bottom is the version that was found

12  in this mobile backup of the iPhone 11 on the Dell; is that

13  correct?

14  **A.**  Yes.

15  **Q.**  And what did you note in terms of the hash?

16  **A.**  It's the same.

17  **Q.**  What about the GPS?

18  **A.**  The same.

19  **Q.**  Date and time of creation?

20  **A.**  The same.

21  **Q.**  What about the device used to create?

22  **A.**  The exact same.

23  **Q.**  And did you have an opportunity to view IMG6975 as well as

24  the green version PVAsset?

25  **A.**  Yes.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA1045**

1  **Q.**    And did they appear to be the same?

2  **A.**    Yes.

3  **Q.**    Next page, please.  As to Count 4, the top blue which we

4  looked at, related to what was found on the iCloud.  The green

5  at the bottom was the hash -- did you find the hash to be the

6  same?

7  **A.**    Yes.

8  **Q.**    What about the GPS?

9  **A.**    Same.

10 **Q.**    Date and time of creation?

11 **A.**    The same.

12 **Q.**    And did you have an opportunity to view IMG6969 as well as

13 this version of it on the mobile backup?

14 **A.**    Yes.

15 **Q.**    Did they appear to be the same?

16 **A.**    They did.

17 **Q.**    Okay.  One more.  And lastly related to Count 5 which we

18 just -- we looked at a little bit ago, the Apple iCloud version

19 IMG6976, and then the green version found from the mobile

20 backup.  Same date and time?

21 **A.**    It is.

22 **Q.**    Same device?

23 **A.**    Yes.

24 **Q.**    Same hash?

25 **A.**    Yes.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA1046**

Direct of Agent Oberly by McGuinn                161

1  **Q.**   Same GPS?

2  **A.**   Yes.

3        **MS. MCGUINN:**  Court's indulgence for just one moment,

4  Your Honor.

5        **THE COURT:**  Yes.

6        **MS. MCGUINN:**  Thank you.

7  **BY MS. MCGUINN:**

8  **Q.**   And were you also able to locate some image files or jpegs

9  of              in the mobile backup as well?

10 **A.**   Yes.

11 **Q.**   And if we can bring up Government's Exhibit 119.

12       And you recognize this as a chart that you compiled?

13 **A.**   Yes.

14 **Q.**   And is it related to images that are Government's Exhibit

15 157A, B, C and D of minor victim that were found on this

16 laptop?

17 **A.**   Yes.

18 **Q.**   And with regard to the EXIF data associated with these

19 four images, were you able to determine or extract that

20 information from these image files?

21 **A.**   I was.

22 **Q.**   And what was the date and time, we'll start with the first

23 one, of creation for this photo?

24 **A.**   February 11, 2018, the Eastern conversion was

25 9:43:14 seconds a.m.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA1047**

1    **Q.**    Okay.  With regard to the device used to create it?

2    **A.**    Apple iPhone 7 running IOS 11.2.5.

3    **Q.**    Did you provide the GPS location to the investigating

4    agents?

5    **A.**    Yes.

6    **Q.**    We can go to page 2, please.

7         This second image file, did you extract, or were you able

8    to decipher the EXIF data associated with this?

9    **A.**    Yes.

10   **Q.**    What was the date and time of the creation?

11   **A.**    February 11, 2018, Eastern Time, 9:43:15 a.m.

12   **Q.**    And this was also the Apple iPhone 7, and you were able to

13   provide the GPS to the investigating agents?

14   **A.**    Correct.

15   **Q.**    Page 3, please.

16        And with regard to this image file, this was also created

17   on March 11th, 2018 per the EXIF data?

18   **A.**    February 11th.

19   **Q.**    Excuse me, February 11, 2018, for the EXIF data?

20   **A.**    Correct.

21   **Q.**    What was the time of creation?

22   **A.**    9:42:47 a.m.

23   **Q.**    In Eastern Standard Time?

24   **A.**    Yes.

25   **Q.**    What about the device used to create it?

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA1048**

1  **A.**  Apple iPhone 7, 11.2.5.

2  **Q.**  Were you able to provide that GPS information to the

3  investigators?

4  **A.**  Yes.

5  **Q.**  And the fourth file, please.

6  Similarly, this was created the same data as the other

7  three, February 11th of 2018?

8  **A.**  Yes.

9  **Q.**  What was the time of creation?

10  **A.**  1:50:43 a.m. Eastern.

11  **Q.**  And again, the Apple iPhone 7?

12  **A.**  Correct.

13  **Q.**  And you provided the GPS information to the investigators?

14  **A.**  That's correct.

15  **Q.**  Agent Oberly, you did an analysis of what you know to be

16  1B8, Government's Exhibit 86, which is the Sony laptop; is that

17  correct?

18  **A.**  Right.  That's correct.

19  **Q.**  Can we bring up Government's Exhibit 115, please?

20  Agent Oberly, who prepared the information in this chart?

21  **A.**  I did.

22  **Q.**  This is related to the Sony laptop?

23  **A.**  Correct.

24  **Q.**  What information did you learn in terms of computer name

25  and operating system for this device?

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA1049**

1  A.   So the computer name is Chris VAIO, of course the laptop

2  name is VAIO.  Operating system is Windows 10 Home.  Specific

3  release 1803.  Installed on July 12th, 2018.

4  Q.   Were you able to locate a mobile sync backup file or

5  directory on this device?

6  A.   Yes.

7  Q.   Can we go to Government's Exhibit 120.  Do you recognize

8  this?

9  A.   I do.

10 Q.   And can you describe what we're looking at?

11 A.   Sure.

12 Q.   Can you describe what we're looking at?

13 A.   This is, specifically starting in the left-hand corners,

14 Windows.old.  When a major upgrade is done to the Windows

15 operating system, the Windows operating system that is already

16 there will archive and create a folder for Windows.old in case

17 it has to revert back to the old system.

18      Under Windows.old, under the user's data, under the

19 administrator user is a subfolder called app data and then a

20 subfolder called roaming.  And then under there is the Apple

21 computer specific folder in which a lot of things associated

22 with Apple are located.  Under there is the MobileSync backup

23 for multiple devices.

24 Q.   It appears based on the backup, as you just said, there

25 were multiple types of Apple devices that were backed up to

Direct of Agent Oberly by McGuinn                    165

1   this Sony?

2   **A.**   Correct.

3   **Q.**   Was one of those an Apple iPhone 7?

4   **A.**   Yes.

5   **Q.**   Were you able to recover any text messages off of that

6   mobile backup of an iPhone 7?

7   **A.**   Yes.

8   **Q.**   Between                    and the Defendant?

9   **A.**   Yes.

10  **Q.**   Did you turn that over to the investigators?

11  **A.**   I did.

12  **Q.**   It's already in evidence but if we could just bring up

13  Government's 122.

14       Do you recognize this, Agent Oberly?

15  **A.**   I do.

16  **Q.**   And is this, where it says:  Local user, Chris's iPhone,

17  MobileSync backup located on the Sony VAIO.  That's where this

18  particular chat was saved?

19  **A.**   That's correct.

20  **Q.**   And the times of the chat, if you look at just taking the

21  first blue bubble, it says -- to your knowledge is this in UTC

22  time?

23  **A.**   The blue bubble or the upper --

24  **Q.**   Well, I guess I should say the entire thing looking at the

25  heading where it says, case time zone.  Is this entire chat in

**JA1051**

1  UTC time?

2  **A.**    Yes.

3  **Q.**    So if a person is reading this chat and it's 12/8/15 at

4  12:30 p.m. UTC time, Eastern Standard Time can you tell us what

5  time this portion of the chat began?

6  **A.**    At that time of the year it would be five hours behind.

7  **Q.**    Why not four hours like you said before, if you could just

8  explain that?

9  **A.**    Sure.  Daylight savings time.

10  **Q.**    So if it's daylight savings time, in other words the

11  summer we're four hours --

12  **A.**    Right.

13  **Q.**    -- and if it's late fall/winter we're five hours under

14  UTC?

15  **A.**    Correct.

16  **Q.**    So in reading this, a person should know that it was

17  actually five hours in advance so around 7:30 a.m., or back,

18  sorry, backwards?

19  **A.**    Yeah.  It would be -- so it's 12:30 p.m. so it would be

20  7:30 a.m., yeah.

21  **Q.**    Okay.  Thank you.  Was there an Apple iPhone 7 seized for

22  you to do an analysis on in this case, a physical device?

23  **A.**    No.

24  **Q.**    Was there a mobile backup for the iPhone 6 found on the

25  Sony?

**JA1052**

**A.**    Yes.

**Q.**    And was there a mobile backup for that newest model, the iPhone 11, similar to what was seen on the Dell on the Sony?

**A.**    Yes.

**Q.**    Did you locate any other videos of                when the EXIF data showed he was under the age of 18?

**A.**    Yes.

**Q.**    We can bring up Government's 121.

          Do you recognize this chart?

**A.**    Yes.

**Q.**    Is this related to what's already in evidence, Government's 162, commonly -- the jury has seen it -- commonly called the naked lap video.

          Do you recognize this data?

**A.**    I do.

**Q.**    What was the EXIF data for this particular video?

**A.**    So Eastern Time it was created June 15th at 2017 at basically 18 minutes past midnight by the Apple iPhone 7.

**Q.**    And you provided the GPS data to the investigators?

**A.**    Yes.

**Q.**    Agent Oberly, I'd like to get back to Count 1, which we sort of skipped over when we were first doing the iCloud, if that's okay.

**A.**    Right.

**Q.**    So the actual video for Count 1 you testified you did see

1   that video within the iCloud?

2   **A.**   Yes.

3   **Q.**   And did you see other versions or seemingly duplicate

4   versions of Count 1's video across any other devices?

5   **A.**   Yes.

6   **Q.**   Which devices?

7   **A.**   The 1B4, and I believe there's 1B8 as well.

8   **Q.**   Did you view all three of those videos, the version that

9   existed in the iCloud, the one on 1B4 a/k/a the Dell, and the

10  one on the Sony?

11  **A.**   Yes.

12  **Q.**   And did they appear to be the same?

13  **A.**   Yes.

14  **Q.**   Can we bring up Government's 123.

15       So similar to what we just did before, the blue, do you

16  agree that's IMG6965 from the iCloud.  Does that -- the

17  information in that chart, was that compiled by you?

18  **A.**   Yes.

19  **Q.**   And does that reflect the EXIF data you were able to

20  extract from that particular video?

21  **A.**   Yes.

22  **Q.**   The green version, where it says 1B4 MobileSync, is that

23  from the MobileSync backup on the Dell laptop?

24  **A.**   It is.

25  **Q.**   And again, just quickly directing to the hash at the

1  bottom of each chart, were they the same?

2  A.   Yes.

3  Q.   If we can scroll one more page.

4       The orange from the Sony VAIO, this also, was that hash

5  the same as the previous chart we just looked at?

6  A.   Yes.

7  Q.   With regard to the first page, please, I'm sorry, of 123.

8       With regard to the EXIF data as to date of creation and

9  time, what did you notice?

10 A.   So the UTC version of the EXIF data on this is two days

11 after the EXIF data indication for when it was actually written

12 to disk.  I thought that was really unusual.

13 Q.   Okay.  So let's just start.  The first version you saw was

14 in the iCloud; is that fair?

15 A.   That's correct.

16 Q.   And you saw the second line of the chart, media create

17 date/time UTC, September 18th of 2017 at 4:15 a.m.?

18 A.   Right.

19 Q.   And then when you looked at the media create date/time

20 Eastern, it jumped back two days, 9/16/17?

21 A.   Correct.

22 Q.   You said that that was unusual?

23 A.   Yes.

24 Q.   What did you then endeavor to do about that?

25 A.   So I did some research and testing with an actual mobile

Direct of Agent Oberly by McGuinn                    170

1  device and basically I tried to recreate how this particular
2  anomaly could occur.
3       Ultimately, what I was able to do is, is if you set the
4  mobile device backwards, it's going to take -- the actual date
5  of the device itself.  So you're telling it it's not this
6  particular date, it's actually two days earlier or two days
7  even in the future, it's the UTC time that writes.  It's going
8  to go ahead and put that on there.  And also the media create
9  time is going to follow suit with it as well as it writes to
10 the actual disk itself.
11 Q.   So, in other words, what does that mean in terms of why
12 there are two different dates associated with this file?
13 A.   So the file itself is, in my opinion, based upon my
14 research and the evidence that I'm seeing here, this is not
15 actually the original file.
16 Q.   Okay.  And when you looked at all three of these, the
17 version from the iCloud, IMG6965; the version from the Dell
18 laptop that begins with PVAsset; the then third one, IMG3208
19 trim, did that word "trim" trigger anything to you leading to
20 your hypothesis in this case?
21 A.   Yes, the fact that the name specifically says "trim" in
22 it, absent the fact that it's named two other different things
23 as well, is an indication to me that there's some type of
24 software had to have actually trimmed the original file and
25 that this trim is actually the original and then the other two

**JA1056**

Direct of Agent Oberly by McGuinn                    171

1   are most likely copies.

2   **Q.**   Okay.  And with regard to still all three, did the EXIF

3   data associated with all three versions match?

4   **A.**   Yes, it was consistent across all three.

5   **Q.**   And you watched all three?

6   **A.**   Yes.

7   **Q.**   And did the videos, were they consistent in that they

8   appeared to be the same video on all three devices?

9   **A.**   It was.  They were.

10  **Q.**   For the EXIF data to have been altered, would a user had

11  to have access to the device that created it?

12  **A.**   They would have had to have access to a device to change

13  the EXIF and then ultimately save it to all three.

14  **Q.**   So it would have had to have been the iPhone 7 itself that

15  created?

16  **A.**   Right.

17  **Q.**   The Dell laptop or the Sony where it was saved?

18  **A.**   Correct.  So one of those three they would have had to

19  have access, and then get it saved to all of the other devices.

20  **Q.**   If you wanted to verify the EXIF data for this video, is

21  there a device that you wanted to analyze to prove the exact

22  EXIF data that should have been associated with this file?

23  **A.**   The actual Apple iPhone 7.

24  **Q.**   Did we have that in this case?

25  **A.**   We did not.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA1057**

1   **Q.**   As part of your analysis in this case, did you know or do

2   research as to the origin of the devices in this case?

3   **A.**   Yes.

4   **Q.**   With regard to the Apple iCloud, I believe you already

5   said this, but where are Apple servers located?

6   **A.**   California, Nevada, North Carolina, some are from

7   overseas.  And I think I may have missed Washington and Oregon

8   were also some places where they had it.

9   **Q.**   Do you know how those servers work in terms a person

10  standing here in Maryland using their iPhone and saving

11  information to their iCloud on the servers out in California or

12  those other states you listed?

13  **A.**   So once the iPhone can make some type of internet

14  connection, whether it be via cell phone or whether it be on

15  Wi-Fi, and if it's set to backup, it's going to go through the

16  backup phase as long as it's set to actually back up.

17  **Q.**   What about iPhones themselves?  In this case an iPhone 6,

18  and iPhone 7, an iPhone 11, an iPhone XS, to your knowledge are

19  they manufactured in the state of Maryland?

20  **A.**   They are not.

21  **Q.**   Are they manufactured in the United States?

22  **A.**   No.

23  **Q.**   With regard to Dell Insprion laptop, do you know where

24  that was manufactured?  And that's again Government's

25  Exhibit 85.

Direct of Agent Oberly by McGuinn                    173

```
1   A.   That particular one I believe is actually stamped on the
2   back that it is made in -- I want to say Malaysia.  I can't
3   remember it.
4   Q.   But you understand that it's stamped on the back?
5   A.   I thought that one -- one of the two laptops has it stamp
6   on the back, the other does not.
7   Q.   Can you see it there?
8   A.   Yes, it says made in China.
9   Q.   Government's Exhibit 86, which is the Sony laptop, to your
10  knowledge where was this laptop manufactured?
11  A.   So if this is the one I recall, it says compiled in the
12  United States with foreign parts, if I recall directly.  Over
13  to the left if you can move it a little bit more.
14  Q.   I'll try.  The computer is a little big.
15  A.   Opposite way.  My left so probably your right.
16  Q.   That's okay.
17  A.   The opposite way.
18  Q.   I'm going to do it sideways.
19  A.   There we go.  Perfect.
20  Q.   Sorry about that.  The computer is a little big.
21  A.   Right above the yellow sticker I believe it says
22  manufactured in U.S. with foreign components.
23  Q.   Right here (indicating).
24  A.   Yep, you see it right there.  So I looked at the battery
25  on this.  I looked at the power supply.  And I also looked at
```

**JA1059**

1    the hard drive where the data is contained.  And one is made in

2    Japan, one is made in China, and the other I believe was made

3    in Thailand.

4            MS. MCGUINN:  May I have the Court's indulgence for a

5    moment?

6            THE COURT:  Yes.

7            MS. MCGUINN:  Thank you.

8        Your Honor, I have no further questions for Agent Oberly.

9            MR. PROCTOR:  Can we have a moment, please, sir?

10           THE COURT:  Yep.

11       (Counsel conferring.)

12           THE COURT:  Yes, sir.

13           MR. PROCTOR:  We have no questions of this witness.

14           THE COURT:  May the witness be excused?

15           MS. MCGUINN:  Yes, Your Honor.

16           THE COURT:  As far as you're concerned he may be

17   excused, Mr. Proctor?

18           MR. PROCTOR:  Yes, sir.

19           THE COURT:  You are excused, sir.  You may depart.

20       We'll take the afternoon recess.

21           MS. MCGUINN:  Thank you, Your Honor.

22           THE COURT:  Ladies and gentlemen, during this recess

23   do not discuss this case with anyone.  Do not discuss it even

24   among yourselves.  Do not allow yourselves to be exposed to any

25   news articles or reports that touch about the case or the

1  issues it presents or any articles or reports related to

2  participants in the case.  Avoid all contact with any of the

3  participants in the trial.  Do not make any independent

4  investigation of the law or the facts of the case.  Do not look

5  up anything pertaining to the case or its participants on the

6  internet.  Do not consult an encyclopedia or a dictionary.

7      We'll go out until 25 minutes before 4:00, 15 minutes.

8  Take them out.

9          THE CLERK:  All rise for the jury.

10     (Jury exits at 3:19 p.m.)

11         THE COURT:  I take it Ms. Walker is next?

12         MS. MCGUINN:  Yes, Your Honor.

13         THE COURT:  How long do you project for the direct?

14         MS. MCGUINN:  Probably another about hour and a half.

15 All of the videos will be shown for her so it should take some

16 time.

17         THE COURT:  Okay.  We're out for 15.

18         THE CLERK:  All rise.  This Honorable Court now stands

19 in recess.

20     (A recess was taken from 3:20 p.m. to 3:46 p.m.)

21         THE COURT:  Are we ready for the jury?

22         MS. MCGUINN:  Yes, Your Honor.

23         THE COURT:  Are we?

24         MR. NIETO:  Yes, Your Honor.

25         THE COURT:  Ms. Walker, next witness?

1    MS. MCGUINN:  Yes, Your Honor.

2    THE COURT:  You may step up by the flagpole, ma'am.

3    THE CLERK:  All rise for the jury.

4    (Jury enters at 3:47 p.m.)

5    THE COURT:  Be seated, please.  Government will call

6   their next witness.

7    MS. MCGUINN:  Government calls Special Agent Calista

8   Walker.

9    THE CLERK:  Ma'am, please raise your right hand.

10    (Witness sworn.)

11    THE CLERK:  Thank you.  You may take a seat in the

12   witness box.  For the record, ma'am, speaking directly into the

13   microphone, can you please state and spell your first and last

14   name?

15    THE WITNESS:  Yes, it's Calista.  C-A-L-I-S-T-A.

16   Walker, W-A-L-K-E-R.

17    THE CLERK:  Thank you.

18    THE COURT:  Private channel.

19    (Whereupon, the following conference was held at the

20   bench:)

21    THE COURT:  Let the record reflect that this witness

22   has been seated in the courtroom throughout the testimony of

23   other persons.  There's a sequestration order in effect.  While

24   it was not made explicit, I think it was implicit, that

25   Ms. Walker was appearing in this proceeding as the so-called

1    case agent, and accordingly falls under the typical exception

2    that we accord the Government with respect to that person.

3    They're not barred from the courtroom, despite the

4    sequestration order.

5        Agreed, Mr. Nieto?

6            **MR. NIETO:**  Yes, Your Honor.

7            **THE COURT:**  Thank you.

8        (Whereupon, the bench conference was concluded.)

9            **THE COURT:**  You're witness, ma'am.

10           **MS. MCGUINN:**  Thank you, Your Honor.

11                      **DIRECT EXAMINATION**

12   **BY MS. MCGUINN:**

13   **Q.**   Good afternoon, Agent Walker.

14   **A.**   Good afternoon.

15   **Q.**   Agent Walker, how long have you been with the FBI?

16   **A.**   Just under 14 years.

17   **Q.**   What is your current assignment?

18   **A.**   I'm a special agent out of our Baltimore division working

19   on our Crimes Against Children squad.

20   **Q.**   Although it may be self-evident, what types of cases do

21   you investigate?

22   **A.**   Child exploitation cases.  Cases that involved child

23   pornography and possession of child pornography.

24   **Q.**   Prior to your work with the FBI, do you have any prior law

25   enforcement or military experience?

1  A.    Yes, I was in the military.

2  Q.    Can you describe that time and what you did?

3  A.    From 2005 to 2010 I was in the Army, and I was an

4  interrogator.

5  Q.    And what division of the Army did you serve in?

6  A.    I was with the military intelligence.

7  Q.    And did you serve overseas?

8  A.    I did.

9  Q.    And where did you serve?

10  A.    I went to Iraq and Afghanistan.

11  Q.    Thank you.

12       As part of your current job, do you work with other law

13  enforcement agencies or task forces?

14  A.    Yes.

15  Q.    Can you describe that?

16  A.    Yeah, we have individuals that work in different counties

17  throughout Baltimore that are with the police force who then

18  become sworn officers with the FBI, and we work closely with

19  them on cases.

20  Q.    And in January of 2023, when the Defendant was arrested by

21  Baltimore County Police, did the FBI begin jointly working that

22  investigation with them?

23  A.    Yes, we did.

24  Q.    Is that common for you all to work jointly with local law

25  enforcement?

1   A.   Yes.

2   Q.   In the spring and summer of 2023, did you become involved

3   in the FBI's investigation into Christopher Bendann?

4   A.   Yes.

5   Q.   Who was your partner in that case?

6   A.   Special Agent Rachel Corn.

7   Q.   Just for the record, the individual sitting here next to

8   Ms. Hagan?

9   A.   Yes.

10  Q.   And can you tell me some of the initial review you did in

11  this case?

12  A.   Yeah, I reviewed the interviews that have been conducted

13  with the witnesses and with the victim,                .  I

14  reviewed the search warrants that had already been conducted

15  through Baltimore County and through the FBI.  And I reviewed

16  the evidence that was seized from the location during the

17  search warrant and also the forensics that SA Oberly talked

18  about.

19  Q.   As part of your casework, touching on Agent Oberly, did

20  you work closely with him in this particular investigation?

21  A.   Yes.

22  Q.   Did the FBI obtain subscriber information for the Apple

23  iCloud account cbendann@gmail.com?

24  A.   Yes, we did.

25  Q.   Was an exhibit created to display the information that was

1  learned from those records?

2  **A.**    Yes.

3  **Q.**    Can we have Government's Exhibit 125.

4        Ma'am, do you recognize this?

5  **A.**    Yes, I do.

6  **Q.**    Who prepared this chart for us?

7  **A.**    Rachel Corn and I did.

8  **Q.**    What information did you learn from Apple regarding

9  cbendann@gmail.com?

10 **A.**    So the subscriber information for the DSID that we spoke

11 of earlier, we got cbendann@gmail.com and then we got the

12 information that is listed here.

13 **Q.**    And did you recognize that address of 115 Stanmore Road?

14 **A.**    Yes.

15 **Q.**    Is that the same address for the search warrant that

16 Detective Markel talked about earlier today was served?

17 **A.**    That's correct.

18 **Q.**    What about the day phone number associated with this

19 account?

20 **A.**    Yep, the phone number ending in 9562.

21 **Q.**    If we can go to the next page, please.

22        In this series of information, what kind of information is

23 contained in the three charts on this page of the document?

24 **A.**    This one has the device registration and the dates that

25 they were registered.

1  **Q.**   If we can highlight the first paragraph.  Thank you,
2  Ms. Jarman.
3       With regard to that paragraph, did the Defendant own an
4  iPhone 7, according to Apple?
5  **A.**   Yes, according to Apple.
6  **Q.**   When was that device registered?
7  **A.**   11/26 of 2016.
8  **Q.**   Was an iPhone 7 actually recovered in this case?
9  **A.**   No.
10 **Q.**   With regard to an iPhone XS, was that device listed and
11 provided by Apple?
12 **A.**   Yes.
13 **Q.**   And, in fact, can you see the IMEI number associated with
14 the Apple iPhone XS?
15 **A.**   Yes.
16 **Q.**   And is that the same IME number that is associated with
17 the physical iPhone XS that was seized from the Defendant's
18 home?
19 **A.**   Yes, it is.
20 **Q.**   When was that device registered with Apple?
21 **A.**   1/17/2019.
22 **Q.**   That's, just using FBI's nomenclature, that's device 1B3
23 in this particular case?
24 **A.**   Correct.
25 **Q.**   With regard to an iPhone 6, according to the Apple

1  records, did the Defendant own an iPhone 6?

2  **A.**   Yes.

3  **Q.**   Did you see the IMEI associated with this device provided

4  by Apple?

5  **A.**   Yes.

6  **Q.**   And is it, in fact, the same IMEI number associated with

7  1B2 which is the iPhone 6 seized in this case?

8  **A.**   That's correct.

9  **Q.**   When was that device registered?

10 **A.**   The iPhone 6 was 11/25 of 2014.

11 **Q.**   So if we sort of went in order of registration, the iPhone

12 6 came first, followed by an iPhone 7, followed by an iPhone XS

13 in terms of registration dates?

14 **A.**   Correct.

15 **Q.**   What about the iPhone 11, which was the one seized off of

16 his nightstand in his bedroom?  Do you see that device listed?

17 **A.**   Yes.

18 **Q.**   Is that IMEI number in the chart actually the exact same

19 as the IMEI for the 1B1 actual iPhone device seized in this

20 case?

21 **A.**   That's correct.

22 **Q.**   When was that device registered?

23 **A.**   The iPhone 11 was 6/19/2020.

24 **Q.**   So, in fact, that device then comes sequentially after the

25 iPhone XS?

1   **A.**    Yes.

2   **Q.**    Is that the pattern and behavior consistent with a person

3   re-upping or getting a new device as a new device is introduced

4   by Apple?

5   **A.**    Yes.

6   **Q.**    And you were present during the previous testimony that

7   the Defendant was suspended from Gilman on January 16th of

8   2023; is that correct?

9   **A.**    Yes.

10  **Q.**    And you were present when we heard testimony that he was

11  actually then fired over a Zoom meeting on January 20th of

12  2023; is that correct?

13  **A.**    Yes.

14  **Q.**    If we can have what's already in evidence Government's 16.

15        Agent Walker, do you recognize that?

16  **A.**    Yes.

17  **Q.**    If you can, can you mark the date when the Defendant was

18  suspended from Gilman?  You can touch the screen.  Right.

19  **A.**    (Witness complies.)

20  **Q.**    Thank you.  What about January 20th when he was ultimately

21  fired from Gilman?

22  **A.**    (Witness complies.)

23  **Q.**    When did the FBI learn about the existence of

24        and the possibility of video or digital evidence?

25  **A.**    On January 23rd.

1   **Q.**   So can you mark that date?

2   **A.**   (Witness complies.)

3   **Q.**   Is that a week after the first allegations causing a

4   suspension were triggered at Gilman?

5   **A.**   Yes.

6   **Q.**   What is a preservation letter?

7   **A.**   A preservation letter is a letter we send to a service

8   provider, like Apple or Google, we ask them to preserve all of

9   the contents related to a specific account, and we're asking

10  them to preserve it until we can get legal process.

11  **Q.**   Does a preservation letter, in this case to Apple, does it

12  produce the contents of the device or the iCloud account that

13  you're interested in?

14  **A.**   No, it doesn't.

15  **Q.**   What does it do?

16  **A.**   It just freezes the contents so it cannot be deleted or

17  destroyed.

18  **Q.**   And upon learning about                  and potential

19  evidence through an iCloud account, was a preservation letter

20  sent?

21  **A.**   Yes.

22  **Q.**   To who?

23  **A.**   To Apple.

24  **Q.**   What day was it sent?

25  **A.**   January 23rd of 2023.

1  **Q.**  What did that letter essentially do?

2  **A.**  It froze all of the content referring to the account that

3  we asked to preserve so that it couldn't be altered or deleted

4  further.

5  **Q.**  To be fair, the iCloud account we're talking about is

6  cbendann@gmail.com that Agent Oberly just testified about a

7  little earlier; is that correct?

8  **A.**  That is correct.

9  **Q.**  Did the FBI, in fact, do a formal search warrant on

10  February 9th of 2023 for the contents of that Apple iCloud

11  account cbendann@gmail.com?

12  **A.**  Yes, we did.

13  **Q.**  And did you, did the FBI receive results from Apple

14  pertaining to that account?

15  **A.**  We did.

16  **Q.**  Once the evidence was processed by Agent Oberly and the

17  forensics team, did you have an opportunity to review it?

18  **A.**  I did.

19  **Q.**  I'm showing you what's already in evidence as Government's

20  100.  You were here when Ms. Komber testified about this

21  screenshot before?

22  **A.**  Yes.

23  **Q.**  Can you tell the ladies and gentlemen of the jury what

24  actually this screenshot is from and how you know what it is?

25  **A.**  So this is from the Apple return.  This is what it would

1  look like when I would go into the return to the personal
2  library.
3  **Q.**    That folder that's kind of shaded in blue, expunged, have
4  you seen that before?
5  **A.**    Yes.
6  **Q.**    Is that folder familiar to you in terms of where the media
7  about our five charged counts comes from?
8  **A.**    Yes.
9  **Q.**    That's the same expunged folder that Agent Oberly
10 testified about just a little bit ago?
11 **A.**    That's correct.
12 **Q.**    If we can begin first with Count 1.  Can we bring up
13 Government's 123 first.  Thank you.
14     Looking at the top of that, Agent Walker, do you recognize
15 that information that Agent Oberly just testified to about
16 IMG6965?
17 **A.**    I do.
18 **Q.**    Is that video file the charged video in Count 1 of this
19 indictment?
20 **A.**    Yes, it is.
21 **Q.**    Is the EXIF data, as you understood it from Agent Oberly,
22 is that this occurred on September 16th of 2017?
23 **A.**    Correct.
24 **Q.**    How old was                on that date?
25 **A.**    16 years old.

| | |
|---|---|
| 1 | **Q.**    Where was this video found? |
| 2 | **A.**    In the expunged folder of the iCloud account |
| 3 | cbendann@gmail.com. |
| 4 | **Q.**    And you had an opportunity to view this file? |
| 5 | **A.**    I did. |
| 6 | **Q.**    And in its totality how long is it? |
| 7 | **A.**    This video is approximately four minutes and 49 seconds. |
| 8 | **Q.**    And can you just tell us a brief description of what is |
| 9 | seen in this video just to orient the ladies and gentlemen of |
| 10 | the jury what they're about to see? |
| 11 | **A.**    Sure.                is seated in the passenger's seat of |
| 12 | a moving vehicle.  He is naked from the waist down.  He is |
| 13 | holding a cell phone watching pornography and masturbating. |
| 14 | **Q.**    Is there background noise in this particular video? |
| 15 | **A.**    Yes, there is. |
| 16 | **Q.**    What is that background sound or audio that we can hear in |
| 17 | playing kind of in the background? |
| 18 | **A.**    You can hear the pornography being played. |
| 19 | **Q.**    Just so we're clear, the adult pornography -- |
| 20 | **A.**    Correct. |
| 21 | **Q.**    -- that            has on his phone that he's holding? |
| 22 |         **MR. NIETO:**  Objection, Your Honor. |
| 23 |         **THE COURT:**  Basis? |
| 24 |         **MR. NIETO:**  Basis of knowledge. |
| 25 |         **THE COURT:**  Back up.  Don't lead.  Establish |

**JA1073**

```
1   foundation.  Sustained.  You may proceed.
2   BY MS. MCGUINN:
3   Q.   You were present when                testified that he
4   would hold a phone in his hand; is that correct?
5   A.   Correct.
6   Q.   Do you recall him testifying that he would view adult
7   pornography?
8   A.   Yes.
9   Q.   Is the background noise that you hear when you view this
10  video consistent with what              described when he
11  testified?
12  A.   Yes, it is.
13  Q.   Is there audio or speaking between the parties who are in
14  this the video?
15  A.   Yes.
16  Q.   Was there a transcript prepared of the audio or the
17  speaking parts that you can hear that captured
18  and the Defendant?
19  A.   Yes, there was.
20       MS. MCGUINN:  Your Honor, at this time the Government
21  has a transcript which is Government's Number 127.
22       THE COURT:  In the binder?
23       MS. MCGUINN:  Yes, sir.
24       THE COURT:  Without objection?
25       MR. NIETO:  Correct, Your Honor.
```

**JA1074**

1          THE COURT:  Hand them out.

2       What tab?

3          MS. MCGUINN:  I need to see it for a moment.  It's

4    going to be tab number 1.

5          THE COURT:  Tab 1.

6          MS. MCGUINN:  And there will be subsequent ones.  So

7    they can close the binder when they're done, Your Honor, if

8    that makes sense.

9          THE COURT:  Yep.

10       Ladies and gentlemen, you may open your binders to tab 1

11   and tab 1 only, please.  You know the procedure from the other

12   day.  We'll follow the same procedure here.

13       Are you ready to proceed, Ms. McGuinn?

14         MS. MCGUINN:  Yes, Your Honor.  Your Honor, at this

15   time the Government would publish Government's Number 126 which

16   is IMG6965.

17         THE COURT:  A video file, correct?

18         MS. MCGUINN:  Yes, it is a video file, Your Honor.

19         THE COURT:  Let's play it.

20         MS. MCGUINN:  Yes, Your Honor.  Just give me a moment.

21         THE COURT:  Yes.

22         MS. MCGUINN:  Jurors, can you see the -- okay.  Thank

23   you.

24       (Video playing.)

25         THE COURT:  You can close your binders.

Direct of Agent Walker by McGuinn                    190

1   BY MS. MCGUINN:

2   Q.    Agent Walker, were you able to capture or create some

3   still images based on the video that we just saw?

4   A.    Yes.

5   Q.    If we can bring up Government's 128.

6         Do you recognize this still image?

7   A.    I do.

8   Q.    What is this taken from?

9   A.    This is a still taken from the video that you just

10  watched.

11  Q.    Is this, in fact, the duplicate of Government's 204 which

12            viewed the other day in court?

13  A.    Yes.

14  Q.    Government's 129.

15        And what is this image of?

16  A.    This is also a screenshot taken from the video that you

17  just saw.

18  Q.    What does it depict?

19  A.    The console or dash of the vehicle.

20  Q.    Did you make any side-by-side exhibits to compare some of

21  the still shots with known images taken of the Defendant's car?

22  A.    Yes, we did.

23  Q.    Government's 130.

24        And what is this exhibit of?

25  A.    On the left is the still from the video that we just

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA1076**

1  watched, and then on the right is an image that was taken

2  during the search warrant photos of Christopher Bendann's

3  vehicle.

4  Q.   And Government's 131?

5  A.   Yep, this is just another screenshot.

6  Q.   I think I have it labeled.  It's a still shot -- I'm

7  sorry, what do you see about the interior of the door on this

8  one?

9  A.   Yep.  You can just see the interior of the door and the

10  handle and the side of the door panel.

11  Q.   Thank you.  If we can bring up Government's 107, please.

12  Agent Walker, do you recognize this exhibit that Agent Oberly

13  testified to a little earlier?

14  A.   Yes.

15  Q.   And is this the EXIF data pertaining to one of the video

16  clips for Count 2?

17  A.   Yes.

18  Q.   How many video clips are actually involved in Count 2?

19  A.   There are three videos.

20  Q.   And what, according to the EXIF data, when did this, these

21  three video clips occur?

22  A.   6/21 of 2018.

23  Q.   How old would                     have been on that date?

24  A.   He would be 17 years old.

25  Q.   Where did you find these three video clips?

1  A.   These were in the expunged folder of the iCloud account
2  belonging to cbendann@gmail.com.
3  Q.   What device was used to create these?
4  A.   An iPhone 7.
5  Q.   Can you provide a description as to how long each video
6  clip is in actuality and those are the full videos are found at
7  Government's Exhibits 132A, 132B and 132C?
8  A.   The first video is five minutes and 45 seconds; the second
9  video is 3 minutes and 11 seconds; and the third video is 16
10  seconds.
11  Q.   For purposes of publishing these videos to the jury, did
12  you and Agent Corn endeavor to trim or shorten some of them to
13  what was necessary to be seen?
14  A.   Yes, we did.
15  Q.   And with regard to 132A, which is 6966, what did you trim
16  that down to that we would be seeing here in court today?
17  A.   Approximately 1 minute and 4 seconds.
18  Q.   That's Government's 133A.  And what about the second video
19  clip?
20  A.   We trimmed it down to 35 seconds.
21  Q.   And the third clip, did we need to trim that one down at
22  all?
23  A.   We did not.
24  Q.   And can you, again, to orient the jurors what they're
25  going to be seeing in these three videos clips, can you tell

1  them what they can expect to see?

2  **A.**    Sure.  In the first two videos,                is in the

3  passenger's seat of a vehicle.  This time the vehicle is

4  parked.  He is naked in these two videos.  Again, holding a

5  cell phone and masturbating.

6  **Q.**    And what about the third related clip?

7  **A.**    The third video,              is in the passenger's

8  seat, again, of a parked vehicle, and he is naked from the

9  waist down and holding a cell phone.

10  **Q.**    Again, is there background noise in this particular video?

11  **A.**    Yes.

12  **Q.**    What does that voice sound like?

13  **A.**    It sounds like adult pornography being played over the

14  phone.

15  **Q.**    Is there audio or speaking between the Defendant and

16                in this video?

17  **A.**    Yes.

18  **Q.**    Was a transcript prepared for this -- for these three

19  video clips that reflects the audio or the conversation that

20  can be heard?

21  **A.**    Yes.

22  **Q.**    That's Government's transcript is number 134, again for ID

23  only, which I believe is tab number 2.  With the Court's

24  permission for the jury to open that tab?

25            THE COURT:  Open to tab 2.  And tab 2 covers all of

Direct of Agent Walker by McGuinn                    194

1    the exhibits or just one?

2           MS. MCGUINN:  Yes, all three videos clips.

3           THE COURT:  All three video clips, the transcripts

4    that correlate the Government proffers are behind tab number 2.

5        Jurors, you may open your transcript book now to tab 2,

6    only tab 2.

7           MS. MCGUINN:  Thank you.  Your Honor, at this time if

8    we can play the trimmed version of 132A which is actually found

9    at Government's 133A.

10          THE COURT:  We're going to play them one at a time, is

11   that your plan?

12          MS. MCGUINN:  Yes, Your Honor, one at a time.

13          THE COURT:  All right.  Play the first one.

14          MS. MCGUINN:  Thank you.

15      (Video playing.)

16          MS. MCGUINN:  The Government will now play

17   Government's Exhibit 133B, which is a trimmed version of

18   Government's 132B.

19          THE COURT:  Tab number?

20          MS. MCGUINN:  Same tab.

21          THE COURT:  Still in Tab 2.

22          MS. MCGUINN:  Yes.

23          THE COURT:  Next page.

24          MS. MCGUINN:  Thank you.  If we can play that, Agent

25   Corn, 6967.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA1080**

Direct of Agent Walker by McGuinn                    195

1          THE COURT:  Play it.

2       (Video playing.)

3  BY MS. MCGUINN:

4  Q.   Agent Walker, just in case it's not apparent, those sort

5  of black spaces in these first two trimmed or shortened videos,

6  can you explain what those are?

7  A.   Yeah, they're just a break in it when we would trim it

8  down so that we know that part has been trimmed.

9  Q.   Thank you.  If we can play Government's 132C.  It is not

10 trimmed down.  Can you explain why that is?

11 A.   It's 16 seconds so we're just going to play all 16.

12 Q.   Thank you.

13         THE COURT:  Play it.

14      (Video playing.)

15 BY MS. MCGUINN:

16 Q.   Similarly, Agent Walker, did you create some still images

17 from these three videos created from the videos themselves?

18 A.   Yes.

19 Q.   If we can bring up Government's Exhibit 135.

20      Do you recognize this?

21 A.   Yes.

22 Q.   What is this?

23 A.   This is a still from the third video that you watched.

24 Q.   Of the polo shirt that's being worn?

25 A.   Yes, correct.

**JA1081**

Q.    And Government's 136.  What's depicted in that?

A.    Yes, this is a screenshot to show the panel again, the door, and also there's a reflection on the window where you can see the back of the filming phone that has a PopSocket on the back.

Q.    Can we go to 137 for that.

    What do you see here?

A.    Yes, this is also a screen capture that, again, shows the panel of the door and the PopSocket on the back of the filming phone.

Q.    Did you create some side-by-side exhibits of these stills that we were just looking at and some of the known photographs of the Defendant's car, other evidence in this case?

A.    Yes.

Q.    If we can go to Government's 138.  Can you explain in this exhibit on Page 1 what is on the left and what is on the right?

A.    On the left is a still from the movie 6966 that shows the panel of the door and you can see the sticker also on the window.  And then on the right is a search warrant photo that was taken that shows the Defendant Christopher Bendann's vehicle with the stickers in the window in the panel of the door.

Q.    Go to Page 2, please.  Can you orient us, what image is on the left?

A.    On the left is a screen capture from 6966 where you can

1   see a reflection of the back of the filming phone.

2   **Q.**   And that's a PopSocket that you called it?

3   **A.**   Correct.

4   **Q.**   What's the image on the right?

5   **A.**   The right is evidence item 1B3 which had a PopSocket on

6   the back of the phone.

7   **Q.**   Do they appear to be similar or the same type of

8   PopSocket?

9   **A.**   Yes.

10  **Q.**   Page 3, please.  Can you tell us what this is?

11  **A.**   Yes, this is to show the doors from Count 1, the panel for

12  Count 1 which is on your left, which is 6965.  And then with

13  Count 2 that's on the top right, 6966, with the search warrant

14  photo that's in the middle of the Defendant's vehicle,

15  Christopher Bendann.

16  **Q.**   And lastly, Page 4, please.

17  **A.**   On the left side is a screen capture from Count 1.  And

18  then on the right side is a screen capture from Count 2 of 6968

19  to show that he,                , had the same polo on in both

20  videos.

21  **Q.**   Thank you.  Can we bring up Government's Exhibit 205.

22          Did you view this the other day when Mr.

23  testified, I think it was Friday?

24  **A.**   Yes.

25  **Q.**   What is this a screen capture from?

Direct of Agent Walker by McGuinn                    198

1  A.   This is a screen capture from the second video that you
2  just watched.
3  Q.   Thank you.  If we can bring up Government's Exhibit 108.
4       Agent Walker, do you recognize this exhibit that Agent
5  Oberly testified about a little bit ago?
6  A.   Yes, I do.
7  Q.   Does this exhibit pertain to the EXIF data for our Count
8  3, specifically as to IMG6974?
9  A.   Yes.
10 Q.   And were there more than one video clip associated with
11 Count 3?
12 A.   Yeah, there are two videos.
13 Q.   And can we scroll to the second page briefly.  Thank you.
14 You can go back up.
15      And as to these two video clips, what was the date
16 provided by the EXIF data as to when they were created?
17 A.   Created on 8/26/2018.
18 Q.   How old was                  at that time?
19 A.   He was 17 years old.
20 Q.   Where were these two video clips located?
21 A.   In the expunged folder, the iCloud account belonging to
22 cbendann@gmail.com.
23 Q.   With regard to the GPS positioning that was provided, the
24 EXIF data, did you have an opportunity to research that and
25 locate what that latitude and longitude led you to?

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA1084**

1    A.    Yes, I did.

2    Q.    Where was that?

3    A.    At the Halpert's residence on Malvern Avenue in Towson.

4    Q.    Did you have an opportunity to view all of these calendars

5    that Detective Markel seized in this particular case?

6    A.    Yes.

7    Q.    Are you able to see the August 24, 25th weekend?

8          THE COURT:  Can you pull it out, please, so that we

9    can see the full exhibit.  Thank you.

10         MS. MCGUINN:  I'm sorry.  Sorry about that.

11   BY MS. MCGUINN:

12   Q.    Are you able to see that?

13   A.    I can see the 24th and 25th, yes.

14   Q.    And moving to the next page onto the 26th?

15   A.    Yes.

16   Q.    According to the Defendant's calendar, what name is listed

17   on the weekend of August 24th, 25th and 26th of 2018?

18   A.    The Halpert's is on 24th and 25th.

19   Q.    What was the time associated with this particular video

20   file?

21   A.    The length of the video?

22   Q.    The time of day?  I apologize.

23   A.    I'd have to see the exhibit again.  I'm sorry.

24   Q.    Just one moment.  Technical difficulties.  According to

25   this, the EXIF data, what time of day was this video captured,

1    these videos captured?

2    **A.**    01:07:55 seconds a.m.

3    **Q.**    So approximately right around 1:00 in the morning?

4    **A.**    Correct.

5    **Q.**    And the two video files that start with 6974, what is the

6    full length of that video?

7    **A.**    That video is three minutes and 30 seconds.

8    **Q.**    What about the second video?

9    **A.**    The second video is three minutes and 28 seconds.

10   **Q.**    In this video, is there background noise that can be heard

11   while the video is playing?

12   **A.**    Yes.

13   **Q.**    What is that?

14   **A.**    You can hear a shower running.

15   **Q.**    Is there any audio or talking associated with this file?

16   **A.**    There is not.

17   **Q.**    So there's no transcript related to these two video clips?

18   **A.**    That's correct.

19   **Q.**    And at this point did we -- or were you able to trim or

20   cut down 6974 and 6975 for purposes of publishing to the jury?

21   **A.**    Yes.

22   **Q.**    Can you explain what is the full videos, which is

23   Government 139A and 139B, what was the trimmed-down length of

24   what we're going to see published, which is Government's 140A

25   and 140B?

Direct of Agent Walker by McGuinn                              201

1   A.   The first video was trimmed to one minute and 26 seconds;

2   and the second video is trimmed to one minute and 38 seconds.

3           MS. MCGUINN:   Your Honor, at this time the Government

4   would move to publish the shortened versions of 140A and 140B

5   one at the time.

6           THE COURT:   There's no correlating transcript?

7           MS. MCGUINN:   There is not.

8           THE COURT:   You may.

9           MS. MCGUINN:   Thank you.   If we can start with 140A,

10  please.

11      (Video playing.)

12          MS. MCGUINN:   I'll put up Government's 140B.

13      (Video playing.)

14  BY MS. MCGUINN:

15  Q.   Agent Walker, did you make any still images taking from

16  this particular count or these two movie clips for this count?

17  A.   Yes.

18  Q.   And if we can go to Government's 141.   Hold on one second.

19      Do you recognize this?

20  A.   Yes.

21  Q.   And if you could orient the ladies and gentlemen of the

22  jury just as to this image, what can you see in it?

23  A.   Yes.   In this image you can see            who is in

24  the shower, and you can also see a reflection on the shower

25  glass door of the Defendant Christopher Bendann.

**JA1087**

Direct of Agent Walker by McGuinn                    202

Q.   If we can go to the Government's 142.  And, again, if you
can orient us to what we're looking at here?

A.   Yes.  Again, this is a screenshot from the video and you
can see                     in the shower and you can see a
reflection on the shower glass door of the Defendant
Christopher Bendann.

Q.   And Government's 143?

A.   Yes.  Here you see, excuse me,                     in the
shower, and you can see in the metal part of the middle of the
door you can see blue shorts and a white T-shirt.

Q.   If we could bring up Government's 206 from Friday.  You
were here when          testified to this?

A.   Yes.

Q.   What is this taken from?

A.   It's -- sorry, it's a screen capture of the video.

Q.   Thank you.

A.   Yes.

Q.   We can bring up Government's 144.  Did you do any
side-by-side comparisons?

A.   Yes, we did.

Q.   If we can go to Page 1, what is on the left and what is on
the right?

A.   On the left side we have a screen capture from 6974, and
then on the right side is a photo that we took -- the FBI took
at the Halperts' residence on Malvern Ave.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA1088**

Direct of Agent Walker by McGuinn                        203

1  **Q.**   Can you scroll down.  What about these, as to the photo to
2  the left?
3  **A.**   Sure.  On the left side is a screen capture from 6975.
4  And then on the right is a photo that the FBI took at the
5  Halperts' residence where you can see the floors.  And then
6  there's a sticker on the bottom of the left side of the tub.
7  **Q.**   And with regard to the photo on the left, are you able to
8  see any of the Defendant's clothing?
9  **A.**   Yes.  You can see the blue shorts.
10 **Q.**   Thank you.  If we can bring up Government's 109, please.
11       Agent Walker, as to IMG6969, which is Count 4, do you
12 recall Agent Oberly testifying to this exhibit and the EXIF
13 data associated with this video?
14 **A.**   Yes.
15 **Q.**   When was this video created?
16 **A.**   1/2 of 2019.
17 **Q.**   And where was it located?
18 **A.**   In the expunged folder of the iCloud account belonging to
19 cbendann@gmail.com.
20 **Q.**   Were you able, according to the EXIF data, was it able to
21 be determined what device was used to create this video file?
22 **A.**   Yes, it was an iPhone 7.
23 **Q.**   And how long is the full video file which is found at
24 Government's 145?
25 **A.**   Approximately 10 minutes and 37 seconds.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

1   **Q.**   And were you able to trim it down to a length that we

2   would be publishing here today?

3   **A.**   Yes.

4   **Q.**   At Government's 146, what did you trim that down to?

5   **A.**   Approximately six minutes and three seconds.

6   **Q.**   Can you describe again just in general what the ladies and

7   gentlemen of the jury can expect to see in this video?

8   **A.**   In this video, you will see the midsection of

9        who is in the shower naked.  You will see the face of

10  the Defendant Christopher Bendann as he washes and touches

11                        .

12  **Q.**   How old is                    as of January 2nd of 2019?

13  **A.**   He's 17 years old.

14  **Q.**   With regard to the GPS data that was provided in the EXIF

15  data, were you able to locate that latitude and longitude?

16  **A.**   Yes.

17  **Q.**   Where was that found to be?

18  **A.**   This was at the Feiss residence on Brightside Road in

19  Towson.

20  **Q.**   And I'm going to show you what is already in evidence as

21  Government's Exhibit 90.  Do you recognize this, the

22  Defendant's calendar from 2018 to 2019?

23  **A.**   Yes, I do.

24  **Q.**   And I'm going to show you -- are you able to see that?

25  **A.**   Yes.

1  **Q.**   According to the Defendant's calendar, where was he on
2  January 21st and 2nd of 2019?
3  **A.**   Feiss.
4  **Q.**   Thank you.
5       And is there background noise in this particular video?
6  **A.**   Yes.
7  **Q.**   What is that background noise?
8  **A.**   You can hear the shower running.
9  **Q.**   Is there some audio or talking between the Defendant and
10                   ?
11 **A.**   Yes, there is.
12 **Q.**   Was a transcript prepared of that portion of the video
13 that we're about to watch?
14 **A.**   Yes.
15 **Q.**   Government's 147, I believe it is.  Let me double-check.
16 Tab 3.  It's Tab 3, please, Your Honor, is the transcript.
17 Government's 147.
18           **THE COURT:**  Tab 3?
19           **MS. MCGUINN:**  Yes, sir.
20           **THE COURT:**  Ladies and gentlemen, reopen your binders.
21 Find tab 3.  One clip, ma'am?
22           **MS. MCGUINN:**  Yes, Your Honor.
23           **THE COURT:**  You may play it.
24           **MS. MCGUINN:**  Thank you.  If we can play the trimmed
25 version which is found at Government's 146, please.

1      THE COURT:  You still got the document camera.

2      MS. MCGUINN:  Oh, I'm so sorry.  Thank you.  Thank

3  you.

4      (Video playing.)

5      THE COURT:  You can close your binders.

6  BY MS. MCGUINN:

7  Q.   Agent Walker, were you able to capture some still images

8  from Count 4 or IMG6969 as well?

9  A.   Yes.

10  Q.   And if we can show Government's 148.

11       Do you recognize that?

12  A.   Yes.

13  Q.   And is that, in fact, a duplicate of Government's 207 that

14            identified on Friday?

15  A.   Yes.

16  Q.   And what is depicted in this particular caption?

17  A.   This is a screen capture from the video where you can see

18  the face of the Defendant Christopher Bendann in the midsection

19  of            .

20  Q.   What is on           's wrist?

21  A.   A bracelet.

22  Q.   Did you do any side-by-sides for comparison of this video

23  with other known photographs?

24  A.   Yes.

25  Q.   If we can bring up Government's 149.

1      What is this exhibit?  If you could orient us as to what's

2  on the left and what's on the right?

3  A.    On the left is a screen capture from video 6969.  And then

4  on the right side is a photograph the FBI took at the Feiss

5  residence.

6  Q.    Can you bring up Government's 110.

7      Agent Walker, you were present when Agent Oberly testified

8  to the EXIF data as to Count 5 which is IMG6976; is that

9  correct?

10  A.    Yes.

11  Q.    What was the date this video was created?

12  A.    2/9 of 2019.

13  Q.    How old was                on that date?

14  A.    He's 17 years old.

15  Q.    Where was this video file found?

16  A.    In the expunged folder, the iCloud account belonging to

17  cbendann@gmail.com.

18  Q.    Which cellular device was used to create this particular

19  video file?

20  A.    An iPhone XS.

21  Q.    According to the EXIF data, you were provided with some

22  GPS positioning?

23  A.    Yes.

24  Q.    Were you able to determine where this video was created?

25  A.    Yes, it was at the           's residence on Overbrook Road

1  in Towson.

2  **Q.**   With regard to the full video, which is Government's

3  Exhibit 150, what is the full length of this video?

4  **A.**   Full length is 11 minutes and 51 seconds.

5  **Q.**   And were you able to trim it down or shorten it for

6  purposes of publication, which would be Government's Exhibit

7  151?

8  **A.**   Yes, to nine minutes and 28 seconds.

9  **Q.**   And with regard to the latitude and longitude, you again

10  looked at Government's Exhibit 90, which is the Defendant's

11  2018/2019 calendar?

12  **A.**   Yes.

13  **Q.**   Are you able to see that?

14          **THE COURT:**   Able to see what?

15          **MS. MCGUINN:**   The Government's Exhibit 90.

16          **THE WITNESS:**   Is that the right year?

17  BY MS. MCGUINN:

18  **Q.**   February 2019, yes.  The weekend of the 8th and 9th, where

19  was -- according to this calendar, where was the Defendant?

20  **A.**   On the 8th and 9th at the Halpert residence.

21  **Q.**   Do you recall            testifying that she was in

22  Nashville that weekend, yes?

23  **A.**   Correct.

24  **Q.**   Government's Exhibit 5, please.  Is that              --

25  sorry.  I apologize, Your Honor.

Direct of Agent Walker by McGuinn      209

1     Government's Exhibit 5, is that the exhibit Ms.

2  testified to as to traveling to Nashville that weekend?

3  **A.**   Yes, it is.

4  **Q.**   And that her son remained home?

5  **A.**   Correct.

6  **Q.**   And in this particular video, is there background noise

7  that the grand jury -- I keep saying, I apologize -- that the

8  jury can expect to hear?

9  **A.**   Yes.

10  **Q.**   What is that?

11  **A.**   You can hear the shower running and also an exhaust fan.

12  **Q.**   And, again, if you could provide a general description of

13  what the jury is going to see here?

14  **A.**   In this video you'll see            naked in the

15  shower.  You'll see his face in this video.  You will also see

16  the Defendant Christopher Bendann's face in the video as he

17  washes and touches          .

18  **Q.**   Is there talking or audio between the Defendant and

19      in this video?

20  **A.**   Yes.

21  **Q.**   Was a transcript prepared of that?

22  **A.**   Yes.

23  **Q.**   Is that Government's 152 for identification only?

24     And in our binder, Your Honor, that's under Tab 4.

25         **THE COURT:**  Is that right, ma'am?

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA1095**

 1              THE WITNESS:  Yes, I'm sorry.

 2              THE COURT:  Tab 4.  You may open your binders to

 3     Tab 4.

 4          MS. MCGUINN:  If we can play Government's 151 which is

 5     the shortened version of Government's 150.  Thank you.

 6          (Video playing.)

 7              THE COURT:  You can stop the tape.

 8          Ladies and gentlemen, we'll take a recess.  During this

 9     recess do not discuss the case with anyone.  Do not discuss it

10     even among yourselves.  Do not allow yourself to be exposed to

11     any news article or reports that touche upon this case or the

12     issues that it presents or any articles that relate to any of

13     the participants in the case.  Avoid all contact with any of

14     the participants in the trial.  Do not make any independent

15     investigation of the law or the facts of the case.  Do not look

16     up at anything relating to the case or its participants on the

17     internet.  Do not consult an encyclopedia or a dictionary.

18          Leave your binders on your seats on top of your Redweld

19     folders.  Take the jury out.

20              THE CLERK:  All rise for the jury.

21          (Jury exits at 4:52 p.m.)

22              THE COURT:  Be seated, please.

23          At nine minutes in length, this clip looks cumulative to

24     me.  Why do we need to put such a large segment in?

25              MS. MCGUINN:  The only reason is there's conversation

1 between the parties and in fairness to the Defendant the

2 Government didn't feel it was appropriate for us to cut what

3 was being said between them in the event that that was

4 something that mattered to the defense in whatever argument

5 they wanted to make.  That is the only reason that part, the

6 video has only been trimmed as little as we could to still keep

7 the conversation in tact and not alter it in some way that

8 defense or anyone else would say that we were trying to present

9 it in a certain way.  If that's the best way to see it.  I

10 didn't want to alter it so it wouldn't be perceived any way

11 than what it was.

12          **THE COURT:**  Where are we now?  Seven minutes?

13          **MS. MCGUINN:**  I believe that's correct, Your Honor.

14          **THE COURT:**  With how much left?

15          **MS. MCGUINN:**  I'm happy to end it here.

16          **THE COURT:**  Let me talk to the defense.  What's your

17 position, Mr. Nieto?  Continue to play it, or have you seen

18 enough?

19          **MR. NIETO:**  Your Honor, we still have the residual two

20 minutes.  In the interest of completeness we ask that the whole

21 video be shown.

22          **THE COURT:**  Private channel.

23     (Whereupon, the following conference was held at the

24 bench:)

25          **THE COURT:**  We remain on the record but we're now

1  effectively in a bench conference on our private channel.  My

2  concern is for the jury and their well-being, and I'm watching

3  them very closely.  Some of the jurors are visibly impacted by

4  the images that we are requiring them to watch.  And of course

5  a balance has to be struck here, and to the extent that the

6  playing of the full tape is the only fair way to put this

7  evidence in front of the jury so that elements that perhaps

8  support a defense position or theory are before the jury is a

9  very important factor.

10      From where we are at this point, another few minutes I

11  take it there's going to be some dialogue, Mr. Nieto, that you

12  are aware of by virtue of having viewed the evidence

13  previously?

14          **MR. NIETO:**  Yes, Your Honor.

15          **THE COURT:**  And that's necessary to your defense?

16          **MR. NIETO:**  Yes, sir.  Your Honor, if I may very

17  briefly --

18          **THE COURT:**  Do you want to talk to your cocounsel?

19          **MR. NIETO:**  I do.

20          **THE COURT:**  Very well.

21      (Counsel conferring.)

22          **MR. NIETO:**  Thank you for your patience.  Mr. Proctor

23  had an idea --

24          **THE COURT:**  I'm having trouble hearing you.  If you

25  could speak -- that's better.

1          **MR. NIETO:**  Yes, Your Honor.  Mr. Proctor had the

2    idea, at least in relation to this particular exhibit since we

3    do have the transcript, if the Court would consider allowing

4    the transcript to go in as substantive evidence, I imagine we

5    could stop the playing of the video at this point.

6          **THE COURT:**  How about that as a compromise?  We'd

7    bring the jurors back in.  We would have the prosecutor with

8    the assistance of the agent properly locate the jurors on the

9    transcript in terms of where we are at this point and advise

10   that we are not going to play the rest of the tape; but instead

11   the jurors are free to read the portion of the transcript that

12   relates to the final two minutes, showing them where they

13   should start and then allowing them sufficient time to read it.

14   And then we'll recover the transcripts.  And that's all with

15   the understanding that the portion of the transcript that

16   records the audio track beginning at minute and second, what,

17   seven minutes?  Where are we?

18          **MS. MCGUINN:**  7:27.

19          **THE COURT:**  Beginning at seven minutes and 27 seconds

20   and continuing until the end of the track is admitted as

21   substantive evidence in the case.  That's without objection,

22   Mr. Nieto?

23          **MR. PROCTOR:**  That would be our request, Your Honor.

24          **THE COURT:**  Okay.  Very good.  Mr. Proctor, on behalf

25   of the Defendant, I take that then as an agreement that that

1 portion may come in as audio only.

2     In general, the transcripts are not received in evidence

3 in this case but that segment will be.  And before the jury

4 retires to deliberate, of course, there will need to be an

5 exhibit made of just that portion so that that exhibit can be

6 received as substantive evidence in the case.

7     You follow me, Ms. McGuinn?

8         MS. MCGUINN:  Yes, Your Honor.

9         THE COURT:  That's the compromise.  I appreciate the

10 cooperation of counsel on this.

11     Do you need a moment to confer with the agent to show her

12 where we are so that you can, through questioning, direct her

13 to the right spot on the transcript?

14         MS. MCGUINN:  Yes, Your Honor.  I don't believe the

15 agent even has a transcript in front of her so if I can just

16 orient her and me.

17         MR. NIETO:  My apologies.

18         THE COURT:  Ask your client to please compose himself.

19         MR. NIETO:  Absolutely, Your Honor.  That's our fault.

20     (Whereupon, the bench conference was concluded.)

21         THE COURT:  Thank you.  Let's go ahead and approach

22 the agent with a transcript.

23         MR. NIETO:  Your Honor, forgive me, I apologize.

24 Before we do, if we may go back onto --

25         THE COURT:  Yes, yes.

1            MR. NIETO:  My apologies.

2         (Whereupon, the following conference was held at the

3    bench:)

4            THE COURT:  We're back on the private channel, but

5    still very much on the record.

6         Mr. Nieto?

7            MR. NIETO:  Yes, Your Honor.  And my apologies, again.

8    Equally, I want to make sure that I'm communicating with my

9    client throughout the trial.

10           THE COURT:  Sure.

11           MR. NIETO:  Having had a chance to speak with him a

12   little bit further our proposed compromise is, unfortunately,

13   from our perspective, insufficient for what it is we're

14   endeavoring to do here for our defense.  So although it was our

15   idea initially to reach that compromise, respectfully, Your

16   Honor --

17           THE COURT:  Well, I remind counsel that decisions

18   about tactics and strategy and how the evidence should be

19   handled are matter for counsel, not your client.

20           MR. NIETO:  Understood, Your Honor.  Understood.

21           THE COURT:  Nonetheless, this is your position?

22           MR. NIETO:  This is our position, Yes, Your Honor.  We

23   would request that the jurors watch the entirety of the video.

24           THE COURT:  All right.  Bring them back in.

25        (Whereupon, the bench conference was concluded.)

1           THE COURT:  We'll resume where we were.  Bring the
2  jury back in.
3        Keep the jury out, thank you.  Resume your seats.
4           THE COURT:  Private channel.
5        (Whereupon, the following conference was held at the
6  bench:)
7           THE COURT:  Mr. Nieto, help me to understand what is
8  going to be relative and probative from the Defendant's
9  perspective if we play the additional segment?
10          MR. NIETO:  Absolutely, Your Honor.
11  had testified on direct examination about the genesis of the
12  alleged abuse, how it began at the age of 15 and escalating in
13  the manner that it did.  There are a variety of nonverbal
14  statements and cues that are being provided in the video that
15  it's our concern that if the jury does not see those aspects of
16  it there is a -- there's an argument that will be lost.
17          THE COURT:  What's that argument?
18          MR. NIETO:  Well, the argument, Your Honor, is most
19  specifically that, again,            's testimony was that this
20  started in a certain way, that he was not aware of the video
21  recording and was not a willing participant.  The context of
22  the statements that are made towards the latter stages of this
23  video belie that testimony.
24          THE COURT:  What's the significance of the Defendant's
25  consent to the alleged conduct, Ms. McGuinn?

1          MS. MCGUINN:  There is none.  I mean, as Your Honor
2    knows, the Government's position has always been consent is not
3    an issue.  The fact that this may have some nonverbal cues is
4    actually consistent with what minor victim said, which is he
5    wasn't aware of it being filmed.  It started in the car and
6    progressed the way that it did and it's never something that he
7    wanted to do.
8          THE COURT:  Even if he did --
9          MS. MCGUINN:  Even if he did, it doesn't matter,
10   exactly.  But I just mean that --
11         THE COURT:  So, Mr. Nieto, how is your theory in
12   support of the admission of the last portion of this helpful to
13   your client given the law?
14         MR. NIETO:  Again, Your Honor, it's our position that
15   the age of the participants in this video are over the age of
16   18.
17         THE COURT:  What's your basis for contending that?
18         MR. NIETO:  Our basis is that the -- the sufficiency
19   of the evidence to establish that he was under 18 in our
20   position is lacking and fallible.  Again, Your Honor, we also
21   anticipate Mr. Bendann taking the stand.  So I'm trying to --
22         THE COURT:  Well, we have to take great pains to
23   protect the Defendant's rights in these circumstances so,
24   Ms. McGuinn, I'm having a better understanding of why it is
25   that you attempted to play the full nine minutes --

Direct of Agent Walker by McGuinn                    218

1          MS. MCGUINN:  Thank you, Your Honor.

2          THE COURT:  -- of this tape.  I'm deeply distressed at

3     the potential collateral consequences of all of this for 12

4     citizens who have been brought here and who are doing their

5     best, I believe, to discharge their duties as jurors, but the

6     Court has some responsibility to protect them.  And I find that

7     some of what is being portrayed here is extreme.  That said,

8     we'll play the additional two minutes for them.

9          (Whereupon, the bench conference was concluded.)

10         THE COURT:  Bring the jury in.

11         THE CLERK:  All rise for the jury.

12         (Jury enters at 5:04 p.m.)

13         THE COURT:  Be seated, please.  Please open your

14    binders to Tab 4.  The segment being played for the jury is

15    approximately nine minutes and some seconds in length.  Some

16    seven minutes and 27 seconds have been played.  You may play

17    the remainder of the exhibit, Ms. McGuinn.

18         MS. MCGUINN:  Thank you, Your Honor.

19         (Video playing.)

20         MS. MCGUINN:  Can you bring up Government's 110 one

21    more time, please.

22    BY MS. MCGUINN:

23    Q.   Agent Walker, according to the EXIF data, what was the

24    approximate, again, Eastern Standard Time of this particular

25    video?

**JA1104**

1   **A.**   At 10:54:27 a.m.

2   **Q.**   You just heard                    say in this video, ask what

3   time it was and the Defendant answered 11:00 a.m.?

4   **A.**   Correct.

5   **Q.**   Did you take some still shots, again, as you've done with

6   the others, to help us see certain aspects of this particular

7   video?

8   **A.**   Yes.

9   **Q.**   If we can go to -- did you specifically do side-by-sides

10  to compare some of the stills from this video with others that

11  we've seen?

12  **A.**   Yes.

13  **Q.**   Can we go to Government's 153, please.  Can you orient the

14  jury as to what's on the left and what's on the right?

15  **A.**   On the left side is the screen capture from the video

16  6976.  And then on the right side is a photo taken by the FBI

17  at the        's residence.

18  **Q.**   And Government's Exhibit 154, please.

19  **A.**   Yes.  On the left side is a screen capture from video

20  6969, which was Count 4, you can see the bracelet.  And then on

21  the right side of your screen is a screen capture from 6976 of

22  the video that we just watched and you see the same bracelet.

23  **Q.**   Thank you.  Clear that, thank you.

24      In addition to these images that were charged in the

25  indictment, did you observe other explicit video or media of

1          and the Defendant?

2  **A.**   Yes.

3  **Q.**   Where were all of these explicit video found?

4  **A.**   In the expunged folder of the iCloud account.

5  **Q.**   What did you note about them consistent with what Agent

6  Oberly testified to them about EXIF data being available for

7  some of these?

8  **A.**   Some of them did not have EXIF data available and those

9  that did the victim,                  , it was after his 18th

10  birthday making him legally an adult.

11          **MS. MCGUINN:**  Your Honor, noting the time this might

12  be a logical break.  If you would like me to keep going, I can.

13          **THE COURT:**  Private channel.

14      (Whereupon, the following conference was held at the

15  bench:)

16          **THE COURT:**  All right.  How much more do you have on

17  direct?

18          **MS. MCGUINN:**  We're going to go through the other

19  devices, there are some images that constitute child

20  pornography, but they would be very quick, not like a video

21  file.  But we do still have to go through the other devices, so

22  I would imagine another half an hour.  But I can go if you

23  would like me to.

24      Mr. Nieto, how much cross?

25          **MR. NIETO:**  Five to 10 minutes.

1          THE COURT:  Let's go off the record for a minute.

2      (There was a discussion held off the record.)

3          THE COURT:  Private channel.

4      Let's try to finish this witness tonight.

5          MS. MCGUINN:  Yes, sir.

6      (Whereupon, the bench conference was concluded.)

7          THE COURT:  Ladies and gentlemen, we're going to go a

8  little bit longer tonight than has been our practice.  But I

9  think that's in the best interest of the efficiency of this

10 trial.  And so I think we may keep you for as long as another

11 45 or 50 minutes.

12     You may proceed.

13         MS. MCGUINN:  Thank you.

14 BY MS. MCGUINN:

15 Q.  Agent Walker, did you receive the other analysis from

16 Agent Oberly with regard to the other devices that he examined?

17 A.  Yes, I did.

18 Q.  Specifically, let's start with what the FBI calls 1B1 or

19 the iPhone 11.  Were there any chats at all located on that

20 device between                    and the Defendant?

21 A.  There were none.

22 Q.  Was there any child pornography-related videos found on

23 the Apple iPhone 11?

24 A.  There were not.

25 Q.  Were there any images of                    found that would,

**JA1107**

Direct of Agent Walker by McGuinn                222

1    I'm going to use the word "normal," in other words not explicit
2    images of him on 1B1?
3    A.   Yes.
4    Q.   If we could have Government's Exhibit 155.  Are we on the
5    laptop?  Can you see that Agent Walker?  I just want to make
6    sure I'm on the right computer.
7    A.   Yes.
8    Q.   Thank you.  That's Page 1.  Can we scroll to the next
9    page.  Next page.  And who do you recognize the person in these
10   images?
11   A.   On the top left is                     .
12   Q.   12 again, who's that?
13   A.                       .
14   Q.   Who's that?
15   A.   That's the learner's permit for                    .
16        And the driver's license for                  .
17   Q.   With regard to the device the FBI calls 1B2 or the iPhone
18   6, did Agent Oberly turn over the analysis of that device to
19   you?
20   A.   That's correct.
21   Q.   And of               , was there any child pornography or
22   explicit images found of                  found on that device?
23   A.   No.
24   Q.   What about any normal or non-explicit images of minor
25   victim?

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA1108**

1   A.   Yes.

2   Q.   If we can bring up Government's 156.  This was already in

3   evidence and testified to by              but do you

4   recognize this as the images that were found on the iPhone 6?

5   A.   Yes.

6   Q.   You can scroll through them.  Thank you.

7        With regard to the device 1B4, which is the Dell laptop,

8   did Agent Oberly provide you with the analysis he did of that

9   particular device?

10  A.   Yes, he did.

11  Q.   In the Windows files of that device, were there any images

12  of              found when he was a minor?

13  A.   No.

14  Q.   And you heard Agent Oberly discuss the mobile backup file

15  that he was able to find, and were there images of

16       found there?

17  A.   Yes.

18  Q.   And were there any of them explicit or alleged child

19  pornography found on that Dell device?

20  A.   Yes, there were.

21  Q.   If we can go to Government's 118.

22       Do you recognize this exhibit that Agent Oberly just

23  testified to?

24  A.   Yes, I do.

25  Q.   And, in fact, the top is the Count 2 EXIF data from the

1  iCould and the green is from the Dell; is that correct?

2  A.    That is correct.

3  Q.    In fact, we're not going to play it again, but it was a

4  duplicate of that Count 2 video, the three clips from the car,

5  6966, 67 and 68; is that correct?

6  A.    Yes.

7  Q.    In fact, they were duplicates at the Halpert's, Count 4 at

8  the Feiss', and Count 5 from the          's bathroom, all of

9  which we just saw?

10  A.    That is correct.

11        MS. MCGUINN:   Your Honor, we're not going to publish

12  them but for purposes of the record the Government would move

13  into evidence Government's 158A, B, C, D, E, F, and G which are

14  duplicates of the videos that we just saw.

15        THE COURT:   Received.

16        MS. MCGUINN:   Thank you.

17  BY MS. MCGUINN:

18  Q.    And you viewed all of those video files that I just said

19  aloud and moved into evidence; is that correct?

20  A.    Correct.

21  Q.    Did they, in fact, appear to be identical to Counts 1

22  through 5?

23  A.    Yes, they were.

24  Q.    Did you locate any other child pornography image, not

25  movie files?

Direct of Agent Walker by McGuinn                           225

```
 1    A.    Yes, we did.

 2    Q.    We can bring up Government's 119.

 3          Do you recognize this as what Agent Oberly testified to,

 4    the charts he made?  There are four pages for four images taken

 5    on February 11th of 2018; is that correct?

 6    A.    That is correct.

 7    Q.    And with regard to the GPS data, were you able to locate

 8    where these images were created?

 9    A.    Yes.  This was at the Halpert's residence on Malvern

10    Avenue in Towson.

11    Q.    Again, going to Government's Exhibit 90.  Give me a minute

12    to flip my camera.

13          On February 11th of 2018, and February 8th, 9th, 10th,

14    11th weekend --

15          THE COURT:  Of what year?

16          MS. MCGUINN:  I'm sorry, that's '19.  I apologize.  I

17    grabbed the wrong one.  Just a minute.  That's my fault.  Thank

18    you, Ms. Jarman.  Sorry.

19          February 2018, this is Government's Exhibit 89, I

20    apologize.  On the weekend of February 9th and 10th, according

21    to the Defendant's calendar, where was he on the 10th?

22    A.    At the Halpert's residence.

23    Q.    And Government's 167, did you do any side-by-side

24    comparisons from the images that we're going to see compared to

25    known images of the Halpert's bathroom?
```

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA1111**

Direct of Agent Walker by McGuinn                           226

```
1   A.    That is correct, yes.
2   Q.    Just orient us as to what's on the left and what can be
3   seen on the right?
4             THE COURT:  Document camera.
5             MS. MCGUINN:  I'm sorry.  Thank you.
6             THE WITNESS:  Yes.  On the left side is an image that
7   we were just talking about that is a bathroom floor and you can
8   see the wall.  And then on the right side is a photo that was
9   taken by the FBI at the Halpert's residence.
10  BY MS. MCGUINN:
11  Q.    Just because we're going to go through the images a little
12  bit quickly, in the one to the left can you see a portion of
13  the minor victim,                , in that?
14  A.    Yes, you can.
15  Q.    Under the white box what can you see?
16  A.    You can see the backside of                .
17  Q.    If we can -- now Government would move to publish
18  Government 157A, B, C, D which are four image files.
19        We can do those relatively quickly, Agent Corn.
20            THE COURT:  Without objection?
21            MR. NIETO:  Correct, Your Honor.
22            THE COURT:  Received.  Publish.
23  BY MS. MCGUINN:
24  Q.    Thank you.  The last one do you recall -- I can't believe
25  it's the same name -- Ms. Halpert testifying to that flooring
```

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

**JA1112**

1  looking into her bathroom being in Charlie's room?

2  **A.**    Yes, I do.

3  **Q.**    Was there any non-child-pornography images of

4          found on the 1B4 or the Dell laptop device?

5  **A.**    Yes.

6  **Q.**    We can bring up Government's Exhibit 159, please.  If we

7  switch to the left.  If we can just scroll through these

8  images.

9      Do you recognize the person in these?

10 **A.**    Yes, I do.

11 **Q.**    Who is the younger person in these images?

12 **A.**                     .

13 **Q.**    And, Agent Walker, are you familiar with Snapchat?

14 **A.**    Yes.

15 **Q.**    Are you familiar with what           testified to that

16 Snapchat images disappear when they're sent to each other?

17 **A.**    That's correct.

18 **Q.**    In your experience as an agent, is there a way to

19 circumvent that to capture images sent to you?

20 **A.**    You can use another device to record like the image that's

21 on the phone that has the SnapChat running.

22 **Q.**    And that's way it's not a screenshot and the person

23 doesn't get notified?

24 **A.**    That's correct.

25 **Q.**    If we can bring up Government's Exhibit 160.  Before we

1  play it -- we're about to show Government's Exhibit 160.  Have
2  you viewed this video which was taken from the Halpert's?
3  **A.**   Yes.
4  **Q.**   And it is not explicit in the sense that there's no
5  genitalia or -- of                  shown; is that correct?
6  **A.**   That is correct.
7  **Q.**   And do you know the EXIF data or the date associated with
8  this particular video?
9  **A.**   Yes, the date on this video is the same date as Count 3
10  when it was also at the Halpert's residence in August.
11  **Q.**   And that's August 26th of 2018?
12  **A.**   That's correct.
13  **Q.**   If we can show Government's Exhibit 160, please.
14      (Video playing.)
15  **Q.**   Thank you.  That's sufficient.  Do you know how old -- if
16  this was in August of 2018, how old was                  in this
17  video?
18  **A.**   In August of 2018?
19  **Q.**   Yes, August of 2018.
20  **A.**   Seventeen.
21  **Q.**   Thank you.  And in the video, were you able to see any
22  clothing of the person who was filming?
23  **A.**   Yes.
24  **Q.**   What was that?
25  **A.**   Can I -- I'm sorry, I want to make sure I get the right

1  description.

2  **Q.**   That's fine.

3      (Video playing.)

4  **Q.**   Thank you.

5      With regard to device which FBI calls 1B8, which is the

6  Sony VAIO notebook, did you review the analysis provided by

7  Agent Oberly?

8  **A.**   Yes, I did.

9  **Q.**   Were there any explicit images of              found on

10 the Sony laptop?

11 **A.**   Yes.

12 **Q.**   And in fact if the Government can enter into evidence

13 Government's Exhibit 161.

14     Did you recognize Government's Exhibit 161 as that trimmed

15 image that Agent Oberly talked about that had the orange

16 heading in his exhibit?

17 **A.**   Yes.

18 **Q.**   If we can bring that up, Government's 123, Page 3.

19     Do you recognize that?

20 **A.**   I do.

21 **Q.**   In fact, that's the same video as Count 1 is the moving

22 car video taken in September of 2017; is that correct?

23 **A.**   That is correct.

24     **MS. MCGUINN:**   Your Honor, the Government would move to

25 admit 161 but we will not publish it to the jury.

```
1              THE COURT:  Without objection it's received.
2              MR. NIETO:  Correct.
3   BY MS. MCGUINN:
4   Q.    You had an opportunity to see earlier Government's
5   Exhibit 162, when Mr. Jack Stuzin testified, do you recall?
6   A.    I do.
7   Q.    I'm not going to publish that again, but do you recall
8   that being the naked lap video?
9   A.    Yes.
10  Q.    What was the EXIF data associated with that video?  Can
11  you bring up Government's Exhibit 121, please?
12  A.    Yep, this was June 15th, 2017.
13  Q.    And                  would have been how old?
14  A.    16 years old.
15  Q.    I'll show you Government's Exhibit 88, which is the
16  Defendant's calendar from 2016 to 2017.  Is it on in front of
17  you?
18  A.    Yes, it is.
19  Q.    And if I can orient you to the weekend or the day of
20  June 15th, June 16th, June 17?
21  A.    Yep, on 16 and 17 it says, "Stuzin."
22  Q.    Thank you.  Were there any non-explicit images of the
23  minor victim found on the Sony laptop?
24  A.    Yes.
25  Q.    We can bring up Government's Exhibit 63.  Hold on one
```

```
1   second.  I'll get it one day.  Thank you.
2        Do you recognize the persons in these pictures?
3   A.   Yes.
4   Q.   Who are they?
5   A.   The Defendant Christopher Bendann and                    .
6   Q.   And what about Government's 164, which is from the mobile
7   backup within the Sony Vaio, have you reviewed these images?
8   A.   Yes.
9   Q.   You can publish those.  Thank you.
10       Agent Walker, did the FBI do a search warrant for the
11  Defendant's Google account?
12  A.   Yes.
13  Q.   And how many Google accounts did the FBI determine that
14  the Defendant had?
15  A.   Two.
16  Q.   We can bring up Government's 165.  Do you recognize that
17  exhibit?
18  A.   Yes, I do.
19  Q.   And as to this first page, what was the Google subscriber
20  information for cbendann@gmail.com?
21  A.   Yep, the name was Chris Bendann and the recovery email is
22  cbendann@gilman.edu and the recovery phone number is that
23  number you see that ends in 9562.
24  Q.   Thank you.  And page 2, please.
25       Is this a second Google account?
```

**JA1117**

Direct of Agent Walker by McGuinn                    232

1   **A.**   Correct.

2   **Q.**   When was that one created?

3   **A.**   This one was created 5/3 of 2019.

4   **Q.**   And what is the email address associated with this second

5   Google account?

6   **A.**   Ckbendann@gmail.com.

7   **Q.**   Thank you.  And were you able to see the Google searches

8   under these two particular accounts?

9   **A.**   Yes.

10  **Q.**   And I'm going to show you Government's Exhibit 166.

11       Did you help prepare this exhibit?

12  **A.**   Yes, I did.

13  **Q.**   And obviously this is not every Google search used -- done

14  by these accounts; is that fair to say?

15  **A.**   That is fair, yes.

16  **Q.**   With regard to these searches, if we can highlight maybe

17  the first half, please, Ms. Jarman.  Thank you.

18       Can you orient the jury as to some of the search terms

19  that were utilized?  Let's start with January 9th of 2016.

20  **A.**   "Naked blonde boys."

21  **Q.**   How old would              have been in January of 2016?

22  **A.**   Fourteen.

23  **Q.**   "Lovely blonde boy is naked."  What about "

24          ," that was March 17th of 2016, how old would

25          been then?

**JA1118**

Direct of Agent Walker by McGuinn                    233

1    **A.**    Fourteen.

2    **Q.**    And the bottom line, "boys naked outdoors," October 17th

3    of 2016?

4    **A.**                    would be 15.

5    **Q.**    Thank you.  We can do the bottom half.  Thank you.

6         With regard to sort of the bottom half, do you recognize

7    some searches for some particular types of cameras?

8    **A.**    I do, yes.

9    **Q.**    And the third one from the top, whose birthday is

10   March 20th?

11   **A.**                    .

12   **Q.**    With regard to the sort of quarter of the way down,

13   searched for "time in London right now," July 5th, 2022.  Do

14   you recall                    testifying that he had been in London in

15   July of 2022?

16   **A.**    Yes, I do.

17   **Q.**    Do you know what a ghost trail is on Snapchat?

18   **A.**    I'm not super familiar with it.

19   **Q.**    Thank you.  You can clear the exhibit.

20        **MS. MCGUINN:**  Your Honor, just for purposes of

21   clarity, the Government will move into evidence 132A, 132B,

22   139A, 139B.

23        **THE COURT:**  Hold on, the clerk has got to keep up.

24        **MS. MCGUINN:**  I'm sorry about that.

25        **THE COURT:**  Try again.

**JA1119**

1    **MS. MCGUINN:**  132A, 132B, 139A, 139B, 145 and 150.

2    And for the purpose of the record, Your Honor, all of those are

3    the non-trimmed full versions of all of the videos we just

4    watched.  Should the jury need to see those they're entered

5    into evidence.  We only published the shortened versions.

6           **THE COURT:**  Without objection those are received.

7           **MR. NIETO:**  No objection, Your Honor.

8           **MS. MCGUINN:**  Court's indulgence for one moment, Your

9    Honor.

10           **THE COURT:**  Yes.

11           **MS. MCGUINN:**  Your Honor, I have no other questions

12    for Agent Walker.

13           **THE COURT:**  Cross-examination.

14                          **CROSS-EXAMINATION**

15    BY MR. NIETO:

16    **Q.**    Good evening.  Special Agent, yes?

17    **A.**    Yes, thank you.

18    **Q.**    All right, Special Agent.  I just want to draw your

19    attention to a few things about which you had testified on

20    direct.

21           With regards to Count 1, we had watched a video

22    purportedly filmed in September of 2017.  Do you remember

23    seeing that, the first video?

24    **A.**    Yes.

25    **Q.**    Okay.  Now, you sat here and you had listened to

1          testify last week, do you remember that?

2    **A.**   I do.

3    **Q.**   And do you remember when he was talking about sort of the

4    evolution of this alleged abuse and how it started and how it

5    continued to develop?

6    **A.**   Yes.

7    **Q.**   And he also said that he was unaware of any recordings

8    that were going on, do you remember that?

9    **A.**   I do.

10   **Q.**   Right.  And so when we watched the Count 1 video, the

11   Count 1 video, right, and then the transcript, you can clearly

12   hear             say, "Oh, we live," right?

13   **A.**   I did hear that.

14   **Q.**   Presumably in relation to the fact that he was then being

15   recorded, right?

16   **A.**   I don't know if that's the case.

17   **Q.**   Well, surely you asked him about it, right?

18   **A.**   He also was not in service.  So I think at some point he

19   got "we live," meaning he got service and could watch the

20   pornography on his phone.

21   **Q.**   Oh, I see.  So it wasn't because he was being videotaped?

22   **A.**   I can't answer that with accuracy.  I don't know.

23   **Q.**   Right.  You don't know, right?

24   **A.**   That's what I said, yes.

25   **Q.**   Right.  But you investigated it, right, to double-check to

1  find out what he really meant when he said that?

2  A.   I'm not sure I understand the question?

3  Q.   It's okay, I'll keep going.  With regards to the second

4  video, August of 2018, do you remember watching that video?

5  A.   I do.

6  Q.   Now, that video that was at -- the GPS coordinates put it

7  at a particular house, did it not?

8  A.   Not video 2 or Count 2, it was in a vehicle.

9  Q.   You're right.  I'm sorry that was my mistake.  I'm not

10  trying to catch you in -- Count 3, that would be the August 26,

11  2018, alleged recording date for that video.  Do you remember

12  that?

13  A.   Yes.

14  Q.   And that was at the -- based on the GPS that was at the

15  Halpert residence in Towson, right?

16  A.   Correct.

17  Q.   And then the Government had shown you the calendar

18  purportedly representing that that was a weekend in which

19  Mr. Bendann housesat, right?

20  A.   Correct.

21  Q.   So those dates matched up?

22  A.   I'd like to see it again before I would say yes.

23  Q.   Absolutely.

24       Court's indulgence if I may briefly?

25            **THE COURT:**  Yep.

1  BY MR. NIETO:

2  Q.   Can you see the calendar in front of you?

3        THE COURT:  Exhibit?

4        THE WITNESS:  Ninety.

5        MR. NIETO:  This is Exhibit Number Government 90?

6        THE COURT:  Government's Exhibit 90 opened to the page

7  for August, and I can't see the year.  Maybe we could move it

8  slightly.  For August of 2018.

9        MR. NIETO:  I'm so sorry, Your Honor.  I think it's my

10 technological ignorance.  We disconnected something for the

11 last exhibit.  Okay.

12       THE COURT:  All right.  Government's Exhibit 90.  Pull

13 it down so we can see in the upper right-hand corner the year.

14 August of 2018.  You may proceed, counsel.

15 BY MR. NIETO:

16 Q.   So, again, the significance of this was that on

17 August 23rd to the 26th, right, Mr. Bendann was purportedly at

18 the Halpert's, correct?

19 A.   Yes.

20 Q.   But if we look at Government's Exhibit 91, which would be

21 the calendar from 2019 and 2020, you reviewed that as well,

22 correct?

23 A.   Correct.

24 Q.   All right.  So then again, ma'am, if we look at the same

25 month but a year later and on this particular date, right,

1          would have been over the age of 18 in August of 2019?

2  A.    Yes.

3  Q.    So then if we look at those same dates but for a different

4  year, right.  Again, Mr. Bendann is purportedly at the

5  Halpert's, correct?

6  A.    Correct.

7  Q.    It carries through even then over to the 25th and the

8  26th, right?

9  A.    Yes.

10 Q.    And then with regards to the video purportedly taken on

11 January 2nd of 2019, that was purportedly at the Feiss house.

12 Do you remember that, ma'am?

13 A.    Yes.

14 Q.    And, again, we had looked at some calendars to suggest

15 that that -- that he was house-sitting that weekend as well.

16 Do you remember that, ma'am?

17 A.    I do.

18 Q.    And did you happen to look then at the same dates for the

19 following year in January of 2020?

20 A.    I looked through them but if you would like to show that

21 date, that would be great.

22 Q.    All right.  Going back to Government's Exhibit 91.  Right.

23 Here we have January of 2020, correct, ma'am?

24 A.    That is correct.

25 Q.    And again based on your investigation in this case, at

1  this point in time,           would have been over the age of
2  18, correct?
3  A.    Correct.
4  Q.    And so, then again, for the same days in question, do you
5  see any notations on this calendar as to where Mr. Bendann may
6  have been?
7  A.    Feiss.
8  Q.    And then again, ma'am, we had watched I guess the last
9  video that was purportedly taken in February 9th of 2019, that
10 one was at the          home for the GPS coordinates, right?
11 A.    That is correct.
12 Q.    For that particular weekend Mr. Bendann was not
13 housesitting or staying at that house, was he?
14 A.    Not overnight, no.
15 Q.    No, exactly.
16      So he was staying at the Halpert house at that time,
17 correct?
18 A.    That is correct.
19 Q.    Now, ma'am, you had done a review of Google searches from
20 Mr. Bendann's computer, correct?
21 A.    That is correct.
22 Q.    All right.  I want to say that was Government's
23 Exhibit 106.
24      Court's indulgence, please.
25      Do you see this, ma'am?

1          THE COURT:  166 for the record.

2   BY MR. NIETO:

3   Q.   All right.  The first portion, right, up to March 20th

4   astrological sign.  Do you see that?

5   A.   Yes.

6   Q.   March 20th astrological sign.  Did you do this Google

7   search review?

8   A.   Yes.

9   Q.   So the data in here is accurate and correct?

10  A.   Yes.

11  Q.   And you did that and did Special Agent Corn doublecheck

12  your work?

13  A.   Yes, we worked together, yes.

14  Q.   So two special agents reviewed this and made sure the

15  information was accurate, right?

16  A.   Yes.

17  Q.   So March 20th astrological sign, that search was done in

18  April of 2019, right?

19  A.   Yes.

20  Q.   Again, at that particular age          would have been

21  over the age of 18, right?

22  A.   Correct.

23  Q.   Okay.  So then when we look at the initial, the searches

24  that precede it, I think Government counsel asked you about the

25  first search for naked blonde boys, that was on January 9th,

```
1  2016, right?
2  A.   Yes.
3  Q.   Do you remember that question, ma'am?
4  A.   I do; yes, sir.
5  Q.   Then the follow-up question, right, was how old was
6            at that time?  Do you remember the Government asking
7  that question?
8  A.   Yes.
9  Q.   All right.  Now, have you looked at this website to
10 determine if there was any photos of        posted on that
11 website?
12 A.   No.
13 Q.   You did not check the website?
14 A.   Correct.
15 Q.   Okay.  As far as you know, do you have any reason to
16 believe that any photos of        were to be found on that
17 website?
18 A.   I don't believe so.
19 Q.   Right.  If you did think so, we might be having a
20 different conversation, right?
21      If I scroll down back, so if we scroll a little further
22 then, here we have --
23           THE COURT:  Was that a question?
24           MR. NIETO:  I'm sorry, Your Honor.  Withdrawn.
25           THE COURT:  Next question.
```